# EXHIBIT B

to Plaintiffs' Amended Consolidated Complaint
(Declaration of Steven Pomerantz)
*Anderson, et al., v. Intel, et al.,* Case No. 5:19-cv-04618-LHK

R. Joseph Barton (Cal. Bar No. 212340)
BLOCK & LEVITON LLP
1735 20th St NW
Washington DC 20009
Telephone: (202) 734-7046
Facsimile: (617) 507-6020

Vincent Cheng (Cal. Bar No. 230827)
BLOCK & LEVITON LLP
610 16th Street, Suite 214
Oakland, CA 94612
Telephone: (510) 543-0489
Facsimile: (617) 507-6020

Gregory Y. Porter (*pro hac vice*)
Mark G. Boyko (*pro hac vice*)
BAILEY & GLASSER LLP
1055 Thomas Jefferson St. NW, Suite 540
Washington, D.C. 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WINSTON R. ANDERSON, CHRISTOPHER M. SULYMA, and all others similarly situated,<br><br>    Plaintiffs,<br><br>       v.<br><br>INTEL CORPORATION INVESTMENT POLICY COMMITTEE, FINANCE COMMITTEE OF THE INTEL CORPORATION BOARD OF DIRECTORS, ET AL.<br><br>    Defendants,<br><br>and<br><br>INTEL 401(K) SAVINGS PLAN and INTEL RETIREMENT CONTRIBUTION PLAN,<br><br>  Nominal Defendants. | Case No: 5:19-cv-04618-LHK<br><br>(Consolidated with No. 16-cv-04977-NC & No. 16-cv-00522)<br><br><br><br><br>**DECLARATION OF**<br><br>**DR. STEVE POMERANTZ** |

I, Steve Pomerantz, declare as follows:

1.  I make this Declaration of my own personal knowledge, and if called as a witness, I would and could testify competently to the matters stated herein.

2.  I have been retained by Plaintiffs in *Anderson, et al. v. Intel Corporation Investment Policy Committee, et al,* Case No. 19-CV-04618-LHK (N.D. Cal.) to identify benchmarks for Intel Target Date Funds ("Intel TDFs") and Intel Global Diversified Funds ("Intel GDFs") for purposes of investment returns, fees, and asset allocation and to present comparisons of the Intel TDFs and GDFs to such benchmarks for various periods.

3.  My résumé describing my qualifications on the relevant investment issues here is attached as Exhibit A to this declaration.

4.  The opinions and observations expressed in this declaration are preliminary and without the benefit of discovery.

Benchmark Selection

5.  In my experience, institutional investors, including retirement plan fiduciaries, use several common benchmarks for any given fund under consideration or review, including published indices (e.g., the S&P 500), peer or category groups (representing a group of funds in the same asset class available in the market), and select individual funds (often those offered by the largest and most well-established fund families such as Fidelity Investments, T. Rowe Price, and Vanguard Group).

6.  Morningstar, Inc. maintains a well-respected database of mutual funds and constructs "categories" consisting of peers in the same asset class. Morningstar does not simply rely on how a fund manager classifies a given fund when deciding the category in which to place it, but, rather, looks at various other factors such as actual asset allocation and various financial metrics. The specific funds within a given Morningstar category can be said to be peers of funds in that asset class. Morningstar categories include both actively managed and passive, index-tracking funds. For example, the Morningstar Large Cap Growth Category includes both

actively managed funds and index funds tracking the S&P 500. In other words, Morningstar considers active and passive funds within the same asset class as belonging to the same category and as peers. Thus, Morningstar categories are widely used for benchmarking against a peer group as well as selected individual peer funds.

7.      When a specific fund under consideration or review is not included in a Morningstar category group, as was the case with the Intel TDFs and GDFs because they were not available in the broader market, one can identify the appropriate category by the subject fund's asset class and its selected benchmark. Here, for example, the Intel TDFs are target date funds. Therefore, the relevant Morningstar categories are the TDF categories for each vintage, e.g., the TDF 2035 Category for the 2035 Intel TDF. By the same token, the individual funds within the Morningstar TDF 2035 Category are peers of one another and the 2035 Intel TDF.

8.      The relevant Morningstar categories for the Intel GDFs are less obvious. One way to identify the relevant category is to identify the Morningstar category that benchmarks against the same index as does the subject fund. Here, Intel benchmarked the Intel GDF to MSCI World, which was the benchmark for the Morningstar World Large Stock category. By 2011-2012, MSCI World, however, is not a plausible benchmark because the Intel GDFs had made material allocations to non-equity assets and MSCI World is an equity index. The Morningstar World Allocation Category is a better and more appropriate benchmark as the funds in this category are allocation funds investing in global stocks and bonds like the Intel GDFs. Therefore, the World Allocation Category is an appropriate peer group benchmark, as are individual funds within the category. Further, because the Intel GDFs are allocation funds, meaning that they consist of assets in a variety of asset classes, it is appropriate to compare them to a traditional 60/40 equities/bond portfolio, which has long been viewed in the investment community as a "default" benchmark for static allocation funds.

DECLARATION OF DR STEVE POMERANTZ
5:19-cv-4618 consolidated with 16-cv-522

9. Regarding indices, there are several published target fund indices commonly used by investment advisors and institutional investors. Those are detailed below.

Comparators for Intel's Target Date Funds

10. Looking at publicly available peers, the target date fund market was, during the relevant period, dominated by a handful of large players, including Fidelity, Vanguard, and T.Rowe Price. Fidelity offers both passively managed and actively managed target date products. These fund families were included in the Morningstar Category for each vintage of TDF and therefore are appropriate peer funds for a given Intel TDF.

