**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| WINSTON R. ANDERSON, CHRISTOPHER M. SULYMA and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION INVESTMENT POLICY COMMITTEE, et al.,<br><br>Defendants. | Case No.  5:19-cv-04618-LHK<br>(Consolidated with Case Nos. 5:16-cv-00522-LHK, 5:15-cv-04977-LHK)<br><br>**DECLARATION OF VIDYA MIRMIRA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Amended Consolidated Complaint Filed: March 22, 2021<br><br>Date:   September 23, 2021<br>Time:  1:30 p.m.<br>Place:  San Jose Courthouse<br>           Courtroom 8 – Fourth Floor<br>Judge: Hon. Lucy H. Koh |

I, Vidya A. Mirmira, hereby declare and state as follows.

1. I am a partner of Williams & Connolly LLP, and I represent the Defendants in the above-captioned matter.  I am submitting this Declaration in connection with Defendants' Motion to Dismiss Counts I through VI of Plaintiffs' Amended Consolidated Complaint.  I have personal knowledge of the facts set forth herein and if called upon to do so, could testify competently thereto.

2. Attached as Exhibit 1 to this Declaration is a genuine copy of the 2013 Summary Plan Description: Intel 401(k) Savings Plan, Intel Retirement Contribution Plan, and Intel

- 2 -

Minimum Pension Plan (January 2013).

3. Attached as Exhibit 2 to this Declaration is a genuine copy of the 2015 Summary Plan Description: Intel 401(k) Savings Plan, Intel Retirement Contribution Plan, and Intel Minimum Pension Plan (January 2015).

4. Attached as Exhibit 3 to this Declaration is a genuine copy of the Intel 401(k) Savings Plan Investment Policy Statement, as amended and restated on January 12, 2017, and Appendix C thereto.

5. Attached as Exhibit 4 to this Declaration is a genuine copy of the Global Diversified Fund Fact Sheet (December 31, 2011).

6. Attached as Exhibit 5 to this Declaration is a genuine copy of the Global Diversified Fund Fact Sheet (September 30, 2015).

7. Attached as Exhibit 6 to this Declaration is a genuine copy of the Global Diversified Fund Fact Sheet (December 31, 2017).

8. Attached as Exhibit 7 to this Declaration is a genuine copy of the Global Diversified Fund Fact Sheet (December 31, 2018).

9. Attached as Exhibit 8 to this Declaration is a genuine copy of the Target Date 2045 Fund Fact Sheet (December 31, 2011).

10. Attached as Exhibit 9 to this Declaration is a genuine copy of the Target Date 2035 Fund Fact Sheet (September 30, 2015).

11. Attached as Exhibit 10 to this Declaration is a genuine copy of the Target Date 2015 Fund Fact Sheet (September 30, 2015).

12. Attached as Exhibit 11 to this Declaration is a genuine copy of the Target Date 2035 Fund Fact Sheet (December 31, 2017).

13. Attached as Exhibit 12 to this Declaration is a genuine copy of the Report of the Investors' Committee to the President's Working Group on Financial Markets, "Principles and Best Practices for Hedge Fund Investors" (April 15, 2008), available at https://www.iasplus.com/en/binary/crunch/0804hedgeinvestorsreport.pdf (last visited May 5, 2021).

14. Attached as Exhibit 13 to this Declaration is a genuine copy of the U.S. Government Accountability Office Report, "Guidance Needed to Better Inform Plans of the Challenges and Risks of Investing in Hedge Funds and Private Equity" (August 2008), available at https://www.gao.gov/assets/gao-08-692.pdf (last visited May 5, 2021).

15. Attached as Exhibit 14 to this Declaration is a genuine copy of the U.S. Government Accountability Office Statement of Barbara Bovbjerg, "Plans Face Valuation and Other Challenges When Investing in Hedge Funds and Private Equity" (July 20, 2010), available at https://www.gao.gov/assets/gao-10-915t.pdf (last visited May 5, 2021).

16. Attached as Exhibit 15 to this Declaration is a genuine copy of the U.S. Government Accountability Office Statement of Barbara Bovbjerg, "Plans Face Challenges When Investing in Hedge Funds and Private Equity" (August 31, 2011), available at http://www.gao.gov/assets/90/82457.pdf (last visited May 5, 2021).

17. Attached as Exhibit 16 to this Declaration is a genuine copy of a letter from Louis Campagna, Chief of the Division of Fiduciary Interpretations within the Employee Benefits Security Administration's Office of Regulations and Interpretations, a division of the U.S. Department of Labor, to Jon Breyfogle, Esq. of Groom Law Group, Chartered, dated June 3, 2020, located at https://www.dol.gov/sites/dolgov/files/EBSA/about-ebsa/our-activities/resource-center/information-letters/06-03-2020.pdf (last visited May 5, 2021).

18. Attached as Exhibit 17 to this Declaration is a genuine copy of "Target Date Retirement Funds—Tips for ERISA Plan Fiduciaries," a guidance document prepared by the U.S. Department of Labor's Employee Benefits Security Administration, dated February 2013, located at https://www.dol.gov/sites/dolgov/files/EBSA/about-ebsa/our-activities/resource-center/fact-sheets/target-date-retirement-funds.pdf (last visited May 5, 2021).

19. Attached as Exhibit 18 to this Declaration is a genuine copy of "Intel Custom Target-Date Evolution," PIMCO, DC Dialogue (Volume 9, Issue 3) (March/April 2014), located at http://media.pimco.com/Documents/PIMCO_DC_Dialogue_Odell_Schaus_Mar_Apr_2014.pdf (last visited May 5, 2021).

20. Attached as Exhibit 19 to this Declaration is a genuine copy of the Morningstar

publication "2018 Target-Date Fund Landscape" (May 7, 2018).

21. Attached as Exhibit 20 to this Declaration is a genuine copy of the T. Rowe Price Retirement 2015 Fund Fact Sheet (March 31, 2020).

22. Attached as Exhibit 21 to this Declaration is a genuine copy of the Fidelity Freedom 2035 Fund Summary Prospectus (May 30, 2020), located at https://fundresearch.fidelity.com/mutual-funds/summary/315792655 (last visited May 5, 2021).

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Executed this 5th day of May, 2021, in Washington, D.C.

/s/ Vidya A. Mirmira

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatory above.

/s/ Dane H. Butswinkas