11. The fees for these industry leading mutual fund alternatives were:

| Fund Family | Asset Weighted Average Expense Ratio 2012 | Asset Weighted Average Expense Ratio 2015 |
| --- | --- | --- |
| Vanguard (passive) | 19 bps | 7 bps[1] |
| Fidelity (passive) | 15 bps | 7 bps |
| Fidelity (active) | 57 bps | 50 bp |
| T.Rowe Price (active) | 79 bps | 58 bps[2] |
| Intel TDFs 2012 | 62–71 bps | 92–104 bps |

12. Fees for TDFs declined after 2012, and average fees within 401(k) plans are lower than for the TDF wider market, which includes many retail investors. The ICI/Brightscope 401k survey identifies that the average fee for TDFs in all plans was 53 bp in 2015.

[1] For the Collective Trust found in 401(k) plans.
[2] For the Collective Trust found in 401(k) plans.

DECLARATION OF DR STEVE POMERANTZ
5:19-cv-4618 consolidated with 16-cv-522

1

# FIGURE 1

2

EXHIBIT 4.5

**Average Expense Ratios of Mutual Funds in 401(k) Plans, 2015**

Asset-weighted average expense ratio as a percentage of assets among plans with audited 401(k) filings in the BrightScope database by mutual fund investment objective and plan size

| Plan assets | Equity mutual funds | | Balanced mutual funds | | Bond mutual funds | | | | Memo: index mutual funds |
|---|---|---|---|---|---|---|---|---|---|
| | Domestic | International | Target date mutual funds* | Non-target date balanced mutual funds | Domestic | International | Money market mutual funds | Other | |
| $1M to $10M | 0.81 | 1.01 | 0.79 | 0.80 | 0.72 | 0.85 | 0.16 | 0.98 | 0.25 |
| >$10M to $50M | 0.68 | 0.85 | 0.68 | 0.64 | 0.59 | 0.77 | 0.17 | 0.89 | 0.18 |
| >$50M to $100M | 0.55 | 0.72 | 0.54 | 0.50 | 0.44 | 0.66 | 0.16 | 0.77 | 0.13 |
| >$100M to $250M | 0.52 | 0.68 | 0.55 | 0.45 | 0.40 | 0.64 | 0.15 | 0.76 | 0.11 |
| >$250M to $500M | 0.49 | 0.63 | 0.50 | 0.42 | 0.36 | 0.67 | 0.15 | 0.73 | 0.10 |
| >$500M to $1B | 0.45 | 0.60 | 0.50 | 0.39 | 0.33 | 0.65 | 0.14 | 0.71 | 0.08 |
| More than $1B | 0.36 | 0.52 | 0.48 | 0.32 | 0.26 | 0.65 | 0.13 | 0.45 | 0.07 |
| All plans | 0.46 | 0.61 | 0.53 | 0.41 | 0.35 | 0.67 | 0.14 | 0.65 | 0.09 |

| Number of plan participants | Equity mutual funds | | Balanced mutual funds | | Bond mutual funds | | | | Memo: index mutual funds |
|---|---|---|---|---|---|---|---|---|---|
| | Domestic | International | Target date mutual funds* | Non-target date balanced mutual funds | Domestic | International | Money market mutual funds | Other | |
| Fewer than 100 | 0.66 | 0.86 | 0.65 | 0.71 | 0.58 | 0.78 | 0.14 | 0.88 | 0.16 |
| 100 to 499 | 0.59 | 0.77 | 0.58 | 0.55 | 0.48 | 0.74 | 0.15 | 0.69 | 0.14 |
| 500 to 999 | 0.53 | 0.71 | 0.55 | 0.48 | 0.42 | 0.67 | 0.16 | 0.76 | 0.11 |
| 1,000 to 4,999 | 0.49 | 0.65 | 0.52 | 0.44 | 0.37 | 0.65 | 0.15 | 0.74 | 0.10 |
| 5,000 to 9,999 | 0.42 | 0.57 | 0.53 | 0.39 | 0.32 | 0.65 | 0.14 | 0.51 | 0.08 |
| 10,000 or more | 0.39 | 0.54 | 0.52 | 0.33 | 0.29 | 0.66 | 0.13 | 0.56 | 0.07 |
| All plans | 0.46 | 0.61 | 0.53 | 0.41 | 0.35 | 0.67 | 0.14 | 0.65 | 0.09 |

* A target date fund typically rebalances its portfolio to become less focused on growth and more focused on income as it approaches and passes the target date of the fund, which is usually included in the fund's name.

Note: The sample is 15,110 plans with $1.4 trillion in mutual fund assets. BrightScope audited 401(k) filings generally include plans with 100 participants or more. Plans with fewer than four investment options, more than 100 investment options, or less than $1 million in plan assets are excluded from BrightScope audited 401(k) filings for this analysis. See the callout box on page 55 for a description of the fee analysis.

13.    ICI/Brightscope also identify a range of fees paid. Compared to the 53 bp average, the 10th percentile was approximately 20 bp and the 90th percentile was approximately 75 bp.

# FIGURE 2



14.    By comparison, the Intel TDF funds were charging over 100 bp, approximately double the average paid by the universe of 401k plans surveyed.

DECLARATION OF DR STEVE POMERANTZ
5:19-cv-4618 consolidated with 16-cv-522

15.     Meanwhile, the Intel TDFs underperformed TDF alternatives available in the market (based on the Morningstar Category). As illustrated in Table 1 below, for all vintages, the Intel TDF returns were below median and most were close to the bottom fifth of TDFs by return, within their respective Morningstar Category as of 12/31/2011. Each vintage is (bottom row) ranked separately for this analysis.

### TABLE 1



16.     The underperformance of Intel's TDF product continued. As illustrated in Tables 2 and 3 below, returns were consistently below median and were often below the 5th percentile for the later vintages. This was the case as of June 2014 and December 2018.

1

## TABLE 2



13

## TABLE 3



17.    In addition to mutual fund comparators, Dow Jones, Morningstar and S&P publish category benchmarks for Target Date Funds. As shown in Table 4 below, For the five-year period prior to 2011, Intel performed worse than all these indices.

**TABLE 4**

| | Intel | Morningstar Lifetime | S&P Target Date | Dow Jones Target |
|---|---|---|---|---|
| Retirement | 2.93 | 4.10 | 3.12 | 5.50 |
| 2015 | 1.31 | 2.31 | 2.25 | 3.87 |
| 2025 | -0.29 | 0.95 | 1.31 | 2.43 |
| 2035 | -1.26 | 0.52 | 0.33 | 1.22 |
| 2045 | -1.47 | 0.48 | -0.27 | 0.88 |
| | | | | |
| Average of above: | 0.24 | 1.67 | 1.35 | 2.78 |
| Difference | | (1.43) | (1.10) | (2.54) |

18.   Several large TDF providers in the market had 5-year track records as of December 2011. Table 5 below illustrates the comparable return for three of the providers within the universe data above.

**TABLE 5**

| | Intel | Fidelity (Active) | T. Rowe Price | Vanguard |
|---|---|---|---|---|
| Retirement | 2.93 | 3.03 | 2.53 | 4.86 |
| 2015 | 1.31 | 1.90 | 2.11 | 2.54 |
| 2025 | -0.29 | 0.76 | 1.06 | 1.27 |
| 2035 | -1.26 | -0.51 | 0.43 | 0.27 |
| 2045 | -1.47 | -0.84 | 0.43 | 0.24 |
| | | | | |
| Average | 0.24 | 0.87 | 1.31 | 1.84 |
| Difference | | (0.62) | (1.07) | (1.59) |

19.    As shown above, Intel's Target Date Funds consistently underperformed benchmarks and market-leading peers selected by other 401(k) plan fiduciaries, and did so at higher cost.

20.    Intel's Target Date Fund managers made extremely unusual asset allocation decisions. Generally, asset allocations are reported as Stock, Bonds and Cash, with a small percentage reserved for a catch-all "other" category that typically includes real assets, commodities, hedge funds, private equity, and other alternative investments. As illustrated in Table 6 below, Intel's allocation to "other" assets was highly unusual, approximately 10 times larger than the median target date fund and 3 times larger than the other outliers representing the 5% of target date funds with the highest "other" allocations.

**TABLE 6**



Comparators for Intel's GDF

21.    The Morningstar fact sheet for the Intel GDFs lists two benchmarks: (1) a custom benchmark; and (2) MSCI World. The custom benchmark is not explained and is not replicated in any public data set of which I am aware. MSCI World Index is a global (U.S. and international) stock index derived from large and mid-cap stocks in developed countries.

22.    From 2007 to 2011, however, the allocation model of the Intel GDFs shifted from global equities to other strategies such as hedge funds. Therefore, by 2011 a more appropriate benchmark index would be the Morningstar Global Allocation TR.

23.    In addition, it is common practice to compare static allocation funds to a traditional 60/40 equity/bond portfolio which has long been used by retirement planners as a kind of default portfolio. Because the Intel GDFs had a heavy allocation to international equities, a 60% World/40% Bond benchmark is appropriate.

TABLE 7

|  | 5 yr end 12/11 | 5 yr end 6/14 | 10 yr end 6/14 | 10 yr end 12/18 |
|---|---|---|---|---|
| GDF | -0.94 | 10.11 | 4.90 | 7.40 |
| Morningstar Global Alloc TR | 2.60 | 11.43 | 7.69 | 7.53 |
| 60% World / 40% Bond | 1.18 | 10.97 | 6.35 | 7.27 |

24.    The Intel GDF underperformed both indices in every period measured except against 60/40 over the 10-year period ending 12/18.

25.    The benchmarks listed in Table 7 above are indices. They are useful, commonly used tools for evaluating investment returns but are not products available in the market. Tables 8 and 9 below compare the investment returns of the Intel GDFs to peer group categories and selected peer funds, that is, products an investor might select as an alternative for the subject asset class. I presented comparisons to the Morningstar World Allocation Category, and selected peers within the category, which reflects the actual asset allocation of the Intel GDFs. The selected peers are those with the most assets under management in the category. The last row in each table shows where the Intel GDF would fall in rank (higher % means lower ranking/worse performance). I also present the median return for the category. For example, in Table 8, for the 5-year period ending December 2011, the

Intel GDF performed at the 85th percentile, so 85% of funds in the Morningstar category (with assets over $100 million) performed better.

**TABLE 8**

| US Fund World Allocation | 5 yr end 12/11 | 5 yr end 6/14 | 10 yr end 6/14 | 10 yr end 12/18 |
|---|---|---|---|---|
| GDF | -0.94% | 10.11% | 4.90% | 7.40% |
| Median peer group return | 2.17% | 10.98% | 7.23% | 6.53% |
| Rank | 85% | 70% | 91% | 19% |

1

2

TABLE 9

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

| US Fund World Allocation – Largest Comparators | 5 yr end 12/11 | 5 yr end 6/14 | 10 yr end 6/14 | 10 yr end 12/18 |
|---|---|---|---|---|
| GDF | -0.94% | 10.11% | 4.90% | 7.40% |
| American Funds Capital World Gr&Inc A | -0.93% | 14.21% | 9.34% | 9.04% |
| American Funds Capital Income Bldr A | 0.86% | 12.35% | 7.73% | 7.37% |
| PIMCO All Asset Instl | 5.64% | 10.17% | 7.23% | 6.53% |
| BlackRock Global Allocation Instl | 3.87% | 9.88% | 8.48% | 6.19% |
| First Eagle Global I | 4.85% | 13.94% | 10.70% | 8.46% |
| Ivy Asset Strategy I | 5.80% | 12.01% | 12.34% | 5.78% |
| Thornburg Investment Income Builder I | 4.12% | 14.27% | 10.29% | 9.47% |
| Wells Fargo Asset Allocation A | 2.29% | 10.04% | 6.62% | 5.53% |
| Invesco Global Allocation A | -1.82% | 10.81% | 3.74% | 7.00% |
| Calamos Global Growth & Income I | 2.13% | 10.95% | 7.56% | 7.39% |

19

20

26.     Thus, the Intel GDFs underperformed the vast majority of the largest World

21

Allocation Funds across the time periods I measured. For the 10-year period ending

22

June, 2014, the GDFs underperformed over 90% of its peers in the US Fund World

23

Allocation Morningstar category.

24

27.     Table 10 below compares the investment returns of the Intel GDFs to

25

"balanced fund" peer funds.

26

27

28

1

TABLE 10

2

3

4

5

6

7

8

9

10

| Balanced Funds | 5 yr end 12/11 | 5 yr end 6/14 | 10 yr end 6/14 | 10 yr end 12/18 |
|---|---|---|---|---|
| GDF | -0.94% | 10.11% | 4.90% | 7.40% |
| T. Rowe Price Balanced | 2.24% | 13.71% | 7.58% | 9.63% |
| Vanguard LifeStrategy Growth Inv | -0.19% | 14.62% | 7.02% | 9.51% |
| Vanguard LifeStrategy Moderate Gr Inv | 1.53% | 12.30% | 6.58% | 8.17% |

11

28.     Much of this underperformance can be traced to unusual asset allocation

12

decisions. The average allocation is approximately 4%. At the 95th percentile, the

13

allocation is in the 20% to 30% range. Prior to 2010, the Intel GDFs also had little

14

allocation to this Other. The amount then steadily grew to current, December 2020,

15

allocations of approximately 35% to Hedge Funds, Private Equity and Real Assets,

16

all of which are classified as Other. As such, the GDF is at the very high end of

17

allocation to Other relative to funds in this category. This difference largely explains

18

why the Intel GDFs have such high fees as compared to peers in the category.

19

29.     As the GDF took on more of these "other" investments, namely hedge funds,

20

the acquired fund fee increased. For selected years, for which data exists, I have

21

illustrated the fee of the GDF compared to the median fee for the World Allocation

22

category. I also illustrate how the GDF fee is has been at the extreme end of the

23

range for similar mutual funds.

24

25

26

27

28

DECLARATION OF DR STEVE POMERANTZ
5:19-cv-4618 consolidated with 16-cv-522

1

FIGURE 3

2

3

| Selected Years | 2011 | 2014 | 2019 |
|---|---|---|---|
| GDF | 0.90 | 1.25 | 1.92 |
| Median World Allocation Fund | 0.79 | 0.76 | 0.70 |
| GDF Rank | 61% | 93% | 98% |

4

5

6

7

8

## HEDGE FUND RETURNS PRIOR TO 2010

9

30.    The analysis below compares a broad bond market index, a broad stock

10

market index and a traditional blend of 60% equity / 40% bonds to the Hedge Fund

11

Research Inc. ("HFRI") Funds of Funds Composite Index. The latter is the same

12

index used by Morningstar in the Hedge Fund Fact sheet it prepared for Intel's

13

hedge fund of funds, in which the Intel TDFs and GDFs invested. The HFRI

14

Composite is a fund-of-funds index. A fund-of-funds is an investment in a single

15

vehicle that itself invests in a portfolio of hedge funds. The Intel TDFs invested in a

16

hedge funds-of-funds product managed by Intel. This allows for a diversification

17

across hedge fund styles and managers. A description of HFRI Composite Index

18

follows:

19

**HFRI Fund of Funds Composite Index**

20

Fund of Funds invest with multiple managers through funds or managed accounts. The strategy designs a diversified portfolio of

21

managers with the objective of significantly lowering the risk (volatility) of investing with an individual manager. The Fund of Funds

manager has discretion in choosing which strategies to invest in for the portfolio. A manager may allocate funds to numerous

22

managers within a single strategy, or with numerous managers in multiple strategies. The minimum investment in a Fund of Funds

may be lower than an investment in an individual hedge fund or managed account. The investor has the advantage of diversification

23

among managers and styles with significantly less capital than investing with separate managers. PLEASE NOTE: The HFRI Fund of

Funds Index is not included in the HFRI Fund Weighted Composite Index.

24

25

31.    Hedge fund returns compared to traditional capital markets for the period up

26

to 2010 reveals significant structural issues with the performance of hedge funds, as

27

shown in Table 11 below. The data in Figure 4 shows, as of 2010 (which data would

28

1    have been available to investors in 2011), the historical risks and return for the

2    relevant markets. The horizontal axis measures the risk of the investment and the

3    vertical axis measures the annualized return. The sole orange marker represents the

4    HFRI Fund of Funds index, while the blue markers (and best-fit line) represent

5    traditional investments in equity and fixed income. The right most marker

6    represents a global equity benchmark and the leftmost marker represents the

7    aggregate bond index. A 60-40 blend is also represented.

**FIGURE 4**



Capital Market Analysis 1998--2010

● Capital Market (BBgBarc Global Bond / FTSE World)
● HFRI Fund of Funds Composite Index

**TABLE 11**

| 1998–2010 | BBgBarc Global Aggregate TR USD | FTSE All World TR USD | 60% stock-40% bond Blend | HFRI Fund of Funds Composite Index |
|---|---|---|---|---|
| Return | 6.0% | 5.5% | 6.1% | 5.0% |
| Risk | 6.1% | 17.3% | 11.2% | 6.4% |

1

2    32.    An assumption, as of 2011, that hedge fund alternatives would deliver a low-

3    risk version of equities was based on the relationships in Table 12 below, where

4    equity underperformed bonds, thus lowering the traditional relationship between

5    risk and return. A closer examination reveals a different picture. The period above is

6    divided into 2 segments, those where equity had a positive return and those where

7    negative. Table 12 below illustrates these results.

### TABLE 12

|  | # of Months | FTSE All World TR USD | HFRI Fund of Funds Composite Index | Blend |
|---|---|---|---|---|
| Up Months | 93 | 3.74% | 1.22% | 2.53% |
| Percent of Up Performance |  |  | 33% | 68% |
|  |  |  |  |  |
| Down Months | 63 | -4.10% | -0.77% | -2.38% |
| Percent of Down Performance |  |  | 19% | 58% |

18    33.    For example, between 1998 and 2010 there were 93 months of positive equity

19    performance. In those months, the average equity return was 3.74%. Conversely, the

20    HFRI Composite Index earned an average of 1.22% in those months, or only 32.6% of

21    the equity return. In the 63 down months, equity had an average performance of -

22    4.10%, while HFRI Composite Index averaged -0.77%, losing only 19% of the equity

23    average. This shows that over the period covered, the hedge fund index was

24    participating very little in the equity markets. The inclusion of hedge funds in lieu of

25    equity investments left an investor with very limited exposure to the potential

26    appreciation of equity markets.

27    34.    The final column illustrates that a traditional 60/40 blend (a common

28    benchmark portfolio as explained above), earned 68% of the upside while only

1  suffering 58% of the downside. Again, this data shows that hedge funds were

2  unlikely to outperform a standard portfolio over a full market cycle.

3  35.    What we see from this analysis is, as expected, hedge funds, are limiting

4  downside risk, but at the cost of proportionally less upside gain. When equity

5  performs well, hedge fund-of-funds are not appreciating anywhere near as much as

6  equities and in a down market they do not sufficiently outperform equities to

7  compensate for the opportunity losses in an up market. As such, an investor in 2011

8  would not expect a hedge fund component in any balanced fund to perform in line

9  with equity. The risk-return analysis above shows hedge funds were a poor

10  diversifier relative to a simple bond market investment. Furthermore, this analysis

11  does not examine the transparency and illiquidity issues that pertain to hedge funds

12  which should be a further disincentive to an investor.

13  36.    Consistent with this observation, in the period 2011–2020 hedge funds

14  woefully underperformed equity, while maintaining their bond-like volatility, as

15  would have been anticipated based on the above. Bear in mind that the period above

16  from 1998–2010 was atypical in the context of the long-term returns for the capital

17  markets. While bonds outperformed stocks during this period, which contained two

18  significant corrections, this would not be expected or anticipated in general. The

19  underperformance of stocks relative to bonds over a 14-year period is extremely rare.

20  37.    Similar to the above, the graph below illustrates the risk and return for traditional

21  capital markets (as represented by a global stock index, a global bond index and a 60/40

22  blend) and the HFRI Fund of Funds index. As illustrated, the Fund of Funds index

23  participated very little, if at all, in the appreciating equity markets.

24

25

26

27

28

DECLARATION OF DR STEVE POMERANTZ
5:19-cv-4618 consolidated with 16-cv-522

1

**FIGURE 5**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17



18

19

20

21

22

23

24

25

26

27

28

1

**TABLE 13**

|  | BBgBarc Global Aggregate TR USD | FTSE All World TR USD | 60-40 Blend | HFRI Fund of Funds Composite Index |
|---|---|---|---|---|
| Return | 2.8% | 9.7% | 7.1% | 3.3% |
| Risk | 4.4% | 14.1% | 9.2% | 4.9% |

38.     The consistent picture here is that hedge funds deliver a risk-return profile more akin to bonds than anything else, but at much greater cost.

I declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed at New York, New York this 22nd day of March, 2021.



_____

Dr. Steve Pomerantz

# Exhibit A

**Steve Pomerantz Ph.D.**

## LICENSES

Dr. Pomerantz has held numerous NASD licenses including the Series 3, 7, 24 and 63. In addition, he is a FINRA-trained arbitrator.

## EDUCATION

Dr. Pomerantz received a Ph.D. in Mathematics from the University of California at Berkeley in 1986. His thesis was in the area of Non-Linear Partial Differential Equations. In 1981 he received a Bachelor of Arts in Mathematics from Queens College of the City University of New York.

## TEACHING EXPERIENCE

Dr. Pomerantz has held adjunct professor positions at Stevens Institute of Technology, the College of Saint Elizabeth, Saint Peter's College, Saint Joseph's College and the City University of New York teaching courses in Finance, Operations Research, Mathematics, Statistics and Probability.

## PRIOR WORK EXPERIENCE

Steve Pomerantz LLC                                                                                    2000-
Investment Management Consultant

Various assignments in research, portfolio management and risk management for: Insurance Companies, Family Offices, Traditional and Alternative Investment Advisors. Consulting and Testifying expert.


Managing Director                                                                                    2013-2014
Duff & Phelps LLC
Litigation Support

Director of Quantitative Research                                    1992-2000
Weiss Peck & Greer LLC
Provided quantitative decision support to all investment management areas of the firm
including equity, fixed income, alternatives, asset allocation, client servicing and firm-
wide risk management.

Vice President                                                       1990-1992
Nomura Securities International
Cross-market trader in all fixed income and mortgage derivative markets.

Vice President                                                       1988-1990
Citibank - Consumer Banking Group
Asset liability management for consumer banking division and internal mortgage portfolio.

Vice President                                                       1987-1988
Morgan Stanley
Development and trading of dynamic hedging strategies in equity, interest rate, commodity
and currency markets.

Vice President                                                       1986-1987
Bank of America
Model development for bond analysis and exotic currency options.


# ARTICLES PUBLISHED

MUTUAL FUND ADVISORY FEES: SPONSORS GAME THE SYSTEM AS
WATCHDOGS SLUMBER. Ohio State Business Law Journal, Forthcoming

IT'S NOT COMPLICATED – INVESTING FOR EVERYONE

SOME CLARITY ON MUTUAL FUND FEES (with Stewart L. Brown)
Journal of Business Law, Volume 20, Number 4. (2017)

MUTUAL FUND ADVISORY FEES: NEW EVIDENCE AND A FAIR FIDUCIARY
DUTY TEST (with John P. Freeman & Stewart L. Brown)
61 Okla. L. Rev. 83 (2008)

MONTE CARLO SIMULATION ANALYSIS – A TOOL FOR PROJECTING THE
UNKNOWN (with Bruce Dubinsky)
CPA Expert – Winter 2007

MONTE CARLO SIMULATION ANALYSIS – Part II: BEYOND THE THEORY
CPA Expert – Spring 2007

MONTE CARLO SIMULATION ANALYSIS – Part III: A CASE HISTORY
CPA Expert – Summer 2007

THE PURSUIT OF ALPHA IN A FUND OF HEDGE FUNDS
Hedge Fund Association – May 2006

MONTE-CARLO ANALYSIS: A TOOL FOR EVALUATING INVESTMENT
RETURNS
New York State Bar Association Newsletter – Fall/Winter 2005

DESIGNING A 401K PLAN
New York State Bar Association Newsletter – Fall/Winter 2005

AN INFORMATION-BASED MODEL OF MARKET VOLATILITY (with Rick
Bookstaber)
Financial Analyst Journal – November/December 1989
Received the 1989 Graham and Dodd Scroll Award by the Financial Analysts Federation


## PRESENTATIONS

HEDGE FUND DUE DILLIGENCE
U. S. Department of Labor – December 2012

EVOLVING RISK CONCEPTS AND TOOLS
InfoVest – February 2010

USING STYLE ANALYSIS TO CALCULATE VAR
MPI Conference – March 2008

RISK MANAGEMENT FOR HEDGE FUNDS AND FUND OF FUNDS
ICI Economic Consulting – January 2005

AN APPLICATION OF ASSET ALLOCATION
IRR Fund of Funds Forum – September 2002


## APPEARANCES

Deposition in Bernard vs BNY Mellon, N.A., Western District of Pennsylvania, Investment
Analysis, March 2021

Deposition in Reetz vs Lowe's Companies, Inc., Western District of North Carolina, 401(k)
Analysis, November 2020

Deposition in Myers vs Seventy Seven Energy, Inc.., Western District of Oklahoma,
Investment Analysis, October 2020

Deposition in Baird vs BlackRock Institutional Trust Co., Northern District of California, 401(k) Analysis, August 2020

Deposition in Feinerg vs T. Rowe Price Group Inc., District of Maryland, 401(k) Analysis, June 2020

Deposition in Banks vs Northern Trust, Northern District of California, Investment Analysis, November 2019

Deposition in Moitoso vs FMR LLC, Northern District of California, 401(k) Analysis, August 2019

Direct and Cross-Examination in Swan Global Investments vs Brookstone Capital Management, AAA, Analysis, December 2018

Deposition in Re: SunTrust Banks, Inc., US District Court – Northern District of Georgia, 401(k) Analysis, December  2018

Deposition in Re: Northrop Grumman, US District Court – Central District of California, 401(k) Analysis, October  2018

Deposition in Quatrone vs Gannett Co., Inc. , Eastern District of Virginia, Investment Analysis, July 2018

Deposition in Cryer vs Franklin Resources, Northern District of California, 401(k) Analysis, July 2018

Deposition in Moreno vs Deutsche Bank, Southern District of New York, 401(k) Analysis, December 2017

Deposition in Urakhchin vs Allianz, Central District of California, 401(k) Analysis, October 2017

Deposition, Direct and Cross Examination in Wildman vs American Century, Western District of Missouri, 401(k) Analysis, October 2017, September 2018

Direct, Cross and Deposition in Chill vs Calamos, Southern District of New York, Mutual Fund Fee Analysis, September 2017, November 2018

Deposition in Henderson vs BNY Mellon, District of Massachusetts, Investment Analysis, August 2017

Deposition in Wood vs Prudential Life Insurance, District of Connecticut, Stable Value Analysis, July 2017

Deposition in Lehman Brothers vs FHLBNY, Southern District of New York, Investment Analysis, February 2017

Deposition in Ellis vs Fidelity Investments, District of Massachusetts, Stable Value Analysis, January 2017

Deposition, Direct and Cross Examination in Brotherston vs Putnam Investments LLC, District of Massachusetts, 401(k) Analysis, December 2016, April 2017

Deposition in Rozo vs Principal Life Ins. Co., Central District of California, Stable Value Fund Management, October 2016

Deposition in McClure vs Russell. Investment Mgmt Co., District of Massachusetts, Mutual Fund Fee Analysis, February 2016

Deposition in Teets vs Great-West Life & Annuity Ins. Co., District of Colorado, Stable Value Management, January 2016, March 2017

Direct, Cross-Examination and Deposition in Andrew Sassine vs Fidelity Management and Research Co., Commonwealth of Massachusetts – Superior Court, Investment Management, October 2015, April 2016

Deposition in American Chemicals & Equipment, Inc. vs Principal Management Co, US District Court – Southern District of Iowa, Mutual Fund Fee Analysis, October 2015

Direct and Cross-Examination in IFIC vs Charles Schwab, Investment Analysis, September 2015

Deposition in Irving H. Picard v. Merkin et al, US Bankruptcy Court – Southern District of New York, Investment Management, July 2015

Deposition in Kasilag et al v. Hartford Funds Management Co. LLC, US District Court – District of New Jersey, Mutual Fund Fee Analysis, June 2015

Deposition in CCM Rochester, Inc v. Federated Investors, US District Court – Southern District of New York, Investment Analysis, June 2015

Direct and Cross-Examination in Re: US Airlines, Pilots Board of Adjustment, 401(k) Analysis, April 2015

Deposition in Re J.P. Morgan Stable Value Fund, US District Court – Southern District of New York, Investment Analysis, March 2015, February 2016, April 2016

Deposition, Direct and Cross-Examination in Foutz al v. Arborgen. et al, State of South Carolina –County of Dorcester, Employee Options Analysis, December 2014

Deposition, Direct and Cross Examination in Sivolella et al v. AXA Equitable Life Insurance Co., US District Court – District of New Jersey, Mutual Fund Fee Analysis, November 2014, January 2016

Deposition in Krueger et al v. Ameriprise Financial, Inc. et al, US District Court – District of Minnesota, 401(k) Analysis, September 2014

Deposition in DeLollis et al v. Margolin, Winer & Evans., State of New York – County of Nassau, Investment Analysis, September 2014

Deposition In Re: Ciufo Trust, Circuit Court of the First Circuit, State of Hawai'I, Investment Analysis, June 2014

Deposition in Santomenno et al v. Transamerica Life Insurance Co., US District Court – Central District of California, 401(k) Analysis, June 2014

Deposition, Direct and Cross-Examination in Convergent Wealth Advisors v. Lexington Insurance, Circuit Court of Montgomery County, Maryland, Hedge Fund Due Diligence, May 2014

Direct and Cross-Examination Testimony in Buchanan v. Primerica, NASD Arbitration, Investment Suitability, November 2013

Direct and Cross-Examination Testimony in Smith v. Primerica, NASD Arbitration, Investment Suitability, October 2013

Direct and Cross-Examination Testimony in Ward v. Primerica, NASD Arbitration, Investment Suitability, June 2013

Direct and Cross-Examination Testimony in DeShazior v. Primerica, NASD Arbitration, Investment Suitability, April 2013

Direct and Cross-Examination Testimony in Schneider v. Primerica, NASD Arbitration, Investment Suitability, March 2013

Deposition in Curran et al v. Principal Management Corporation, US District Court – Southern District of Iowa, Mutual Fund Fee Analysis, January 2013

Direct and Cross-Examination Testimony in Fiorilla v. Citigroup, NASD Arbitration, Investment Suitability, December 2012

Direct and Cross-Examination Testimony in Grevelding et al v. State of New York, State of New York– Court of Claims, December 2012

Deposition in Reso et al v. Artisan Partners, US District Court –Eastern District of Wisconsin, Mutual Fund Fee Analysis, June 2012

Deposition in Eastman et al v. First Data Corp, US District Court – District of New Jersey, Investment Management, June 2012

Deposition in Irving H. Picard v. Katz et al, US Bankruptcy Court – Southern District of New York, Investment Management, January 2012

Deposition in Goldberg et al v. Indel Inc.. et al, US District Court – District of New Jersey, Investment Suitability, January 2012

Deposition in Nolte et al v. Cigna Corporation et al, US District Court – Central District of Illinois, 401(k) Analysis, January 2012

Deposition in Inmobilliaria Axial, S.A. v. Banco Santander International, AAA, Investment Suitability, April 2011

Deposition in DDRA v. KPMG, US District Court – Division of St. Croix, Tax Shelter Analysis, March 2011

Deposition in Re: Northrop Grumman, US District Court – Central District of California, 401(k) Analysis, February 2011, March 2016

Deposition in George et al v. Kraft Foods Global, Inc. et al, US District Court – Northern District of Illinois, 401(k) Analysis, November 2010

Deposition in Robin Figas et al v. Wells Fargo et al, US District Court – District of Minnesota, 401(k) Analysis, October 2010

Direct and Cross-Examination Testimony in Citrone v. Chequer, Chon & Krensky, AAA, Employee Option Analysis September 2010

Direct and Cross-Examination Testimony in MacDonald v. Genspring Family Office, JAMS, Investment Suitability, March 2010

Deposition in Schmidt v. Wachovia Bank, US District Court – Western District of Northern Carolina, Tax Shelter Analysis, February 2010

Deposition in Re: Federated Mutual Funds, US District Court –Western District of Pennsylvania, Mutual Fund Fee Analysis, December 2009

Direct and Cross-Examination Testimony in Hawkins, et al v. United States of America, et al, US Bankruptcy Court, Tax Shelter Analysis, December 2009

Deposition, Direct and Cross-Examination Testimony in Tibble et al v. Edison Intl. et al, US District Court –Central District of California, 401(k) Analysis, May 2009, October 2009, May 2017, June 2017

Deposition in Alfano v. BDO Seidman et al, Superior Court of New Jersey –Bergen County, Tax Shelter Analysis, January 2009

Deposition in Re: Inter Vivos Trust, Superior Court of New Jersey –Bergen County, Investment Suitability, January 2009, October 2010

Deposition in Giordano v. Merrill Lynch & Co. Inc., Superior Court of New Jersey – Mercer County, Stock Option Analysis, January 2009

Deposition, Direct and Cross-Examination Testimony, Deposition in Kennedy et al v. ABB Inc., et al, US District Court –Western District of Missouri, 401(k) Analysis, November 2008, March 2008, January 2010

Deposition in Pat Beesley et al v. International Paper, US District Court –Southern District of Illinois, 401(k) Analysis, November 2008, September 2011

Deposition in Abbot et al v. Lockheed Martin Corporation, US District Court –Southern District of Illinois, 401(k) Analysis, October 2008, October 2014

Deposition in Kanawi et al v. Bechtel Corporation, US District Court –Northern District of California, 401(k) Analysis, September 2008

Deposition in Bennett et al v. Fidelity, US District Court –District of Massachusetts, Mutual Fund Fee Analysis, September 2008

Deposition, Direct and Cross-Examination Testimony in Bemont et al v. The United States of America, US District Court –Eastern District of Texas, Tax Shelter Analysis, June 2008, July 2009, March 2010

Deposition in Atwater et al v. NFLPA, US District Court - Northern District of Georgia, Investment Suitability, May 2008

Deposition in Taylor et al v. United Technologies Corporation, US District Court –District of Connecticut, 401(k) Analysis, April 2008

Deposition in Spano et al v. The Boeing Company, US District Court –Southern District of Illinois, 401(k) Analysis, April 2008, September 2011, April 2015

Direct and Cross-Examination Testimony in Fegers et al v. Atlantic Data Services, Inc., Commonwealth of Massachusetts – Superior Court, February 2008

Direct and Cross-Examination Testimony in New Phoenix v. Commissioner of Internal Revenue, Tax Shelter Analysis, January 2008

Direct and Cross-Examination Testimony in Rosenbach et al v. DGI, AAA, Tax Shelter Analysis, October 2007

Deposition in Trotman v. Delaware Management Business Trust, US District Court – Eastern District of Pennsylvania, Investment Management, October 2007

Deposition in Spillsbury v. KPMG, District Court of Clark County, Nevada, Tax Shelter Analysis, August 2007

Deposition in Strigliabatti et al v. Franklin Resources Inc., US District Court –Northern District of California, Mutual Fund Fee Analysis, May 2007

Deposition in Gallus et al v. American Express Financial Corp., US District Court –District of Minnesota, Mutual Fund Fee Analysis, January 2007

Deposition in Sullivan v. KPMG and QA Investments, Superior Court of New Jersey, Tax Shelter Analysis, November 2006

Direct and Cross-Examination Testimony in Techtmann v. Merrill Lynch, NASD Arbitration, Investment Suitability, November 2006

Deposition in Sklodowski v. First Union, Superior Court of New Jersey, Analysis of Investment Performance, October 2006

Deposition in WCF LLC v. Charles Calomiris, Superior Court –District of Columbia, Investment Management, October 2006

Direct and Cross-Examination Testimony in Guido v. McDonald Securities, NASD Arbitration, Investment Suitability, October 2006

Deposition in Sins et al v. Janus Capital Management, US District Court –District of Colorado, Mutual Fund Fee Analysis, September 2006

Direct and Cross-Examination Testimony in Kusma v. Smith Barney, NASD Arbitration, Investment Suitability, April 2006

Direct and Cross-Examination Testimony in Chu v. Smith Barney, NASD Arbitration, Investment Suitability, March 2006

Deposition in Williams et al v. Waddell & Reed, US District Court –District of Kansas, Mutual Fund Fee Analysis, March 2006, July 2006

Deposition in McNair v. KPMG, District Court of Harris County – Texas, Tax Shelter Analysis, February 2006

Deposition in Jones et al v. Harris Associates LP, US District Court – Northern District of Illinois, Mutual Fund Fee Analysis, February 2006

Deposition in Baker et al v. American Century, US District Court – Western District of Missouri, Mutual Fund Fee Analysis, December 2005, April 2006

Deposition in Nelson et al v. UBS Asset Management, US District Court – Northern District of Illinois, Investment Suitability, August 2005

Deposition, Direct and Cross-Examination Testimony in Coleman v. KPMG, AAA, Tax Shelter Analysis August 2005

Deposition in Gibson v. First Union, Superior Court of New Jersey, Analysis of Investment Performance, July 2005

Deposition in Lola Brown Trust et al v. Neuberger Berman Real Estate Income Fund, US District Court – District of Maryland, Investment Management Performance, Asset Allocation and Event Models, May 2005

Deposition in Hobby v. Georgia Power, US District Court – Atlanta Division, Valuation of Employee Stock Options, March 2005

Direct and Cross-Examination Testimony in Kahn v. Oppenheimer & Co., Inc., NASD Arbitration, Investment Suitability, February 2005

Deposition in Howard v. Covansys Inc., US District Court – Eastern Division, Valuation of Employee Stock Options, July 2004

Direct and Cross-Examination Testimony in Stacy Foundation v. Merrill Lynch, Pierce, Fenner & Smith, Inc., JAMS Arbitration, Investment Suitability, June 2004

August 2020