# EXHIBIT 1

# 2013 Summary Plan Description

## Intel 401(k) Savings Plan
## Intel Retirement Contribution Plan
## Intel Minimum Pension Plan

# January, 2013

*The information contained herein has been provided by Intel Corporation and is solely the responsibility of Intel Corporation. The information in this SPD is also available in Chapter 18 of the 2013 Pay, Stock and Benefits Handbook.*

Exhibit 1                                          Page 1 of 55

## Chapter 18

## Retirement Programs

| Topic | Page |
|---|---|
| **Retirement Savings Plan** | |
| Intel Retirement Plans | 18.1 |
| 401(k) Savings Plan | 18.2 |
| Retirement Contribution Plan and Minimum Pension Plan | 18.15 |
| Loans and Withdrawals While Employed | 18.24 |
| Distributions after Separation of Employment | 18.29 |
| Other Plan Information and Benefits | 18.43 |
| Filing a Claim | 18.48 |
| General Information | 18.49 |

Exhibit 1                                    Page 2 of 55

## Chapter 18
## Retirement Programs

This chapter provides the Summary Plan Description (SPD) for the Retirement Plans offered through the Intel 401(k) Savings Plan, Intel Retirement Contribution Plan, and Intel Minimum Pension Plan.

---

## Retirement Savings Plan

## Intel Retirement Plans

Summary Plan Description
Intel Retirement Plans (IRP)
Plan Eligibility

## Summary Plan Description

This Summary Plan Description (SPD) contains valuable information about when you are eligible to participate in the Intel U.S. retirement plans, your plan benefits, your distribution options and many other features of the Plans. You should take the time to read this SPD to get a better understanding of your rights and obligations in the Plans.

This SPD describes the Intel 401(k) Savings Plan, Intel Retirement Contribution Plan, and Intel Minimum Pension Plan benefits and obligations as contained in the Plan Documents, which govern the operation of the Plans. If the language in this SPD and the Plan Documents conflict, the Plan Documents always govern.

This SPD describes the current provisions of the Plans which are designed to comply with applicable legal requirements. The Plans are subject to federal laws, such as ERISA (Employee Retirement Income Security Act), the Internal Revenue Code, and other federal and state laws which may affect your rights. The provisions of the Plans are subject to revision due to a change in laws or due to pronouncements by the Internal Revenue Service (IRS) or Department of Labor (DOL). Intel may also amend or terminate these Plans at any time at its discretion. If the provisions of the Plans that are described in this SPD change, you will be notified.

## Intel Retirement Plans (IRP)

The Intel Retirement Plans (IRP) is comprised of three plans:

- Intel 401(k) Savings Plan ("401(k) Savings Plan")
- Intel Retirement Contribution Plan ("Retirement Contribution Plan")
- Intel  Minimum Pension Plan ("Minimum Pension Plan')

Exhibit 1                                    Page 3 of 55

These Plans have been designed to be a partnership between you and Intel, with each playing an important role in enabling you to save and prepare for your future retirement. Intel's retirement benefits add to Social Security and your income from other sources to help you attain your retirement goals.

Prior to January 1, 2011, the above Plans were formerly known as:

- Intel Corporation 401(k) Savings Plan
- Intel Corporation Profit Sharing Plan
- Intel Corporation Defined Benefit Pension Plan

## Plan Eligibility

In general, you are eligible to participate in the Plans provided you are:

- Employed by Intel or a participating Intel subsidiary as a U.S. employee (includes those U.S. employees on expatriate assignments)
- Not a member of a collective bargaining unit
- Not a college intern or summer intern status employee
- Not an international service employee (inpatriate)
- Not otherwise excluded (persons not classified by Intel as employees are excluded, whether or not they are or may be common law employees of Intel)

Refer to the specific retirement plan sections for additional eligibility and/or service requirements for each Plan.  The Plans are available to eligible employees of Intel Corporation and its subsidiaries that have been designated to be a Participating Company. The following subsidiaries are Participating Companies: Intel International, Intel Massachusetts, Inc., Intel Europe Companies, Intel Americas, Inc., Intel Resale Corp., Intel Federal LLC, and Intel Mobile Communications North America Inc.

Not all employees who meet the above eligibility rules may participate in some of the Plans.

## 401(k) Savings Plan

### Topics

Eligibility and Participation
Enrolling in the 401(k) Savings Plan
Vesting in the 401(k) Savings Plan
Contributions
Rollovers and Transfers from Other Plans
Investment Options

### 401(k) Savings Plan Overview

The 401(k) Savings Plan provides a long-term savings vehicle that allows you to put aside a portion of your eligible pay. Your participation in the 401(k) Savings Plan is crucial to saving for an adequate retirement. The earlier you make a commitment to your retirement savings, the greater benefit you

will derive from your 401(k) Savings Plan account. For employees hired after January 1, 2011 the 401(k) Savings Plan account includes Intel's discretionary retirement contributions.

### Eligibility and Participation

All regular U.S. employees employed by Intel or a participating Intel subsidiary, including those on expatriate assignments outside the U.S., may participate in the 401(k) Savings Plan.

You are not eligible to participate if you are:

- A member of a collective bargaining unit
- A college intern or summer intern status employee
- An international service employee (inpatriate)
- Otherwise excluded—that is, not classified by Intel as an employee

**For employees hired or transferred to the U.S. (with no prior U.S. service) on or after Jan. 1, 2011**, any discretionary retirement contribution made by Intel will be made to your 401(k) account and it will be invested based on the future contribution election you have on file in your account at the time the contribution is made.  If you have no future investment election on file, the contribution will be invested in a 401(k) Target Date Fund based on your approximate year of retirement at age 65. Once an investment election is made, you may change investment elections for future contributions, for existing balances already in your account, or for both future contributions and existing balances.

You begin participation for purposes of the Retirement Contribution benefit on the first day of the quarter coincident with or next following one year of service with Intel.

### Enrolling in the 401(k) Savings Plan

You may enroll at any time on or after the date that you are eligible to participate. When you enroll, your payroll contributions to the 401(k) Savings Plan will commence as soon as is administratively feasible, generally within one to two pay periods.  You are not required to enroll in order to receive Intel's discretionary retirement contributions into the 401(k) Savings Plan or the Retirement Contribution Plan benefit. See "Retirement Contribution Plan" in this chapter for more information about eligibility in the Intel Retirement Contribution Plan.

If you are hired after Jan. 1, 2013, you will be automatically enrolled in the 401(k) Savings Plan 45 days after your hire date at a pre-tax contribution rate of 6% of your regular pay. Your contributions will be invested in a Target Date Fund based on your age and assumed retirement at age 65; however you can choose a different contribution rate or investment option or you can opt-out of the plan. Payroll contributions begin within one or two pay periods from the time you are enrolled.

If you are hired after Jan. 1, 2011, you will be automatically enrolled in the 401(k) Savings Plan 45 days after your hire date at a pre-tax contribution rate of 3% of your regular pay. Your contributions will be invested in a Target Date Fund based on your age and assumed retirement at age 65; however you can choose a different contribution rate or investment option or you can opt-out of the plan. Payroll contributions begin within one or two pay periods from the time you are enrolled.

If you do not wish to contribute to the 401(k) Savings Plan, you must change your contribution rate to 0% within the first 45 days after your hire date. See "Resources" in this chapter for online and phone enrollment tools.

### Vesting in the 401(k) Savings Plan

You are always 100% vested in your contributions and any rollovers made to your 401(k) Savings Plan account.

Employees who were hired after Jan. 1, 2011 receive a discretionary retirement contribution in their 401(k) Savings Plan account. The following vesting schedule applies to the Intel Retirement Contribution benefit.

| Completed Years of Service | Percent Vested |
|---|---|
| Fewer than 2 | 0% |
| 2 but less than 3 | 20% |
| 3 but less than 4 | 40% |
| 4 but less than 5 | 60% |
| 5 but less than 6 | 80% |
| 6 or more | 100% |

### How Service is Determined

Your length of service with Intel plays a key role in determining your vesting. For purposes of counting vesting service only, all service with Intel and any U.S. or foreign subsidiary directly or indirectly owned at least 80% by Intel (the "Intel Controlled Group") is counted. The 401(k) Savings Plan begins counting service on your date of hire. If you have previous service as an Intern or International service employee, that service counts towards determining your vesting. If you have previous service as a contingent (leased) employee or you are an acquired employee, contact Get HR Help to determine if your previous service is counted. If you leave the Intel Controlled Group and are later rehired, see the "Participation and Vesting upon Re-Employment" section for further information.

A year of service is defined as a period of 12 consecutive months during which you receive pay from a member of the Intel Controlled Group, including normal periods of absence for vacations, holidays, and temporary approved leaves. For purposes of determining your initial eligibility for a Retirement Contribution , you will receive credit for a year of service after you have completed 365 days without a break in service of 12 months or more. If you leave the Intel Controlled Group but return to service within a 12-month period, you will be considered to have been continuously in service with the Intel Controlled Group during the period of absence.

Regardless of your service, you will be 100% vested in your Retirement Contribution benefit if you meet any of the following conditions:

- You are employed by Intel while you are age 60 or older

- You are receiving benefits from the Intel Long-Term Disability Plan while permanently and totally disabled as defined by the Long-Term Disability Plan under its "Any Occupation" definition. See Pay, Stock and Benefits Handbook, Chapter 14, Disability Plans for additional information.

- You are employed by Intel at the time of your death

**Additional Special Vesting Rules**

If Intel eliminates your job through a redeployment or VSP action which results in the termination of your employment with Intel, and comparable jobs are not available within Intel, you may be eligible for full vesting in the Retirement Contribution benefit. If you are eligible for full vesting, your 401(k) Savings Plan account will reflect the vesting change as soon as possible after the Plan passes a special non-discrimination test. If the Plan fails the special non-discrimination test, full vesting cannot be granted and will be reconsidered during the next regular annual non-discrimination test. To be eligible, you must be in good standing with Intel and your job elimination generally cannot be as a result of a divestiture. Intel will determine good standing, comparable jobs, and other terms necessary to apply this special vesting schedule based on uniform definitions. This special vesting schedule is subject to IRS nondiscrimination testing.

If you terminate employment with Intel as a result of a Divestiture, and you accept a job offer from, and become an employee of, the acquiring company on the agreed upon hire date, you may be eligible for full vesting in the Retirement Contribution benefit.  If you are eligible for full vesting, your 401(k) Savings Plan account will reflect the vesting change as soon as possible after the Plan passes a special non-discrimination test. If the Plan fails the special non-discrimination test, full vesting cannot be granted and will be reconsidered during the next regular annual nondiscrimination test.

## Contributions

There are different methods of contributing to the 401(k) Savings Plan.

- **Pre-tax and Roth 401(k) (after-tax) contributions**
  Contributions to the 401(k) Savings Plan may be made on a pre-tax, Roth 401(k) (after-tax) or a combination of pre-tax and Roth 401(k) basis.

- **Pre-tax contributions**
  Pre-tax contributions are deducted from your eligible pay before income taxes are taken out. Pre-tax contributions can lower the amount of current income taxes you pay each pay period.  You pay no taxes on pre-tax contributions and earnings until your account is distributed. See "Federal Income Tax Considerations" in this chapter for additional information.

- **Roth 401(k) (after-tax) contributions**
  Roth 401(k) contributions are made on an after-tax basis and deducted from your eligible pay after income taxes are taken out. Your take home pay will be less because income taxes must be withheld and paid on your Roth 401(k) contributions. Earnings accumulate on your Roth 401(k) contributions and are distributed federal income tax free if the distribution is a qualified distribution. See "Federal Income Tax Considerations" in this chapter for additional information.  (Note: Roth 401(k) contributions are made to your Intel 401(k) Savings Plan account, Roth 401(k) is not a separate Plan from the 401(k) Savings Plan.)

**Example of pre-tax and Roth 401(k) contributions:**  Assume that you earn $75,000 annually, or $3,125 semi-monthly,  and elect to contribute 8% on a pre-tax and Roth 401(k) basis. The following table illustrates the difference in take home pay between pre-tax and Roth 401(k) contributions. This hypothetical example is based solely on Federal income tax rate of 25%. No other payroll deductions are taken into account.

Retirement Programs 18.5
Feb. 4 2013

Exhibit 1                                              Page 7 of 55

| Example | | Pre-tax Contribution | Roth 401(k) (after-tax) |
|---|---|---|---|
| a) | Semi-monthly Income | $3,125 | $3,125 |
| b) | Pre-Tax Contribution @ 8% | $250 | |
| c) | Federal Income Taxes @ 25% | $718.75 | $781.25 |
| d) | After-Tax Contribution @ 8% | | $250 |
| e) | Take Home Pay (a-b-c-d) | $2,156.25 | $2,093.75 |

You should consult the advice of a tax advisor to determine if pre-tax or Roth 401(k) contributions are best for you.

**Note:** Eligible participants who are residents of Puerto Rico are not eligible to defer contributions to the Roth 401(k) source under current tax laws.

**Contribution elections**

You may make a separate pre-tax or Roth 401(k) contribution election for each of the following eligible pay types:

- Regular pay (base pay, overtime, geographic salary differentials and shift premiums)
- Bonus (EB, ECBP, ICAP and EOIP) and commission pay
- Vacation and personal absence cash-out pay (non-exempt employees.) This does not apply to regular vacation pay

**Note**: The Bonus/Commission and Vacation/Personal Absence cash-out contribution election options were added to the Plan in July 2011. When the new options were added to the Plan, they reflected your current contribution percentage elections you have on file with Fidelity for your regular pay and will remain until you change your contribution elections.

**Contribution percentage limits**

You may contribute from 1% up to a 50% maximum  (in whole percentages) for each of the eligible pay types on a pre-tax and/or Roth 401(k) basis. Contributions are made through automatic payroll deductions. The combined total of all your contribution elections are capped at the IRS annual dollar limit. When you reach the maximum allowable contribution amount in a given year, payroll deductions will cease for that year.

**IRS annual dollar limit**

The IRS contribution limit is $17,500 for 2013.

The total combined amount of pre-tax and/or Roth 401(k) contributions made by you to the 401(k) Savings Plan, and any other 401(k) Plan in which you participated, in one calendar year cannot exceed the annual IRS limit. Contributions to the 401(k) Savings Plan are monitored, and if necessary stopped, by Intel U.S. Payroll. Your year-to-date contributions are reflected in the detail of your paycheck.  .
You will need to sum the total of your contribuitons in order to determine your year-to-date contributions.  Please see "My Paystub Dictionary of Terms" under the related links within your

paycheck or see "Resources" in this chapter for the paycheck deduction codes.

In your first year of employment with Intel, it is your responsibility to monitor your combined year-to-date contributions for all 401(k) Plans in which you participated to ensure you do not exceed the annual IRS limit. Before your combined annual 401(k) contributions reach the annual IRS limit, you will need to reduce your 401(k) Savings Plan contribution percentage to zero for the remainder of the year. Your contribution percentage is not automatically restarted in the new calendar year. You will need to elect to restart your contributions.

If your combined contributions exceed the annual IRS limit, you will need to request a refund from either your prior employer's plan or the 401(k) Savings Plan. The deadline to request a refund from the 401(k) Savings Plan is March 1 for contributions made in the previous year. Refunds from the 401(k) Savings Plan should be requested through the Fidelity Service Center. You are required to provide copies of all W-2s (including Intel) for the year you are requesting to be refunded.  If you fail to request a refund of the excess contribution, you may be taxed a second time when the excess amount is ultimately distributed from the 401(k) Savings Plan.

If you joined Intel as a result of a Mergers and Acquisitions (M&A) action, please confirm with your Intel Human Resources representative that Intel U.S. Payroll is monitoring the IRS limit for you.

### Starting, changing, or stopping contributions

You may start, change, or stop your contributions at any time. Allow one to two pay periods for the changes to become effective. See "Resources" in this chapter for online tools and phone numbers.

### Military Leave make-up contributions

If you are reinstated to an active/eligible status under the provisions of the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA), you may make additional contributions to the 401(k) Savings Plan upon return from a qualified military service leave. The military leave make-up contributions are subject to the IRS annual dollar limits that would have been in place had you remained actively employed during the period of covered military service. These make-up contributions may be made over a period of five (5) years from the date you return from military leave, or three times the length of qualified military service, whichever is shorter. Make-up contributions must be made through payroll deductions from your eligible pay. Any make-up contribution percentage you elect will be taken from your paycheck in addition to any existing payroll deductions.

If you are eligible to receive the discretionary Intel retirmenet contribution to your Intel 401(k) Savings Plan account, you will receive a retirement contribution based on any eligible compensation paid to you during your military leave (such as eligible bonuses or military adjustment pay) as well as on the eligible compensation you would have received had you not entered military service. The retirement contribution will be made to your Plan account at the annual cycle, typically late January/early February, even if you are on a qualified military leave at the time of the annual contribution is made

### Annual Increase Program

The Annual Increase Program (AIP) allows you to automatically increase your pre-tax contributions each year. You may elect an annual (whole) percentage increase from 1% to 3% and designate the date on which the increase would take effect. Your contributions will automatically increase each year

by the percentage you elected on the closest payroll cycle date until your contribution percentage reaches 10%. You may change or stop the AIP election at any time. AIP is not available for Roth 401(k) contributions.

If you were hired after Jan. 1, 2013, you will be automatically enrolled in the AIP. Your contribution rate will increase by 2% of your regular pay each April 1 to a maximum of 16%. You may change the percentage by which your contributions will automatically  increase each year to 2% or 3%, or you may opt-out of the AIP at any time.

If you were hired after Jan. 1, 2011, you are automatically enrolled in the AIP. Your contribution rate will increase by 1% of your regular pay each April 1 to a maximum of 10%. You may change the percentage by which your contributions will automatically  increase each year to 2% or 3%, or you may opt-out of the AIP at any time.

### Catch-up Contributions

If you are (or will be) at least 50 years of age by the end of a calendar year, you may elect to defer additional catch-up contributions to the 401(k) Savings Plan. Generally, a catch-up contribution is a deferral contribution in excess of the IRS annual dollar limit. You may elect to defer (a whole percentage) from 1% up to 50% of regular pay in catch-up contributions at any time during the calendar year. Catch-up contributions can be made on a pre-tax or Roth 401(k) basis. Unless you have reached the IRS annual limit of $17,500 for 2013 before enrolling in catch-up contributions, payroll deductions will be taken simultaneous with regular 401(k) and/or Roth 401(k) contributions. The catch-up limit is $5,500 for 2013.

**Note:** If you elect to make 401(k) and catch-up contributions at the same time, but don't reach the IRS annual limit, a portion of your catch-up contributions will be converted to regular 401(k) contributions, so that you reach the IRS annual limit. Whatever is not converted remains as catch-up contributions; however, it may be less than the annual catch-up limit.

**Highly compensated employees:** Highly compensated employees (HCEs) are generally those whose pay is among the top 20% of Intel employees. For 2012, HCEs were those who earned more than $165,332 with Intel in 2011. The 401(k) Savings Plan is required to compare the average percentage of compensation deferred by HCEs with that of the non-HCE employees during and after the plan year. If the margin between the average deferral percentage of HCEs against the non-HCE employees is greater than what the Tax Code permits, then the deferrals of HCEs may have to be limited, refunded, or both.

**Annual aggregate limit:** The combined total of your 401(k) Savings Plan and Intel discretionary Retirement Contributions cannot exceed an annual aggregate limit set by the Tax Code. Catch-up contributions are excluded from this combined limit. The annual aggregate limit in 2013 is $51,000, or 100% of taxable compensation, whichever is less.

### Retirement Contributions to the 401(k) Savings Plan

Intel's retirement contribution is a discretionary contribution determined annually by the board of directors. The board of directors sets the retirement contribution percentage after considering labor market competitive factors. If you are an eligible participant (hired after January 1, 2011), your share of this contribution is determined according to the following formula:

| Your annual eligible pay | X | Percentage determined by Intel's board of directors | = | Your annual Retirement Contribution |

In this calculation, pay includes your regular base pay plus certain bonuses, commissions, overtime, geographic salary differentials (GEOs), shift differential, compressed workweek schedule (CWW), and other premiums you receive after becoming eligible for the Intel retirement contribution. In accordance with federal tax law, pay in excess of $255,000 (in 2013, as adjusted annually for changes in the cost of living), will not count in the allocation of retirement contribution.

You will generally not be eligible for a contribution if you terminate employment before the end of the year (12/31) unless you satisfy the retirement eligibility requirements, terminate employment because of permanent and total disability as defined under Intel's LTD policy, or die. If you terminate employment with Intel in the month of December as a result of a redeployment or VSP action. and comparable jobs are not available within Intel, you may be eligible for a pro-rated contribution. To be eligible, you must be in good standing with Intel and your job elimination generally cannot be as a result of a divestiture. Intel will determine good standing, comparable jobs, and other terms necessary to apply this special rule based on uniform definitions.

Retirement contributions and investment earnings accumulate in the Plan on a tax-deferred basis until the money is paid out to you.

## Rollovers and Transfers from Other Plans

If you are eligible to participate in the 401(k) Savings Plan, you may roll over an eligible retirement plan distribution, provided the distribution meets the specific Tax Code and Plan requirements. Generally, eligible retirement plans include:

- Individual retirement accounts under Tax Code Section 408
- Qualified retirement plans under Tax Code Section 401(a)
- Tax-exempt entity plans under Tax Code Section 403(b)
- Governmental plans under Tax Code Section 457

In addition, the Plan will accept rollovers from conduit IRAs (rollover IRAs), non-conduit IRAs (traditional IRAs, Simplified Employee Pension plans (SEP-IRAs)), and SIMPLE IRA distributions (made more than two years from the date you first participated in the SIMPLE IRA). Once these balances have been rolled into the 401(k) Savings Plan, they must follow the terms and conditions of the 401(k) Savings Plan. Eligible rollover distributions do not include required minimum payments under Tax Code Section 401(a)(9), any distribution that is one of a series of substantially equal periodic payments made for your life expectancy (or the joint life expectancy of you and your beneficiary), hardship withdrawals, or distributions of after-tax or Roth 401(k) dollars.

## Investment Options

You have a choice of investment options for your contributions to the 401(k) Savings Plan. You may split your investment in any whole percentage increments among any of the investment options offered under the 401(k) Savings Plan.

This overview is intended to give you only a broad overview of each investment category. You should not base your investment decisions solely on these investment category descriptions. Within each investment category are a number of investment funds from which to choose. You should review the

fund prospectus and/or fund fact sheet available at Fidelity's NetBenefits website for each of the funds in which you are interested. Those documents provide information about the Fund's investment strategy, expenses, and operation (including any trade limitations).

**Investment categories— Target Date Funds, Core Funds, and Fidelity BrokerageLink®**

The following are general descriptions of the investment categories offered in the 401(k) Savings Plan. Choose from the available funds in one or all investment categories to build your portfolio. To view the available funds, most recent fund performance, or the Morningstar quarterly fund fact sheets for the Target Date and Core Funds, visit Fidelity's NetBenefits website or call the Fidelity Service Center. To research the funds available in Fidelity BrokerageLink, visit www.Fidelity.com or call the Fidelity Service Center. See "Resources" in this chapter for current URL and phone numbers.

**Target Date Funds**

Target Date Funds provide a single fund approach to investing based on your age and approximate date of retirement at age 65. The number, as in Target Date 2045, represents the approximate year when you plan to start withdrawing your benefits. Each fund offers a broadly diversified mix of domestic and international stocks and bonds, and includes investments not typically available to individual investors, such as hedge funds and commodities. They are professionally managed, continuously monitored, and automatically rebalanced for you.

While a younger investor may be able to afford to take more risk in order to maximize returns, an investor approaching retirement should reduce his/her risk and choose investments that provide more stability in the portfolio. A Target Date Fund is designed to achieve this balance, because it is adjusted over time to reduce exposure to higher-risk assets, such as stocks and increase exposure to lower risk investments such as bonds and stable value.

The Target Date Income Fund and the 401K Global Diversified Fund do not include numbers, or "years."

- **The Target Date Income Fund** is a conservative balanced fund which may be appropriate for investors who are retired and is comprised of domestic and international equity, global bond and short-term investments, hedge funds, and commodities
- **The 401K Global Diversified Fund** is a balanced investment fund comprised of domestic and international equity, global bond and short-term investments, hedge funds, private equity, and real assets (e.g. commodities, real estate & natural resource-focused private equity). This fund replicates the asset allocation mix of the Global Diversified Fund in the Retirement Contribution Plan

Unlike mutual funds, the Target Date Funds are available only under Intel plans and not to the general public. With no marketing costs and other cost savings, they generally have lower management expenses and fees than mutual funds. Because these funds are not quoted on a public exchange, they do not have "ticker" symbols, and therefore cannot be looked up in the newspaper or on the Internet.

To select the appropriate Target Date Fund for you, review your risk tolerance and investment time horizon, and choose the fund that represents the approximate year when you plan to start withdrawing your benefits. For additional information about performance of the Target Date Funds, refer to the Morningstar fund fact sheets on Fidelity's NetBenefits website.

**Core Funds**

Core Funds enable you to build your own portfolio from a broad range of investment choices representing all the major asset classes, including short term investments, bond funds and domestic and international stock and the Intel Stock Fund. If you invest in Core Funds, you should monitor your portfolio and rebalance at least once a year to ensure you have the appropriate investment mix.

For additional information about the performance of funds in the Core Fund line-up, refer to the Morningstar fund fact sheets on Fidelity's NetBenefits website.

**Fidelity BrokerageLink***

The Fidelity BrokerageLink* is most suitable for people who prefer a wider choice of funds because they actively research, review, trade, and rebalance their portfolio. A BrokerageLink account is a brokerage account that allows you to invest your 401(k) savings in a broad range of Fidelity and non-Fidelity mutual funds: 4,500 mutual funds and exchange traded funds (ETFs). Of these, 1,650 mutual funds and 25 ETFs have no transaction fees; others have fees.

If you invest through BrokerageLink, you should actively and regularly review, monitor, and rebalance to ensure you have the appropriate investment mix. You are responsible for the management of your Fidelity BrokerageLink account. This is a personal, private account with Fidelity offered through the 401(k) plan. Intel and the Investment Policy Committee do not monitor or determine the funds in your BrokerageLink account.

Additional information regarding the commission structure, fact sheet, and account application are available on the Fidelity NetBenefits website.  See the "Resources" section in this chapter for online and phone enrollment tools.

**Note**: If you redirect money from your BrokerageLink account to your 401(k) Savings Plan account, it will be invested in the Invesco Government & Agengy until you make an election to invest it differently.

**Intel Stock Fund**

Assets in the Intel Stock Fund available in the 401(k) Savings Plan are invested primarily in Intel common stock. A subsidiary of Fidelity, acting as an agent of the Plan's trustee, purchases the common stock on the open market, based upon participant investment instructions.

- There is a 20% limitation on how much you can invest in the Intel Stock Fund. No more than 20% of your future 401(k) deferrals can be invested in the Intel Stock Fund

    o Example: If you withhold 10% of your paycheck for 401(k), only 20% of your total 401(k) deferral (2% of your paycheck) can go into the Intel Stock Fund

- You cannot exchange money into the Intel Stock Fund from another investment if the value of the Intel Stock Fund will exceed 20% of your total 401(k) balance

    o Example: If you have a 401(k) account balance of $100,000, when the Intel Stock fund portion of the total exceeds $20,000, you will be blocked from moving (exchanging) funds into the Intel Stock Fund

Free$tock

If you were a Plan member before 1987, contributions that were invested solely in Intel stock are referred to as Free$tock. If you have Free$tock, you have the option of exchanging your investment from Intel stock to any of the 401(k) Savings Plan's investment options.

### Risk of investing in the Intel Stock Fund

Because assets in the Intel Stock Fund are invested primarily in Intel common stock, the return on any investment in the Intel Stock Fund will be primarily dependent upon changes in the market price of Intel common stock and any dividends paid on the common stock. In turn, changes in the market price of Intel common stock are substantially dependent upon the financial performance of Intel and the market's perception of Intel's future potential financial performance. Many factors may affect Intel's financial performance and the market's perception of its future financial performance. In addition, as a result of the absence of diversification in the Intel Stock Fund, it is generally a more risky investment than other funds available under the 401(k) Savings Plan, many of which are significantly more diversified. You should recognize that any investment option, including the Intel Stock Fund, could decline in value, which could mean a loss of value in your plan account.

The Intel Stock Fund will incur costs that will affect the overall return of the Fund. Among other potential costs, the Intel Stock Fund may be required to pay a management fee for the purchase of the shares of Intel common stock and may be required to pay brokerage fees to the brokers who actually buy and sell the shares on the open market. The Intel Stock Fund also will incur fees in connection with satisfying various accounting and legal requirements. In addition, the Intel Stock Fund may hold small amounts of cash or other short-term investments for liquidity purposes. Because of the expenses borne by the Intel Stock Fund and the fact that it may hold assets other than Intel common stock, returns on the Intel Stock Fund will vary from the performance of Intel common stock (INTC). Any or all of these factors may have a substantial effect on the overall return of the Intel Stock Fund offered in the 401(k) Savings Plan.

In considering whether to allocate plan assets and contributions to the Intel Stock Fund, carefully review the information in Intel's periodic reports on Form 8-K, quarterly reports on Form 10-Q, annual reports on Form 10-K, and other reports and documents filed with the SEC. Copies of these reports can be obtained from Intel's website at www.INTC.com, the SEC at (800) SEC-0330 or www.sec.gov, or by calling Intel's transfer agent, Computershare Investor Services, at (800) 298-0146.

### Dividends paid on the Intel Stock Fund

If you invest any portion of your 401(k) Savings Plan account in the Intel Stock Fund, you have the right to elect to receive in cash any dividends earned on the common stock in the Intel Stock Fund that is allocated to your account. You may change your dividend election payment at any time, but at least 10 days in advance of a dividend payment for such change to take effect. Otherwise, the change in election will apply to the next following payment. Cash dividend payments of less than $10 will automatically be reinvested in your account unless you select electronic funds transfer (EFT) as the payment method. If you do not elect to receive dividends in cash, the dividends earned on the common stock in the Intel Stock Fund will be reinvested in the Intel Stock Fund. Because of the time it takes to process and settle securities transactions and to reinvest cash dividends, changes in your account balance in the Intel Stock Fund during the days preceding or following the ex-dividend date—the date on which the right to receive cash dividends, stock dividends, and stock splits vests—may affect whether shares are credited to your account as a result of the dividend or stock split. The

portion of the 401(k) Savings Plan that is invested in the Intel Stock Fund is considered an employee stock ownership plan (ESOP).

### Allocation of shares in the Intel Stock Fund

Shares purchased in the open market on any given day are allocated to your account and the accounts of other participants for whom shares are being purchased on that day based upon the following: (1) the amount being invested in the Intel Stock Fund on behalf of each such account; and (2) the daily weighted average purchase price of open market purchases. The weighted average purchase price for any given day is calculated by dividing the aggregate price of all purchases on that day by the number of shares purchased. You will be considered the owner of the shares of Intel common stock allocated to your account for purposes of any matters submitted to the stockholders for a vote. Any vote that you submit on behalf of your Intel Stock Fund shares will be kept confidential. When reporting voting results for the Intel Stock Fund shares, the report will only show the aggregate vote for all Intel Stock Fund shares that are voted. The number of shares of Intel common stock allocated to your account will be reflected on your 401(k) Savings Plan account statement.

Currently, The Intel Stock Fund is a daily share accounted fund. A daily share accounted fund is an investment option in which participants' accounts reflect ownership of the underlying stock rather than ownership of units in the fund itself. If transaction requests for daily share accounted funds are requested before 4 p.m. (Eastern) on a business day, the transactions typically will receive the weighted average purchase price or sale price on the following business day. Otherwise, it will receive the weighted average purchase price or sale price on the second business day after the transaction is received. The weighted average purchase price for any given day is calculated by dividing the aggregate price of all purchases for the daily share accounted fund (less any transaction fees) on that day by the number of shares purchased. Similarly, the weighted average sale price on any given day is calculated by dividing the aggregate price of all sales on behalf of the daily share accounted fund (less any transaction fees) on that day by the number of shares sold. There is currently a three-day settlement period after the purchase or sale date for this fund.

In determining whether to allocate assets to the Intel Stock Fund and how much to allocate, you should carefully consider the level of your participation in the other Intel stock benefit plans and the fact that your overall compensation is already substantially tied to Intel's performance. Certain of the other investment options that invest in stocks may also invest in Intel's common stock, although any such holdings are typically limited to no more than 5% of the Fund's assets.

### Investment election information

The Investment Policy Committee reserves the right without advance notice, and on a temporary or permanent basis, to do the following: add, change, or remove one or more investment option(s) under the 401(k) Savings Plan (except for the Intel Stock Fund), change the dates on which elections can be made or on which elections become effective, and to limit the number of changes you may make to your contribution selections during any calendar year.

When you elect to contribute to the 401(k) Savings Plan, you must select one or more investment options for your contributions. This election will apply to your entire contribution; you cannot make a separate investment election for different contribution types (pre-tax, Roth 401(k), Retirement Contribution, etc.) in your 401(k) account.

**For employees hired after Jan. 1, 2011**: Any discretionary retirement contribution made by Intel will be made to your 401(k) account and it will be invested based on the future contribution election you have on file in your account at the time the Intel contribution is made.  If you have no future investment election on file, the contribution will be invested in a 401(k) Target Date Fund based on your approximate year of retirement at age 65. Once an investment election is made, you may change investment elections for future contributions, for existing balances already in your account, or for both future contributions and existing balances.

Your investment election for existing balances will also apply to your entire existing balance in your account. Investment election changes may be made on a daily basis, subject to each fund's policy regarding frequent trading restrictions and short-term redemption fees.  Some investment funds limit frequent transfers in and out of the fund aimed at making short-term gains (called "market timing") to prevent incurring excessive costs and negatively affecting the return of the fund. Intel has adopted an excessive trading policy consistent with rules that Fidelity--Intel's provider of retirement administrative services--has implemented. The policy applies to the frequency of trading in and out of the investment choices offered in the 401(k) Savings Plan fund lineup. To view Intel's excessive trading policy, visit Fidelity's NetBenefits website. See the "Resources" section for additional information.

If you direct any portion of your 401(k) Savings Plan account to Fidelity BrokerageLink, you have the option to set up a standing order to direct your future contributions directly to your BrokerageLink account.  Standing orders are currently limited to the available mutual funds and do not include ETFs. You should review the commission schedule and/or call the Fidelity Service Center to understand any fees that are applicable to the transactions you make on the investment funds in your BrokerageLink account.

Subject to the limitations on investments in the Intel Stock Fund, you may invest 100% of your future contributions in any of the investment options, or you may split your investment in minimum increments of 1% among any combination of the investment options. You may also make an exchange of your existing balance in increments of 1% or a specific dollar amount (except in the Intel Stock Fund).

The investment options under the 401(k) Savings Plan, each have different investment objectives, and consequently, different elements of risk and potential for growth. Before deciding how to invest your account, you need to assess your own tolerance for risk in view of your long-term plans and the length of time you expect to continue working.

The 401(k) Savings Plan is intended to operate as an ERISA Section 404(c) plan. The Plan offers participants and beneficiaries the opportunity to exercise control over the assets contributed and accumulated on their behalf by allowing them to choose the manner in which these assets will be invested from a broad range of investment alternatives. This means that you or your beneficiaries may not hold Intel, the Plan's service providers, or any of their respective employees or agents liable as plan fiduciaries for any losses sustained in your account that are the result of your exercise of control over how your contributions are to be invested. In other words, you bear the risk of the performance of your directed investments, even if that performance is poor. Plan fiduciaries will not provide advice as to how you manage your investments in your account under the Plan. Accordingly, for advice on how the assets in your account should be invested, you should consult an investment advisor.

Retirement Programs 18.14
Feb. 4 2013

Exhibit 1                                                    Page 16 of 55

You may obtain the following additional information concerning the investment options available under the 401(k) Savings Plan by visiting Fidelity NetBenefits or by calling the Fidelity Service Center (see "Resources" in this chapter for online and phone number information.):

- A description of the annual operating expenses of each available investment fund (e.g., investment management fees, administrative fees, transaction costs) which reduce the rate of return to participants and beneficiaries, and the aggregate amount of such expenses expressed as a percentage of average net assets of the designated investment option
- Copies of any prospectuses, financial statements and reports, and of any other materials relating to the investment funds available under the Plan to the extent this information is provided to the Plan
- A list of assets comprising the portfolio of each investment fund which constitutes "plan assets" within the meaning of ERISA
- Information concerning the value of shares or units in each investment fund, as well as past and current investment performance of such alternatives, determined, net of expenses, on a reasonable and consistent basis
- Information concerning the value of shares of mutual funds held in your account

When you plan your asset allocation strategy for your 401(k) Savings Plan account, you should consider how your Intel Retirement Contribution Plan account, if applicable, is invested, and how any other assets you may hold are invested, to assure that you are well diversified in your overall asset allocation. You are strongly encouraged to read all of the fund descriptions and disclosure materials relating to the investment options under the Plans.

## Retirement Contribution Plan and Minimum Pension Plan

### Topics

Retirement Contribution Plan and Minimum Pension Plan Overview
Eligibility and Participation
How Service is Determined
Vesting in the Retirement Contribution Plan and Minimum Pension Plan
Retirement Contribution Plan contributions
Minimum Pension Plan Benefits
Qualified Supplemental Employee Retirement Plan (QSERP)
Pension Benefit Guaranty Corporation (PBGC)

### Retirement Contribution Plan and Minimum Pension Plan Overview

The Retirement Contribution Plan is Intel's contribution toward your retirement savings. Any discretionary retirement contribution is made on a tax-deferred basis and deposited typically in late January or early February for the preceding year's eligibility period.

The Minimum Pension Plan may provide eligible employees an age 65 minimum pension benefit if their Retirement Contribution Plan account balance does not provide a minimum level of retirement income as determined by the pension formula. Many eligible employees will not receive a pension benefit based on the balance in their Retirement Contribution Plan account.

## Eligibility and Participation

You are eligible to participate in the Retirement Contribution Plan and Minimum Pension Plans upon satisfying the conditions outlined in the "Plan Eligibility" section in this chapter and the service requirements below.

> **If you were hired before Jan. 1, 2011**, Intel's discretionary contribution towards your retirement will be made to your Retirement Contribution Plan account.

> **If you were hired or you transferred to the U.S. (with no prior U.S. service) on or after Jan. 1, 2011,** you are not eligible for the Intel Retirement Contribution Plan or the Minimum Pension Plan. However, any discretionary Intel retirement contribution will be made to your Intel 401(k) Savings Plan account.

You begin participation in the Retirement Contribution Plan and Minimum Pension Plans on the first day of the calendar quarter coincident with or next following one year of service with Intel.

**Example:** Employee date of hire Aug. 8, 2009

- Employee participation begins Oct. 1, 2010
- Discretionary retirement contribution, if any, contributed in Feb. 2011 for one quarter (Q4) in 2010 (prorated). Discretionary retirement contribution, if any, contributed in Feb. 2012 for full plan year in 2011

## How service is determined

Your length of service with Intel plays a key role in determining your eligibility. For purposes of counting service only, all service with Intel and any U.S. or foreign subsidiary directly or indirectly owned at least 80% by Intel (the "Intel Controlled Group") is counted. The Retirement Contribution Plan and Minimum Pension Plans begin counting service on your date of hire. If you have previous service as an Intern or International service employee, that service counts towards determining your eligibility. If you have previous service as a contingent (leased) employee or you are an acquired employee, send a request to Get HR Help on Circuit to determine if your previous service is counted. If you leave the Intel Controlled Group and are later rehired, see "Participation and Vesting upon Re-Employment" in this chapter for further information.

A year of service is defined as a period of 12 consecutive months during which you receive pay from a member of the Intel Controlled Group, including normal periods of absence for vacations, holidays, and temporary approved leaves. For purposes of determining your initial eligibility, you will receive credit for a year of service after you have completed 365 days without a break in service of 12 months or more. If you leave the Intel Controlled Group but return to service within a 12-month period, you will be considered to have been continuously in service with the Intel Controlled Group during the period of absence.

## Vesting in the Retirement Contribution Plan and Minimum Pension Plan

Vesting refers to the percentage of an account or benefit that you have earned, based on your length of service with Intel, and will not forfeit if you terminate employment.

The following vesting schedule applies to participants who are active employees as of Dec. 31, 2007, or later.

| Completed Years of Service | Percent Vested |
|---|---|
| Fewer than 2 | 0% |
| 2 but less than 3 | 20% |
| 3 but less than 4 | 40% |
| 4 but less than 5 | 60% |
| 5 but less than 6 | 80% |
| 6 or more | 100% |

The following vesting schedule applies to participants who terminated employment prior to Dec. 31, 2007, with a vested Retirement Contribution Plan account balance or vested Minimum Pension benefit.

| Completed Years of Service | Percent Vested |
|---|---|
| Fewer than 3 | 0% |
| 3 but less than 4 | 20% |
| 4 but less than 5 | 40% |
| 5 but less than 6 | 60% |
| 6 but less than 7 | 80% |
| 7 or more | 100% |

Regardless of your service, you will be 100% vested in all of your Retirement Contribution and Minimum Pension Plan benefits if you meet any of the following conditions:

- You are employed by Intel at age 60 or older
- You are receiving benefits from the Intel Long-Term Disability Plan while permanently and totally disabled as defined by the  Long-Term Disability Plan under its "Any Occupation" definition
- You are employed by Intel at the time of your death

Additional special vesting rules:

- If you were an active employee on Jan. 1, 1987, 100% vesting in your Retirement Contribution Plan account balance is automatic when you reach age 55 rather than age 60
- If Intel eliminates your job through a redeployment or VSP action which results in the termination of your employment with Intel, and comparable jobs are not available within Intel, you may be eligible for full vesting in the Retirement Contribution Plan. If you are eligible for full vesting, your Retirement Contribution Plan account will reflect the vesting change as soon as possible after the Plan passes a special non-discrimination test. If the Plan fails the special non-discrimination test, full vesting cannot be granted and will be reconsidered during the next regular annual non-discrimination test. To be eligible, you must be in good standing with Intel and your job elimination generally cannot be as a result of a divestiture. Intel will determine good standing, comparable jobs, and other terms necessary to apply this special vesting schedule based on uniform definitions. This special vesting schedule is subject to IRS nondiscrimination testing. This special vesting rule is not available in the Minimum Pension Plan
- If you terminate employment with Intel as a result of a divestiture, and you accept a job offer from and become an employee of the acquiring company on the agreed upon hire date, you

may be eligible for full vesting in the Retirement Contribution Plan. If you are eligible for full vesting, your Retirement Contribution Plan account will reflect the vesting change as soon as possible after the Plan passes a special non-discrimination test. If the Plan fails the special non-discrimination test, full vesting cannot be granted and will be reconsidered during the next regular annual nondiscrimination test. This special vesting rule is not available in the Minimum Pension Plan. If your Retirement Contribution Plan account was fully vested as a result of redeployment, VSP, or divestiture and you are rehired by Intel at a later date, eligibility for any future contributions and vesting will be determined based on the Plan's eligibility and vesting rules at the time of your rehire taking into account your actual service.

## Participation and vesting upon reemployment

If you leave Intel but are later rehired, you may need to satisfy additional eligibility requirements before you can resume participation.

| Length of Service + break | Participation for Retirement Contribution Plan and Minimum Pension | Vesting for Retirement Contribution Plan and Minimum Pension |
|---|---|---|
| If a participant left and break plus service was less than or equal to 365 days | Participation begins the first day of the calendar quarter coincident with or next following the date at which service + break = 365 days | Benefits vest by counting all service and breaks |
| If a participant left and break was less than 365 days and total service was greater than or equal to 365 days | Participation begins the first day of the calendar quarter coincident with or next following the date at which service + break = 365 days; or if this is met in a calendar quarter preceding date of retire, participation begins upon return to Intel as an eligible employee | Benefits vest by counting all service and breaks |
| If a participant left and break was greater than or equal to 365 days but less than five years and total service was less than 365 days | Participation begins the first day of the calendar quarter coincident with or next following the date at which total service = 365 days | Benefits vest by counting all service |
| If a participant left and break was greater than or equal to 365 days but less than five years and total service was equal to or greater than 365 days | Participation begins the first day of the calendar quarter coincident with or next following the date at which total service = 365 days; or if this is met in a calendar quarter preceding date of retire, participation begins upon return to Intel as an eligible employee | Benefits vest by counting all service |
| If a participant left and break was greater than five years and last date of termination (DOT) is after Jan. 1, 1987, and total service was equal to | Participation begins upon return to Intel as an eligible employee | Benefits vest by counting all service |

Retirement Programs 18.18
Feb. 4 2013

Exhibit 1                                   Page 20 of 55

| Length of Service + break | Participation for Retirement Contribution Plan and Minimum Pension | Vesting for Retirement Contribution Plan and Minimum Pension |
|---|---|---|
| or greater than three years | | |
| If a participant left and break was greater than five years and last DOT is after Jan. 1, 1987, and total service was less than three years | Participation begins the first day of the calendar quarter coincident with or next following latest date of hire (DOH) plus 365 days | Benefits vest by counting all service after the last DOH |

### Retirement Contribution Plan Contributions

Intel's Retirement Contribution Plan contribution is a discretionary contribution determined annually by the board of directors. The board of directors sets the retirement contribution percentage after considering labor market competitive factors. If you are an eligible participant, your share of this contribution is determined according to the following formula:

**Your annual eligible pay**   X   **Percentage determined by Intel's board of directors**   =   **Your annual Retirement Contribution**

In this calculation, eligible pay includes your regular base pay plus certain bonuses, commissions, overtime, geographic salary differentials (GEOs), shift differential, compressed workweek schedule (CWW), and other premiums you receive after becoming eligible for the Retirement Contribution Plan. In accordance with federal tax law, pay in excess of $255,000 (in 2013, as adjusted annually for changes in the cost of living), will not count in the allocation of retirement contribution.

You will generally not be eligible for a contribution if you terminate employment before the end of the year (12/31) unless you satisfy the retirement eligibility requirements, terminate employment because of permanent and total disability as defined under Intel's LTD policy, or die. If you terminate employment with Intel in the month of December as a result of a redeployment or VSP action, and comparable jobs are not available within Intel, you may be eligible for a pro-rated contribution. To be eligible, you must be in good standing with Intel and your job elimination generally cannot be as a result of a divestiture. Intel will determine good standing, comparable jobs, and other terms necessary to apply this special rule based on uniform definitions.

Retirement contributions and investment earnings accumulate in the Plan on a tax-deferred basis until the money is paid out to you.

### Retirement Contribution while on Military

If you are an eligible participant and are on a qualified military leave under the provisions of the Uniformed Services Employment and Reemployment Rights Acto of 1994 (USERRA), you will receive a retirement contribution based on any eligible compensation paid to you during your military leave (such as eligible bonuses or military adjustment pay) as well as on the eligible compensation you would have received had you not entered military service. The retirement contribution will be made to your Plan account at the annual cycle, typically late January/earlier February, even if you are on a qualified military leave at the time of the annual contribution is made.

Retirement Programs 18.19
Feb. 4 2013

Exhibit 1     Page 21 of 55

**Investment of Retirement Contribution Plan Contributions**

For employees hired before Jan. 1, 2011, Intel directs the investment of your Retirement Contribution Plan contributions on your behalf. Contributions are invested in the Global Diversified Fund. The fund is a diversified portfolio comprised of investments in a mix of low-cost stock, bond, money market and other investment funds. The Global Diversified Fund is not a mutual fund but a collective investment fund that pools the assets of tax qualified employee benefit plans into a single fund with a common objective. Additional information and a Morningstar fund fact sheet is available on Fidelity's NetBenefits website. See "Resources" in this chapter for additional information.

**Retirement Contribution LifeStages Program**

If you are (or will be) at least 50 years of age by the end of a calendar year you have the opportunity to participate in Retirement Contribution LifeStages Program. This plan feature enables you to invest your Retirement Contribution Plan account in one of the Retirement Contribution Target Date Funds or Stable Value fund. This program is designed for participants who have separated from employment with a vested Retirement Contribution Plan balance, who are at or near retirement and may need their Retirement Contribution money in the near term, or for participants and beneficiaries who want a more conservative investment option.

You may change investment elections for future contributions, for existing balances already in your Plan account, or for both future contributions and existing balances. Investment election changes may be made on a daily basis, subject to the Intel excessive trading policy.

For information on the available investment funds, excessive trading policy or to make exchanges visit Fidelity's NetBenefits website or call the Fidelity Service Center. See "Resources" in this chapter for additional information.

## Minimum Pension Plan Benefits

The amount of the Minimum Pension Plan benefit is determined by a formula that is based on your final average pay, Social Security covered compensation and length of service when you separate employment with Intel.

This formula results in a monthly benefit at age 65, which is compared to the monthly annuity equivalent of your Retirement Contribution Plan account balance. The amount, if any, by which the Minimum Pension Plan monthly benefit exceeds the monthly annuity value of your Retirement Contribution Plan account, is your minimum pension benefit.

If the monthly annuity value of your Retirement Contribution Plan account produces a benefit that is equal to or greater than the pension formula, you will receive your benefit from the Retirement Contribution Plan only.

**Calculating the Minimum Pension benefit**

The formula for calculating your minimum pension from the Plan at normal retirement is the sum of:

> 0.75% of final average pay plus
> 0.65% of excess final average pay
> times your years of service with Intel (up to 35 years)

<center>Retirement Programs 18.20
Feb. 4 2013</center>

Exhibit 1                    Page 22 of 55

minus the Annuity Value of your Retirement Contribution Plan account
The result equals your minimum pension benefit.

If the result of the formula is less than or equal to zero, you receive only the value of your Retirement Contribution Plan account. You may request a pension estimate by calling the Fidelity Service Center.

### Final average pay

This is the average of your highest five consecutive years of pay in the last 10 years during which you were an eligible participant in the Plan. If your eligibility in the Plan is fewer than five years, this number will be your average pay during all your years of participation. Pay in excess of $255,000 (in 2013, as adjusted annually for changes in cost of living) will not count in the pension calculation.

### Excess final average pay

This is the excess of your final average pay over the average maximum compensation taken into account for Social Security benefits, based on tables provided by the IRS during a 35-year period, which ends in the year you reach age 65. This part of the formula is intended to provide additional retirement income for the portion of your pay not covered by Social Security benefits.

### Years of service

This is the total number of years of service, as defined in the "How Service is Determined" section, that have been credited to you since your date of hire. The maximum service that will be credited by the Plan is 35 years.

### Annuity value of your Retirement Contribution Plan account

When you retire, the final balance of Intel's contributions (plus earnings) in your Retirement Contribution Plan account will be converted into a lifetime annuity value for calculation purposes. The calculation is based on your age when you retire and some assumptions about interest and mortality that are defined by the Plan. Due to IRS regulations, this actual annuity benefit may differ significantly from the annuity that can be purchased by transferring your Retirement Contribution Plan balance into the Minimum Pension Plan as described in the "Annuity options" section of the Distriribution after Separation of Employment chapter. .

**Example of a pension calculation:** The annuity value of your Retirement Contribution Plan account is adjusted to reflect the fact that pension benefits are paid monthly.

Assume the person in this example is age 65 at retirement and has:

| | Example 1 | | | Example 2 |
|---|---|---|---|---|
| Final average pay: | $94,000.00 | | Final average pay: | $94,000.00 |
| Years of service: | **20 years** | | Years of service: | **5 years** |
| Average maximum Social Security covered compensation: | $67,205.00 | | Average maximum Social Security covered compensation: | $67,205.00 |

First, calculate the monthly value of the Retirement Contribution Plan account:

Retirement Programs 18.21
Feb. 4 2013

Exhibit 1                    Page 23 of 55

|  | Example 1 |  |  | Example 2 |
|---|---|---|---|---|
| Retirement Contribution Plan account balance after 20 years of Intel contributions and market returns | $300,000 | | Retirement Contribution Plan account balance after **5** years of Intel contributions and market returns | $37,000 |
| Divide by the current annuity factor. (This example uses an annuity factor from 2012. The actual annuity factor can change quarterly.) | 194.3124 | | Divide by the current annuity factor. (This example uses an annuity factor from 2012. The actual annuity factor can change quarterly.) | 194..3124 |
| Monthly value of Retirement Contribution Plan account | $1,543.91 | | Monthly value of Retirement Contribution Plan account | $190.42 |

Next, calculate the monthly retirement benefit under the minimum pension formula:

| Final average pay | $94,000.00 | Final average pay | $94,000..00 |
|---|---|---|---|
| Multiply by | .75% | Multiply by | .75% |
|  | **$705.00** |  | **$705.00** |
| Excess final average pay ($94,000 - $67,205) | $26,795.00 | Excess final average pay ($94,000- $67,205) | $26,795.00 |
| Multiply by | .65% | Multiply by | .65% |
|  | **$174.17** |  | **$174.17** |
| Add the two benefit factors together ($705.00 + $174.17): | $879.17 | Add the two benefit factors together ($705.00 + $174.17): | $879.17 |
| Multiply by years of service: | 20 years | Multiply by years of service: | 5 years |
|  | **$17,583.40** |  | **$4,395.85** |
| Divide by 12 to get the minimum monthly pension benefit from the formula: | $1,465.28 | Divide by 12 to get the minimum monthly pension benefit from the formula: | $366.32 |
| Subtract the monthly value of the Retirement Contribution Plan account balance: | $1,543.91 | Subtract the monthly value of the Retirement Contribution Plan account balance: | $190.42 |
| Monthly benefit paid from Pension Plan | **$0.00** | Monthly benefit paid from Pension Plan | **$175.90** |

Example 1:  If your Retirement Contribution Plan account produces a higher benefit, as in Example 1, you receive your Retirement Contribution Plan account and no benefit from the Minimum Pension Plan. The Retirement Contribution Plan account balance of $300,000 could be paid out as a lump sum or as an annuity payable each month from the Minimum Pension Plan. Due to IRS regulations for calculating annuities from Retirement Contribution Account balances that are transferred into the Minimum Pension Plan, this annuity amount will differ from the $1,543.91 annuity amount that was subtracted from the Minimum Pension Plan benefit.

Example 2:  If the minimum pension benefit formula produces a higher benefit, as in Example 2, you receive your Retirement Contribution Plan account balance and the difference between the Retirement Contribution Plan annuity value ($190.42) and Minimum Pension Plan annuity ($366.32) calculations of $175.90, payable each month from age 65 until death.  This benefit may be payable at different times and in different forms. See "Distributions after Separation of Employment" in this chapter for more information on your distribution options.

Retirement Programs 18.22
Feb. 4 2013

Exhibit 1                              Page 24 of 55

**Time of retirement – normal, early, late**

The Pension Plan formula assumes you will retire at age 65, but you have the option of retiring before or after that age. If you terminate employment on or before age 65 and do not elect otherwise, distribution will commence not later than March 1 of the calendar year after you reach age 65. In this case your minimum pension will be computed using your final average pay, years of service, and Retirement Contribution Plan account balance at the time you terminated employment. The amount of your benefit from the formula will also be increased, using interest and mortality assumptions defined by the Plan, to reflect the delay in commencing your benefit after your attainment of age 65.

- **Normal retirement (age 65)**
  Retirement at age 65 is considered normal retirement.
- **Early retirement (before age 65)**
  Once you terminate employment, you can begin receiving your retirement benefits at any time prior to age 65. The minimum pension benefit calculation will use your final average pay, years of service, and Retirement Contribution Plan account balance as of the date you terminate. Your benefit from the formula will be reduced, using interest and mortality assumptions defined by the Plan, to reflect the longer period of time you will likely be receiving monthly payments. If you meet one of the special early retirement definitions when you begin your benefit, the calculation could result in a slightly higher benefit. To be eligible for early retirement, you must be age 55 or older and have completed at least 15 years of service, or the combined total of your age plus your length of service (both calculated in completed, whole years) must be equal to or greater than the number 75
- **Late retirement (after age 65)**
  You may elect to work beyond age 65, which is considered "late" retirement. If you do, you will continue to accrue service, and your minimum pension will be computed using your final average pay, years of service, and Retirement Contribution Plan account balance at the time you actually retire. The amount of your benefit from the formula will also be increased, using interest and mortality assumptions defined by the Plan, to reflect the shorter period of time you will likely be receiving monthly payments

**When you retire**

Intel will  calculate your Minimum Pension Plan benefit using your actual service, final average pay, and Retirement Contribution Plan balances as of your last day at Intel. You will be eligible to receive a retirement contribution for the year you retire (provided a contribution is made that year), and your retirement benefit may include that contribution.

- If your Retirement Contribution Plan balance produces a higher benefit than the pension formula, you will receive paymentof your Retirement Contribution Plan account balance only, in the distribution form that you elect
- If the pension formula produces a higher benefit, you will receive a lifetime annuity or a lump-sum distribution from the Minimum Pension Plan <u>and</u> receive a distribution of your Retirement Contribution Plan account balance based on the benefit option you select.

## Qualified Supplemental Employee Retirement Plan (QSERP)

QSERP provides additional benefits from the Plan that offset certain benefits from the Sheltered Employee Retirement Plus (SERPLUS) plan. Employees who had a vested SERPLUS balance of at least $5,000 on Dec. 31, 2003, were eligible to participate. QSERP is added to the amount of any minimum

pension benefit. Since QSERP is part of the Minimum Pension Plan, all of the same rules and regulations apply. For more information call the Fidelity Service Center or contact Global Retirement at Retirement.Services@Intel.com

## Pension Benefit Guaranty Corporation (PBGC)

Your pension benefits under the Intel Minimum Pension Plan are insured by the Pension Benefit Guaranty Corporation (PBGC), a federal insurance agency. If the Plan terminates (ends) without enough money to pay all benefits, the PBGC will step in to pay pension benefits. Most people receive all of the pension benefits they would have received under their plan, but some people may lose certain benefits.

The PBGC generally covers Normal and Early Retirement benefits and certain benefits for your survivors.

The PBGC guarantee generally does not cover: (1) benefits greater than the maximum guaranteed amount set by law for the year in which the Plan terminates; (2) some or all of benefit increases and new benefits based on Plan provisions that have been in place for fewer than five years at the time the Plan terminates; (3) benefits that are not vested because you have not worked long enough for the company; and (4) benefits for which you have not met all of the requirements at the time the plan terminates.

Even if certain of your benefits are not guaranteed, you still may receive some of those benefits from the PBGC depending on how much money your Plan has and on how much the PBGC collects from employers.

For more information about the PBGC and the benefits it guarantees, ask your plan administrator or contact the PBGC's Technical Assistance Division, 1200 K Street N.W., Suite 930, Washington, D.C. 20005-4026 or call (202) 326-4000; this is not a toll-free number. TTY/TDD users may call the federal relay service toll-free at (800) 877-8339 and ask to be connected to (202) 326-4000. Additional information about the PBGC's pension insurance program is available through the PBGC's Website on the Internet at www.pbgc.gov.

**Note:** The 401(k) Savings Plan and Retirement Contribution Plan are not subject to the PBGC insurance protection. Assets in these Plans are held in trust by the Plans' Trustee.

## Loans and Withdrawals While Employed

### Topics

Loans and Withdrawals Overview
Loans
401(k) Savings Plan Withdrawals
Retirement Contribution Plan Withdrawals

### Loans and Withdrawals Overview

The 401(k) Savings Plan and Retirement Contribution Plan include a loan feature and certain in-service withdrawal provisions. These allow you access to your vested plan account balances while

you are an active employee on U.S. Payroll (active employees who permanently transfer to a country outside the U.S., former employees, beneficiaries, and former spouses of employees are not eligible for these provisions).

- The loan feature allows you to borrow against your vested account balances. Loans are available for any reason. Loans have an advantage over in-service withdrawals as you are generally not taxed on the loan proceeds unless your loan violates IRS requirements
- The in-service withdrawal provision is available on certain account sources or for severe financial reasons, such as hardship withdrawal. Certain restrictions and taxes may apply to in-service withdrawals

It is recommended that you consult a tax advisor before requesting a loan or in-service withdrawal.

## Loans

### What you can borrow

You are permitted to borrow up to the lesser of $50,000 or 50% of your vested account balance. Funds withdrawn do not share in the Plan's investment gains or losses, but interest paid on the loan will be credited directly to your accounts. The minimum amount you can apply for is $500. You may take loans from either the 401(k) Savings Plan or the Retirement Contribution Plan, but you may have only two loans outstanding at one time: two from the 401(k) Savings Plan, two from the Retirement Contribution Plan, or one from each Plan. The following borrowing limitations apply:

- You may not borrow from the 401(k) Savings Plan an amount that would cause your loans outstanding under the 401(k) Savings Plan to exceed 50% of your vested balance under the 401(k) Savings Plan
- You may not borrow from the Retirement Contribution Plan an amount that would cause your loans outstanding under the Retirement Contribution Plan to exceed 50% of your vested balance under the Retirement Contribution Plan.

The maximum amount of the combined balance of all loans that you have outstanding under all Intel retirement plans cannot exceed $50,000, minus the highest balance outstanding on all loans at any single time in the last 12 months. If you were hired at Intel from an M&A or subsidiary, participated in their retirement plans, and have an outstanding loan against that Plan account, that outstanding loan balance will count towards the $50,000 limit in the Intel Plans.

When you request a loan, you must choose whether you would like to have the loan proceeds taken from the 401(k) Savings Plan or the Retirement Contribution Plan, if you have loan amounts available under each Plan. The loan amounts available under the 401(k) Savings Plan and under the Retirement Contribution Plan will be different, and you may take loans from either Plan, or both Plans. When you request a loan from the 401(k) Savings Plan, you may either choose the fund(s) you would like the loan proceeds taken from or the loan proceeds will be taken pro rata across all funds. One additional day (trade + 1 day) is required to process your loan request if you are invested in the Intel Stock Fund, regardless if loan proceeds are requested from the Intel Stock Fund. See "Investment Options" in this chapter for more information on the Intel Stock Fund as a daily share accounted fund. Participants who invest in certain investment options are subject to redemption fees if the minimum holding period requirement is not met. A short-term redemption fee may be charged if the loan proceeds are taken from these funds before you have satisfied the fund's applicable holding period. If all or a portion of your 401(k) Savings Plan account is invested in funds in Fidelity BrokerageLink, you

Exhibit 1                                                                              Page 27 of 55

will be required to transfer the necessary amount back to the Invesco Government & Agency Portfolio before your loan can be processed. For additional information on redemption fees on these funds, view the investment information on Fidelity's NetBenefits website or call the Fidelity Service Center.

**Loan provisions**

Loans are generally granted for periods of up to four years (nine years for buying or building your primary residence), and are secured by either your vested 401(k) Savings Plan account balance or your vested Retirement Contribution Plan balance.

Loans requested from your Retirement Contribution Plan require notarized spousal consent if you are married.

The loan amount will bear a fixed rate of interest equal to the prime rate plus 1% as reported by Reuters on the last business day of each month. The interest you pay on the loan is credited directly to your plan account. The interest paid on a plan loan is not tax deductible.

A one-time $35 loan application fee will be assessed on each application, and a quarterly processing fee of $3.75 will be deducted from the account from which your loan was taken during each quarter that the loan is outstanding. If all or the majority of your 401(k) Savings Plan account is invested in Fidelity BrokerageLink, you will be required to maintain a small balance in the 401(k) Savings Plan investment fund(s) in order for the quarterly fees to be deducted from your Plan account balance.

Loan repayments are made through regular after-tax payroll deductions. As long as you are receiving a paycheck from U.S. Payroll, you cannot stop your loan repayments for any reason, including bankruptcy. You may also prepay your loan in part or in full. If you have two loans outstanding, one loan must be fully repaid before you will be allowed to initiate a new loan. There is a 30-day waiting period from the date an existing loan is paid until you can request a new loan. There is no waiting period between loan requests when applying for a second loan when only one existing loan is outstanding. All loan repayments and interest will be invested according to your current investment choices for contributions.

If you leave Intel, go on leave, transfer to a non-participating subsidiary, or are transferred to a non-U.S. site, you may continue to make loan payments directly to Fidelity via coupon book. If you are on a leave, you should automatically receive a coupon book from Fidelity, approximately two weeks from the time you start your leave, to continue your loan payments. If you do not receive the coupon book, contact the Fidelity Service Center. If you fail to continue making payments on your plan loan(s), the outstanding balance(s) may be treated as a distribution subject to income taxes and penalties. For additional information, see "Distributions After Separation of Employment" in this chapter. If you need assistance on your loan, contact the Fidelity Service Center. If you joined Intel as part of a merger or acquisition, these rules may not apply to loans under your M&A Retirement Plan.

If you have a 401(k) and/or Retirement Contribution loan prior to the start of a qualified Military Leave, you can elect that the interest rate on your outstanding loan be capped at 6% during the time you are on Military Leave. You may choose to suspend your loan payments at the current interest rate, prior to leaving on Military Leave. If you choose to suspend your loan and keep your original interest rate, the length of your leave will be added to the end of the life of the loan and reamortized at the original interest rate.  Loan repayments may also continue to be taken from your supplemental pay, if available. If no supplemental pay is available, then your loan will automatically be suspended until your return from Military Leave.

Exhibit 1                    Page 28 of 55

If, for any reason, payroll withholding is not possible and you fail to make a loan payment on time, your loan will be declared in default. If a default is declared, Intel may require immediate payment of the entire unpaid balance, or deduct the unpaid balance from the assets in your vested 401(k) Savings Plan account balance or your vested balance in the Retirement Contribution Plan, as applicable. If the loan is declared to be in default, it is considered a taxable distribution and may be subject to income taxes and penalties. If a loan in default is not repaid, it will be considered outstanding for purposes of calculating your maximum available loan. More detailed information about the loan and terms is included in the loan application.

## 401(k) Savings Plan withdrawals while employed

Under certain circumstances, you may withdraw money from your 401(k) Savings Plan accounts while you are still employed. Withdrawals may be subject to taxes and penalties depending on the sources of your 401(k) Savings Plan account that you withdraw from. You should consult a tax advisor before requesting a withdrawal from your account. Withdrawals may be subject to an individual service fee. See "Plan Fees and Expenses" in this chapter for more information. If all or a portion of your 401(k) Savings Plan account is invested in funds in Fidelity BrokerageLink, you will be required to transfer the necessary amount back to the Invesco Government & Agency Portfolio before your withdrawal can be processed. To initiate a withdrawal, contact the Fidelity Service Center.

Withdrawals are permitted only according to the following rules:

### Age 59½ withdrawals

Withdrawals of pre-tax and/or Roth 401(k) contributions and earnings are permitted for employees who are at least age 59½. Only one age 59½ withdrawal is permitted within a rolling 12-month period. Withdrawals from your pre-tax source will be subject to ordinary income tax. Withdrawals from your Roth 401(k) source may be subject to taxes if your withdrawal is requested prior to meeting the qualified distribution rules.

### Hardship withdrawals

Withdrawals of pre-tax and/or Roth 401(k) contributions, including pre-tax amounts in your rollover account, are permitted in the event of certain financial hardships, which are limited to the following situations:

- Payment of extraordinary medical expenses previously incurred by or necessary to obtain care for you, your spouse, or dependents
- The purchase of your primary residence (excluding mortgage payments)
- Payment of tuition and related education fees for the next 12 months of post-secondary education for you, your spouse, or dependents
- To prevent eviction of or foreclosure on your principal residence
- Payment of funeral expenses for a family member
- Repair damage of primary residence that would qualify under the casualty deduction under Code section 165

For the calendar year in which you receive pre-tax money as a hardship withdrawal, you must pay income taxes on such withdrawal, which may include an additional 10% penalty tax if you are under age 59½. Withdrawals from your Roth 401(k) source may be subject to taxes if your withdrawal is requested prior to meeting the qualified distribution rules. The hardship withdrawal amount can be increased for the anticipated income taxes and any penalty due on the withdrawal.

Hardship withdrawal requests must be approved by Fidelity, the plan record keeper. Approval is granted only if you are unable to obtain the necessary funds from other sources within Intel, including available plans loans, selling stock that you purchased through the Stock Purchase Plan, or exercising your vested stock options and RSUs, and you indicate in writing that you lack other resources to meet the financial need.

Hardship withdrawal requests can be made only once in a rolling 12-month period, and only your contributions (e.g., not earnings on your contributions, and not any amounts attributable to Intel's discretionary Retirement Contributions made on your behalf) can be withdrawn. Under the law, this does not include earnings credited to your pre-tax account on or before Dec. 31, 1988.

You will be prohibited from making deferrals to all employer plans including the 401(k) Savings Plan for six months after receiving a hardship withdrawal.

### After-tax withdrawals

If you participated in the 401(k) Savings Plan before 1988, you may have an after-tax account available for withdrawal. After-tax withdrawals may be made for any reason, but are permitted only once in a rolling 12-month period.

You may withdraw after-tax contributions made before Jan. 1, 1987, without penalty. If you withdraw after-tax contributions made on or after Jan. 1, 1987, a portion of this withdrawal is assumed to be interest earned and subject to ordinary income tax, and a 10% early withdrawal penalty may apply. **Note:** After-tax withdrawal rules do not apply to the Roth 401(k) source.

### Free$tock withdrawals

If you participated in the 401(k) Savings Plan before 1987, you may have a Free$tock account available for withdrawal. Only one withdrawal of Free$tock is permitted in a rolling 12-month period. Payment will be made in either cash or shares of stock according to your withdrawal instructions. If you do not make a specific election, the shares of Intel common stock will be sold and you will receive a cash distribution equal to the value of such shares. This withdrawal will be subject to ordinary income tax and a 10% early withdrawal penalty may apply.

### Age 70½ withdrawals

Withdrawals of any or all of your vested Retirement Contribution source are permitted for eligible participants who are at least age 70½. Only one age 70½ withdrawal is permitted in a rolling 12-month period. Age 70½ withdrawals may be subject to an individual service fee, and will be subject to ordinary income tax.

## Retirement Contribution Plan Withdrawals

### Age 70½ withdrawals

Withdrawals of any or all of your vested account balance are permitted for eligible participants who are at least age 70½. Only one age 70½ withdrawal is permitted in a rolling 12-month period. Age 70½ withdrawals may be subject to an individual service fee, and will be subject to ordinary income tax. Age 70½ withdrawls requested from your Retirement Contribution Plan require notarized spousal consent if you are married.

Exhibit 1                                    Page 30 of 55

## Distributions after Separation of Employment

### Topics

Distributions Overview
Termination of Employment
Forms of Distribution at Termination
Distribution to Beneficiaries
Federal Income Tax Considerations
Payments Eligible for Rollover
Beneficiaries
Tax Effects on Intel
Fees and Expenses

### Distributions overview

You can receive distributions from your 401(k) Savings Plan, Retirement Contribution Plan and/or Minimum Pension Plan benefit after you have separated employment with Intel. Distributions are different from in-service withdrawals which are available while you are employed with Intel. To initiate a distribution, contact the Fidelity Service Center and request a distribution packet for the Plan from which you are requesting a distribution. If all or a portion of your 401(k) Savings Plan account is invested in funds in Fidelity BrokerageLink, you will be required to transfer the entire BrokerageLink balance back to the Invesco Government & Agency portfolio before your 401(k) distribution can be processed.

### Termination of Employment

When you terminate your employment with Intel, you can request a distribution as early as 30 days after you leave Intel.  You can receive the following:

- Your pre-tax, Roth 401(k), rollover, and merged account balances, and vested  Intel discretionary retirement contribution account balance in the 401(k) Savings Plan
- Your vested account balance in the Retirement Contribution Plan
- A benefit from the Minimum Pension Plan, if the balance in your Retirement Contribution Plan account does not provide a minimum level of retirement income as determined by the pension formula

**Note:** If you transfer to a non-participating subsidiary or to a country outside of the U.S. and are no longer eligible for participation in the Plans, under U. S. tax law you are not eligible to receive a distribution of your account balance(s) until you have separated employment within Intel's control group.

### Forms of Distribution at Termination

The following general rules apply to distributions from the 401(k) Savings Plan, Retirement Contribution Plan and Minimum Pension Plan:

- **401(k) Savings Plan,  Retirement Contribution  Plan and Minimum Pension Plan: Account balances $1,000 or less**
  - If your account value in any of the Plans is $1,000 or less, it will automatically be paid to you in a single lump sum. **Note**: If your 401(k) Savings Plan account balance is comprised of both Roth after-tax and pre-tax contributions, the $1,000 limit is applied separately to your Roth after-tax balance and your pre-tax balance (pre-tax deferral and discretionary Retirement Contributions)
    - **Example:** If the value of your 401(k) Savings Plan account balance is $900 and comprised of $400 pre-tax and $500 Roth after-tax balances, you will receive two lump sum checks. One for the $400 pre-tax balance and a separate check for the $500 Roth 401(k) balance
- **401(k) Savings Plan: Account balances more than $1,000 but not more than $5,000**
  - If your 401(k) Savings Plan account value is more than $1,000 but less than or equal to $5,000, you may elect to roll over your account to an IRA, to another employer's eligible retirement plan that accepts rollovers, or receive your account value in a single lump sum. If you do not make a distribution election within 60 days from the date you receive your termination packet, your account will be rolled over into a Fidelity Rollover IRA in your name. Information on how to access your IRA account will be mailed to you after your Fidelity Rollover IRA has been established. Your IRA account is between you and Fidelity. **Note:** If your 401(k) Savings Plan account balance is comprised of both Roth 401(k) and pre-tax contributions the $1,000 limit is applied separately to your Roth 401(k) balance and your pre-tax balance (including any discretionary Retirement Contributions)
    - **Example:** If the value of your 401(k) Savings Plan account balance is $2,000 and comprised of $1,000 pre-tax and $1,000 Roth 401(k) balances, your account will be paid in two lump sum checks. One for the $1,000 pre-tax balance and a separate check for the $1,000 Roth 401(k) balance
    - **Example:** If the value of your 401(k) Savings Plan account balance is $2,500 and comprised of $2,000 pre-tax and $500 Roth 401(k) balances, the $2,000 pre-tax balance will be rolled over to an IRA and the $500 Roth 401(k)  balance will be paid in a lump sum check
    - **Example:** If the value of your 401(k) Savings Plan account balance is $3,000 and comprised of $1,500 pre-tax and $1,500 Roth401(k) balances, the $1,500 pre-tax balance will be rolled over to an IRA and the $1,500 Roth 401(k) balance will be rolled over to a Roth IRA
- **Retirement Contribution Plan and Minimum Pension Plan: Account balances more than $1,000 but not more than $5,000**
  - If your vested Retirement Contribution Plan account value or Minimum Pension Plan benefit is more than $1,000 but less than or equal to $5,000, you may elect to roll over your account to an IRA to another employer's eligible retirement plan that accepts rollovers, or receive your account value in a single lump sum. If you do not make a distribution election within 60 days from the date you receive your termination packet, your account will be rolled over into a Fidelity Rollover IRA in your name. Information on how to access your IRA account will be mailed to you after your Fidelity Rollover IRA has been established. Your IRA account is between you and Fidelity
- **401(k) Savings Plan and  Retirement Contribution Plan: Account balances more than $5,000**
  - If your vested 401(k) Savings Plan or Retirement Contribution Plan account balances are more than $5,000, they will remain in your account until you request a distribution. You may elect to roll over your account to an IRA or to another employer's eligible retirement plan that accepts rollovers, or request a partial

Retirement Programs 18.30
Feb. 4 2013

Exhibit 1                    Page 32 of 55

distribution with the minimum amount of $5,000 (full account balance if less), or receive your account value in a single lump sum, or as an annuity paid from the Minimum Pension Plan. If you do not elect a distribution prior to age 70½, federal law requires that you begin receiving benefits from the Plan. The first Plan distribution (referred to as a Minimum Required Distribution or MRD) must be made no later than April 1 of the calendar year after the calendar year you have reached age 70½. Additional distributions must be made by December 31 of that year and each year following. If you are married and elect a form of distribution other than a joint and survivor annuity under the Retirement Contribution Plan, a notarized spousal consent form is required before your distribution can be processed. **NOTE:** If the total value of your 401(k) Savings Plan account is over $5,000 and is comprised of both Roth 401(k) and pre-tax contributions, the $1,000 limit described in the **$1,000** and **$1,000 but not more than $5,000** sections does not apply

- **Minimum Pension Plan:  Account balances more than $5,000**
  - o If the present value of your vested Minimum Pension Plan benefit is more than $5,000, it will be automatically paid as an annuity at age 65, unless you elect another form of distribution, such as lump sum. You may request your Minimum Pension Plan benefit to commence prior to age 65, but the amount of your benefit will be reduced. If you do not elect a form of distribution before your 65th birthday, your Minimum Pension benefit will be paid in a single life annuity or, if you are married, as a 100% joint and survivor annuity with your spouse. If you are married and elect a form of distribution other than a joint and survivor annuity under the Minimum Pension Plan, a notarized spousal consent form is required before your distribution(s) can be processed
- **Distributions from Roth 401(k) contributions.** If you contributed to the 401(k) Savings Plan on a Roth 401(k) after-tax basis, special rules apply. Earnings accumulate on your Roth 401(k) contributions and are distributed federal income tax free if the distribution is a qualified distribution. A qualified distribution is defined as (1) made after you have attained age 59½, become disabled, or die AND (2) made after the fifth tax year beginning with the year you first made a Roth 401(k) contribution. Roth 401(k) account balances may be rolled over to another employer's Roth 401(k) account that accepts Roth rollovers or a Roth IRA, but not to any other account in an employer's plan or to a traditional IRA
- **Distributions from after-tax 401(k) contributions**:  If you contributed to the 401(k) Savings Plan before 1988 on an after-tax basis, those contributions are not taxable when distributed. Eligible after-tax contributions made to your 401(k) Savings Plan account can be rolled over to an IRA or to another employer's plan that accepts after-tax monies.  The earnings on after-tax contributions can then be tax deferred
- **Outstanding loan balances at distribution.** If you have a loan outstanding and you do not receive or request a distribution of your Plan account, you will receive a coupon book and may continue to make payments directly to Fidelity in order to avoid default. If you have a loan outstanding and you receive a distribution of your account (whether automatically or by election), the amount of your outstanding loan will be included in the taxable portion of the distribution
  - o If you have a loan outstanding and your account is rolled over directly to another employer's eligible retirement plan or to an IRA (whether automatically or by election), the balance due on your loan will be deemed distributed to you in a taxable distribution if you do not pay off the loan in advance of the rollover
  - o If any portion of the defaulted loan is from the Roth 401(k) source, taxes may apply if you have not met the qualified distribution rules

Before making a distribution election you should consult a tax advisor and review the tax

Retirement Programs 18.31
Feb. 4 2013

Exhibit 1                    Page 33 of 55

consequences of each of your distribution options. See Federal Income Tax Considerations in this chapter for additional information.

**Lump sum distributions**

If you elect to take a lump sum distribution, you may:

- Take the entire distribution in cash and pay the taxes due on the eligible amount in the year received
- Take the entire distribution in cash (or cash and shares of Intel common stock with respect to any whole shares allocated under the Intel Stock Fund or as Free$tock), and pay the taxes due on the cash and your cost basis on the stock
- Take the entire distribution in cash (or cash and shares of Intel common stock with respect to any whole shares allocated under the Intel Stock Fund or as Free$tock ) and then within 60 days roll over part or all of the distribution into an IRA or into another employer's eligible retirement plan that accepts pre-tax. Roth 401(k) or after-tax rollovers
- Request a direct rollover of your entire account to an IRA or to another employer's eligible retirement plan that accepts pre-tax and/or Roth 401(k) rollovers
- Take part of your distribution in cash or shares of Intel stock with respect to any whole shares allocated under the Intel Stock Fund or as Free$tock, or both, and request that the rest of your account be transferred to an IRA or to another employer's eligible retirement plan that accepts pre-tax and/or Roth 401(k) rollovers, in a direct rollover

If you take a distribution in cash or shares of Intel stock and subsequently roll it over, rather than transferring that amount in a direct rollover, your distribution will be subject to tax withholdings. See Federal Income Tax Considerations in this chapter for additional information. You may roll over shares of Intel stock to an IRA or to another employer's eligible retirement plan only if the plan or IRA accepts such stock.

**Annuity options**

You may choose among three annuity options under the Plan. All annuity options are distributed from the Minimum Pension Plan. If you want to receive your 401(k) Savings Plan or Retirement Contribution Plan account in the form of an annuity, your Plan accounts will be transferred to the Minimum Pension Plan. The accounts will be converted to an annuity using rules set out in IRS regulations, which will result in an annuity amount different from the annuity amount subtracted from the Minimum Pension Plan benefit. An annuity paid from the Minimum Pension Plan will be subject to its spousal consent rules. Generally, if you are married and do not elect a joint and survivor annuity under the Retirement Contribution Plan or Minimum Pension Plan, notarized spousal consent is required.

- **Single Life Annuity:** This option provides a monthly payment to you for the rest of your life with no provision for continuing payments to a survivor.
- **50% or 100% Joint and Survivor Annuity:** This option provides a reduced monthly payment to you for the rest of your life, and after your death, monthly payments to your designated beneficiary for life. The amount of each payment to your beneficiary is 50% or 100% of the amount of each payment made during your life. This annuity is calculated based upon a single life annuity and then actuarially reduced to reflect the fact that payments are guaranteed for the lives of two people. The amount of the reduction is based on your age and the age of your beneficiary when payments begin. The benefit can be calculated so that either 50% or

100% of the benefit will be continued to your designated beneficiary in the event of your death.

- **10- or 15-year Period-Certain Annuity:** This annuity provides a reduced monthly payment to you for the rest of your life and, if you die, guarantees a payment to your designated beneficiary for the guaranteed 10-year or 15-year period as elected.  This annuity is calculated based upon a single life annuity and then actuarially reduced to reflect the guarantee period.

### Investment of deferred account balances

Unless you elect to receive a distribution, the funds in your 401(k) Savings Plan account will continue to be invested in the investment options selected by you. Following your termination of employment, you will continue to be entitled to change the allocation of your 401(k) Savings Plan balances among the available investment funds offered under the Plan. Deferred vested balances in your Retirement Contribution Plan account will continue to be invested in the Global Diversified Fund, unless you are eligible and elect to participate in the Retirement Contribution LifeStage program.

### 401(k) Savings Plan - merger accounts

If you were an employee of a company acquired by Intel, the benefits you earned before the acquisition may have been transferred to the 401(k) Savings Plan in a merger account. If you have a merger account, special distribution options may be available to you. For more information about your merger account distribution options contact the Fidelity Service Center.

## Distributions to Beneficiaries

### Spousal and non-spousal beneficiaries

Beneficiaries must take a full distribution of a participant's account balance(s) no later than March 1 of the year following the participant's death.

If you are a beneficiary as the surviving spouse, you may choose to have an eligible rollover distribution paid in a direct rollover to an IRA, into another employer's eligible retirement plan that accepts pre-tax and/or Roth 401(k) rollovers, or paid to you in the form of a life annuity or a single lump sum. If the value of the account is $5,000 or greater and the surviving spose beneficiary does not elect a distribution from the Retirement Contribution Plan prior to March 1 of the the year following the participant's death, the surviving spouse beneficary's Retirement Contribution Plan account balance will automatically be transfered into the Minimum Pension Plan on March 1 and the surviving spouse beneficiary will receive an immediate single life annuity commencing March 1 from the Minimum Pension Plan. Retirement Contribution Plan account balances less than $5,000 or the total vested vale of the account balance from the 401(k) Savings Plan will be paid as a lump if no distribution election is made by March 1.

If you are a non-spousal beneficiary, you may choose a direct rollover to an IRA which will be treated as an "inherited IRA". A non-spousal beneficiary cannot roll over the payment themselves. A non-spousal beneficiary must instruct the Plan Administrator of the distributing plan to make a direct rollover to an "inherited IRA" that the non-spousal beneficiary has established on his or her behalf.  If the non-spousal beneficiary does not make a distribution by March 1 of the year following the participant's death from either the Retirement Contribution Plan or 401(k) Savings Plan, the Plan accounts will be paid as a lump sum regardless of the value of the account balance.

Retirement Programs 18.33
Feb. 4 2013

Exhibit 1                                                      Page 35 of 55

If distribution of your account already started in the form of an annuity payment before your death, your beneficiary may or may not be entitled to additional payments, depending on the form of annuity payment you elected. See "Annuity options" in this chapter for details. Survivor benefits in the pension plan, in the event you die before benefit payments begin, are payable only to your spouse.

### Alternate payees

If you are an alternate payee as a result of a Qualified Domestic Relations Order (QDRO), and you are the participant's spouse or former spouse, you have the same choices as the employee except that no survivor benefits will be paid from the Minimum Pension Plan to your spouse if you have remarried. You can have any lump sums payments to which you are entitled from any of the Plans paid as a direct rollover or paid to you. If you have it paid to you, you can keep it or roll it over yourself to an IRA or to another employer's eligible retirement plan that accepts rollovers. If you are an alternate payee and you are not the participant's spouse or former spouse, you can have any lump sum payments to which you are entitled from any of the Plans paid to you. You cannot choose a direct rollover, and you cannot roll over the payment yourself.

## Federal Income Tax Considerations

### Consult a professional tax advisor

The following summary of federal income tax consequences does not purport to be a complete statement of the law in this area. Any U.S. tax advice contained in this document is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any U.S. federal tax penalties that may be imposed on that person. The summary does not address the effects, if any, of other federal taxes, such as inheritance taxes, or of state, local or foreign tax laws. Because of the complexity of the tax laws with respect to these matters, and because such laws may change, Intel recommends that you consult a tax advisor to assess your tax situation, as well as the effect and applicability of state, local and other tax laws.

### General tax information

The Plans are intended to qualify under Section 401(a) of the Tax Code. Qualification under Sections 401(a) has the following key effects:

- Except for any Roth 401(k) contributions that you make, you are not taxed on the amounts you contribute to the Plans until these amounts are distributed or withdrawn from each Plan
- You are not taxed on earnings or gains in the Plans until these amounts are distributed or withdrawn from each Plan
- The trust which holds the Plans' assets are not taxed on contributions or earnings
- Intel takes a current deduction for amounts contributed to each of the Plans

In general, when you receive money from the Plans, the amount of the distribution is required to be reported to the IRS. Annuity payments and lump sum payments are taxable income in the year each payment is received.

### Taxation of distributions

In general, the recipient of a distribution from the Plans will be subject to federal income tax and other state and local taxes in the year of such distribution on the amount of the distribution. The tax

treatment of any distribution depends in part on whether the distribution includes shares of Intel common stock, whether the distribution qualifies as a lump sum distribution, and whether any portion of the distribution is eligible to be rolled over to an IRA or other eligible retirement plan. The following effects are possible:

- Amounts paid to you are subject to withholding taxes
- Some distributions may also be subject to a 10% penalty tax for early withdrawal
- Distributions of Intel stock received as shares may be taxed less than distributions taken as cash
- Special tax treatment is available for some distributions
- Distributions may be rolled over to an IRA or another retirement plan

## Distributions on Roth 401(k)  after-tax contributions

After-tax contributions included in your 401(k) Savings Plan account distribution from your Roth 401(k) account are not taxed, but earnings might be taxed. The tax treatment of earnings included in the distribution depends on whether the payment is a qualified distribution. If a distribution is only part of your designated Roth 401(k) account, the payment will include an allocable portion of the earnings in your designated Roth 401(k) account. If the payment from the Plan is not a qualified distribution and you do not make a rollover to a Roth IRA or a designed Roth account in another employer's plan, you will be taxed on the earnings in the distribution. If you are under age 59½, a 10% additional income tax on early distributions will also apply to the earnings, unless an exception applies. If you make a rollover, you will not have to pay taxes currently on the earnings and you will not have to pay taxes later on payments that are qualified distributions. If the payment from the Plan is a qualified distribution, you will not be taxed on any part of the payment even if you do not make a rollover. If you make a rollover, you will not be taxed on the amount you rollover over and any earnings on the amount you roll over will not be taxed if paid later in a qualified distribution.

A qualified distribution of Roth 401(k) contributions is defined as meeting both of the following:

- Distribution occurs at least five (5) years after the year of your first Roth 401(k) contribution (counting the first year as part of the five years) *and*
- On or after you attain age 59½, become disabled, or die

You may roll over the distribution to a Roth IRA, a Roth individual retirement account or Roth individual retirement annuity, or a designated Roth account in another employer's plan that will accept the Roth rollover, but not to any other account in a plan or to a traditional IRA.

## Distribution of after-tax contributions

If your 401(k) Savings Plan account distribution includes after-tax contributions that portion of your distribution is not taxed. If the distribution is only part of the distribution, an allocable portion of your after-tax contributions is generally included in the payment. If you have pre-1987 after-tax contributions maintained in a separate account, a special rule may apply to determine whether the after-tax contributions are included in a distribution.

You may roll over to an IRA a distribution that includes after-tax contributions through either a direct rollover or a 60-day rollover. You must keep track of the aggregate amount of the after-tax contributions in all of your IRAs in order to determine your taxable income for later payments from the IRAs. If you do a direct rollover of only a portion of the amount paid from the Plan and a portion is paid to you, each of the payments will include an allocable portion of the after-tax contributions. If

Retirement Programs 18.35
Feb. 4 2013

Exhibit 1                     Page 37 of 55

you do a 60-day rollover to an IRA of only a portion of the payment made to you, the after-tax contributions are treated as rolled over last.  For example, you receive a total distribution of your 401(k) Savings Plan account which totals $12,000 of which $2,000 is after-tax contributions. In this case, if you roll over $10,000 to an IRA in a 60-day rollover, no amount is taxable because the $2,000 amount not rolled over is treated as being after-tax contributions.

You may roll over to a new employer's plan all of the distribution that includes after-tax contributions, but only through a direct rollover and only if the new employer's plan separately accounts for after-tax contributions and is not a governmental section 457(b) plan. You can make a 60-day rollover to a new employer plan of part of a distribution that includes after-tax contributions, but only up to the amount of the payment that would be taxable if not rolled over.

**Amounts paid to you**

When you receive money from the Plans, your distribution amounts are required to be reported to the IRS. Payments you receive from an annuity purchased with tax-deferred contributions and lump sum distributions are taxable income in the year received. If you choose to have your Plan benefits paid to you:

- You will receive only 80% of the taxable portion of the payment, because the Plan administrator is required to withhold 20% of the taxable portion of the payment and send it to the IRS as income tax withholding to be credited against your taxes. Any non-taxable portion of the payment will be paid to you in full
- Your payment will be taxed in the year it is paid unless you roll it over. You may be able to use special tax rules that could reduce the tax you owe. However, if you receive the payment before age 59½, you also may have to pay an additional 10% penalty tax for early withdrawal
- You can roll over the 80% payment to your IRA, or to another employer plan that accepts your rollover, within 60 days of receiving the payment. The amount rolled over will not be taxed until you withdraw it from the IRA or employer plan. If you roll over your 80% payment, you may be entitled to a tax refund of the 20% withholding credited against your taxes
- If you want to roll over 100% of the payment to an IRA or to an employer plan, you must replace the taxes that were withheld by depositing into the IRA or employer plan an amount equal to the amount withheld. If you roll over only the amount you actually received, you will be taxed on the amount that was withheld for taxes (the 20% federal withholding tax plus any state or other taxes withheld)

You may avoid the 20% withholding if you elect to take your distribution in the form of a direct rollover. Direct rollovers are explained in greater detail in the Direct Rollover section.

**Penalty tax**

Distributions that are not rolled over will be subject to a 10% excise tax (penalty) unless an exception applies. Generally, the following payments are exempt from the penalty tax:

- Payments to you upon termination of employment after reaching age 55
- Payments to you after retirement due to disability
- Payments made to your beneficiary after your death
- Annuity payments based on your life expectancy

- Payments that do not exceed your tax-deductible medical expenses for the year (whether or not you itemize deductions)
- Payments to an alternate payee under a qualified domestic relations order
- Payments made to comply with a levy by the IRS
- Payments to individuals called to active duty for at least 179 days after 9/11/2001
- Payments of ESOP dividends
- Corrective distributions of contributions that exceed tax law limitations

**Withholding taxes**

**Mandatory withholding:** If you take a lump sum distribution as cash (whether or not you roll it over into another plan or to an IRA), the Plan administrator is required to withhold 20% federal income tax from the taxable portion of the payment and report it to the IRS as income tax withholding to be credited against your taxes. Your distribution may also be subject to additional withholding taxes if you live in a state that imposes withholding taxes on retirement plan distributions.

**Voluntary withholding:** If any portion of your payment is not an eligible rollover distribution but is taxable, the mandatory withholding rules described above do not apply. In this case, you may elect not to have withholding apply to that portion. To elect out of withholding, ask Fidelity for the election form and related information.

**Intel Stock**

Intel stock in the Intel Stock Fund or your Free$tock account in the 401(k) Savings Plan may be distributed as shares, or the shares may be sold and distributed as cash. Under current Tax Code rules, if you elect to receive a distribution of shares, the amount of tax you pay may be less than if you elect to receive a cash distribution.

Under this special rule, you may have the option of not paying tax on the net unrealized appreciation of the stock until you sell the stock. Generally, net unrealized appreciation is the increase in the value of the stock while it is held by the Plan. If you elect to receive a distribution of shares, you will be taxed only on your cost basis in the shares. Generally, your cost basis in the Intel Stock Fund is the amount of contributions or transfers into the Intel Stock Fund, plus dividends, less the amount of cash (if any) in your Intel Stock Fund account.

The Plan administrator is still required to withhold 20% federal taxes of the total taxable cash and taxable amount of Intel common stock and report it to the IRS as income tax withholding to be credited against your taxes. However, the Plan administrator is not required to withhold the entire 20% if the cash portion of your distribution is less than 20% of the combined total of cash and taxable common stock amounts. In that case, you will receive only the shares of Intel common stock, and all cash will be credited as income tax withholding.

To use this special rule, one of two requirements must be met:

- The payment must qualify as a lump sum distribution, as described below—or it would qualify except that you do not yet have five years of participation in the Plan—or
- The stock included in the payment must be attributable to non-Roth 401(k) after-tax employee contributions, if any

You may elect not to have the special rule apply to the net unrealized appreciation. In this case, your net unrealized appreciation will be taxed in the year you receive the stock, unless you roll over the

Retirement Programs 18.37
Feb. 4 2013

Exhibit 1                    Page 39 of 55

stock. The stock (including any net unrealized appreciation) can be rolled over to an IRA or another employer plan either in a direct rollover or a rollover that you make yourself. If you roll over the stock to an IRA or another plan, the special rule for taxing stock distributions will not apply to a later distribution of the amounts rolled over. If you receive Intel stock in a payment that qualifies as a lump sum distribution, the special tax treatment for lump sum distributions described below (such as five-year averaging) also may apply.

If you wish to take advantage of this special tax rule only with respect to your shares, you may take your shares in a distribution and roll over the rest of your distribution in a direct rollover or a 60-day rollover.

### Lump sum distributions to persons born before January 1, 1936

Under the Tax Code, special federal income tax treatment applies to a distribution constituting a lump sum distribution which is made to a person who was born before January 1, 1936. Generally, a lump sum distribution is a payment, within one year, of your entire balance under the Plan, together with your balance under any other profit-sharing or 401(k) plans of Intel and its affiliates, and is payable because you have reached age 59½, died, or have terminated your service with Intel. For a payment to qualify as a lump sum distribution, you must have been a participant in the Plan for at least five years. However, if Intel reemploys you after you receive a lump sum distribution as a result of termination of your service with Intel, the Tax Code provides for a recapture of the tax benefit that may have resulted to you as a result of the application of certain favorable tax rules described below pertaining to lump sum distributions.

If your distribution qualifies as a lump sum distribution, it may be eligible for special tax treatment:

- **10-Year averaging if you were born before January 1, 1936**: If you receive a lump sum distribution and you were born before January 1, 1936, you can make a one-time election to calculate the tax on the payment by using 10-year averaging (using 1986 tax rates). Ten-year averaging often reduces the tax you owe
- **Capital gains treatment if you were born before January 1, 1936:** If you receive a lump sum distribution and you were born before January 1, 1936, you may elect to have the part of your taxable payment that is attributable to your pre-1974 participation in the Plan (if any) taxed as long-term capital gain at a rate of 20%

There are other limits on the special tax treatment for lump sum distributions. For example, you can generally elect this special tax treatment only once in your lifetime, and the election applies to all lump sum distributions that you receive in that same year. If any portion of a lump sum distribution is rolled over, you cannot use this special tax treatment for later payments from the Plan. If you roll over your payment to an IRA, you will not be able to use this special tax treatment for later payments from the IRA. Also, if you roll over only a portion of your payment to an IRA, this special tax treatment is not available for the rest of the payment.

### Payments Eligible for Rollover

Payments from the Plans may be eligible rollover distributions. This means that they can be rolled over to an IRA or to another employer plan that accepts rollovers. Fidelity will advise you as to what portion of your payment is an eligible rollover distribution.

A payment from the Plans that is eligible for rollover can be rolled over in two ways. You can choose to have all or any portion of your payment either:

- Paid to another retirement plan or IRA in a direct rollover, or
- Paid to you, and deposited by you within 60 days into another plan or IRA (a 60-day rollover)

This choice will affect whether withholding taxes apply to your distribution.

**Payments that cannot be rolled over**

Generally, the following types of payments cannot be rolled over:

- **Long-term payments**: You cannot roll over a payment if it is part of a series of equal (or almost equal) payments that are made at least once a year and that will last for:
    - Your lifetime (or your life expectancy,) or
    - Your lifetime and your beneficiary's lifetime (or life expectancy,) or
    - A period of 10 years or more
- **Required minimum payments**: Beginning in the year you reach age 70½ or retire, whichever is later, a certain portion of your payments cannot be rolled over because it is a required minimum payment that must be paid to you
- **Hardship withdrawals**: A hardship withdrawal from the 401(k) Savings Plan cannot be rolled over

**Direct rollovers**

If you choose to have your distribution transferred in a direct rollover:

- Your payment will not be taxed in the current year and no income tax will be withheld
- Your payment will be made directly to your IRA or, if you choose, to another employer plan that accepts your rollover
- Your payment will be taxed later when you withdraw it from the IRA or the qualified employer plan
- Your pre-tax payment will be taxed under special tax rules if your payment is made directly to a Roth IRA

**Direct rollover to an IRA:** You can open an IRA to receive the direct rollover. The term "IRA" includes individual retirement accounts and individual retirement annuities. If you choose to have your payment made directly to an IRA, contact an IRA sponsor, usually a financial institution, to find out how to have your payment made in a direct rollover to an IRA at that institution. If you are unsure of how to invest your money, you can temporarily establish an IRA to receive the payment. However, in choosing an IRA, you may wish to consider whether the IRA you choose will allow you to move all or a part of your payment to another IRA at a later date, without penalties or other limitations.

**Direct rollover to a Roth IRA:** Starting in 2010, you may roll over your pre-tax distribution directly to a Roth IRA. A special rule applies under which the amount of the payment rolled over, reduced by after-tax amounts, will be taxed. However, the 10% additional income tax on early distributions will not apply unless you take the amount rolled over out of the Roth IRA within five (5) years, counting from January 1 of the year of the rollover. For distributions from the Plan during 2010 that are rolled over to a Roth IRA, the taxable amount can be spread over a 2-year period starting in 2011. If you roll over the payment to a Roth IRA, later payments from the Roth IRA that are qualified distributions will not be taxed, including earnings after the rollover. See "Distributions on Roth 401(k) After-tax Contributions" in this chapter for the definition of a qualified distribution.

**Direct rollover to an Employer Plan:** If your new employer has a retirement plan, ask the administrator of that plan whether it will accept your rollover. An employer plan is not legally required to accept a rollover. If your new employer's plan does not accept a rollover, you can choose a direct rollover to an IRA.

**60-Day rollover:** If you have an eligible rollover distribution paid to you, you can still decide to roll over all or part of it to an IRA or another employer plan that accepts rollovers. If you decide to roll over, you must make the rollover within 60 days after you receive the payment. The portion of your payment that is rolled over will not be taxed until you take it out of the IRA or the employer plan.

You can roll over up to 100% of the eligible rollover distribution, including an amount equal to the 20% that was withheld. If you choose to roll over 100%, you must find other money within the 60-day period to contribute to the IRA or the employer plan to replace the 20% that was withheld. On the other hand, if you roll over only the 80% that you received, you will be taxed on the 20% that was withheld.

- Example: Your eligible rollover distribution is $10,000, (all taxable) and you choose to have it paid to you. You will receive $8,000, and $2,000 will be sent to the IRS as income tax withholding. Within 60 days after receiving the $8,000, you may roll over the entire $10,000 to an IRA or employer plan. To do this, you roll over the $8,000 you received from the Plan, and you will have to find $2,000 from other sources (e.g., savings, loans). In this case, the entire $10,000 is not taxed until you take it out of the IRA or employer plan. If you roll over the entire $10,000, when you file your income tax return, you may receive a refund of the $2,000 withheld. If, on the other hand, you roll over only $8,000, the $2,000 you did not roll over is taxed in the year it was withheld. When you file your income tax return, you may receive a refund of the part of the $2,000 withheld. However, any refund is likely to be larger if you roll over the entire $10,000

## Beneficiaries

In general, the rules summarized above that apply to payments to employees also apply to payments to surviving spouses of employees and to spouses or former spouses who are alternate payees. You are an alternate payee if your interest in the Plan results from a qualified domestic relations order, which is an order issued by a court, usually in connection with a divorce or legal separation. Some of the rules summarized above also apply to a deceased employee's beneficiary who is not a spouse. However, there are some exceptions for payments to surviving spouses, alternate payees and other beneficiaries that should be mentioned.

If you are a surviving spouse or an alternate payee as a result of a QDRO, you may choose a direct rollover to an IRA or to an eligible employer plan or paid to you. If you have the payment paid to you, you can still decide to roll over all or part of it to an IRA or to an eligible employer plan. If you decide to roll over, you must make the rollover within 60 days after you receive the payment. Thus, you have the same choices as the participant.

If you are a beneficiary other than a surviving spouse, you may choose a direct rollover to an IRA which will be treated as an "inherited IRA." You cannot roll over the payment yourself. You must instruct the Plan Administrator of the distributing plan to make a direct rollover to an "inherited IRA" that you have established on your behalf. You will be required to receive required minimum distributions from the IRA in accordance with IRS regulations. See IRS Publication 590, "Individual Retirement Arrangements," for more information.

If you are a designated beneficiary other than a surviving spouse and you do not choose a direct rollover to an IRA, the taxable portion of your payment will be taxed in the year it is paid and federal income tax will be withheld to the extent required. If you are a surviving spouse, an alternate payee or another beneficiary, you may be able to use the special tax treatment for lump sum distributions and the special rule for payments that include company stock, as described above.

If you receive a payment because of the employee's death, you may be able to treat the payment as a lump sum distribution if the employee met the appropriate age requirements, whether or not the employee had five years of participation in the Plan.

**Required minimum distributions**

Distributions from the Plans generally must begin on or before April 1 of the calendar year following the later of the calendar year in which you reach age 70½, or the calendar year in which you retire. A 50% non-deductible excise tax will be imposed on amounts required to be distributed commencing on this date that are not so distributed.

**Taxation of excess contributions**

If you make contributions to the 401(k) Savings Plan in excess of limitations imposed by the Plan or the Tax Code, you will be subject to taxation as follows:

- Contributions by you to the Plan in excess of the maximum tax-excludable amount under Tax Code Section 402(g) for each calendar year (IRS Annual Dollar Limit), taking into account your tax-excludable salary reduction contributions under all arrangements qualifying under Section 401(k), all simplified employee pension arrangements qualifying under Section 408 and all annuity contracts qualifying under Section 403(b), together with income thereon, are includable in your gross income for federal income tax purposes for the taxable year of the contribution, and also will be subject to taxation on distribution, unless the distribution occurs by April 15 following the close of your taxable year in which the excess amount was contributed. Excess contributions of Roth 401(k) contributions are distributed tax-free but earnings are taxable. If you made both Roth 401(k) and pre-tax contributions to the 401(k) Savings Plan during the calendar year, excess contributions will be taken from the Roth 401(k) source first followed by the pre-tax source
- If you are a highly compensated employee, contributions for a Plan year that are in excess of the limitations on these contributions under Tax Code Section 401(k) and that are distributed to you, after adjustment for gain or loss, are included in your gross income for federal income tax purposes in your taxable year in which the contribution occurred, if the distribution is within two and one-half months after the close of the Plan year in which the contribution occurred. Otherwise, the excess distribution will be included in gross income in your taxable year in which the distribution occurs, and Intel will be liable for an excise tax equal to 10% of the amount of the excess contributions distributed

## Tax Effects on Intel

Intel treats amounts contributed to the Plan under your salary reduction election as employer contributions, which are deductible by Intel in the year that the contributions are made. As discussed above, these contributions are not taxable to you until the year in which you receive a distribution from the Plan. Separate tax rules may apply to Roth 401(k) contributions; see "Distributions on Roth 401(k) Contributions" in this chapter for more information. There are no tax consequences to Intel as a result of Plan distributions made to you.

## Fees and Expenses

The following table is provided to help you understand how fees are assessed and paid for the Plan. There are several services available to help you better understand the fees and expenses charged within the 401(k) Savings Plan and/or Retirement Contribution Plan.

| Plan expense | Description | Payer |
| --- | --- | --- |
| Administrative Expenses | Fees associated with the cost of recordkeeping, accounting, legal and trustee services. They also include additional fees for special features and services, such as telephone and Internet access to your account and financial modeling tools. | Plan administrative expenses are currently paid by Intel for the 2012 Plan year to the extent those expenses are not offset by expense reimbursements and other credits. Several mutual funds offered in the Plan pay credits back to the Plan ranging from .002% to .01% of the net assets value of the Plan balances in these funds. These credits are in turn used to pay a portion of the Plan administrative expenses. Plan expenses in 2011 were $3.1 million, which were paid by credits back to the Plan. See the 401(k) prospectus for additional information on which mutual funds pay credits back to the Plan. |
| Asset-based fees, also called investment management fees | Generally associated with managing fund investments and assessed as a percentage of fund assets. | Asset-based fees are deducted from a fund's total return and are identified in the fund prospectus. For some funds, a portion of the investment management fee is used to pay fund expenses, referred to as an expense reimbursement. |
| Individual service fees | Charged to you when you use a particular plan feature | Loans, non-hardship withdrawals by phone and minimum required distributions are all subject to individual service fees charged to your account.<br>▪ Loan origination fee: $35 per application<br>▪ Loan maintenance fee: $3.75 per quarter per account<br>▪Required Minimum Distributions: $25<br>Overnight mail delivery: $25 |
| Investment transaction fees | Some investment funds charge a redemption fee or surrender charge to discourage short-term buying and selling | Participants who invest in certain investment options are subject to redemption fees if they don't meet the minimum holding period requirement. |
| Intel Stock Fund fees | The Intel Stock Fund incurs costs such as management fees and brokerage fees. | The Intel Stock Fund bears these costs, which affects the overall return of the fund. |

Your quarterly statement shows the total assets in your account, how they are invested, and the increases and decreases in the value of your investment options during the period covered by the statement. Your statements also show any administrative fees deducted directly from your account. The prospectuses for the investment funds available in the Plans also contain information regarding plan fees and expense information. Plan and Fund prospectuses are available online at Fidelity NetBenefits or by calling the Fidelity Service Center. The Summary Annual Report of the Plan also includes fee and expense information and is mailed to participants annually in Q3/Q4.

Retirement Programs 18.42
Feb. 4 2013

Exhibit 1                    Page 44 of 55

## Other Plan Information and Benefits

### Topics

Other Plan Provisions
Disability and Death Benefits
Designating a Beneficiary
Quarterly Statements
Resources

### Other Plan Provisions

#### Uniformed Services Employment and Re-employment Rights Act of 1994 (USERRA)

If you interrupt your employment with Intel due to U.S. military service (including full-time National Guard duty) and you later return to Intel, you may be entitled to certain re-employment rights under USERRA. Under USERRA and the Tax Code, you may be allowed to make military catch-up contributions to the 401(k) Savings Plan or receive a Retirement Contribution Plan contribution for the period of qualified military leave. In addition, loan repayments may be suspended during a period of qualified military leave. See the "Contributions" and "Loans" sections of the 401(k) Savings Plan and Retirement Contribution Plan for additional information. For more information about your rights under USERRA, please contact Get Help via Circuit.

#### Qualified Domestic Relations Orders (QDROs)

Under the terms of a qualified domestic relations order (QDRO), the Plans may be required to transfer all or part of your plan benefits to your former spouse as part of a marital property settlement. In addition, a qualified domestic relations order may require that all or part of your account balance be used to satisfy your child support obligations. Copies of the Plans' procedures and model documents pertaining to qualified domestic relations orders are available to you and your (former) spouse or children online from Fidelity Employer Services Company LLC. Fidelity will notify you if any of the Plans receive a qualified domestic relations order that affects your benefits. See "Resources" in this chapter for additional information.

#### Keep your address information up-to-date

If you are no longer an active employee of Intel, are a beneficiary or an alternative payee, it is your responsibility to keep your contact information updated so that you may continue to receive account and plan information. Update your home mailing address and email address online via Fidelity's NetBenefits website or call the Fidelity Service Center. See "Resources" in this chapter for additional information.

Active participants should use the Personal Profile tool on Circuit to update your address.

### Disability and Death Benefits

#### Disability benefit

If you become permanently and totally disabled while you are working for Intel (as evidenced by your being approved in the "Any Occupation" classification of the Intel Corporation Long-Term Disability (LTD) plan), you will become 100% vested in your Retirement Contribution and Minimum Pension Plan

benefits. "Any Occupation" status, as defined in the LTD plan, means "being unable to perform the work of any occupation for which you are or may become reasonably qualified by training, experience, or education." You will continue to receive service credit in the Minimum Pension Plan until you no longer qualify for LTD benefits.

Minimum Pension benefits will begin when payments from the LTD plan cease, you elect to discontinue pension accruals or at normal retirement age, whichever comes first. The pension benefit amount will be based on all your years of service to termination (up to 35 years), including the years of service you earned while on LTD, your final average pay as of the date of your termination, your age when benefits begin, and the payment option you select. For a full description of distribution options, see "Distributions After Separation of Employment" in this chapter for more information.

You may withdraw your entire 401(k) Savings Plan account balance at any time once you become permanently disabled. You do not have to pay a 10% penalty tax on withdrawals if you are disabled; however, the taxable portion of your distribution is subject to a 20% federal income tax withholding at the time of the withdrawal if you do not roll it over into another tax-deferred plan.

## Death benefit

**If you are married:** The Minimum Pension Plan automatically provides a surviving spouse benefit if you die while employed at Intel and you had accrued a benefit in the Minimum Pension Plan or you had terminated employment after earning a vested retirement benefit that had not yet commenced. The Minimum Pension Plan benefit is determined net of the annuity value of the Retirement Contribution Plan account balance. The payment of the benefit is determined as if you had chosen a 100% joint and survivor annuity the day before your death. See the "Retirement Contribution Plan and Minimum Pension Plans" section in this chapter for more information about Plan eligibility.

The Retirement Contribution Plan and 401(k) Savings Plan account balances will be paid to your surviving spouse unless your spouse consented to the designation of a different person to receive benefits according to Intel's beneficiary designation procedures. Payments to a beneficiary other than your spouse will be made only in a single lump sum. Retirement Contribution Plan payments to your spouse will be paid as an annuity from the Minimum Pension Plan, unless your spouse elects prior to March 1 following the year of your dealth to receive payment in a single lump sum. See the "Retirement Contribution Plan and Minimum Pension Plans" section in this chapter for more information about Plan eligibility.

**If you are single:** If you die while still employed and are single, your Retirement Contribution Plan account will become 100% vested. Your Retirement Contribution Plan account and 401(k) Savings Plan account balances will be paid in a lump sum to your beneficiary. No benefits are payable under the Minimum Pension Plan to a beneficiary other than a spouse.

## Designating a Beneficiary

You may designate a beneficiary to receive your 401(k) Savings Plan and Retirement Contribution Plan accounts in the event of your death before benefits start. If you do not designate a beneficiary or there are no designated beneficiaries who are living when payment is to be made, the benefits will be paid in the following order of priority:

1. To your spouse
2. To your children, in equal shares, if you have no spouse
3. To your estate if you have no spouse or children

Exhibit 1                                    Page 46 of 55

Your beneficiary can be one or more persons or trusts, and can include primary and contingent beneficiaries. Your beneficiary designation under the 401(k) Savings or Retirement Contribution Plans can be, but does not need to be, the same as the beneficiary for other Intel benefit plans, such as life insurance. Your designated beneficiary under the 401(k) Savings Plan may be different from the beneficiary you designate for the Retirement Contribution Plan. If you previously submitted a single beneficiary designation covering both Plans, or your beneficiary designation was executed before 1996, when the 401(k) Savings and Retirement Contribution Plans officially became separate plans, that beneficiary designation would apply to both Plans until you submit new beneficiary designations. If you are married, your spouse must consent to a designation of a trust, of any other person or persons as beneficiary, and the spouse may revoke the consent if you change the designation after the original consent was given. The consent must be in writing, a notary public must witness the consent, and the consent must acknowledge that, by giving consent, your spouse waives all or some rights to these benefits.

Only a participant can change his or her beneficiary. A beneficiary is not permitted to designate a beneficiary or change the participant's designated beneficiary. Your beneficiary election must be made using the proper Plan beneficiary form in accordance with the Plan procedures. You can make beneficiary designations at any time by visiting Fidelity NetBenefits website and using the beneficiary online tool or calling the Fidelity Service Center. Any other beneficiary designation, such as through a will, is not valid. See "Resources" in this chapter for additional information.

## Quarterly Statements

Your quarterly statements are available at the Fidelity NetBenefits website. If you prefer to receive your statements at your home mailing address, you must make the selection from My Profile tab on the Fidelity NetBenefits website. Quarterly statements will show the following:

- The balance in your 401(k) Savings Plan and/or Retirement Contribution Plan accounts
- Your vesting percentage
- The balance in your pretax deferred contribution account, if applicable
- The balance in your Roth 401(k) after-tax contribution account, if applicable
- The balance in your Free$tock account, if applicable
- The balance in your rollover account, if applicable
- The balance in your after-tax contribution account, if applicable
- The balance in your Retirement Contribution Plan account, if applicable
- The balance in your merged account, if applicable
- The balance in your Fidelity BrokerageLink account, if appliable
- Your withdrawal activity, if applicable
- Your outstanding loan balance, if applicable
- The investment performance of each of your accounts

## Resources

To access account information or to obtain additional information about the 401(k) Savings Plan, Retirement Contribution Plan or Minimum Pension Plan contact Fidelity Investments.
- **Online via Fidelity NetBenefits** at www.netbenefits.com/intel. Fidelity NetBenefits is available 24 hours a day, seven days a week with the exception of any scheduled downtime. Enter your Social Security Number or create a username and password. When accessing the Fidelity Service Center or Fidelity NetBenefits for the first time, you will be prompted by the

system to set up a new password. Your password must be no less than six and no more than 12 digits in length. Some of the online resources via Fidelity NetBenefits include:

- o Enroll in the 401(k) Savings Plan
- o Obtain personal account information, including set up or changing  your password
- o Change your contribution percentage
- o Change investment elections for future contributions
- o Initiate an exchange of your existing investment fund balances
- o View investment fund fact sheets and fund prospectuses
- o Obtain daily fund quotes and historical fund performance information
- o View Excessive Trading Policies
- o View current Employer Plan news and announcements
- o Request information on loans, withdrawals or distributions
- o Obtain an incoming rollover form
- o View account balances
- o View your quarterly statements
- o Request written materials or forms
- o Access the Summary Plan Description
- o Access current tools and education workshops
- o Update your beneficiary designation
- o Update your home mailing address if you are a beneficiary, alternative payee, or terminated participant (Note For your protection, there is a 15-day hold on distribution transactions from the date the address is updated.)
- o Update your email address
- o Access BrokerageLink commission schedule, fact sheet, application, handbook, limited third-party trading authorization and indemnification form, and other BrokerageLink information under the Plan Information and Research link under the 401(k) Savings Plan.

- **Fidelity Service Center** at 888-401-7377 or TDD 800-655-0962 is available 24 hours a day, seven days a week with the exception of any scheduled downtime. Service Center Representatives are available Monday–Friday (excluding New York Stock Exchange holidays) from 5:30 a.m. to 9 p.m. Pacific.

  If you are calling the Fidelity Service Center from outside the U.S., you will need the AT&T country access code which can be found on the AT&T Direct website at: http://att.com/traveler/. Participants calling from an area unsupported by AT&T Direct should use the following international collect number 508-787-9902.

  Some of the available resources via the Fidelity Service Center include:

  - o Enroll in the 401(k) Savings Plan
  - o Change your contribution percentage
  - o Change investment elections for future contributions
  - o Initiate an exchange of your existing investment fund balances
  - o Obtain account balances
  - o Request distributions, withdrawals and loans
  - o Request a loan payoff amount
  - o Request written materials or forms

- o Update your home mailing address if you are a beneficiary, alternative payee, or terminated participant (Note For your protection, there is a 15-day hold on distribution transactions from the date the address is updated.)
- o Reset your NetBenefits password
- o Request information on Fidelity's BrokerageLink
- o Updating your BrokerageLink account address. (Online address changes will not transfer to your BrokerageLink account.  You must call the Fidelity Service Center.)

- **Qualified Domestic Relation Orders (QDRO's).** You can:

  - o Access the Plans' procedures and model documents online via Fidelity Employer Services Company LLC at https://qdro.fidelity.com/. You, your spouse, or attorneys can access this information by setting up an account on the web site.
  - o Call the Fidelity Service Center – 888-401-7377 or TDD 800-655-0962. Representatives are available Monday–Friday (excluding New York Stock Exchange holidays) from 5:30 a.m. to 9 p.m. Pacific.
  - o QDROs for the Intel 401(k) Savings Plan, Intel Retirement Contribution Plan and Intel Minimum  Pension Plan should be sent or faxed to Fidelity at the address below.

  Submit QDRO documents to:

  Fidelity Employer Services Company
  QDRO Administration Group
  P.O. Box 770003
  Cincinnati, OH  45277-0066
  Attn:  Intel Corporation
  or, fax to  877-665-4284 or 617-698-9330

- **Fidelity BrokerageLink Accounts**

  - o Access your BrokerageLink account through your Plan account on NetBenefits, www.netbenefits.com/intel or directly through Fidelity's retail platform, www.Fidelity.com
  - o See "Online via Fidelity NetBenefits" section for additional BrokerageLink information
  - o To change your address for your BrokerageLink account, please call the Fidelity Service Center at 888-401-7377.  (Address changes made via Circuit will not carry over to your BrokerageLink account and will require you to call Fidelity.)

- **Payroll Deduction Codes for the 401(k) Savings Plan**

  - o Applies to the Annual IRS Limit ($17,500 for 2013)
    - 401K – Pre-tax contribuitons
    - 401KBC – Pre-tax bonus/commissions contributions
    - 401KVP – Pre-tax vacation/PA cash out (non-exempt) contributions
    - Roth 401K – Roth after-tax contributions
    - Roth BC – Roth bonus/commissions contributions
    - Roth VP – Roth vacation/PA cash out (non-exempt) contributions
  - o Applies to the Annual IRS Catch-up Limit ($5,500 for 2013)
    - CTCHUP – Pre-tax catch-up contributions
    - RothCTCHUP – Roth after-tax catch-up contributions

## Filing a claim

### Topics

Claim Process
Making a Claim
Reviewing the Claim
Understanding the Ruling
No Assignment of Rights

### Claim Process

If you or your beneficiary disagrees with a plan benefit determination, you may make a claim.

### Making a Claim

Your claim should be in writing, and you should explain why you disagree with the benefit determination. You should also include any other information you believe is necessary to support your claim. Direct your claim to the following address:

> Intel Corporation
> Attention: Intel Global Retirement
> 1900 Prairie City Road, FM3-224
> Folsom, CA 95630

### Reviewing the Claim

Intel Global Retirement will review your claim and conduct an investigation of your records. You will receive a response within 90 days of submitting your claim. If Global Retirement believes that special circumstances justify an extension of time to review the claim, Global Retirement may notify you that it will take up to an additional 90 days to review your claim. The response will be in writing and will explain any adjustments that have been made to the original benefit.

### Understanding the Ruling

If you receive a written response denying your claim in whole or in part, the written response will explain the specific reasons for the claims denial, and reference the provisions of the plan document or applicable law on which the decision is based. In addition, you will be provided with information on any other materials that may be necessary to justify your claim and an explanation of the Plan's appeal procedures. Under the Plan's appeal procedures, if your claim is denied, you may file a written request for appeal within 60 days of the denial. The request must be addressed to the Intel Retirement Plans Review Panel and sent to the following address:

> Intel Corporation
> Attention: Intel Retirement Plans Review Panel
> 1900 Prairie City Road, FM3-224
> Folsom, CA 95630

The Intel Retirement Plans Review Panel will review the appeal and make a determination within 60 days of your request for an appeal. If more time is necessary, you will be notified in writing. The Intel

Retirement Plans Review Panel determination also will be in writing, and it will state the reasons for the decision and the plan provisions on which the determination is based.

The decisions of the Intel Retirement Plans Review Panel will be final except for cases in which there are conflicting claims made by more than one claimant or beneficiary for the same benefits. In these cases, the Intel Retirement Plans Review Panel can direct that payment of all benefits be withheld until the conflict has been resolved by agreement between the claimants.

## No Assignment of Rights

Except in certain circumstances relating to a default under a loan from 401(k) Savings Plan accounts, your interests or property rights in the Plans, in the trust fund, or in any payment to be made under the Plans may not be assigned, alienated, optioned or made subject to attachment, garnishment, execution, levy, or other legal or equitable process or bankruptcy, and any such action will be void. These restrictions do not apply to the creation or assignment of a right to a benefit under the Plan pursuant to a beneficiary Qualified Domestic Relations Order (QDRO).

## General information

### Topics

> Plan Administration
> Future of the Plan
> Plan Termination
> ERISA Rights
> General information about your Plan and benefits

### Plan Administration

The Retirement Plans Administrative Committee, which currently consists of Intel employees, is the plan administrator responsible for the general operation and administration of the Plan, and for carrying out and interpreting the Plan's provisions. The Investment Policy Committee, which currently consists of Intel employees and a member of Intel's Board of Directors, has asset management responsibility for the Plan. The Investment Policy Committee has determined that it is appropriate to invest 5% of the Trust Fund in commodities investments. In order to do this, the Committee has filed a statement with the Commodities Futures Trading Commission that it is not a commodities pool operator and therefore is not subject to the registration and regulatory requirements that apply to such entities. Each of these committees is a named fiduciary as that term is used in ERISA. Intel's Board of Directors appoints the members of each of these committees. The Retirement Plans Administrative Committee has delegated day to day operating responsibility to Intel's Global Retirement Department and has contracted with Fidelity Investments to provide Plan recordkeeping services. To obtain additional information about the Plan and its administrators, you may contact the Fidelity Service Center. See "Resources" in this chapter for more information.

### Future of the Plans

Intel intends to continue the 401(k) Savings Plan, Retirement Contribution Plan and Minimum Pension Plans but reserves the right to amend or terminate any of the Plans, in its sole discretion, at any time. The procedures for amending and terminating the Plans are set forth in the plan documents. If any

material changes are made in the future, you will be notified. Any changes made to the Plans will not reduce any amounts already in your account.

## Plan Termination

### Minimum Pension Plan termination

If the Minimum Pension Plan is terminated, the company is required to pay only the amount in the Trust Fund toward covered benefits. See "Pension Benefit Guaranty Corporation (PBGC)" in this chapter for more information. You may obtain additional information on the PBGC insurance protection and limitations, write to the PBGC.

Inquiries to the PBGC should be addressed to the following:

> Office of Communications PBGC
> 1200 K Street NW, F14
> Washington, D.C. 20005-4026
> (800) 326-4000

### Retirement Contribution Plan termination

If the Retirement Contribution Plan is terminated, Intel will comply with the tax rules governing termination by treating all participant account balances as fully vested for all employees who are participants on the date of termination.

## ERISA rights

As a participant in the Plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to the information and rights listed below.

### General Information about your Plan and Benefits

You are entitled to the following:

- Examine, without charge, at the plan administrator's office and at other specified locations, such as worksites, all documents governing the Plan, including insurance contracts, and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration
- Obtain, upon written request to the plan administrator, copies of documents governing the operation of the Plan, including insurance contracts, and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The administrator may make a reasonable charge for the copies
- Receive a summary of the plan's annual financial report. The Plan administrator is required by law to furnish each participant with a copy of this summary annual report
- Obtain a statement telling you whether you have a right to receive a pension at normal retirement age (age 65) and if so, what your benefits would be at normal retirement age if you stop working under the Plan now. If you do not have a right to a pension, the statement will tell you how many more years you have to work to get a right to a pension. This

statement must be requested in writing and is not required to be given more than once every 12 months. The Plan must provide the statement free of charge

**Prudent actions by Plan fiduciaries**

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a pension or welfare benefit or exercising your rights under ERISA.

**Enforce your rights**

If your claim for a pension or welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator.

If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in federal court.

If it should happen that plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance with your questions**

If you have any questions about your Plan, you should contact the plan administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

**Questions about the Plans**

Contact your Plan Administrator at the following address:

Intel Corporation
Attn: Retirement Plans Administrative Committee
1900 Prairie City Road, FM3-224
Folsom, CA 95630

Fidelity Service Center –888-401-7377

**Agent for service of legal process**

General Counsel Intel Corporation
2200 Mission College Blvd
Santa Clara, CA  95052

Service of legal process may also be made upon the Trustee.

**Trustee information**

Intel Master Trust
State Street Bank & Trust Company
One Lincoln Street
Boston, MA  02111

**Plan sponsor information**

Intel Corporation
1900 Prairie City Road, FM3-224
Folsom, CA 95630

EIN:  94-1672743

**General Plan information**

Intel Retirement Contribution Plan
        Plan number 001
        Plan effective date – July 1, 1979
        The Plan year begins on January 1 and end on December 31
        Type of Plan and Plan Funding: This plan is a defined contribution pension plan. The plan is
        funded by Intel contributions. These contributions are deposited into individual accounts
        established on each participant's behalf.

Intel Minimum Pension Plan
        Plan number 002
        Plan effective date – January 1, 1988
        The Plan year begins on January 1 and ends on December 31
        Type of Plan and Plan Funding: This plan is a defined benefit pension plan. The plan is funded
        by Intel contributions. These contributions are actuarially determined.

Retirement Programs 18.52
Feb. 4 2013

Exhibit 1                                    Page 54 of 55

Intel 401(k) Savings Plan
   Plan number 003
   Plan effective date July 1, 1979
   The Plan year begins on January 1 and ends on December 31
   Type of Plan and Plan Funding: This plan is a 401(k) plan. The plan is funded by employee
   contributions and non-matching discretionary employer contributions. These contributions
   are deposited into individual accounts established on each participant's behalf.

Retirement Programs 18.53
Feb. 4 2013

Exhibit 1                    Page 55 of 55

# EXHIBIT 2

# 2015 Summary Plan Description

**Intel 401(k) Savings Plan
Intel Retirement Contribution Plan
Intel Minimum Pension Plan**

## January 2015

*The information contain herein has been provided by Intel Corporation and is solely the responsibility of Intel Corporation. The information in this SPD is also available in Chapter 18 of the 2015 Pay, Stock and Benefits Handbook.*

Exhibit 2                                        Page 1 of 63

## Chapter 18
## Retirement Programs

| <u>Section</u> | <u>Topic</u> | <u>Page</u> |
|---|---|---|
| **18.1** | **Intel Retirement Plans** | 1 |
| | Summary Plan Description, Intel Retirement Plans, Plan Eligibility | |
| **18.2** | **401(k) Savings Plan** | 2 |
| | 401(k) Savings Plan Overview, Eligibility and Participation, Enrolling in the 401(k) Savings Plan, Contributions, Vesting in the 401(k) Savings Plan, Rollovers and Transfers from Other Plans, Investment Options | |
| **18.3** | **Retirement Contribution Plan and Minimum Pension Plan** | 19 |
| | Retirement Contribution Plan and Minimum Pension Plan Overview, Eligibility and Participation, How Service for Eligibility and Vesting is Determined, Vesting in the Retirement Contribution Plan and Minimum Pension Plan, Retirement Contribution Plan Contributions, Minimum Pension Plan Benefits, Qualified Supplemental Employee Retirement Plan (QSERP), Pension Benefit Guaranty Corporation (PBGC) | |
| **18.4** | **Loans and Withdrawals While Employed** | 30 |
| | Loans and Withdrawals Overview, Loans, 401(k) Savings Plan Withdrawals while Employed, Retirement Contribution Plan Withdrawals while Employed | |
| **18.5** | **Distributions after Separation of Employment** | 35 |
| | Distributions Overview, Termination of Employment, Forms of Distribution at Termination, Distributions to Beneficiaries, Federal Income Tax Considerations, Payments Eligible for Rollover, Beneficiaries, Tax Effects on Intel, Fees and Expenses | |
| **18.6** | **Other Plan Information and Benefits** | 50 |
| | Other Plan Provisions, Disability and Death Benefits, Designating a Beneficiary, Quarterly Statements, Resources | |
| **18.7** | **Filing a Claim** | 56 |
| | Claim Process, Making a Claim, Reviewing the Claim, Understanding the Ruling, No Assignment of Rights | |
| **18.8** | **General information** | 57 |
| | Plan Administration, Future of the Plans, Plan Termination, ERISA Rights, General information about your Plans and Benefits | |

Exhibit 2                    Page 2 of 63

# Chapter 18
# Retirement Programs

This chapter provides the Summary Plan Description (SPD) for the Retirement Plans offered through the Intel 401(k) Savings Plan, Intel Retirement Contribution Plan, and Intel Minimum Pension Plan.

## 18.1 Intel Retirement Plans

18.1.1 Summary Plan Description
18.1.2 Intel Retirement Plans
18.1.3 Plan Eligibility

### 18.1.1 Summary Plan Description

This Summary Plan Description (SPD) contains valuable information about when you are eligible to participate in the Intel U.S. retirement plans, your plan benefits, your distribution options and many other features of the Plans. You should take the time to read this SPD to get a better understanding of your rights and obligations in the Plans.

This SPD describes the Intel 401(k) Savings Plan, Intel Retirement Contribution Plan, and Intel Minimum Pension Plan (collectively, the "Plans") benefits and obligations as contained in the Plan Documents, which govern the operation of the Plans. If the language in this SPD and the Plan Documents conflict, the Plan Documents always govern.

This SPD describes the current provisions of the Plans which are designed to comply with applicable legal requirements. The Plans are subject to federal laws, such as ERISA (Employee Retirement Income Security Act), the Internal Revenue Code, and other federal and state laws which may affect your rights. The provisions of the Plans are subject to revision due to a change in laws or due to pronouncements by the Internal Revenue Service (IRS) or Department of Labor (DOL). Intel may also amend or terminate these Plans at any time at its discretion. If the provisions of the Plans that are described in this SPD change, you will be notified.

### 18.1.2 Intel Retirement Plans

Intel's broad-based retirement program is comprised of three plans:

- Intel 401(k) Savings Plan ("401(k) Savings Plan")
- Intel Retirement Contribution Plan ("Retirement Contribution Plan")
- Intel Minimum Pension Plan ("Minimum Pension Plan')

These Plans have been designed to be a partnership between you and Intel, with each playing an important role in enabling you to save and prepare for your future retirement. Intel's

retirement benefits add to Social Security and your income from other sources to help you attain your retirement goals.

### 18.1.3 Plan Eligibility

In general, you are eligible to participate in the Plans provided you are:

- Employed by Intel or a participating Intel subsidiary as a U.S. employee (includes those U.S. employees on expatriate assignments)
- Not a member of a collective bargaining unit
- Not a college intern or summer intern status employee
- Not an international service employee (inpatriate)
- Not otherwise excluded (persons not classified by Intel as employees are excluded, whether or not they are or may be common law employees of Intel)

Refer to the specific retirement plan sections for additional eligibility and/or service requirements for each Plan.  The Plans are available to eligible employees of Intel Corporation and its subsidiaries that have been designated to be a Participating Company. The following subsidiaries are Participating Companies: Intel International, Intel Massachusetts, Inc., Intel Europe Companies, Intel Americas, Inc., Intel Resale Corp., Intel Federal LLC, and Intel Mobile Communications North America Inc.

Not all employees who meet the above eligibility rules may participate in some of the Plans.

### 18.2 401(k) Savings Plan

**Topics**

18.2.1 401(k) Savings Plan Overview
18.2.2 Eligibility and Participation
18.2.3 Enrolling in the 401(k) Savings Plan
18.2.4 Contributions
18.2.5 Vesting in the 401(k) Savings Plan
18.2.6 Rollovers and Transfers from Other Plans
18.2.7 Investment Options

### 18.2.1 401(k) Savings Plan Overview

The 401(k) Savings Plan is an optional savings tool that allows you to defer a portion of your eligible pay for retirement. Your participation in the 401(k) Savings Plan is crucial to saving for an adequate retirement. The earlier you make a commitment to your retirement savings, the greater benefit you will derive from your 401(k) Savings Plan account. For employees hired on or after January 1, 2011 the 401(k) Savings Plan account includes Intel's discretionary retirement contributions.

### 18.2.2 Eligibility and Participation

All regular U.S. employees employed by Intel or a participating Intel subsidiary, including those on expatriate assignments outside the U.S., may participate in the 401(k) Savings Plan.

You are not eligible to participate if you are:

- A member of a collective bargaining unit
- An college or summer intern status employee
- An international service employee (inpatriate)
- Otherwise excluded—that is, not classified by Intel as an employee

### 18.2.3 Enrolling in the 401(k) Savings Plan

You may enroll at any time on or after the date that you are eligible to participate. When you enroll, your payroll contributions to the 401(k) Savings Plan will commence as soon as is administratively feasible, generally within one to two pay periods.  You are not required to enroll in order to receive Intel's discretionary retirement contributions into the 401(k) Savings Plan or the Retirement Contribution Plan benefit. See "Retirement Contribution Plan" in this chapter for more information about eligibility in the Intel Retirement Contribution Plan.

**Auto Enrollment Feature**

Employees hired on or after January 1, 2011 will be automatically enrolled in the 401(k) Savings Plan as follows:

| Hire Date | Auto Enroll | Contribution % of regular pay | Investment Fund | Change contribution rate | Change investment options | Opt-out option |
|-----------|-------------|-------------------------------|-----------------|--------------------------|---------------------------|----------------|
| On or after 1/1/13 | 45 days after hire | 6% effective within 1-2 pay periods from enrollment date | Target Date Fund based on age and assumed retirement age of 65 | Yes | Yes | Yes |
| On or after 1/1/11 and before 1/1/13 | 45 days after hire | 3% effective within 1-2 pay periods from enrollment date | Target Date Fund based on age and assumed retirement age of 65 | Yes | Yes | Yes |

If you do not wish to contribute to the 401(k) Savings Plan, you can change your contribution rate to 0% at any time.. See "Resources" in this chapter for online and phone enrollment tools.

## 18.2.4 Contributions

There are different methods of contributing to the 401(k) Savings Plan. You may start, change, or stop your contributions at any time. Allow one to two pay periods for the changes to become effective. See "Resources" in this chapter for online tools and phone numbers.

- **Pre-tax contributions**
  Pre-tax contributions are deducted from your eligible pay before income taxes are taken out. Pre-tax contributions can lower the amount of current income taxes you pay each pay period.  You pay no income taxes on pre-tax contributions and earnings until your account is distributed.

- **Roth 401(k) (after-tax) contributions**
  Roth 401(k) contributions are made on an after-tax basis and deducted from your eligible pay after income taxes are taken out. Your take home pay will be less because income taxes must be withheld and paid on your Roth 401(k) contributions. Earnings accumulate on your Roth 401(k) contributions and are distributed federal income tax free if the distribution is a qualified distribution. (Note: Roth 401(k) contributions are made to your Intel 401(k) Savings Plan account, Roth 401(k) is not a separate Plan from the 401(k) Savings Plan.)

  For additional information, see "Federal Income Tax Considerations" in this chapter

**Example of pre-tax and Roth 401(k) contributions:**  Assume that you earn $75,000 annually, or $3,125 semi-monthly,  and elect to contribute 8% on a pre-tax and Roth 401(k) basis. The following table illustrates the difference in take home pay between pre-tax and Roth 401(k) contributions. This hypothetical example is based solely on Federal income tax rate of 25%. No other payroll deductions are taken into account.

| Example | | Pre-tax Contribution | Roth 401(k) (after-tax) |
|---|---|---|---|
| a) | Semi-monthly Income | $3,125 | $3,125 |
| b) | Pre-Tax Contribution @ 8% | $250 | |
| c) | Federal Income Taxes @ 25% | $718.75 | $781.25 |
| d) | After-Tax Contribution @ 8% | | $250 |
| e) | Take Home Pay (a-b-c-d) | $2,156.25 | $2,093.75 |

You should consult the advice of a tax and financial advisor to determine if pre-tax or Roth 401(k) contributions are best for you.

**Note:** Eligible participants who are residents of Puerto Rico are not eligible to defer contributions to the Roth 401(k) source under current tax laws.

**Contribution elections**

You may make a separate pre-tax and/or Roth 401(k) contribution election for each of the following eligible pay types:

- ▪ Regular pay (base pay, overtime, geographic salary differentials and shift premiums)
- ▪ Bonus (APB, QPB, ICAP and EOIP) and commission pay

Vacation and personal absence cash-out pay (non-exempt employees) and sabbatical cash-out (CA only). This does not apply to regular vacation pay

**Contribution percentage limits**

You may contribute from 1% up to a 50% maximum (in whole percentages) for each of the eligible pay types on a pre-tax and/or Roth 401(k) basis. Contributions are made through automatic payroll deductions. The combined total of all your contribution elections are capped at the IRS annual dollar limit. When you reach the maximum allowable contribution amount in a given year, payroll deductions will cease for that year.

**Note**: When the Bonus/Commission and Vacation/Personal Absence cash-out contribution election options were added to the Plan in July 2011, they reflected your current contribution percentage elections you had on file with Fidelity for your regular pay and will remain in effect until you change your contribution elections.

**IRS annual contribution limit**

The IRS contribution limit is $18,000 for 2015.

Each calendar year, the total combined amount of pre-tax and/or Roth 401(k) contributions made by you to the 401(k) Savings Plan, and any other 401(k) Plan in which you participated, cannot exceed the annual IRS limit.

In your first year of employment with Intel, it is your responsibility to monitor your combined year-to-date contributions for all 401(k) Plans in which you participated to ensure you do not exceed the annual IRS limit. Before your combined annual 401(k) contributions reach the annual IRS limit, you will need to reduce your 401(k) Savings Plan contribution percentage to zero for the remainder of the year. Your contribution percentage is not automatically restarted in the new calendar year. You will need to elect to restart your contributions.

- You can determine your Intel year-to-date contributions by reviewing the detail of your paycheck and summing the total of your contributions from each paystub. Please see "My Paystub Dictionary of Terms" under the related links within your paycheck or see "Resources" in this chapter for the paycheck deduction codes
- If your combined contributions exceed the annual IRS limit, you will need to request a refund from either your prior employer's plan or the 401(k) Savings Plan. The deadline to request a refund from the 401(k) Savings Plan is March 1 for contributions made in the previous year. Refunds from the 401(k) Savings Plan should be requested through the Fidelity Service Center. You are required to provide copies of all W-2s (including Intel) for the year you are requesting to be refunded.  If you fail to request a refund of the excess contribution, you may be taxed a second time when the excess amount is ultimately distributed from the 401(k) Savings Plan
- If you joined Intel as a result of a Mergers and Acquisitions (M&A) action, please confirm with your Intel Human Resources representative that Intel U.S. Payroll is monitoring the IRS limit for you

After your first year, contributions to the 401(k) Savings Plan are monitored, and if necessary stopped, by Intel U.S. Payroll.

Retirement Programs 18.5
Jan. 1, 2015

Exhibit 2                                    Page 7 of 63

**Military Leave make-up contributions**

If you are reinstated to an active/eligible status under the provisions of the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA), you may make additional contributions to the 401(k) Savings Plan upon return from a qualified military service leave. The military leave make-up contributions are subject to the IRS annual dollar limits that would have been in place had you remained actively employed during the period of covered military service. These make-up contributions may be made over a period of five (5) years from the date you return from military leave, or three times the length of qualified military service, whichever is shorter. Make-up contributions must be made through payroll deductions from your eligible pay. Any make-up contribution percentage you elect will be taken from your paycheck in addition to any existing payroll deductions.

If you are eligible to receive the discretionary Intel retirement contribution to your Intel 401(k) Savings Plan account, you will receive a retirement contribution based on any eligible compensation paid to you during your military leave (such as eligible bonuses or military adjustment pay) as well as on the eligible compensation you would have received had you not entered military service. The retirement contribution will be made to your Plan account at the annual cycle, typically late January/early February, even if you are on a qualified military leave at the time the annual contribution is made.

**Annual Increase Program**

The Annual Increase Program (AIP) allows you to automatically increase your pre-tax contributions each year. You may elect an annual (whole) percentage increase from 1% to 3% and designate the date on which the increase would take effect. Your contributions will automatically increase each year by the percentage you elected on the closest payroll cycle date until your contribution percentage reaches 50%. You may change or stop the AIP election at any time. AIP is not available for Roth 401(k) contributions.

Employees hired on or after January 1, 2011 and are auto enrolled in the 401(k) Savings Plan are also enrolled in the AIP as follows:

| Hire Date | Auto Enroll | Annual Increase Program (AIP) | Contribution Increase | Change AIP increases | Opt-out option |
|-----------|-------------|-------------------------------|-----------------------|----------------------|----------------|
| On or after 1/1/13 | Yes at 6% | Yes | 2% of regular pay every April 1 to a maximum of 16% | Yes to 1% or 3% | Yes |
| On or after 1/1/11 and before 1/1/13 | Yes at 3% | yes | 1% of regular pay every April 1 to a maximum of 10% | Yes to 2% or 3% | Yes |

**Catch-up Contributions**

If you are (or will be) at least 50 years of age by the end of a calendar year, you may elect to defer additional catch-up contributions to the 401(k) Savings Plan. Generally, a catch-up contribution is a deferral contribution in excess of the IRS annual dollar limit. You may elect to defer (a whole percentage) from 1% up to 50% of regular pay in catch-up contributions at any time during the calendar year. Catch-up contributions can be made on a pre-tax or Roth 401(k) basis. Unless you have reached the IRS annual limit of $18,000 for 2015 before enrolling in catch-up contributions, payroll deductions will be taken simultaneous with regular 401(k) and/or Roth 401(k) contributions. The catch-up limit is $6,000 for 2015.

**Note:** If you elect to make 401(k) and catch-up contributions at the same time, but don't reach the IRS annual 401(k) limit, a portion of your catch-up contributions will be converted to regular 401(k) contributions, so that you reach the IRS annual limit. Whatever amount is not converted to your 401(k) account remains as catch-up contributions. Because of the conversion, your annual catch-up limit may not be met.

**An important note about contributions to the 401(k) Savings Plan:**  When choosing pre-tax, Roth after-tax, catch-up, bonus/commission, vacation/personal absence (PA) cash-out, or sabbatical cash-out (CA only)  contribution percentages to defer into your 401(k) Savings Plan account, you should determine how much of your pay is available. Consider your other obligations that have priority over the 401(k) Plan contributions such as taxes, garnishments and other benefit deductions. In the event your combined 401(k) and catch-up, or bonus/commission or vacation/PA cash-out source deductions exceed your available net pay, no 401(k), catch-up, bonus/commission, or vacation/PA cash-out contributions will be taken from your pay. Other deductions to consider include, but are not limited to the following: federal and state income tax, FICA, medical and dental premiums, and the Stock Purchase Plan. You can verify your paycheck deductions via My Paystub.

**Highly compensated employees:** Highly compensated employees (HCEs) are generally those whose pay is among the top 20% of Intel employees. For 2014, HCEs were those who earned more than $163,020 with Intel during 2013. The 401(k) Savings Plan is required to compare the average percentage of compensation deferred by HCEs with that of the non-HCE employees during and after the plan year. If the margin between the average deferral percentage of HCEs against the non-HCE employees is greater than what the Tax Code permits, then the deferrals of HCEs may have to be limited, refunded, or both.

**Annual aggregate limit:** The combined total of your 401(k) Savings Plan and Intel discretionary Retirement Contributions cannot exceed an annual aggregate limit set by the IRS. Catch-up contributions are excluded from this combined limit. The annual aggregate limit in 2015 is $53,000, or 100% of taxable compensation, whichever is less.

**Intel's Retirement Contributions to the 401(k) Savings Plan**

**For employees hired or transferred to the U.S. prior to Jan. 1, 2011, and who on or after January 1, 2015, are in grades 7 and above (including the following grade 7+ equivalents: 7-13, 23-28, 43-49, 73-74, 83-89 and all executive grades) or are Intel Contract Employees (ICE) in grades 96-99,**  any discretionary retirement contribution made by Intel for 2015 or for the year after you move into one of the above mentioned grades will be made to your 401(k)

account and it will be invested based on the future contribution election you have on file in your account at the time the contribution is made. If you have no future investment election on file, the contribution will be invested in a 401(k) Target Date Fund based on your approximate year of retirement at age 65. Once an investment election is made, you may change investment elections for future contributions, for existing balances already in your account, or for both future contributions and existing balances.

**For employees hired or transferred to the U.S. (with no prior U.S. service) on or after Jan. 1, 2011**, any discretionary retirement contribution made by Intel will be made to your 401(k) account and it will be invested based on the future contribution election you have on file in your account at the time the contribution is made. If you have no future investment election on file, the contribution will be invested in a 401(k) Target Date Fund based on your approximate year of retirement at age 65. Once an investment election is made, you may change investment elections for future contributions, for existing balances already in your account, or for both future contributions and existing balances. You begin participation for purposes of the Retirement Contribution benefit on the first day of the calendar quarter coincident with or next following one year of service with Intel.

Intel's retirement contribution is a discretionary contribution determined annually by the board of directors. The board of directors sets the retirement contribution percentage after considering labor market competitive factors. If you are an eligible participant, your share of this contribution is determined according to the following formula:

| **Your annual eligible pay** | X | **Percentage determined by Intel's board of directors** | = | **Your annual Retirement Contribution** |
|---|---|---|---|---|

In this calculation, eligible pay includes your regular base pay plus certain bonuses, commissions, overtime, geographic salary differentials (GEOs), shift differential, compressed workweek schedule (CWW), and other premiums you receive after becoming eligible for the Intel retirement contribution. In accordance with federal tax law, pay in excess of $265,000 in 2015, will not count in the allocation of retirement contribution. In addition, the portion of income deferred into SERPLUS is not considered as eligible earnings in Intel's qualified retirement plans, including the Intel 401(k) Savings Plan, Intel Retirement Contribution Plan, and the Intel Minimum Pension Plan.

You begin participation for purposes of the Intel Retirement Contribution benefits on the first day of the calendar quarter coincident with or next following one year of service with Intel.

**Example 1:** Employee hired prior to January 1, 2011and is grade 7 or above (or equivalent) as of January 1, 2015

- Intel's discretionary retirement contributions for years prior to 2015 were deposited into the employee's Retirement Contribution Plan account
- Intel's discretionary retirement contribution for 2015, if any, will be deposited in Feb. 2016 into the employee's 401(k) Savings Plan  account
- Intel's discretionary retirement contribution for years 2016 and thereafter, if any, will be deposited into the employee's 401(k) Savings Plan account

Retirement Programs 18.8
Jan. 1, 2015

Exhibit 2                                                                    Page 10 of 63

**Example 2:** Employee hired prior to January 1, 2011 and is grade 6 or below (or equivalent) as of January 1, 2015 and is promoted to grade 7 or above (or equivalent) on April 1, 2015

- Intel's discretionary retirement contributions for years prior to 2015 were deposited into the employee's Retirement Contribution Plan account
- Even though the employee was promoted in mid-year 2015, Intel's discretionary retirement contribution, if any, for the full year 2015 will be deposited in Feb. 2016 into the employee's Retirement Contribution Plan account
- Intel's discretionary retirement contribution for years 2016 and thereafter, if any, will be deposited into the employee's 401(k)Savings Plan account, even if the employee moves back to grade 6 or below (or equivalent)

**Example 3:** Employee date of hire Aug. 8, 2013

- Employee participation begins Oct. 1, 2014
- Discretionary retirement contribution, if any, contributed in Feb. 2015 for one quarter (Q4) in 2014 (prorated). Discretionary retirement contribution, if any, contributed in Feb. 2016 for full plan year in 2015
- Because this employee was hired on or after January 1, 2011, all of the employee's Intel discretionary contributions are deposited into his or her 401(k) Savings Plan account

You will generally not be eligible for a contribution if you terminate employment before the end of the year (12/31) unless you satisfy the retirement eligibility requirements, terminate employment because of permanent and total disability as defined under Intel's LTD plan, or die. If you terminate employment with Intel in the month of December as a result of a redeployment or VSP action, and comparable jobs are not available within Intel you may be eligible for a pro-rated contribution. To be eligible, you must be in good standing with Intel and your job elimination generally cannot be as a result of a divestiture. Intel will determine good standing, comparable jobs, and other terms necessary to apply this special rule based on uniform definitions.

## 18.2.5 Vesting in the 401(k) Savings Plan

You are always 100% vested in your contributions and any rollovers made to your 401(k) Savings Plan account.

Employees who receive a discretionary retirement contribution in their 401(k) Savings Plan account. The following vesting schedule applies to the Intel Retirement Contribution benefit.

| Completed Years of Service | Percent Vested |
|---|---|
| Fewer than 2 | 0% |
| 2 but less than 3 | 20% |
| 3 but less than 4 | 40% |
| 4 but less than 5 | 60% |
| 5 but less than 6 | 80% |
| 6 or more | 100% |

**How Vesting Service is Determined**

Your length of service with Intel plays a key role in determining your vesting. For purposes of counting vesting service only, all service with Intel and any U.S. or foreign subsidiary directly or indirectly owned at least 80% by Intel (the "Intel Controlled Group") is counted. The 401(k) Savings Plan begins counting service on your date of hire. If you have previous service as an Intern or International service employee, that service counts towards determining your vesting. If you have previous service as a contingent (leased) employee or you are an acquired employee, contact Get HR Help to determine if your previous service is counted. If you leave the Intel Controlled Group and are later rehired, see the "Participation and Vesting upon Re-Employment" section for further information.

A year of service is defined as a period of 12 consecutive months during which you receive pay from a member of the Intel Controlled Group, including normal periods of absence for vacations, holidays, and temporary approved leaves. For purposes of determining your initial eligibility for a Retirement Contribution, you will receive credit for a year of service after you have completed 365 days without a break in service of 12 months or more. If you leave the Intel Controlled Group but return to service within a 12-month period, you will be considered to have been continuously in service with the Intel Controlled Group during the period of absence.

Regardless of your service, you will be 100% vested in your Retirement Contribution benefit if you meet any of the following conditions:

- You are employed by Intel while you are age 60 or older
- You are receiving benefits from the Intel Long-Term Disability Plan while permanently and totally disabled as defined by the Long-Term Disability Plan under its "Any Occupation" definition. See Pay, Stock and Benefits Handbook, Chapter 14, Disability Plans for additional information
- You are employed by Intel at the time of your death

**Additional Special Vesting Rules**

If Intel eliminates your job through a redeployment or VSP action which results in the termination of your employment with Intel, and comparable jobs are not available within Intel, you may be eligible for full vesting in the Retirement Contribution benefit. If you are eligible for full vesting, your 401(k) Savings Plan account will reflect the vesting change as soon as possible after the Plan passes a special non-discrimination test. If the Plan fails the special non-discrimination test, full vesting cannot be granted and will be reconsidered during the next regular annual non-discrimination test. To be eligible, you must be in good standing with Intel and your job elimination generally cannot be as a result of a divestiture. Intel will determine good standing, comparable jobs, and other terms necessary to apply this special vesting schedule based on uniform definitions. This special vesting schedule is subject to IRS nondiscrimination testing.

If you terminate employment with Intel as a result of a Divestiture, and you accept a job offer from, and become an employee of, the acquiring company on the agreed upon hire date, you may be eligible for full vesting in the Retirement Contribution benefit.  If you are eligible for full vesting, your 401(k) Savings Plan account will reflect the vesting change as soon as possible after the Plan passes a special non-discrimination test. If the Plan fails the special non-discrimination test, full vesting cannot be granted and will be reconsidered during the next regular annual nondiscrimination test.

Retirement Programs 18.10
Jan. 1, 2015

Exhibit 2                                    Page 12 of 63

**Participation and vesting in Intel's discretionary Retirement Contributions upon reemployment**

If you leave Intel but are later rehired you may need to satisfy additional eligibility requirements before you can begin or resume participation and vesting in Intel's retirement contributions made to your 401(k) Savings Plan Account.

| Length of Service + break | Participation in Intel's Discretionary Retirement Contributions | Vesting in Intel's Discretionary Retirement Contributions |
|---|---|---|
| If a nonvested employee left and break plus service was less than or equal to 365 days | Participation begins the first day of the calendar quarter coincident with or next following the date at which service + break = 365 days | Contributions vest by counting all service and breaks |
| If a nonvested employee left and break was less than 365 days and total service was greater than or equal to 365 days | Participation begins the first day of the calendar quarter coincident with or next following the date at which service + break = 365 days; or if this is met in a calendar quarter preceding date of retire, participation begins upon return to Intel as an eligible employee | Contributions vest by counting all service and breaks |
| If a nonvested employee left and break was greater than or equal to 365 days but less than five years and total service was less than 365 days | Participation begins the first day of the calendar quarter coincident with or next following the date at which total service = 365 days | Contributions vest by counting all service |
| If a nonvested employee left and break was greater than or equal to 365 days but less than five years and total service was equal to or greater than 365 days | Participation begins the first day of the calendar quarter coincident with or next following the date at which total service = 365 days; or if this is met in a calendar quarter preceding date of retire, participation begins upon return to Intel as an eligible employee | Contributions vest by counting all service |
| If a nonvested employee left and break was greater than five years | Participation begins the first day of the calendar quarter coincident with or next following latest date of hire (DOH) plus 365 days | Contributions made prior to the break are forfeited. Contributions made after rehire vest by counting all service after the last DOH |
| If an employee who was at least partially vested left (regardless of | Participation begins upon return to Intel as an eligible | Contributions vest by counting all service |

| Length of Service + break | Participation in Intel's Discretionary Retirement Contributions | Vesting in Intel's Discretionary Retirement Contributions |
|---|---|---|
| the length of the break) | employee | |

## 18.2.6 Rollovers and Transfers from Other Plans

If you are eligible to participate in the 401(k) Savings Plan, you may roll over an eligible retirement plan distribution, provided the distribution meets the specific Tax Code and Plan requirements. Generally, eligible retirement plans include:

- Individual retirement accounts under Tax Code Section 408

- Qualified retirement plans under Tax Code Section 401(a)

- Tax-exempt entity plans under Tax Code Section 403(b)

- Governmental plans under Tax Code Section 457

In addition, the Plan will accept rollovers from conduit IRAs (rollover IRAs), non-conduit IRAs (traditional IRAs, Simplified Employee Pension plans (SEP-IRAs)), and SIMPLE IRA distributions (made more than two years from the date you first participated in the SIMPLE IRA). Once these balances have been rolled into the 401(k) Savings Plan, they must follow the terms and conditions of the 401(k) Savings Plan. Eligible rollover distributions do not include required minimum payments under Tax Code Section 401(a)(9), any distribution that is one of a series of substantially equal periodic payments made for your life expectancy (or the joint life expectancy of you and your beneficiary), hardship withdrawals, or distributions of after-tax or Roth 401(k) dollars.

## 18.2.7 Investment Options

Intel's Retirement contributions and investment earnings accumulate in the Plan on a tax-deferred basis until the money is paid out to you.

There are a variety of investment options for your contributions to the 401(k) Savings Plan. You may split your investment in any whole percentage increments among any of the investment options offered under the 401(k) Savings Plan. The investments are broken down into three primary categories, Target Date Funds, Core Funds, and Fidelity BrokerageLink*.

Within each investment category are a number of investment funds from which to choose. You should review the fund prospectus and/or fund fact sheet available at Fidelity's NetBenefits website for each of the funds in which you are interested. Those documents provide information about the Fund's investment strategy, expenses, and operation, including any trade limitations (see below in this section under "Investment election information" for details on trade limitations).

**Investment categories— Target Date Funds, Core Funds, and Fidelity BrokerageLink®**

The following are general descriptions of the investment categories offered in the 401(k) Savings Plan. Choose from the available funds in one or all investment categories to build your

Retirement Programs 18.12
Jan. 1, 2015

Exhibit 2                    Page 14 of 63

portfolio. To view the available funds, most recent fund performance, or the Morningstar quarterly fund fact sheets for the Target Date and Core Funds, visit Fidelity's NetBenefits website or call the Fidelity Service Center. To research the funds available in Fidelity BrokerageLink, visit www.Fidelity.com or call the Fidelity Service Center. See "Resources" in this chapter for current URL and phone numbers.

**Target Date Funds**

Target Date Funds provide a single fund approach to investing based on your age and approximate date of retirement at age 65. The number, as in Target Date 2045, represents the approximate year when you plan to start withdrawing your benefits. Each fund offers a broadly diversified mix of domestic and international stocks and bonds, and includes investments not typically available to individual investors, such as hedge funds and commodities. They are professionally managed, continuously monitored, and automatically rebalanced for you.

While a younger investor may be able to afford to take more risk in order to maximize returns, an investor approaching retirement should consider reducing his/her risk and choose investments that provide more stability in the portfolio. A Target Date Fund is designed to achieve this balance, because it is adjusted over time to reduce exposure to higher-risk assets, such as stocks and increase exposure to lower risk investments such as bonds and stable value.

The Target Date Income Fund and the 401K Global Diversified Fund do not include numbers, or "years."

- **The Target Date Income Fund** is a conservative balanced fund which may be appropriate for investors who are retired and is comprised of domestic and international equity, global bond and short-term investments, hedge funds, and commodities
- **The 401K Global Diversified Fund** is a balanced investment fund comprised of domestic and international equity, global bond and short-term investments, hedge funds, private equity, and real assets (e.g. commodities, real estate & natural resource-focused private equity). This fund replicates the asset allocation mix of the Global Diversified Fund in the Retirement Contribution Plan

Unlike mutual funds, the Target Date Funds are available only under Intel plans and not to the general public. Because these funds are not quoted on a public exchange, they do not have "ticker" symbols, and therefore cannot be looked up in the newspaper or on the Internet.

To select the appropriate Target Date Fund for you, review your risk tolerance and investment time horizon, and choose the fund that represents the approximate year when you plan to start withdrawing your benefits. For additional information about performance and the mix of investments of the Target Date Funds, refer to the Morningstar fund fact sheets on Fidelity's NetBenefits website.

**Core Funds**

Core Funds enable you to build your own portfolio from a broad range of investment choices representing all the major asset classes, including short term investments, bond funds, domestic and international stock funds and the Intel Stock Fund. If you invest in Core Funds, you should monitor your portfolio and rebalance at least once a year to ensure you have the appropriate investment mix.

For additional information about the performance of funds in the Core Fund line-up, refer to the Morningstar fund fact sheets on Fidelity's NetBenefits website.

**Fidelity BrokerageLink**

The Fidelity BrokerageLink is most suitable for people who prefer a wider choice of funds because they actively research, review, trade, and rebalance their portfolio. A BrokerageLink account is a brokerage account that allows you to invest your 401(k) Savings Plan savings in a broad range of Fidelity and non-Fidelity mutual funds: 4,500 mutual funds and exchange traded funds (ETFs). Of these, 1,650 mutual funds and 65 ETFs have no transaction fees; others have fees.

If you invest through BrokerageLink, you should actively and regularly review, monitor, and rebalance to ensure you have the appropriate investment mix. You are responsible for the management of your Fidelity BrokerageLink account. This is a personal, private account with Fidelity offered through the 401(k) Savings Plan. Intel and the Investment Policy Committee do not monitor or determine the funds in your BrokerageLink account.

Additional information regarding the commission structure, fact sheet, and account application are available on the Fidelity NetBenefits website.  See the "Resources" section in this chapter for online and phone enrollment tools.

**Note**: If you redirect money from your BrokerageLink account to your 401(k) Savings Plan account, it will be invested in the Invesco Government & Agency Portfolio until you make an election to invest it differently.

**Intel Stock Fund**

Assets in the Intel Stock Fund available in the 401(k) Savings Plan are invested primarily in Intel common stock. A subsidiary of Fidelity, acting as an agent of the Plan's trustee, purchases the common stock on the open market, based upon participant investment instructions.

- There is a 20% limitation on how much you can invest in the Intel Stock Fund. No more than 20% of your future 401(k) Savings Plan deferrals can be invested in the Intel Stock Fund

  - Example: If you withhold 10% of your paycheck for your 401(k) Savings Plan, only 20% of your total 401(k) Savings Plan deferral (2% of your paycheck) can go into the Intel Stock Fund

- You cannot exchange money into the Intel Stock Fund from another investment if the value of the Intel Stock Fund will exceed 20% of your total 401(k) Savings Plan balance

  - Example: If you have a 401(k) Savings Plan account balance of $100,000, when the Intel Stock fund portion of the total exceeds $20,000, you will be blocked from moving (exchanging) funds into the Intel Stock Fund

**Free$tock**

If you were a Plan member before 1987, contributions that were invested solely in Intel stock are referred to as Free$tock. If you have Free$tock, you have the option of exchanging your investment from Intel stock to any of the 401(k) Savings Plan's investment options.

**Risk of investing in the Intel Stock Fund**

Because assets in the Intel Stock Fund are invested primarily in Intel common stock, the return on any investment in the Intel Stock Fund will be primarily dependent upon changes in the market price of Intel common stock and any dividends paid on the common stock. In turn, changes in the market price of Intel common stock are substantially dependent upon the financial performance of Intel and the market's perception of Intel's future potential financial performance. Many factors may affect Intel's financial performance and the market's perception of its future financial performance. In addition, as a result of the absence of diversification in the Intel Stock Fund, it is generally a more risky investment than other funds available under the 401(k) Savings Plan, many of which are significantly more diversified. You should recognize that any investment option, including the Intel Stock Fund, could decline in value, which could mean a loss of value in your plan account.

The Intel Stock Fund will incur costs that will affect the overall return of the Fund. Among other potential costs, the Intel Stock Fund may be required to pay a management fee for the purchase of the shares of Intel common stock and may be required to pay brokerage fees to the brokers who actually buy and sell the shares on the open market. The Intel Stock Fund also will incur fees in connection with satisfying various accounting and legal requirements. In addition, the Intel Stock Fund may hold small amounts of cash or other short-term investments for liquidity purposes. Because of the expenses borne by the Intel Stock Fund and the fact that it may hold assets other than Intel common stock, returns on the Intel Stock Fund will vary from the performance of Intel common stock (INTC). Any or all of these factors may have a substantial effect on the overall return of the Intel Stock Fund offered in the 401(k) Savings Plan.

In considering whether to allocate plan assets and contributions to the Intel Stock Fund, carefully review the information in Intel's periodic reports on Form 8-K, quarterly reports on Form 10-Q, annual reports on Form 10-K, and other reports and documents filed with the SEC. Copies of these reports can be obtained from Intel's website at www.INTC.com, the SEC at 800-SEC-0330 or www.sec.gov, or by calling Intel's transfer agent, Computershare Investor Services, at 800-298-0146.

**Dividends paid on the Intel Stock Fund**

If you invest any portion of your 401(k) Savings Plan account in the Intel Stock Fund, you have the right to elect to receive in cash any dividends earned on the common stock in the Intel Stock Fund that is allocated to your account. You may change your dividend election payment at any time, but at least 10 days in advance of a dividend payment for such change to take effect. Otherwise, the change in election will apply to the next following payment. Cash dividend payments of less than $10 will automatically be reinvested in your account unless you select electronic funds transfer (EFT) as the payment method. If you do not elect to receive dividends in cash, the dividends earned on the common stock in the Intel Stock Fund will be reinvested in the Intel Stock Fund. Because of the time it takes to process and settle securities transactions

and to reinvest cash dividends, changes in your account balance in the Intel Stock Fund during the days preceding or following the ex-dividend date—the date on which the right to receive cash dividends, stock dividends, and stock splits vests—may affect whether shares are credited to your account as a result of the dividend or stock split. The portion of the 401(k) Savings Plan that is invested in the Intel Stock Fund is considered an employee stock ownership plan (ESOP).

**Allocation of shares in the Intel Stock Fund**

Shares purchased in the open market on any given day are allocated to your account and the accounts of other participants for whom shares are being purchased on that day based upon the following: (1) the amount being invested in the Intel Stock Fund on behalf of each such account; and (2) the daily weighted average purchase price of open market purchases. The weighted average purchase price for any given day is calculated by dividing the aggregate price of all purchases on that day by the number of shares purchased. You will be considered the owner of the shares of Intel common stock allocated to your account for purposes of any matters submitted to the stockholders for a vote. Any vote that you submit on behalf of your Intel Stock Fund shares will be kept confidential. When reporting voting results for the Intel Stock Fund shares, the report will only show the aggregate vote for all Intel Stock Fund shares that are voted. The number of shares of Intel common stock allocated to your account will be reflected on your 401(k) Savings Plan account statement.

Currently, the Intel Stock Fund is a daily share accounted fund. A daily share accounted fund is an investment option in which participants' accounts reflect ownership of the underlying stock rather than ownership of units in the fund itself. If transaction requests for daily share accounted funds are requested before 4 p.m. (Eastern) on a business day, the transactions typically will receive the weighted average purchase price or sale price on the following business day. Otherwise, it will receive the weighted average purchase price or sale price on the second business day after the transaction is received. The weighted average purchase price for any given day is calculated by dividing the aggregate price of all purchases for the daily share accounted fund (less any transaction fees) on that day by the number of shares purchased. Similarly, the weighted average sale price on any given day is calculated by dividing the aggregate price of all sales on behalf of the daily share accounted fund (less any transaction fees) on that day by the number of shares sold. There is currently a three-day settlement period after the purchase or sale date for this fund.

In determining whether to allocate assets to the Intel Stock Fund and how much to allocate, you should carefully consider the level of your participation in the other Intel stock benefit plans and the fact that your overall compensation is already substantially tied to Intel's performance. Certain of the other investment options that invest in stocks may also invest in Intel's common stock, although any such holdings are typically limited to no more than 5% of the Fund's assets.

**Investment election information**

When you elect to contribute to the 401(k) Savings Plan, you must select one or more investment options for your contributions. This election will apply to your entire contribution; you cannot make a separate investment election for different contribution types (pre-tax, Roth 401(k), Retirement Contribution, etc.) in your 401(k) Savings Plan account.

**For employees who are receiving Intel's discretionary retirement contributions to their 401(k) Savings Plan account:** Any discretionary retirement contribution made by

Retirement Programs 18.16
Jan. 1, 2015

Exhibit 2                                                                 Page 18 of 63

Intel to your 401(k) savings Plan account will be invested based on the future contribution election you have on file in your account at the time the Intel contribution is made.  If you have no future investment election on file, the contribution will be invested in a 401(k) Target Date Fund based on your approximate year of retirement at age 65. Once an investment election is made, you may change investment elections for future contributions, for existing balances already in your account, or for both future contributions and existing balances.

Your investment elections for existing balances will apply to your entire existing balance in your account. Investment election changes may be made on a daily basis, subject to each fund's policy regarding frequent trading restrictions and short-term redemption fees. Some investment funds limit frequent transfers in and out of the fund aimed at making short-term gains (called "market timing") to prevent incurring excessive costs and negatively affecting the return of the fund. Intel has adopted an excessive trading policy consistent with rules that Fidelity--Intel's provider of retirement administrative services--has implemented. The policy applies to the frequency of trading in and out of the investment choices offered in the 401(k) Savings Plan fund lineup.

Fidelity monitors the number of roundtrip (in and out) transactions in shareholder accounts. A roundtrip is a mutual fund purchase or exchange purchase followed by a sell or exchange sell within 30 calendar days in the same fund and account. Excessive trading in life stage funds, core asset funds, Intel stock fund, mutual funds or other investment options subject to such restrictions will result in the limitation or prohibition of additional purchases (other than contributions and loan repayments) for 85 calendar days; additional excessive trading will result in a limitation of one exchange day per calendar quarter for a 12-month period. To view Intel's excessive trading policy, visit Fidelity's NetBenefits website. See the "Resources" section for additional information.

If you direct any portion of your 401(k) Savings Plan account to Fidelity BrokerageLink, you have the option to set up a standing order to direct your future contributions directly to your BrokerageLink account.  Standing orders are currently limited to the available mutual funds and do not include ETFs.  You should review the commission schedule and/or call the Fidelity Service Center to understand any fees that are applicable to the transactions you make on the investment funds in your BrokerageLink account.

The investment options under the 401(k) Savings Plan each have different investment objectives and, consequently, different elements of risk and potential for growth. Before deciding how to invest your account, you need to assess your own tolerance for risk in view of your long-term plans and the length of time you expect to continue working.

Subject to the limitations on investments in the Intel Stock Fund, you may invest 100% of your future contributions in any of the investment options, or you may split your investment in minimum increments of 1% among any combination of the investment options. You may also make an exchange of your existing balance in increments of 1% or a specific dollar amount (except in the Intel Stock Fund).

The 401(k) Savings Plan is intended to operate as an ERISA Section 404(c) plan. The Plan offers participants and beneficiaries the opportunity to exercise control over the assets contributed and accumulated on their behalf by allowing them to choose the manner in which these assets will be invested from a broad range of investment alternatives. This means that you or your beneficiaries may not hold Intel, the Plan's service providers, or any of their respective

employees or agents liable as plan fiduciaries for any losses sustained in your account that are the result of your exercise of control over how your contributions are to be invested. In other words, you bear the risk of the performance of your directed investments, even if that performance is poor. Plan fiduciaries will not provide advice as to how you manage your investments in your account under the Plan. Accordingly, for advice on how the assets in your account should be invested, you should consult an investment advisor.

The Investment Policy Committee reserves the right without advance notice, and on a temporary or permanent basis, to do the following: add, change, or remove one or more investment option(s) under the 401(k) Savings Plan (except for the Intel Stock Fund), change the dates on which elections can be made or on which elections become effective, and to limit the number of changes you may make to your contribution selections during any calendar year.

You may obtain the following additional information concerning the investment options available under the 401(k) Savings Plan by visiting Fidelity NetBenefits or by calling the Fidelity Service Center (see "Resources" in this chapter for online and phone number information.):

- A description of the annual operating expenses of each available investment fund (e.g., investment management fees, administrative fees, transaction costs) which reduce the rate of return to participants and beneficiaries, and the aggregate amount of such expenses expressed as a percentage of average net assets of the designated investment option
- Copies of any prospectuses, financial statements and reports, and of any other materials relating to the investment funds available under the Plan to the extent this information is provided to the Plan
- A list of assets comprising the portfolio of each investment fund which constitutes "plan assets" within the meaning of ERISA
- Information concerning the value of shares or units in each investment fund, as well as past and current investment performance of such alternatives, determined, net of expenses, on a reasonable and consistent basis
- Information concerning the value of shares of mutual funds held in your account

When you plan your asset allocation strategy for your 401(k) Savings Plan account, you should consider how your Intel Retirement Contribution Plan account, if applicable, is invested, and how any other assets you may hold are invested, to assure that you are well diversified in your overall asset allocation. You are strongly encouraged to read all of the fund descriptions and disclosure materials relating to the investment options under the Plans, and seek professional tax advice and/or financial planning guidance.

### 18.3 Retirement Contribution Plan and Minimum Pension Plan

**Topics**

18.3.1 Retirement Contribution Plan and Minimum Pension Plan Overview
18.3.2 Eligibility and Participation
18.3.3 How Service for Eligibility and Vesting is Determined
18.3.4 Vesting in the Retirement Contribution Plan and Minimum Pension Plan
18.3.5 Retirement Contribution Plan contributions
18.3.6 Minimum Pension Plan Benefits
18.3.7 Qualified Supplemental Employee Retirement Plan (QSERP)
18.3.8 Pension Benefit Guaranty Corporation (PBGC)

### 18.3.1 Retirement Contribution Plan and Minimum Pension Plan Overview

For many employees, the Retirement Contribution Plan is Intel's contribution toward your retirement savings. Any discretionary retirement contribution is made on a tax-deferred basis and deposited typically in late January or early February for the preceding year's eligibility period.

The Minimum Pension Plan may provide eligible employees an age 65 minimum pension benefit if their Retirement Contribution Plan account balance does not provide a minimum level of retirement income as determined by the pension formula.

### 18.3.2 Eligibility and Participation

You are eligible to participate in the Retirement Contribution Plan and Minimum Pension Plan upon satisfying the conditions outlined in the "Plan Eligibility" section in this chapter and the service requirements below.

If eligible, you began participation in the Retirement Contribution Plan and Minimum Pension Plan on the first day of the calendar quarter coincident with or next following one year of service with Intel. For example, if an eligible employee was hired on April 1, 2010, he or she became a participant on April 1, 2011. In contrast, if the employee was hired one day later on April 2, 2010, he or she became a participant on July 1, 2011.

> **If you were hired before Jan. 1, 2011:**
> - Intel's discretionary contributions towards your retirement for your eligible years of participation prior to 2015 were made to your Retirement Contribution Plan account
> - For eligible employees who on January 1, 2015 are in grades 6 and below (or equivalent in grades 2-6, 30-37, 41-42, 51-58, 68-72, 75-82, and 91-95), Intel's discretionary retirement contributions, if any, for years 2015 and thereafter will continue to be deposited into your Retirement Contribution Plan account for each year you remain in one of these eligible grades. If you are promoted to an ineligible grade 7 and above (or equivalent) after January 1, 2015, Intel's discretionary contribution, if any, for each year after your promotion will be deposited into your 401(k) Savings Plan account, even if you later move back to grade 6 or below (or equivalent)

- For eligible employees who on January 1, 2015 are in grades 7 and above (or equivalent in grades 7-13, 23-28, 43-49, 73-74, 83-89 and all executive grades) or are Intel Contract Employees (ICE) in grades 96-99 on January 1, 2015, Intel's discretionary retirement contributions, if any, for years 2015 and thereafter will be deposited into your 401(k) Savings Plan account even if you later move to grade 6 or below (or equivalent)

**If you were hired or you transferred to the U.S. (with no prior U.S. service) on or after Jan. 1, 2011:** you are not eligible for the Intel Retirement Contribution Plan or the Minimum Pension Plan. Because you are not eligible for participation in these Plans, any discretionary Intel retirement contribution is made to your Intel 401(k) Savings Plan account.

### 18.3.3 How Service for Eligibility and Vesting is Determined

Your length of service with Intel plays a key role in determining your eligibility and vesting. For purposes of your eligibility and vesting service only, all service with Intel and any U.S. or foreign subsidiary directly or indirectly owned at least 80% by Intel (the "Intel Controlled Group") is counted. The Retirement Contribution Plan and Minimum Pension Plan begin counting service on your date of hire. If you have previous service as an Intern or International service employee, that service counts towards determining your eligibility. If you have previous service as a contingent (leased) employee or you are an acquired employee, send a request to Get HR Help on Circuit to determine if your previous service is counted. If you leave the Intel Controlled Group and are later rehired, see "Participation and Vesting upon Re-Employment" in this chapter for further information.

A year of service is defined as a period of 12 consecutive months during which you receive pay from a member of the Intel Controlled Group, including normal periods of absence for vacations, holidays, and temporary approved leaves. For purposes of determining your initial eligibility, you will receive credit for a year of service after you have completed 365 days without a break in service of 12 months or more. If you leave the Intel Controlled Group but return to service within a 12-month period, you will be considered to have been continuously in service with the Intel Controlled Group during the period of absence.

### 18.3.4 Vesting in the Retirement Contribution Plan and Minimum Pension Plan

Vesting refers to the percentage of an account or benefit that you have earned, based on your length of service with Intel, and will not be forfeited if you terminate employment.

The following vesting schedule applies to participants who are active employees as of Dec. 31, 2007, or later.

| Completed Years of Service | Percent Vested |
|---|---|
| Fewer than 2 | 0% |
| 2 but less than 3 | 20% |
| 3 but less than 4 | 40% |
| 4 but less than 5 | 60% |
| 5 but less than 6 | 80% |
| 6 or more | 100% |

Retirement Programs 18.20
Jan. 1, 2015

Exhibit 2                                        Page 22 of 63

The following vesting schedule applies to participants who terminated employment prior to Dec. 31, 2007, with a vested Retirement Contribution Plan account balance or vested Minimum Pension Plan benefit.

| Completed Years of Service | Percent Vested |
|---|---|
| Fewer than 3 | 0% |
| 3 but less than 4 | 20% |
| 4 but less than 5 | 40% |
| 5 but less than 6 | 60% |
| 6 but less than 7 | 80% |
| 7 or more | 100% |

Regardless of your service, you will be 100% vested in all of your Retirement Contribution Plan and Minimum Pension Plan benefits if you meet any of the following conditions:

- You are employed by Intel at age 60 or older
- You are receiving benefits from the Intel Long-Term Disability Plan while permanently and totally disabled as defined by the Long-Term Disability Plan under its "Any Occupation" definition
- You are employed by Intel at the time of your death

Additional special vesting rules:

- If you were an active employee on Jan. 1, 1987, 100% vesting in your Retirement Contribution Plan account balance is automatic when you reach age 55 rather than age 60
- If Intel eliminates your job through a redeployment or VSP action which results in the termination of your employment with Intel, and comparable jobs are not available within Intel, you may be eligible for full vesting in the Retirement Contribution Plan. If you are eligible for full vesting, your Retirement Contribution Plan account will reflect the vesting change as soon as possible after the Plan passes a special non-discrimination test. If the Plan fails the special non-discrimination test, full vesting cannot be granted and will be reconsidered during the next regular annual non-discrimination test. To be eligible, you must be in good standing with Intel and your job elimination generally cannot be as a result of a divestiture. Intel will determine good standing, comparable jobs, and other terms necessary to apply this special vesting schedule based on uniform definitions. This special vesting schedule is subject to IRS nondiscrimination testing. This special vesting rule is not available in the Minimum Pension Plan
- If you terminate employment with Intel as a result of a divestiture, and you accept a job offer from and become an employee of the acquiring company on the agreed upon hire date, you may be eligible for full vesting in the Retirement Contribution Plan. If you are eligible for full vesting, your Retirement Contribution Plan account will reflect the vesting change as soon as possible after the Plan passes a special non-discrimination test. If the Plan fails the special non-discrimination test, full vesting cannot be granted and will be reconsidered during the next regular annual nondiscrimination test. This

Retirement Programs 18.21
Jan. 1, 2015

Exhibit 2                                         Page 23 of 63

special vesting rule is not available in the Minimum Pension Plan. If your Retirement Contribution Plan account was fully vested as a result of redeployment, VSP, or divestiture and you are rehired by Intel at a later date, eligibility for any future contributions and vesting will be determined based on the Plan's eligibility and vesting rules at the time of your rehire taking into account your actual service

**Participation and vesting upon reemployment**

If you leave Intel but are later rehired prior to January 1, 2015, you may need to satisfy additional eligibility requirements before you can begin or resume participation. However, a former employee who was rehired on or after January 1, 2011 and prior to January 1, 2015 will not be eligible to participate in the Retirement Contribution Plan and Minimum Pension Plan unless he or she was a participant prior to January 1, 2011.

An employee rehired on or after January 1, 2015, regardless of grade level, will not be able to participate or resume participation in the Retirement Contribution Plan and Minimum Pension Plan under any circumstance.

If you were not fully vested when you terminated your Intel employment and you are later rehired, you may be able to resume vesting in the benefit you earned during your previous period of employment if:

- You were at least 20% vested when you terminated, or
- You were 0% vested when you terminated and your break-in-service was less than five years

### 18.3.5 Retirement Contribution Plan Contributions

Intel's Retirement Contribution Plan contribution is a discretionary contribution determined annually by the board of directors. The board of directors sets the retirement contribution percentage after considering labor market competitive factors. If you are an eligible participant, your share of this contribution is determined according to the following formula:

| **Your annual eligible pay** | X | **Percentage determined by Intel's board of directors** | = | **Your annual Retirement Contribution** |
|---|---|---|---|---|

In this calculation, eligible pay includes your regular base pay plus certain bonuses, commissions, overtime, geographic salary differentials (GEOs), shift differential, compressed workweek schedule (CWW), and other premiums you receive after becoming eligible for the Retirement Contribution Plan. In accordance with federal tax law, pay in excess of $265,000 in 2015, will not count in the allocation of retirement contribution.

You will generally not be eligible for a contribution if you terminate employment before the end of the year (12/31) unless you satisfy the retirement eligibility requirements, terminate employment because of permanent and total disability as defined under the Intel Long-Term Disability Plan, or die. If you terminate employment with Intel in the month of December as a result of a redeployment or VSP action, and comparable jobs are not available within Intel, you may be eligible for a pro-rated contribution. To be eligible, you must be in good standing with Intel and your job elimination generally cannot be as a result of a divestiture. Intel will

determine good standing, comparable jobs, and other terms necessary to apply this special rule based on uniform definitions.

Retirement contributions and investment earnings accumulate in the Plan on a tax-deferred basis until the money is paid out to you.

**Retirement Contribution while on Military**

If you are an eligible participant and are on a qualified military leave under the provisions of the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA), you will receive a retirement contribution based on any eligible compensation paid to you during your military leave (such as eligible bonuses or military adjustment pay) as well as on the eligible compensation you would have received had you not entered military service. The retirement contribution will be made to your Plan account at the annual cycle, typically late January/earlier February, even if you are on a qualified military leave at the time the annual contribution is made.

**Investment of Retirement Contribution Plan Contributions**

Intel's Retirement Contributions and investment earnings accumulate in the Plan on a tax-deferred basis until the money is paid out to you.

Effective on January 1, 2015 you have a choice of investment options for your Retirement Contribution Plan account. You may split your investment in any whole percentage increments among any of the investment options offered under the Retirement Contribution Plan. Any future retirement contributions will be invested in the Global Diversified Fund unless you choose otherwise.

The investment options for the Retirement Contribution Plan provide investment choices in each major asset class category including the Global Diversified Fund, Target Date Funds, low cost index funds, and a Stable Value fund.

You may change investment elections for future retirement contributions, for existing balances already in your Retirement Contribution Plan account, or for both future contributions and existing balances. Investment election changes may be made on a daily basis, subject to the Intel excessive trading policy (see Section 18.2.7 under "Investment election information" for details on trade limitations).

When you plan your asset allocation strategy for your Intel Retirement Contribution Plan account, you should consider how your 401(k) Savings Plan account, if applicable, is invested, and how any other assets you may hold are invested, to assure that you are well diversified in your overall asset allocation. You are strongly encouraged to read all of the fund descriptions and disclosure materials relating to the investment options under the Plans.

For information on the available investment funds, excessive trading policy or to make exchanges visit Fidelity's NetBenefits website or call the Fidelity Service Center. See "Resources" in this chapter for additional information.

Retirement Programs 18.23
Jan. 1, 2015

Exhibit 2                                                          Page 25 of 63

The Investment Policy Committee reserves the right without advance notice, and on a temporary or permanent basis, to do the following: add, change, or remove one or more investment option(s) under the Retirement Contribution Plan, change the dates on which elections can be made or on which elections become effective, and to limit the number of changes you may make to your account selections during any calendar year.

**Investment of Retirement Contribution Plan Contributions prior to January 1, 2015**

Prior to January 1, 2015 for employees hired before Jan. 1, 2011, Intel directed the investment of your Retirement Contribution Plan contributions on your behalf. Contributions were invested in the Global Diversified Fund. Participants at least 50 years of age by the end of a calendar year had the opportunity to participate in the Retirement Contribution LifeStages Program which enabled you to invest your Retirement Contribution Plan account in one of the Retirement Contribution Target Date Funds or Stable Value fund.

### 18.3.6 Minimum Pension Plan Benefits

The amount of the Minimum Pension Plan benefit is determined by a formula that is based on your final average pay, Social Security covered compensation and length of service when you separate employment with Intel, or, if earlier, when you ceased earning benefit accruals because of being in an ineligible pay grade or because you transferred to a non-U.S. payroll.

- For active U.S. employees who are Minimum Pension Plan participants as of December 31, 2014, whose benefit accruals stopped effective January 1, 2015 because of being grade 7 or above (or equivalent) or because of being an Intel Contract Employee (ICE), the Minimum Pension Plan benefit formula will be calculated using your final average pay, Social Security covered compensation, and length of service calculated as of December 31, 2014
- For U.S.  employees who are Minimum Pension Plan participants whose benefit accruals stop after January 1, 2015 as a result of being promoted to grade 7 or above (or equivalent) or because of becoming an ICE employee, the Minimum Pension Plan benefit formula will be calculated using your final average pay, Social Security covered compensation, and length of service calculated as of December 31st of your year of promotion or year of becoming an ICE employee
- For U.S employees who are Minimum Pension Plan participants whose benefit accruals stop after January 1, 2015 as a result of a transfer to non-U.S. payroll, the Minimum Pension Plan benefit formula will be calculated using your final average pay, Social Security covered compensation, and length of service calculated as of your date of transfer to non-U.S. payroll

This formula results in a monthly benefit beginning at age 65, which is compared to the monthly annuity equivalent of your Retirement Contribution Plan account balance as of the date of your termination of Intel employment. The amount, if any, by which the Minimum Pension Plan monthly formula benefit exceeds the monthly annuity value of your Retirement Contribution Plan account, is your minimum pension benefit.

If the monthly annuity value of your Retirement Contribution Plan account balance as of the date of your termination of Intel employment produces a benefit that is equal to or greater than the Minimum Pension Plan formula benefit, you will receive your benefit from the Retirement Contribution Plan only.

**Calculating the Minimum Pension benefit**

The formula for calculating your minimum pension from the Plan at normal retirement is the sum of:

>    0.75% of final average pay plus
>    0.65% of excess final average pay
>    times your years of service with Intel (up to 35 years)
>    minus the Annuity Value of your Retirement Contribution Plan account

If the result of the formula is less than or equal to zero, you receive only the value of your Retirement Contribution Plan account. You may request a pension estimate by calling the Fidelity Service Center.

**Final average pay**

This is the average of your highest five consecutive years of pay in the last 10 years during which you were an eligible participant accruing benefits in the Plan. If your eligibility in the Plan is fewer than five years, this number will be your average pay during all your years of participation. Pay in excess of $265,000 in 2015, and adjusted annually for changes in cost of living, will not count in the pension calculation.

**Covered compensation**

This is the average maximum compensation taken into account for Social Security benefits, based on tables provided by the IRS during the 35-year period, which ends in the year you reach your Social Security retirement age.

While covered compensation is generally calculated using tables in effect at termination of employment,

- For U.S. employees who are Minimum Pension Plan participants as of December 31, 2014 whose benefit accruals stopped effective January 1, 2015 because of being in grade 7 or above (or equivalent) or because of being an Intel Contract Employee (ICE), covered compensation will be calculated using the 2014 table
- For U.S. employees whose benefit accruals stop after January 1, 2015 as a result of being promoted to grade 7 or above (or equivalent), or becoming an ICE employee, or being transferred to a non-U.S. payroll,  covered compensation will be calculated using the table in effect during the year of promotion, transfer to ICE or transfer to non-U.S. payroll.
- For active non-U.S. employees as of  December 31, 2014 who have accrued benefits in the Intel Minimum Pension Plan, covered compensation will be calculated using the 2014 table

**Excess final average pay**

This is the excess, if any, of your final average pay over your covered compensation. This part of the formula is intended to provide additional retirement income for the portion of your pay not covered by Social Security benefits.

**Years of service for calculating the amount of your Minimum Pension Plan benefit**

In general, the total number of years of service used in determining the amount of your Minimum Pension Plan benefit is the same as the number of years for which you receive credit under the rules defined in the "How Service for Eligibility and Vesting is Determined" section. However, the following years of service will <u>not</u> be counted:

- Years of employment as a college intern or summer intern status employee
- Years of employment completed before a break in service of five years or more during which you had no vested interest in the Minimum Pension Plan
- Years of employment while on international payroll with an Intel company located outside of the United States
- Years of pre-acquisition employment with a company acquired by Intel
- Years of employment with an Intel company not participating in the Minimum Pension Plan
- Years of service after December 31, 2014 in which you are in grade 7 or above (or equivalent) or are an Intel Contract Employee (ICE). If you are promoted from grade 6 or below (or equivalent) to one of the above mentioned ineligible grades after January 1, 2015, you will be credited with benefit service for the full calendar year in which your promotion occurs (or to the date you terminate your Intel employment, if earlier), but no benefit credit will be counted for any year thereafter even if you later move back to grade 6 or below (or equivalent)

If you stop accruing benefit service for any reason on or after January 1, 2015 (e.g., you terminate your Intel employment or because of any of the bullet items listed above) you will not be able to resume earning benefit credit under any circumstance thereafter

The maximum service that will be credited by the Plan is 35 years.

**Annuity value of your Retirement Contribution Plan account**

When you leave Intel, the final balance of Intel's contributions (plus earnings) in your Retirement Contribution Plan account (adjusted, if applicable, for outstanding loans and prior withdrawals) will be converted into a lifetime annuity value for calculation purposes. The calculation is based on your age when you leave Intel and some assumptions about interest and mortality that are defined by the Plan. Due to IRS regulations, this actual annuity benefit may differ significantly from the annuity that can be purchased by transferring your Retirement Contribution Plan balance into the Minimum Pension Plan as described in the "Annuity options" section of the Distribution after Separation of Employment chapter.

**Basic illustrations**

- Carol is a grade 7 employee.  On December 31, 2014, her final average pay and years of service produce an age 65 benefit of $1,500/month.  On June 30, 2016, she stops

working for Intel.  At that time, the projected annuity value of her Retirement Contribution Plan account at age 65 is $1,000/month.  Her benefit payable from the Minimum Pension Plan at age 65 is $500/month

- John is a grade 6 employee who is promoted to grade 7 in April, 2018.  On December 31, 2018, his final average pay and years of service produce an age 65 benefit of $1,000 per month.  On September 10, 2022, he stops working for Intel.  At that time, the projected annuity value of his Retirement Contribution Plan account at age 65 is $1,500/month.  John will not receive any benefit from the Minimum Pension Plan

**Detailed examples of 2014 pension calculations:** Assume the persons in this example are age 65 at retirement in 2014 and have:

| | Example 1 | | | Example 2 |
|---|---|---|---|---|
| Final average pay | $94,000.00 | | Final average pay | $94,000.00 |
| Years of service | **20 years** | | Years of service | **5 years** |
| Covered compensation | $69,902 | | Covered compensation | $69,902 |

First, calculate the monthly value of the Retirement Contribution Plan account:

| | Example 1 | | | Example 2 |
|---|---|---|---|---|
| Retirement Contribution Plan account balance after 20 years of Intel contributions and market returns | $300,000 | | Retirement Contribution Plan account balance after 5 years of Intel contributions and market returns | $37,000 |
| Divide by the current annuity factor. (This example uses an annuity factor from 2014. The actual annuity factor can change quarterly) | 189.3888 | | Divide by the current annuity factor. (This example uses an annuity factor from 2014-3. The actual annuity factor can change quarterly) | 189.3888 |
| Monthly annuity value of Retirement Contribution Plan account | $1,584.04 | | Monthly annuity value of Retirement Contribution Plan account | $195.37 |

Next, calculate the monthly retirement benefit under the minimum pension formula:

| | Example 1 | | | Example 2 |
|---|---|---|---|---|
| Final average pay | $94,000.00 | | Final average pay | $94,000..00 |
| Multiply by | .75% | | Multiply by | .75% |
| | **$705.00** | | | **$705.00** |
| Excess final average pay ($94,000 - $69,902) | $24,098 | | Excess final average pay ($94,000- $69,902) | $24,098 |
| Multiply by | .65% | | Multiply by | .65% |
| | **$156.64** | | | **$156.64** |
| Add the two benefit factors together ($705.00 + $156.64) | $861.64 | | Add the two benefit factors together ($705.00 + $156.64) | $861.64 |

Retirement Programs 18.27
Jan. 1, 2015

Exhibit 2                                                    Page 29 of 63

| Multiply by years of service | 20 years | | Multiply by years of service | 5 years |
|---|---|---|---|---|
| | **$17,232.80** | | | **$4,308.20** |
| Divide by 12 to get the minimum monthly pension benefit from the formula | $1,436.07 | | Divide by 12 to get the minimum monthly pension benefit from the formula | $359.02 |
| Subtract the monthly annuity value of the Retirement Contribution Plan account balance | $1,584.04 | | Subtract the monthly annuity value of the Retirement Contribution Plan account balance | $195.37 |
| Monthly benefit paid from Pension Plan | **$0.00** | | Monthly benefit paid from Pension Plan | **$163.65** |

Example 1:  If your Retirement Contribution Plan account produces a higher benefit, as in Example 1, you receive your Retirement Contribution Plan account and no benefit from the Minimum Pension Plan. The Retirement Contribution Plan account balance of $300,000 could be paid out as a lump sum or as an annuity payable each month from the Minimum Pension Plan. Due to IRS regulations for calculating annuities from Retirement Contribution Plan account balances that are transferred into the Minimum Pension Plan, this annuity amount will differ from the $1,584.04 annuity amount that was subtracted from the Minimum Pension Plan benefit.

Example 2:  If the minimum pension benefit formula produces a higher benefit, as in Example 2, you receive your Retirement Contribution Plan account balance and the difference between the Retirement Contribution Plan annuity value ($195.37) and Minimum Pension Plan annuity ($359.02) calculations of $163.65, payable each month from age 65 until death.  This benefit may be payable at different times and in different forms. See "Distributions after Separation of Employment" in this chapter for more information on your distribution options.

**Time of retirement – normal, early, late**

The Pension Plan formula assumes you will retire at age 65, but you have the option of retiring before or after that age. If you terminate employment on or before age 65 and do not elect  to commence your benefit by the time you reach age 65, distribution will automatically commence not later than March 1 of the calendar year after you reach age 65. In this case, your minimum pension benefit will be computed using your final average pay, years of service, and Retirement Contribution Plan account balance at the time you terminated employment. If applicable, the amount of your benefit from the formula will be increased, using interest and mortality assumptions defined by the Plan, to reflect the delay in commencing your benefit after your attainment of age 65.

- **Normal retirement (age 65)**
  Retirement at age 65 is considered normal retirement
- **Early retirement (before age 65)**
  Once you terminate employment, you can begin receiving your retirement benefits at any time prior to age 65. The minimum pension benefit calculation will use your final average pay, years of service, and Retirement Contribution Plan account balance as of the date you terminate. Your benefit from the formula will be reduced, using interest and mortality assumptions defined by the Plan, to reflect the longer period of time you will likely be receiving monthly payments. If you meet one of the special early

Retirement Programs 18.28
Jan. 1, 2015

Exhibit 2                                   Page 30 of 63

retirement definitions when you begin your benefit, the calculation could result in a slightly higher benefit. To be eligible for early retirement, you must be age 55 or older and have completed at least 15 years of service, or the combined total of your age plus your length of service (both calculated in completed, whole years) must be equal to or greater than the number 75

- **Late retirement (after age 65)**
  You may elect to work beyond age 65, which is considered "late" retirement. If you do, you will continue to accrue service, and your minimum pension will be computed using your final average pay, years of service, and Retirement Contribution Plan account balance at the time you actually retire. The amount of your benefit from the formula will also be increased, using interest and mortality assumptions defined by the Plan, to reflect the shorter period of time you will likely be receiving monthly payments

**When you terminate**

Intel will calculate your Minimum Pension Plan benefit using your actual service, final average pay, and Retirement Contribution Plan balance as of your last day at Intel. This balance will be adjusted, if applicable, for outstanding loans and prior withdrawals. If you qualify for Normal, Early or Late Retirement described above, you will be eligible to receive a retirement contribution for the year you retire (provided a contribution is made that year), and your retirement benefit may include that contribution.

- If your Retirement Contribution Plan balance produces a higher benefit than the pension formula, you will receive payment of your Retirement Contribution Plan account balance only, in the distribution form that you elect
- If the pension formula produces a higher benefit, you will receive a lifetime annuity or a lump-sum distribution from the Minimum Pension Plan and receive a distribution of your Retirement Contribution Plan account balance based on the benefit option you select

### 18.3.7 Qualified Supplemental Employee Retirement Plan (QSERP)

QSERP provides additional benefits from the Plan that offset certain benefits from the Sheltered Employee Retirement Plus (SERPLUS) plan. Employees who had a vested SERPLUS balance of at least $5,000 on Dec. 31, 2003, were eligible to participate. Upon separation from employment from Intel, the lump sum value of your QSERP benefit will be subtracted from your SERPLUS balance the month following your date of separation/retirement. QSERP is added to the amount of any minimum pension benefit. Since QSERP is part of the Minimum Pension Plan, all of the same rules and regulations apply. For more information call the Fidelity Service Center or contact Global Retirement at Retirement.Services@Intel.com

### 18.3.8 Pension Benefit Guaranty Corporation (PBGC)

Your pension benefits under the Intel Minimum Pension Plan are insured by the Pension Benefit Guaranty Corporation (PBGC), a federal insurance agency. If the Plan terminates (ends) without enough money to pay all benefits, the PBGC will step in to pay pension benefits. Most people receive all of the pension benefits they would have received under their plan, but some people may lose certain benefits.

The PBGC generally covers Normal and Early Retirement benefits and certain benefits for your survivors.

The PBGC guarantee generally does not cover: (1) benefits greater than the maximum guaranteed amount set by law for the year in which the Plan terminates; (2) some or all of benefit increases and new benefits based on Plan provisions that have been in place for fewer than five years at the time the Plan terminates; (3) benefits that are not vested because you have not worked long enough for the company; (4) benefits for which you have not met all of the requirements at the time the plan terminates; and (5) certain early retirement payments that result in an early retirement monthly benefit greater than your monthly benefit at the Plan's normal retirement age.

Even if certain of your benefits are not guaranteed, you still may receive some of those benefits from the PBGC depending on how much money your Plan has and on how much the PBGC collects from employers.

For more information about the PBGC and the benefits it guarantees, ask your plan administrator or contact the PBGC's Technical Assistance Division, 1200 K Street N.W., Suite 930, Washington, D.C. 20005-4026 or call 202-326-4000; this is not a toll-free number. TTY/TDD users may call the federal relay service toll-free at 800-877-8339 and ask to be connected to 202-326-4000. Additional information about the PBGC's pension insurance program is available through the PBGC's Website on the Internet at www.pbgc.gov

**Note:** The 401(k) Savings Plan and Retirement Contribution Plan are not subject to the PBGC insurance protection.

## 18.4 Loans and Withdrawals While Employed

**Topics**

18.4.1 Loans and Withdrawals Overview
18.4.2 Loans
18.4.3 401(k) Savings Plan Withdrawals while Employed
18.4.4 Retirement Contribution Plan Withdrawals while Employed

### 18.4.1 Loans and Withdrawals Overview

The 401(k) Savings Plan and Retirement Contribution Plan include a loan feature and certain in-service withdrawal provisions. These allow you access to your vested plan account balances while you are an active employee on U.S. Payroll (active employees who permanently transfer to a country outside the U.S., former employees, beneficiaries, and former spouses of employees are not eligible for these provisions).

- The loan feature allows you to borrow against your vested account balances. Loans are available for any reason. Loans have an advantage over in-service withdrawals as you

are generally not taxed on the loan proceeds unless your loan violates IRS requirements

- The in-service withdrawal provision is available on certain account sources or for severe financial reasons, such as hardship withdrawal. Certain restrictions and taxes may apply to in-service withdrawals

It is recommended that you consult a tax advisor before requesting a loan or in-service withdrawal.

## 18.4.2 Loans

**What you can borrow**

You are permitted to borrow up to the lesser of $50,000 or 50% of your vested account balance. Funds withdrawn do not share in the Plan's investment gains or losses, but interest paid on the loan will be credited directly to your accounts. The minimum amount you can apply for is $500. You may take loans from either the 401(k) Savings Plan or the Retirement Contribution Plan, but you may have only two loans outstanding at one time: two from the 401(k) Savings Plan, two from the Retirement Contribution Plan, or one from each Plan. The following borrowing limitations apply:

- You may not borrow from the 401(k) Savings Plan an amount that would cause your loans outstanding under the 401(k) Savings Plan to exceed 50% of your vested balance under the 401(k) Savings Plan
- You may not borrow from the Retirement Contribution Plan an amount that would cause your loans outstanding under the Retirement Contribution Plan to exceed 50% of your vested balance under the Retirement Contribution Plan

The maximum amount of the combined balance of all loans that you have outstanding under all Intel retirement plans cannot exceed $50,000, minus the highest balance outstanding on all loans at any single time in the last 12 months. If you were hired at Intel from an M&A or subsidiary, participated in their retirement plans, and have an outstanding loan against that Plan account, that outstanding loan balance will count towards the $50,000 limit in the Intel Plans.

When you request a loan, you must choose whether you would like to have the loan proceeds taken from the 401(k) Savings Plan or the Retirement Contribution Plan, if you have loan amounts available under each Plan. The loan amounts available under the 401(k) Savings Plan and under the Retirement Contribution Plan will be different, and you may take loans from either Plan, or both Plans. When you request a loan from the 401(k) Savings Plan, you may either choose the fund(s) you would like the loan proceeds taken from or the loan proceeds will be taken pro rata across all funds. One additional day (trade + 1 day) is required to process your loan request if you are invested in the Intel Stock Fund, regardless if loan proceeds are requested from the Intel Stock Fund. See "Investment Options" in this chapter for more information on the Intel Stock Fund as a daily share accounted fund. Participants who invest in certain investment options are subject to redemption fees if the minimum holding period requirement is not met. A short-term redemption fee may be charged if the loan proceeds are taken from these funds before you have satisfied the fund's applicable holding period. If all or a portion of your 401(k) Savings Plan account is invested in funds in Fidelity BrokerageLink, you

will be required to transfer the necessary amount back to the Invesco Government & Agency Portfolio before your loan can be processed. For additional information on redemption fees on these funds, view the investment information on Fidelity's NetBenefits website or call the Fidelity Service Center.

**Loan provisions**

Loans are generally granted for periods of up to four years (nine years for buying or building your primary residence), and are secured by either your vested 401(k) Savings Plan account balance or your vested Retirement Contribution Plan balance.

Loans requested from your Retirement Contribution Plan require notarized spousal consent if you are married.

The loan amount will bear a fixed rate of interest equal to the prime rate plus 1% as reported by Reuters on the last business day of each month. The interest you pay on the loan is credited directly to your plan account.

Loans initiated on or after July 1, 2014 are assessed a one-time $50 loan application fee and will continue to be assessed  a quarterly processing fee of $3.75. Applicable fees are deducted from the account from which the loan was taken. If all or the majority of the 401(k) Savings Plan account is invested in Fidelity BrokerageLink, participants will be required to maintain a small balance in the 401(k) Savings Plan investment fund(s) in order for the quarterly fees to be deducted from the account balance.

Loan repayments are made through regular after-tax payroll deductions. As long as you are receiving a paycheck from U.S. Payroll, you cannot stop your loan repayments for any reason, including bankruptcy. You may also prepay your loan in part or in full. If you have two loans outstanding, one loan must be fully repaid before you will be allowed to initiate a new loan. There is a 30-day waiting period from the date an existing loan is paid until you can request a new loan. There is no waiting period between loan requests when applying for a second loan when only one existing loan is outstanding. All loan repayments and interest will be invested according to your current investment choices for contributions.

If you leave Intel, go on a leave of absence, transfer to a non-participating subsidiary, or are transferred to a non-U.S. site, you may continue to make loan payments directly to Fidelity via a coupon book. If you are on a leave of absence, you should automatically receive a coupon book from Fidelity, approximately two weeks from the time you start your leave, to continue your loan payments. If you do not receive the coupon book, contact the Fidelity Service Center. If you fail to continue making payments on your Plan loan(s), the outstanding balance(s) may be treated as a distribution subject to income taxes and penalties. For additional information, see "Distributions after Separation of Employment" in this chapter. If you need assistance on your loan, contact the Fidelity Service Center. If you joined Intel as part of a merger or acquisition, these rules may not apply to loans under your M&A Retirement Plan.

If you have a 401(k) Savings Plan and/or Retirement Contribution Plan loan prior to the start of a qualified Military Leave, you can elect that the interest rate on your outstanding loan be capped at 6% during the time you are on Military Leave. You may choose to suspend your loan payments at the current interest rate, prior to leaving on Military Leave. If you choose to suspend your loan and keep your original interest rate, the length of your leave will be added to the end of

Exhibit 2                                                    Page 34 of 63

the life of the loan and reamortized at the original interest rate. Loan repayments may also continue to be taken from your supplemental pay, if available. If no supplemental pay is available, then your loan will automatically be suspended until your return from Military Leave.

If, for any reason, payroll withholding is not possible and you fail to make a loan payment on time, your loan will be declared in default. If a default is declared, Intel may require immediate payment of the entire unpaid balance, or deduct the unpaid balance from the assets in your vested 401(k) Savings Plan account balance or your vested balance in the Retirement Contribution Plan, as applicable. If the loan is declared to be in default, it is considered a taxable distribution and may be subject to income taxes and penalties. If a loan in default is not repaid, it will be considered outstanding for purposes of calculating your maximum available loan. More detailed information about the loan and terms is included in the loan application.

### 18.4.3 401(k) Savings Plan withdrawals while employed

Under certain circumstances, you may withdraw money from your 401(k) Savings Plan accounts while you are still employed. Withdrawals may be subject to taxes and penalties depending on the sources of your 401(k) Savings Plan account from which you withdraw. You should consult a tax advisor before requesting a withdrawal from your account. Withdrawals may be subject to an individual service fee. See "Plan Fees and Expenses" in this chapter for more information. If all or a portion of your 401(k) Savings Plan account is invested in funds in Fidelity BrokerageLink, you will be required to transfer the necessary amount back to the Invesco Government & Agency Portfolio before your withdrawal can be processed. To initiate a withdrawal, contact the Fidelity Service Center.

Withdrawals are permitted only according to the following rules:

**Age 59½ withdrawals**

Withdrawals of pre-tax and/or Roth 401(k) contributions and earnings are permitted for employees who are at least age 59½. Only one age 59½ withdrawal is permitted within a rolling 12-month period. Withdrawals from your pre-tax source will be subject to ordinary income tax. Withdrawals from your Roth 401(k) source may be subject to taxes if your withdrawal is requested prior to meeting the qualified distribution rules.

**Hardship withdrawals**

Withdrawals of pre-tax and/or Roth 401(k) contributions, including pre-tax amounts in your rollover account, are permitted in the event of certain financial hardships which are limited to the following situations:

- Payment of extraordinary medical expenses previously incurred by or necessary to obtain care for you, your spouse, dependents or a designated primary  beneficiary(ies)
- The purchase of your primary residence (excluding mortgage payments)
- Payment of tuition and related education fees for the next 12 months of post-secondary education for you, your spouse, dependents or a designated primary beneficiary(ies)
- To prevent eviction of or foreclosure on your principal residence

Retirement Programs 18.33
Jan. 1, 2015

Exhibit 2                    Page 35 of 63

- Payment of funeral expenses for a family member or a designated primary beneficiary(ies)
- Repair damage of primary residence that would qualify under the casualty deduction under Code section 165

You can update your beneficiary elections for the 401(k) Savings Plan online at www.netbenefits.com or by calling the Fidelity Service Center at 1-888-401-7377. See "Designating a Beneficiary" and "Resources" in this chapter for additional information.

For the calendar year in which you receive pre-tax money as a hardship withdrawal, you must pay income taxes on such withdrawal, which may include an additional 10% penalty tax if you are under age 59½. Withdrawals from your Roth 401(k) source may be subject to taxes if your withdrawal is requested prior to meeting the qualified distribution rules. The hardship withdrawal amount can be increased for the anticipated income taxes and any penalty due on the withdrawal.

Hardship withdrawal requests must be approved by Fidelity, the plan record keeper. Approval is granted only if you are unable to obtain the necessary funds from other sources within Intel, including available plan loans, selling stock that you purchased through the Stock Purchase Plan or received from vesting of RSUs, or exercising your vested stock options, and you indicate in writing that you lack other resources to meet the financial need.

Hardship withdrawal requests can be made only once in a rolling 12-month period, and only your contributions (e.g., not earnings on your contributions, and not any amounts attributable to Intel's discretionary Retirement Contributions made on your behalf) can be withdrawn. Under the law, this does not include earnings credited to your pre-tax account on or before Dec. 31, 1988.

You will be prohibited from making deferrals to all employer plans including the 401(k) Savings Plan for six months after receiving a hardship withdrawal.

**After-tax withdrawals**

If you participated in the 401(k) Savings Plan before 1988, you may have an after-tax account available for withdrawal. After-tax withdrawals may be made for any reason, but are permitted only once in a rolling 12-month period.

You may withdraw after-tax contributions made before Jan. 1, 1987, without penalty. If you withdraw after-tax contributions made on or after Jan. 1, 1987, a portion of this withdrawal is assumed to be interest earned and subject to ordinary income tax, and a 10% early withdrawal penalty may apply. **Note:** After-tax withdrawal rules do not apply to the Roth 401(k) source.

**Free$tock withdrawals**

If you participated in the 401(k) Savings Plan before 1987, you may have a Free$tock account available for withdrawal. Only one withdrawal of Free$tock is permitted in a rolling 12-month period. Payment will be made in either cash or shares of stock according to your withdrawal

instructions. If you do not make a specific election, the shares of Intel common stock will be sold and you will receive a cash distribution equal to the value of such shares. This withdrawal will be subject to ordinary income tax and a 10% early withdrawal penalty may apply.

**Age 70½ withdrawals**

Withdrawals of any or all of your vested Retirement Contribution source are permitted for eligible participants who are at least age 70½. Only one age 70½ withdrawal is permitted in a rolling 12-month period. Age 70½ withdrawals may be subject to an individual service fee, and will be subject to ordinary income tax.

### 18.4.4 Retirement Contribution Plan Withdrawals while Employed

**Age 70½ withdrawals**

Withdrawals of any or all of your vested account balance are permitted for eligible participants who are at least age 70½. Only one age 70½ withdrawal is permitted in a rolling 12-month period. Age 70½ withdrawals may be subject to an individual service fee, and will be subject to ordinary income tax. Age 70½ withdrawals requested from your Retirement Contribution Plan require notarized spousal consent if you are married.

## 18.5 Distributions after Separation of Employment

**Topics**

18.5.1 Distributions Overview
18.5.2 Termination of Employment
18.5.3 Forms of Distribution at Termination
18.5.4 Distributions to Beneficiaries
18.5.5 Federal Income Tax Considerations
18.5.6 Payments Eligible for Rollover
18.5.7 Beneficiaries
18.5.8 Tax Effects on Intel
18.8.9 Fees and Expenses

### 18.5.1 Distributions overview

You can receive distributions from your 401(k) Savings Plan, Retirement Contribution Plan and/or Minimum Pension Plan benefit after you have separated employment with Intel. Distributions are different from in-service withdrawals which are available while you are employed with Intel. To initiate a distribution, contact the Fidelity Service Center and request a distribution packet for the Plan from which you are requesting a distribution. If all or a portion of your 401(k) Savings Plan account is invested in funds in Fidelity BrokerageLink, you will be required to transfer the entire BrokerageLink balance back to the Invesco Government & Agency portfolio before your 401(k) distribution can be processed. Please seek professional tax advice and/or financial planning guidance.

Exhibit 2                                    Page 37 of 63

### 18.5.2 Termination of Employment

When you terminate your employment with Intel, you can request a distribution as early as 30 days after you leave Intel.  You can receive the following:

- Your pre-tax, Roth 401(k), rollover, and merged account balances, and vested Intel discretionary retirement contribution account balance in the 401(k) Savings Plan
- Your vested account balance in the Retirement Contribution Plan
- A benefit from the Minimum Pension Plan, if the balance in your Retirement Contribution Plan account does not provide a minimum level of retirement income as determined by the pension formula

**Note:** If you transfer to a non-participating subsidiary or to a country outside of the U.S. and are no longer eligible for participation in the Plans, under U. S. tax law you are not eligible to receive a distribution of your account balance(s) until you have separated employment within Intel's control group.

### 18.5.3 Forms of Distribution at Termination

The following general rules apply to distributions from the 401(k) Savings Plan, Retirement Contribution Plan and Minimum Pension Plan:

- **401(k) Savings Plan, Retirement Contribution Plan and Minimum Pension Plan: Account balances $1,000 or less**
  - If your account value in any of the Plans is $1,000 or less, it will automatically be paid to you in a single lump sum. **Note**: If your 401(k) Savings Plan account balance is comprised of both Roth after-tax and pre-tax contributions, the $1,000 limit is applied separately to your Roth after-tax balance and your pre-tax balance (pre-tax deferral and discretionary Retirement Contributions)
- **401(k) Savings Plan: Account balances more than $1,000 but not more than $5,000**
  - If your 401(k) Savings Plan account value is more than $1,000 but less than or equal to $5,000, you may elect to roll over your account to an IRA, to another employer's eligible retirement plan that accepts rollovers, or receive your account value in a single lump sum. If you do not make a distribution election within 60 days from the date you receive your termination packet, your account will be rolled over into a Fidelity Rollover IRA in your name. Information on how to access your IRA account will be mailed to you after your Fidelity Rollover IRA has been established. Your IRA account is between you and Fidelity. **Note:** If your 401(k) Savings Plan account balance is comprised of both Roth 401(k) and pre-tax contributions the $1,000 limit is applied separately to your Roth 401(k) balance and your pre-tax balance (including any discretionary Retirement Contributions)
- **Retirement Contribution Plan and Minimum Pension Plan: Account balances more than $1,000 but not more than $5,000**
  - If your vested Retirement Contribution Plan account value or Minimum Pension Plan benefit is more than $1,000 but less than or equal to $5,000, you may elect to roll over your account to an IRA to another employer's eligible retirement plan that accepts rollovers, or receive your account value in a single

lump sum. If you do not make a distribution election within 60 days from the date you receive your termination packet, your account will be rolled over into a Fidelity Rollover IRA in your name. Information on how to access your IRA account will be mailed to you after your Fidelity Rollover IRA has been established. Your IRA account is between you and Fidelity

- **401(k) Savings Plan and Retirement Contribution Plan: Account balances more than $5,000**
  - o If your vested 401(k) Savings Plan or Retirement Contribution Plan account balances are more than $5,000, they will remain in your account until you request a distribution. You may elect to roll over your account to an IRA or to another employer's eligible retirement plan that accepts rollovers, or request a partial distribution with the minimum amount of $5,000 (full account balance if less), or receive your account value in a single lump sum, or as an annuity paid from the Minimum Pension Plan. If you do not elect a distribution prior to age 70½, federal law requires that you begin receiving benefits from the Plan. The first Plan distribution (referred to as a Minimum Required Distribution or MRD) must be made no later than April 1 of the calendar year after the calendar year you have reached age 70½. Additional distributions must be made by December 31 of that year and each year following. If you are married and elect a form of distribution other than a joint and survivor annuity under the Retirement Contribution Plan, a notarized spousal consent form is required before your distribution can be processed. **Note:** If the total value of your 401(k) Savings Plan account is over $5,000 and is comprised of both Roth 401(k) and pre-tax contributions, the $1,000 limit described in the **$1,000** and **$1,000 but not more than $5,000** sections does not apply

- **Minimum Pension Plan: Account balances more than $5,000**
  - o If the present value of your vested Minimum Pension Plan benefit is more than $5,000, it will be automatically paid as an annuity at age 65, unless you elect another form of distribution, such as lump sum. You may request your Minimum Pension Plan benefit to commence prior to age 65, but the amount of your benefit will be reduced. If you do not elect a form of distribution before your 65th birthday, your Minimum Pension benefit will be paid in a single life annuity or, if you are married, as a 100% joint and survivor annuity with your spouse. If you are married and elect a form of distribution other than a joint and survivor annuity under the Minimum Pension Plan, a notarized spousal consent form is required before your distribution(s) can be processed

- **Distributions from Roth 401(k) contributions.** If you contributed to the 401(k) Savings Plan on a Roth 401(k) after-tax basis, special rules apply. Earnings accumulate on your Roth 401(k) contributions and are distributed federal income tax free if the distribution is a qualified distribution. A qualified distribution is defined as (1) made after you have attained age 59½, become disabled, or die AND (2) made after the fifth tax year beginning the year you first made a Roth 401(k) contribution. Roth 401(k) account balances may be rolled over to another employer's Roth 401(k) account that accepts Roth rollovers or a Roth IRA, but not to any other account in an employer's plan or to a traditional IRA

- **Distributions from after-tax 401(k) contributions**: If you contributed to the 401(k) Savings Plan before 1988 on an after-tax basis, those contributions are not taxable when distributed. Eligible after-tax contributions made to your 401(k) Savings Plan

Retirement Programs 18.37
Jan. 1, 2015

Exhibit 2                    Page 39 of 63

account can be rolled over to an IRA or to another employer's plan that accepts after-tax monies.  The earnings on after-tax contributions can then be tax deferred

- **Outstanding loan balances at distribution.** If you have a loan outstanding and you do not receive or request a distribution of your Plan account, you will receive a coupon book and may continue to make payments directly to Fidelity in order to avoid default. If you have a loan outstanding and you receive a distribution of your account (whether automatically or by election), the amount of your outstanding loan will be included in the taxable portion of the distribution
    - o  If you have a loan outstanding and your account is rolled over directly to another employer's eligible retirement plan or to an IRA (whether automatically or by election), the balance due on your loan will be deemed distributed to you in a taxable distribution if you do not pay off the loan in advance of the rollover
    - o  If any portion of the defaulted loan is from the Roth 401(k) source, taxes may apply if you have not met the qualified distribution rules

Before making a distribution election you should consult a tax advisor and review the tax consequences of each of your distribution options. See Federal Income Tax Considerations in this chapter for additional information.

**Lump sum distributions**

If you elect to take a lump sum distribution, you may:

- Take the entire distribution in cash and pay the taxes due on the eligible amount in the year received
- Take the entire distribution in cash (or cash and shares of Intel common stock with respect to any whole shares allocated under the Intel Stock Fund or as Free$tock), and pay the taxes due on the cash and your cost basis on the stock
- Take the entire distribution in cash (or cash and shares of Intel common stock with respect to any whole shares allocated under the Intel Stock Fund or as Free$tock ) and then within 60 days roll over part or all of the distribution into an IRA or into another employer's eligible retirement plan that accepts pre-tax. Roth 401(k) or after-tax rollovers
- Request a direct rollover of your entire account to an IRA or to another employer's eligible retirement plan that accepts pre-tax,  Roth 401(k), or after-tax rollovers
- Take part of your distribution in cash or shares of Intel stock with respect to any whole shares allocated under the Intel Stock Fund or as Free$tock, or both, and request that the rest of your account be transferred to an IRA or to another employer's eligible retirement plan that accepts pre-tax, Roth 401(k) or after-tax rollovers, in a direct rollover

If you take a distribution in cash or shares of Intel stock and subsequently roll it over, rather than transferring that amount in a direct rollover, your distribution will be subject to tax withholdings. See Federal Income Tax Considerations in this chapter for additional information. You may roll over shares of Intel stock to an IRA or to another employer's eligible retirement plan only if the plan or IRA accepts such stock.

**Annuity options**

You may choose among three annuity options under the Plan. All annuity options are distributed from the Minimum Pension Plan. If you want to receive your 401(k) Savings Plan or Retirement Contribution Plan account in the form of an annuity, your Plan accounts will be transferred to the Minimum Pension Plan. The accounts will be converted to an annuity using rules set out in IRS regulations, which will result in an annuity amount different from the annuity amount subtracted from the Minimum Pension Plan benefit. An annuity paid from the Minimum Pension Plan will be subject to its spousal consent rules. Generally, if you are married and do not elect a joint and survivor annuity under the Retirement Contribution Plan or Minimum Pension Plan, notarized spousal consent is required.

- **Single Life Annuity:** This option provides a monthly payment to you for the rest of your life with no provision for continuing payments to a survivor
- **50% or 100% Joint and Survivor Annuity:** This option provides a reduced monthly payment to you for the rest of your life, and after your death, monthly payments to your designated beneficiary for life. The amount of each payment to your beneficiary is 50% or 100% of the amount of each payment made during your life. This annuity is calculated based upon a single life annuity and then actuarially reduced to reflect the fact that payments are guaranteed for the lives of two people. The amount of the reduction is based on your age and the age of your beneficiary when payments begin. The benefit can be calculated so that either 50% or 100% of the benefit will be continued to your designated beneficiary in the event of your death
- **10- or 15-year Period-Certain Annuity:** This annuity provides a reduced monthly payment to you for the rest of your life and, if you die, guarantees a payment to your designated beneficiary for the guaranteed 10-year or 15-year period as elected.  This annuity is calculated based upon a single life annuity and then actuarially reduced to reflect the guarantee period

**Investment of deferred account balances**

Unless you elect to receive a distribution, the funds in your 401(k) Savings Plan account will continue to be invested in the investment options selected by you. Following your termination of employment, you will continue to be entitled to change the allocation of your 401(k) Savings Plan balances among the available investment funds offered under the Plan. Deferred vested balances in your Retirement Contribution Plan account will continue to be invested in the Global Diversified Fund, unless you are eligible and elect to participate in the Retirement Contribution LifeStage program, or you have invested your balances in any of the funds made available on January 1, 2015.

**401(k) Savings Plan – merger accounts**

If you were an employee of a company acquired by Intel, the benefits you earned before the acquisition may have been transferred to the 401(k) Savings Plan in a merger account. If you have a merger account, special distribution options may be available to you. For more information about your merger account distribution options contact the Fidelity Service Center.

### 18.5.4 Distributions to Beneficiaries

**Spousal and non-spousal beneficiaries**

Beneficiaries must take a full distribution of a participant's account balance(s) no later than March 1 of the year following the participant's death.

If you are a beneficiary as the surviving spouse, you may choose to have an eligible rollover distribution paid in a direct rollover to an IRA, into another employer's eligible retirement plan that accepts pre-tax and/or Roth 401(k) rollovers, or paid to you in the form of a life annuity or a single lump sum. If the value of the account is $5,000 or greater and the surviving spouse beneficiary does not elect a distribution from the Retirement Contribution Plan prior to March 1 of the year following the participant's death, the surviving spouse beneficiary's Retirement Contribution Plan account balance will automatically be transferred into the Minimum Pension Plan on March 1 and the surviving spouse beneficiary will receive an immediate single life annuity commencing March 1 from the Minimum Pension Plan. Retirement Contribution Plan account balances less than $5,000 or the total vested vale of the account balance from the 401(k) Savings Plan will be paid as a lump sum if no distribution election is made by March 1.

If you are a non-spousal beneficiary, you may choose a direct rollover to an IRA which will be treated as an "inherited IRA". A non-spousal beneficiary cannot roll over the payment themselves. A non-spousal beneficiary must instruct the Plan Administrator of the distributing plan to make a direct rollover to an "inherited IRA" that the non-spousal beneficiary has established on his or her behalf.  If the non-spousal beneficiary does not make a distribution by March 1 of the year following the participant's death from either the Retirement Contribution Plan or 401(k) Savings Plan, the Plan accounts will be paid as a lump sum regardless of the value of the account balance.

 If distribution of your account already started in the form of an annuity payment before your death, your beneficiary may or may not be entitled to additional payments, depending on the form of annuity payment you elected. See "Annuity options" in this chapter for details. Survivor benefits in the pension plan, in the event you die before benefit payments begin, are payable only to your spouse.

Effective September 16, 2013, under federal tax law spouses are defined as same-sex or opposite sex couples who are legally married under the law of the jurisdiction in which they were married, regardless of where they live.  Other statuses, such as a registered domestic partnerships or civil unions, can't be recognized as marriages for retirement plan purposes under IRS rules, and domestic partners or civil union members are not considered spouses.  At the time of preparation of this edition of this handbook, additional IRS guidance regarding the Defense of Marriage Act (DOMA) changes is expected and information regarding relevant plan changes will be contained in future employee communications and updated in future releases of this document.

**Alternate payees**

If you are an alternate payee as a result of a Qualified Domestic Relations Order (QDRO), and you are the participant's spouse or former spouse, you have the same choices as the employee except that no survivor benefits will be paid from the Minimum Pension Plan to your spouse if you have remarried. You can have any lump sum payments to which you are entitled from any of the Plans paid as a direct rollover or paid to you. If you have it paid to you, you can keep it or roll it over yourself to an IRA or to another employer's eligible retirement plan that accepts rollovers. If you are an alternate payee and you are not the participant's spouse or former spouse, you can have any lump sum payments to which you are entitled from any of the Plans paid to you. You cannot choose a direct rollover, and you cannot roll over the payment yourself.

## 18.5.5 Federal Income Tax Considerations

**Consult a professional tax advisor**

The following summary of federal income tax consequences does not purport to be a complete statement of the law in this area. Any U.S. tax advice contained in this document is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any U.S. federal tax penalties that may be imposed on that person. The summary does not address the effects, if any, of other federal taxes, such as inheritance taxes, or of state, local or foreign tax laws. Because of the complexity of the tax laws with respect to these matters, and because such laws may change, Intel recommends that you consult a tax advisor to assess your tax situation, as well as the effect and applicability of state, local and other tax laws.

**General tax information**

The Plans are intended to qualify under Section 401(a) of the Tax Code. Qualification under Sections 401(a) has the following key effects:

- Except for any Roth 401(k) contributions that you make, you are not taxed on the amounts you contribute to the Plans until these amounts are distributed or withdrawn from each Plan
- You are not taxed on earnings or gains in the Plans until these amounts are distributed or withdrawn from each Plan
- The trust which holds the Plans' assets are not taxed on contributions or earnings
- Intel takes a current deduction for amounts contributed to each of the Plans

In general, when you receive money from the Plans, the amount of the distribution is required to be reported to the IRS. Annuity payments and lump sum payments are taxable income in the year each payment is received.

**Taxation of distributions**

In general, the recipient of a distribution from the Plans will be subject to federal income tax and other state and local taxes in the year of such distribution on the amount of the distribution. The tax treatment of any distribution depends in part on whether the distribution includes shares of Intel common stock, whether the distribution qualifies as a lump sum

distribution, and whether any portion of the distribution is eligible to be rolled over to an IRA or other eligible retirement plan. The following effects are possible:

- Amounts paid to you are subject to withholding taxes
- Some distributions may also be subject to a 10% penalty tax for early withdrawal
- Distributions of Intel stock received as shares may be taxed less than distributions taken as cash
- Special tax treatment is available for some distributions
- Distributions may be rolled over to an IRA or another retirement plan

**Distributions of Roth 401(k) after-tax contributions**

After-tax contributions included in your 401(k) Savings Plan account distribution from your Roth 401(k) account are not taxed, but earnings might be taxed. The tax treatment of earnings included in the distribution depends on whether the payment is a qualified distribution. If a distribution is only part of your designated Roth 401(k) account, the payment will include an allocable portion of the earnings in your designated Roth 401(k) account. If the payment from the Plan is not a qualified distribution and you do not make a rollover to a Roth IRA or a designed Roth account in another employer's plan, you will be taxed on the earnings in the distribution. If you are under age 59½, a 10% additional income tax on early distributions will also apply to the earnings, unless an exception applies. If you make a rollover, you will not have to pay taxes currently on the earnings and you will not have to pay taxes later on payments that are qualified distributions. If the payment from the Plan is a qualified distribution, you will not be taxed on any part of the payment even if you do not make a rollover. If you make a rollover, you will not be taxed on the amount you roll over and any earnings on the amount you roll over will not be taxed if paid later in a qualified distribution.

A qualified distribution of Roth 401(k) contributions is defined as meeting both of the following:

- Distribution occurs at least five (5) years after the year of your first Roth 401(k) contribution (counting the first year as part of the five years) *and*
- On or after you attain age 59½, become disabled, or die

You may roll over the distribution to a Roth IRA, a Roth individual retirement account or Roth individual retirement annuity, or a designated Roth account in another employer's plan that will accept the Roth rollover, but not to any other account in a plan or to a traditional IRA.

**Distribution of after-tax contributions**

If your 401(k) Savings Plan account distribution includes after-tax contributions that portion of your distribution is not taxed. If the distribution is only part of the distribution, an allocable portion of your after-tax contributions is generally included in the payment. If you have pre-1987 after-tax contributions maintained in a separate account, a special rule may apply to determine whether the after-tax contributions are included in a distribution.

You may roll over to an IRA a distribution that includes after-tax contributions through either a direct rollover or a 60-day rollover. You must keep track of the aggregate amount of the after-tax contributions in all of your IRAs in order to determine your taxable income for later payments from the IRAs. If you do a 60-day rollover to an IRA of only a portion of the payment

made to you, the after-tax contributions are treated as rolled over last. For example, you receive a total distribution of your 401(k) Savings Plan account which totals $12,000 of which $2,000 is after-tax contributions. In this case, if you roll over $10,000 to an IRA in a 60-day rollover, no amount is taxable because the $2,000 amount not rolled over is treated as being after-tax contributions.

You may roll over to a new employer's plan all of the distribution that includes after-tax contributions, but only through a direct rollover and only if the new employer's plan separately accounts for after-tax contributions and, in the case of a rollover to a 457(b) plan, is a governmental section 457(b) plan. You can make a 60-day rollover to a new employer plan of part of a distribution that includes after-tax contributions, but only up to the amount of the payment that would be taxable if not rolled over.

**Amounts paid to you**

When you receive money from the Plans, your distribution amounts are required to be reported to the IRS. Payments you receive from an annuity purchased with tax-deferred contributions and lump sum distributions are taxable income in the year received. If you choose to have your Plan benefits paid to you:

- You will receive only 80% of the taxable portion of the payment that is eligible for rollover, because the Plan administrator is required to withhold 20% of the taxable portion of the payment and send it to the IRS as income tax withholding to be credited against your taxes. Any non-taxable portion of the payment will be paid to you in full
- Your payment will be taxed in the year it is paid unless you roll it over. You may be able to use special tax rules that could reduce the tax you owe. However, if you receive the payment before age 59½, you also may have to pay an additional 10% penalty tax for early withdrawal
- You can roll over the 80% payment to your IRA, or to another employer plan that accepts your rollover, within 60 days of receiving the payment. The amount rolled over will not be taxed until you withdraw it from the IRA or employer plan. If you roll over your 80% payment, you may be entitled to a tax refund of the 20% withholding credited against your taxes
- If you want to roll over 100% of the payment to an IRA or to an employer plan, you must replace the taxes that were withheld by depositing into the IRA or employer plan an amount equal to the amount withheld. If you roll over only the amount you actually received, you will be taxed on the amount that was withheld for taxes (the 20% federal withholding tax plus any state or other taxes withheld)

You may avoid the 20% withholding if you elect to take your distribution in the form of a direct rollover. Direct rollovers are explained in greater detail in the Direct Rollover section.

**Penalty tax**

Distributions that are not rolled over will be subject to a 10% excise tax (penalty) unless an exception applies. Generally, the following payments are exempt from the penalty tax:

- Payments to you upon termination of employment after reaching age 55
- Payments to you after retirement due to disability

- Payments made to your beneficiary after your death
- Annuity payments based on your life expectancy
- Payments that do not exceed your tax-deductible medical expenses for the year (whether or not you itemize deductions)
- Payments to an alternate payee under a qualified domestic relations order
- Payments made to comply with a levy by the IRS
- Payments to individuals called to active duty for at least 179 days after 9/11/2001
- Payments of ESOP dividends
- Corrective distributions of contributions that exceed tax law limitations

**Withholding taxes**

**Mandatory withholding:** If you take a lump sum distribution that is eligible for rollover as cash (whether or not you roll it over into another plan or to an IRA), the Plan administrator is required to withhold 20% federal income tax from the taxable portion of the payment and report it to the IRS as income tax withholding to be credited against your taxes. Your distribution may also be subject to additional withholding taxes if you live in a state that imposes withholding taxes on retirement plan distributions.

**Voluntary withholding:** If any portion of your payment is not an eligible rollover distribution but is taxable, the mandatory withholding rules described above do not apply. In this case, you may elect not to have withholding apply to that portion. To elect out of withholding, ask Fidelity for the election form and related information.

**Intel Stock**

Intel stock in the Intel Stock Fund or your Free$tock account in the 401(k) Savings Plan may be distributed as shares, or the shares may be sold and distributed as cash. Under current Tax Code rules, if you elect to receive a distribution of shares, the amount of tax you pay may be less than if you elect to receive a cash distribution.

Under this special rule, you may have the option of not paying tax on the net unrealized appreciation of the stock until you sell the stock. Generally, net unrealized appreciation is the increase in the value of the stock while it is held by the Plan. If you elect to receive a distribution of shares, you will be taxed only on your cost basis in the shares. Generally, your cost basis in the Intel Stock Fund is the amount of contributions or transfers into the Intel Stock Fund, plus dividends, less the amount of cash (if any) in your Intel Stock Fund account.

The Plan administrator is still required to withhold 20% federal taxes of the total taxable cash and taxable amount of Intel common stock and report it to the IRS as income tax withholding to be credited against your taxes. However, the Plan administrator is not required to withhold the entire 20% if the cash portion of your distribution is less than 20% of the combined total of cash and taxable common stock amounts. In that case, you will receive only the shares of Intel common stock, and all cash will be credited as income tax withholding.

To use this special rule, one of two requirements must be met:

- The payment must qualify as a lump sum distribution, as described below—or it would qualify except that you do not yet have five years of participation in the Plan—or

- The stock included in the payment must be attributable to non-Roth 401(k) after-tax employee contributions, if any

You may elect not to have the special rule apply to the net unrealized appreciation. In this case, your net unrealized appreciation will be taxed in the year you receive the stock, unless you roll over the stock. The stock (including any net unrealized appreciation) can be rolled over to an IRA or another employer plan either in a direct rollover or a rollover that you make yourself. If you roll over the stock to an IRA or another plan, the special rule for taxing stock distributions will not apply to a later distribution of the amounts rolled over. If you receive Intel stock in a payment that qualifies as a lump sum distribution, the special tax treatment for lump sum distributions described below (such as five-year averaging) also may apply.

If you wish to take advantage of this special tax rule only with respect to your shares, you may take your shares in a distribution and roll over the rest of your distribution in a direct rollover or a 60-day rollover.

**Lump sum distributions to persons born before January 1, 1936**

Under the Tax Code, special federal income tax treatment applies to a distribution constituting a lump sum distribution which is made to a person who was born before January 1, 1936. Generally, a lump sum distribution is a payment, within one year, of your entire balance under the Plan, together with your balance under any other profit-sharing or 401(k) plans of Intel and its affiliates, and is payable because you have reached age 59½, died, or have terminated your service with Intel. For a payment to qualify as a lump sum distribution, you must have been a participant in the Plan for at least five years. However, if Intel reemploys you after you receive a lump sum distribution as a result of termination of your service with Intel, the Tax Code provides for a recapture of the tax benefit that may have resulted to you as a result of the application of certain favorable tax rules described below pertaining to lump sum distributions.

If your distribution qualifies as a lump sum distribution, it may be eligible for special tax treatment:

- **10-Year averaging if you were born before January 1, 1936**: If you receive a lump sum distribution and you were born before January 1, 1936, you can make a one-time election to calculate the tax on the payment by using 10-year averaging (using 1986 tax rates). Ten-year averaging often reduces the tax you owe
- **Capital gains treatment if you were born before January 1, 1936:** If you receive a lump sum distribution and you were born before January 1, 1936, you may elect to have the part of your taxable payment that is attributable to your pre-1974 participation in the Plan (if any) taxed as long-term capital gain at a rate of 20%

There are other limits on the special tax treatment for lump sum distributions. For example, you can generally elect this special tax treatment only once in your lifetime, and the election applies to all lump sum distributions that you receive in that same year. If any portion of a lump sum distribution is rolled over, you cannot use this special tax treatment for later payments from the Plan. If you roll over your payment to an IRA, you will not be able to use this special tax treatment for later payments from the IRA. Also, if you roll over only a portion of your payment to an IRA, this special tax treatment is not available for the rest of the payment.

### 18.5.6 Payments Eligible for Rollover

Payments from the Plans may be eligible rollover distributions. This means that they can be rolled over to an IRA or to another employer plan that accepts rollovers. Fidelity will advise you as to what portion of your payment is an eligible rollover distribution.

A payment from the Plans that is eligible for rollover can be rolled over in two ways. You can choose to have all or any portion of your payment either:
- Paid to another retirement plan or IRA in a direct rollover, or
- Paid to you, and deposited by you within 60 days into another retirement plan or IRA (a 60-day rollover)

This choice will affect whether withholding taxes apply to your distribution.

**Payments that cannot be rolled over**

Generally, the following types of payments cannot be rolled over:

- **Long-term payments**: You cannot roll over a payment if it is part of a series of equal (or almost equal) payments that are made at least once a year and that will last for:
  - Your lifetime (or your life expectancy,) or
  - Your lifetime and your beneficiary's lifetime (or life expectancy,) or
  - A period of 10 years or more
- **Required minimum payments**: Beginning in the year you reach age 70½ or retire, whichever is later, a certain portion of your payments cannot be rolled over because it is a required minimum (MRD) payment that must be paid to you
- **Hardship withdrawals**: A hardship withdrawal from the 401(k) Savings Plan cannot be rolled over

**Direct rollovers**

If you choose to have your distribution transferred in a direct rollover:

- Your payment will not be taxed in the current year and no income tax will be withheld
- Your payment will be made directly to your IRA or, if you choose, to another employer plan that accepts your rollover
- Your payment will be taxed later when you withdraw it from the IRA or the qualified employer plan
- Your pre-tax payment will be taxed under special tax rules if your payment is made directly to a Roth IRA

**Direct rollover to an IRA:** You can open an IRA to receive the direct rollover. The term "IRA" includes individual retirement accounts and individual retirement annuities. If you choose to have your payment made directly to an IRA, contact an IRA sponsor, usually a financial institution, to find out how to have your payment made in a direct rollover to an IRA at that institution. If you are unsure of how to invest your money, you can temporarily establish an IRA to receive the payment. However, in choosing an IRA, you may wish to consider whether the IRA you choose will allow you to move all or a part of your payment to another IRA at a later date, without penalties or other limitations.

**Direct rollover to a Roth IRA:** Starting in 2010, you may roll over your pre-tax distribution directly to a Roth IRA. A special rule applies under which the amount of the payment rolled over, reduced by after-tax amounts, will be taxed. However, the 10% additional income tax on early distributions will not apply unless you take the amount rolled over out of the Roth IRA within five (5) years, counting from January 1 of the year of the rollover. If you roll over the payment to a Roth IRA, later payments from the Roth IRA that are qualified distributions will not be taxed, including earnings after the rollover. See "Distributions on Roth 401(k) After-tax Contributions" in this chapter for the definition of a qualified distribution.

**Direct rollover to an Employer Plan:** If your new employer has a retirement plan, ask the administrator of that plan whether it will accept your rollover. An employer plan is not legally required to accept a rollover. If your new employer's plan does not accept a rollover, you can choose a direct rollover to an IRA.

**60-Day rollover:** If you have an eligible rollover distribution paid to you, you can still decide to roll over all or part of it to an IRA or another employer plan that accepts rollovers. If you decide to roll over, you must make the rollover within 60 days after you receive the payment. The portion of your payment that is rolled over will not be taxed until you take it out of the IRA or the employer plan.

You can roll over up to 100% of the eligible rollover distribution, including an amount equal to the 20% tax that was withheld. If you choose to roll over 100%, you must find other money within the 60-day period to contribute to the IRA or the employer plan to replace the 20% tax that was withheld. On the other hand, if you roll over only the 80% that you received, you will be taxed on the 20% that was withheld.

- Example: Your eligible rollover distribution is $10,000, (all taxable) and you choose to have it paid to you. You will receive $8,000, and $2,000 will be sent to the IRS as income tax withholding. Within 60 days after receiving the $8,000, you may roll over the entire $10,000 to an IRA or employer plan. To do this, you roll over the $8,000 you received from the Plan, and you will have to find $2,000 from other sources (e.g., savings, loans). In this case, the entire $10,000 is not taxed until you take it out of the IRA or employer plan. If you roll over the entire $10,000, when you file your income tax return, you may receive a refund of the $2,000 withheld. If, on the other hand, you roll over only $8,000, the $2,000 you did not roll over is taxed in the year it was withheld. When you file your income tax return, you may receive a refund of the part of the $2,000 withheld. However, any refund is likely to be larger if you roll over the entire $10,000

### 18.5.7 Beneficiaries

In general, the rules summarized above that apply to payments to employees also apply to payments to surviving spouses of employees and to spouses or former spouses who are alternate payees. You are an alternate payee if your interest in the Plan results from a qualified domestic relations order, which is an order issued by a court, usually in connection with a divorce or legal separation. Some of the rules summarized above also apply to a deceased employee's beneficiary who is not a spouse. However, there are some exceptions for payments to surviving spouses, alternate payees and other beneficiaries that should be mentioned.

If you are a surviving spouse or an alternate payee as a result of a QDRO, you may choose a direct rollover to an IRA or to an eligible employer plan or paid to you. If you have the payment paid to you, you can still decide to roll over all or part of it to an IRA or to an eligible employer plan. If you decide to roll over, you must make the rollover within 60 days after you receive the payment. Thus, you have the same choices as the participant.

If you are a beneficiary other than a surviving spouse, you may choose a direct rollover to an IRA which will be treated as an "inherited IRA." You cannot roll over the payment yourself. You must instruct the Plan Administrator of the distributing plan to make a direct rollover to an "inherited IRA" that you have established on your behalf. You will be required to receive required minimum distributions from the IRA in accordance with IRS regulations. See IRS Publication 590, "Individual Retirement Arrangements," for more information.

If you are a designated beneficiary other than a surviving spouse and you do not choose a direct rollover to an IRA, the taxable portion of your payment will be taxed in the year it is paid and federal income tax will be withheld to the extent required. If you are a surviving spouse, an alternate payee or another beneficiary, you may be able to use the special tax treatment for lump sum distributions and the special rule for payments that include company stock, as described above.

If you receive a payment because of the employee's death, you may be able to treat the payment as a lump sum distribution if the employee met the appropriate age requirements, whether or not the employee had five years of participation in the Plan.

**Required minimum distributions**

Distributions from the Plans generally must begin on or before April 1 of the calendar year following the later of the calendar year in which you reach age 70½, or the calendar year in which you retire. A 50% non-deductible excise tax will be imposed on amounts required to be distributed commencing on this date that are not so distributed.

**Taxation of excess contributions**

If you make contributions to the 401(k) Savings Plan in excess of limitations imposed by the Plan or the Tax Code, you will be subject to taxation as follows:

- Contributions by you to the Plan in excess of the maximum tax-excludable amount under Tax Code Section 402(g) for each calendar year (IRS Annual Dollar Limit), taking into account your tax-excludable salary reduction contributions under all arrangements qualifying under Section 401(k), all simplified employee pension arrangements qualifying under Section 408 and all annuity contracts qualifying under Section 403(b), together with income thereon, are includable in your gross income for federal income tax purposes for the taxable year of the contribution, and also will be subject to taxation on distribution, unless the distribution occurs by April 15 following the close of the taxable year in which the excess amount was contributed. Excess contributions of Roth 401(k) contributions are distributed tax-free but earnings are taxable. If you made both Roth 401(k) and pre-tax contributions to the 401(k) Savings Plan during the calendar year, excess contributions will be taken from the Roth 401(k) source first followed by the pre-tax source

Retirement Programs 18.48
Jan. 1, 2015

Exhibit 2                    Page 50 of 63

- If you are a highly compensated employee, contributions for a Plan year that are in excess of the limitations on these contributions under Tax Code Section 401(k) and that are distributed to you, after adjustment for gains or losses, are included in your gross income for federal income tax purposes in the taxable year in which the contribution occurred, if the distribution is within two and one-half months after the close of the Plan year in which the contribution occurred. Otherwise, the excess distribution will be included in gross income in the taxable year in which the distribution occurs, and Intel will be liable for an excise tax equal to 10% of the amount of the excess contributions distributed

### 18.5.8 Tax Effects on Intel

Intel treats amounts contributed to the Plan under your salary reduction election as employer contributions, which are deductible by Intel in the year that the contributions are made. As discussed above, these contributions are not taxable to you until the year in which you receive a distribution from the Plan. Separate tax rules may apply to Roth 401(k) contributions; see "Distributions on Roth 401(k) Contributions" in this chapter for more information. There are no tax consequences to Intel as a result of Plan distributions made to you.

### 18.5.9 Fees and Expenses

The following table is provided to help you understand how fees are assessed and paid for the Plan. There are several services available to help you better understand the fees and expenses charged within the 401(k) Savings Plan and/or Retirement Contribution Plan.

| Plan expense | Description | Payer |
|---|---|---|
| Administrative Expenses | Fees associated with the cost of recordkeeping, accounting, legal and trustee services. They also include additional fees for special features and services, such as telephone and Internet access to your account and financial modeling tools. | Plan administrative expenses are currently paid by Intel for the 2014 Plan year to the extent those expenses are not offset by expense reimbursements and other credits. |
| Asset-based fees, also called investment management fees | Generally associated with managing fund investments and assessed as a percentage of fund assets. | Asset-based fees are deducted from a fund's total return and are identified in the fund prospectus. For some funds, a portion of the investment management fee is used to pay fund expenses, referred to as an expense reimbursement.  Fee and expense information can also be found in in the 401(k) Plan Participant Disclosure Notice. |
| Individual service fees | Charged to you when you use a particular plan feature | Loans and minimum required distributions are all subject to individual service fees charged to your account.<br>• Loan origination fee:<br>Loans initiated after 6/30/2014 = $50 per application and<br>$35 per application for loans initiated prior to 7/1/2014<br>• Loan maintenance fee: $3.75 per |

| Plan expense | Description | Payer |
|---|---|---|
| | | quarter per account for loans initiated prior to 7/1/2014<br>•<br>*Overnight mail delivery: $25 |
| Investment transaction fees | Some investment funds charge a redemption fee or surrender charge to discourage short-term buying and selling | Participants who invest in certain investment options are subject to redemption fees if they don't meet the minimum holding period requirement. |
| Intel Stock Fund fees | The Intel Stock Fund incurs costs such as management fees and brokerage fees. | The Intel Stock Fund bears these costs, which affects the overall return of the fund. |

Your quarterly statement shows the total assets in your account, how they are invested, and the increases and decreases in the value of your investment options during the period covered by the statement. Your statements also show any administrative fees deducted directly from your account.

The prospectuses for the investment funds available in the Plans also contain information regarding plan fees and expense information. The 401(k) Plan and Retirement Contribution Plan Participant Disclosure Notices also contain information regarding plan fees and expenses. Participant Disclosure Notices, Plan and Fund prospectuses are available online at Fidelity NetBenefits or by calling the Fidelity Service Center. The Summary Annual Report of the Plan also includes fee and expense information and is mailed to participants annually in Q3/Q4.

## 18.6 Other Plan Information and Benefits

**Topics**

18.6.1 Other Plan Provisions
18.6.2 Disability and Death Benefits
18.6.3 Designating a Beneficiary
18.6.4 Quarterly Statements
18.6.5 Resources

## 18.6.1 Other Plan Provisions

**Uniformed Services Employment and Re-employment Rights Act of 1994 (USERRA)**

If you interrupt your employment with Intel due to U.S. military service (including full-time National Guard duty) and you later return to Intel, you may be entitled to certain re-employment rights under USERRA. Under USERRA and the Tax Code, you may be allowed to make military catch-up contributions to the 401(k) Savings Plan or receive a Retirement Contribution Plan contribution for the period of qualified military leave. In addition, loan repayments may be suspended during a period of qualified military leave. See the "Contributions" and "Loans" sections of the 401(k) Savings Plan and Retirement Contribution Plan for additional information. For more information about your rights under USERRA, please contact Get HR Help via Circuit.

**Qualified Domestic Relations Orders (QDROs)**

Under the terms of a qualified domestic relations order (QDRO), the Plans may be required to transfer all or part of your plan benefits to your former spouse as part of a marital property settlement. In addition, a qualified domestic relations order may require that all or part of your account balance be used to satisfy your child support obligations. Copies of the Plans' procedures and model documents pertaining to qualified domestic relations orders are available to you and your (former) spouse or children, or your attorneys online from Fidelity Employer Services Company LLC. Fidelity will notify you if any of the Plans receive a qualified domestic relations order that affects your benefits. See "Resources" in this chapter for additional information.

**Keep your address information up-to-date**

If you are no longer an active employee of Intel, are a beneficiary or an alternative payee, it is your responsibility to keep your contact information updated so that you may continue to receive account and plan information. Update your home mailing address and personal email address online via Fidelity's NetBenefits website or call the Fidelity Service Center. See "Resources" in this chapter for additional information.

Active participants should use the Personal Profile tool on Circuit to update your address.

## 18.6.2 Disability and Death Benefits

**Disability benefit**
You will be considered "permanently and totally disabled" if you are approved in the "Any Occupation" classification of the Intel Corporation Long-Term Disability Plan (LTD plan). "Any Occupation" status, as defined in the LTD plan, means "being unable to perform the work of any occupation for which you are or may become reasonably qualified by training, experience, or education."

- Regardless of your job grade, if you become permanently and totally disabled while you are working for Intel, you will become 100% vested in your Retirement Contribution Plan account balance, your Minimum Pension Plan benefit, and in Intel's contributions made to your 401(k) Savings Plan account, whichever are applicable
- If you are a grade 6 or below (or equivalent) participant in the Minimum Pension Plan and you become permanently and totally disabled, you will continue to earn service accruals in the Minimum Pension Plan until you no longer qualify for LTD benefits, attain age 65, or elect to begin your Minimum Pension benefits before age 65, whichever comes first. Your pension benefit will be calculated using all your years of service (up to 35 years), including the years of service you earned while on LTD, your final average pay assuming your compensation at the time of your disability remains unchanged as you continue to earn service accruals while on LTD, and your Retirement Contribution Plan balance at the time you stop earning Minimum Pension Plan service accruals
- If you are grade 7 or above (or equivalent) or an ICE employee whose pay and service accruals under the Minimum Pension Plan formula stopped accruing on or after January 1, 2015 and you become permanently and totally disabled, your Minimum Pension Plan benefit will be calculated using your Retirement Contribution Plan balance as of your last day of employment at Intel

- If your pay and service accruals under the Minimum Pension Plan stopped accruing because you were on a non-U.S. Payroll on or after January 1, 2015 and you become permanently and totally disabled, your Minimum Pension Plan benefit will be calculated using your Retirement Contribution Plan balance as of your last day of employment at Intel

You may withdraw your entire 401(k) Savings Plan or Retirement Contribution Plan account balances at any time once you become permanently disabled. You do not have to pay a 10% penalty tax on withdrawals if you are disabled; however, the taxable portion of your distribution is subject to a 20% federal income tax withholding at the time of the withdrawal if you do not roll it over into another tax-deferred plan.

**Death benefit**

**If you are married:** The Minimum Pension Plan automatically provides a surviving spouse benefit if you die while employed at Intel and you had accrued a benefit in the Minimum Pension Plan or you had terminated employment after earning a vested retirement benefit that had not yet commenced. The Minimum Pension Plan benefit is determined net of the annuity value of the Retirement Contribution Plan account balance. The payment of the benefit is determined as if you had chosen a 100% joint and survivor annuity the day before your death. See the "Retirement Contribution Plan and Minimum Pension Plans" section in this chapter for more information about Plan eligibility.

The Retirement Contribution Plan and 401(k) Savings Plan account balances will be paid to your surviving spouse unless your spouse consented to the designation of a different person to receive Retirement Contribution Plan benefits according to Intel's beneficiary designation procedures. Payments to a beneficiary other than your spouse will be made only in a single lump sum. Retirement Contribution Plan payments to your spouse will be paid as an annuity from the Minimum Pension Plan, unless your spouse elects prior to March 1 following the year of your death to receive payment in a single lump sum. See the "Retirement Contribution Plan and Minimum Pension Plans" section in this chapter for more information about Plan eligibility.

**If you are single:** If you die while still employed and are single, your Retirement Contribution Plan account will become 100% vested. Your Retirement Contribution Plan account and 401(k) Savings Plan account balances will be paid in a lump sum to your beneficiary. No death benefits are payable under the Minimum Pension Plan to a beneficiary other than a spouse.

## 18.6.3 Designating a Beneficiary

You may designate a beneficiary to receive your 401(k) Savings Plan and Retirement Contribution Plan accounts in the event of your death before benefits start. If you do not designate a beneficiary or there are no designated beneficiaries who are living when payment is to be made, the benefits will be paid in the following order of priority:

1. To your spouse
2. To your children, in equal shares, if you have no spouse
3. To your estate if you have no spouse or children

Your beneficiary can be one or more persons or trusts, and can include primary and contingent beneficiaries. Your beneficiary designation under the 401(k) Savings or Retirement Contribution Plans can be, but does not need to be, the same as the beneficiary for other Intel benefit plans, such as life insurance. Your designated beneficiary under the 401(k) Savings Plan may be different from the beneficiary you designate for the Retirement Contribution Plan. If you previously submitted a single beneficiary designation covering both Plans, or your beneficiary designation was executed before 1996, when the 401(k) Savings and Retirement Contribution Plans officially became separate plans, that beneficiary designation would apply to both Plans until you submit new beneficiary designations. If you are married, your spouse must consent to a designation of a trust, of any other person or persons as beneficiary, and the spouse may revoke the consent if you change the designation after the original consent was given. The consent must be in writing, a notary public must witness the consent, and the consent must acknowledge that, by giving consent, your spouse waives all or some rights to these benefits.

Only a participant can change his or her beneficiary. A beneficiary is not permitted to designate a beneficiary or change the participant's designated beneficiary. Your beneficiary election must be made using the proper Plan beneficiary form in accordance with the Plan procedures. You can make beneficiary designations at any time by visiting Fidelity NetBenefits website and using the beneficiary online tool or calling the Fidelity Service Center. Any other beneficiary designation, such as through a will, is not valid. See "Resources" in this chapter for additional information.

### 18.6.4 Quarterly Statements

Your quarterly statements are available at the Fidelity NetBenefits website. If you prefer to receive your statements at your home mailing address, you must make the selection from My Profile tab on the Fidelity NetBenefits website. Quarterly statements will show the following:

- The balance in your 401(k) Savings Plan and/or Retirement Contribution Plan accounts
- Your vesting percentage
- The balance in your pretax deferred contribution account, if applicable
- The balance in your Roth 401(k) after-tax contribution account, if applicable
- The balance in your Free$tock account, if applicable
- The balance in your rollover account, if applicable
- The balance in your after-tax contribution account, if applicable
- The balance in your merged account, if applicable
- The balance in your Retirement Contribution Plan account, if applicable
- The balance in your Fidelity BrokerageLink account, if applicable
- Your withdrawal activity, if applicable
- Your outstanding loan balance, if applicable
- The investment funds held during the statement period
- The investment performance of each of your accounts
- Fees and expenses you incurred in any of your Plan accounts

### 18.6.5 Resources

To access account information or to obtain additional information about the 401(k) Savings Plan, Retirement Contribution Plan or Minimum Pension Plan contact Fidelity Investments.

- **Online via Fidelity NetBenefits** at www.netbenefits.com/intel. Fidelity NetBenefits is available 24 hours a day, seven days a week with the exception of any scheduled downtime. Enter your Social Security Number or create a username and password. When accessing the Fidelity Service Center or Fidelity NetBenefits for the first time, you will be prompted by the system to set up a new password. Your password must be no less than six and no more than 12 digits in length. Some of the online resources via Fidelity NetBenefits include:

  o   Enroll in the 401(k) Savings Plan
  o   Obtain personal account information, including set up or changing your password
  o   Change your contribution percentage
  o   Change investment elections for future contributions
  o   Initiate an exchange of your existing investment fund balances
  o   View investment fund fact sheets and fund prospectuses
  o   Obtain daily fund quotes and historical fund performance information
  o   View Excessive Trading Policies
  o   View current Employer Plan news and announcements
  o   Request information on loans, withdrawals or distributions
  o   Obtain an incoming rollover form
  o   View account balances
  o   View your quarterly statements
  o   Request written materials or forms
  o   Access the Summary Plan Description
  o   Access current tools and education workshops
  o   Update your beneficiary designation (under My Profile tab)
  o   Update your home mailing address if you are a beneficiary, alternative payee, or terminated participant (Note For your protection, there is a 15-day hold on distribution transactions from the date the address is updated.)
  o   Update your email address
  o   Access BrokerageLink commission schedule, fact sheet, application, handbook, limited third-party trading authorization and indemnification form, and other BrokerageLink information under the Plan Information and Research link under the 401(k) Savings Plan.
  o   Access BrokerageLink (www.Fidelity.com) account and investment fund information

- **Fidelity Service Center** at 888-401-7377 or TDD 800-655-0962 is available 24 hours a day, seven days a week with the exception of any scheduled downtime. Service Center Representatives are available Monday–Friday (excluding New York Stock Exchange holidays) from 5:30 a.m. to 9 p.m. Pacific

  If you are calling the Fidelity Service Center from outside the U.S., you will need the AT&T country access code which can be found on the AT&T Direct website at: http://att.com/traveler/. Participants calling from an area unsupported by AT&T Direct should use the following international collect number 508-787-9902.

  Some of the available resources via the Fidelity Service Center include:

  o   Enroll in the 401(k) Savings Plan

Retirement Programs 18.54
Jan. 1, 2015

Exhibit 2                                          Page 56 of 63

- o Change your contribution percentage
- o Change investment elections for future contributions
- o Initiate an exchange of your existing investment fund balances
- o Obtain account balances
- o Request distributions, withdrawals and loans
- o Request a loan payoff amount
- o Request written materials or forms
- o Update your home mailing address if you are a beneficiary, alternative payee, or terminated participant (Note For your protection, there is a 15-day hold on distribution transactions from the date the address is updated)
- o Reset your NetBenefits password
- o Request information on Fidelity's BrokerageLink
- o Updating your BrokerageLink account address. (Online address changes will not transfer to your BrokerageLink account.  You must call the Fidelity Service Center)

- **Qualified Domestic Relation Orders (QDRO's).** You can:

  - o Access the Plans' procedures and model documents online via Fidelity Employer Services Company LLC at https://qdro.fidelity.com/. You, your spouse, or attorneys can access this information by setting up an account on the web site
  - o Call the Fidelity Service Center – 888-401-7377 or TDD 800-655-0962. Representatives are available Monday–Friday (excluding New York Stock Exchange holidays) from 5:30 a.m. to 9 p.m. Pacific
  - o QDROs for the Intel 401(k) Savings Plan, Intel Retirement Contribution Plan and Intel Minimum Pension Plan should be sent or faxed to Fidelity at the address below:

    Fidelity Employer Services Company
    QDRO Administration Group
    P.O. Box 770003
    Cincinnati, OH  45277-0066
    Attn:  Intel Corporation
    or, fax to 877-665-4284

- **Fidelity BrokerageLink Accounts**

  - o Access your BrokerageLink account through your Plan account on NetBenefits, www.netbenefits.com/intel or directly through Fidelity's retail platform, www.Fidelity.com
  - o See "Online via Fidelity NetBenefits" section for additional BrokerageLink information
  - o To change your address for your BrokerageLink account, please call the Fidelity Service Center at 888-401-7377.  (Address changes made via Circuit will not carry over to your BrokerageLink account and will require you to call Fidelity)

- **Payroll Deduction Codes for the 401(k) Savings Plan**

  - o Applies to the Annual IRS Limit ($18,000 for 2015)
    - ▪ 401K – Pre-tax contributions

Retirement Programs 18.55
Jan. 1, 2015

Exhibit 2                                    Page 57 of 63

- 401KBC – Pre-tax bonus/commissions contributions
- 401KVP – Pre-tax vacation/PA cash out (non-exempt) contributions
- Roth 401K – Roth after-tax contributions
- Roth BC – Roth bonus/commissions contributions
- Roth VP – Roth vacation/PA cash out (non-exempt) contributions
  o Applies to the Annual IRS Catch-up Limit ($6,000 for 2015)
    - CTCHUP – Pre-tax catch-up contributions
    - RothCTCHUP – Roth after-tax catch-up contribution

## 18.7 Filing a claim

**Topics**

18.7.1 Claim Process
18.7.2 Making a Claim
18.7.3 Reviewing the Claim
18.7.4 Understanding the Ruling
18.7.5 No Assignment of Rights

### 18.7.1 Claim Process

If you or your beneficiary disagrees with a plan benefit determination, you may make a claim.

### 18.7.2 Making a Claim

Your claim should be in writing, and you should explain why you disagree with the benefit determination. You should also include any other information you believe is necessary to support your claim. Direct your claim to the following address:

Intel Corporation
Attention: Intel Global Retirement
1900 Prairie City Road, FM3-224
Folsom, CA 95630

### 18.7.3 Reviewing the Claim

Intel Global Retirement will review your claim and conduct an investigation of your records. You will receive a response within 90 days of submitting your claim. If Global Retirement believes that special circumstances justify an extension of time to review the claim, Global Retirement may notify you that it will take up to an additional 90 days to review your claim. The response will be in writing and will explain any adjustments that have been made to the original benefit.

### 18.7.4 Understanding the Ruling

If you receive a written response denying your claim in whole or in part, the written response will explain the specific reasons for the claims denial, and reference the provisions of the plan document or applicable law on which the decision is based. In addition, you will be provided

with information on any other materials that may be necessary to justify your claim and an explanation of the Plan's appeal procedures. Under the Plan's appeal procedures, if your claim is denied, you may file a written request for appeal within 60 days of the denial. The request must be addressed to the Intel Retirement Plans Review Panel and sent to the following address:

> Intel Corporation
> Attention: Intel Retirement Plans Review Panel
> 1900 Prairie City Road, FM3-224
> Folsom, CA 95630

The Intel Retirement Plans Review Panel will review the appeal and make a determination within 60 days of your request for an appeal. If more time is necessary (up to an additional 60 days is permitted), you will be notified in writing. The Intel Retirement Plans Review Panel determination also will be in writing, and it will state the reasons for the decision and the plan provisions on which the determination is based.

The decisions of the Intel Retirement Plans Review Panel will be final except for cases in which there are conflicting claims made by more than one claimant or beneficiary for the same benefits. In these cases, the Intel Retirement Plans Review Panel can direct that payment of all benefits be withheld until the conflict has been resolved by agreement between the claimants.

### 18.7.5 No Assignment of Rights

Except in certain circumstances relating to a default under a loan from 401(k) Savings Plan accounts, your interests or property rights in the Plans, in the trust fund, or in any payment to be made under the Plans may not be assigned, alienated, optioned or made subject to attachment, garnishment, execution, levy, or other legal or equitable process or bankruptcy, and any such action will be void. These restrictions do not apply to the creation or assignment of a right to a benefit under the Plan pursuant to a beneficiary Qualified Domestic Relations Order (QDRO).

## 18.8 General information

### Topics

18.8.1 Plan Administration
18.8.2 Future of the Plans
18.8.3 Plan Termination
18.8.4 ERISA Rights
18.8.5 General information about your Plans and Benefits

### 18.8.1 Plan Administration

The Retirement Plans Administrative Committee, which currently consists of Intel employees, is the plan administrator responsible for the general operation and administration of the Plan, and for carrying out and interpreting the Plan's provisions. The Investment Policy Committee, which

currently consists of Intel employees,  a member of Intel's Board of Directors, and one non-employee/non-director member, has asset management responsibility for the Plan. The Investment Policy Committee has determined that it is appropriate to invest 5% of the Trust Fund in commodities investments. In order to do this, the Committee has filed a statement with the Commodities Futures Trading Commission that it is not a commodities pool operator and therefore is not subject to the registration and regulatory requirements that apply to such entities. Each of these committees is a named fiduciary as that term is used in ERISA. Intel's Board of Directors appoints the members of each of these committees. The Retirement Plans Administrative Committee has delegated day to day operating responsibility to Intel's Global Retirement Program Office and has contracted with Fidelity Investments to provide Plan recordkeeping services. To obtain additional information about the Plan and its administrators, you may contact the Fidelity Service Center. See "Resources" in this chapter for more information.

### 18.8.2 Future of the Plans

Intel intends to continue the 401(k) Savings Plan, Retirement Contribution Plan and Minimum Pension Plan but reserves the right to amend or terminate any of the Plans, in its sole discretion, at any time. The procedures for amending and terminating the Plans are set forth in the plan documents. If any material changes are made in the future, you will be notified. Any changes made to the Plans will not reduce any amounts already in your account.

### 18.8.3 Plan Termination

**Minimum Pension Plan termination**

If the Minimum Pension Plan is terminated, the company is required to pay only the amount in the Trust Fund toward covered benefits. See "Pension Benefit Guaranty Corporation (PBGC)" in this chapter for more information. You may obtain additional information on the PBGC insurance protection and limitations, write to the PBGC.

Inquiries to the PBGC should be addressed to the following:

> Office of Communications PBGC
> 1200 K Street NW, F14
>  Washington, D.C. 20005-4026
> 800-326-4000

**Retirement Contribution Plan and 401(k) Plan termination**

If the Retirement Contribution Plan or 401(k) Plan is terminated, Intel will comply with the tax rules governing termination by treating all participant account balances as fully vested for all employees who are participants on the date of termination.

### 18.8.4 ERISA Rights

As a participant in the Plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to the information and rights listed below.

Retirement Programs 18.58
Jan. 1, 2015

Exhibit 2                    Page 60 of 63

### 18.8.5 General Information about your Plans and Benefits

You are entitled to the following:

- Examine, without charge, at the plan administrator's office and at other specified locations, such as worksites, all documents governing the Plan, including insurance contracts, and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration
- Obtain, upon written request to the plan administrator, copies of documents governing the operation of the Plan, including insurance contracts, and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The administrator may make a reasonable charge for the copies
- Receive a summary of the plan's annual financial report. The Plan administrator is required by law to furnish each participant with a copy of this summary annual report
- Obtain a statement telling you whether you have a right to receive a pension at normal retirement age (age 65) and if so, what your benefits would be at normal retirement age if you stop working under the Plan now. If you do not have a right to a pension, the statement will tell you how many more years you have to work to get a right to a pension. This statement must be requested in writing and is not required to be given more than once every 12 months. The Plan must provide the statement free of charge

**Prudent actions by Plan fiduciaries**

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a pension or welfare benefit or exercising your rights under ERISA.

**Enforce your rights**

If your claim for a pension or welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator.

Retirement Programs 18.59
Jan. 1, 2015

Exhibit 2                                    Page 61 of 63

If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in federal court.

If it should happen that plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance with your questions**

If you have any questions about your Plan, you should contact the plan administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

**Questions about the Plans**

Contact your Plan Administrator at the following address:

Intel Corporation
Attn: Retirement Plans Administrative Committee
1900 Prairie City Road, FM3-224
Folsom, CA 95630

Fidelity Service Center 1–888-401-7377

**Agent for service of legal process**

General Counsel Intel Corporation
2200 Mission College Blvd
Santa Clara, CA  95052

Service of legal process may also be made upon the Trustee.

**Trustee information**

Intel Master Trust
State Street Bank & Trust Company
One Lincoln Street
Boston, MA  02111
**Plan sponsor information**

Retirement Programs 18.60
Jan. 1, 2015

Exhibit 2                                        Page 62 of 63

Intel Corporation
1900 Prairie City Road, FM3-224
Folsom, CA 95630

EIN:  94-1672743

**General Plan information**

Intel Retirement Contribution Plan
    Plan number 001
    Plan effective date July 1, 1979
    The Plan year begins on January 1 and end on December 31
    Type of Plan and Plan Funding: This plan is a defined contribution pension plan. The
    plan is funded by Intel contributions. These contributions are deposited into individual
    accounts established on each participant's behalf.

Intel Minimum Pension Plan
    Plan number 002
    Plan effective date January 1, 1988
    The Plan year begins on January 1 and ends on December 31
    Type of Plan and Plan Funding: This plan is a defined benefit pension plan. The plan is
    funded by Intel contributions. These contributions are actuarially determined.

Intel 401(k) Savings Plan
    Plan number 003
    Plan effective date July 1, 1979
    The Plan year begins on January 1 and ends on December 31
    Type of Plan and Plan Funding: This plan is a 401(k) plan. The plan is funded by
    employee contributions and non-matching discretionary employer contributions. These
    contributions are deposited into individual accounts established on each participant's
    behalf.

# EXHIBIT 3

**INTEL**
**401(k) SAVINGS PLAN**
**INVESTMENT POLICY STATEMENT**

**As amended and restated by the Investment Policy Committee on**
**January 12, 2017, effective from January 12, 2017**

Exhibit 3                                                        Page 1 of 15

# TABLE OF CONTENTS

PLAN DESCRIPTION………………………………………………………………………….3

STATEMENT OF PURPOSE…………………………………………………………….3

INVESTMENT BELIEFS………………………………………………………………...4

ROLES AND RESPONSIBILITIES………………………………………………………6

    Investment Policy Committee………………………………………………………...6

    Investment Subcommittee……………………………………………………………7

    Company Staff………………………………………………………………………...7

    Consultants or Other Third Parties…………………………………………………7

    Fiduciary Standards…………………………………………………………………8

    Conflicts of Interest Policy…………………………………………………………8

INVESTMENT OBJECTIVES AND GUIDELINES……………………………………8

    Default Investments…………………………………………………………………...9

MANAGER SELECTION AND RETENTION CRITERIA…………..…………………9

PERFORMANCE MANAGEMENT AND BENCHMARKS..…………..………………10

RISK……………………………………………………………………………………10

ENVIRONMENTAL, SOCIAL, AND GOVERNANCE………………………….......10

Exhibit 3                                                                    Page 2 of 15

## PLAN DESCRIPTION

The Intel 401(k) Savings Plan (the "Plan") was established by Intel Corporation (the "Company") and provides eligible employees with the opportunity to save for retirement on a tax-deferred basis. The Plan includes both Company contributed and employee contributed assets for employees hired after January 1, 2011.  Beginning January 1, 2015, all Company contributions for employees Grade 7+ (and equivalents) were made into their Plan accounts. The Plan includes an Employee Stock Ownership Plan ("ESOP") which is designed to permit employee investment in common stock of the Company, subject to the conditions and limitations stated therein.

The Plan is qualified under section 401(a) of the Internal Revenue Code and is operated in compliance with the Employee Retirement Income Security Act ("ERISA") of 1974, as amended. The Plan is a participant-directed individual account plan that is intended to constitute a plan described in section 404(c) of ERISA and Department of Labor Regulations Section 2550.404c-1. Neither the Investment Policy Committee ("IPC") nor the Company, its directors, officers, employees, fiduciaries, and subsidiaries underwrite, warrant, guarantee, or in any way insure the performance of any investment option available through the Plan or any participants or beneficiaries against their individual or collective investment losses that may arise from their own decisions to invest in any or all of the Plan's investment options.

## STATEMENT OF PURPOSE

This Investment Policy establishes the investment beliefs, investment objectives, policies and guidelines for the management of the assets of the Plan and is intended to assist the IPC in supervising and ongoing monitoring of those assets. In general, it is understood that this Investment Policy is intended to incorporate sufficient flexibility so as to accommodate current and future economic conditions and changes in applicable accounting, regulatory, and statutory requirements.  The IPC recognizes that it may be necessary to deviate from the Investment Policy in order to respond to particular circumstances not contemplated by this Investment Policy, and therefore have the authority to take appropriate action in such circumstances on a case-by-case basis notwithstanding contrary provisions in the Investment Policy.  This Investment Policy is designed to:

- state the *Investment Beliefs* of the IPC

- articulate *Roles and Responsibilities* for management and oversight of Plan investments;

- provide a mechanism to establish and review the Plan's *Investment Objectives and Guidelines*;

- identify *Manager Selection and Retention Criteria* that may be considered when selecting, monitoring and evaluating investment managers and providers; and

- specify the *Asset Allocation* policies and guidelines.

Exhibit 3                                                                                          Page 3 of 15

## INVESTMENT BELIEFS

*General*

Historically, defined contribution ("DC") plans offered to participants have only included daily tradable assets.  Alternative investments, which have been included as part of endowment/foundations and corporate defined benefit ("DB") plans multi-asset class portfolios, have been inaccessible to DC plans due primarily due to administrative limitations imposed by the record-keepers and the illiquidity of those assets.  However, the IPC believes that the inclusion of alternative investments within diversified multi-asset class portfolios (e.g. target date funds) has the potential to result in better managing risk/return outcomes for participants.

In consideration of the following beliefs, the IPC  chooses to offer participants access to alternative investments thoughs the 401(k) Plan's multi-asset class portfolios, and specifically in the Plan Target Date Funds.  Recognizing that participants may not desire to invest their assets in multi-asset class portfolios or alternative asset classes, the IPC has also included an array of both active and passive investment choices which may, or may not reflect the investment beliefs of the IPC options to participants within the Plan.

*General Investment Beliefs*

The IPC believes that asset allocation is the most important factor in determining long-term performance.  In general, decisions with respect to what asset classes and sub-asset classes to invest, and the allocations to these asset classes and sub-asset classes, have a greater impact on investment returns than decisions regarding which specific managers to invest.

Capital market projections of return, risk and correlation for use in portfolio construction are inputs to the fund's asset allocation.  Although the IPC believes that capital markets are generally efficient, projections of risk, return and correlation require a judicious use of historical information, a critical assessment of current conditions, and insight into future trends and possible outcomes. While the quantification of returns, risks and correlations are necessary inputs in the design and review of investment strategy, the difficulty and limitation of these assumptions means qualitative considerations are also important.

Global diversification across and within asset classes offers the opportunity to reduce total portfolio risk.  By combining assets that vary in response to forces that drive markets, the IPC believes that investors can create more efficient portfolios. At a given risk level, properly diversified portfolios are expected to provide higher returns than less diversified portfolios. Conversely, through appropriate diversification, a given level of returns is expected to be achieved at lower risk.

The IPC understands that the Funds are exposed to various long-term and short-term investment risks which could result in variability of investment outcomes and even loss of principal.

The IPC believes in both active and passive management.  Opportunities for active management exist to deliver excess returns, and/or to reduce risk, over a passive index.  In fairly efficient markets, where information is disseminated quickly and new information is quickly absorbed into the market prices of a security, the opportunity for active management is smaller (than in

Exhibit 3                                    Page 4 of 15

less liquid and inefficient asset classes), and consideration should be given to investing in a low-cost passive index.

The IPC believes that manager selection represents a core competency of Company Staff ("Staff").

The Plan's liquidity policy is to meet the needs participants' benefits and plan operations on a daily basis for the short- and long-term needs. The asset allocation is managed to maximize returns and pay daily cash flows.

Performance results are measured net of fees and costs.  Costs should be reasonable and linked to the long-term investment value creation.  All fees should be diligently monitored and managed in order to maximize net investment returns yearly.  Reasonableness of fees is monitored for both active and passive management using third party data.

Strong governance processes, appropriate delegation, prudence and documentation are necessary elements of a successful investment program.

*Additional considerations for multi-asset class portfolios are below that pertain to the RC Plan and 401(k) Plan.*

For the Target Date Funds and the GDF, the IPC's approach to asset allocation is to minimize dispersion of outcomes for plan participants with a bias of downside protection implemented by reducing overall risk.  Therefore, the default option or QDIA for participants is the Target Date Fund.

The IPC recognizes that the time horizon and risk tolerance of individual participants may vary widely which is why they include an array of multi-asset class portfolios with varying time horizons and levels of expected risk and return, which are offered along with single asset class portfolios (active and passive) that allow participants to choose and build their own diversified portfolios and incorporate their individual investment beliefs and objectives into those portfolios.

The IPC believes in custom multi-asset funds where appropriate.  As opposed to multi-asset class portfolios provided by a single manager (e.g. mutual fund target date funds),  the IPC's proprietary custom multi-manager multi-asset class funds potentially allow for  a more tailored and flexible asset allocation including greater diversification across asset classes and strategies as well as access to high-quality managers within these asset classes and strategies.  The products are constructed with the objective of improving the likelihood of long-term income replacement in retirement.

Alternative investments such as real estate, private equity, venture capital, natural resources and hedge funds may offer diversification and/or enhanced returns.  These risk-adjusted benefits may at times outweigh their liquidity impact and other concerns.   Investments in this asset class are included after thoughtful deliberation due to the asset class' benefits for diversification and risk adjusted return benefits.  The inclusion of this asset class may be somewhat unique to participant directed plans and thus, its benchmarking, monitoring and operational processes need to align.

Exhibit 3                                                                  Page 5 of 15

The IPC can capitalize on its status as a long-term investor by making meaningful allocations to less liquid alternative investments, including hedge funds and private investments that provide skilled managers with excess return opportunities relative to public markets.

## ROLES AND RESPONSIBILITIES

The IPC is designated as the named fiduciary with respect to the management and control of plan assets. The IPC has authority under the Plan to delegate any or all of its responsibilities, or to allocate such responsibilities to one or more of its members (each a "Member") or to another committee or to other third parties.  Certain delegations are made in the Appendices to this Policy Statement. Wherever this policy authorizes or requires an action by the IPC, the action by an authorized delegate shall be sufficient.

The IPC has delegated to Staff the responsibility for maintaining and updating the metrics in the Appendices to reflect decisions of the IPC. Such updates shall be made on a regular basis and the Appendices will be submitted to the IPC for its review on a periodic basis.

The persons authorized to enter into transactions or to give the Trustee investment direction with respect to any fund and to enter into or cause the Trustee to enter into investment management and other agreements related to the Plan investment choices are designated in Appendix A attached hereto.

### *Investment Policy Committee*

Asset Management The IPC may manage the Plan assets, authorize Company personnel to manage Plan assets, and appoint external qualified investment managers or trustees to manage Plan assets, or any combination of the above with respect to part or all of the Plan assets. The IPC shall review the investment funds and managers, allocate assets within funds and between managers, appoint and replace any such funds or managers, and vote proxies. Standards and measurements applicable to external qualified investment managers shall also be applied to Company personnel managing Plan assets.  The IPC will annually adopt Capital Market Expectations ("CME") which will be the quantitative basis for modeling in regards to asset allocation.

Plan Expenses The IPC shall periodically review performance, costs and expenses of trustees and investment managers. The IPC shall consider the reasonableness of expenses incurred by the Plan, and shall consider total costs, including fund expense ratios and fund returns net of expenses (both relative to peer group), as well as administrative expenses paid by the Plan.

Investment Policy The IPC selects the investments for Plan assets, and determines the performance benchmarks, monitoring criteria, asset allocation and rebalancing criteria and similar metrics applicable to such investment choices, all in accordance with the provisions of this Investment Policy and as set forth in the Appendices.  The IPC shall review this Investment Policy and the Appendices on a periodic basis.

Exhibit 3                                             Page 6 of 15

### Investment Subcommittee ("ISC")

The Investment Subcommittee ("ISC") as delegated by the IPC is responsible for investment decisions for the Plan assets.  The ISC may work with Staff and/or consultants/third parties for investment decisions and may delegate research, analysis, and recommendations to these groups.

These decisions may include and are not confined to the following:

- definition of the investment strategies and philosophies;
- manager construction at each individual asset class within the asset allocation as defined by the IPC;
- ratification of manager selection;
- manager performance monitoring; and
- appointment and termination of custodian, advisors, consultants and other third parties hired by the 401(k) Plan.

Additionally, the ISC will propose to the IPC annually a formal adoption of CME that will be the basis for modeling with regard to asset allocation.  The ISC is responsible for monitoring Staff performance and reporting Staff performance to the IPC annually.   Additionally, the ISC will annually review and report out to the IPC on the reasonableness of fees, budgets, performance of Staff and other third parties associated with the Plan.   The ISC will provide a report to the IPC on investment activities and decisions on a periodic basis, which is expected to be quarterly.

### Company Staff

The ISC may delegate to Staff certain investments activities

These activities may include but are not confined to:

- development of investment strategies and philosophies for ISC approval;
- the proposed construction of managers within an asset class;
- the research and recommendation for appointing and termination of managers;
- the evaluation of manager performance; and
- other activities that the ISC chooses to delegate.

Additionally, Staff will manage day-to-day compliance and interface with the custodian, service providers and other third parties.  Staff may utilize third parties and/or consultants to fulfill their responsibilities as well.  Staff will annually report out to the ISC monitoring of custodian, consultants, service providers and other third parties.

### Consultants or Other Third Parties

The IPC, ISC, or Staff may retain Consultants or Other Third Parties ("Vendors") to fulfill specific responsibilities on behalf of the 401(k) Plan.  Some examples of duties may include but are not confined to:

Exhibit 3                                                      Page 7 of 15

- asset allocation studies,
- performance/reporting/attribution analysis at the Plan level,
- demographic analysis for asset allocation analysis,
- Plan investment design recommendations,
- CME studies,
- evaluation of investment performance of investment managers and funds and the continuing appropriateness of each investment option and manager.

The retainer of the Vendors is responsible for ongoing monitor of performance and yearly evaluation.

### *Fiduciary Standards*

Fiduciaries will discharge their responsibilities under the Plan in accordance with the standard of care set forth in ERISA.

Investment practices must comply with the terms of this Investment Policy, the Plan documents, the related trust agreements, and the limitations and requirements of ERISA and any other applicable laws and regulations. To the extent that this Investment Policy and any Plan documents conflict, the Plan document will control.

### *Conflict of Interest Policy*

From time to time, in the ordinary course of business, the IPC may consider matters in which members of the IPC, or persons affiliated with them, have a direct or indirect financial interest. A Member may determine that in order to satisfy fiduciary requirements in such circumstances, it is necessary to abstain from voting, to recuse him- or herself from the portion of the meeting where such matter is discussed, or to take such other action as may be appropriate in the circumstances.

In order to resolve any questions of conflict of interest, whether real or apparent, the IPC adopts the following procedures. A Member of the IPC may request the IPC to determine whether the Member has a real or apparent conflict of interest with respect to a matter. Such Member shall disclose to the IPC any relevant information of which he has knowledge that might give rise to a conflict of interest with respect to such matter. The IPC may make such further inquiry as it deems appropriate in order to make a determination. The IPC shall make a determination as to whether the Member shall participate in IPC deliberations on the matter in question, and whether the Member shall be entitled to vote on it. In the event that the IPC decides that a Member should not vote on the matter in question, the minutes of the meeting shall so reflect and such member shall not be counted in determining the quorum for the meeting.

## INVESTMENT OBJECTIVES AND GUIDELINES

The Plan will provide a broad range of investment choices designed to accommodate the variety of goals, expectations, investment time horizons, and risk tolerance levels of plan participants. The investment choices will comply at all times with the applicable requirements of ERISA Section 404(c) and the regulations thereunder.

Exhibit 3                                                                 Page 8 of 15

Participants will be given the flexibility to alter their investment choices for existing accounts and future contributions. Transfers of assets between investment options will be permitted daily, subject to Excessive Trading Rules adopted by the IPC. Participants will have access to current investment information designed to permit comparison of investment options by risk and return characteristics in order to make informed investment decisions. The IPC may also make available investment education materials and/or programs from time to time.

Additional information on Plan investment options are listed separately in the following appendices:

- *Appendix B – 401(k) Savings Plan Core Fund Tier*
- *Appendix C – 401(k) Savings Plan Target Date Fund and Retirement Contribution Target Date Fund Tier*
- *Appendix D – Brokerage Tier*
- *Appendix J – Global Diversified Fund and 401(k) Global Diversified Fund*

### Default Investments

The IPC recognizes that in some cases participants may not select investments for their accounts. This may occur as a consequence of:

- the Plan's automatic enrollment features,
- the removal of an investment choice from the Plan and an invested participant's failure to respond to communications requesting that he or she make a new election prior to closure of the investment choice,
- the merger of a participant's account into the Plan from another plan, or
- other actions taken by the IPC.

In cases where a participant's account is merged from another plan, the IPC believes that it is important to balance capital preservation risk (the risk of capital loss) against longevity risk (the risk of outliving retirement savings). Accordingly, in keeping with the goal of long-term retirement savings, in circumstances where a participant has not selected an investment for part or all of his or her account, such uninvested portion shall be invested in the Plan TDF until the participant directs otherwise. In cases where the IPC elects to remove an investment option from the Plan, the IPC will act in compliance with ERISA section 404(c).

### MANAGER SELECTION AND RETENTION CRITERIA

The IPC will monitor the investment options and will add, remove, or change them as may be appropriate. The IPC considers a number of qualitative and quantitative factors when selecting and monitoring any investment option including those items listed on *Appendix: E Monitoring Criteria*.

Exhibit 3                    Page 9 of 15

**PERFORMANCE MANAGEMENT AND BENCHMARKS**

Performance will be monitored and reviewed over short and long-term time periods, with an emphasis on longer-term periods in order to include full market cycles and reflect the Plan's long-term investment objective.  Performance will be reviewed on a net return basis and will include risk metrics and risk-adjusted returns.

A peer group of similar plans to benchmark multi-asset portfolio performance is difficult, given that the portfolios may have different investment objectives and include differing investments and strategies.  There may be no single good measure, or peer group, to benchmark performance, for the Plan Target Date Funds and hence multiple benchmarks should be used.

Performance will be evaluated at three levels: total portfolio, asset class, and individual manager. The three levels will include a passive index and/or peer group measurement review. A comparison of plans with similar objectives and/or underlying investments and strategies, may be instructive, but should be referenced on a risk-adjusted basis. Together, the risk-adjusted peer group comparison provides performance against a long-term return objective and policy benchmark to develop a reasonable basis for evaluating portfolio performance.

More detailed monitoring and benchmarking detail is available in *Appendix C – 401(k) Savings Plan Target Date Fund and Retirement Contribution Target Date Fund Tier, Appendix J – Global Diversified Fund*

**RISK**

The IPC's policy regarding investment risk, consistent with modern portfolio theory, is that risk cannot be eliminated, but should be managed.  In particular, the level of risk taken should be consistent with the return objectives of the plan.

The IPC has set the framework for risk management through this Investment Policy and guidelines, the strategic asset allocation, and the benchmarks used for performance objectives. Tolerance for risk may be expressed in the form of various metrics for risk (e.g. volatility). Where appropriate, the IPC shall define these metrics for risk and establish acceptable ranges for them.

**ENVIRONMENTAL, SOCIAL & GOVERNANCE (ESG)**

In general, the IPC believes that, consistent with its duty to act solely in the interest of participants and beneficiaries, the evaluation of managers or investment opportunities should be made solely on the basis of economic considerations (including considerations of risk) without regard to collateral non-economic benefits.  However, the IPC acknowledges that in some cases the relevant economic considerations may include those that derive from environmental, social, governance or similar considerations ("ESG"), and the existence of such considerations shall not by itself disqualify an investment opportunity.

Notwithstanding the foregoing, although the IPC does not have a quota for minority- and women-owned investment managers, the IPC believes that it is appropriate to seek out minority- and women-owned managers in its search process and, all other things being equal, may consider

Exhibit 3                                                                                    Page 10 of 15

such ownership as a relevant hiring factor.  Assuming that a manager otherwise meets the IPC's hiring criteria in all respects, no additional documentation or evaluation shall be required to justify the engagement of a minority- or women-owned manager.

The fact that a manager or fund has an investment policy that seeks out, promotes or gives preference to ESG factors shall not, by itself, serve as a basis to disqualify the manager or fund from consideration, provided that the manager demonstrates that either (1) such factors are collateral to the economic considerations, i.e., under an all-things-equal test, or (2) such factors are intended by the manager to promote economically superior results (in terms of higher investment return or lower risk).

Exhibit 3                                                        Page 11 of 15

**APPENDIX C – 401(K) SAVINGS PLAN TARGET DATE FUND AND RETIREMENT CONTRIBUTION TARGET DATE FUND TIER**

*The Target Date Funds and Retirement Contribution Target Date Funds are constructed from underlying multi-manager asset class pools, according to the Asset Allocation Glidepath as set forth below. The Target Date Fund and Retirement Contribution Target Date Fund underlying investments are monitored as described below and the asset allocation is monitored through the rebalancing criteria detailed in the table below.*

**Investment Options & Asset Class Pools**

1) Target Date Funds & Retirement Contribution Target Date Funds

   a) Benchmark:  The Target Date Fund benchmark is a composite of the underlying asset class benchmarks for each target date as set forth in the Asset Allocation Glidepath.  The benchmark is adjusted quarterly according to the Asset Allocation Glidepath.

   b) Objective: To exceed the return of the composite benchmark

   c) Reference: The Target Date Funds are referenced against a target date fund universe, or category average, over a long-term horizon (full business cycle).  Short-term deviations from this universe are expected.

2) Asset Class Pools

| Asset Class | Benchmark |
|---|---|
| GROWTH ASSETS | |
| US Equity | |
| Large Cap | Russell 1000 Index |
| Small Cap | Russell 2000 Index |
| Non-US Equity | |
| Developed Markets | MSCI EAFE Investable Market Index |
| Emerging Markets | MSCI EM Investable Market Index |
| Global Equity | MSCI ACWI IMI |
| Growth Oriented Hedge Funds | HFRI Equity Hedge Index |
| Private Equity, Venture Cap, Distressed Debt, Nat Resources | State Street Private Equity Index |
| Real Estate | NCREIF |

Page 4 of 25

Exhibit 3                                    Page 12 of 15

<u>DEFENSIVE ASSETS</u>

| | |
|---|---|
| Core Bonds | Barcap US Aggregate Bond Index |
| TIPs | Barcap US Treasury 1-10 Yr Index |
| Opportunistic Bonds | 50% Citi WGBI/ 50% BofAML US HY Master II |
| Defensive Oriented Hedge Funds | HFRI FoF Conservative Index |

<u>REAL ASSETS</u>

| | |
|---|---|
| Liquid Real Assets | 50% Bloomberg Commodities Index/ 50% FTSE NAREIT Developed Index |

***Asset Allocation Glidepath***

The Target Date Fund asset allocation will be adjusted quarterly according to the Asset Allocation Glidepath below.

A Target Date Fund and Retirement Contribution Target Date Fund, whose asset allocation converges to the final asset allocation 15 years past retirement, will be merged into the Target Date Income Fund and Retirement Contribution Target Date Income Fund, respectively.  A new Target Date Fund and Retirement Contribution Target Date Fund will be introduced at 5 year intervals to target the new hire population as the legacy Target Date Funds and Retirement Contribution Target Date Funds roll down the asset allocation glidepath.

| Age | Large Cap Pool | Small Cap Pool | International Pool | Global Equity Pool | Emerging Markets Pool | Growth Oriented Hedge Fund Pool | Defensive Oriented Hedge Fund Pool | Core Bond Pool | Opportunistic Bond Pool | Diversified Real Asset Pool | TIPS Pool | Stable Value Pool |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 28.2% | 8.9% | 12.4% | 15.8% | 9.7% | 12.0% | 3.0% | 2.0% | 3.0% | 5.0% | | |
| 21 | 28.2% | 8.9% | 12.4% | 15.8% | 9.7% | 12.0% | 3.0% | 2.0% | 3.0% | 5.0% | | |
| 22 | 28.2% | 8.9% | 12.4% | 15.8% | 9.7% | 12.0% | 3.0% | 2.0% | 3.0% | 5.0% | | |
| 23 | 28.2% | 8.9% | 12.4% | 15.8% | 9.7% | 12.0% | 3.0% | 2.0% | 3.0% | 5.0% | | |
| 24 | 28.2% | 8.9% | 12.4% | 15.8% | 9.7% | 12.0% | 3.0% | 2.0% | 3.0% | 5.0% | | |
| 25 | 28.2% | 8.9% | 12.4% | 15.8% | 9.7% | 12.0% | 3.0% | 2.0% | 3.0% | 5.0% | | |
| 26 | 28.2% | 8.9% | 12.4% | 15.8% | 9.7% | 12.0% | 3.0% | 2.0% | 3.0% | 5.0% | | |
| 27 | 28.2% | 8.9% | 12.4% | 15.8% | 9.7% | 12.0% | 3.0% | 2.0% | 3.0% | 5.0% | | |
| 28 | 28.2% | 8.9% | 12.4% | 15.8% | 9.7% | 12.0% | 3.0% | 2.0% | 3.0% | 5.0% | | |
| 29 | 28.2% | 8.9% | 12.4% | 15.8% | 9.7% | 12.0% | 3.0% | 2.0% | 3.0% | 5.0% | | |
| 30 | 28.2% | 8.9% | 12.4% | 15.8% | 9.7% | 12.0% | 3.0% | 2.0% | 3.0% | 5.0% | | |
| 31 | 28.2% | 8.9% | 12.4% | 15.8% | 9.7% | 12.0% | 3.0% | 2.0% | 3.0% | 5.0% | | |
| 32 | 28.2% | 8.9% | 12.4% | 15.8% | 9.7% | 12.0% | 3.0% | 2.0% | 3.0% | 5.0% | | |
| 33 | 28.2% | 8.9% | 12.4% | 15.8% | 9.7% | 12.0% | 3.0% | 2.0% | 3.0% | 5.0% | | |
| 34 | 28.2% | 8.9% | 12.4% | 15.8% | 9.7% | 12.0% | 3.0% | 2.0% | 3.0% | 5.0% | | |
| 35 | 28.2% | 8.9% | 12.4% | 15.8% | 9.7% | 12.0% | 3.0% | 2.0% | 3.0% | 5.0% | | |
| 36 | 28.2% | 8.9% | 12.4% | 15.8% | 9.7% | 12.0% | 3.0% | 2.0% | 3.0% | 5.0% | | |
| 37 | 28.2% | 8.9% | 12.4% | 15.8% | 9.7% | 12.0% | 3.0% | 2.0% | 3.0% | 5.0% | | |
| 38 | 28.2% | 8.9% | 12.4% | 15.8% | 9.7% | 12.0% | 3.0% | 2.0% | 3.0% | 5.0% | | |
| 39 | 28.2% | 8.9% | 12.4% | 15.8% | 9.7% | 12.0% | 3.0% | 2.0% | 3.0% | 5.0% | | |
| 40 | 28.2% | 8.9% | 12.4% | 15.8% | 9.7% | 12.0% | 3.0% | 2.0% | 3.0% | 5.0% | | |
| 41 | 27.8% | 8.7% | 12.2% | 15.6% | 9.5% | 12.0% | 3.0% | 2.5% | 3.5% | 5.2% | | |
| 42 | 27.4% | 8.5% | 12.0% | 15.3% | 9.4% | 12.0% | 3.0% | 3.0% | 4.0% | 5.4% | | |
| 43 | 26.9% | 8.4% | 11.8% | 15.1% | 9.2% | 12.0% | 3.0% | 3.6% | 4.4% | 5.6% | | |
| 44 | 26.5% | 8.2% | 11.6% | 14.8% | 9.1% | 12.0% | 3.0% | 4.1% | 4.9% | 5.8% | | |
| 45 | 26.1% | 8.0% | 11.4% | 14.6% | 8.9% | 12.0% | 3.0% | 4.6% | 5.4% | 6.0% | | |
| 46 | 25.6% | 7.9% | 11.2% | 14.3% | 8.7% | 12.0% | 3.2% | 5.0% | 5.8% | 6.2% | | |
| 47 | 25.2% | 7.8% | 11.0% | 14.1% | 8.6% | 12.0% | 3.4% | 5.5% | 6.1% | 6.4% | | |
| 48 | 24.7% | 7.6% | 10.8% | 13.8% | 8.4% | 12.0% | 3.6% | 5.5% | 6.5% | 6.6% | | |
| 49 | 24.3% | 7.5% | 10.6% | 13.6% | 8.3% | 12.0% | 3.8% | 6.4% | 6.8% | 6.8% | | |
| 50 | 23.8% | 7.4% | 10.4% | 13.3% | 8.1% | 12.0% | 4.0% | 6.8% | 7.2% | 7.0% | | |
| 51 | 23.3% | 7.2% | 10.6% | 13.0% | 7.5% | 12.0% | 4.6% | 7.2% | 7.2% | 7.0% | 0.4% | |
| 52 | 22.7% | 7.1% | 10.8% | 12.7% | 6.9% | 12.0% | 5.2% | 7.6% | 7.2% | 7.0% | 0.8% | |
| 53 | 22.2% | 6.9% | 11.1% | 12.4% | 6.2% | 12.0% | 5.8% | 8.0% | 7.2% | 7.0% | 1.2% | |
| 54 | 21.6% | 6.8% | 11.3% | 12.1% | 5.6% | 12.0% | 6.4% | 8.4% | 7.2% | 7.0% | 1.6% | |
| 55 | 21.1% | 6.6% | 11.5% | 11.8% | 5.0% | 12.0% | 7.0% | 8.8% | 7.2% | 7.0% | 2.0% | |
| 56 | 20.5% | 6.3% | 11.4% | 11.4% | 4.6% | 11.6% | 7.6% | 9.0% | 7.0% | 7.0% | 3.2% | 0.4% |
| 57 | 19.9% | 6.0% | 11.3% | 11.0% | 4.1% | 11.2% | 8.2% | 9.3% | 6.7% | 7.0% | 4.4% | 0.8% |
| 58 | 19.3% | 5.7% | 11.3% | 10.7% | 3.7% | 10.8% | 8.8% | 9.5% | 6.5% | 7.0% | 5.6% | 1.2% |
| 59 | 18.7% | 5.4% | 11.2% | 10.3% | 3.2% | 10.4% | 9.4% | 9.8% | 6.2% | 7.0% | 6.8% | 1.6% |
| 60 | 18.1% | 5.1% | 11.1% | 9.9% | 2.8% | 10.0% | 10.0% | 10.0% | 6.0% | 7.0% | 8.0% | 2.0% |
| 61 | 17.7% | 4.8% | 10.8% | 9.6% | 2.7% | 9.8% | 10.2% | 10.9% | 5.9% | 6.8% | 8.4% | 2.4% |
| 62 | 17.3% | 4.6% | 10.4% | 9.3% | 2.6% | 9.6% | 10.4% | 11.8% | 5.8% | 6.6% | 8.8% | 2.8% |
| 63 | 16.8% | 4.3% | 10.1% | 9.0% | 2.6% | 9.4% | 10.6% | 12.8% | 5.6% | 6.4% | 9.2% | 3.2% |
| 64 | 16.4% | 4.1% | 9.7% | 8.7% | 2.5% | 9.2% | 10.8% | 13.7% | 5.5% | 6.2% | 9.6% | 3.6% |
| 65 | 16.0% | 3.8% | 9.4% | 8.4% | 2.4% | 9.0% | 11.0% | 14.6% | 5.4% | 6.0% | 10.0% | 4.0% |
| 66 | 15.6% | 3.7% | 9.2% | 8.2% | 2.3% | 8.4% | 11.6% | 15.0% | 5.0% | 5.8% | 10.0% | 5.2% |
| 67 | 15.2% | 3.6% | 8.9% | 8.0% | 2.3% | 7.8% | 12.2% | 15.3% | 4.7% | 5.6% | 10.0% | 6.4% |
| 68 | 14.8% | 3.4% | 8.7% | 7.8% | 2.2% | 7.2% | 12.8% | 15.7% | 4.3% | 5.5% | 10.0% | 7.6% |
| 69 | 14.4% | 3.3% | 8.4% | 7.6% | 2.2% | 6.6% | 13.4% | 16.0% | 4.0% | 5.3% | 10.0% | 8.8% |
| 70 | 14.0% | 3.2% | 8.2% | 7.4% | 2.1% | 6.0% | 14.0% | 16.4% | 3.6% | 5.1% | 10.0% | 10.0% |
| 71 | 13.9% | 3.1% | 8.1% | 7.3% | 2.1% | 5.4% | 14.4% | 16.6% | 3.2% | 5.0% | 10.0% | 10.8% |
| 72 | 13.8% | 3.0% | 8.0% | 7.2% | 2.0% | 5.2% | 14.8% | 16.7% | 2.9% | 4.9% | 10.0% | 11.6% |
| 73 | 13.7% | 2.8% | 7.8% | 7.0% | 2.0% | 4.8% | 15.2% | 16.9% | 2.5% | 4.8% | 10.0% | 12.4% |
| 74 | 13.6% | 2.7% | 7.7% | 6.9% | 1.9% | 4.4% | 15.6% | 17.0% | 2.2% | 4.7% | 10.0% | 13.2% |
| 75 | 13.5% | 2.6% | 7.6% | 6.8% | 1.9% | 4.0% | 16.0% | 17.2% | 1.8% | 4.6% | 10.0% | 14.0% |
| 76 | 13.1% | 2.5% | 7.4% | 6.6% | 1.8% | 4.0% | 16.0% | 17.2% | 1.8% | 4.5% | 10.0% | 15.2% |
| 77 | 12.6% | 2.4% | 7.1% | 6.4% | 1.8% | 4.0% | 16.0% | 17.2% | 1.8% | 4.3% | 10.0% | 16.4% |
| 78 | 12.2% | 2.3% | 6.9% | 6.1% | 1.7% | 4.0% | 16.0% | 17.2% | 1.8% | 4.2% | 10.0% | 17.6% |
| 79 | 11.7% | 2.2% | 6.6% | 5.9% | 1.7% | 4.0% | 16.0% | 17.2% | 1.8% | 4.0% | 10.0% | 18.8% |
| 80 | 11.3% | 2.1% | 6.4% | 5.7% | 1.6% | 4.0% | 16.0% | 17.2% | 1.8% | 3.9% | 10.0% | 20.0% |

Exhibit 3                    Page 14 of 15

*Rebalancing*

The Target Date Fund and Retirement Contribution Target Date Fund policy targets listed above shall be monitored periodically. If allocations deviate outside of the policy ranges set forth below, staff should rebalance to targets as needed.

- Any single pool deviates from its target by at least +/-5% or +/-50% of the target (e.g. target=5% of portfolio; triggers are 2.5% and 7.5% of portfolio)

- Total Defensive Assets (Opportunistic, Global Bond, TIPS, Stable Value, Defensive Hedge Funds) deviates by at least +/-5%

- Total Growth Assets not including Private Investments (Large Cap Equity, Small Cap Equity, International Equity, Global Equity, Emerging Equity) deviates by at least +/-5%

- Total Real Assets deviates by at least +/-5%

- Total US Equity (Large Cap & Small Cap) weight deviates by at least +/-5% of portfolio or 50% of target

- Total non-US Equity (International, Global, Emerging) weight deviates by at least +/-5% of portfolio or 50% of target

- Total Private Investments weight deviates by at least +/-10% of portfolio, at which point Staff/Vendor will seek direction from IPC on a potential rebalance

Exhibit 3                                   Page 15 of 15

EXHIBIT 4

Release Date: 12-31-2011

# Global Diversified Fund

| Benchmark 1 | Benchmark 2 |
|---|---|
| Blended Benchmark | S&P 500 TR |

## Investment Strategy

The investment seeks long-term growth of capital and current income.

The fund invests in a diversified portfolio of domestic and international equity funds, global bond and short-term investments, hedge funds, private equity, and real assets (e.g. commodities, real estate and natural resource-focused private equity), the combination of which can be varied based on market and economic conditions.

This investment is not a mutual fund but a collective investment fund that pools the assets of tax qualified employee benefit plans into a single fund with a common objective.

## Morningstar Analyst Report as of 09-30-11

While this allocation fund is down in 2011 so far, it has held up better than its benchmark. For the year to date through September, the fund is down 3.2%, compared to the blended index's loss of 6.3%. The fund's longer-term record is relatively strong, too. Its five-year annualized gain of 0.05% is ahead of bogey's loss of 0.25%.

The fund's more recent outperformance can be traced directly to changes made over the past year. The investment team has overhauled the asset allocation methodology to include more opportunistic strategies that while geared toward capital appreciation also aim to protect capital in down markets. Where the fund used to invest heavily in straight index funds, it now also devotes assets to global managers, such as International Value Advisers and Cantillon, who pay strict attention to stock valuations and take on less market risk than their competitors. At the same time, the fund has a sleeve of alternative strategies, which have the ability to go both long and short stocks, thereby mitigating sensitivity to market fluctuations. These components helped to cushion losses during a tumultuous third quarter, when markets were rocked by a narrowly avoided government shut-down, weak-er-than-expected economic numbers, and a deepening sovereign crisis in Europe prompted investor to flee risky assets and pile into Treasuries.

This fund's steadier performance does come with a price, however. For starters, the fund's reduced market exposure is bound to serve as a drag when markets are experiencing rapid run-ups. Additionally, the fund's cost is higher than it used to be due to the fact that it invests less in passively run index funds and now devotes more to higher-cost actively run strategies. On balance, however, the improved diversification and opportunity set that these strategies offer are apt to outweigh their potential cost drag, awarding investors a more efficiently designed portfolio and help them experience a smoother ride.

## Performance as of 12-31-11



Total Return%
as of 12-31-11
■ Investment
■ Benchmark 1

Average annual, if greater than 1 year

| | YTD | 1 Year | 3 Year | 5 Year | 10 Year | Since Inception | |
|---|---|---|---|---|---|---|---|
| | -0.26 | -0.26 | 9.20 | -0.78 | 2.65 | 8.41 | Investment Return % |
| | -3.31 | -3.31 | 8.91 | -0.98 | 2.89 | 9.10 | Benchmark 1 Return % |
| | 2.11 | 2.11 | 14.11 | -0.25 | 2.92 | 9.20 | Benchmark 2 Return % |

### Quarterly Returns as of 12-31-11

| | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total |
|---|---|---|---|---|---|
| 2007 | 1.98 | 5.48 | 2.66 | -1.19 | 9.12 |
| 2008 | -6.61 | -1.40 | -11.42 | -17.03 | -32.32 |
| 2009 | -7.73 | 12.50 | 10.71 | 2.91 | 18.26 |
| 2010 | 2.35 | -4.23 | 7.61 | 4.67 | 10.40 |
| 2011 | 3.73 | 1.02 | -7.67 | 3.10 | -0.26 |

## Portfolio Analysis as of 12-31-11

### Underlying Funds as of 12-31-11

| | % Assets |
|---|---|
| Alternative Investments | 36.19 |
| International Stock | 23.55 |
| Global Bond Fund | 21.96 |
| Large Cap US Stock Fund | 15.83 |
| Small Cap US Stock Fund | 2.47 |

### Alternatives Fund Composition as of 12-31-11

| | % Alt. Fund |
|---|---|
| Hedge Fund Composite | 64.40 |
| Private Equity/Venture Capital Composite | 15.60 |
| Commodities Composite | 17.40 |
| Real Estate Composite | 2.60 |

State Street provides this data. Morningstar does not calculate it.

### Top 10 Manager Strategies as of 12-31-11

| | % Assets |
|---|---|
| Western Asset Management Bond | 5.97 |
| GMO Quality US Equity | 5.51 |
| American Century US Equity | 5.40 |
| BlackRock Russell 1000 | 5.22 |
| BlackRock Emerging Markets | 4.98 |
| MacKay Shields Bond | 4.78 |
| Guggenheim Bond | 4.29 |
| BlackRock EAFE (International Stock) | 4.22 |
| IVA Worldwide | 4.20 |
| Lazard Emerging Market | 4.15 |

## Performance Disclosure:
The performance data quoted represents past performance and does not guarantee future results. The investment return and principal value of an investment will fluctuate thus an investor's shares, when redeemed, may be worth more or less than their original cost.

Current performance may be lower or higher than return data quoted herein. For more current information including month-end performance please call 888-401-SERP (7377) or visit www.401k.com. Please refer to the performance section of the disclosure page for more information.

### Morningstar Style Box™ as of 12-31-11 (EQ) ; 12-31-11 (F-I)



### Morningstar Sectors as of 12-31-11

| | % Fund |
|---|---|
| ↻ Cyclical | 31.52 |
| 🔲 Basic Materials | 7.57 |
| 🔲 Consumer Cyclical | 8.52 |
| 🔲 Financial Services | 13.95 |
| 🔲 Real Estate | 1.48 |
| △ Sensitive | 39.77 |
| 🔲 Communication Services | 4.39 |
| 🔲 Energy | 8.90 |
| 🔲 Industrials | 12.33 |
| 🔲 Technology | 14.15 |
| ⊕ Defensive | 28.72 |
| 🔲 Consumer Defensive | 15.27 |
| 🔲 Healthcare | 10.03 |
| 🔲 Utilities | 3.42 |

### Morningstar F-I Sector as of 12-31-11

| | % Fund |
|---|---|
| 🔲 Government | 23.79 |
| 🔲 Corporate | 15.80 |
| 🔲 Securitized | 11.61 |
| 🔲 Municipal | 0.42 |
| 🔲 Cash & Equivalents | 35.60 |
| 🔲 Other | 12.78 |

Additional information on the Underlying Funds and Manager Strategies is available under Fund Descriptions and/or in the respective core fund factsheets on 401k.com.

©2012 Morningstar, Inc., Morningstar Investment Profiles™ 312-696-6000. All rights reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of information. Past performance is no guarantee of future performance. Visit our investment website at www.morningstar.com.



Page 1 of 5

Exhibit 4          Page 1 of 5

Release Date: 12-31-2011

# Global Diversified Fund

## Risk Evaluation



**3-Yr Total Return %** as of 12-31-11 | **5-Yr Total Return %** as of 12-31-11 | **10-Yr Total Return %** as of 12-31-11

⊙ Investment   ⊙ Benchmark 1   ⊙ Benchmark 2

## Fund Descriptions

### Global Bond Fund

The fund seeks to provide investors protection from both deflation and inflation while providing current income. The fund targets 40% of assets in government and high-quality agency mortgage and corporate bonds to mitigate deflation risks, 15% in global inflation-indexed bonds to provide inflation protection, and 15% in international, high quality government and corporate bonds for diversification benefits. Residual 30% is invested in opportunistic bond strategies such as emerging market debt, high yield, asset/mortgage backed securities and corporate credit, to enhance return and provide diversification.

### International Stock

The investment seeks to provide exposure to international developed and emerging market stocks, the combination of which varies from an equal weighting to an all developed market mix at retirement. The investment seeks to match or exceed the performance of the MSCI All Country World Index ex-US Index, a market capitalization index designed to measure equity market performance of international developed and emerging market countries.

### Large Cap U.S. Stock Fund

The fund seeks to match or exceed the performance of the Russell 1000 Index®, an index designed to measure performance of the broad domestic economy through changes in the aggregate market value of the largest 1,000 domestic stocks. The Russell 1000 Index® focuses on the large and mid capitalization segment of the market, with approximately 90 percent coverage of U.S. stocks.

### Small Cap U.S. Stock Fund

The fund seeks to match or exceed the performance of the

Russell 2000® Index, a free float-adjusted market capitalization index representing 2000 small company stocks of U.S. domiciled companies. The investment seeks to provide long-term capital growth.

### Alternatives

Alternative investments represent a broad category of non-traditional asset classes which seek to enhance the risk and return characteristics of an investment portfolio. Alternative investments have the ability to invest in a wider opportunity set to enhance return, and have the potential to reduce risk by investing in assets with low correlation to traditional assets such as stocks and bonds. Alternative investment managers may also buy and sell short securities to hedge out portfolio exposures.

Hedge funds are broadly categorized into two manager trading strategies. Absolute return hedge funds seek to deliver positive returns under all market conditions. Directional hedge funds seek to provide comparable returns to the equity markets with significantly lower volatility. The funds can buy and short sell securities, and invest in non-traditional securities, such as currencies, structured products, and derivative instruments. The funds aim to exceed the performance of the HFRI Fund of Funds Composite Index.

Commodities seek to provide a long term hedge against inflation. The commodity portfolio is comprised of investments intended to both track and outperform a blend of broad market indices, including the DJ-UBS Commodity index.

Distressed debt strategies target investments in companies

experiencing financial difficulty. Strategies include financial restructuring/engineering and control/ownership investing.

Private real estate investments are split among funds that focus on investing in properties that require some re-positioning (e.g. renovations, lease restructurings) and funds that are development-oriented. These investments are expected to provide a hedge against inflation with a portion of their returns being generated from current income. Return enhancement and diversification benefits are also expected from the capital appreciation of the assets.

Private energy investments are in funds that provide exposure to hydrocarbon reserves, infrastructure, and energy services. Opportunities are considered on a global basis and will include exposure to natural resources located in emerging markets. These investments are expected to produce returns that provide a balance of inflation protection and capital appreciation.

Private equity investments provide working capital to a target company to nurture expansion, new product development, or restructuring of the company's operations, management, or ownership. Among the most common investment strategies in private equity are growth capital, venture capital and leveraged buyouts.

## Operations

| | |
|---|---|
| Expense Ratio | 0.90% of fund assets |
| Fund Inception Date | 01-03-89 |
| Total Plan Assets ($mil) | 4,540.93 |

## Index Composition

The index is adjusted quarterly to reflect the fund's target allocation for each asset class: Russell 1000 & 2000 for Large & Small Cap US Stock, MSCI ACWI ex US for International Stock, Barcap US Agg Bond for Global Bond, HFRI FoF Composite for Hedge Fund, FTSE NAREIT for Real Estate, Russell 3000+300bps for Pvt Eq/Venture, and DJ UBS Commodity for Commodities.

©2012 Morningstar, Inc., Morningstar Investment Profiles™ 312-696-6000. All rights reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future performance. Visit our investment website at www.morningstar.com.

**MORNINGSTAR®**

Exhibit 4                                          Page 2 of 5

Release Date: 12-31-2011

# Global Diversified Fund

## Investment Overview from Intel

The Global Diversified Fund invests in a diversified portfolio of stocks, bonds, and alternative investments with the objective of providing an optimal long term risk-adjusted return to participants within Intel's Profit Sharing Plan. The Fund is managed by the Investment Policy Committee of Intel Corporation which maintains discretion regarding the Fund's asset allocation. At this time, the Committee manages the Fund's exposures by allocating to other funds managed by the Investment Policy Committee. These underlying funds include the Intel Global Bond Fund, the Intel Large Cap US Stock Fund, the Intel Small Cap US Stock Fund and the Intel International Stock. (Additional information regarding the underlying funds can be found within their respective Morningstar Fact Sheets.) These underlying Intel funds in turn allocate to external asset managers believed to be superior within their respective areas of expertise. The fund also invests in alternative assets as detailed below and on page 1 of this fact sheet. These asset managers have the ultimate responsibility to purchase and sell individual securities within their respective portfolios.

Recognizing that different asset classes perform better or worse during various economic environments, the fund is diversified across numerous investment categories. This diversification is intended to dampen the impact any one investment category has on the total performance of the Global Diversified Fund. Over a full market cycle the Fund seeks to achieve a 5% return in excess of inflation while not assuming undue risk. Both the fund's asset allocation and

use of active management are designed to achieve the return objective while limiting expected volatility.

The Fund invests globally to both traditional and alternative asset classes. Accordingly, the current target asset allocation of the Global Diversified Fund is comprised of 35% Global Equity (Long-only), 25% Hedge Funds; 25% Global Fixed Income (Bonds), 10% Real Assets (e.g.Commodities, Real Estate and Natural Resource-focused Private Equity), and 5% Private Equity. The Global Diversified Fund seeks to provide participants with exposure to top tier investment managers in a diversified and cost effective manner. It offers individual investors an asset blend including alternative assets, which may not be ordinarily available to them. These assets include commodities, real estate, private equity and hedge funds. The objective of these alternative assets is to provide exposure to investments which have a low (or negative) correlation to the broad equity and fixed income markets, providing further diversification to the Fund.

The Fund may deviate from its long term strategic asset allocation from time to time at the sole discretion of the Investment Committee. The strategic allocation can and will change over time to accommodate changing conditions. For instance, until 2005 the Global Diversified Fund was exclusively invested in U.S. large cap equities (S&P 500). After a comprehensive asset allocation analysis, the Committee decided to diversify the Fund by allocating to international equities, small capitalization equities,

alternative assets and fixed income in an effort to provide enhanced risk-adjusted returns. Following the financial crisis, which caused increased levels of volatility within the U.S. equity market, the Fund diversified further into Global Fixed Income. Most recently, the Committee elected to increase the Global Equity Funds' exposure to Hedge Funds and International Emerging Market Stocks for both return enhancing and diversification purposes.

The Investment Policy Committee believes that the new asset allocation of the Global Diversified Fund provides an improved balance between risk and reward through enhanced diversification. Relative to a portfolio of U.S. equities, the Fund's asset allocation is expected to result in lower volatility for participants as well as higher relative performance in certain economic scenarios. Finally, the portfolio is designed to mitigate the risk of dramatic declines resulting from U.S. equity market volatility, thus providing better protection for participants. The Committee will continue to actively monitor the asset allocation of the Fund in light of changing conditions in the capital markets.

## Historical Profit Sharing Allocation as of 12-31-11



Legend: Large Cap Equities, Small Cap Equities, International Equities, Hedge Funds, Global Fixed Income, Real Assets

## Allocation By Asset Class as of 12-31-11

| | Mkt Value ($mil) | Allocation (%) |
|---|---|---|
| **Global Equity** | **3,082.49** | **67.88** |
| Hedge Funds | 1,039.09 | 22.88 |
| Large Cap Domestic | 732.63 | 16.13 |
| International Developed Markets | 548.34 | 12.08 |
| Emerging Markets | 520.82 | 11.47 |
| Small Cap Domestic | 112.23 | 2.47 |
| Private Equity/Venture Capital | 129.39 | 2.85 |

| | Mkt Value ($mil) | Allocation (%) |
|---|---|---|
| **Global Fixed Income** | **1,137.63** | **25.05** |
| Global Government Bonds | 314.68 | 6.93 |
| Securitized | 152.27 | 3.35 |
| Investment Grade Credit | 162.42 | 3.58 |
| Global Tips | 111.66 | 2.46 |
| Distressed Debt Alternatives | 122.53 | 2.70 |
| Non-Investment Grade Credit | 101.51 | 2.24 |
| Cash & Equivalents | 172.57 | 3.80 |
| Stable Value | 0.00 | NaN |

| | Mkt Value ($mil) | Allocation (%) |
|---|---|---|
| **Real Assets** | **321.57** | **7.08** |
| Commodity Futures | 233.15 | 5.13 |
| Private Natural Resources | 46.71 | 1.03 |
| Private Real Estate | 41.72 | 0.92 |

©2012 Morningstar, Inc., Morningstar Investment Profiles™ 312-696-6000. All rights reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future performance. Visit our investment website at www.morningstar.com.

Exhibit 4

# Disclosure

When used as supplemental sales literature, the Investment Profile must be preceded or accompanied by the fund's current prospectus as well as this disclosure statement. The performance data given represents past performance and should not be considered indicative of future results. Principal value and investment return will fluctuate, so that an investor's shares when redeemed may be worth more or less than the original investment. Fund portfolio statistics change over time. The fund is not FDIC-insured, may lose value and is not guaranteed by a bank or other financial institution.

**Performance**
Total return reflects performance without adjusting for sales charges or the effects of taxation, but is adjusted to reflect all actual ongoing fund expenses and assumes reinvestment of dividends and capital gains. If adjusted, sales charges would reduce the performance quoted.

The fund's performance is compared with that of an index. The index is an unmanaged portfolio of specified securities and the index does not reflect any initial or ongoing expenses. A fund's portfolio may differ significantly from the securities in the index.

**Morningstar Fixed-Income Style Box**
For fixed-income funds, the vertical axis shows the credit quality of the long bonds owned and the horizontal axis shows interest rate sensitivity as measured by a bond's effective duration.

Morningstar seeks credit rating information from fund companies on a periodic basis (e.g., quarterly). In compiling credit rating information, Morningstar instructs fund companies to only use ratings that have been assigned by a Nationally Recognized Statistical Rating Organization (NRSRO). If two NRSROs have rated a security, fund companies are to report the lowest rating; if three or more NRSROs have rated the same security differently, fund companies are to report the rating that is in the middle. For example, if NRSRO X rates a security AA-, NRSRO Y rates the same security an A and NRSRO Z rates it a BBB+, the fund company should use the credit rating of 'A' in its reporting to Morningstar. PLEASE NOTE: Morningstar, Inc. is not itself an NRSRO nor does it issue a credit rating on the fund. An NRSRO rating on a fixed-income security can change from time-to-time.

For credit quality, Morningstar combines the credit rating information provided by the fund companies with an average default rate calculation to come up with a weighted-average credit quality. The weighted-average credit quality is currently a letter that roughly corresponds to the scale used by a leading NRSRO. Bond funds are assigned a style box placement of "low", "medium", or "high" based on their average credit quality. Funds with a low credit quality are those whose weighted-average credit quality is determined to be less than "BBB-"; medium are those less than "AA-", but greater or equal to "BBB-"; and high are those with a weighted-average credit quality of "AA-" or higher. When classifying a bond portfolio, Morningstar first maps the NRSRO credit ratings of the underlying holdings to their respective default rates (as determined by Morningstar's analysis of actual historical default rates). Morningstar then averages these default rates to determine the average default rate for the entire bond fund. Finally, Morningstar maps this average default rate to its corresponding credit rating along a convex curve.

For interest-rate sensitivity, Morningstar obtains from fund companies the average effective duration. Generally, Morningstar classifies a fixed-income fund's interest-rate sensitivity based on the effective duration of the Morningstar

Core Bond Index (MCBI), which is currently three years. The classification of Limited will be assigned to those funds whose average effective duration is between 25% to 75% of MCBI's average effective duration; funds whose average effective duration is between 75% to 125% of the MCBI will be classified as Moderate; and those that are at 125% or greater of the average effective duration of the MCBI will be classified as Extensive.

For municipal bond funds, Morningstar also obtains from fund companies the average effective duration. In these cases static breakpoints are utilized. These breakpoints are as follows: (i) Limited: 4.5 years or less; (ii) Moderate: more than 4.5 years but less than 7 years; and (iii) Extensive: more than 7 years. In addition, for non-US taxable and non-US domiciled fixed income funds static duration breakpoints are used: (i) Limited: less than or equal to 3.5 years; (ii) Moderate: greater than 3.5 and less than equal to 6 years; (iii) Extensive: greater than 6 years.

**Risk Measures**
Beta is a measure of a fund's sensitivity to market movements. A portfolio with a beta greater than 1 is more volatile than the market, and a portfolio with a beta less than 1 is less volatile than the market.

Standard deviation is a statistical measure of the volatility of the fund's returns.

**Investment Risk**
*Foreign Securities Funds/Emerging Market Funds:* The investor should note that funds that invest in foreign securities involve special additional risks. These risks include, but are not limited to, currency risk, political risk, and risk associated with varying accounting standards. Investing in emerging markets may accentuate these risks.

*Sector Funds:* The investor should note that funds that invest exclusively in one sector or industry involve additional risks. The lack of industry diversification subjects the investor to increased industry-specific risks.

*Non-Diversified Funds:* The investor should note that funds that invest exclusively in one sector or industry involve additional risks. The lack of industry diversification subjects the investor to increased industry-specific risks.

*Small Cap Funds:* The investor should note that funds that invest in stocks of small companies involve additional risks. Smaller companies typically have a higher risk of failure, and are not as well established as larger blue-chip companies. Historically, smaller-company stocks have experienced a greater degree of market volatility than the overall market average.

*Mid Cap Funds:* The investor should note that funds that invest in companies with market capitalizations below $10 billion involve additional risks. The securities of these companies may be more volatile and less liquid than the securities of larger companies.

*High-Yield Bond Funds:* The investor should note that funds that invest in lower-rated debt securities (commonly referred to as junk bonds) involve additional risks because of the lower credit quality of the securities in the portfolio. The investor should be aware of the possible higher level of volatility, and increased risk of default.

*Tax-Free Municipal Bond Funds:* The investor should note that the income from tax-free municipal bond funds may be subject to state and local taxation and the Alternative

Minimum Tax.

*Fund of Funds:* It is important to note that an investment option with mutual funds in its portfolio may be subject to the expenses of those mutual funds in addition to those of the investment option itself.

**LifeCycle Risk**
Target-date funds typically invest in other investments and are designed for investors who are planning to retire during the target date year. The fund's target date is the approximate date of when investors expect to begin withdrawing their money. A Target-date fund's investment objective/strategy typically becomes more conservative over time primarily by reducing its allocation to equity investments and increasing its allocations in fixed-income investments. An investor's principal value in a target-date fund is not guaranteed at anytime, including at the fund's target date.

**Additional Information**
For more information about this fund, visit www.401k.com, or call 888-401-SERP (7377). Investment objectives, risks, charges, expenses, and other important information about a fund are contained in the prospectus; read it carefully before investing.

**Fund Specific Notes**
**Global Diversified Fund**
Foreign investments, especially those in emerging markets, involve greater risk and may offer greater potential returns than U.S. investments. This risk includes political and economic uncertainties of foreign countries, as well as the risk of currency fluctuation. Unit price, yield and return will vary.

This fund is administered pursuant to directions from the Intel Corporation Investment Policy Committee (IPC), which provided the description for this investment option.

**401K Global Diversified Fund**
Fixed income investments are diversified across nominal and inflation-linked bonds issued by the U.S. government, foreign governments, corporations and other entities. In general, bond prices rise when interest rates fall, and vice versa. This effect is usually more pronounced for longer-term securities. Foreign investments, especially those in emerging markets, involve greater risk and may offer greater potential returns than U.S. investments. This risk includes political and economic uncertainties of foreign countries, as well as the risk of currency fluctuation. Unit price, yield and return will vary.

This fund is administered pursuant to directions from the Intel Corporation Investment Policy Committee (IPC), which provided the description for this investment option.

**Retirement Contribution Target Date Funds**
The funds are managed to gradually become more conservative over time as they approach their target date. The investment risk of each Retirement Contribution Target Date Fund changes over time as its asset allocation changes. They are subject to the volatility of the financial markets, including that of equity and fixed income investments in the U.S. and abroad, and may be subject to risks associated with investing in high-yield, small-cap, and foreign securities. Principal invested is not guaranteed at any time, including at or after their target dates. Unit price, yield and return will vary.

This fund is administered by the Intel Corporation Investment Policy Committee (IPC), which provided the description for

©2012 Morningstar, Inc., Morningstar Investment Profiles™ 312-696-6000. All rights reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of information. Past performance is no guarantee of future performance. Visit our investment website at www.morningstar.com.



Exhibit 4

# Disclosure

this investment option.

**Stable Value Fund**
Lower-quality debt securities involve greater risk of default or price changes due to potential changes in the credit quality of the issuer. In general the bond market is volatile, and bond funds entail interest rate risk. (As interest rates rise, bond prices usually fall, and vice versa. This effect is usually more pronounced for longer-term securities.) Bond funds also entail the risk of issuer or counterparty default, issuer credit risk, and inflation risk. Unit price, yield and return will vary.

The Stable Value Fund is an individually managed account. It is not a mutual fund. It is managed by BNY Mellon Asset Management Company, LLC. Intel provided the description.

The Fund strives to provide principal stability, but cannot guarantee that it will be able to do so, and its yield will fluctuate.

**Stable Value Fund (401k)**
Lower-quality debt securities involve greater risk of default or price changes due to potential changes in the credit quality of the issuer. In general the bond market is volatile, and bond funds entail interest rate risk. (As interest rates rise, bond prices usually fall, and vice versa. This effect is usually more pronounced for longer-term securities.) Bond funds also entail the risk of issuer or counterparty default, issuer credit risk, and inflation risk. Unit price, yield and return will vary.

The Stable Value Fund is an individually managed account. It is not a mutual fund. It is managed by BNY Mellon Asset Management Company, LLC. Intel provided the description.

The Fund strives to provide principal stability, but cannot guarantee that it will be able to do so, and its yield will fluctuate.

You are not permitted to make a direct exchange from the Stable Value Fund to the Fidelity U.S. Treasury Money Market Fund (considered a "competing fund"). Before exchanging from the Stable Value Fund to the Fidelity U.S. Treasury Money Market Fund, you must first move the assets to a "non-competing fund" for 90 days. While these requirements may seem restrictive, they are typically imposed by issuers, such as insurance companies, banks, or other approved financial institutions, as a condition for issuing investment contracts to retirement plans. Investments in the Stable Value Fund are not guaranteed by BNY Mellon Asset Management, LLC, or the plan sponsor, and are not insured by the FDIC.

**Global Bond Fund**
This fund is administered pursuant to directions from the Intel Corporation Investment Policy Committee (IPC), which provided the description for this investment option.

Although a separate prospectus is not available, participants have access to detailed information about the Global Bond Fund via Fidelity NetBenefits®. To view the performance of this investment option, visit NetBenefits® at www.401k.com. Once you enter your SSN or Customer ID and PIN, select SERP 401(k) > Investment Choices and Research. For more detailed information, select the Quarterly Fund Fact Sheets link within Employer News on the home page. Information on this investment option was provided by Intel Corporation.

**Intel Stock Fund**
The Intel Stock Fund is not a mutual fund and is neither a managed nor diversified investment option. Since the fund

invests in only one stock, a portfolio manager does not actively manage this investment option. Information on this investment option was provided by Intel Corporation.

**International Stock**
This fund is administered pursuant to directions from the Intel Corporation Investment Policy Committee (IPC), which provided the description for this investment option.

The Morgan Stanley Capital International Europe, Australasia and Far East Index (MSCI EAFE) is an unmanaged market capitalization-weighted index designed to represent the performance of developed stock markets outside the United States and Canada.

**Large Cap U.S. Stock Fund**
The Russell 1000® Index is an unmanaged market capitalization-weighted index measuring the performance of the 1,000 largest companies in the Russell 3000® Index and is an appropriate index for broad-based large-cap funds.

**Lazard Emerging Markets**
Managed by Lazard Asset Management, which provided the description for this fund.

**Target Date Funds**
The funds are managed to gradually become more conservative over time as they approach their target date. The investment risk of each Target Date Fund changes over time as its asset allocation changes. They are subject to the volatility of the financial markets, including that of equity and fixed income investments in the U.S. and abroad, and may be subject to risks associated with investing in high-yield, small-cap, and foreign securities. Principal invested is not guaranteed at any time, including at or after their target dates. Unit price, yield and return will vary.

This fund is administered pursuant to directions from the Intel Corporation Investment Policy Committee (IPC), which provided the description for this investment option.

**SSgA Active Emerging Markets Non-Lending Series Fund - Class B**
Foreign securities are subject to interest-rate, currency-exchange-rate, economic, and political risks, all of which are magnified in emerging markets. Stock markets, especially foreign markets, are volatile and can decline significantly in response to adverse issuer, political, regulatory, market, or economic developments. Unit price and return will vary.

Managed by State Street Global Advisors, which provided the description for this fund.

**SSgA Nasdaq-100 Index® Non-Lending Series Fund - Class A**
The fund employs full replication, holding stocks in proportion to their weight in the NASDAQ 100 Index. Stock markets, especially foreign markets, are volatile and can decline significantly in response to adverse issuer, political, regulatory, market, or economic developments. Sector funds can be more volatile because of their narrow concentration in a specific industry. Unit price and return will vary.

This fund is managed by SSgA, who provided the description for this fund.

**Small Cap U.S. Stock Fund**
This investment is not a mutual fund but a collective investment that pools the assets of tax qualified employee benefit plans into a single fund with a common objective.

Goal: The investment seeks to provide long-term capital growth.

This fund is administered pursuant to directions from the Intel Corporation Investment Policy Committee (IPC), which provided the description for this investment option.

©2012 Morningstar, Inc., Morningstar Investment Profiles™ 312-696-6000. All rights reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future performance. Visit our investment website at www.morningstar.com.

# EXHIBIT 5



3Q 09.30.15

# Global Diversified Fund

## Objective

The Fund seeks to earn a 5% return in excess of US inflation.

## Investment Strategy

- The Global Diversified Fund is an enhanced asset-allocation fund that invests in a mix of domestic and international equity funds, global bonds and short-term investments, hedge funds, private investments, and real assets (e.g., commodities, real estate and natural resource-focused private equity).

- The current targeted asset allocation for this fund is 18.5% domestic stocks, 21.5% international/global stocks, 10% global bonds, 5% inflation-protected bonds, 5% liquid real assets, 20% hedge funds and 20% private investments. AB, the investment manager of this Fund, believes that it will take more than 12 months to rebalance the Fund to these targets, based on current market conditions and other factors.

## Primary Investments

- A mix of domestic and international equity funds, global bonds and short-term investments, hedge funds, private investments and real assets (e.g., commodities, real estate and natural resource-focused private equity).

- Hedge funds are an investment component of the Global Diversified Fund. They are composed of an array of investment strategies that include Equity Hedged and Absolute Return. Equity Hedged seeks to maintain both long and short positions in primarily equity and equity-derivative securities. Absolute Return hedge funds seek to deliver returns using investment strategies and rely far less on market returns.

- Private investments are another investment component of the Fund and are composed of equities, fixed income, real estate and natural resource companies in the private market as opposed to the public market. The typical investor in private investments commits large sums of capital for long periods of time. Private investment firms may try to improve the financial results and prospects of the company behind the investment in the hope of adding value to the investment.

- This investment is not a mutual fund, but a collective investment that pools the assets of tax-qualified employee benefit plans into a single fund with a common objective. Some of the strategies used in the Fund, such as private investments, are exposed to liquidity risk. This is the risk that investments cannot be traded easily without penalties, particularly during times of market crisis.

## Target Asset Allocation*



## Manager Summary

Intel has selected AB to help manage this Fund. In this role, AB designs, monitors and adjusts the Fund's asset mix. AB also rebalances the Fund's portfolio to keep it on track, and performs other investment-related services. AB and Intel have partnered with Morningstar on the production of these fact sheets, as well as the Fund ratings, categorization and analyst commentary included here.

* Target allocations as of 4/30/15. The Fund's investment manager believes that it will take more than 12 months to rebalance the Fund to these targets, based on current market conditions and other factors.

The investment option is a custom strategy fund. This description is only intended to provide a brief overview of the fund.

Although a separate prospectus is not available, participants have access to detailed information about the Global Diversified Fund via Fidelity NetBenefits®. To view the performance of this investment option, visit NetBenefits® at www.netbenefits.com/intel. Information on this investment option was provided by AB, which manages the fund.

This investment option is not a registered mutual fund.

Investment Products Offered   • Are Not FDIC Insured  • May Lose Value  • Are Not Bank Guaranteed

Exhibit 5                                                                    Page 1 of 4

# GLOBAL DIVERSIFIED FUND

**3Q** 09.30.15

## Morningstar Analyst Report as of 09/30/2015

In 2014, investors didn't benefit from broad diversification. US stocks outperformed non-US companies. Abroad, emerging markets struggled, lagging well behind their developed-market counterparts. Investors weren't rewarded for taking on risk within domestic markets, either. Small-cap stocks underperformed large-cap, and high-yield bonds lagged Treasuries. The S&P 500 Index was a star performer in 2015, as was the Barclays Aggregate Bond Index. Investors were rewarded well for sticking to a plain-vanilla index approach.

Amid such a market environment, this fund looked relatively sluggish, gaining 4.6% in 2014 and up 1.1% in the first quarter of 2015. Its exposures to alternatives and private equity contributed, but failed to lift the fund above the MSCI World Index. The portfolio also held 27% in international equities, a significant portion of which was composed of emerging markets. The MSCI benchmark holds fewer emerging-market stocks and devotes less to international stocks overall. The recent underperformance hasn't helped the fund's longer term record, either, with its three- and five-year returns falling short of the MSCI World by more than 250 basis points on an annualized basis.

Going forward, this fund is less apt to look out of step with conventional balanced funds or its secondary benchmark. Indeed, AB now oversees its asset allocation and has begun to make some changes, allocating more to US stocks, while taking down the hedge-fund stake. The fund will also see its private equity allocation go up to 20% by year end, while fixed income will drop by 5%. The tweaks don't mean this fund will lose its innovative makeup. We think the portfolio's diversification across a broad spectrum of equities and fixed income, as well as its exposure to alternatives, including commodities and private equity, will position it well for varying market conditions going forward. This remains a great one-stop shop for investors seeking exposure to an array of asset classes for income, capital appreciation and inflation protection.

## Performance Summary*

|  | QTD | YTD | 1 Yr. | 3 Yrs. | 5 Yrs. | 10 Yrs. | Since Inception |
|---|---|---|---|---|---|---|---|
| **Global Diversified Fund** | -3.75% | -1.30% | -0.94% | 5.77% | 6.05% | 3.89% | 8.20% |
| **Global Diversified Composite Benchmark†** | -5.02 | -1.84 | -1.96 | 4.90 | 4.83 | 4.12 | 8.83 |
| **MSCI World Net Index** | -8.45 | -6.04 | -5.09 | 8.58 | 8.29 | 4.73 | 6.30 |
| **Category Average** | — | — | — | — | — | — | — |
| **Sharpe Ratio** | — | — | -0.26 | 1.46 | 1.12 | — | — |
| **Morningstar Rating** | — | — | — | — | — | — | — |
| **Number of Funds in Category** | — | — | — | — | — | — | — |

### Quarterly Returns as of 09/30/2015

|  | 1Q | 2Q | 3Q | 4Q | Annual |
|---|---|---|---|---|---|
| **2011** | 3.73% | 1.02% | -7.87% | 3.10% | -0.26% |
| **2012** | 6.17 | -2.02 | 4.38 | 1.78 | 10.52 |
| **2013** | 3.87 | -0.11 | 2.89 | 4.33 | 11.38 |
| **2014** | 2.47 | 2.98 | 0.01 | 0.47 | 6.04 |
| **2015** | 1.29 | 0.88 | -3.75 | — | — |

### Trailing Returns as of 09/30/2015

|  | Total Return % | +/- Benchmark | +/- Category |
|---|---|---|---|
| **1 Year** | -0.94% | 1.02% | — |
| **3-Year Avg.** | 5.77 | 0.87 | — |
| **5-Year Avg.** | 6.05 | 1.22 | — |
| **10-Year Avg.** | 3.89 | -0.23 | — |
| **Since Inception** | 8.20 | -0.63 | — |

### General Information

| | |
|---|---|
| **Expense Ratio‡** | 1.26% |
| **Portfolio Turnover Rate** | 12% (as of September 30, 2015) |
| **Total Fund Assets (USD Mil.)** | 5254.37 |

### Additional Information

Video

How to read and get more from your fact sheet

Click here for current performance

---

* The Fund's inception date is 01/01/1989. Performance is presented net of fees. Periods of less than one year represent cumulative returns.

† The benchmark for the Global Diversified Fund is a customized benchmark that has the same asset allocation as the Fund's target asset allocation and uses index returns to represent performance of the asset classes. The benchmark returns were calculated by weighting the monthly index returns of each asset class by the Fund's monthly target allocation for each asset class. Effective April 30, 2015, the Russell 1000 TR Index is used to represent Large Cap US Stock, the Russell 2000 TR Index is used to represent the Small Cap US Stock, the MSCI EAFE IMI NR UH Index is used to represent the International Stock, the MSCI ACWI IMI NR UH Index is used to represent the Global Stock, the MSCI EM IMI NR UH Index is used to represent the Emerging Markets Stock, the Bloomberg Commodity TR Index is used to represent Real Assets, the HFRI Equity Hedge Index (1-month lag) is used to represent Growth Oriented Hedge Funds, the HFRI FoF: Conservative Index (1-month lag) is used to represent Defensive Oriented Hedge Funds, 50% Citi WGBI/50% BofAML US HY Master II TR Index is used to represent Opportunistic Bond, the Barclays US Agg Bond TR Index is used to represent Core Bond, the Barclays US Treasury 1-10 Year TIPS Index is used to represent TIPS, the State Street Private Equity Index (1-qtr lag) is used to represent Alternative Fixed Income, Venture Capital/Private Equity, and Private Energy/Natural Resources, and the NCREIF Property Index (1-qtr lag) is used to represent Private Real Estate.
Prior to April 30, 2015, the benchmark was adjusted quarterly to reflect the Fund's target asset allocation for each asset class, and the underlying holdings in each asset class.

‡ Expense Ratio includes the Management Fee, variable performance fees, which are payable only to select managers who exceed performance targets, and wrap/insurance fees to ensure principal stability.

Exhibit 5                    Page 2 of 4

# GLOBAL DIVERSIFIED FUND

**3Q** 09.30.15

### Allocation by Asset Class



- Domestic Stocks 14.47%
- International Stock/Global Stock 21.61%
- Real Assets 2.34%
- Hedge Funds 30.46%
- Global Bonds 9.85%
- Inflation-Protected Bonds 2.59%
- Private Investments 18.70%

### Portfolio Construction

| | Actual % of Portfolio |
|---|---|
| **Domestic Stocks** | |
| **Large Cap Pool** | **11.81%** |
| American Century Value Yield | 4.53% |
| BlackRock Russell 1000 Unitized Account | 2.76% |
| GMO Quality | 4.51% |
| **Small Cap Pool** | **2.66%** |
| BlackRock Russell 2000 Unitized Account | 1.84% |
| Segall Bryant Small Cap | 0.82% |
| **International Stock/Global Stock** | |
| **International Pool** | **5.31%** |
| BlackRock EAFE Unitized Account | 4.33% |
| LSV International Small Cap | 0.97% |
| **Global Equity Pool** | **11.30%** |
| Cantillon Global Equity | 5.60% |
| IVA Global Equity | 5.70% |
| **Emerging Markets Pool** | **5.00%** |
| BlackRock Emerging Markets (Hedged) | 0.85% |
| BlackRock MSCI Emerging Markets Fund | 0.77% |
| Lazard Emerging Markets Daily | 1.98% |
| LSV Emerging Markets Fund | 0.83% |
| Somerset Emerging Markets SMID All Country | 0.57% |
| **Real Assets** | |
| **Diversified Real Asset Pool** | **2.34%** |
| BlackRock Dow Jones UBS Commodities Daily | 1.13% |
| Blackstone Resources Select | 1.21% |

| | Actual % of Portfolio |
|---|---|
| **Hedge Funds** | |
| **Defensive Oriented Hedge Fund Pool** | **10.92%** |
| Intel Defensive Oriented Hedge Fund | 10.89% |
| **Growth Oriented Hedge Fund Pool** | **19.54%** |
| Intel Growth Oriented Hedge Fund | 19.54% |
| **Global Bonds** | |
| **Global Bond Pool** | **5.04%** |
| BlackRock Debt Index Daily (Global Bond) | 0.15% |
| Colchester Global Bond | 1.12% |
| MacKay Shields Core Fixed Income | 2.06% |
| Segall Bryant Core Fixed Income | 1.73% |
| **Opportunistic Bond Pool** | **4.81%** |
| BlackRock Debt Index Daily (Opportunistic) | 0.21% |
| Franklin Templeton Global Bond | 2.24% |
| Guggenheim Opportunistic Bond Fund | 2.34% |
| **Inflation-Protected Bonds** | |
| **TIPS Pool** | **2.59%** |
| SSgA 1-10 Year US TIPS | 2.59% |
| **Private Investments** | |
| **Venture Capital / Private Equity Pool** | **11.20%** |
| Intel Venture Capital / Private Equity | 11.20% |
| **Private Real Estate Pool** | **2.07%** |
| Intel Private Real Estate | 2.07% |
| **Private Energy and Natural Resources Pool** | **3.77%** |
| Intel Private Energy and Natural Resources | 3.77% |
| **Alternative Fixed Income Pool** | **1.66%** |
| Intel Alternative Fixed Income Fund | 1.66% |

Actual allocations will change over time. Columns may not sum due to rounding.

Additional information on the Underlying Funds and Manager Strategies is available under Fund Descriptions and/or in the respective core fund fact sheets at www.netbenefits.com/intel.

### Disclosure

When used as supplemental sales literature, the Investment Profile must be preceded or accompanied by the fund's current prospectus as well as this disclosure statement. The performance data given represents past performance and should not be considered indicative of future results. Principal value and investment return will fluctuate, so that an investor's shares when redeemed may be worth more or less than the original investment. Fund portfolio statistics change over time. The fund is not FDIC-insured, may lose value and is not guaranteed by a bank or other financial institution.

Exhibit 5                    Page 3 of 4

# GLOBAL DIVERSIFIED FUND

**3Q** 09.30.15

No assurance can be given that the fund will continue to invest its assets, or the same portion of assets, in the underlying funds or manager strategies represented here. The furnishing of information with respect to the underlying funds and manager strategies does not constitute a representation that participant balances in the fund will be invested in the future in the same percentages represented here, or at all, nor does it constitute a representation that the percentage allocations above will remain the same in the future for the purpose of determining the expected performance of the fund.

**PERFORMANCE:** Total return reflects performance without adjusting for sales charges or the effects of taxation, but is adjusted to reflect all actual ongoing fund expenses and assumes reinvestment of dividends and capital gains. If adjusted, sales charges would reduce the performance quoted.

The fund's performance is compared with that of an index. The index is an unmanaged portfolio of specified securities and the index does not reflect any initial or ongoing expenses. A fund's portfolio may differ significantly from the securities in the index.

**INVESTMENT RISK:** The value of your investment in the Fund will change with changes in the values of the Fund's investments in the underlying funds. There is no assurance that the Fund will provide an investor with adequate income at or through retirement. **Allocation Risk:** The allocation of investments among the underlying funds' different investment styles, such as equity or debt securities, or US or non-US securities, may have a more significant effect on the Fund's net asset value ("NAV") when one of these investments is performing more poorly than the other. There is no assurance that allocation decisions will result in the desired effects. Subjective decisions made by the investment manager may cause the Fund to incur losses or to miss profit opportunities on which it might otherwise have capitalized. **Market Risk:** The value of the Fund's investments will fluctuate as the stock or bond market fluctuates. The value of its investments may decline, sometimes rapidly and unpredictably, simply because of economic changes or other events that affect large portions of the market. It includes the risk that a particular style of investing may be underperforming the stock market generally. **Interest-Rate Risk:** Changes in interest rates will affect the value of the Fund's investments in underlying funds that invest in fixed-income securities. When interest rates rise, the value of investments in fixed-income securities tends to fall and this decrease in value may not be offset by higher income from new investments. Interest-rate risk is generally greater for fixed-income securities with longer maturities or durations. **Credit Risk:** An issuer or guarantor of a fixed-income security, or the counterparty to a derivatives or other contract, may be unable or unwilling to make timely payments of interest or principal, or to otherwise honor its obligations. The issuer or guarantor may default, causing a loss of the full principal amount of a security. The degree of risk for a particular security may be reflected in its credit rating. There is the possibility that the credit rating of a fixed-income security may be downgraded after purchase, which may adversely affect the value of the security. Investments by underlying funds in fixed-income securities with lower ratings are subject to a higher probability that an issuer will default or fail to meet its payment obligations. **Inflation Risk:** This is the risk that the value of assets or income from the Fund's investments in the underlying funds will be less in the future as inflation decreases the value of money. As inflation increases, the value of each underlying fund's assets can decline as can the value of that underlying fund's distributions. **Foreign (Non-US) Risk:** Investments in non-US issuers by underlying funds may involve more risk than investments in US issuers. These securities may fluctuate more widely in price and may be less liquid due to adverse market, economic, political, and regulatory or other factors. **Emerging Market Risk:** Investments by underlying funds in emerging-market countries may involve more risk than investments in other foreign countries because the markets in emerging-market countries are less developed and less liquid as well as subject to increased economic, political, regulatory and other uncertainties. **Currency Risk:** Fluctuations in currency exchange rates may negatively affect the value of the Fund's investments or reduce its returns. **Capitalization Risk:** Investments in small- and mid-capitalization companies by underlying funds tend to be more volatile than investments in large-capitalization companies. Investments in small-capitalization companies may have additional risks because these companies often have limited product lines, markets, or financial resources. **Derivatives Risk:** Derivatives may be illiquid, difficult to price, and leveraged so that small changes may produce disproportionate losses, and may be subject to counterparty risk to a greater degree than more traditional investments. **Leverage Risk:** Borrowing money or other leverage may make an underlying fund's investments more volatile because leverage tends to exaggerate the effect of any increase or decrease in the value of its investments. An underlying fund may create leverage through the use of certain portfolio management techniques such as reverse repurchase agreements or forward commitments, or by borrowing money. **Diversification Risk:** The Fund may have more risk because it is "non-diversified," meaning that it can invest more of its assets in a smaller number of issuers. **Management Risk:** The Fund is subject to management risk because it is an actively managed investment fund. The investment manager will apply its investment techniques and risk analyses in making investment decisions for the Fund, but there is no guarantee that its techniques will produce the intended results.

As with all investments, you may lose money by investing in the Fund.

**PERFORMANCE DISCLOSURE:** The performance data quoted represents past performance and does not guarantee future results. Current performance may be lower or higher than the return data quoted herein. The investment return will fluctuate; thus, an investor's shares, when redeemed, may be worth more or less than their original cost. Principal invested is not guaranteed at any time.

For more current information, including month-end performance, please call 888-401-SERP (7377) or visit www.netbenefits.com/intel.

**FUND SPECIFIC NOTES:**

Foreign investments, especially those in emerging markets, involve greater risk and may offer greater potential returns than US investments. This risk includes the political and economic uncertainties of foreign countries, as well as the risk of currency fluctuation. Unit price, yield and return will vary. The investment option is a custom strategy fund. It is managed by AllianceBernstein L.P. (AB). AB provided the description for this investment, which is intended to be a brief overview of the Fund.

**ADDITIONAL INFORMATION**

For more information about this fund, visit www.netbenefits.com/intel, or call 888-401-SERP (7377).

Information was provided by Intel Corporation. Fidelity Investments is not responsible for its content.

# EXHIBIT 6



4Q   12.31.17

# Global Diversified Fund

## Objective
The Fund seeks to earn a 5% return in excess of US inflation.

## Investment Strategy
- The Global Diversified Fund is an enhanced asset-allocation fund that invests in a mix of domestic and international equity funds, global bonds and short-term investments, hedge funds, private investments, and real assets (e.g., commodities, real estate and natural resource-focused private equity).

- The current targeted asset allocation for this fund is 18.5% domestic stocks, 21.5% international/global stocks, 10% global bonds, 5% inflation-protected bonds, 5% liquid real assets, 20% hedge funds and 20% private investments. It may take more than 12 months to rebalance the Fund to these targets, based on current market conditions and other factors.

## Primary Investments
- A mix of domestic and international equity funds, global bonds and short-term investments, hedge funds, private investments and real assets (e.g., commodities, real estate and natural resource-focused private equity).

- Hedge funds are an investment component of the Global Diversified Fund. They are composed of an array of investment strategies that include Equity Hedged and Absolute Return. Equity Hedged seeks to maintain both long and short positions in primarily equity and equity-derivative securities. Absolute Return hedge funds seek to deliver returns using investment strategies and rely far less on market returns.

- Private investments are another investment component of the Fund and are composed of equities, fixed income, real estate and natural resource companies in the private market as opposed to the public market. The typical investor in private investments commits large sums of capital for long periods of time. Private investment firms may try to improve the financial results and prospects of the company behind the investment in the hope of adding value to the investment.

- This investment is not a mutual fund, but a collective investment that pools the assets of tax-qualified employee benefit plans into a single fund with a common objective. Some of the strategies used in the Fund, such as private investments, are exposed to liquidity risk. This is the risk that investments cannot be traded easily without penalties, particularly during times of market crisis.

## Target Asset Allocation*



## Manager Summary

Intel has selected AB as consultant for the Global Diversified Fund. In this role, AB monitors and rebalances the Fund's asset mix and performs other consulting related services. AB and Intel have partnered with Morningstar on the production of these fact sheets, as well as the fund ratings, categorization and analyst commentary included here.

* Target allocations as of 4/30/15. It may take more than 12 months to rebalance the Fund to these targets, based on current market conditions and other factors.
The investment option is a custom strategy fund. This description is only intended to provide a brief overview of the fund.
Although a separate prospectus is not available, participants have access to detailed information about the Global Diversified Fund via Fidelity NetBenefits®. To view the performance of this investment option, visit NetBenefits® at www.netbenefits.com/intel.
This investment option is not a registered mutual fund.

Investment Products Offered   • Are Not FDIC Insured • May Lose Value • Are Not Bank Guaranteed

Exhibit 6                                                      Page 1 of 4

# GLOBAL DIVERSIFIED FUND

**4Q** 12.31.17

## Morningstar Analyst Report as of 6/30/17

The Global Diversified Fund is a combination of multiple underlying strategies whose allocations are actively managed to achieve the fund's stated goal of a 5% real rate of return. The underlying strategies range from traditional equity and fixed income funds, to non-traditional exposures such as hedge funds, venture capital, private equity, and private credit. As of June 30, 2017, a significant portion of the fund is invested in hedge funds and private investments.

The fund's trailing one- and three-year returns have lagged its policy benchmark through June 30th. However, it's important to place this performance in the context of the prevailing market environment. The fund is structured in such a manner that it should provide greater downside protection in faltering markets, with the tradeoff being slight underperformance in rallying ones, as has been the case in the current bull market. Over the trailing one-year period the fund's global equity sleeve slightly underperformed its benchmark, as one of the underlying managers holds a significant allocation to fixed income and cash, which was a drag on performance as equity markets rallied. The private energy sleeve also detracted from performance. However, the fund was rewarded by its allocation to private credit and opportunistic bonds which delivered strong performance over the trailing one-year period.

Many of the fund's non-traditional exposures have lower correlations to traditional stocks and bonds and have contributed to the strategy, delivering strong risk-adjusted returns. These exposures should be integral in providing stability in retreating markets.

Occasional periods of underperformance should not weaken the case for this fund. Over a full market cycle, there will be periods where this fund's broad diversification should result in downside protection. We think the portfolio's diversification across a broad spectrum of equities and fixed income, as well as its exposure to alternatives, including commodities and private equity, will position it well for varying market conditions going forward. We believe this remains a competitive one-stop option for investors seeking exposure to an array of asset classes for income, capital appreciation, and inflation protection.

## Performance Summary*

| | QTD | YTD | 1 Yr. | 3 Yrs. | 5 Yrs. | 10 Yrs. | Since Inception |
|---|---|---|---|---|---|---|---|
| **Global Diversified Fund** | 3.34% | 13.54% | 13.54% | 6.88% | 7.54% | 3.43% | 8.33% |
| **Global Diversified Composite Benchmark†** | 3.84 | 15.01 | 15.01 | 7.33 | 7.62 | — | — |
| **MSCI World Net Index** | 5.51 | 22.40 | 22.40 | 9.26 | 11.64 | 5.03 | 7.00 |
| **Sharpe Ratio** | — | — | 7.62 | 1.74 | 1.95 | — | — |

Click here for current performance

## Quarterly Returns as of 12/31/2017

| | 1Q | 2Q | 3Q | 4Q | Annual |
|---|---|---|---|---|---|
| **2013** | 3.87 | -0.11 | 2.89 | 4.33 | 11.38 |
| **2014** | 2.47 | 2.98 | 0.01 | 0.47 | 6.04 |
| **2015** | 1.29 | 0.88 | -3.75 | 1.51 | 0.19 |
| **2016** | -0.19 | 2.35 | 3.45 | 1.56 | 7.32 |
| **2017** | 3.74 | 2.34 | 3.49 | 3.34 | 13.54 |

## Trailing Returns as of 12/31/2017

| | Total Return % | +/- Benchmark |
|---|---|---|
| **1 Year** | 13.54% | -1.47% |
| **3-Year Avg.** | 6.88 | -0.45 |
| **5-Year Avg.** | 7.54 | -0.08 |
| **10-Year Avg.** | 3.43 | — |
| **Since Inception** | 8.33 | — |

## General Information

| | |
|---|---|
| **Expense Ratio‡** | 1.58% |
| **Portfolio Turnover Rate** | 15% (as of December 31, 2017) |
| **Total Fund Assets (USD Mil.)** | 4632.60 |

## Additional Information

Video

How to read and get more from your fact sheet

* The Fund's inception date is 01/01/1989. Performance is presented net of fees. Periods of less than one year represent cumulative returns.
† The benchmark for the Global Diversified Fund is a customized benchmark that has the same asset allocation as the Fund's target asset allocation and uses index returns to represent performance of the asset classes. The benchmark returns are calculated by weighting the monthly index returns of each asset class by the Fund's monthly target allocation for each asset class. Effective April 30, 2015, the Russell 1000 TR Index is used to represent Large Cap US Stock, the Russell 2000 TR Index is used to represent the Small Cap US Stock, the MSCI EAFE IMI NR UH Index is used to represent the International Stock, the MSCI ACWI IMI NR UH Index is used to represent the Global Stock, the MSCI EM IMI NR UH Index is used to represent the Emerging Markets Stock, the Bloomberg Commodity TR Index prior to 4/30/2016, and 50% Bloomberg Commodity TR / 50% FTSE EPRA/NAREIT Developed NET UH USD index since 5/1/2016 is used to represent Real Assets, the HFRI Equity Hedge Index (1-month lag) is used to represent Growth Oriented Hedge Funds, the HFRI FoF: Conservative Index (1-month lag) is used to represent Defensive Oriented Hedge Funds, 50% Citi WGBI/50% BofAML US HY Master II TR Index is used to represent Opportunistic Bond, the Bloomberg Barclays US Agg Bond TR Index is used to represent Core Bond, the Bloomberg Barclays US Treasury 1-10 Year TIPS Index is used to represent TIPS, the State Street Private Equity Index (1-qtr lag) is used to represent Alternative Fixed Income, Venture Capital/ Private Equity, and Private Energy/Natural Resources, and the NCREIF Property Index (1-qtr lag) is used to represent Private Real Estate.
Prior to April 30, 2015, the benchmark was adjusted quarterly to reflect the Fund's target asset allocation for each asset class, and the underlying holdings in each asset class.
‡ Expense Ratio includes the Management Fee, variable performance fees, which are payable only to select managers who exceed performance targets, and wrap/insurance fees to ensure principal stability.

Exhibit 6                                   Page 2 of 4

# GLOBAL DIVERSIFIED FUND

**4Q** 12.31.17

## Allocation by Asset Class



■ Domestic Stocks 16.01%

■ International Stock/Global Stock 18.06%

■ Real Assets 4.00%

■ Hedge Funds 19.54%

■ Global Bonds 7.84%

■ Inflation-Protected Bonds 3.95%

■ Private Investments 30.61%

## Portfolio Construction

| | Actual % of Portfolio |
|---|---|
| **Domestic Stocks** | |
| **Large Cap Pool** | **12.14%** |
| American Century Value Yield | 4.56% |
| BlackRock Russell 1000 Unitized Account | 3.04% |
| GMO Quality | 4.54% |
| **Small Cap Pool** | **3.87%** |
| BlackRock Russell 2000 Unitized Account | 2.65% |
| Boston Partners Small Cap | 1.22% |
| **International Stock/Global Stock** | |
| **International Pool** | **4.96%** |
| BlackRock EAFE Unitized Account | 3.85% |
| LSV International Small Cap | 1.12% |
| **Global Equity Pool** | **8.91%** |
| Cantillon Global Equity | 5.42% |
| IVA Global Equity | 3.49% |
| **Emerging Markets Pool** | **4.19%** |
| BlackRock Emerging Markets (Hedged) | 0.66% |
| BlackRock MSCI Emerging Markets Fund | 0.70% |
| Lazard Emerging Markets Daily | 1.52% |
| LSV Emerging Markets Fund | 0.80% |
| Somerset Emerging Markets SMID All Country | 0.50% |
| **Real Assets\*** | |
| **Diversified Real Asset Pool** | **4.00%** |
| BlackRock Dow Jones UBS Commodities Daily | 2.01% |
| State Street Global Real Estate Securities Index Non-Lending Series Fund Class A | 1.99% |

| | Actual % of Portfolio |
|---|---|
| **Hedge Funds\*** | |
| **Defensive Oriented Hedge Fund Pool** | **6.57%** |
| Intel Defensive Oriented Hedge Fund | 6.57% |
| **Growth Oriented Hedge Fund Pool** | **12.97%** |
| Intel Growth Oriented Hedge Fund | 12.97% |
| **Global Bonds** | |
| **Global Bond Pool** | **3.87%** |
| BlackRock Debt Index Daily (Global Bond) | 0.17% |
| Colchester Global Bond | 0.81% |
| MacKay Shields Core Fixed Income | 1.45% |
| Segall Bryant Core Fixed Income | 1.45% |
| **Opportunistic Bond Pool** | **3.95%** |
| BlackRock Debt Index Daily (Opportunistic) | 0.18% |
| Franklin Templeton Global Bond | 1.77% |
| Guggenheim Opportunistic Bond Fund | 2.01% |
| **Inflation-Protected Bonds** | |
| **TIPS Pool** | **3.95%** |
| State Street 1-10 Year US TIPS | 3.95% |
| **Private Investments** | |
| **Venture Capital / Private Equity Pool** | **17.77%** |
| Intel Venture Capital / Private Equity | 17.77% |
| **Private Real Estate Pool** | **5.32%** |
| Intel Private Real Estate | 5.32% |
| **Private Energy and Natural Resources Pool** | **5.06%** |
| Intel Private Energy and Natural Resources | 5.06% |
| **Alternative Fixed Income Pool** | **2.46%** |
| Intel Alternative Fixed Income Fund | 2.46% |

\* Includes residual positions which may not be listed.

The portfolio construction table may not sum to pie chart. The pie chart does not include residual positions in some underlying funds.

Additional information on the Underlying Funds and Manager Strategies is available under Fund Descriptions and/or in the respective core fund fact sheets at www.netbenefits.com/intel.

## Disclosure

When used as supplemental sales literature, the Investment Profile must be preceded or accompanied by the fund's current prospectus as well as this disclosure statement. The performance data given represents past performance and should not be considered indicative of future results. Principal value and investment return will fluctuate, so that an investor's shares when redeemed may be worth more or less than the original investment. Fund portfolio statistics change over time. The fund is not FDIC-insured, may lose value and is not guaranteed by a bank or other financial institution.

Exhibit 6     Page 3 of 4

## GLOBAL DIVERSIFIED FUND

**4Q** 12.31.17

No assurance can be given that the fund will continue to invest its assets, or the same portion of assets, in the underlying funds or manager strategies represented here. The furnishing of information with respect to the underlying funds and manager strategies does not constitute a representation that participant balances in the fund will be invested in the future in the same percentages represented here, or at all, nor does it constitute a representation that the percentage allocations above will remain the same in the future for the purpose of determining the expected performance of the fund.

**PERFORMANCE:** Total return reflects performance without adjusting for sales charges or the effects of taxation, but is adjusted to reflect all actual ongoing fund expenses and assumes reinvestment of dividends and capital gains. If adjusted, sales charges would reduce the performance quoted.

The fund's performance is compared with that of an index. The index is an unmanaged portfolio of specified securities and the index does not reflect any initial or ongoing expenses. A fund's portfolio may differ significantly from the securities in the index.

**INVESTMENT RISK:** The value of your investment in the Fund will change with changes in the values of the Fund's investments in the underlying funds. There is no assurance that the Fund will provide an investor with adequate income at or through retirement. **Allocation Risk:** The allocation of investments among the underlying funds' different investment styles, such as equity or debt securities, or US or non-US securities, may have a more significant effect on the Fund's net asset value ("NAV") when one of these investments is performing more poorly than the other. There is no assurance that allocation decisions will result in the desired effects. Subjective decisions made by the investment manager may cause the Fund to incur losses or to miss profit opportunities on which it might otherwise have capitalized. **Market Risk:** The value of the Fund's investments will fluctuate as the stock or bond market fluctuates. The value of its investments may decline, sometimes rapidly and unpredictably, simply because of economic changes or other events that affect large portions of the market. It includes the risk that a particular style of investing may be underperforming the stock market generally. **Interest-Rate Risk:** Changes in interest rates will affect the value of the Fund's investments in underlying funds that invest in fixed-income securities. When interest rates rise, the value of investments in fixed-income securities tends to fall and this decrease in value may not be offset by higher income from new investments. Interest-rate risk is generally greater for fixed-income securities with longer maturities or durations. **Credit Risk:** An issuer or guarantor of a fixed-income security, or the counterparty to a derivatives or other contract, may be unable or unwilling to make timely payments of interest or principal, or to otherwise honor its obligations. The issuer or guarantor may default, causing a loss of the full principal amount of a security. The degree of risk for a particular security may be reflected in its credit rating. There is the possibility that the credit rating of a fixed-income security may be downgraded after purchase, which may adversely affect the value of the security. Investments by underlying funds in fixed-income securities with lower ratings are subject to a higher probability that an issuer will default or fail to meet its payment obligations. **Inflation Risk:** This is the risk that the value of assets or income from the Fund's investments in the underlying funds will be less in the future as inflation decreases the value of money. As inflation increases, the value of each underlying fund's assets can decline as can the value of that underlying fund's distributions. **Foreign (Non-US) Risk:** Investments in non-US issuers by underlying funds may involve more risk than investments in US issuers. These securities may fluctuate more widely in price and may be less liquid due to adverse market, economic, political, and regulatory or other factors. **Emerging Market Risk:** Investments by underlying funds in emerging-market countries may involve more risk than investments in other foreign countries because the markets in emerging-market countries are less developed and less liquid as well as subject to increased economic, political, regulatory and other uncertainties. **Currency Risk:** Fluctuations in currency exchange rates may negatively affect the value of the Fund's investments or reduce its returns. **Capitalization Risk:** Investments in small- and mid-capitalization companies by underlying funds tend to be more volatile than investments in large-capitalization companies. Investments in small-capitalization companies may have additional risks because these companies often have limited product lines, markets, or financial resources. **Derivatives Risk:** Derivatives may be illiquid, difficult to price, and leveraged so that small changes may produce disproportionate losses, and may be subject to counterparty risk to a greater degree than more traditional investments. **Leverage Risk:** Borrowing money or other leverage may make an underlying fund's investments more volatile because leverage tends to exaggerate the effect of any increase or decrease in the value of its investments. An underlying fund may create leverage through the use of certain portfolio management techniques such as reverse repurchase agreements or forward commitments, or by borrowing money. **Diversification Risk:** The Fund may have more risk because it is "non-diversified," meaning that it can invest more of its assets in a smaller number of issuers. **Management Risk:** The Fund is subject to management risk because it is an actively managed investment fund. The investment manager will apply its investment techniques and risk analyses in making investment decisions for the Fund, but there is no guarantee that its techniques will produce the intended results.

As with all investments, you may lose money by investing in the Fund.

**PERFORMANCE DISCLOSURE:** The performance data quoted represents past performance and does not guarantee future results. Current performance may be lower or higher than the return data quoted herein. The investment return will fluctuate; thus, an investor's shares, when redeemed, may be worth more or less than their original cost. Principal invested is not guaranteed at any time.

For more current information, including month-end performance, please call 888-401-SERP (7377) or visit www.netbenefits.com/intel.

**FUND SPECIFIC NOTES:**

Foreign investments, especially those in emerging markets, involve greater risk and may offer greater potential returns than US investments. This risk includes the political and economic uncertainties of foreign countries, as well as the risk of currency fluctuation. Unit price, yield and return will vary. The investment option is a custom strategy fund managed by the IPC. The description for this investment is intended to be a brief overview of the Fund.

**ADDITIONAL INFORMATION**

For more information about this fund, visit www.netbenefits.com/intel, or call 888-401-SERP (7377).

Information was provided by Intel Corporation. Fidelity Investments is not responsible for its content.

# EXHIBIT 7

Release Date: 12-31-2018

# Global Diversified Fund

**Benchmark 1**
Custom Blend

**Benchmark 2**
MSCI World NR USD

## Investment Strategy

The Fund is a diversified asset allocation fund that invests in a variety of asset classes, recognizing that different asset classes perform better or worse during various economic environments. This diversification is intended to obtain returns from a broad universe of investments and dampen the impact any one asset class has on the total performance of the Global Diversified Fund.

The target asset allocation for this fund is 34.0% global equities, 17.0% global bonds, 19.0% alternative investments and 30.0% private investments.

## Morningstar Analyst Report as of 11-10-17

The Global Diversified Fund is a combination of multiple underlying strategies whose allocations are actively managed to achieve the fund's stated goal of a 5% real rate of return. The underlying strategies range from traditional equity and fixed income funds, to non-traditional exposures such as hedge funds, venture capital, private equity, and private credit. As of June 30, 2017, a significant portion of the fund is invested in hedge funds and private investments.

The fund's trailing one- and three-year returns have lagged its policy benchmark through June 30th. However, it's important to place this performance in the context of the prevailing market environment. The fund is structured in such a manner that it should provide greater downside protection in faltering markets, with the tradeoff being slight underperformance in rallying ones, as has been the case in the current bull market. Over the trailing one-year period the fund's global equity sleeve slightly underperformed its benchmark, as one of the underlying managers holds a significant allocation to fixed income and cash, which was a drag on performance as equity markets rallied. The private energy sleeve also detracted from performance. However, the fund was rewarded by its allocation to private credit and opportunistic bonds which delivered strong performance over the trailing one-year period.

Many of the fund's non-traditional exposures have lower correlations to traditional stocks and bonds and have contributed to the strategy, delivering strong risk-adjusted returns. These exposures should be integral in providing stability in retreating markets.

Occasional periods of underperformance should not weaken the case for this fund. Over a full market cycle, there will be periods where this fund's broad diversification should result in downside protection. We think the portfolio's diversification across a broad spectrum of equities and fixed income, as well as its exposure to alternatives, including commodities and private equity, will position it well for varying market conditions going forward. We believe this remains a competitive one-stop option for investors seeking exposure to an array of asset classes for income, capital appreciation, and inflation protection.

## Performance



**Total Return%**
as of 12-31-18
- Investment
- Benchmark 1
- Benchmark 2

Average annual, if greater than 1 year

| | YTD | 1 Year | 3 Year | 5 Year | 10 Year | Since Inception | |
|---|---|---|---|---|---|---|---|
| | 2.25 | 2.25 | 7.60 | 5.73 | 7.78 | 8.26 | Investment Return % |
| | 2.57 | | | | | | Benchmark 1 Return % |
| | -8.71 | -8.71 | 6.30 | 4.56 | 9.67 | 6.44 | Benchmark 2 Return % |

**Quarterly Returns** as of 12-31-18

| | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total |
|---|---|---|---|---|---|
| 2014 | 2.47 | 2.93 | -0.01 | 0.36 | 5.84 |
| 2015 | 1.55 | 0.97 | -3.75 | 1.51 | 0.19 |
| 2016 | -0.19 | 2.35 | 3.45 | 1.56 | 7.32 |
| 2017 | 3.74 | 2.34 | 3.49 | 3.34 | 13.54 |
| 2018 | 1.41 | 1.69 | 2.47 | -3.24 | 2.25 |

**Performance Disclosure:** The performance data quoted represents past performance and does not guarantee future results. The CIT inception date is 12/31/2017. Prior to this date, the reported performance represents the returns of funds with the master trust. The investment return and principal value of an investment will fluctuate; thus an investor's shares, when redeemed, may be worth more or less than their original cost.

Current performance may be lower or higher than return data quoted herein. For more current information including month-end performance please call 888-401-SERP (7377) or visit Fidelity NetBenefits® at www.netbenefits.com/intel. Click here for current performance. Please refer to the performance section of the disclosure page for more information.

## Manager Summary

Effective January 1, 2018, GTC is the Trustee for the Global Diversified Fund. GTC has engaged Towers Watson Investment Services, Inc. to advise GTC on asset allocation and sub-advisor selection for the Fund.

**Global Equities**
Global equities include a broad mix of domestic and international stocks across the market capitalization spectrum traded on public exchanges. Investments may be denominated in U.S. dollars and foreign currencies. This asset class may also include targeted allocations to diversified real assets. Real assets are investments in publicly traded real estate and infrastructure securities, but may also include other unlisted investments with similar diversifying characteristics.

**Global Bonds**
Global bonds are investments in a broad mix of domestic and international fixed income securities including government, corporate and other fixed income instruments as well as derivative instruments. This allocation includes both investment grade and below investment grade debt denominated in U.S. dollars and foreign currencies.

**Alternative Investments**
Alternative investments are comprised of an array of investment strategies that include investments in stocks, bonds, commodities, currencies and derivative instruments. These strategies will maintain both long and short positions in underlying securities and may rely on directional market movements, changes in volatility and/or factors other than broad equity or fixed income market movements to generate return. The purpose of this asset class is to reduce reliance on traditional risk factors in the portfolio.

**Private Investments**
Private investments are not listed on a public exchange and may include investments such as unlisted equity, real estate, infrastructure and private debt. Private investments are generally less liquid than listed investments and as such seek to enhance the return structure of a diversified portfolio.

©2019 Morningstar, Inc., Morningstar® Investment Profiles™ 312-696-6000. All rights reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete, or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future performance. Visit our investment website at www.morningstar.com.

MORNINGSTAR®

Page 1 of 3

Exhibit 7

Release Date: 12-31-2018

# Global Diversified Fund

------------------------------------------------------------

## Portfolio Construction as of 12-31-18

| | Actual % of Portfolio |
|---|---|
| **Global Equities** | **32.38%** |
| BlackRock MSCI ACWI Equity Index | 6.83% |
| Lazard Asset Management LLC | 4.57% |
| Intech Investment Management LLC | 2.35% |
| Bares Capital Management Inc. | 0.95% |
| Lyrical Partners L.P. | 0.92% |
| Sanders Capital | 1.89% |
| Tremblant Capital Group | 0.92% |
| Moerus Capital Management LLC | 1.71% |
| GQG Partners LLC | 2.04% |
| Sands Capital Management LLC | 1.00% |
| River & Mercantile | 1.71% |
| Metropolis Capital Limited | 1.48% |
| Russell Investment Transition | 0.02% |
| Cantillon | 1.24% |
| Legal & General Global Core Infrastructure | 2.34% |
| SSgA Global Real Estate Securities Index | 0.30% |
| Heitman Global Prime | 2.11% |
| **Alternatives** | **19.10%** |
| Hedge Funds | 19.10% |

| | Actual % of Portfolio |
|---|---|
| **Global Bonds** | **14.39%** |
| SSgA Intermediate US Govt Bond Index | 0.00% |
| L&G Global High Yield Fund LLC | 0.55% |
| Bain Capital Senior Loan Fund LP - Class A | 0.94% |
| Wellington Securitized Opportunities Portfolio | 2.12% |
| Libremax ERISA Value Fund | 1.46% |
| Brigade Structured Credit Offshore Fund Ltd. | 0.51% |
| Africa Fixed Income Opportunities Fund | 0.28% |
| 1Sharpe Opportunity Fund Ltd | 0.47% |
| Tor Asia Credit Fund | 0.29% |
| DDJ Capital | 0.39% |
| Blackrock Transition Account | 0.07% |
| Franklin Templeton | 1.18% |
| Blackrock US Debt Index Fund F | 0.44% |
| JPM Emerging Markets Aggregate Bond | 0.98% |
| SSgA TIPS Index NL SF CL A | 2.35% |
| SSgA U.S. Long Government Bond Index | 2.35% |
| **Private Investments** | **34.13%** |
| Private Equity & Venture Capital | 20.88% |
| Private Energy & Natural Resources | 5.54% |
| Private Real Estate | 5.34% |
| Alternative Fixed Income | 2.37% |

### Allocation by Asset Class



| | |
|---|---|
| ● Global Equities | 32.38% |
| ● Global Bonds | 14.39% |
| ● Alternatives | 19.10% |
| ● Private Investments | 34.13% |

### Operations

| | |
|---|---|
| Expense Ratio | 2.16% of fund assets |
| Annual Turnover Ratio % | 2.16% |
| Fund Inception Date | 01-02-89 |
| Total Plan Assets ($mil) | 4,272.49 |

## Risk Evaluation



**3-Yr Total Return** % as of 12-31-18



**5-Yr Total Return** % as of 12-31-18



**10-Yr Total Return** % as of 12-31-18

● Investment    ● Benchmark 1    ● Benchmark 2

## Index Composition

**Benchmark 1: Custom Blend** for the Global Diversified Fund is a customized benchmark that has the same asset allocation as the fund's target asset allocation and uses index returns to represent performance of the asset classes. The benchmark returns are calculated by weighting the monthly index returns of each asset class by the Fund's monthly target allocation for each asset class. Effective 12/31/2017, the benchmarks are as follows:

**Global Equities** 82% MSCI ACWI Index, 9% FTSE EPRA/NAREIT Developed Index, 9% MFGAM Core Infrastructure Index

**Global Bonds** 22% Bloomberg Barclays US HY 2% Issuer Cap Index, 22% S&P Leveraged Loan Index, 11% Bloomberg Barclays EM USD Sovereign + Quasi-Sov: 5% Country Cap Index, 11% Bloomberg Barclays EM Local Currency Government x Korea 10% Country Capped Index, 18% Bloomberg Barclays US Treasury 1-10 Year TIPS Index, 18% Bloomberg Barclays Long Gov't Index

**Alternative Investments:** HFRI FOF: Conservative Index

**Private Investments:** State Street Private Equity 1 Quarter Lag Index

All percentages are rounded to the nearest whole number.

**Benchmark 2: MSCI World NR** index measures the performance of the large and mid cap segments of world equity securities. It is free float-adjusted market-capitalization weighted.

©2019 Morningstar, Inc., Morningstar® Investment Profiles™ 312-696-6000. All rights reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete, or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of information. Past performance is no guarantee of future performance. Visit our investment website at www.morningstar.com.

**MORNINGSTAR®**

Page 2 of 3

Exhibit 7

# Disclosure

No assurance can be given that the fund will continue to invest its assets, or the same portion of assets, in the underlying funds or manager strategies represented here. The furnishing of information with respect to the underlying funds and manager strategies does not constitute a representation that participant balances in the fund will be invested in the future in the same proportions represented here, or at all, nor does it constitute a representation that the percentage allocations above will remain the same in the future for the purpose of determining the expected performance of the fund.

**Performance**
Total return reflects performance without adjusting for sales charges or the effects of taxation, but is adjusted to reflect all actual ongoing fund expenses and assumes reinvestment of dividends and capital gains. If adjusted, sales charges would reduce the performance quoted. The fund's performance is compared with that of an index. The index is an unmanaged portfolio of specified securities and the index does not reflect any initial or ongoing expenses. A fund's portfolio may differ significantly from the securities in the index.

**Investment Risk**
The value of your investment in the Fund will change with changes in the values of the Fund's investments in the underlying funds. There is no assurance that the Fund will provide an investor with adequate income at or through retirement.

*Allocation Risk:* The allocation of investments among the underlying funds' different investment styles, such as equity or debt securities, or US or non-US securities, may have a more significant effect on the Fund's net asset value ("NAV") when one of these investments is performing more poorly than the other. There is no assurance that allocation decisions will result in the desired effects. Subjective decisions made by the investment manager may cause the Fund to incur losses or to miss profit opportunities on which it might otherwise have capitalized.

*Market Risk:* The value of the Fund's investments will fluctuate as the stock or bond market fluctuates. The value of its investments may decline, sometimes rapidly and unpredictably, simply because of economic changes or other events that affect large portions of the market. It includes the risk that a particular style of investing may be underperforming the stock market generally.

*Interest-Rate Risk:* Changes in interest rates will affect the value of the Fund's investments in underlying funds that invest in fixed-income securities. When interest rates rise, the value of investments in fixed-income securities tends to fall and this decrease in value may not be offset by higher income from new investments. Interest-rate risk is generally greater for fixed-income securities with longer maturities or durations.

*Credit Risk:* An issuer or guarantor of a fixed-income security, or the counterparty to a derivatives or other contract, may be unable or unwilling to make timely payments of interest or principal, or to otherwise honor its obligations. The issuer or guarantor may default, causing a loss of the full principal

amount of a security. The degree of risk for a particular security may be reflected in its credit rating. There is the possibility that the credit rating of a fixed-income security may be downgraded after purchase, which may adversely affect the value of the security. Investments by underlying funds in fixed-income securities with lower ratings are subject to a higher probability that an issuer will default or fail to meet its payment obligations.

*Inflation Risk:* This is the risk that the value of assets or income from the Fund's investments in the underlying funds will be less in the future as inflation decreases the value of money. As inflation increases, the value of each underlying fund's assets can decline as can the value of that underlying fund's distributions. Foreign (Non-US) Risk: Investments in non-US issuers by underlying funds may involve more risk than investments in US issuers. These securities may fluctuate more widely in price and may be less liquid due to adverse market, economic, political, and regulatory or other factors.

*Emerging Market Risk:* Investments by underlying funds in emerging-market countries may involve more risk than investments in other foreign countries because the markets in emerging-market countries are less developed and less liquid as well as subject to increased economic, political, regulatory and other uncertainties.

*Currency Risk:* Fluctuations in currency exchange rates may negatively affect the value of the Fund's investments or reduce its returns.

*Capitalization Risk:* Investments in small- and mid-capitalization companies by underlying funds tend to be more volatile than investments in large capitalization companies. Investments in small-capitalization companies may have additional risks because these companies often have limited product lines, markets, or financial resources.

*Derivatives Risk:* Derivatives may be illiquid, difficult to price, and leveraged so that small changes may produce disproportionate losses, and may be subject to counterparty risk to a greater degree than more traditional investments.

*Leverage Risk:* Borrowing money or other leverage may make an underlying fund's investments more volatile because leverage tends to exaggerate the effect of any increase or decrease in the value of its investments. An underlying fund may create leverage through the use of certain portfolio management techniques such as reverse repurchase agreements or forward commitments, or by borrowing money.

*Diversification Risk:* The Fund may have more risk because it is "non-diversified," meaning that it can invest more of its assets in a smaller number of issuers.

*Management Risk:* The Fund is subject to management risk because it is an actively managed investment fund. The investment manager will apply its investment techniques and risk analyses in making investment decisions for the Fund, but there is no guarantee that its techniques will produce the

intended results.

*Liquidity Risk:* Some of the strategies used in the Fund, such as private investments, are exposed to liquidity risk. This is the risk that investments cannot be traded easily without penalties, particularly during times of market crisis

As with all investments, you may lose money by investing in the Fund.

**Performance Disclosure**
The performance reported represents a blend of historical performance. The Intel Retirement Plans Collective Investment Trust and associated funds have an inception date of 12/31/2017. Prior to this date, the reported performance represents the returns of the unitized funds held within the Intel Retirement Plans Master Trust. Investment returns and principal value may fluctuate. An investor's shares, when redeemed, may be worth more or less than their original purchase price. Performance includes the reinvestment of any distributions.
**Past performance is no indication of future results.**

**Fund Specific Notes**

This is a bank-sponsored collective investment trust ("CIT") and not a mutual fund. Global Trust Company ("GTC") is Trustee and maintains and manages the CIT. Towers Watson Investment Services, Inc. has been retained by GTC as the investment advisor of the fund. The fund is a multi-manager fund.  The CIT is not FDIC insured or registered with the Securities and Exchange Commission. This does not constitute an offer or solicitation of any security or product, nor constitute a recommendation of the suitability of any investment strategy for a particular investor. Material presented is prepared from information sources believed to be accurate, but there is no guarantee of accuracy.

**NOT FDIC INSURED – MAY LOSE VALUE – NO BANK GUARANTEE**
Foreign investments, especially those in emerging markets, involve greater risk and may offer greater potential returns than US investments. This risk includes the political and economic uncertainties of foreign countries, as well as the risk of currency fluctuation. Unit price, yield and return will vary. The description for this investment is intended to be a brief overview of the Fund.

**Additional Information**
For more information about this fund, visit www.netbenefits.com/intel, or call 888-401-SERP (7377). Information was provided by Intel Corporation. Fidelity Investments is not responsible for its content

©2019 Morningstar, Inc., Morningstar® Investment Profiles™ 312-696-6000. All rights reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete, or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of information. Past performance is no guarantee of future performance. Visit our investment website at www.morningstar.com.

**M** MORNINGSTAR®

EXHIBIT 8

Release Date: 12-31-2011

# Target Date 2045 Fund

Simulated historical performance and hypothetical Morningstar Rating™ for all time periods based on current asset allocation.

| Morningstar Category | Overall Morningstar Rating™ | Morningstar Return | Morningstar Risk |
|---|---|---|---|
| Target Date 2041-2045 | ★★★★★ | High | Below Average |

Rated against 104 Target Date 2041-2045 funds. An investment's overall Morningstar Rating, based on its risk-adjusted return, is a weighted average of its applicable 3-, 5-, and 10-year Ratings. See disclosure for details. This data is based on simulated historical performance.

## Allocation as of 12-31-11

| | Fund Inception Alloc (%) 04-27-2004 | Current Alloc (%) 12-31-2011 |
|---|---|---|
| Domestic Stock | 67.00 | 23.00 |
| International Stock | 10.00 | 36.00 |
| Hedge Funds | 0.00 | 26.00 |
| Global Bond | 18.00 | 10.00 |
| Stable Value | 5.00 | 0.00 |
| Commodities | 0.00 | 5.00 |

## Target Date Allocation as of 12-31-11



Allocation
- Commodities
- Stable Value
- Global Bond
- Hedge Funds
- International Stock
- Domestic Stock

### Notes/Commentary

The fund returns are simulated through 3/31/11 to show the historical performance of the fund that would have occurred had the current asset allocation and underlying fund managers been in place since the period beginning date. The simulated returns provide a useful basis to evaluate the fund's strategy by showing how the fund's current strategy would have performed had it been applied to actual historical markets. The fund returns after 3/31/11 are actual returns reflecting the realized performance of the fund after the following changes were put in place.

The fund has implemented a number of changes since inception to reduce investment risk while maintaining return potential appropriate for an investor's target retirement date. These changes include: the addition of hedge fund and commodity investments, the addition of active equity and bond managers, and changes to the equity asset allocation between domestic, international developed and emerging market equities. As shown on the adjacent chart, the new fund allocation provides superior simulated performance over the long term compared to a broad category of external target date funds.

The addition of hedge funds and commodities provide diversification benefits and reduce investment risk by investing in assets whose returns are less correlated to equity markets. The hedge fund portfolio consists of 25 top-tier hedge funds that employ a broad range/array of investment strategies intended to generate positive returns irrespective of the market environment. Commodities provide inflation protection and generate returns which are uncorrelated to equity markets. Active equity and bond managers were selected on the basis of the managers' ability to generate risk-adjusted returns in excess of passive index returns. Active managers have the flexibility to invest in areas where valuations or growth prospects are more attractive and to not invest, or limit exposure, in areas that are less attractive. In addition, the equity portfolio is weighted toward growth-oriented emerging markets when the participants are far from their target retirement date and can tolerate higher levels of volatility. As the participants get closer to their target retirement date, when low volatility of returns is important, the equity portfolio is weighted toward the U.S. and developed country international markets. The bond portfolio combines traditional low risk investments with investments that participate in growth opportunities with less volatility than equities.

## Simulated Performance based on current allocation



Total Return%
as of 12-31-11
- Investment
- Category

Average annual, if greater than 1 year

| | YTD | 1 Year | 3 Year | 5 Year | 10 Year | Since Inception | |
|---|---|---|---|---|---|---|---|
| | -2.52 | -2.52 | 13.06 | 3.53 | 8.34 | 7.89 | Fund Return % |
| | -4.10 | -4.10 | 12.74 | -1.34 | — | 3.72 | Category Average % |
| | — | — | ★★★★★ | ★★★★★ | — | — | Morningstar Rating™ |
| | — | — | 104 | 51 | — | — | # of Funds in Category |

**Performance Disclosure:** The performance data quoted represents simulated past performance based on actual and estimated manager returns from the period beginning date to March 31, 2011. Current performance may be lower or higher than the simulated return data quoted herein. The investment return will fluctuate thus an investor's shares, when redeemed may be worth more or less than their original cost. Principal invested is not guaranteed at any time, including at or after the projected 2045 retirement date, the date used to determine the asset allocation for the fund

The fund performance is simulated using a strategy of buying, holding, and monthly rebalancing of assets to their target allocation. Simulated performance is hypothetical (it does not always reflect realized performance in actual accounts) and is provided for informational purposes to indicate historical performance had the current asset allocation and underlying managers been in place over the stated period. The current fund allocation was put in place in March 2011.

Realized performance of managers held in the retirement trust is used where possible to construct the simulated fund performance net of fees. A manager's actual or estimated performance prior to investment by the retirement trust may be used if the manager employed a similar strategy to the current investment.

Where no actual or estimated manager returns are available back to the period beginning date, a representative passive index is used to simulate the manager returns: Russell 1000 Index for GMO Quality Fund through February 2004, Russell 2000 Index for Segall Bryant Hamill Small Cap Equity through December 2001, MSCI EAFE Index for Cantillon Capital Global Equity through March 2005, MSCI EM Index for Blackrock Emerging Market Index Fund through November 2002, BofA ML 3M LIBOR for Goldman Sachs Opportunistic Bond through August 2002, DJ UBS Commodity Index for Blackrock DJ Commodity Index Fund through July 2009, Blackstone Commodities Index for Blackstone Resources Select Offshore Fund through April 2007, S&P GSCI/RJ CRB/DJ UBS Commodity/Rogers Int Commodity Blended Index for Schroder Commodity Portfolio through October 2005, and HFRI FoF Composite Index for hedge funds (various). The hedge fund returns are discounted 4.0% per annum to account for potential manager selection bias.

©2012 Morningstar, Inc., Morningstar Investment Profiles™ 312-696-6000. All rights reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of information. Past performance is no guarantee of future results. Visit our investment website at www.morningstar.com.

MORNINGSTAR®

Exhibit 8          Page 1 of 5

Release Date: 12-31-2011

# Target Date 2045 Fund

**Benchmark**
Blended Benchmark

**Morningstar Category**
Target Date 2041-2045

## Investment Strategy

The fund seeks to provide long-term growth of capital and current income.

The target asset allocation for this fund is 10% global bond funds and short-term investments, 60% domestic and international equity funds, 25% hedge funds, and 5% commodities. Over time, the fund will gradually shift to a more conservative asset mix by incrementally decreasing its equity allocation and increasing its bond allocation, while maintaining a fixed allocation to hedge funds. The bond allocation reaches 40% 10 years after the 2045 target retirement date, at which time the fund will merge into the Income Fund.

Investment is appropriate for investors who are retired or who plan to retire within a few years of 2045, and seeks a well diversified portfolio that becomes more conservative over time. This investment is not a mutual fund or a collective investment. It is a specifically weighted selection from the investments held by the Intel Corporation Retirement Plans Master Trust.

## Morningstar Analyst Report as of 09-30-11

While this fund is down in 2011 so far, it has held up better than the vast majority of its peers in the Morningstar Target Date 2041-2045. For the one year period through the end of September, the fund is down only 0.5%, outpacing the typical fund in the category by 3.5%. The fund's longer-term record remains competitive, too. Its five-year annualized loss of 0.9% has beaten the category average by 0.6%.

The fund's more recent outperformance can be traced directly to changes made over the past year. The investment team has overhauled the asset allocation methodology to include more opportunistic strategies that while geared toward capital appreciation also aim to protect capital in down markets. Where the fund used to invest heavily in straight index funds, it now also devotes assets to global managers, such as International Value Advisers and Cantillon, who pay strict attention to stock valuations and take on less market risk that their competitors. At the same time, the fund has a sleeve of alternative strategies, which have the ability to go both long and short stocks, thereby mitigating sensitivity to market fluctuations. These components helped to cushion losses during a tumultuous third quarter, when markets were rocked by a widely avoided government shut-down, weaker-than-expected economic numbers, and a deepening sovereign crisis in Europe prompted investor to flee risky assets and pile into Treasuries.

This fund's steadier performance does come with a price, however. For starters, the fund's reduced market exposure is bound to serve as a drag when markets are experiencing rapid run-ups. Additionally, the fund's cost is higher than it used to be due to the fact that it invests less in passively run index funds and now devotes more to higher-cost actively run strategies. On balance, however, the improved diversification and opportunity set that these strategies offer are apt to outweigh their potential cost drag, awarding investors a more efficiently designed portfolio and help them experience a smoother ride toward their targeted retirement date.

## Target Date Allocation as of 12-31-11



2045 Fund

| Allocation | |
|---|---|
| ■ | Commodities |
| ■ | Stable Value |
| ■ | Global Bond |
| ■ | Hedge Funds |
| ■ | International Stock |
| ■ | Domestic Stock |

Years Until Retirement

| Quarterly Returns as of 12-31-11 | | | | | |
|---|---|---|---|---|---|
| | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total |
| 2007 | 1.40 | 5.04 | 1.76 | -2.13 | 6.07 |
| 2008 | -8.05 | -1.62 | -12.37 | -19.99 | -36.58 |
| 2009 | -10.06 | 18.74 | 14.31 | 3.29 | 26.10 |
| 2010 | 2.78 | -7.28 | 10.25 | 6.55 | 11.95 |
| 2011 | 3.94 | 0.93 | -10.59 | 4.26 | -2.20 |

| Trailing Returns as of 12-31-11 | | | |
|---|---|---|---|
| | Total Ret% | +/- Bmark | +/- Cat |
| 1Yr | -2.20 | 3.08 | 1.89 |
| 3Yr Avg | 11.35 | 1.82 | -1.39 |
| 5Yr Avg | -1.47 | 0.92 | -0.13 |
| 10Yr Avg | — | — | — |
| Since Incep | 6.36 | — | — |

**Performance Disclosure:** The performance data quoted represents past performance and does not guarantee future results. Current performance may be lower or higher than return data quoted herein. The investment return will fluctuate thus an investor's shares, when redeemed, may be worth more or less than their original cost. Principal invested is not guaranteed at any time, including at or after the fund's 2045 retirement date.

For more current information including month-end performance please call 888-401-SERP (7377) or visit www.401k.com. Please refer to the performance section of the disclosure page for more information.

## Portfolio Analysis as of 12-31-11

| Underlying Funds as of 12-31-11 | % Assets |
|---|---|
| International Stock | 36.49 |
| Alternative Investments | 29.93 |
| Large Cap US Stock Fund | 20.54 |
| Global Bond Fund | 10.07 |
| Small Cap US Stock Fund | 2.98 |

| Top 10 Manager Strategies as of 12-31-11 | % Assets |
|---|---|
| BlackRock Emerging Markets | 7.73 |
| GMO Quality US Equity | 7.01 |
| American Century US Equity | 6.88 |
| BlackRock Russell 1000 | 6.65 |
| BlackRock EAFE (International Stock) | 6.54 |
| IVA Worldwide | 6.49 |
| Lazard Emerging Market | 6.44 |
| Cantillon Global Equity | 5.66 |
| SSGA Emerging Market | 3.63 |
| Western Asset Management Bond | 2.69 |

**Morningstar Style Box™** as of 12-31-11 (EQ) ; 09-30-11 (F-I)




| Morningstar Super Sectors as of 12-31-11 | % Fund |
|---|---|
| ↻ Cyclical | 32.14 |
| ⌁ Sensitive | 38.95 |
| ⊞ Defensive | 28.92 |

| Morningstar F-I Sector as of 12-31-11 | % Fund |
|---|---|
| Government | 20.24 |
| Corporate | 22.26 |
| Securitized | 11.42 |
| Municipal | 0.67 |
| Cash & Equivalents | 37.58 |
| Other | 7.84 |

Additional information on the Underlying Funds and Manager Strategies is available under Fund Descriptions and/or in the respective core fund factsheets on 401k.com.

©2012 Morningstar, Inc., Morningstar Investment Profiles™ 312-696-6000. All rights reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future performance. Visit our investment website at www.morningstar.com.

MORNINGSTAR®

Exhibit 8

Release Date: 12-31-2011

# Target Date 2045 Fund

## Risk Evaluation



**3-Yr Total Return %** as of 12-31-11

**5-Yr Total Return %** as of 12-31-11

**10-Yr Total Return %** as of 12-31-11

● Investment   ◉ Benchmark   ▪ Category Average

## Allocation By Asset Class as of 12-31-11

| | Mkt Value ($mil) | Allocation (%) |
|---|---|---|
| **Global Equity** | **104.26** | **84.93** |
| Hedge Funds | 30.60 | 24.93 |
| Large Cap Domestic | 25.21 | 20.54 |
| International Developed Markets | 22.95 | 18.69 |
| Emerging Markets | 21.85 | 17.80 |
| Small Cap Domestic | 3.66 | 2.98 |
| Private Equity/Venture Capital | 0.00 | 0.00 |

| | Mkt Value ($mil) | Allocation (%) |
|---|---|---|
| **Global Fixed Income** | **12.36** | **10.07** |
| Global Government Bonds | 3.83 | 3.12 |
| Securitized | 1.85 | 1.51 |
| Investment Grade Credit | 1.98 | 1.61 |
| Global Tips | 1.36 | 1.11 |
| Distressed Debt Alternatives | 0.00 | 0.00 |
| Non-Investment Grade Credit | 1.24 | 1.01 |
| Cash & Equivalents | 2.10 | 1.71 |
| Stable Value | 0.00 | 0.00 |

| | Mkt Value ($mil) | Allocation (%) |
|---|---|---|
| **Real Assets** | **6.13** | **5.00** |
| Commodity Futures | 6.13 | 5.00 |
| Private Natural Resources | 0.00 | 0.00 |
| Private Real Estate | 0.00 | 0.00 |

## Fund Descriptions

**Global Bond Fund**

The fund seeks to provide protection from both deflation and inflation while providing current income. The fund invests in high quality government and corporate bonds, and global inflation-indexed bonds for inflation protection. The fund also invests approximately 30% in emerging market debt, high yield, and asset/mortgage backed securities for their growth opportunities. The fund aims to exceed the performance of the Barcap U.S. Aggregate Bond Index.

**International Stock**

The investment seeks to provide exposure to international developed and emerging market stocks, the combination of which varies from an equal weighting to an all developed market mix at retirement. The investment seeks to match or exceed the performance of the MSCI All Country World Index ex-US Index, a market capitalization index designed to measure equity market performance of international developed and emerging market countries.

**Large Cap U.S. Stock Fund**

The fund seeks to match or exceed the performance of the Russell 1000 Index®, an index designed to measure performance of the broad domestic economy through changes in the aggregate market value of the largest 1,000 domestic stocks. The Russell 1000 Index® focuses on the large and mid capitalization segment of the market, with approximately 90 percent coverage of U.S. stocks.

**Small Cap U.S. Stock Fund**

The fund seeks to match or exceed the performance of the Russell 2000® Index, a free float-adjusted market capitalization index representing 2000 small company stocks of U.S. domiciled companies. The investment seeks to provide long-term capital growth.

**Commodities**

Commodities seek to provide a long term hedge against inflation. The commodity portfolio is comprised of investments intended to both track and outperform a blend of

broad market indices, including the DJ-UBS Commodity, S&P-GSCI, Reuters-Jeffries CRB, and Rogers International Commodity indices.

**Hedge Funds**

Hedge funds are broadly categorized into two trading strategies. Absolute return hedge funds seek to deliver positive returns under all market conditions. Directional hedge funds seek to provide comparable returns to the equity markets with significantly lower volatility. The funds aim to exceed the performance of the HFRI Fund of Funds Composite Index.

## Operations

| | |
|---|---|
| Expense Ratio | 0.71% of fund assets |
| Fund Inception Date | 04-27-04 |
| Total Fund Assets ($mil) | 122.76 |

## Index Composition

The index is adjusted quarterly to reflect the fund's target allocation for each asset class: Russell 1000 & 2000 for Large & Small Cap U.S. Stock, MSCI ACWI ex U.S. for International Stock, Barcap U.S. Aggregate Bond for Global Bond, HFRI FoF Composite for Hedge Fund, ML Wrapped 1-5Yr Corp/Govt Index for Stable Value, and DJ UBS Commodity Index for Commodities.

**Morningstar Disclosure** Some of the returns and Morningstar proprietary calculations, may be based on pre-inception returns and are hypothetical. Morningstar may use the performance of the underlying investment vehicle for the prior periods, making adjustments to those returns for any difference in fee structure. The evaluation of this investment does not affect the retail mutual fund data published by Morningstar. This investment's metrics are compared against the retail mutual fund universe breakpoints to determine its hypothetical rating and category related statistics. The Morningstar Rating is reflected on this page is hypothetical. The Rating is considered hypothetical because Morningstar does not independently analyze the "custom fund" universe. Rather the Rating is assigned to the "custom fund" as a means to compare the institutional funds with the universe of mutual funds that Morningstar Rates.

©2012 Morningstar, Inc., Morningstar Investment Profiles™ 312-696-6000. All rights reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of information. Past performance is no guarantee of future performance. Visit our investment website at www.morningstar.com.

Ⓜ MORNINGSTAR®

Page 3 of 5

Exhibit 8          Page 3 of 5



# Disclosure

When used as supplemental sales literature, the Investment Profile must be preceded or accompanied by the fund's current prospectus as well as this disclosure statement. The performance data given represents past performance and should not be considered indicative of future results. Principal value and investment return will fluctuate, so that an investor's shares when redeemed may be worth more or less than the original investment. Fund portfolio statistics change over time. The fund is not FDIC-insured, may lose value and is not guaranteed by a bank or other financial institution.

**Performance**
Total return reflects performance without adjusting for sales charges or the effects of taxation, but is adjusted to reflect all actual ongoing fund expenses and assumes reinvestment of dividends and capital gains. If adjusted, sales charges would reduce the performance quoted.

The fund's performance is compared with that of an index. The index is an unmanaged portfolio of specified securities and the index does not reflect any initial or ongoing expenses. A fund's portfolio may differ significantly from the securities in the index.

**Morningstar Fixed-Income Style Box**
For fixed-income funds, the vertical axis shows the credit quality of the long bonds owned and the horizontal axis shows interest rate sensitivity as measured by a bond's effective duration.

Morningstar seeks credit rating information from fund companies on a periodic basis (e.g., quarterly). In compiling credit rating information, Morningstar instructs fund companies to only use ratings that have been assigned by a Nationally Recognized Statistical Rating Organization (NRSRO). If two NRSROs have rated a security, fund companies are to report the lowest rating; if three or more NRSROs have rated the same security differently, fund companies are to report the rating that is in the middle. For example, if NRSRO X rates a security AA-, NRSRO Y rates the same security an A and NRSRO Z rates it a BBB+, the fund company should use the credit rating of 'A' in its reporting to Morningstar. PLEASE NOTE: Morningstar, Inc. is not itself an NRSRO nor does it issue a credit rating on the fund. An NRSRO rating on a fixed-income security can change from time-to-time.

For credit quality, Morningstar combines the credit rating information provided by the fund companies with an average default rate calculation to come up with a weighted-average credit quality. The weighted-average credit quality is currently a letter that roughly corresponds to the scale used by a leading NRSRO. Bond funds are assigned a style box placement of "low", "medium", or "high" based on their average credit quality. Funds with a low credit quality are those whose weighted-average credit quality is determined to be less than "BBB-"; medium are those less than "AA-", but greater or equal to "BBB-"; and high are those with a weighted-average credit quality of "AA-" or higher. When classifying a bond portfolio, Morningstar first maps the NRSRO credit ratings of the underlying holdings to their respective default rates (as determined by Morningstar's analysis of actual historical default rates). Morningstar then averages these default rates to determine the average default rate for the entire bond fund. Finally, Morningstar maps this average default rate to its corresponding credit rating along a convex curve.

For interest-rate sensitivity, Morningstar obtains from fund companies the average effective duration. Generally, Morningstar classifies a fixed-income fund's interest-rate sensitivity based on the effective duration of the Morningstar

Core Bond Index (MCBI), which is currently three years. The classification of Limited will be assigned to those funds whose average effective duration is between 25% to 75% of MCBI's average effective duration; funds whose average effective duration is between 75% to 125% of the MCBI will be classified as Moderate; and those that are at 125% or greater of the average effective duration of the MCBI will be classified as Extensive.

For municipal bond funds, Morningstar also obtains from fund companies the average effective duration. In these cases static breakpoints are utilized. These breakpoints are as follows: (i) Limited: 4.5 years or less; (ii) Moderate: more than 4.5 years but less than 7 years; and (iii) Extensive: more than 7 years. In addition, for non-US taxable and non-US domiciled fixed income funds static duration breakpoints are used: (i) Limited: less than or equal to 3.5 years; (ii) Moderate: greater than 3.5 and less than equal to 6 years; (iii) Extensive: greater than 6 years.

**Risk Measures**
Beta is a measure of a fund's sensitivity to market movements. A portfolio with a beta greater than 1 is more volatile than the market, and a portfolio with a beta less than 1 is less volatile than the market.

Standard deviation is a statistical measure of the volatility of the fund's returns.

**Investment Risk**
*Foreign Securities Funds/Emerging Market Funds:* The investor should note that funds that invest in foreign securities involve special additional risks. These risks include, but are not limited to, currency risk, political risk, and risk associated with varying accounting standards. Investing in emerging markets may accentuate these risks.

*Sector Funds:* The investor should note that funds that invest exclusively in one sector or industry involve additional risks. The lack of industry diversification subjects the investor to increased industry-specific risks.

*Non-Diversified Funds:* The investor should note that funds that invest exclusively in one sector or industry involve additional risks. The lack of industry diversification subjects the investor to increased industry-specific risks.

*Small Cap Funds:* The investor should note that funds that invest in stocks of small companies involve additional risks. Smaller companies typically have a higher risk of failure, and are not as well established as larger blue-chip companies. Historically, smaller-company stocks have experienced a greater degree of market volatility than the overall market average.

*Mid Cap Funds:* The investor should note that funds that invest in companies with market capitalizations below $10 billion involve additional risks. The securities of these companies may be more volatile and less liquid than the securities of larger companies.

*High-Yield Bond Funds:* The investor should note that funds that invest in lower-rated debt securities (commonly referred to as junk bonds) involve additional risks because of the lower credit quality of the securities in the portfolio. The investor should be aware of the possible higher level of volatility, and increased risk of default.

*Tax-Free Municipal Bond Funds:* The investor should note that the income from tax-free municipal bond funds may be subject to state and local taxation and the Alternative

Minimum Tax.

*Fund of Funds:* It is important to note that an investment option with mutual funds in its portfolio may be subject to the expenses of those mutual funds in addition to those of the investment option itself.

**LifeCycle Risk**
Target-date funds typically invest in other investments and are designed for investors who are planning to retire during the target date year. The fund's target date is the approximate date of when investors expect to begin withdrawing their money. A Target-date fund's investment objective/strategy typically becomes more conservative over time primarily by reducing its allocation to equity investments and increasing its allocations in fixed-income investments. An investor's principal value in a target-date fund is not guaranteed at anytime, including at the fund's target date.

**Additional Information**
For more information about this fund, visit www.401k.com, or call 888-401-SERP (7377). Investment objectives, risks, charges, expenses, and other important information about a fund are contained in the prospectus; read it carefully before investing.

**Fund Specific Notes**
**Global Diversified Fund**
Foreign investments, especially those in emerging markets, involve greater risk and may offer greater potential returns than U.S. investments. This risk includes political and economic uncertainties of foreign countries, as well as the risk of currency fluctuation. Unit price, yield and return will vary.

This fund is administered pursuant to directions from the Intel Corporation Investment Policy Committee (IPC), which provided the description for this investment option.

**401K Global Diversified Fund**
Fixed income investments are diversified across nominal and inflation-linked bonds issued by the U.S. government, foreign governments, corporations and other entities. In general, bond prices rise when interest rates fall, and vice versa. This effect is usually more pronounced for longer-term securities. Foreign investments, especially those in emerging markets, involve greater risk and may offer greater potential returns than U.S. investments. This risk includes political and economic uncertainties of foreign countries, as well as the risk of currency fluctuation. Unit price, yield and return will vary.

This fund is administered pursuant to directions from the Intel Corporation Investment Policy Committee (IPC), which provided the description for this investment option.

**Retirement Contribution Target Date Funds**
The funds are managed to gradually become more conservative over time as they approach their target date. The investment risk of each Retirement Contribution Target Date Fund changes over time as its asset allocation changes. They are subject to the volatility of the financial markets, including that of equity and fixed income investments in the U.S. and abroad, and may be subject to risks associated with investing in high-yield, small-cap, and foreign securities. Principal invested is not guaranteed at any time, including at or after their target dates. Unit price, yield and return will vary.

This fund is administered by the Intel Corporation Investment Policy Committee (IPC), which provided the description for

©2012 Morningstar, Inc., Morningstar Investment Profiles™ 312-696-6000. All rights reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of information. Past performance is no guarantee of future performance. Visit our investment website at www.morningstar.com.



Page 4 of 5

Exhibit 8          Page 4 of 5

# Disclosure

this investment option.

**Stable Value Fund**

Lower-quality debt securities involve greater risk of default or price changes due to potential changes in the credit quality of the issuer. In general the bond market is volatile, and bond funds entail interest rate risk. (As interest rates rise, bond prices usually fall, and vice versa. This effect is usually more pronounced for longer-term securities.) Bond funds also entail the risk of issuer or counterparty default, issuer credit risk, and inflation risk. Unit price, yield and return will vary.

The Stable Value Fund is an individually managed account. It is not a mutual fund. It is managed by BNY Mellon Asset Management Company, LLC. Intel provided the description.

The Fund strives to provide principal stability, but cannot guarantee that it will be able to do so, and its yield will fluctuate.

**Stable Value Fund (401k)**

Lower-quality debt securities involve greater risk of default or price changes due to potential changes in the credit quality of the issuer. In general the bond market is volatile, and bond funds entail interest rate risk. (As interest rates rise, bond prices usually fall, and vice versa. This effect is usually more pronounced for longer-term securities.) Bond funds also entail the risk of issuer or counterparty default, issuer credit risk, and inflation risk. Unit price, yield and return will vary.

The Stable Value Fund is an individually managed account. It is not a mutual fund. It is managed by BNY Mellon Asset Management Company, LLC. Intel provided the description.

The Fund strives to provide principal stability, but cannot guarantee that it will be able to do so, and its yield will fluctuate.

You are not permitted to make a direct exchange from the Stable Value Fund to the Fidelity U.S. Treasury Money Market Fund (considered a "competing fund"). Before exchanging from the Stable Value Fund to the Fidelity U.S. Treasury Money Market Fund, you must first move the assets to a "non-competing fund" for 90 days. While these requirements may seem restrictive, they are typically imposed by issuers, such as insurance companies, banks, or other approved financial institutions, as a condition for issuing investment contracts to retirement plans. Investments in the Stable Value Fund are not guaranteed by BNY Mellon Asset Management, LLC, or the plan sponsor, and are not insured by the FDIC.

**Global Bond Fund**

This fund is administered pursuant to directions from the Intel Corporation Investment Policy Committee (IPC), which provided the description for this investment option.

Although a separate prospectus is not available, participants have access to detailed information about the Global Bond Fund via Fidelity NetBenefits®. To view the performance of this investment option, visit NetBenefits® at www.401k.com. Once you enter your SSN or Customer ID and PIN, select SERP 401(k) > Investment Choices and Research. For more detailed information, select the Quarterly Fund Fact Sheets link within Employer News on the home page. Information on this investment option was provided by Intel Corporation.

**Intel Stock Fund**

The Intel Stock Fund is not a mutual fund and is neither a managed nor diversified investment option. Since the fund

invests in only one stock, a portfolio manager does not actively manage this investment option. Information on this investment option was provided by Intel Corporation.

**International Stock**

This fund is administered pursuant to directions from the Intel Corporation Investment Policy Committee (IPC), which provided the description for this investment option.

The Morgan Stanley Capital International Europe, Australasia and Far East Index (MSCI EAFE) is an unmanaged market capitalization-weighted index designed to represent the performance of developed stock markets outside the United States and Canada.

**Large Cap U.S. Stock Fund**

The Russell 1000® Index is an unmanaged market capitalization-weighted index measuring the performance of the 1,000 largest companies in the Russell 3000® Index and is an appropriate index for broad-based large-cap funds.

**Lazard Emerging Markets**

Managed by Lazard Asset Management, which provided the description for this fund.

**Target Date Funds**

The funds are managed to gradually become more conservative over time as they approach their target date. The investment risk of each Target Date Fund changes over time as its asset allocation changes. They are subject to the volatility of the financial markets, including that of equity and fixed income investments in the U.S. and abroad, and may be subject to risks associated with investing in high-yield, small-cap, and foreign securities. Principal invested is not guaranteed at any time, including at or after their target dates. Unit price, yield and return will vary.

This fund is administered pursuant to directions from the Intel Corporation Investment Policy Committee (IPC), which provided the description for this investment option.

**SSgA Active Emerging Markets Non-Lending Series Fund - Class B**

Foreign securities are subject to interest-rate, currency-exchange-rate, economic, and political risks, all of which are magnified in emerging markets. Stock markets, especially foreign markets, are volatile and can decline significantly in response to adverse issuer, political, regulatory, market, or economic developments. Unit price and return will vary.

Managed by State Street Global Advisors, which provided the description for this fund.

**SSgA Nasdaq-100 Index® Non-Lending Series Fund - Class A**

The fund employs full replication, holding stocks in proportion to their weight in the NASDAQ 100 Index. Stock markets, especially foreign markets, are volatile and can decline significantly in response to adverse issuer, political, regulatory, market, or economic developments. Sector funds can be more volatile because of their narrow concentration in a specific industry. Unit price and return will vary.

This fund is managed by SSgA, who provided the description for this fund.

**Small Cap U.S. Stock Fund**

This investment is not a mutual fund but a collective investment that pools the assets of tax qualified employee benefit plans into a single fund with a common objective.

Goal: The investment seeks to provide long-term capital growth.

This fund is administered pursuant to directions from the Intel Corporation Investment Policy Committee (IPC), which provided the description for this investment option.

©2012 Morningstar, Inc., Morningstar Investment Profiles™ 312-696-6000. All rights reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future performance. Visit our investment website at www.morningstar.com.

Exhibit 8

MORNINGSTAR®

# EXHIBIT 9



**3Q** 09.30.15

# Target Date 2035 Fund

| Morningstar Category: | Morningstar Return: |
|---|---|
| Target Date 2031-2035 | Low |
| **Benchmark:** | **Morningstar Risk:** |
| 2035 Composite Benchmark | Low |

**Overall Morningstar Rating™**



Rated against 224 2031-2035 funds. An investment's Overall Morningstar Rating, based on its risk-adjusted return is a weighted average of its applicable 3-, 5-, and 10-year ratings. See disclosure for details. This data is based on historical performance.

**Manager Summary**

Intel has selected AB to help manage this proprietary custom series of target-date funds. In this role, AB designs, monitors and adjusts the Fund's asset mix. AB also rebalances the Fund's portfolio to keep it on track, and performs other investment-related services. AB and Intel have partnered with Morningstar on the production of these fact sheets, as well as the Fund ratings, categorization and analyst commentary included here.

**Objective**

The Fund seeks to provide long-term growth of capital (generating both income and capital appreciation) with an age-appropriate degree of risk consistent with the Fund's investment mix.

## Investment Strategy

- Target-date funds are designed for investors expecting to retire around the year indicated in each fund's name. The Funds are managed to gradually become more conservative over time as they approach their target date. The Fund's "target date" is the approximate year when an investor may expect to retire and begin withdrawing from his or her account.

- When the Fund reaches its target date; its investment mix will be 46% stocks/real assets, 20% hedge funds and 34% bonds/stable value.

- The Fund continues to adjust its asset allocation through retirement and reaches its final investment mix 15 years after the target date.

- The Fund will gradually shift to a more conservative asset mix by incrementally decreasing its stock allocation and increasing its bond allocation, while maintaining a fixed allocation to hedge funds. The Fund's final investment mix will be 31% stocks/real assets, 20% hedge funds and 49% bonds/stable value.

## Primary Investments

- A diversified mix of stocks, bonds, alternatives and short-term investments.

- This investment is not a mutual fund or a collective investment. It is a specifically weighted selection from the investments held in the Intel Corporation Retirement Plans Master Trust.



**INVESTMENTS BECOME MORE CONSERVATIVE OVER TIME***

* Target allocations as of 4/30/15. AB, the investment manager of these funds, believes that it may take up to 12 months or more to rebalance the funds to these targets, based on current market conditions and other factors.

Investment Products Offered   • Are Not FDIC Insured  • May Lose Value  • Are Not Bank Guaranteed

Investment in a target-date fund does not guarantee sufficient income in retirement.

Exhibit 9                                    Page 1 of 4

# TARGET DATE 2035 FUND

**3Q** 09.30.15

## Morningstar Analyst Report as of 09/30/2015

This fund is undergoing some moderate changes. Intel recently hired consultant AB to help with the design of the fund's glide path, as well as its asset allocation and portfolio construction. AB isn't overhauling the makeup of this fund, but it is toning down some of its peculiarities. For example, the fund will no longer sport as large an overweight in overseas stocks as it used to. It will invest more in domestic equities, while reducing its relative exposure to non-US developed and emerging markets. At the same time, the fund will see its hedge-fund stake go down slightly. The allocation to hedge funds will also emphasize more growth-oriented, rather than defensive, strategies.

Even though the changes put into effect by AB will bring the fund's asset-allocation mix slightly closer to that of the typical fund in the Morningstar category, this fund will retain a lot of its distinctive characteristics. To wit, it will continue to use a combination of passive and active strategies across its equity exposure. The active strategies focus heavily on risk-adjusted returns, protecting the fund well in downturns. A few of the managers, such as Cantillon Capital Management and International Value Advisers, run global strategies, too, utilizing a stock-by-stock bottom-up approach to portfolio construction. Such high-conviction strategies provide a sensible complement to the index funds elsewhere in the fund. The fund's inclusion of hedge-fund strategies is also unusual compared to traditional off-the-shelf target-date funds; it's an allocation that has to potential to goose risk-adjusted returns when traditional equities and bonds struggle.

The potential for this and other funds in the suite has yet to be fully realized, though. Markets were strangely one dimensional in 2014, with the S&P 500 Index and Barclays US Aggregate Bond Index being among the very top performers in their respective asset classes. The broad diversification that this fund has was of little use, as small-cap, foreign and hedged strategies all underperformed. It's also worth noting that equities (and bonds, albeit to a lesser extent) are coming off an exceptionally strong run. It's not hard to predict that the next several years may bring tougher sledding. This fund's multiple sources of return and risk are sure to shine through, however, if markets enter a more volatile stage.

## Performance Summary*

| | QTD | YTD | 1 Yr. | 3 Yrs. | 5 Yrs. | 10 Yrs. | Since Inception |
|---|---|---|---|---|---|---|---|
| **Target Date 2035 Fund** | -6.76% | -5.28% | -5.28% | 4.18% | 5.24% | 3.07% | 3.91% |
| **2035 Composite Benchmark†** | -8.59 | -4.90 | -5.48 | 3.95 | 4.35 | 2.67 | 3.54 |
| **MSCI World Net Index** | -8.45 | -6.04 | -5.09 | 8.58 | 8.29 | 4.73 | 5.87 |
| **Category Average** | -7.34 | -5.14 | -3.39 | 6.84 | 7.87 | 4.40 | — |
| **Sharpe Ratio** | — | — | -0.88 | 0.70 | 0.68 | — | — |
| **Morningstar Rating** | — | — | — | 1 | 1 | 2 | — |
| **Number of Funds in Category** | 224 | 215 | 202 | 156 | 124 | 35 | — |

## Quarterly Returns as of 09/30/2015

| | 1Q | 2Q | 3Q | 4Q | Annual |
|---|---|---|---|---|---|
| **2011** | 3.98% | 0.95% | -10.50% | 4.42% | -1.91% |
| **2012** | 7.45 | -3.14 | 4.92 | 1.93 | 11.31 |
| **2013** | 4.40 | -0.61 | 3.64 | 4.73 | 12.64 |
| **2014** | 1.90 | 3.47 | -1.40 | -0.01 | 3.95 |
| **2015** | 1.26 | 0.33 | -6.76 | | |

## Trailing Returns as of 09/30/2015

| | Total Return % | +/- Benchmark | +/- Category |
|---|---|---|---|
| **1 Year** | -5.28% | 0.20% | -1.89% |
| **3-Year Avg.** | 4.18 | 0.23 | -2.66 |
| **5-Year Avg.** | 5.24 | 0.89 | -2.63 |
| **10-Year Avg.** | 3.07 | 0.40 | -1.33 |
| **Since Inception** | 3.91 | 0.37 | — |

## General Information

| | |
|---|---|
| **Expense Ratio‡** | 0.92% |
| **Portfolio Turnover Rate** | 13% (as of September 30, 2015) |
| **Total Fund Assets (USD Mil.)** | 695.58 |

## Additional Information

Video

How to read and get more from your fact sheet

Click here for current performance

---

* The Fund's inception date is 06/01/2004. Performance is presented net of fees. Periods of less than one year represent cumulative returns.

† The benchmark for each target-date fund is a customized benchmark that has the same asset allocation as the Fund's target asset allocation, and uses index returns to represent the performance of the asset classes. The benchmark returns were calculated by weighting the monthly index returns of each asset class by the Fund's monthly target allocation for each asset class. Effective April 30, 2015, the Russell 1000 TR Index is used to represent Large-Cap US Stocks, the Russell 2000 TR Index is used to represent Small-Cap US Stocks, the MSCI EAFE IMI NR UH is used to represent International Stocks, the MSCI ACWI IMI NR UH is used to represent Global Stocks, the MSCI EM IMI NR UH is used to represent Emerging Markets Stocks, the Bloomberg Commodity TR Index is used to represent Real Assets, the HFRI Equity Hedge Index (1-month lag) is used to represent Growth-Oriented Hedge Funds, the HFRI FoF: Conservative Index (1-month lag) is used to represent Defensive-Oriented Hedge Funds, the 50% Citi WGBI/50% BofAML US HY Master II TR Index is used to represent Opportunistic Bonds, the Barclays US Agg Bond TR Index is used to represent Core Bonds, the Barclays US Treasury 1-10 Year TIPS Index is used to represent TIPS, and the BofAML US 3-Mo Treasury Bill Index is used to represent Stable Value.
Prior to April 30, 2015, the benchmark was adjusted quarterly to reflect the Fund's target asset allocation for each asset class, and the underlying holdings in each asset class.

‡ Expense Ratio includes the Management Fee, variable performance fees, which are payable only to select managers who exceed performance targets, and wrap/insurance fees to ensure principal stability.

Exhibit 9    Page 2 of 4

# TARGET DATE 2035 FUND

**3Q** 09.30.15

## Allocation by Asset Class



- Domestic Stocks 32.82%
- International Stock/Global Stock 34.29%
- Real Assets 2.54%
- Hedge Funds 20.78%
- Global Bonds 9.58%

## Portfolio Construction

| | Actual % of Portfolio |
|---|---|
| **Domestic Stocks** | |
| **Large Cap Pool** | **25.48%** |
| American Century Value Yield | 9.78% |
| BlackRock Russell 1000 Unitized Account | 5.96% |
| GMO Quality | 9.74% |
| **Small Cap Pool** | **7.34%** |
| BlackRock Russell 2000 Unitized Account | 5.09% |
| Segall Bryant Small Cap | 2.26% |
| **International Stock/Global Stock** | |
| **International Pool** | **9.77%** |
| BlackRock EAFE Unitized Account | 7.98% |
| LSV International Small Cap | 1.79% |
| **Global Equity Pool** | **14.91%** |
| Cantillon Global Equity | 7.39% |
| IVA Global Equity | 7.52% |
| **Emerging Markets Pool** | **9.61%** |
| BlackRock Emerging Markets (Hedged) | 1.64% |
| BlackRock MSCI Emerging Markets Fund | 1.49% |
| Lazard Emerging Markets Daily | 3.80% |
| LSV Emerging Markets Fund | 1.60% |
| Somerset Emerging Markets SMID All Country | 1.09% |

| | Actual % of Portfolio |
|---|---|
| **Real Assets** | |
| **Diversified Real Asset Pool** | **2.54%** |
| BlackRock Dow Jones UBS Commodities Daily | 1.23% |
| Blackstone Resources Select | 1.31% |
| **Hedge Funds** | |
| **Defensive Oriented Hedge Fund Pool** | **7.47%** |
| Intel Defensive Oriented Hedge Fund | 7.46% |
| **Growth Oriented Hedge Fund Pool** | **13.31%** |
| Intel Growth Oriented Hedge Fund | 13.31% |
| **Global Bonds** | |
| **Global Bond Pool** | **4.46%** |
| BlackRock Debt Index Daily (Global Bond) | 0.13% |
| Colchester Global Bond | 0.99% |
| MacKay Shields Core Fixed Income | 1.82% |
| Segall Bryant Core Fixed Income | 1.54% |
| **Opportunistic Bond Pool** | **5.12%** |
| BlackRock Debt Index Daily (Opportunistic) | 0.23% |
| Franklin Templeton Global Bond | 2.38% |
| Guggenheim Opportunistic Bond Fund | 2.49% |

Actual allocations will change over time. Columns may not sum due to rounding.

Additional information on the Underlying Funds and Manager Strategies is available under Fund Descriptions and/or in the respective core fund fact sheets at www.netbenefits.com/intel.

## Disclosure

When used as supplemental sales literature, the Investment Profile must be preceded or accompanied by the fund's current prospectus as well as this disclosure statement. The performance data given represents past performance and should not be considered indicative of future results. Principal value and investment return will fluctuate, so that an investor's shares when redeemed may be worth more or less than the original investment. Fund portfolio statistics change over time. The fund is not FDIC-insured, may lose value and is not guaranteed by a bank or other financial institution.

No assurance can be given that the fund will continue to invest its assets, or the same portion of assets, in the underlying funds or manager strategies represented here. The furnishing of information with respect to the underlying funds and manager strategies does not constitute a representation that participant balances in the fund will be invested in the future in the same percentages represented here, or at all, nor does it constitute a representation that the percentage allocations above will remain the same in the future for the purpose of determining the expected performance of the fund.

**MORNINGSTAR DISCLOSURE:** Some of the returns and Morningstar proprietary calculations may be based on pre-inception returns and are hypothetical. Morningstar may use the performance of the underlying investment vehicle for the prior periods, making adjustments to those returns for any difference in fee structure. The evaluation of this investment does not affect the retail mutual fund data published by Morningstar. This investment's metrics are compared against the retail mutual fund universe breakpoints to determine its hypothetical rating and category-related statistics. The Morningstar Rating that is reflected is hypothetical. The Rating is considered hypothetical because Morningstar does not

Exhibit 9                    Page 3 of 4

independently analyze the "custom fund" universe. Rather, the Rating is assigned to the "custom fund" as a means to compare the institutional funds with the universe of mutual funds that Morningstar rates.

**PERFORMANCE:** Total return reflects performance without adjusting for sales charges or the effects of taxation, but is adjusted to reflect all actual ongoing fund expenses and assumes reinvestment of dividends and capital gains. If adjusted, sales charges would reduce the performance quoted.

The fund's performance is compared with that of an index. The index is an unmanaged portfolio of specified securities and the index does not reflect any initial or ongoing expenses. A fund's portfolio may differ significantly from the securities in the index.

**INVESTMENT RISK:** The value of your investment in the Fund will change with changes in the values of the Fund's investments in the underlying funds. There is no assurance that the Fund will provide an investor with adequate income at or through retirement. **Allocation Risk:** The allocation of investments among the underlying funds' different investment styles, such as equity or debt securities, or US or non-US securities, may have a more significant effect on the Fund's net asset value ("NAV") when one of these investments is performing more poorly than the other. There is no assurance that allocation decisions will result in the desired effects. Subjective decisions made by the investment manager may cause the Fund to incur losses or to miss profit opportunities on which it might otherwise have capitalized. **Market Risk:** The value of the Fund's investments will fluctuate as the stock or bond market fluctuates. The value of its investments may decline, sometimes rapidly and unpredictably, simply because of economic changes or other events that affect large portions of the market. It includes the risk that a particular style of investing may be underperforming the stock market generally. **Interest-Rate Risk:** Changes in interest rates will affect the value of the Fund's investments in underlying funds that invest in fixed-income securities. When interest rates rise, the value of investments in fixed-income securities tends to fall and this decrease in value may not be offset by higher income from new investments. Interest-rate risk is generally greater for fixed-income securities with longer maturities or durations. **Credit Risk:** An issuer or guarantor of a fixed-income security, or the counterparty to a derivatives or other contract, may be unable or unwilling to make timely payments of interest or principal, or to otherwise honor its obligations. The issuer or guarantor may default, causing a loss of the full principal amount of a security. The degree of risk for a particular security may be reflected in its credit rating. There is the possibility that the credit rating of a fixed-income security may be downgraded after purchase, which may adversely affect the value of the security. Investments by underlying funds in fixed-income securities with lower ratings are subject to a higher probability that an issuer will default or fail to meet its payment obligations. **Inflation Risk:** This is the risk that the value of assets or income from the Fund's investments in the underlying funds will be less in the future as inflation decreases the value of money. As inflation increases, the value of each underlying fund's assets can decline as can the value of that underlying fund's distributions. **Foreign (Non-US) Risk:** Investments in non-US issuers by underlying funds may involve more risk than investments in US issuers. These securities may fluctuate more widely in price and may be less liquid due to adverse market, economic, political, and regulatory or other factors. **Emerging Market Risk:** Investments by underlying funds in emerging-market countries may involve more risk than investments in other foreign countries because the markets in emerging-market countries are less developed and less liquid as well as subject to increased economic, political, regulatory and other uncertainties. **Currency Risk:** Fluctuations in currency exchange rates may negatively affect the value of the Fund's investments or reduce its returns. **Capitalization Risk:** Investments in small- and mid-capitalization companies by underlying funds tend to be more volatile than investments in large-capitalization companies. Investments in small-capitalization companies may have additional risks because these companies often have limited product lines, markets, or financial resources. **Derivatives Risk:** Derivatives may be illiquid, difficult to price, and leveraged so that small changes may produce disproportionate losses, and may be subject to counterparty risk to a greater degree than more traditional investments. **Leverage Risk:** Borrowing money or other leverage may make an underlying fund's investments more volatile because leverage tends to exaggerate the effect of any increase or decrease in the value of its investments. An underlying fund may create leverage through the use of certain portfolio management techniques such as reverse repurchase agreements or forward commitments, or by borrowing money. **Diversification Risk:** The Fund may have more risk because it is "non-diversified," meaning that it can invest more of its assets in a smaller number of issuers. **Management Risk:** The Fund is subject to management risk because it is an actively managed investment fund. The investment manager will apply its investment techniques and risk analyses in making investment decisions for the Fund, but there is no guarantee that its techniques will produce the intended results.

As with all investments, you may lose money by investing in the Fund.

**PERFORMANCE DISCLOSURE:** The performance data quoted represents past performance and does not guarantee future results. Current performance may be lower or higher than the return data quoted herein. The investment return will fluctuate; thus, an investor's shares, when redeemed, may be worth more or less than their original cost. Principal invested is not guaranteed at any time.

For more current information, including month-end performance, please call 888-401-SERP (7377) or visit www.netbenefits.com/intel.

**LIFE CYCLE RISK:** Target-date funds typically invest in other investments and are designed for investors who are planning to retire during the target-date year. The fund's target date is the approximate date of when investors expect to begin withdrawing their money. A target-date fund's investment objective/strategy typically becomes more conservative over time, primarily by reducing its allocation to equity investments and increasing its allocations in fixed-income investments. An investor's principal value in a target-date fund is not guaranteed at any time, including at the fund's target date.

**FUND SPECIFIC NOTES:**

**Target-Date Funds:** The funds are managed to gradually become more conservative over time as they approach their target date. The investment risk of each target-date fund changes over time as its asset allocation changes. Target-date funds are subject to the volatility of the financial markets, including that of equity and fixed-income investments in the US and abroad, and may be subject to risks associated with investing in high-yield, small-cap and foreign securities. Principal invested is not guaranteed at any time, including at or after the target date. Unit price, yield and return will vary.

This fund is administered pursuant to directions from the Intel Corporation Investment Policy Committee (IPC) and AB, which provided the description for this investment option.

Foreign investments, especially those in emerging markets, involve greater risk and may offer greater potential returns than US investments. This risk includes the political and economic uncertainties of foreign countries, as well as the risk of currency fluctuation. Unit price, yield and return will vary. The investment option is a custom strategy fund. It is managed by AllianceBernstein L.P. (AB). AB provided the description for this investment, which is intended to be a brief overview of the Fund.

**ADDITIONAL INFORMATION**

For more information about this fund, visit www.netbenefits.com/intel, or call 888-401-SERP (7377).

Information was provided by Intel Corporation. Fidelity Investments is not responsible for its content.

# EXHIBIT 10



**3Q** 09.30.15

# Target Date 2015 Fund

| **Morningstar Category:** | **Morningstar Return:** |
| Target Date 2011-2015 | Average |
| **Benchmark:** | **Morningstar Risk:** |
| 2015 Composite Benchmark | Low |

**Overall Morningstar Rating™**



Rated against 188 2011-2015 funds. An investment's Overall Morningstar Rating, based on its risk-adjusted return is a weighted average of its applicable 3-, 5-, and 10-year ratings. See disclosure for details. This data is based on historical performance.

**Manager Summary**

Intel has selected AB to help manage this proprietary custom series of target-date funds. In this role, AB designs, monitors and adjusts the Fund's asset mix. AB also rebalances the Fund's portfolio to keep it on track, and performs other investment-related services. AB and Intel have partnered with Morningstar on the production of these fact sheets, as well as the Fund ratings, categorization and analyst commentary included here.

**Objective**

The Fund seeks to provide long-term growth of capital (generating both income and capital appreciation) with an age-appropriate degree of risk consistent with the Fund's investment mix.

**Investment Strategy**

- Target-date funds are designed for investors expecting to retire around the year indicated in each fund's name. The Funds are managed to gradually become more conservative over time as they approach their target date. The Fund's "target date" is the approximate year when an investor may expect to retire and begin withdrawing from his or her account.

- The Fund has reached its target date and will continue to adjust its asset allocation through retirement. The Fund will reach its final investment mix 15 years after the target date, when it will gradually shift to a more conservative asset mix by incrementally decreasing its stock allocation and increasing its bond allocation, while maintaining a fixed allocation to hedge funds.

- The Fund's final investment mix will be 31% stocks/real assets, 20% hedge funds and 49% bonds/stable value.

**Primary Investments**

- A diversified mix of stocks, bonds, alternatives and short-term investments.

- This investment is not a mutual fund or a collective investment. It is a specifically weighted selection from the investments held in the Intel Corporation Retirement Plans Master Trust.



**INVESTMENTS BECOME MORE CONSERVATIVE OVER TIME***

Today

Asset Allocation (%)

40  35  30  25  20  15  10  5  Retirement  5  10  15  20
Years Before →            → Years After →

- Stable Value
- Inflation-Protected Bonds
- Global Bonds
- Hedge Funds
- Real Assets
- International/Global Stocks
- Domestic Stocks

*\* Target allocations as of 4/30/15. AB, the investment manager of these funds, believes that it may take up to 12 months or more to rebalance the funds to these targets, based on current market conditions and other factors.*

Investment Products Offered   • Are Not FDIC Insured • May Lose Value • Are Not Bank Guaranteed

Investment in a target-date fund does not guarantee sufficient income in retirement.

Exhibit 10                    Page 1 of 4

# TARGET DATE 2015 FUND

**3Q** 09.30.15

## Morningstar Analyst Report as of 09/30/2015

This fund, which is suited for investors in retirement, is undergoing some slight changes in its asset-allocation makeup. Under the guidance of newly hired consultant AB, the fund's equity stake will rise to about 38%, from 35%, of assets. The composition of that equity sleeve will change, too, with an increased allocation to domestic equities from international and emerging-market stocks. At the same time, the fund will raise its allocation to inflation-protected bonds and opportunistic fixed income, while lowering its exposure to hedge funds from 25% to 20%.

While the tweaks in the fund's asset allocation bring its mix a bit closer to that of a typical fund in the Morningstar category and industry benchmarks, this fund remains distinctive when compared to most off-the-shelf target-date offerings. For one thing, the vast majority of target-date funds don't have access to hedge funds. This fund continues to devote about 20% to alternatives. Nor are rival offerings composed of funds from a diverse set of asset managers (most off-the-shelf funds only include proprietary strategies). Distinctive too is the fact that this fund invests in both active and passive vehicles and employs best-of-breed active managers for alpha generation. Given the fund's scale and access, we think it is optimally positioned, with diversified sources of both risk and return.

The benefits of such diversification have not been on full display lately. Indeed, plain-vanilla asset allocation (in perhaps its crudest form) has worked better. Domestic large-caps were the clear winner in 2014, while non-US stocks, especially those in emerging markets, languished. Meanwhile, hedge-fund returns were relatively pedestrian in 2014, as hedged strategies lagged. The active equity managers in this fund underperformed, too, as their globally-minded, risk-conscious approach to investing generated meager returns relative to the S&P 500 Index. Despite this recent underperformance, this fund's dynamic makeup enables it to generate steady risk-adjusted returns going forward.

## Performance Summary*

| | QTD | YTD | 1 Yr. | 3 Yrs. | 5 Yrs. | 10 Yrs. | Since Inception |
|---|---|---|---|---|---|---|---|
| Target Date 2015 Fund | -4.39% | -3.23% | -3.14% | 4.52% | 5.24% | 4.15% | 4.74% |
| 2015 Composite Benchmark† | -6.25 | -3.22 | -3.60 | 4.19 | 4.30 | — | — |
| MSCI World Net Index | -8.45 | -6.04 | -5.09 | 8.58 | 8.29 | 4.73 | 5.87 |
| Category Average | -4.11 | -2.99 | -1.84 | 4.27 | 5.52 | 3.51 | — |
| Sharpe Ratio | — | — | -0.81 | 1.10 | 0.92 | — | — |
| Morningstar Rating | — | — | — | 3 | 3 | 3 | — |
| Number of Funds in Category | 188 | 180 | 171 | 127 | 112 | 31 | — |

## Quarterly Returns as of 09/30/2015

| | 1Q | 2Q | 3Q | 4Q | Annual |
|---|---|---|---|---|---|
| 2011 | 3.34% | 1.03% | -8.21% | 4.03% | -0.31% |
| 2012 | 5.86 | -2.02 | 3.99 | 1.22 | 9.18 |
| 2013 | 4.50 | 0.36 | 2.77 | 4.26 | 12.36 |
| 2014 | 2.38 | 2.16 | -0.90 | 0.10 | 3.75 |
| 2015 | 1.03 | 0.18 | -4.39 | — | — |

## Trailing Returns as of 09/30/2015

| | Total Return % | +/- Benchmark | +/- Category |
|---|---|---|---|
| 1 Year | -3.14% | 0.46% | -1.30% |
| 3-Year Avg. | 4.52 | 0.33 | 0.25 |
| 5-Year Avg. | 5.24 | 0.94 | -0.28 |
| 10-Year Avg. | 4.15 | — | 0.64 |
| Since Inception | 4.74 | — | — |

## General Information

| | |
|---|---|
| Expense Ratio‡ | 1.03% |
| Portfolio Turnover Rate | 26% (as of September 30, 2015) |
| Total Fund Assets (USD Mil.) | 233.77 |

## Additional Information

Video

How to read and get more from your fact sheet

Click here for current performance

* The Fund's inception date is 06/01/2004. Performance is presented net of fees. Periods of less than one year represent cumulative returns.
† The benchmark for each target-date fund is a customized benchmark that has the same asset allocation as the Fund's target asset allocation, and uses index returns to represent the performance of the asset classes. The benchmark returns were calculated by weighting the monthly index returns of each asset class by the Fund's monthly target allocation for each asset class. Effective April 30, 2015, the Russell 1000 TR Index is used to represent Large-Cap US Stocks, the Russell 2000 TR Index is used to represent Small-Cap US Stocks, the MSCI EAFE IMI NR UH is used to represent International Stocks, the MSCI ACWI IMI NR UH is used to represent Global Stocks, the MSCI EM IMI NR UH is used to represent Emerging Markets Stocks, the Bloomberg Commodity TR Index is used to represent Real Assets, the HFRI Equity Hedge Index (1-month lag) is used to represent Growth-Oriented Hedge Funds, the HFRI FoF: Conservative Index (1-month lag) is used to represent Defensive-Oriented Hedge Funds, the 50% Citi WGBI/50% BofAML US HY Master II TR Index is used to represent Opportunistic Bonds, the Barclays US Agg Bond TR Index is used to represent Core Bonds, the Barclays US Treasury 1-10 Year TIPS Index is used to represent TIPS, and the BofAML US 3-Mo Treasury Bill Index is used to represent Stable Value.
  Prior to April 30, 2015, the benchmark was adjusted quarterly to reflect the Fund's target asset allocation for each asset class, and the underlying holdings in each asset class.
‡ Expense Ratio includes the Management Fee, variable performance fees, which are payable only to select managers who exceed performance targets, and wrap/insurance fees to ensure principal stability.

Exhibit 10       Page 2 of 4

# TARGET DATE 2015 FUND

**3Q** 09.30.15

## Allocation by Asset Class



- Domestic Stocks 17.86%
- International Stock/Global Stock 19.43%
- Real Assets 5.36%
- Hedge Funds 29.48%
- Global Bonds 14.10%
- Inflation-Protected Bonds 5.86%
- Stable Value 7.91%

## Portfolio Construction

| | Actual % of Portfolio |
|---|---|
| **Domestic Stocks** | |
| **Large Cap Pool** | **15.18%** |
| American Century Value Yield | 5.83% |
| BlackRock Russell 1000 Unitized Account | 3.55% |
| GMO Quality | 5.80% |
| **Small Cap Pool** | **2.68%** |
| BlackRock Russell 2000 Unitized Account | 1.86% |
| Segall Bryant Small Cap | 0.82% |
| **International Stock/Global Stock** | |
| **International Pool** | **5.69%** |
| BlackRock EAFE Unitized Account | 4.65% |
| LSV International Small Cap | 1.04% |
| **Global Equity Pool** | **11.38%** |
| Cantillon Global Equity | 5.64% |
| IVA Global Equity | 5.74% |
| **Emerging Markets Pool** | **2.36%** |
| BlackRock Emerging Markets (Hedged) | 0.40% |
| BlackRock MSCI Emerging Markets Fund | 0.36% |
| Lazard Emerging Markets Daily | 0.93% |
| LSV Emerging Markets Fund | 0.39% |
| Somerset Emerging Markets SMID All Country | 0.27% |

| | Actual % of Portfolio |
|---|---|
| **Real Assets** | |
| **Diversified Real Asset Pool** | **5.36%** |
| BlackRock Dow Jones UBS Commodities Daily | 2.58% |
| Blackstone Resources Select | 2.77% |
| **Hedge Funds** | |
| **Defensive Oriented Hedge Fund Pool** | **13.41%** |
| Intel Defensive Oriented Hedge Fund | 13.38% |
| **Growth Oriented Hedge Fund Pool** | **16.07%** |
| Intel Growth Oriented Hedge Fund | 16.07% |
| **Global Bonds** | |
| **Global Bond Pool** | **10.14%** |
| BlackRock Debt Index Daily (Global Bond) | 0.30% |
| Colchester Global Bond | 2.24% |
| MacKay Shields Core Fixed Income | 4.14% |
| Segall Bryant Core Fixed Income | 3.49% |
| **Opportunistic Bond Pool** | **3.96%** |
| BlackRock Debt Index Daily (Opportunistic) | 0.18% |
| Franklin Templeton Global Bond | 1.85% |
| Guggenheim Opportunistic Bond Fund | 1.93% |
| **Inflation-Protected Bonds** | |
| **TIPS Pool** | **5.86%** |
| SSgA 1-10 Year US TIPS | 5.86% |
| **Stable Value** | |
| **Stable Value Pool** | **7.91%** |
| Standish Mellon Asset Management Stable Value Fund | 7.91% |

Actual allocations will change over time. Columns may not sum due to rounding.

Additional information on the Underlying Funds and Manager Strategies is available under Fund Descriptions and/or in the respective core fund fact sheets at www.netbenefits.com/intel.

## Disclosure

When used as supplemental sales literature, the Investment Profile must be preceded or accompanied by the fund's current prospectus as well as this disclosure statement. The performance data given represents past performance and should not be considered indicative of future results. Principal value and investment return will fluctuate, so that an investor's shares when redeemed may be worth more or less than the original investment. Fund portfolio statistics change over time. The fund is not FDIC-insured, may lose value and is not guaranteed by a bank or other financial institution.

No assurance can be given that the fund will continue to invest its assets, or the same portion of assets, in the underlying funds or manager strategies represented here. The furnishing of information with respect to the underlying funds and manager strategies does not constitute a representation that participant balances in the fund will be invested in the future in the same percentages represented here, or at all, nor does it constitute a representation that the percentage allocations above will remain the same in the future for the purpose of determining the expected performance of the fund.

Exhibit 10    Page 3 of 4

**TARGET DATE 2015 FUND**

**3Q** 09.30.15

**MORNINGSTAR DISCLOSURE:** Some of the returns and Morningstar proprietary calculations may be based on pre-inception returns and are hypothetical. Morningstar may use the performance of the underlying investment vehicle for the prior periods, making adjustments to those returns for any difference in fee structure. The evaluation of this investment does not affect the retail mutual fund data published by Morningstar. This investment's metrics are compared against the retail mutual fund universe breakpoints to determine its hypothetical rating and category-related statistics. The Morningstar Rating that is reflected is hypothetical. The Rating is considered hypothetical because Morningstar does not independently analyze the "custom fund" universe. Rather, the Rating is assigned to the "custom fund" as a means to compare the institutional funds with the universe of mutual funds that Morningstar rates.

**PERFORMANCE:** Total return reflects performance without adjusting for sales charges or the effects of taxation, but is adjusted to reflect all actual ongoing fund expenses and assumes reinvestment of dividends and capital gains. If adjusted, sales charges would reduce the performance quoted.

The fund's performance is compared with that of an index. The index is an unmanaged portfolio of specified securities and the index does not reflect any initial or ongoing expenses. A fund's portfolio may differ significantly from the securities in the index.

**INVESTMENT RISK:** The value of your investment in the Fund will change with changes in the values of the Fund's investments in the underlying funds. There is no assurance that the Fund will provide an investor with adequate income at or through retirement. **Allocation Risk:** The allocation of investments among the underlying funds' different investment styles, such as equity or debt securities, or US or non-US securities, may have a more significant effect on the Fund's net asset value ("NAV") when one of these investments is performing more poorly than the other. There is no assurance that allocation decisions will result in the desired effects. Subjective decisions made by the investment manager may cause the Fund to incur losses or to miss profit opportunities on which it might otherwise have capitalized. **Market Risk:** The value of the Fund's investments will fluctuate as the stock or bond market fluctuates. The value of its investments may decline, sometimes rapidly and unpredictably, simply because of economic changes or other events that affect large portions of the market. It includes the risk that a particular style of investing may be underperforming the stock market generally. **Interest-Rate Risk:** Changes in interest rates will affect the value of the Fund's investments in underlying funds that invest in fixed-income securities. When interest rates rise, the value of investments in fixed-income securities tends to fall and this decrease in value may not be offset by higher income from new investments. Interest-rate risk is generally greater for fixed-income securities with longer maturities or durations. **Credit Risk:** An issuer or guarantor of a fixed-income security, or the counterparty to a derivatives or other contract, may be unable or unwilling to make timely payments of interest or principal, or to otherwise honor its obligations. The issuer or guarantor may default, causing a loss of the full principal amount of a security. The degree of risk for a particular security may be reflected in its credit rating. There is the possibility that the credit rating of a fixed-income security may be downgraded after purchase, which may adversely affect the value of the security. Investments by underlying funds in fixed-income securities with lower ratings are subject to a higher probability that an issuer will default or fail to meet its payment obligations. **Inflation Risk:** This is the risk that the value of assets or income from the Fund's investments in the underlying funds will be less in the future as inflation decreases the value of money. As inflation increases, the value of each underlying fund's assets can decline as can the value of that underlying fund's distributions. **Foreign (Non-US) Risk:** Investments in non-US issuers by underlying funds may involve more risk than investments in US issuers. These securities may fluctuate more widely in price and may be less liquid due to adverse market, economic, political, and regulatory or other factors. **Emerging Market Risk:** Investments by underlying funds in emerging-market countries may involve more risk than investments in other foreign countries because the markets in emerging-market countries are less developed and less liquid as well as subject to increased economic, political, regulatory and other uncertainties. **Currency Risk:** Fluctuations in currency exchange rates may negatively affect the value of the Fund's investments or reduce its returns. **Capitalization Risk:** Investments in small- and mid-capitalization companies by underlying funds tend to be more volatile than investments in large-capitalization companies. Investments in small-capitalization companies may have additional risks because these companies often have limited product lines, markets, or financial resources. **Derivatives Risk:** Derivatives may be illiquid, difficult to price, and leveraged so that small changes may produce disproportionate losses, and may be subject to counterparty risk to a greater degree than more traditional investments. **Leverage Risk:** Borrowing money or other leverage may make an underlying fund's investments more volatile because leverage tends to exaggerate the effect of any increase or decrease in the value of its investments. An underlying fund may create leverage through the use of certain portfolio management techniques such as reverse repurchase agreements or forward commitments, or by borrowing money. **Diversification Risk:** The Fund may have more risk because it is "non-diversified," meaning that it can invest more of its assets in a smaller number of issuers. **Management Risk:** The Fund is subject to management risk because it is an actively managed investment fund. The investment manager will apply its investment techniques and risk analyses in making investment decisions for the Fund, but there is no guarantee that its techniques will produce the intended results.

As with all investments, you may lose money by investing in the Fund.

**PERFORMANCE DISCLOSURE:** The performance data quoted represents past performance and does not guarantee future results. Current performance may be lower or higher than the return data quoted herein. The investment return will fluctuate; thus, an investor's shares, when redeemed, may be worth more or less than their original cost. Principal invested is not guaranteed at any time.

For more current information, including month-end performance, please call 888-401-SERP (7377) or visit www.netbenefits.com/intel.

**LIFE CYCLE RISK:** Target-date funds typically invest in other investments and are designed for investors who are planning to retire during the target-date year. The fund's target date is the approximate date of when investors expect to begin withdrawing their money. A target-date fund's investment objective/strategy typically becomes more conservative over time, primarily by reducing its allocation to equity investments and increasing its allocations in fixed-income investments. An investor's principal value in a target-date fund is not guaranteed at any time, including at the fund's target date.

**FUND SPECIFIC NOTES:**

**Target-Date Funds:** The funds are managed to gradually become more conservative over time as they approach their target date. The investment risk of each target-date fund changes over time as its asset allocation changes. Target-date funds are subject to the volatility of the financial markets, including that of equity and fixed-income investments in the US and abroad, and may be subject to risks associated with investing in high-yield, small-cap and foreign securities. Principal invested is not guaranteed at any time, including at or after the target date. Unit price, yield and return will vary.

This fund is administered pursuant to directions from the Intel Corporation Investment Policy Committee (IPC) and AB, which provided the description for this investment option.

Foreign investments, especially those in emerging markets, involve greater risk and may offer greater potential returns than US investments. This risk includes the political and economic uncertainties of foreign countries, as well as the risk of currency fluctuation. Unit price, yield and return will vary. The investment option is a custom strategy fund. It is managed by AllianceBernstein L.P. (AB). AB provided the description for this investment, which is intended to be a brief overview of the Fund.

**ADDITIONAL INFORMATION**

For more information about this fund, visit www.netbenefits.com/intel, or call 888-401-SERP (7377).

Information was provided by Intel Corporation. Fidelity Investments is not responsible for its content.

INT-2015K-0915

Exhibit 10          Page 4 of 4

# EXHIBIT 11



**4Q**  12.31.17

# Target Date 2035 Fund

| Morningstar Category: | Morningstar Return: |
|---|---|
| Target Date 2031-2035 | Low |
| **Benchmark:** | **Morningstar Risk:** |
| 2035 Composite Benchmark | Low |

**Overall Morningstar Rating™**



Rated against 218 2031-2035 funds. An investment's Overall Morningstar Rating, based on its risk-adjusted return is a weighted average of its applicable 3-, 5-, and 10-year ratings. See disclosure for details. This data is based on historical performance.

**Manager Summary**
Intel has selected AB as consultant for the custom series of target-date funds. In this role, AB monitors and rebalances the Fund's asset mix and performs other consulting related services. AB and Intel have partnered with Morningstar on the production of these fact sheets, as well as the fund ratings, categorization and analyst commentary included here.

**Objective**
The Fund seeks to provide long-term growth of capital (generating both income and capital appreciation) with an age-appropriate degree of risk consistent with the Fund's investment mix.

## Investment Strategy

- Target-date funds are designed for investors expecting to retire around the year indicated in each fund's name. The Funds are managed to gradually become more conservative over time as they approach their target date. The Fund's "target date" is the approximate year when an investor may expect to retire and begin withdrawing from his or her account.

- When the Fund reaches its target date; its investment mix will be 46% stocks/real assets, 20% hedge funds and 34% bonds/stable value.

- The Fund continues to adjust its asset allocation through retirement and reaches its final investment mix 15 years after the target date.

- The Fund will gradually shift to a more conservative asset mix by incrementally decreasing its stock allocation and increasing its bond allocation, while maintaining a fixed allocation to hedge funds. The Fund's final investment mix will be 31% stocks/real assets, 20% hedge funds and 49% bonds/stable value.

## Primary Investments

- A diversified mix of stocks, bonds, alternatives and short-term investments.

- This investment is not a mutual fund or a collective investment. It is a specifically weighted selection from the investments held in the Intel Corporation Retirement Plans Master Trust.



**INVESTMENTS BECOME MORE CONSERVATIVE OVER TIME***

* Target allocations as of 4/30/15. It may take up to 12 months or more to rebalance the funds to these targets, based on current market conditions and other factors.

Investment Products Offered   • Are Not FDIC Insured • May Lose Value • Are Not Bank Guaranteed
Investment in a target-date fund does not guarantee sufficient income in retirement.

Exhibit 11                                                        Page 1 of 4

# TARGET DATE 2035 FUND

**4Q** 12.31.17

## Morningstar Analyst Report as of 6/30/17

Target Date 2035 Fund delivered competitive results for the trailing 12-months through June 30, 2017, surpassing both the Target Date 2035 Morningstar Category average and its benchmark index. During a period in which global stock prices in the aggregate rose across the market's capitalization range and style spectrum, an above-average allocation to equities contributed significantly to the fund's relative results. An emphasis on growth stocks in the equity portion of the portfolio, which includes a substantial allocation to growth-oriented hedge funds, provided another advantage, as value stocks generally lagged growth over the past year. The fund's above-average stake in foreign markets boosted results as well, particularly in the second half of the measurement period.

As the attributes noted above suggest, this fund and others in the series deviate in significant ways from peer group norms. Composed of a well-diversified, multi-asset portfolio, it has broader exposure to global markets and invests in hedge funds and opportunistic bond strategies as well. Those departures from category norms helped generate outperformance in the current measurement period but in other market environments those same differences can become disadvantages. Although the fund exceeded its benchmark in the trailing three-year period, for instance, it lagged its typical peer in the same time frame.

No fund or strategy can succeed in every market environment, of course. And investors here shouldn't expect results that shadow the index or category average, either. That's partly by design—hedge funds and opportunistic bond strategies such as the ones this fund holds are meant to provide returns that aren't closely correlated with the movements of either the broad stock or fixed-income markets.

Although patience will be required at times, we believe the fund's expansive approach and broader range of investment vehicles offer the potential for steady risk-adjusted results over the long term.

## Performance Summary*

| | QTD | YTD | 1 Yr. | 3 Yrs. | 5 Yrs. | 10 Yrs. | Since Inception |
|---|---|---|---|---|---|---|---|
| **Target Date 2035 Fund** | 3.77% | 17.60% | 17.60% | 7.87% | 8.00% | 3.79% | 5.41% |
| **2035 Composite Benchmark†** | 4.63 | 18.40 | 18.40 | 8.01 | 7.79 | 3.39 | 5.10 |
| **MSCI World Net Index** | 5.51 | 22.40 | 22.40 | 9.26 | 11.64 | 5.03 | 7.44 |
| **Category Average** | 4.38 | 18.43 | 18.43 | 7.87 | 9.66 | 5.40 | — |
| **Sharpe Ratio** | — | — | 9.38 | 1.20 | 1.31 | — | — |
| **Morningstar Rating** | — | — | — | 3 | 1 | 1 | — |
| **Number of Funds in Category** | 218 | 208 | 208 | 166 | 132 | 57 | — |

Click here for current performance

### Quarterly Returns as of 12/31/2017

| | 1Q | 2Q | 3Q | 4Q | Annual |
|---|---|---|---|---|---|
| **2013** | 4.40 | -0.61 | 3.64 | 4.73 | 12.64 |
| **2014** | 1.90 | 3.47 | -1.40 | -0.01 | 3.95 |
| **2015** | 1.26 | 0.33 | -6.76 | 2.91 | -2.52 |
| **2016** | 0.50 | 2.91 | 4.54 | 1.27 | 9.50 |
| **2017** | 5.22 | 3.39 | 4.17 | 3.77 | 17.60 |

### Trailing Returns as of 12/31/2017

| | Total Return % | +/- Benchmark | +/- Category |
|---|---|---|---|
| **1 Year** | 17.60% | -0.80% | -0.83% |
| **3-Year Avg.** | 7.87 | -0.14 | 0.00 |
| **5-Year Avg.** | 8.00 | 0.21 | -1.66 |
| **10-Year Avg.** | 3.79 | 0.40 | -1.61 |
| **Since Inception** | 5.41 | 0.31 | — |

### General Information

| | |
|---|---|
| **Expense Ratio‡** | 0.83% |
| **Portfolio Turnover Rate** | 24% (as of December 31, 2017) |
| **Total Fund Assets (USD Mil.)** | 1152.31 |

### Additional Information

Video

How to read and get more from your fact sheet

---

* The Fund's inception date is 06/01/2004. Performance is presented net of fees. Periods of less than one year represent cumulative returns.

† The benchmark for each target-date fund is a customized benchmark that has the same asset allocation as the Fund's target asset allocation, and uses index returns to represent the performance of the asset classes. The benchmark returns were calculated by weighting the monthly index returns of each asset class by the Fund's monthly target allocation for each asset class. Effective April 30, 2015, the Russell 1000 TR Index is used to represent Large-Cap US Stocks, the Russell 2000 TR Index is used to represent Small-Cap US Stocks, the MSCI EAFE IMI NR UH is used to represent International Stocks, the MSCI ACWI IMI NR UH is used to represent Global Stocks, the MSCI EM IMI NR UH is used to represent Emerging Markets Stocks, the Bloomberg Commodity TR Index is used to represent Real Assets, the HFRI Equity Hedge Index (1-month lag) is used to represent Growth-Oriented Hedge Funds, the HFRI FoF: Conservative Index (1-month lag) is used to represent Defensive-Oriented Hedge Funds, the 50% Citi WGBI/50% BofAML US HY Master II TR Index is used to represent Opportunistic Bonds, the Bloomberg Barclays US Agg Bond TR Index is used to represent Core Bonds, the Bloomberg Barclays US Treasury 1-10 Year TIPS Index is used to represent TIPS, and the BofAML US 3-Mo Treasury Bill Index is used to represent Stable Value.
Prior to April 30, 2015, the benchmark was adjusted quarterly to reflect the Fund's target asset allocation for each asset class, and the underlying holdings in each asset class.

‡ Expense Ratio includes the Management Fee, variable performance fees, which are payable only to select managers who exceed performance targets, and wrap/insurance fees to ensure principal stability.

Exhibit 11                    Page 2 of 4

# TARGET DATE 2035 FUND

**4Q** 12.31.17

## Allocation by Asset Class



- Domestic Stocks 34.83%
- International Stock/Global Stock 36.03%
- Real Assets 6.12%
- Hedge Funds 11.94%
- Global Bonds 11.08%

## Portfolio Construction

| Domestic Stocks | Actual % of Portfolio |
|---|---|
| **Large Cap Pool** | **26.71%** |
| American Century Value Yield | 10.04% |
| BlackRock Russell 1000 Unitized Account | 6.68% |
| GMO Quality | 9.99% |
| **Small Cap Pool** | **8.12%** |
| BlackRock Russell 2000 Unitized Account | 5.55% |
| Boston Partners Small Cap | 2.57% |
| **International Stock/Global Stock** | |
| **International Pool** | **11.83%** |
| BlackRock EAFE Unitized Account | 9.16% |
| LSV International Small Cap | 2.66% |
| **Global Equity Pool** | **14.89%** |
| Cantillon Global Equity | 9.06% |
| IVA Global Equity | 5.83% |
| **Emerging Markets Pool** | **9.31%** |
| BlackRock Emerging Markets (Hedged) | 1.47% |
| BlackRock MSCI Emerging Markets Fund | 1.55% |
| Lazard Emerging Markets Daily | 3.39% |
| LSV Emerging Markets Fund | 1.79% |
| Somerset Emerging Markets SMID All Country | 1.12% |

| Real Assets* | Actual % of Portfolio |
|---|---|
| **Diversified Real Asset Pool** | **6.12%** |
| BlackRock Dow Jones UBS Commodities Daily | 3.07% |
| State Street Global Real Estate Securities Index Non-Lending Series Fund Class A | 3.05% |
| **Hedge Funds*** | |
| **Defensive Oriented Hedge Fund Pool** | **2.56%** |
| Intel Defensive Oriented Hedge Fund | 2.56% |
| **Growth Oriented Hedge Fund Pool** | **9.38%** |
| Intel Growth Oriented Hedge Fund | 9.38% |
| **Global Bonds** | |
| **Global Bond Pool** | **5.26%** |
| BlackRock Debt Index Daily (Global Bond) | 0.23% |
| Colchester Global Bond | 1.10% |
| MacKay Shields Core Fixed Income | 1.96% |
| Segall Bryant Core Fixed Income | 1.97% |
| **Opportunistic Bond Pool** | **5.82%** |
| BlackRock Debt Index Daily (Opportunistic) | 0.26% |
| Franklin Templeton Global Bond | 2.60% |
| Guggenheim Opportunistic Bond Fund | 2.96% |

* Includes residual positions which may not be listed.

The portfolio construction table may not sum to pie chart. The pie chart does not include residual positions in some underlying funds.

Additional information on the Underlying Funds and Manager Strategies is available under Fund Descriptions and/or in the respective core fund fact sheets at www.netbenefits.com/intel.

## Disclosure

When used as supplemental sales literature, the Investment Profile must be preceded or accompanied by the fund's current prospectus as well as this disclosure statement. The performance data given represents past performance and should not be considered indicative of future results. Principal value and investment return will fluctuate, so that an investor's shares when redeemed may be worth more or less than the original investment. Fund portfolio statistics change over time. The fund is not FDIC-insured, may lose value and is not guaranteed by a bank or other financial institution.

No assurance can be given that the fund will continue to invest its assets, or the same portion of assets, in the underlying funds or manager strategies represented here. The furnishing of information with respect to the underlying funds and manager strategies does not constitute a representation that participant balances in the fund will be invested in the future in the same percentages represented here, or at all, nor does it constitute a representation that the percentage allocations above will remain the same in the future for the purpose of determining the expected performance of the fund.

**MORNINGSTAR DISCLOSURE:** The Morningstar Rating™ for funds, or "star rating", is calculated for managed products (including mutual funds, variable annuity and variable life subaccounts, exchange-traded funds, closed-end funds, and separate accounts) with at least a three-year history. Exchange-traded funds and open-ended mutual funds are considered a single population for comparative purposes. It is calculated based on a Morningstar Risk-Adjusted Return measure that accounts for variation in a managed product's monthly excess performance, placing more emphasis on downward variations and rewarding consistent performance. The top 10% of products in each product category receive 5 stars, the next 22.5% receive 4 stars, the next 35% receive 3 stars, the next 22.5% receive 2 stars, and the bottom 10% receive 1 star. The Overall Morningstar Rating for a managed product is derived from a weighted average of the performance figures associated with its three-, five-, and 10-year (if applicable) Morningstar Rating metrics. The weights are: 100% three-year

Exhibit 11                                                   Page 3 of 4

rating for 36-59 months of total returns, 60% five-year rating/40% three-year rating for 60-119 months of total returns, and 50% 10-year rating/30% five-year rating/20% three-year rating for 120 or more months of total returns. While the 10-year overall star rating formula seems to give the most weight to the 10-year period, the most recent three-year period actually has the greatest impact because it is included in all three rating periods.

**PERFORMANCE:** Total return reflects performance without adjusting for sales charges or the effects of taxation, but is adjusted to reflect all actual ongoing fund expenses and assumes reinvestment of dividends and capital gains. If adjusted, sales charges would reduce the performance quoted.

The fund's performance is compared with that of an index. The index is an unmanaged portfolio of specified securities and the index does not reflect any initial or ongoing expenses. A fund's portfolio may differ significantly from the securities in the index.

**INVESTMENT RISK:** The value of your investment in the Fund will change with changes in the values of the Fund's investments in the underlying funds. There is no assurance that the Fund will provide an investor with adequate income at or through retirement. **Allocation Risk:** The allocation of investments among the underlying funds' different investment styles, such as equity or debt securities, or US or non-US securities, may have a more significant effect on the Fund's net asset value ("NAV") when one of these investments is performing more poorly than the other. There is no assurance that allocation decisions will result in the desired effects. Subjective decisions made by the investment manager may cause the Fund to incur losses or to miss profit opportunities on which it might otherwise have capitalized. **Market Risk:** The value of the Fund's investments will fluctuate as the stock or bond market fluctuates. The value of its investments may decline, sometimes rapidly and unpredictably, simply because of economic changes or other events that affect large portions of the market. It includes the risk that a particular style of investing may be underperforming the stock market generally. **Interest-Rate Risk:** Changes in interest rates will affect the value of the Fund's investments in underlying funds that invest in fixed-income securities. When interest rates rise, the value of investments in fixed-income securities tends to fall and this decrease in value may not be offset by higher income from new investments. Interest-rate risk is generally greater for fixed-income securities with longer maturities or durations. **Credit Risk:** An issuer or guarantor of a fixed-income security, or the counterparty to a derivatives or other contract, may be unable or unwilling to make timely payments of interest or principal, or to otherwise honor its obligations. The issuer or guarantor may default, causing a loss of the full principal amount of a security. The degree of risk for a particular security may be reflected in its credit rating. There is the possibility that the credit rating of a fixed-income security may be downgraded after purchase, which may adversely affect the value of the security. Investments by underlying funds in fixed-income securities with lower ratings are subject to a higher probability that an issuer will default or fail to meet its payment obligations. **Inflation Risk:** This is the risk that the value of assets or income from the Fund's investments in the underlying funds will be less in the future as inflation decreases the value of money. As inflation increases, the value of each underlying fund's assets can decline as can the value of that underlying fund's distributions. **Foreign (Non-US) Risk:** Investments in non-US issuers by underlying funds may involve more risk than investments in US issuers. These securities may fluctuate more widely in price and may be less liquid due to adverse market, economic, political, and regulatory or other factors. **Emerging Market Risk:** Investments by underlying funds in emerging-market countries may involve more risk than investments in other foreign countries because the markets in emerging-market countries are less developed and less liquid as well as subject to increased economic, political, regulatory and other uncertainties. **Currency Risk:** Fluctuations in currency exchange rates may negatively affect the value of the Fund's investments or reduce its returns. **Capitalization Risk:** Investments in small- and mid-capitalization companies by underlying funds tend to be more volatile than investments in large-capitalization companies. Investments in small-capitalization companies may have additional risks because these companies often have limited product lines, markets, or financial resources. **Derivatives Risk:** Derivatives may be illiquid, difficult to price, and leveraged so that small changes may produce disproportionate losses, and may be subject to counterparty risk to a greater degree than more traditional investments. **Leverage Risk:** Borrowing money or other leverage may make an underlying fund's investments more volatile because leverage tends to exaggerate the effect of any increase or decrease in the value of its investments. An underlying fund may create leverage through the use of certain portfolio management techniques such as reverse repurchase agreements or forward commitments, or by borrowing money. **Diversification Risk:** The Fund may have more risk because it is "non-diversified," meaning that it can invest more of its assets in a smaller number of issuers. **Management Risk:** The Fund is subject to management risk because it is an actively managed investment fund. The investment manager will apply its investment techniques and risk analyses in making investment decisions for the Fund, but there is no guarantee that its techniques will produce the intended results.

As with all investments, you may lose money by investing in the Fund.

**PERFORMANCE DISCLOSURE:** The performance data quoted represents past performance and does not guarantee future results. Current performance may be lower or higher than the return data quoted herein. The investment return will fluctuate; thus, an investor's shares, when redeemed, may be worth more or less than their original cost. Principal invested is not guaranteed at any time.

For more current information, including month-end performance, please call 888-401-SERP (7377) or visit www.netbenefits.com/intel.

**LIFE CYCLE RISK:** Target-date funds typically invest in other investments and are designed for investors who are planning to retire during the target- date year. The fund's target date is the approximate date of when investors expect to begin withdrawing their money. A target-date fund's investment objective/ strategy typically becomes more conservative over time, primarily by reducing its allocation to equity investments and increasing its allocations in fixed-income investments. An investor's principal value in a target-date fund is not guaranteed at any time, including at the fund's target date.

**FUND SPECIFIC NOTES:**

**Target-Date Funds:** The funds are managed to gradually become more conservative over time as they approach their target date. The investment risk of each target-date fund changes over time as its asset allocation changes. Target-date funds are subject to the volatility of the financial markets, including that of equity and fixed-income investments in the US and abroad, and may be subject to risks associated with investing in high-yield, small-cap and foreign securities. Principal invested is not guaranteed at any time, including at or after the target date. Unit price, yield and return will vary.

This Fund is administered pursuant to directions from the Intel Corporation Investment Policy Committee (IPC).

Foreign investments, especially those in emerging markets, involve greater risk and may offer greater potential returns than US investments. This risk includes the political and economic uncertainties of foreign countries, as well as the risk of currency fluctuation. Unit price, yield and return will vary. The investment option is a custom strategy fund managed by the IPC. The description for this investment is intended to be a brief overview of the Fund.

**ADDITIONAL INFORMATION**

For more information about this fund, visit www.netbenefits.com/intel, or call 888-401-SERP (7377).

Information was provided by Intel Corporation. Fidelity Investments is not responsible for its content.

# EXHIBIT 12

# PRINCIPLES AND BEST PRACTICES

## FOR

# HEDGE FUND INVESTORS

~ ~ ~ ~ ~

# REPORT

## OF THE

# INVESTORS' COMMITTEE

## TO THE PRESIDENT'S WORKING GROUP

## ON FINANCIAL MARKETS

*April 15, 2008*

Exhibit 12                    Page 1 of 63

## **Table of Contents**

Page

I.   EXECUTIVE SUMMARY ................................................................................................ 1

II.  INTRODUCTION .......................................................................................................... 2

   A.  Statement of Purpose .............................................................................................. 2

   B.  Background ............................................................................................................... 3

   C.  Notes to the Reader .................................................................................................. 4

III. FIDUCIARY'S GUIDE .................................................................................................. 6

   A.  HEDGE FUND INVESTMENTS AND ALLOCATIONS ....................................... 8

      1.  Certain Characteristics of the Hedge Fund Industry ........................................ 9

      2.  Fees ................................................................................................................... 9

      3.  Considerations Prior to Investing in Hedge Funds ......................................... 10

      4.  New Hedge Fund Programs and Managers ..................................................... 10

      5.  Roles in the Portfolio ...................................................................................... 10

      6.  Allocation and Diversification ........................................................................ 11

   B.  HEDGE FUND INVESTMENT POLICY .............................................................. 12

   C.  THE DUE DILIGENCE PROCESS ....................................................................... 12

      1.  Legal, Tax and Accounting Considerations .................................................... 13

      2.  Ongoing Monitoring ....................................................................................... 14

   D.  CONCLUSION ....................................................................................................... 14

IV. INVESTOR'S GUIDE .................................................................................................. 16

   A.  THE DUE DILIGENCE PROCESS ....................................................................... 17

      1.  Personnel ......................................................................................................... 19

      2.  Business Management ...................................................................................... 20

      3.  Investment Performance Track Record ........................................................... 20

      4.  Style Integrity .................................................................................................. 21

      5.  Model Use ........................................................................................................ 22

   B.  RISK MANAGEMENT ........................................................................................... 22

      1.  Investors' Risk Management Programs ........................................................... 22

      2.  Hedge Fund Risk Management Programs ....................................................... 23

      3.  Investment Risks .............................................................................................. 24

      4.  Liquidity and Leverage Risk ........................................................................... 28

5.  Measurement of Market Risks and Controls ........................................................... 30

6.  Management of Risk Limits ................................................................................... 31

7.  Compliance ............................................................................................................ 32

8.  Operational and Business Risks ............................................................................ 32

9.  Prime Broker and Other Counterparties ............................................................... 33

10. Fraud and Other Crime ......................................................................................... 34

11. Information Technology and Business Recovery .................................................. 35

12. Conflicts of Interest .............................................................................................. 36

13. Other Service Providers ........................................................................................ 36

C. LEGAL AND REGULATORY ....................................................................................... 37

1.  Investment Structures ............................................................................................ 37

2.  Domicile of Hedge Fund and Investments ............................................................ 38

3.  Terms of Hedge Fund Investments ....................................................................... 39

4.  Fiduciary Duties (including ERISA) ..................................................................... 41

5.  Regulatory Aspects ............................................................................................... 42

6.  Rights of Other Investors / Side Letters ............................................................... 43

D. VALUATION .................................................................................................................. 43

1.  Valuation Policy .................................................................................................... 44

2.  Governance of the Valuation Process ................................................................... 45

3.  Valuation Methodologies ...................................................................................... 46

4.  Valuation Controls ................................................................................................ 48

E. FEES AND EXPENSES .................................................................................................. 49

F. REPORTING ................................................................................................................... 51

1.  Reporting and Transparency ................................................................................. 51

2.  Performance Reporting .......................................................................................... 53

3.  Funds of Hedge Funds Performance Measurement .............................................. 54

4.  Aggregate Portfolio Performance Measurement .................................................. 55

G. TAXATION ..................................................................................................................... 55

1.  Unrelated Business Taxable Income (UBTI) ........................................................ 55

2.  U.S. and Foreign Tax Withholding ....................................................................... 56

3.  Changes to Capital Gain Allocations .................................................................... 56

H. CONCLUSION ............................................................................................................... 57

V. APPENDIX ............................................................................................................................ 58

Exhibit 12                                                     Page 3 of 63

# I.      EXECUTIVE SUMMARY

Hedge funds currently manage over two trillion dollars in assets worldwide, and they are an increasingly prominent feature on the investment landscape.  The size of the hedge fund market has grown dramatically in recent years, and issues arising from hedge fund investments and management now have broad implications for the entire financial industry.  Hedge funds often involve complex, illiquid or opaque investments and investment strategies.  These investments, however, receive little regulatory oversight.  Thus, hedge funds are suitable only for sophisticated and prudent investors who are able to identify, analyze and bear the associated risks, and follow appropriate practices to evaluate, select, monitor, and exit these investments.

The Investors' Committee of the President's Working Group on Financial Markets consists of representatives from a broad array of investors and investor advocates.  The first assignment under its Mission Statement has been to develop "detailed guidelines defining 'best practices' for hedge fund investors,"[1] which are set forth in the report below.  The Committee has designed these guidelines "to enhance market discipline, mitigate systemic risk, augment regulatory safeguards regarding investor protection, and complement regulatory efforts to enhance market integrity."[2]  This report builds on existing industry work and on the Principles and Guidelines Regarding Private Pools of Capital, which the President's Working Group on Financial Markets released in February 2007, particularly Principles 4, 5, and 8.

This report addresses the decision to invest in hedge funds and the management and oversight of hedge fund investments.  It contains both a Fiduciary's Guide and an Investor's Guide.  The Fiduciary's Guide provides recommendations to individuals charged with evaluating the appropriateness of hedge funds as a component of an investment portfolio.  The Investor's Guide provides recommendations to those charged with executing and administering a hedge fund program once a fiduciary has decided to add hedge funds to the investment portfolio.  This publication corresponds with guidelines promulgated by the Asset Managers' Committee of the President's Working Group on Financial Markets, which identified best practices for the alternative investment industry with respect to the management and administration of hedge funds, including practices regarding disclosure, valuation, and risk management systems.

Hedge funds invest in a wide variety of financial instruments using a variety of investment techniques.  They often profit through exposure to risks that are not typical of, or proportional to, those of traditional investment vehicles.  These alternative investments have the potential to offset a portfolio's exposure to traditional market risks, or to add to a portfolio's absolute return, but they also may introduce new dimensions of risk and uncertainty.  Therefore, before making a hedge fund investment, investment staff should engage in a due diligence evaluation that is appropriate and effective in light of the risk tolerance of the institution or individual they represent.  Once a hedge fund investment is made, staff should continue to monitor the investment to identify any newly introduced risks and to weigh them against the potential impact on overall portfolio risk and the expected effect on portfolio returns.

---

[1]  President's Working Group on Financial Markets, Investor's Committee Mission Statement, available at http://www.ustreas.gov/press/releases/reports/InvestorsCommMission09252007.pdf (last accessed on March 31, 2008).

[2]  *Id.*

– 1 –

Exhibit 12                          Page 4 of 63

Many individuals and institutions considering hedge fund allocations will determine that they do not have the resources or the expertise necessary to successfully incorporate hedge funds into their portfolios.  This is often the most appropriate decision.  No one should feel obligated to invest in hedge funds.  Many successful investors never invest in hedge funds, and including hedge funds in a portfolio is not required for effective and responsible portfolio management.

Thousands of institutional and individual investors meet the legal requirements to invest in hedge funds, but it is not always appropriate for them to do so.  Prudent evaluation and management of hedge fund investments may require specific knowledge of a range of investment strategies, relevant risks, legal and regulatory constraints, taxation, accounting, valuation, liquidity, and reporting considerations.  Fiduciaries must take appropriate steps to determine whether an allocation of assets to hedge funds contributes to an institution's investment objectives, and whether internal staff or agents of the institution have sufficient resources and expertise to effectively manage a hedge fund component of an investment portfolio.

Hedge funds use a broad range of portfolio strategies and are exposed to a similarly broad range of risks.  Moreover, because strategies can ebb and flow in terms of popularity within the hedge fund universe, the risks and considerations identified here cannot be considered complete.  Further, new (and sometimes severe) market conditions may over time shed new light on the role hedge funds play in investors' portfolios.  The Investors' Committee is committed to reflecting in the final version of these recommendations a timely and thoughtful response to any fundamental changes in market conditions (e.g., a changing role of leverage among major financial intermediaries) or structural changes in hedge funds themselves.

## II.    INTRODUCTION

The Investors' Committee of the President's Working Group on Financial Markets offers the following principles and practices as a guide for responsible investment in hedge funds.  These draw upon insights from the President's Working Group on Financial Markets, relevant professional associations, and a wide range of institutional investors and financial services professionals.  This report outlines the primary components of a robust process for the evaluation, engagement, monitoring, and disposition of hedge fund investments.

### A.    Statement of Purpose

The goal of this document is to define a set of practice standards and guidelines for fiduciaries and investors considering or already investing in hedge funds on behalf of qualified individuals and institutions.  For the purposes of this document, the term "fiduciary" refers to those with portfolio oversight responsibilities, such as plan trustees, banks or consultants.  The term "investor" narrowly refers to investment professionals charged with implementing a hedge fund program.

Addressing the dissimilar needs of such a broad range of participants is challenging.  No single set of best practices applies uniformly to every hedge fund investment, and the burden of applying the practices set forth in this document falls upon the institutions and individuals who are considering or engaged in making such investments.  This is a disparate group with different resources and objectives, and the hedge fund arena provides a wide array of investment strategies

– 2 –

Exhibit 12                    Page 5 of 63

from which to choose.  Thus, individuals and institutions considering or managing hedge fund allocations must evaluate the best practices described below, determine which apply, and implement the recommendations that are reasonable given the resources available to the investor, its objectives and risk tolerance, and the particular investments under consideration.

The selection and implementation of these best practices must be consistent with the particular obligations and goals of the individual or institution making the investment, and with the particular investment in question.  Fiduciaries and investors are in the best position to prioritize these factors, and they must evaluate the specific best practices set forth below in light of their own responsibilities, needs, portfolios, and circumstances.

Likewise, hedge funds do not represent a single asset class, but are a type of investment vehicle that provides exposure to a range of investment strategies.  Hedge funds come in different sizes and have different management strategies and styles.  They follow different administrative, valuation, and disclosure practices.  Therefore, management of a hedge fund portfolio must be appropriate for its particular investments.  However, because hedge funds all have in common a low level of regulatory protection for their investors, there are minimum levels of diligence required for all hedge fund investors.  Beyond this minimum, hedge funds pursuing higher risk strategies – for example, funds making significant use of leverage, or funds investing in illiquid assets, will require more extensive investor sophistication and oversight.

The initial responsibility for fiduciaries considering hedge fund investments is to determine what role a hedge fund allocation might play within the overall investment portfolio.  This is a critical decision-making process, but this document does not detail the potential uses of hedge funds within a portfolio.  It also does not discuss the risks and potential rewards of specific hedge fund investment strategies.  Instead, it outlines the basic factors that one should consider when deciding if a hedge fund investment is appropriate, and it provides a framework for conducting investment evaluation and oversight.

It is not the Committee's intention to persuade investors that hedge funds are a necessary part of a successful investment program.  Nor are we seeking to dissuade investors from gaining exposure to the returns and risk characteristics that hedge funds offer.  Our aim is simply to offer both current and prospective investors a practical guide for ascertaining whether there is a role for hedge funds in their portfolios and for managing hedge fund investment programs effectively. Finally, the best practices described below should be read and understood within the context of this entire report.  They are not isolated recommendations, but components of an integrated approach to hedge fund investing.

## B.    Background

The President's Working Group on Financial Markets ("PWG") was formed by Executive Order 12631 on March 18, 1988 in order to "[enhance] the integrity, efficiency, orderliness, and competitiveness of our Nation's financial markets and [maintain] investor confidence."[3]   There are four members on the PWG:  the Secretary of the Treasury and the chairs of the Board of Governors of the Federal Reserve System, the Securities and Exchange Commission, and the

---

[3]   Working Group on Financial Markets, Executive Order 12631 (March 18, 1988).

Commodity Futures Trading Commission.  On February 22, 2007, the PWG published a set of Principles and Guidelines Regarding Private Pools of Capital, which includes hedge funds.  Later in 2007, the PWG sponsored two private sector committees to build upon the Principles and Guidelines:  an Asset Managers' Committee charged with developing best practices specifically for managers of hedge funds, and an Investors' Committee charged with developing best practices specifically for those making hedge fund investments.  This document is the product of the Investors' Committee.  Most recently, on March 13, 2008, the PWG issues its *Policy Statement on Financial Market Developments*, which underscored that "investors must demand and use better information about investment risk characteristics, when they buy and as they hold".

The Investors' Committee comprises senior representatives from major classes of institutional investors including public and private pension funds, foundations, endowments, organized labor, non-US institutions, funds of hedge funds, and the consulting community (see Appendix for a listing of committee members).  Each of the members has reached out broadly to other institutional investors as well as to professional associations and financial services professionals to gain an informed perspective on the best practices for hedge fund investments.  It is anticipated that the Investors' Committee will meet semiannually and issue clarifications and additions when appropriate.

The Asset Managers' Committee has similarly developed best practices that can promote strong disclosure, valuation, risk management, trading, and compliance practices.  The Investors' Committee report and the Asset Managers' Committee report each acknowledge that both the investor and the hedge fund manager are accountable and must implement appropriate practices to maintain strong controls and infrastructure to support their activities.  We worked closely with the Asset Managers' Committee and believe that together our reports can result in better educated investors and better managed hedge funds.  We are pleased that the Asset Managers' Committee has included in its best practices that hedge fund managers use the Investors' Committee report as a guideline for their interaction with investors.  Similarly, investors should use the Asset Managers' report as a guide for their interaction with hedge fund managers and fund of hedge fund managers.  We believe the hedge fund community can and should serve as a strong partner for ensuring that investors adopt suitably strong and appropriate practices to support their investments.

## C.     Notes to the Reader

For the purposes of this document, the term "hedge fund" refers to an investment pool that provides exposure to a set of financial risk factors not typically associated with traditional (equity and fixed income) long-only investments.  This may include investments in limited partnerships, limited liability corporations, or other vehicles.  These vehicles carry out the investment program under the direction of an investment manager.  For purposes of this report, the term hedge fund may also refer to the manager of the investments of a hedge fund.

Historically, hedge funds have focused on publicly traded securities, commodities, currencies, and their derivatives in such a way as to be "hedged", in large measure, from material changes in stock and bond markets.  Increasingly, however, hedge funds have exposure to a broader investment spectrum, including not only traditional markets but also sectors typically associated

– 4 –

Exhibit 12                          Page 7 of 63

with other investment vehicles, such as private equity and real estate.  We note that the Investor's Guide targets sophisticated investors, and the Investors' Committee assumes that those investors are familiar with general investment terms.  We have not attempted to define ordinary investment terms, except where there are several possible meanings or our usage is not common among investment professionals.

### III.    FIDUCIARY'S GUIDE

Fiduciaries (including plan trustees, banks, consultants, and investment professionals) considering an investment in hedge funds must first determine the suitability and attractiveness of hedge funds for their particular institution and how these investments would promote the client's needs and objectives.. Most importantly, no fiduciary should feel obligated to implement a hedge fund investment program. Many sophisticated investors produce strong portfolio returns without investing in hedge funds. As with any investment, fiduciaries must exercise proper care in assessing whether a hedge fund program is appropriate and whether they employ or can engage investment professionals with sufficient skill and resources to initiate, monitor, and manage such a program successfully.

To assess the appropriateness of a hedge fund program, prudent fiduciaries should address the following questions:

- **Temperament:** Do we, as an organization, have a suitable temperament for investing in innovative strategies? Without the comfort afforded by long-term practice and empirical evidence, do we have the institutional fortitude to stick with our strategic allocation in the face of short-term volatility?

- **Manager Selection:** Do we have qualified staff that can reasonably detect true investment skill and the non-obvious sources of risk inherent in hedge fund strategies? The answer may depend on the particular investment strategy. Can we allocate sufficient resources to manage and monitor new hedge fund investments and existing investments effectively? If the answer to either question is no, do we have the ability to assess, select and engage appropriate intermediaries to whom we can delegate the evaluation of hedge fund management and its strategies and execution?

- **Portfolio Level Dynamics:** Do we understand the way in which our proposed hedge fund portfolio will generate investment returns? Are our return assumptions reasonable in the context of the market? Do we understand the risks involved in the proposed hedge fund portfolio in the context of our overall portfolio? What part of the total risk comprises systematic risks that are not diversifiable, as opposed to idiosyncratic risks associated with particular investments? In what scenario would the overall hedge fund portfolio likely under-perform or outperform its expected returns? Do we understand the types and degrees of leverage embedded in the proposed portfolio? Do we understand more generally issues of counterparty credit risk embedded in the proposed portfolio?

- **Liquidity Match:** Is the liquidity of the hedge fund portfolio consistent with our needs as an organization? To what extent could short-term behavior by other investors undermine our advantage as long-term investors?

- **Conflicts of Interest:** Have we identified and addressed actual, potential, or apparent conflicts of interest arising from our hedge fund program? Have we

taken appropriate steps to mitigate or eliminate adverse consequences arising from these conflicts of interest?

- **Fees:**  Are the fees associated with the hedge fund investments generally reasonable in the context of the market?  For given levels of realized return, what percent of the gross return would go to the manager versus the investor?

- **Citizenship:**  Do we, as an organization, feel comfortable that the hedge funds in our portfolio are good capital market citizens and are not engaged in objectionable practices?  Even among high integrity managers, some strategies might be unpopular and subject to characterization in the press that may negatively impact our reputation; do we accept the headline risk that accompanies unconventional investments?

The requirement that hedge fund investments are only for sophisticated investors cannot be over-emphasized.  Persons responsible for initiating hedge fund investments must appropriately incorporate the unique risk and reward characteristics of these alternative strategies into their overall portfolios.  Thus, fiduciaries considering investments in hedge funds should consider the following fundamental observations when assessing the risks of investing in hedge funds:

- Evaluating the risks of hedge fund investing can be difficult given the broad range of complex, illiquid and sometimes opaque investments and investment strategies.

- Fiduciaries should be aware of the difference between risk and uncertainty.  Risk is an element of randomness in situations where the ultimate outcome is undetermined but the range of potential outcomes is understood and quantifiable.  Uncertainty arises due to incomplete knowledge about the manner in which events occur, a lack of predictability, and the possibility of unprecedented behavior or events.  It is not quantifiable.  Because of the complex and highly engineered nature of some hedge fund strategies, these investments often present greater uncertainty than other types of investments.  The tolerance for such uncertainty will depend upon the size, strategy, and objectives of the portfolio allocating assets to a hedge fund investment.

- The process of selecting and monitoring hedge fund investments requires additional resources and continuous support from experienced professionals, which may be substantially more expensive than those required to select and monitor traditional investments.  Fiduciaries should understand the effort and costs that will be required, and should commit these resources prior to investing in hedge funds.

Fiduciaries must be sufficiently sophisticated in their knowledge and experience to evaluate and bear the risks and uncertainties of hedge fund investing, and they must recognize the role of hedge funds within the context of their broader investment preferences and goals.

Fiduciaries and others who choose to engage consultants or funds of hedge funds to augment their capabilities should not expect these third parties to assess all relevant aspects of their hedge fund program or its strategic role within the overall investment portfolio.  Even when engaging

such third parties to support a hedge fund investment program, fiduciaries must employ sufficient internal resources to understand and monitor the ongoing capability of these third parties to select and oversee the hedge fund managers and investments, and to confirm that the investments remain appropriate for the institution.

## A.    HEDGE FUND INVESTMENTS AND ALLOCATIONS

Hedge funds are investment vehicles that allow investors to gain exposure to a wide range of investment strategies.  They do not represent a single asset class but rather a type of investment vehicle.  A hedge fund is a pooled investment vehicle that:

> … generally meets the following criteria:  (i) it is not marketed to the general public (i.e., it is privately-offered), (ii) it is limited to high net worth individuals and institutions, (iii) it is not registered as an investment company under relevant laws (e.g., U.S.  Investment Company Act of 1940, as amended), (iv) its assets are managed by a professional investment management firm that shares in the gains of the investment vehicle based on investment performance of the vehicle, and (v) it has periodic but restricted or limited investor redemption rights.[4]

Hedge funds offer investors access to a wide variety of investment strategies and risk exposures not typically available through traditional investment classes and investment vehicles. Historically, hedge funds have focused on long and short investments in equities, fixed income securities, currencies, commodities, and their derivatives.  These funds are typically leveraged in that the value of the long positions may exceed, in certain circumstances substantially, the investor's capital in the fund.  Moreover, unlike traditional funds, which typically are fully exposed to general movements in underlying stock or bond markets, hedge funds are generally managed using a combination of long and short positions to limit exposure to broad market risk, and are, therefore, considered to be largely uncorrelated with fluctuations in major equity and fixed income markets.  As a result, hedge funds have exposures to counterparty risks associated with their hedging transactions and to the specific investment risks associated with each individual hedge fund's particular strategy.

Hedge funds are typically distinguished from other private pools of capital (including private equity, venture capital, and real estate) in that private market investments are not typically the central focus of the fund.  Hedge funds also typically provide their investors with periodic liquidity (e.g., quarterly) which distinguishes them from other private pools of capital.  However, private market investments may be included depending on a manager's strategy.  Hedge funds also may impose broad restrictions on the ability to redeem (liquidate) an investment, including lengthy initial lock-up requirements and then infrequent periods when the fund allows redemptions to occur.  Finally, because hedge funds may only be lightly regulated in many jurisdictions, persons investing in hedge funds must have a greater understanding of the investment structure and management strategy than would be typical for traditional investment vehicles.

---

[4]  Managed Funds Association (MFA), *Sound Practices for Hedge Fund Managers*, Washington, 2007.

## 1.    Certain Characteristics of the Hedge Fund Industry

The hedge fund industry differs from the traditional asset management industry in several ways. The hedge fund industry itself is relatively young and has been an important source of new investment management ideas.  Managers are often early adopters of investment strategies and new securities, and they frequently use investment vehicles and techniques that are unavailable to more constrained investors.  It is important to note that hedge funds are lightly regulated vehicles that usually operate with a broad investment mandate and few limits on the investment authority of the funds.

**Defining Features of Hedge Funds**[5]

| Hedge funds typically… | Traditional products typically... |
|---|---|
| • Invest both long and short | • Invest long only |
| • Are leveraged | • Not leveraged |
| • Have a high, performance-based fee structure | • Have a lower, ad valorem fee structure |
| • Normally require co-investment by fund manager | • Do not encourage co-investment |
| • Are able to use futures and other derivatives | • Are restricted in using derivatives |
| • Have a broad investment universe | • Often have a limited investment universe |
| • Can have large cash allocations | • Are required to stay fully invested |
| • Have an absolute return objective | • Have a relative return objective |
| • Investor access regulated, but the product itself is lightly regulated | • Are frequently heavily regulated |

## 2.    Fees

Unlike most traditional investment products, hedge fund managers typically charge both a management fee based on assets under management and a performance fee based on the success of the fund.  For most successful hedge funds, performance fees typically dwarf the management fees over time.  Over time, this fee structure typically substantially exceeds the fees of a traditionally managed fund.  This higher fee structure implies that an extra standard of care should be undertaken by investors in hedge funds to determine if the higher fee is justified by the value added potential of the investments.

While the management fee is typically between 1%-2% annually of the assets managed, the performance fee provides the hedge fund manager with a percentage of the fund's investment returns.  The performance fee (or carried interest) is often set at 20% (but more generally in a range between 10%-30%) of the fund's total return, or, less frequently, the excess performance above a specified benchmark (hurdle).  Performance is typically calculated on a cumulative basis

---

[5]   Oliver Wyman, *Perspectives on Asset Management – Hedge Funds, growth sector or maturing industry?*,  New York, June 2005, p. 5.

(with incentive fees calculated against a "high-water mark").  The result is that performance fees are not paid out (or are reduced) until the losses are recouped.  However, some hedge funds limit the number of years of loss carry-forward for the purposes of calculating performance fees.

### 3.      Considerations Prior to Investing in Hedge Funds

Before embarking on an examination of the recommended steps to undertake when selecting hedge fund investments, fiduciaries should question the commonly presupposed notion that hedge funds are inherently desirable investments.  With their large investment universe and range of strategies, hedge funds certainly have the potential for attractive active returns, but they have distinct risks as well.

A central principle to consider is that hedge funds are not an asset class in the conventional sense.  Therefore, one should only pursue a hedge fund investment if:

- the fiduciary believes that the hedge fund manager is particularly skilled in active investing, and that the investment offers investment strategies to which exposure is most effectively (or perhaps only) gained through a hedge fund;

- the benefit of this skill and non-traditional strategy exposure remains after fees, expenses and due diligence costs;

- the fiduciary, with the assistance of staff and consultants, can differentiate between skill-based managers from those generating profits from generic market exposure; and

- the fiduciary will have the opportunity to invest in hedge funds that they have identified as suitable investments.

### 4.      New Hedge Fund Programs and Managers

Hedge fund managers can vary significantly in their levels of sophistication.  This is particularly true for managers who are just beginning operations.  For example, new hedge fund managers may be able to capture appealing investment opportunities by applying a special expertise, geographic insight, or knowledge of certain securities or commodities, that is not typical among other managers.  While a newly formed hedge fund may be smaller and thus more nimble than a larger fund, they are generally less sophisticated in their operations and risk management practices.  These characteristics increase the degree of risk for fiduciaries that oversee emerging hedge fund programs, as they may have less experience in monitoring and understanding a new hedge fund's operational and market risks.  Thus, fiduciaries initiating new hedge fund investment programs may face a significant challenge when assessing the peculiar risks of new hedge fund managers.

### 5.      Roles in the Portfolio

Hedge funds can potentially play a variety of roles in a portfolio. Although it is beyond the scope of this document to provide details on these potential roles, common roles can include the following:

- A program with risks and rewards which *complements* traditional stock and bond investments;

- A program that *integrates* with a traditional asset class as part of a value-added strategy; and

- A program that *substitutes* for an allocation to tradition investments.

## 6.      Allocation and Diversification

Before initiating a hedge fund investment program, fiduciaries in general (and investment professionals in particular) must determine the percentage of their total portfolio to allocate to hedge funds and the optimal amount of diversification among hedge fund strategies and managers.  Due to the multiple roles that hedge funds may play in an overall portfolio, there is no standard allocation and diversification rule.  The fiduciary should consider the same factors used to determine allocations to other investments, including:

- The role, if any, of hedge funds within the portfolio;

- The expected return and risk profiles of the proposed hedge fund investments, including risks not readily measured, such as liquidity risk, business risk, and the potential outcomes of the investment strategy under various conditions; and

- How the hedge fund allocation benefits the overall portfolio in terms of projected returns and volatility.

Typically, diversification of investments within a specific asset class enhances the return profile of a portfolio by reducing idiosyncratic (non-market) risk while maintaining systematic (market) exposure to a particular asset class.  Hedge funds, however, allow exposure to a variety of asset classes, and very specific risks not always found in traditional stock and bond investments.  Therefore, when making allocation decisions, the fiduciary must consider the amount of an overall portfolio to invest in hedge funds, as well as the diversification among various hedge fund alternatives.  Diversification of hedge fund positions serves several purposes, including potential reductions in the exposure to idiosyncratic investment strategy risk, market risks, and manager business risk.

The following guidelines broadly apply to hedge fund allocation decisions:

- The greater the allocation to hedge funds, the more important it is to consider diversification across investments and managers.  It may be useful to set limits on the exposure to a single fund, manager, or strategy to an absolute percentage of a portfolio's assets.

- Because hedge funds generally have minimum investment amounts, some investors may be unable to invest across as many managers or strategies as would be optimal.  A smaller group of managers, however, will result in a greater risk concentration in the portfolio, while not reducing the necessary amount of due diligence and oversight.  Thus, fiduciaries of organizations that lack sufficient

resources or the desire to conduct appropriate due diligence and monitoring over a diverse hedge fund portfolio should consider investing in funds of hedge funds. In doing so fiduciaries will have to consider whether the additional fees associated with funds of funds make the overall allocation worthwhile.

- For investments in hedge funds as a stand-alone allocation, diversification across investment strategies may be as important as diversification among managers. Depending on the defined role for hedge fund strategies in the portfolio, a diversified program in a limited number of strategies, or even a single strategy, may be appropriate.

## B.    HEDGE FUND INVESTMENT POLICY

Fiduciaries considering hedge fund investments should develop explicit policies that define the key features and objectives of the hedge fund investment program.  At a minimum, these policies should address the following:

- What is the strategic purpose of investing in hedge funds?  What role will hedge funds play in the total investment portfolio?

- Is the hedge fund program consistent with the applicable investment beliefs, objectives, and risk profile of the investment program?

- What are the performance and risk objectives of the hedge fund investment program?

- Who will manage the hedge fund investment program and what responsibilities will they have?

- What investment guidelines will apply to the range of funds and strategies that can be utilized, the number of funds to be targeted, and the risk and return targets for those funds?

## C.    THE DUE DILIGENCE PROCESS

The due diligence process is the set of procedures used to gather information about a particular investment for the purpose of deciding whether the investment opportunity is appropriate.  The same information collected in this process is also necessary for the ongoing monitoring of an investment.

Generally, best practice objectives for due diligence are applicable across all investment activities and categories.  However, particular care should be exercised in due diligence of hedge funds, because of the complex investment strategies they employ; the fact that hedge fund organizations are frequently young and small; their use of leverage and the associated risks; the possibilities of concentrated exposure to market and counterparty risks, and the generally more lightly regulated nature of these organizations.  In order to understand how a hedge fund may perform in a variety of future scenarios, fiduciaries should review the history of the investment management firm and its professionals, the firm's past and current portfolios, its investment

philosophy, its decision processes for implementing the investment strategy, its organizational culture, and its internal economic incentives. The due diligence process should also include an evaluation of the business infrastructure, investment operations, and controls in place to support the hedge fund's investment strategy.

The Investor's Guide includes detailed sections devoted to due diligence best practices. Fiduciaries should be familiar with these activities, and investment professionals should follow a systematic due diligence and monitoring process and provide the fiduciary with reports on their activities on a regular basis.

1.      **Legal, Tax and Accounting Considerations**

Fiduciaries should recognize that a broad spectrum of legal, tax, and accounting considerations impact the decision to invest in hedge funds. For example, the suitability of a given hedge fund investment for a specific individual or institution may be affected by factors such as:

- The legal structure of the investment vehicle;

- The domicile of the investment vehicle;

- The laws and regulations of the domicile of the vehicle and of the countries where its investments are made;

- Whether or not the fund manager has chosen to register with the Securities and Exchange Commission or the Commodity Futures Trading Commission;

- The characteristics of the other investors in the fund; and

- The hedge fund's overall investment strategy.

Furthermore, ERISA fiduciaries must be familiar with the legal implications of hedge funds' lightly regulated status and be prepared to seek advice from competent attorneys when questions arise. These considerations include, but are not limited to:

- Whether the hedge fund investment is consistent with the plan's investment policies;

- Whether the hedge fund manager is an ERISA fiduciary and, if not, what the implications are for the institution's fiduciary of allocating assets to investment managers that are not governed by ERISA;

- If the hedge fund manager is an ERISA fiduciary, the plan fiduciary must confirm , with respect to the hedge fund manager, that:

  o   it is registered as an investment adviser under the Investment Advisers Act of 1940 or under comparable state law;

  o   it has acknowledged in writing that it is a fiduciary of the plan;

o  any performance-based compensation that it receives is permitted under ERISA;

o  it meets the Department of Labor's definition of a "qualified professional asset manager" ("QPAM"), which would permit  the hedge fund manager to engage in transactions that are common among hedge fund managers but would otherwise be prohibited under ERISA; and

o  it has policies and procedures in place to ensure compliance with restrictions on "soft dollars", to prevent prohibited transactions and mitigate conflicts of interest.

• Whether the plan fiduciary will be able to fulfill ERISA custody and reporting requirements.[6]

These factors and their possible effects on returns require careful consideration prior to investing in a hedge fund.  Much of this information should be contained in a hedge fund's offering documents, but, if warranted by the circumstances, fiduciaries and investment staff should confirm the relevance and status of these factors through further investigation and inquiry.

## 2.    Ongoing Monitoring

Monitoring a manager and a hedge fund investment is a continuation of the initial due diligence process.  While the initial due diligence serves to qualify a hedge fund as a desirable investment, the ongoing monitoring process continually reaffirms that the assumptions used in the initial selection remain valid.  Key aspects of the monitoring process should include reviewing the investment strategy and investment performance for consistency, maintaining awareness of factors that could indicate potential style drift, and confirming that there has been no material change to the business operations of the fund manager.  Fiduciaries and investment staff should take reasonable steps to identify any events or circumstances that may result in the hedge fund failing to meet the standards and expectations that were originally required to include the hedge fund in an investment portfolio.  While a fiduciary can hire qualified investment professionals to fulfill the technical aspects of the monitoring process, the fiduciary must possess sufficient expertise to monitor these professionals.

## D.    CONCLUSION

Hedge funds may offer opportunities for fiduciaries and investors to improve the likelihood of achieving their investment objectives.  Prior to embarking on a hedge fund program, however, fiduciaries should be satisfied that incorporating a hedge fund investment program into a portfolio would improve its risk and reward profile, and increase the probability of meeting the applicable investment objectives.  The prudent fiduciary should also be able to assess whether its investment staff and agents have the requisite expertise and resources to conduct sufficient due

---

[6]  For example, under ERISA, "Except as authorized by the Secretary by regulation, no fiduciary may maintain the indicia of ownership of any assets of a plan outside the jurisdiction of the district courts of the United States." *See* 29 USC § 1104(b).

diligence and monitoring, that is required to evaluate, retain, monitor, and terminate hedge fund managers as part of an overall hedge fund investment program.

## IV.    INVESTOR'S GUIDE

This Investor's Guide describes best practices and guidelines for investment professionals charged with administering hedge fund investment programs.  We use the term "investor" narrowly in this section to refer to the internal and external personnel who are responsible for actually implementing and executing these programs.  Some portions of the Investor's Guide elaborate on portions of the Fiduciary's Guide in order to reflect the separate roles and responsibilities of investors, as distinct from those of fiduciaries.

The Investors' Committee seeks to present a comprehensive list of the best practices and principles applicable to hedge fund investors in a wide array of circumstances.  Hedge fund investors vary greatly and hedge funds play different roles in different portfolios, so it is not possible to formulate a single process that is optimal for every investor's needs.  Thus, each best practice may not be applicable to every investment opportunity, and some of the best practices described in this report may be applicable but not possible to achieve.

Investors should decide which best practices are appropriate for their hedge fund investment program and for the individual funds under consideration.  They should aspire to implement each applicable best practice fully—understanding that full implementation may not always be possible or practicable.  Areas where best practices cannot be implemented call for special scrutiny.  Typically, the inability to achieve a best practice would suggest an increased risk associated with the investment.  In that case, any investment decision should reflect the appropriate consideration of this risk.

Sophisticated investors will understand the best practices that apply to a specific hedge fund investment program or underlying investment.  They will determine the relative importance of the applicable practices, develop an investment policy around these practices, and allocate sufficient resources toward developing a systematic and thoughtful approach to selecting and monitoring the portfolio's hedge fund investments.

Once a fiduciary determines that it has the expertise, resources, and risk appetite to invest in hedge funds and adopts a hedge fund investment policy and strategy appropriate to the overall portfolio, the investor will face numerous challenges related to the selection of appropriate hedge fund investments and the ongoing monitoring of the hedge fund portfolio.

Over the past few years, major groups such as the Managed Funds Association (MFA), the Greenwich Roundtable, the Alternative Investment Management Association (AIMA), and the CFA Institute have published extensive documents related to "best practices" for both investors in and managers of hedge funds (see Appendix).  These may be useful resources for investors interested in learning about the best practices that hedge fund industry professionals have recommended to their colleagues, and other efforts by investor-oriented groups to provide guidance to investors in hedge funds.  The recommendations that follow focus on how investors can apply appropriate due diligence standards to verify that hedge fund managers are following best practices and identify independent controls and processes to further safeguard their assets.  Where appropriate, we have specified certain procedures or approaches that we believe would add significant transparency and increase investors' ability to understand and evaluate funds' risks and returns.  We have broadly divided these recommendations into seven categories:  the

due diligence process; risk management; legal and regulatory considerations; valuation; fees and expenses; reporting; and taxation.

## A.     THE DUE DILIGENCE PROCESS

Hedge funds are complex investment vehicles that often lack the transparency associated with more conventional investments or investment vehicles.  Unlike a publicly traded stock, there is no easily accessible information on a hedge fund's means of producing returns.  Unlike mutual funds, hedge funds need not disclose their holdings, and, in the case of some hedge fund strategies, such disclosure would not reveal the types and magnitudes of risks a hedge fund undertakes.  Therefore, the unique and complex nature of hedge funds requires a level of due diligence above and beyond what is required for more transparent investments that are strictly regulated.

Due diligence is the process of gathering and evaluating information about a hedge fund manager prior to investing in order to assess whether a specific hedge fund is an appropriate choice for the portfolio.  Prior to investing, investors often gather information about managers through due diligence questionnaires, meetings with managers, and interviews with a fund's current investors and business counterparties.  Investors should check references, research the hedge fund's key service providers, verify factual information using independent sources, and follow-up with the fund's personnel if the investors have trouble locating data or discover information that poses concerns.  Investors should also evaluate the reputation, credit rating, regulatory history, and background of the individuals and entities who will be involved in the management and administration of the hedge fund's investments.

After investing in a hedge fund, the due diligence process continues.  Ongoing monitoring of all the hedge funds in a portfolio, and the management of those funds, is an important component in the long-term success of any hedge fund investment program.  Similarly, once an applicable lock-up period expires, the decision whether to redeem should be deliberate and scrutinized regularly for as long as the investment remains outstanding.

Proper due diligence needs to be tailored to the circumstances and objectives of each investor and to the particular circumstances of each hedge fund investment.  No universal handbook can serve adequately as a guide for due diligence in every circumstance.  Instead, a well-tailored due diligence questionnaire ("DDQ") may serve as a useful tool to aid investors in understanding a hedge fund's opportunities and risks and provide structure to the overall due diligence and monitoring process.  A DDQ which should ask probing questions into the material aspects of a hedge fund's business and operations may include, but is not limited to, the following:

- **Process:**  What is the manager's investment process?  In what markets does the manager invest?  How does the manager have a comparative advantage or "edge" over other managers (or passive investment alternatives)?  What instruments does the manager use to carry out investment themes?  Under what environments should a fund's strategy perform particularly well or poorly?  What risks is the manager comfortable taking?  Why are those risks acceptable?

- **Performance:**  How has the fund performed historically?  If the fund has had particularly strong or poor periods, is there a reasonable explanation for the unexpected returns?  How has the manager performed in running other funds?  Have previous efforts to manage a fund failed or succeeded, and if so, why?  How has leverage contributed to past fund performance?  Will leverage in the future be similar to or different from what the manager has previously employed?  If the hedge fund is a new organization and there is no performance record, what is the manager's prior experience, and how has that experience prepared the manager to run a successful hedge fund?

- **Personnel:**  Who will be managing the fund on a day-to-day basis?  Who assists the fund's managers in reaching investment decisions?  Who is responsible for back-office functions such as accounting or cash and trade reconciliations?  How long have the fund's personnel worked together, and how much experience do they have individually?  Do the fund's personnel have or do they intend to have a significant portion of their own assets invested in the fund?  Are the fund's key personnel willing to provide references to substantiate their character and skills?

- **Risk Management:**  How does the manager assess and manage risks?  Risk management extends beyond market risks to liquidity, counterparty, operational, and other risks (discussed below), and these could adversely affect investment returns as well as the fund management firm's overall business.   What contingency and business continuity plans are in place in the event of a disaster or other significant business interruption?

- **Third Parties:**  What third-party service providers, such as administrators, prime brokers, auditors, legal counsel, and other vendors, does the fund employ?  Who are the fund's material trading counterparties?  Investors should assess the adequacy of the manager's approach to selecting third parties to determine that they are known, reputable, financially stable and experienced in the hedge fund industry.  Are there structural or contractual relationships between third parties and the fund that may give rise to conflicts (for example, when an executive of a third party serves as a member of the fund's board, or when a fund's management firm and administrator have the same corporate parent)?

- **Structure:**  Is the hedge fund a partnership, corporation, or other entity?  Is the entity structured to limit investor or manager liability?  Is the fund operated by a large management firm, or is it managed by a small team in a "boutique" firm format?

- **Domicile:**  Is the fund domiciled onshore or offshore?  Are the fund managers familiar with the legal, regulatory, and tax regimes of the jurisdiction where the hedge fund is domiciled?  For offshore funds, are the fund managers prepared to fulfill all obligations (e.g., regulatory filings or taxes) that may arise in that jurisdiction?  Are assets within the purview of an appropriate judicial system?  If an investor needed to pursue legal claims against the fund or its managers, what

law would apply, and what jurisdiction would provide the appropriate venue for such claims?

- **Legal Matters and Terms:**  What are the fund's fees and other material terms, such as liquidity, limitations on investments, and leverage?  Are "side pocket" investments allowed, in which certain illiquid investments are placed in segregated pools?  If side pockets are allowed, is participation by investors voluntary or required by all investors?  What regulatory regimes is the fund subject to, and with which regulators is the fund (or manager) registered?  How might changes in regulation affect the performance of a fund's strategy?  How do taxes impact the fund's net returns and does the investment strategy, structure, domicile of the fund, or the places where it invests have additional tax implications?

- **Compliance:**  How are risk-management and regulatory compliance policies managed and documented to ensure compliance by the fund and its management with applicable regulations and fund documents?  How does the fund's management respond to a breach of compliance or risk-management policies?  Is there a chief compliance officer or other individual ultimately responsible for regulatory and risk-management compliance?  What is his or her prior experience and regulatory history?

A well-crafted DDQ can provide investors with a systematic approach for assessing the appropriateness of specific hedge funds in their investment portfolios.  Yet, no matter how well-crafted, a DDQ is never sufficient on its own to enable a hedge fund investor to make a fully informed investment decision.  Investors must also pursue appropriate lines of further inquiry.  Moreover, while various industry associations and leading consultants have developed DDQ templates, investors should not use these without modification.  DDQs should be adapted to the specific needs and objectives of the investor, and to the particular hedge funds and managers under consideration.

## 1.    Personnel

Investors should only invest in hedge funds managed by firms that cultivate an appropriate "tone at the top" with respect to ethics and risk-management policies and that promote a culture of fair dealing toward investors and among management, employees, and service providers.  A manager's reputation likely provides insight into the firm's culture.  A number of factors can adversely influence a firm's reputation including poor performance, financial loss, litigation or regulatory difficulties, weak governance and conflicts of interest.

The background and experience of the key investment, operations, finance, and business management personnel is of paramount importance when selecting a hedge fund.  Hedge funds require management with specialized experience in the applicable investment strategies, operations, accounting methodologies, and financial controls.  Preferred managers have a strong reputation in the industry, extensive experience trading and investing in a variety of market environments, and are able to demonstrate an in-depth understanding of the specific complexities of the investment strategies and investments they employ.

> **Best Practice**
> - Investors should conduct thorough due diligence in the marketplace on the reputation, experience, and background of hedge fund managers and the key principals in the firm. Investors should employ as broad a range of resources as practicable, including industry contacts, references, professional background searches, regulatory registrations, disciplinary history, and other research tools. This due diligence will support investors' efforts to place capital with reputable, experienced managers and mitigate the risk of investing with managers with poor reputations or a lack of experience.

Some hedge funds rely significantly on the skills of one or more individuals.  The risk of losing such valuable team members is referred to as "key man" or "key person" risk.  Such individuals contribute substantially to the success of the enterprise, and fund performance may be highly dependent on these key investment personnel.  In recognition of this risk, some hedge funds include a redemption feature that mitigates key person risk by allowing investors to redeem their interests if specific individuals cease to be involved in managing the fund.

> **Best Practice**
> - Investors should consider the investment risk associated with the loss of a key person or persons. If this risk is material, investors should assess whether a fund's redemption provisions adequately mitigate this risk.

## 2.      Business Management

The strength of a hedge fund manager's business model, including ownership, governance, management and clients, is important to judge the manager's ability to focus on investing fund assets without instability and other distractions.

> **Best Practice**
> - Investors should obtain information from hedge fund managers on their governance and compensation structures, nature and breadth of ownership of the manager, degree of client concentration, and stability of client base. Investors should assess the stability of the manager's overall business.

## 3.      Investment Performance Track Record

Hedge funds are subject to uncertainty in the distribution of their returns.  For example, a fund's track record may exhibit low risk that masks a negative skew or risk asymmetry that is unobservable from the historical return series.  Alternatively, a fund with a short track record

may experience a random event, causing its distribution to be skewed and unrepresentative of expected distributions over a longer period of time.  There may also be discontinuity in the distribution of returns due to changes in the market environment or investment strategy, causing past returns to be an especially poor indicator of future performance.

---

**Best Practices**

- Investors should understand the manager's historical performance and the factors contributing to that performance.

- Investors should assess the manager's ability to operate a fund successfully in varying market environments.

---

4.      **Style Integrity**

Style integrity refers to a hedge fund's ability to maintain the investment style or styles upon which the investor originally evaluated and selected it as part of a hedge fund portfolio.  Style drift may include changes in the types of hedge fund strategies employed or in the characteristics of the fund and its investments including the types of instruments employed, the geographic location of investments, and the fund's targeted correlation with market factors.  Style drift away from investment strategies in which the manager has proven expertise can diminish return prospects and introduce new risks.  Style drift potentially puts a hedge fund manager at a competitive disadvantage in a new, unfamiliar strategy and it may also cause unintended exposures in an investor's portfolio.  Given that a hallmark of hedge funds is their ability to adapt to market conditions, fund managers often seek broad discretion to alter their investment approach – this must be evaluated in terms of the manager's core competencies.

Investors can use risk analyses to confirm that managers are staying true to the strategies for which they were selected.  Investors seeking to analyze style drift typically evaluate current exposures or holdings, or they may employ returns-based risk metrics.  Regular discussions with fund managers can also help investors to detect deviations from the manager's investment style.

---

**Best Practices**

- Investors should employ regular and frequent risk monitoring and actively analyze a hedge fund's risk exposures as a means of evaluating potential style drift.

- Investors should obtain appropriate risk reports, with sufficient frequency, to monitor potential style drift and to confirm that the hedge fund continues to meet the investor's objectives.

---

5.      **Model Use**

Some hedge funds employ quantitative models extensively and in a variety of ways.  Fund management may use models to predict potential investment performance, to make investment decisions, or to manage risks.  Some firms use models to determine a quantitative strategy that directs the fund's investment process.  Other firms use models solely as decision support tools.

Models can be imprecise.  They can fail to capture the dynamic nature of management's decisions.  Models can rely upon false or incomplete assumptions or incorrect data, and their application can be inappropriate.  Moreover, fund managers can materially alter models, causing unintended exposures in an investor's portfolio.

Robust models should reflect the relevant factors for the investment strategy over a wide range of potential market conditions and use the best available data.  A model's assumptions should be consistent with the relevant market risk and incorporate a reasonably comprehensive set of probabilistic scenarios.

---

**Best Practices**

- The scope of risk from model use will depend on the nature of the strategy, complexity of the mandate, and types of models used.

- Investors should assess the hedge fund manager's reliance on models, including assumptions, model inputs, and risks associated with the models the manager employs.

- Investors should assess the expected frequency of material and substantive model changes, and whether the manager intends to notify investors when such changes are made.

---

B.      **RISK MANAGEMENT**

Effective risk management practices help investors protect their assets, manage their expectations in selecting hedge funds, mitigate exposure to unanticipated risks, and support informed, disciplined investment decisions.

This overview proposes best practices for establishing the investor's own risk management framework and best practices for evaluating the risk management framework employed by a hedge fund manager.  It also discusses various categories of risk that a hedge fund investment program should address, including investment risk, liquidity and leverage, market risk, operational risk, business continuity, and conflicts of interest.  The sections describing these different categories offer related best practices to monitor and manage these risks.

1.      **Investors' Risk Management Programs**

An investor's risk management practice should incorporate controls to protect the integrity of the information used in their hedge fund evaluation and monitoring processes.

> **Best Practices**
>
> • Investors should develop risk management programs appropriate to their size, complexity, and portfolio structure, including appropriate quantitative and qualitative criteria for the reasonable measurement, monitoring, and oversight of risk.
>
> • Investors should establish formal written policies and supervisory procedures designed to meet the risk management objectives of a hedge fund investment program. These policies and procedures should be reviewed and updated no less frequently than annually, and within a reasonable time after any material change in investment objective, strategy, market conditions, or applicable regulations.
>
> • Investors' risk management programs should be independent of the manager selection process and the process for monitoring investment performance. Internal or independent controls should verify the effectiveness of risk management programs in a manner that minimizes conflicts of interest.
>
> • Investors who are not satisfied that they have adequate knowledge, systems, and resources to implement and administer risk management programs should engage outside consultants with appropriate expertise to do so for them.

**2.      Hedge Fund Risk Management Programs**

An investor should expect a hedge fund manager to employ a risk management framework with the following key features:

• An oversight function that defines the processes by which risk management personnel measure and monitor the types of risk that are relevant to the hedge fund's investment style and operations and make timely adjustments to risk exposures when necessary.

• Policies that address the determination and adjustment of risk parameters, the methodology and frequency for periodic testing and verification of effectiveness, including stress testing, along with reporting and communication procedures, and specific protocols to address situations when risk parameters are breached.

• Risk management models that should be based on historical data that is robust enough to capture the real range of possible stresses on the fund's portfolio.

• Risk management personnel should conduct regular testing of risk measurement systems to assess whether they capture all material risk exposures, and whether the results they generate are in line with appropriate assumptions and expectations.

• Risk managers should have the expertise to understand the hedge fund's trading strategies and related risks.  The senior risk management executive should report directly to senior management.

- Risk management personnel should have responsibility for reviewing risk data, metrics, performance, current risk position, sources of risk, and exposures to relevant markets.

- Personnel responsible for a hedge fund's investment portfolio should identify, analyze and address portfolio risks on an ongoing basis.

In a large hedge fund, a separate group, independent of the investment process, should oversee portfolio risk management.   The independence of this risk management function reduces conflicts of interest and allows for effective monitoring for compliance with applicable risk parameters.   Compensation of risk management personnel should not depend materially upon the performance of a particular investment strategy.   Where independent risk management is not practically feasible, as, may be the case for a smaller hedge fund manager, the investor should undertake due diligence to be satisfied that the hedge fund has adequate risk management policies, procedures and staff in light of the level of investment risk the hedge fund is taking.

---

**Best Practices**

- Investors should understand the hedge fund manager's risk management philosophy and processes, and be familiar with the relevant markets and trading strategies employed.

- Investors should determine that the manager has an independent risk management function whose compensation is not directly tied to portfolio performance and that reports directly to senior management of the fund.  In the absence of such a structure, investors should determine that the risk management structure that is in place provides meaningful risk management to the fund.  Investors should determine the manager's risk management function is adequately resourced and staffed by qualified personnel in all cases.

- Investors should review and understand the manager's risk management policies and procedures, both formal and informal, to determine if they effectively address market risks, including the risk of extreme events.

- Investors should obtain information from the manager about internal risk measurement practices and understand which are most critical, what metrics are reported to investors, and the frequency with which the calculation and reporting of risk occurs.

- Prior to making an investment decision, investors should review samples of the reporting provided by managers and determine if the reports adequately address the disclosure needs and risk parameters of the investor.

---

**3.     Investment Risks**

Investment risks fall into two broad categories:  systematic risks, which are market-related, and idiosyncratic risks, which are not.   Pure market risk is the exposure of an investment to

movements in particular markets, which generally include the equity markets, interest rate markets, commodities markets, and currency markets. Other market-related risk factors include credit, volatility, and liquidity risks. Non-market-related investment risks include portfolio specific risk factors such as correlation risk, basis risk, and counterparty risks. These risk factors are further described below.

Hedge fund investments usually involve some form of investment risk. Typically, hedge fund managers aim to take long positions where risk is overvalued (the actual risk is less than the risk priced in the markets) and short positions where risk is undervalued (the risk is underestimated by the markets). The greater an investment's exposure to a risk factor, the more the value of the investment is likely to fluctuate with changes in the level of that risk. Risks can be embedded in investment strategies - for example a long position in a particular stock can have embedded interest rate risk and commodities risk, as well as idiosyncratic risks related to the specific company's management and business activities.

Investors should assess a hedge fund's key investment risks in light of the fund's investment objectives and strategies. Investors should also be comfortable that the manager adequately monitors investment risks and maintains the portfolio within prescribed risk parameters. As discussed above, hedge fund managers should mitigate potential conflicts by segregating the risk management function from portfolio management in terms of supervision, responsibility, reporting, and compensation.

Investors must evaluate each component of risk in a hedge fund investment and determine their willingness to accept the related risks. There is extensive literature on this subject that is beyond the scope of this report, but the significant risk categories are summarized below. Investors should be sufficiently familiar with these forms of risk to recognize their impact upon a particular hedge fund and its trading strategies.

### Market and Market-related Risks

- **Equity risk** is the risk that a portfolio will change in value due to fluctuations in equity prices. Hedge fund managers can manage equity risk through hedging strategies that utilize equity derivatives such as options and futures contracts, or by employing market-neutral investment strategies that generally do not correlate with broad market movements and, thus, carry limited broad market risk.

- **Interest rate risk** is the risk to portfolio value due to changes in interest rates. Interest rate risk can be hedged with a variety of techniques and financial instruments, including futures contracts and swap agreements. It is quite possible that the hedging of interest rate risk of certain investments, with instruments that have different proportions of risk exposures, can result in exposure to forms of basis risk.

- **Currency risk** is the risk of changes in the relative value of a foreign currency in which investments are denominated. This risk directly affects the value of such investments. Currency risk can be offset using forward or futures contracts as hedges against foreign exchange rate fluctuations.

- **Credit risk** is the risk of default of an underlying borrower.  Depending on the nature of the borrower, there can be **consumer credit risk** or **corporate credit risk**.  Consumer credit risk is particularly relevant to the origination market where, for example, investors holding structured pools of mortgages have credit exposure to the underlying borrowers.  Corporate credit exposure arises, for example when an investor owns fixed-income securities issued by a corporation. The expected cash flows from these securities are dependent on the financial condition of the issuer.  Additionally, relying solely on third-party credit rating providers can expose a portfolio to rating agency risk.

- **Commodity risk** refers to the risk of rising or falling commodity prices that may result from supply and demand imbalances, changing spending patterns, or changing input costs.  Commodity risk can be contained through futures and forward commodity contracts.

- **Volatility risk** arises from increased market price fluctuations.  Managing volatility risk in normal environments can be accomplished through portfolio diversification by market sector and strategy.  Volatility risk emerges on a different level under extreme market conditions in which correlations between asset classes and strategies tend to change and often converge.  Managers may hedge volatility risk through financial derivatives.

- **Correlation risk** is the risk of changes in the way prices of different investments in a portfolio relate to each other.  Increasing correlations can attenuate the expected benefits of diversification.

- **Liquidity risk**, in its "market" form, is the risk of being unable to unwind investment positions at previously prevailing market prices.  In a sudden market downturn, margin calls can force the liquidation of portfolio positions.  When combined with contracting liquidity arising from hedge fund redemptions, this environment leads to large cash outflows and greater portfolio losses.  Because of its tendency to compound market, credit, and other risks, it is difficult to isolate liquidity risk.  Market liquidity can suddenly and severely contract, making it difficult to transact at "observed" market prices.  For example, bid-ask spreads may be so wide that fund NAVs may not be realistic if a fund actually seeks to sell positions.  Where appropriate, liquidity risk measurement should reflect the potential discounts in value that would effectively incorporate the potential impacts of severe market changes.  Liquidity risk has additional bearing in the hedge fund context for fund strategies that involve the purchase of less liquid assets coupled with hedging short positions in more liquid instruments.  Hedge funds following this strategy get compensated for acting as liquidity providers to the markets.

## Other Investment Risks

- **Basis risk** refers to the risk remaining after hedging has been implemented. Certain investment opportunities may not allow for effective hedging, and hedge

funds may be able to hedge some components of risk but not others. Theoretically, perfect hedging should result in a return equal to the risk-free rate, minus transaction costs.  Generally speaking, there will always be some basis risk in hedged investments.

- **Common holder risk** results where many investors holding the same asset need to exit it at the same time, resulting in significant downward price pressure.

- **Event risks** are those unusual circumstances in which large-scale swings occur in capital markets.  These may arise from unpredictable events such as terrorist attacks, natural disasters, unusual weather patterns, or oil supply shocks.  To analyze extreme event risk, a hedge fund manager should employ a series of hypothetical scenarios that are relevant to the particular portfolio.  Examples of market stress events may include rapid equity declines and credit-spread widening, or a period of rapid equity advances and credit tightening.  Managers should conduct appropriate stress testing based on the current portfolio exposures and specifics.

- **Counterparty risk** arises from transacting with parties that are unable to meet their obligations.  It is particularly important when investing in derivatives, in which either party's credit exposure to the other will change, perhaps significantly, over the term of a derivative contract.  Managers can generally mitigate or diversify counterparty risk on two levels.  First, they should choose counterparties with strong balance sheets and consistent cash flow streams.  Second, they may be able to use security interests in collateral, covenants, and credit derivatives such as credit default swaps or other types of protection to support the timely and orderly repayment of financial obligations.  Investors should understand the manager's policies for selecting and monitoring counterparties.

- **Asset/liability matching risk**, sometimes referred to as funding liquidity risk, is the risk of loss when the amount of capital available to a hedge fund falls due to redemptions or the loss of other financing sources and the hedge fund cannot fund its redemptions, investments, payments to creditors or expenses.  Investors assessing this risk must consider the investment strategies employed, the nature of the fund's investor base, the rights of investors to redeem their interests, asset liquidity, and counterparty funding arrangements.

- **Meta risks** are the qualitative risks beyond explicit measurable financial risks.  They include human and organizational behavior, moral hazard, excessive reliance on and misuse of quantitative tools, complexity and lack of understanding of market interactions, and the very nature of capital markets in which extreme events happen with far greater regularity than standard models suggest.  While these qualitative risks exist and it is useful to be aware of them, it is virtually impossible to plan for and hedge against them.

**Best Practices**

- Investors should obtain comfort that the type and degree of risk a hedge fund assumes is consistent with its stated risk profile and the investor's risk and return objectives. This can be achieved by understanding and continually monitoring the fund's risk profile, obtaining appropriate and regular disclosure from the fund, and confirming effective risk monitoring and management by the fund manager. Investors should also understand how analyses of market risk translate into actions – for example, what triggers position adjustments and who makes those decisions.

- Investors should seek to understand the material risks in a hedge fund's portfolio through independent analysis of data disclosed by the hedge fund manager.

- The hedge fund manager should articulate its major market risks and should provide a comprehensive overview of the metrics and procedures in place to identify, measure, monitor and manage those risks.

- Managers should discuss their degree of exposure to imperfect hedges/basis risk. Both investors and managers should incorporate reasonable inherent uncertainty into their risk analyses.

- Investors should consider all material types of risks and their relevance to the performance of the hedge fund. Where market risks are relevant, the hedge fund manager should explain his approach to hedging (or not) those risks.

- Investors should evaluate the extent to which a hedge fund is subject to event risk. The hedge fund manager should explain the material event risks associated with the fund and periodically stress test the portfolio to appraise the potential effect of extreme events.

- Investors should assess the manager's approach to counterparty risk and its mitigation, including the amount of exposure a manager has to any counterparty, how it assesses counterparty creditworthiness, whether it imposes limits on counterparty credit risk (and if not, why not), and how it monitors that risk on an ongoing basis. With respect to credit risk, investors should assess the adequacy of the manager's approach for evaluating the creditworthiness of any borrower, the nature of any underlying collateral supporting the debt, sector or borrower limits, and monitoring processes.

- Investors should determine whether and to what extent the manager seeks to account for meta risks in its portfolio. A balance of quantitative and qualitative factors in decision making is vital for an effective risk management system designed to preclude or at least mitigate meta risks.

4.     **Liquidity and Leverage Risk**

Investors should understand the liquidity and leverage of a hedge fund, including the impact of redemptions, the ability to liquidate assets, the impact of leverage on the hedge fund portfolio, the availability of financing, and the potential impact of extreme events.

Investors should consider the risk posed by the behavior of other investors in the same fund, or even in the same fund family, which may adversely affect the stability of the manager's business. In dislocated markets, for example, investors may exhibit herding behavior by simultaneously seeking to redeem from a fund or range of funds.  This may require a hedge fund to liquidate assets at an inopportune time, at a significant loss, or to suspend investors' redemption rights.

A hedge fund's liquidity terms should be appropriate to prevent this kind of rush to the exit. Appropriate terms may include "gate" provisions that limit the amount investors can redeem at any given time.   The investment terms of most hedge funds allow for the suspension of redemptions in extreme situations.  Investors should understand the circumstances in which these restrictions may arise.

Leverage increases the potential magnitude of portfolio fluctuations.  It magnifies investment risks and can exacerbate liquidity problems in market downturns.  As such, leverage is not a true risk factor by itself, but a measure of the rapidity with which other factors affect valuation and the resulting margin of safety a manager has to ride out market volatility.   Leverage also complicates a portfolio's structure due to obligations to creditors, counterparties and investors, and it can increase the risk to a fund due to the actions of these parties.  In particular, dependence on leverage creates the risk that the fund will be unable to meet its obligations should access to credit become limited due to broader credit market conditions.  Managers should be aware of the risks of leverage and assess leverage levels continuously.

**Best Practices**

- The investor should understand the manager's definition of leverage as well as which investment strategies and instruments utilized by the hedge fund will generate levered exposure.

- If applicable, investors should clearly understand accounting and economic leverage limits to be utilized in the hedge fund portfolio, based on either absolute capital exposures, value-at-risk or similar measures.

- Investors should monitor leverage on a regular basis and understand hedge fund managers' plans for reducing leverage if limits are exceeded.

- Investors should clearly understand the source of leverage capital in any investment strategy and understand the restrictions on continued availability of financing and alternatives available to replace existing leverage financing in case of market dislocation or problems with an existing leverage provider.

- Investors should review the liquidity risk implicit in different assets traded by a hedge fund, taking into account factors such as jurisdiction, instrument type, and market depth. For purposes of this analysis, investors should develop familiarity with the nature of the markets in which the fund's instruments are traded.

- Investors should obtain information outlining how frequently managers conduct liquidity stress-testing and scenario analysis, and understand its scope. Investors should be satisfied that the regularity, breadth, and depth of such testing is adequate.

- Investors should understand the liquidity terms of their investment in the context of the fund's underlying asset liquidity and redemption policy, and be satisfied that those terms are fair and reasonable in light of the investor's objectives. Investors should carefully scrutinize any fund that appears to offer redemption terms inconsistent with asset liquidity.

- Investors should recognize the circumstances in which a fund can suspend redemptions and understand the measures that managers employ to mitigate the risk of such suspensions. Investors must be comfortable with those terms in the context of their objectives in considering investment in a particular hedge fund.

5.      **Measurement of Market Risks and Controls**

Risk measurement assists investors in understanding quantifiable market risks, and recognizing when they exceed applicable risk limits.  Measurement techniques include stress tests and scenario analysis, value-at-risk (VaR) methods, volatility measures, concentration metrics and other approaches.  No single method of measuring risk is suitable in all circumstances, particularly given the broad range of existing and emerging hedge fund strategies.  Managers should employ multiple risk measures that describe risks in several dimensions, but these should not supersede good judgment.  Investors should understand these multiple risk measures and how they are applied.

Measurement tools can be complex, and investors should not rely on them exclusively. For instance, some risk measures, like VaR, understate portfolio risk in periods of low market volatility. VaR models, as well as other quantitative risk measurement techniques, often incorporate assumptions of correlations between investment returns and the distribution of asset prices. These simplifying assumptions, by their nature, cannot fully estimate the behavior of all market relationships under all conditions. Investors should be particularly wary of risk measurement using limited time series as inputs in models such as VaR. It is particularly important to employ good judgment when only limited historical data on asset behavior is available.

Stress testing and scenario analysis help assess risk during acute market events such as periods of extreme volatility and high correlations. Managers should use these measures to help better gauge their risk in severe market environments.

---

**Best Practices**

- Investors should understand the risk metrics employed by a manager, including the implications and limitations of those measurements, and ascertain whether they are appropriate for the strategies and objectives of the fund.

- Investors should confirm that the manager is not unduly dependent on any single measurement tool to manage portfolio risk.

- Investors should understand the historical data available on risk, and be aware of its limitations.

- Investors should confirm that the manager understands and regularly tests his portfolio risks in a comprehensive manner under both normal and extreme market conditions.

---

6. **Management of Risk Limits**

Hedge fund managers should have procedures in place for taking appropriate responsive action if hard or soft risk limits or guidelines are exceeded. Risk reporting should be sufficiently robust to allow senior management to evaluate risk positions as frequently as necessary to prevent breaches and to address them in a timely manner if they do occur.

---

**Best Practices**

- Investors should be familiar and comfortable with the hedge fund manager's decision-making policies and procedures for addressing situations in which hard or soft risk limits or guidelines are exceeded.

- Risk limit policies and procedures should state clearly who has the decision-making authority to address the breach of a hard or soft risk limit. Ideally, these decision-

---

---

**Best Practices**

makers are independent of the standard investment process.

- Risk limit policies and procedures should provide for timely notification to investors and responsive action in the event that risk limits are materially breached.

---

### 7.    Compliance

A hedge fund adhering to best practices should have a robust compliance function including a written compliance manual.  Where practicable, the compliance function should be independent of portfolio management in order to mitigate conflicts.  Compliance personnel should oversee compliance with applicable laws and regulations and with key offering document representations.  The compliance function should monitor all issues relating to legal and regulatory compliance and provide reports to senior management on a regular basis.

---

**Best Practices**

- Investors should review hedge fund managers' written compliance manuals.

- Investors should verify that the compliance function is robust, appropriately independent, and supported with sufficient resources and authority.

- Investors should be comfortable that manager's reporting requirements to investors in the case of serious compliance breaches is sufficient to enable investors to protect their interests.

---

### 8.    Operational and Business Risks

Operational risk is the possibility of losses from systems, processes, technology, individuals, or events.  Hedge fund operational risk is often greater than that of traditional asset managers for a number of reasons, including higher transaction volumes, complexity, use of leverage, financial incentives and potentially leaner staffing in start-up operations.  No two funds are the same, however, and investors must always evaluate the sufficiency of operational resources in light of the particular investment under consideration.  To the extent practicable, hedge fund operational functions, including reporting, compensation and decision-making authority, should be independent of portfolio management.

Investors should assess the experience and training of a hedge fund's operational staff in the critical areas of expertise - in particular the strength and independence of its leadership, typically either a chief financial officer or chief operating officer.

> **Best Practices**
>
> - Investors should understand who has authority over the operational functions of the hedge fund.
>
> - Investors should be comfortable that operational functions are appropriately independent from portfolio management to mitigate potential conflicts of interest. Investors should closely evaluate functions where such conflicts are likely to arise, including valuation, risk management and compliance. Smaller hedge funds may lack sufficient resources to separate the operational function from portfolio management, in which case investors should ascertain how the manager intends to address potential conflicts.

Like banks and long-only asset managers, hedge funds are also subject to trading risks such as failed trades, confirmation backlogs, and other trading errors.  These risks can be particularly important for hedge funds due to the frequent trading that is inherent in some strategies.

A hedge fund manager should have a consistent procedure for creating and documenting buy and sell orders, checking and settling trades by personnel other than the trader, and reconciling positions with prime brokers or their equivalents on a regular (typically daily) basis.  A manager also should have a process for monitoring and acting on corporate actions on long and short equity positions, and a documented procedure for addressing trade errors caused by the manager's personnel.

> **Best Practices**
>
> - Investors should understand and be comfortable with a manager's processes and controls from initiation through confirmation, reconciliation, and reporting of trades and other transactions. These functions should be segregated to ensure the integrity of these controls.
>
> - The investor should confirm that the manager's back and middle office have sufficient resources to manage expected trading and transaction volumes.
>
> - Investors should understand and evaluate the manager's written trade error policy to determine if it assigns financial responsibility for errors appropriately.

## 9.     Prime Broker and Other Counterparties

Prime brokers provide many important services to hedge funds such as brokerage, securities lending, financing, and back office support (including clearing and settling trades).  Prime brokers and other trading counterparties should be sufficiently large and sophisticated, and have the resources and expertise necessary to handle the fund's investments.  Larger hedge funds may

have multiple prime brokers, while smaller and newer funds are unlikely to have more than one. Prime brokers present credit risks themselves, which need to be managed by managers.

Some hedge funds trade regularly in over-the-counter markets, where participants are not subject to the strict credit evaluation and regulatory oversight of exchange-based markets, and where the trades do not settle through exchanges or clearinghouses that guarantee the settlement of trades. The resulting risk is that a counterparty may not complete a trade (if, for example, it has credit or liquidity problems).

<div style="border:1px solid black; padding:10px;">

**Best Practices**

- Investors should be aware of the prime broker(s) and other material credit or trading counterparties of the hedge fund, and understand the manager's process for analyzing and diversifying prime broker and counterparty risk.

- Investors should be comfortable that managers select prime brokers with adequate liquidity, that counterparty credit risk is otherwise managed appropriately, and that prime brokers and other important trading counterparties have the ability to perform their duties effectively.

- Investors should understand how frequently the manager trades over-the-counter, and what portion of the hedge fund's portfolio is exposed to the risks of over-the-counter markets.

- Investors should understand with whom the manager trades and how the manager manages credit risk with his counterparties.

- Investors should understand the financing arrangements of the fund and what constraints those arrangements place on the fund in terms of leverage, liquidity, operations, or otherwise. Important items to consider in this regard include margin and collateral requirements, negative and positive covenants, and default triggers such as negative performance or decreases in assets under management, or both.

- Investors should evaluate whether the fund's counterparty and financing arrangements have been appropriately stress-tested to understand the circumstances in which a trading relationship can be unwound or margin/collateral requirements increased.

</div>

## 10.    Fraud and Other Crime

Fraud and financial crime are risks with any investment, and hedge funds are no exception.  They can manifest themselves in several ways, with some of the most severe forms including false reporting, intentionally misleading audits, and outright theft of capital.

**Best Practices**

- The Investor should take reasonable steps to confirm that:

  o  the manager maintains anti-money laundering procedures;

  o  the fund's net asset value statements are sent to the investor directly from the independent administrator or similar service provider;

  o  fund assets are held away from the manager (e.g., that capital is held with reputable independent custodians, prime brokers or other similar third parties);

  o  sufficient internal controls exist to prevent misuse or theft of client money (e.g. by requiring that cash must move in and out of the fund's account only under written instructions of at least two sufficiently senior, responsible individuals); and

  o  that the fund has a robust and reasonably independent compliance function

- If a fund does not have any of the foregoing practices in place, the investor should confirm that there are sound and beneficial reasons for doing so and that the fund and its manager maintain appropriate procedures, controls and segregation of duties in carrying out those functions to protect against inappropriate and fraudulent conduct.

## 11.    Information Technology and Business Recovery

Hedge funds and their managers rely heavily on technology and require support from technological systems on an uninterrupted basis.  To prevent unexpected events from disrupting the operation of a fund, the manager should have robust business recovery and information plans that are appropriate to the particular business.  These should be tested periodically, and no less than once per year.

Business recovery plans should address the security and integrity of systems and data, provide for contingency office space and infrastructure, as well as off-site data storage and other back-up facilities and include alternate communications procedures.  They should provide for the recovery of technology and systems and address other necessary contingencies.

**Best Practice**

- Investors should take reasonable steps to verify that a fund has robust business recovery and information technology plans and that the fund has comprehensive policies and procedures to ensure that unexpected events do not interfere with the fund's operation. Such plans should be appropriate for the size, complexity, and trading volume of the fund and address weather and geologic events that may be predictable in the locations where the fund has offices.

## 12.    Conflicts of Interest

Conflicts of interest are common in the management of hedge funds and there are few legal protections for investors against such conflicts of interest other than what is provided for in investment agreements.  Managers may manage multiple funds or accounts that compete for investment opportunities.  They also may have interests in entities that provide services to the funds, or incentives to favor some accounts over others.  Conflicts also arise in the valuation process, when managers are paid performance fees that depend on the value of those investments. Consequently, investors must largely protect themselves against conflicts of interest through their investment agreements with hedge fund managers.  Effective protections must include both disclosure obligations and clear policies and procedures reducing the impact of conflicts of interest on manager decision makers.

---

### Best Practices

- In order to assess the nature and extent of the manager's potential conflicts of interest, investors should understand the full scope of the advisor's activities, including types of funds and accounts advised by the hedge fund manager and whether they share in allocations or investment opportunities.  Investors should also understand the manager's outside business activities, if any.

- Investors should confirm that managers have appropriate conflict-of-interest procedures and controls in place to provide for the fair and equitable allocation of investment opportunities across different accounts, so that none is favored over another.

---

## 13.    Other Service Providers

In addition to prime brokers, discussed above, hedge funds often rely on other service providers, including administrators, custodians (in certain cases), and auditors, who assist the fund by safeguarding investors' assets and ensuring the accuracy of financial reporting.

Fund auditors should be experienced (specifically in auditing hedge funds), reputable and independent.  Investors should be comfortable that the outside audit firm is capable in the field of hedge fund auditing, has adequate resources, and is independent of the manager.  Investors should examine the historical financial statements, if any, of a prospective fund to assess past performance and reporting and, as a matter of due diligence, to ascertain if they disclose unusual qualifications or other significant information about the audits.

Fund administrators should have the capacity, resources, technology, and expertise to handle fund accounting and transfer agency services.  The administrator should provide independent mark-to-market pricing, except in special circumstances where input from the manager or

another third party is needed to establish the value of illiquid assets for which the administrator does not have sufficient information.

Custodians for hedge funds (usually the prime broker) should be independent and able to provide appropriate security and services to safeguard the assets of the fund.

---

**Best Practices**

- Investors should obtain information from managers explaining the process used to select and monitor the fund's service providers.

- Investors should assess whether the fund's service providers have sufficient experience and independence to perform their roles effectively, are not exposed to undue influence from the manager, and that the compensation and other terms of service provider engagements do not give rise to potential conflicts of interest.

- Investors should independently confirm material service provider relationships.

---

## C.  LEGAL AND REGULATORY

### 1.  Investment Structures

The Investment Company Act of 1940, as amended, generally requires any issuer that holds itself out to the public as being in the business of buying and selling securities or meets certain asset and income tests to register with the SEC as an investment company.  Registered investment companies are required to fulfill corporate governance requirements intended to address conflicts of interest, limit their debt, comply with strict rules in determining the fair value of their assets, permit shareholder voting on key issues, ensure that management fees are reasonable, and provide regular disclosures to investors and reports to the SEC.  In most cases, a "hedge fund" is a private investment company that is excluded from regulation as an investment company because it is not sold to the general public and has fewer than 100 shareholders, or because it is not sold to the general public and its shareholders meet certain requirements.  In most cases, the securities offered by hedge funds are also exempt from registration, and offered as private placements under Regulation D of the Securities Act of 1933.  Because neither hedge funds nor the securities they offer are registered, investors in hedge funds do not receive the protections that registration provides.

Hedge funds are most frequently organized as limited liability companies (LLC) or limited partnerships (LP).  These structures avoid taxation at the fund level and provide flow-through tax treatment to investors.  Fund managers serving U.S. tax-exempt investors (as well as non-U.S. investors) frequently employ an offshore "master-feeder" structure.  This combines a "master fund," often an investment company exempt from the Investment Company Act, domiciled in a low tax or no tax jurisdiction such as the Cayman Islands, with an offshore "feeder fund," another exempted company domiciled in the same jurisdiction as the master fund, and an onshore LLC or LP, which is also a "feeder fund." Investors subscribe to the feeder funds, which

"feed" or "upstream" their assets to the master fund, and the combined pool of assets is managed at the master-fund level.  By investing in the offshore feeder, non-U.S. investors usually avoid being subject to U.S. taxes and the reporting requirements that arise when non-U.S. investors generate taxable income that is "effectively connected to the conduct of a trade or business within the United States."[7]   For U.S. tax-exempt investors, the offshore feeder fund acts as a "blocker company" and may enable these investors to avoid being subject to Unrelated Business Taxable Income ("UBTI").   This structure enables tax exempt investors to participate in investment partnerships that use leverage as part of their investment strategy.

## 2.      Domicile of Hedge Fund and Investments

Many hedge funds are domiciled in "offshore" jurisdictions because of tax, regulatory, and cost considerations.  Regulatory oversight in these jurisdictions is often less rigorous than even the light regulatory oversight that domestic hedge funds receive in the U.S.  Partnership, corporate or other applicable law may be less well developed, and courts less transparent and accessible than in the United States.  While investors and hedge funds can contract to have disputes resolved in U.S. courts, hedge fund managers may or may not be willing to agree to such language.

Offshore jurisdictions may not require funds to comply with the same accounting, auditing and financial reporting standards as found in the U.S.  Financial statements for hedge funds, however, regardless of the jurisdiction where they are organized, are typically prepared under U.S. Generally Accepted Accounting Principles (U.S. GAAP) or International Financial Reporting Standards (IFRS) and audited by reputable accounting firms specializing in hedge funds.  Offshore jurisdictions often offer less uniformity in standards and practices and less supervision and oversight.  This may mean that hedge funds are required to disclose less information to investors, or that they disclose it less frequently or in a different format than would be expected in jurisdictions with more extensive regulatory regimes.

The investments that hedge funds make in non-U.S. markets can be subject to changes in tax and regulatory regimes, confiscatory taxes or laws, political instability, exchange controls, restrictions on capital flows or other investment controls.  Investors in hedge funds domiciled in (or operating in) unfamiliar jurisdictions may find their returns diminished or their capital unavailable for repatriation in the event of a significant change to a jurisdiction's regulatory, political, or tax regime.

---

### Best Practices

- Investors should confirm that the hedge funds in which they invest prepare financial statements in accordance with acceptable accounting standards, such as U.S. GAAP or IFRS, and that those financial statements are audited by a reputable auditing firm.

- Investors should consider the lack of audited financial statements to present an extreme degree of risk and uncertainty with respect to a hedge fund investment.

- Investors should understand the nature, depth, maturity and stability of the legal system

---

[7]  Internal Revenue Code §§ 871(b), 882.  *See also* Internal Revenue Code § 897.

---

**Best Practices**

in the jurisdiction where the hedge fund is domiciled, and be comfortable with their ability to vindicate their legal rights as an investor in the fund.

- Investors should consider the potential for disputes regarding the appropriate jurisdiction in which fund-related claims would or could be brought.

- Investors should ascertain the manager's level of expertise in the jurisdictions in which the fund is domiciled and in which it invests.

- Investors should seek to understand the degree of risk a fund faces from potential tax, legal or other regulatory changes, either in its registered domicile or in the jurisdictions in which it invests, and the fund's strategy for mitigating those risks when possible.

---

### 3.     Terms of Hedge Fund Investments

A hedge fund's governing documents describe the legal and business terms of an investment in that fund.   The terms are typically set out in an offering memorandum or prospectus, a subscription agreement, a fund's constitutional document such as a limited partnership agreement or articles of incorporation, and the investment advisory contracts between the fund and its manager.  Other contracts may also be important, depending on the fund.

Note, however, that an offering memorandum may not by itself be legally binding on the fund or its manager, and care should be taken in distinguishing between rights and obligations of the fund, its manager, the investor, and any other party.  For reasons related to the historical intent of hedge funds to invest with minimal constraints, a focus on liability concerns, and supply and demand considerations in the investment marketplace, the investment terms of a hedge fund typically favor the fund and the manager.  This state of affairs is not unique to hedge funds, but should be taken seriously when considering the terms of a hedge fund investment.  For example, the governing documents of most hedge funds give managers broad, sometimes almost unlimited, freedom to make investments.  As a result, hedge fund managers can often change their objectives, style, policies or restrictions without notice to or approval from investors.  Some investors seek to improve such terms through negotiations.  All investors should then determine whether the terms of any given hedge fund investment are acceptable in light of these risks.

The fund's governing documents should disclose the fund's intended investment strategies and policies, and the associated risks.  Investors should understand the conditions, if any, in which they would receive notice of a material change to the fund's investment strategies and policies, and whether they would receive a right to redeem their interests if a change in investment strategy rendered a hedge fund unsuitable for the investor's portfolio.  Hedge funds, however, generally impose significant restrictions on the right to redeem investments.  For example, initial investments may be subject to a lock-up period of one year or more and, following such lock-up period, redemptions may be permitted only quarterly or annually.  In addition, funds may have the ability to impose redemption "gates" to limit the outflow of funds at any one time to a certain

percentage of the fund's total assets.  These help funds avoid excessive redemptions, and provide managers additional time to sell assets to meet redemption requests.

The governing documents also specify the manager's compensation, which typically consists of a management fee calculated as a percentage of the net asset value of the fund, plus a performance fee calculated as a percentage of appreciation in the net asset value of the fund.  Performance fees are typically subject to a "high-water mark," whereby performance fees are not paid (either in whole or in part) on gains in the current year until losses from prior years have been recouped.  Different high-water mark requirements will specify different periods from which losses must be recouped before a performance fee is paid.  Some funds may also offer a "hurdle rate," pursuant to which the manager must achieve a certain return before the performance fee begins to accrue.

In the "master feeder" structure, the fees are typically charged against each investor's capital account at the feeder fund level, and each feeder pays its pro rata portion of the expenses of the master fund.  Investors should pay particular attention to terms delineating expenses charged to the fund and expenses charged to the manager.  They should understand what portion of the fund's operating expenses, or "overhead," is charged to investors and what expenses are included in the management fee, and which are fund-specific expenses.

---

**Best Practices**

- Investors should examine, with an eye to determining whether their interests are adequately protected, among other terms:

    o  the degree of investment freedom afforded to the fund's manager;

    o  the management and performance fees charged and how they are calculated;

    o  the terms under which an investment can be redeemed including "lock-ups" and notice periods;

    o   the manager's power to suspend or "gate" redemptions;

    o  the expenses paid by the fund;

    o  extent of the use of "side-pockets" if any;

    o  the risk factors associated with the investment;

    o  the policies regarding the calculation of NAV;

    o  the scope of the manager's liability to the fund;

    o  tax implications of the fund's investments; and

    o  indemnification provisions among the fund, the manager, and investors.

---

---

**Best Practices**

- Investors should also understand the circumstances under which the fund or its manager can modify terms of the governing documents and be comfortable with the potential ensuing risks.

- Investors in funds that offer varying liquidity terms to other investors should assess the risks and benefits attendant to such terms. If the fund retains the option to impose a "gate" on redemptions, investors should determine the appropriateness of the gate in light of the fund's investment strategy and instruments.

- Investors must receive notification from the manager if other investors in the same fund are, or may be, offered different liquidity terms, whether through separate classes of interest or by "side letters." In instances where other investors have preferential liquidity terms, the investor should determine whether the investor's interests are adequately protected.

- Investors must retain competent legal advice to aid in the understanding and negotiation of terms.

---

**4.      Fiduciary Duties (including ERISA)**

The trustee or other fiduciary of a plan subject to ERISA should determine whether the hedge fund manager is an ERISA fiduciary.  If so, the plan fiduciary should determine whether the hedge fund manager complies with the requirements for an ERISA fiduciary including, where applicable, the QPAM requirements and registration as an investment adviser under the Investment Advisors Act of 1940 or comparable state law.  If the hedge fund manager is not an ERISA fiduciary, it nevertheless might be prudent for the plan fiduciary to require the hedge fund manager by contract comply with the duties of loyalty and care similar to those provided by ERISA, as well as prohibitions against self-dealing, and if not, whether the fund is an appropriate investment.  ERISA fiduciaries must obtain sufficient access to information to enable them to comply with their duties under ERISA to oversee hedge fund investments.

---

**Best Practices**

- Investors and fiduciaries responsible for assets governed by ERISA should:

  o Consult with legal counsel familiar with ERISA before making hedge fund investments;

  o Confirm that they will receive disclosures from the hedge fund that are sufficient to enable them to comply with their duties under ERISA to oversee hedge fund investments;

  o Determine if the hedge fund manager is an ERISA fiduciary and complies with the requirements for an ERISA fiduciary, including the QPAM requirements, where applicable; and

  o Assess whether the hedge fund manager provides assurances that it will assume fiduciary duties including loyalty and due care provided by ERISA, and if not, whether the investment is appropriate.

---

## 5.     Registration with SEC, CFTC and Other Regulators

Hedge fund managers operating in the United States generally may register as investment advisors with the Securities and Exchange Commission.  Such voluntary registration provides investors with a number of protections, including well established fiduciary duties enforceable in U.S. federal courts, which may not be available when investing with unregistered managers.  Hedge fund managers may also voluntarily register as a broker-dealer with FINRA, or as a commodities dealer with the Commodity Futures Trading Commission.

In some non-U.S. jurisdictions, investment managers are required to be registered with the relevant authorities.  Such requirements may provide additional information or protection to investors.  Investors, however, should be cautious in their reliance on registration by a hedge fund manager in any jurisdiction, and should not substitute regulatory oversight for their own due diligence in any circumstances.

> **Best Practices**
> - Investors should determine whether a hedge fund manager is registered with or licensed by any regulatory body, and if not, should determine why and what the consequences for the investor are.
>
> - To the extent a manager is registered or licensed with a regulatory body, investors should avail themselves of all information available by virtue of such registration or licensing (such as Form ADV with the SEC), obtain additional information from the manager or regulator concerning the nature of the registrations and their attendant obligations, and investigate any regulatory disciplinary history.

### 6.    Rights of Other Investors / Side Letters

Hedge fund managers should disclose material terms available to some investors that are not offered to all investors.  Investors should inquire about such special terms and request copies of any side letters embodying them.  At a minimum, the manager should disclose the existence of the material terms of any side letters to all investors.  If the manager offers the investor less favorable terms than available to other (e.g., larger) investors, the investor should consider the extent to which it would be disadvantaged by such special rights, especially preferred or differential liquidity rights, when evaluating the appropriateness of the investment.

> **Best Practices**
> - Investors should, both prior to investment and on a regular basis following investment, request and receive from a fund's manager all pertinent information on material terms which differ from those of other investors who have invested in the fund.
>
> - The investor should obtain sufficient information about variations in terms to determine the consequent impact of such terms on the fund's risks (including liquidity) and expected returns.

### D.    VALUATION

Valuation is ultimately at the core of any investment.  It is the key to deciding whether to make an investment and to calculate returns from that investment over time.   The increasing complexity and diversity of hedge fund portfolios and the increasing allocation to complex investments has resulted in a significant increase in efforts to formulate tools and processes for accurately valuing them.   These efforts have been evident within the operations of alternative investment managers over the past several years.  Auditors and institutional investors are striving currently to improve valuation techniques in the context of hedge funds increasingly investing in less liquid assets and harder to value assets.

The issues surrounding hedge fund valuation arise from the types of underlying investments and the corresponding procedures required to establish accurate, fair net asset values. The complexity of security types can range from U.S.-listed, actively traded equities (easiest to value) to non-U.S. privately placed securities (which entail foreign currency conversion as well as securities valuation issues), and complex derivative instruments that are traded over-the-counter. U.S.-listed securities are typically valued at the last sale price (or offer price for longs, bid price for shorts, or the bid/ask spread midpoint) on the primary exchange on which the security is traded. Their valuation is readily available and easily verifiable through a number of publicly available sources. From this baseline, there is a spectrum of securities and valuation methodologies with decreasing objectivity and increasing complexity. Valuation methodologies include dealer quotes (either direct or through aggregators), valuation services, models, and finally good faith estimates by the fund manager.

Valuation can become a particular problem in the context of unstable markets. Assets that are valued based on a mark-to-model approach may not be saleable at anywhere near the valuation in a market liquidity crisis. On the other hand, mark-to-market valuations in such a crisis may dramatically underestimate the value of performing assets if looked at from a cash generation perspective. The accuracy and appropriateness of valuation often has a profound impact on the ultimate portfolio returns reported to investors, as well as the fees paid to the manager. Therefore, it is critical that an investor understand the processes and controls related to deriving valuation, and that the investor evaluates and monitors these on an ongoing basis. Effectively assessing the valuation of an investment requires an understanding of the various activities involved with developing that valuation.

A hedge fund's private placement memorandum ("PPM") should describe the fund's investment valuation policies and procedures, as well as the frequency with which the fund's managers will notify investors of changes to the process and sources employed. The PPM will frequently provide the manager significant latitude in valuation methods. Also, the manager may begin investing in new types of investments without notifying investors of the new investments. Therefore, investors must look beyond the PPM to gain a comprehensive understanding of the valuation processes and sources the manager uses.

## 1.      Valuation Policy

A fund should maintain a written valuation policy separate from the PPM and other fund documents, to describe in detail the actual valuation process that the fund will follow for each type of security in which it invests. At a minimum, this should identify the securities and instruments that the fund is expected to hold and the valuation source for each. This document should be available to all investors, and it should be updated at least annually or whenever a new instrument or security type is added.

The valuation policy should include, on an instrument-type-by-instrument-type basis, how the valuation for each instrument type is determined. The policy should also describe the control activities that occur within the organization to confirm that valuations are correct and appropriate. Investors should obtain reasonable assurances from the fund that the valuation policy is consistently applied and that it covers all of the fund's investments. In the absence of a written valuation policy, an investor should determine if sufficient valuation information is

otherwise available to assess appropriately the fund's valuation-related risks.  Whether or not the investor receives a formal valuation policy from the fund, the investor should confirm that the fund's valuation approach is consistent with industry standards, including Financial Accounting Standards Board Statement No. 157 ("FAS 157"), which defines fair value accounting measurements.

---

**Best Practices**

- Investors should verify that a fund's manager has established a written statement of valuation policies and procedures to assure that the fund's portfolio is consistently valued under GAAP (or other relevant standards), including those provisions requiring fair value valuation.  These policies and procedures may include, but are not limited to:

  o   Use of independent, reliable and recognized pricing sources;

  o   Regular reviewing and updating of the valuation policy as necessary;

  o   Creation of an effective governance mechanism, such as a valuation committee;

  o   Established practices and/or systems for capturing traded investment instrument prices daily; and

  o   Established processes and models for pricing non-liquid securities consistently that are reviewed frequently for effectiveness.

- Investors should review the valuation policy document and understand the applicable valuation procedures and controls.

- Investors should understand the roles of each party involved in the valuation process.

- Investors should determine whether proper oversight of the entire valuation process exists, especially the pricing of illiquid and other investments that are difficult to price.

- Investors should confirm that valuation professionals employed by the fund apply the valuation policy on a consistent basis and that investors are notified of any material exceptions.

---

2.      **Governance of the Valuation Process**

A valuation committee or similar governance mechanism can serve as an additional control to provide consistent and appropriate application of valuation methodologies.  The necessity and level of formality of a valuation committee or similar mechanism is typically a function of a fund's investment strategy and the composition of the fund's investments.  For example, a U.S. domestic long/short equity portfolio should have very little need for an active valuation committee.  On the other hand, a multi-strategy global fund, with significant private investments, should have an active valuation committee that meets regularly.

A valuation committee's mandate should be appropriate for the complexity and liquidity of the fund's investments. It should have the authority to approve the fund's valuation policy and it should verify and validate valuations on a periodic basis (no less than quarterly). A valuation committee should include the senior staff members responsible for investment, trading, accounting, risk and compliance functions. A properly formed valuation committee might, for example, include the analyst responsible for recommending the particular security, the head trader, the portfolio manager or chief investment officer, along with the chief compliance officer, chief risk officer, chief operating officer, and chief financial officer of the manager of the fund. A valuation committee may also benefit from the inclusion of independent committee members with valuation expertise who are not employed by the fund's manager.

The valuation committee should meet regularly and review both the fund's valuation policy and the valuation of any securities that are illiquid or otherwise difficult to value. Decisions made by the valuation committee should be documented in writing and available to investors.

---

**Best Practices**

- Investors should understand the functioning of the valuation committee or other governance structure of the hedge fund, and evaluate whether there is sufficient oversight of the valuation process, including a mechanism to resolve conflicts relative to pricing on difficult to price investments.

- Investors should confirm that adequate segregation of valuation duties exists, and that valuation functions are performed by suitably independent, competent, and experienced professionals.

---

3.   **Valuation Methodologies**

Depending on the particular security, hedge funds employ different valuation methodologies. The valuation of illiquid securities and those that are otherwise difficult to price are more difficult to verify.

- **Last Sale/Primary Exchange:** This method, applicable to all listed securities, is the most readily available, widely used, and easily verifiable valuation method. In the case of a listed security that does not trade on a given day, the mean of the bid/ask spread is usually used. Securities valued using this method include equities, futures, listed options, and exchange traded funds (ETFs).

- **Dealer Quotes:** For securities that are not exchange-traded but are actively traded over the counter, dealer quotes are the most common and accepted pricing source. These can be quotes directly from dealers that make a market in a particular security or quotes from pricing aggregators who gather quotes from various dealers on various securities daily. When a fund is using dealer quotes, it generally is preferable to consider multiple quotes for each security. Securities priced using dealer quotes include corporate bonds, preferred stock, sovereign

bonds, convertible bonds, and commonly traded swaps such as credit default swaps.

- **Valuation Services:**  In the case of less liquid securities, such as loans or private placements, valuation services may be utilized.  Due to the expense and complexity of these valuations, they may be performed less frequently.

- **Models:**  Models include industry-accepted models, such as those used to price currency forwards, or models created by the investment manager and used as part of the initial investment evaluation.  In the latter case, the valuation model should be reviewed by an independent third party who may be, but need not necessarily be, the firm's independent auditor.  In the case of such "manager models," auditors typically review whether the manager has consistently used the model as part of the annual audit.  Examples of securities priced by manager models could include level two and level three investments, as defined by FAS 157, such as infrequently traded corporate bonds, swaps that are not commonly traded, and certain private equity investments.

- **Other Third-Party Sources:**  There are other possible sources of independent prices.  For example, administrators may have their own models to price derivatives or to verify the pricing of the securities in portfolios they administer.  Administrators may have the capability to compare values assigned to a particular security by funds managed by different managers to determine if a security is being consistently valued and to determine if a manager's valuation approach tends to be conservative or aggressive.

- **Manager Priced:**  In those situations where none of the above methods is available, the manager often has the authority to determine a "fair value" for the security.  It is the responsibility of the fund's general partner or board of directors to ascertain that the process used to arrive at the valuation is independent, transparent and consistently applied.

---

**Best Practices**

- Investors should confirm that the manager uses secondary sources whenever possible to enhance the reasonableness of pricing and valuation estimates.

- Investors should confirm that the manager uses multiple sources for dealer quotes where they are available.

- Investors should confirm that any models the manager uses to determine position prices are independently tested and verified.

- Investors should confirm that the manager applies a consistent approach to valuing "side-pocket" or illiquid/hard-to-value positions.

---

### 4.    Valuation Controls

Controls over valuations can include the annual audit, a valuation committee, the use of third party administrators, and internal procedures and controls.   A third party administrator responsible for independently getting quotes and producing the NAV can provide a level of independence that may give an investor additional comfort.   Also, if an independent administrator is used in conjunction with an internal valuation process, there is a process of dual control that may also provide greater comfort to an investor.

One concern raised by investors is the elapsed time between independent valuations of a fund's entire portfolio, including less-liquid investments.  Experienced hedge fund investors generally expect an independent third party to provide valuations on at least a semi-annual basis, such as at the midpoint between the annual audited financial statements.  Therefore, a fund with a fiscal year ending on December 31 might have an independent valuation on June 30 in addition to its annual audited financial statements.

---

**Best Practices**

- Investors should seek an independent valuation semi-annually in funds that hold significant assets for which there is not a liquid market, where practicable.  Independent valuation should, to the extent practicable, mirror the liquidity of the fund.

- Investors should confirm that credible supporting information is provided to valuation personnel on any investments requiring pricing by the manager.

- Investors should confirm that hedge fund managers use separate and distinct resources for portfolio valuation and portfolio management responsibilities in order to avoid conflicts of interest between managing and pricing a portfolio.

- Investors should understand any material involvement by the fund manager in pricing activities.

- Investors should be familiar with the manager's policy with respect to illiquid investments and side pockets. Many managers utilize side pockets for illiquid investments and accrue incentive compensation on private investments only when they are realized. However, if the manager does not use side pockets, investors should carefully review the manager's valuation of illiquid investments.

- Investors should assess a fund's valuation methodology in the context of the fund's liquidity profile and fee structure.

- Investors should obtain net asset value (NAV) reports directly from an administrator if an external, independent administrator is used.

---

### E.      FEES AND EXPENSES

Hedge fund managers receive a management fee (typically between 1%-2% annually) plus a percentage of the fund's performance (often set at 20%).  Performance is typically calculated on a cumulative basis (with incentive fees calculated against a ceiling or "high-water mark") so that any losses experienced by a hedge fund in one or more prior years must first be recouped (in whole or in part) by compensating gains before further (or full) incentive fees are paid.  (An example would be a $15 million loss in one year followed by a $20 million gain in the next year for which an incentive fee would be assessed only on the net $5 million gain.)  In addition, hedge fund managers allocate expenses to their funds and the investors in those funds.

Each investor should develop a comprehensive philosophy regarding the payment of fees and expenses for all investment management services contracted.  This philosophy should consider fees and expenses relative to the returns sought and risks taken by an investment strategy, the liquidity offered by the investment manager, and the appropriate sharing ratio acceptable to the investor of alpha generated by the investment manager.

---

**Best Practices**

- Investors should determine the overall percentage of total and excess return they are willing to pay to their respective investment managers. The percentage should be based on an investment strategy's returns, risks, liquidity, and lock-up period.

- Investors should seek to actively negotiate fees and performance targets.  Investors, particularly fiduciaries for others, have a responsibility not to overpay for investment management services, and also have a duty to obtain high quality investment management services when available for a reasonable price in light of market conditions.

---

The investor should understand the fees and expenses to be paid by the investor prior to the undertaking of any investment.  This should be clearly reflected in the offering materials and legal documents for the fund, including a description of the fee schedule; the exact formula used to calculate fees owed, including where appropriate example calculations; the time period for fee calculations; and the source of information to be used to calculate the fee payments.

---

**Best Practices**

- Hedge fund fees should be calculated based on audited portfolio valuations.

- Where the period of audited financial valuations does not coincide with the fee calculation period, investors should familiarize themselves with the hedge fund manager's portfolio valuation methodologies and the processes used to prepare the fee calculation. Once audited financials become available, the fee calculations should be

---

**Best Practices**

reviewed and adjusted for any valuation differences.

- Performance fees should be calculated based on dollars of value added, not percentage returns or average capital invested for the calculation period.

- Performance fees computed as carried interest should be calculated on net value added as opposed to gross value added. The hedge fund's offering documents should adequately define "net value added", upon which performance fees are calculated (gross value added less any other expenses charged to the hedge fund).

- The hedge fund's offering documents should adequately delineate all types of potential expenses and other charges that potentially could be deducted from fund assets. These expenses may include, but are not limited to: legal expenses, accounting expenses, trustee fees, administrative fees, marketing and sales fees, custodial fees, and general investment management charges.

- The hedge fund's offering documents should adequately describe all fee sharing arrangements, soft dollar arrangements, and any compensation or benefits that the hedge fund manager may receive from fund assets or as the result of the fund's investment activity.

- Performance fees should be calculated over a period of time that is appropriate given the volatility of the hedge fund strategy's returns and any lock-up period required by the hedge fund manager. Generally, the more volatile the investment strategy, the longer the period included for calculating the performance fee.

- Investors should determine whether performance fees are subject to a "high-water mark," whereby the fund must recoup losses from prior years before the manager receives performance fees based on current gains. Investors should determine the period of time to which the "high-water mark" limitations apply, and confirm that it is consistent with their redemption rights and investment objectives.  High water marks are widely used and are considered a market standard best practice.  Further, since investors may join a hedge fund investment at different times, investors should confirm that high water marks are specific for each investor and separately tracked.

- Investors using a fund of hedge funds manager should clearly distinguish all fees and expenses payable to the fund of fund manager separately from fees and expenses payable to the underlying hedge fund managers.

- Investors should use the same best practices in evaluating fees paid to a fund of hedge funds manager as they do for evaluating the fees and expenses paid to a hedge fund manager directly, including payment of carried interest on net alpha, high-water marks, the use of audited financials to calculate fees, and the like.

## F.      REPORTING

### 1.      Reporting and Transparency

A key concern for investors is that hedge funds' lack of transparency may lead to unexpected risk exposures.  Given the broad range of strategies that hedge funds can employ, it is difficult and impractical to prescribe precise disclosure standards.  Hedge fund managers typically cite commercial reasons for providing little transparency.   There are sometimes legitimate competitive reasons for keeping information confidential, but often there are not.

Investors should seek sufficient transparency and disclosure to assess and monitor the material risks of a hedge fund investment.  Disclosure must be timely and frequent enough to allow investors to make informed investment decisions.  Appropriate portfolio transparency levels and risk metrics vary by fund and strategy.  For example, it may be appropriate for funds with a small number of concentrated investments to provide position-level transparency, while meaningful portfolio metrics may be more useful to investors in hedge funds with large portfolios that trade with high frequency.

Investors should receive reports and letters, no less frequently than quarterly, from a manager that allow the reader to discern the fundamental portfolio characteristics and drivers of performance at the end of a reporting period and determine if these factors might be changing over time.   Investors with significant analytical and staff resources may desire real-time information about the hedge fund's trading activity (full transparency) to gain additional insights into the fund's investment strategy.

With hedge funds, like other investments, there are practical limits to transparency dictated by issues associated with competitive secrets and materiality.  The prudent investor will need to determine what disclosures are critical in assessing the essential risks and rewards of the investment.  A thoughtful presentation of risk exposures and performance attribution should allow the investor to understand the structure and strategy of the manager, and to ask intelligent follow-up questions.   Ideally a periodic (for example, quarterly) letter would expand upon significant portfolio developments that might include a discussion of contributions to performance, major investment themes, responses to shifts in market conditions (if relevant), and changes in personnel or vendors.  The information should include the following items, when applicable:

- Gross and net exposure;

- Total portfolio, by geography and industry sector - multi-strategy managers should display the allocation of the portfolio by strategy;

- Market capitalization distribution;

- Portfolio concentration:  top 10 long positions and top five short positions as a percentage of the total portfolio;

- Portfolio themes and names of top positions once the positions are fully established;

- Performance Attribution;

    - Long and short;

    - By geographic regions or strategy, including hedges; and

    - Most significant "winners and losers."

- Assets under management (by fund);

- Portfolio statistics (i.e., turnover, long positions, short positions, etc.);

- A statement of the investor's investment in the hedge fund, a letter discussing performance, and a report of the performance net of fees and expenses

- A statement of the asset valuations for any period in which the hedge fund manager received performance-based compensation and the percentage allocation to FAS 157 Level 1, 2, and 3 categories; and

- Tax exposure for the investors.

Investors should be able to address the following issues if they are receiving high quality manager reports:

- Is the manager following the strategy it outlined to investors?  Has there been material style or strategy drift?

- Are assets under management appropriate given the manager's strategy and staffing?  Have assets under management changed significantly?  Have there been any material withdrawals of or additional contributions of capital made by firm personnel?

- Have there been any personnel, operational or ownership changes at the firm? Investors should be aware of significant hires and departures, new corporate structure or office locations, new prime brokerage or other relationships of this nature, and any changes to operations.

- Investors should take note of exceptional excess performance as well as underperformance, as both outcomes could be the result of an excessively concentrated position or excessive portfolio leverage.

- Investors should confirm that variations in performance do not result in conduct inconsistent with the manager's investment strategy.

> **Best Practices**
>
> - Investors should employ a process to determine the sufficiency and timeliness of a fund's transparency and disclosure. Prior to investing, investors should review sample reporting, including the risk metrics reported, and confirm that the firm will continue providing these metrics.  Satisfactory disclosure will include the information investors need to understand the material risks and assess the investment in the context of their overall portfolios.
>
> - Investors should ensure they receive appropriate information regarding a hedge fund's strategies, terms, conditions and risk management. At a minimum, investors should receive timely and agreed-upon aggregate metrics that adequately capture material portfolio risks.
>
> - Investors should receive critical disclosures and metrics on a consistent and timely basis including general asset classes to which the portfolio is allocated.  Disclosures should provide sufficient details about the hedge fund's individual holdings to allow the investor to evaluate the associated risk exposures, such as the types of securities the fund holds, broken down by sector, duration, credit quality, geographic region, and exposures related to derivative positions.
>
> - Investors should periodically confirm the percentage of the hedge fund portfolio that the managers classify as "illiquid."

## 2.    Performance Reporting

Investors should develop a comprehensive approach regarding the measurement of investment performance that addresses:  (i) the frequency of performance measurement; (ii) the need to measure total performance; (iii) benchmark performance and alpha (excess return over the benchmark performance); and (iv) the volatility of total return and alpha performance.

An investor's performance measurement approach may be driven in part by their risk profile. Investors with riskier portfolios often require more frequent strategy-specific and aggregate performance reporting.

Investors should measure aggregate fund and investment strategy volatility as well as returns. These volatilities should be viewed at both the total hedge fund portfolio level and at the strategy level within the portfolio.  Both normal and semi-variant risk calculations should be considered.

> **Best Practices**
>
> - Investors should develop a comprehensive approach regarding the measurement of investment performance at the aggregate portfolio level, the investment strategy level, and the manager level. This should address: (i) the frequency of performance measurement; (ii) benchmark performance and alpha (excess return over the benchmark

**Best Practices**

performance); and (iii) volatility of total return and alpha performance.

• When practical and applicable, investors should require that hedge fund managers report their performance according to GIPS reporting standards.

• Performance measurements should be based on audited financial information. Valuation estimates are only acceptable for interim reporting to the extent that audited financial information is not available.

• Investors should require that hedge funds provide a marginal contribution to return and marginal contribution to risk analysis of their hedge fund strategies to the extent that it is crucial for the investor's assessment of the proper role of the hedge fund strategy. This may be particularly important for multi-strategy hedge funds and funds of hedge funds investments. These marginal contributions may be calculated for the current performance period and/or for monthly, quarterly and annual performance periods.

• Investors should require that hedge funds provide total fund volatility and residual risk measures for their investment portfolios. These measures should be based on a performance calculation appropriate to the types of assets the fund owns. The industry standard is to make this calculation on a monthly basis, but it may be more or less frequent depending upon the nature of the fund's assets. Investors should compare this information to the hedge fund manager's expectations of volatility/residual risk for the hedge fund portfolio.

• Investors should require hedge funds, as a part of their performance reporting responsibilities, to report the percentage of the portfolio in illiquid/non-marketable securities, and/or the percentage of the portfolio held in "side pocket" arrangements.

3.    **Funds of Hedge Funds Performance Measurement**

**Best Practices**

• Investors in funds of hedge funds should require that the manager employ appropriate practices to determine portfolio valuation.

• Investors should be informed of the fees and expenses charged by funds of hedge funds managers as well as the fees charged by the managers of the underlying hedge funds.

• When practical and applicable, investors should require that funds of hedge funds managers report their performance according to GIPS reporting standards.

• Investors should request performance and risk attribution statistics in order to

| Best Practices |
| --- |
| understand better the drivers of risk and returns in the funds of hedge funds portfolio. |

### 4.     Aggregate Portfolio Performance Measurement

| Best Practice |
| --- |
| •   Investors should calculate their aggregate portfolio return, risk and attribution measures in a reasonable manner given their performance measurement philosophy, but no less than monthly. |

### G.     TAXATION

No investment due diligence process is complete without an analysis of the impact of taxation on an investment's return profile.  This section raises some, but not all, of the tax issues that investors may face when investing in hedge funds. A comprehensive discussion of all of the tax issues that might affect an investor in hedge funds is beyond the scope of this report.  An investor should consult with their tax advisors and carefully review the tax-related disclosures provided by a hedge fund prior to investing.

Hedge fund disclosures should explain all tax considerations that may impact a hedge fund's returns, such as taxation resulting from foreign investment or from status as a passive foreign investment company (PFIC), or any tax loss carry-forward to which the hedge fund may be entitled.  Tax disclosures should also discuss the effect of phase-outs of certain exemptions, deductions, and credits utilized by the hedge fund.

### 1.     Unrelated Business Taxable Income (UBTI)

U.S. tax-exempt investors, such as pension funds and endowments, are required to pay taxes on income generated through activities that are unrelated to their typical operations, or "unrelated business taxable income" (UBTI).  Despite the fact that investing is generally unrelated to the purpose of the tax-exempt organization, tax-exempt investors are not required to pay taxes on income from passive investments.  However, tax-exempt investors are required to pay taxes on income generated from passive investments if the manager borrows money to finance its investment activities.

The use of leverage within a hedge fund creates debt-financed income that is taxable to tax-exempt entities as UBTI.  Investors should monitor the use of leverage and other strategies that may generate UBTI, and they should investigate structures intended to mitigate UBTI generation.  For example, hedge funds that are structured as offshore corporations effectively "cleanse" the debt-financed income so that tax-exempt investors do not generate UBTI.

---

**Best Practice**

- Tax exempt investors and hedge fund managers should agree on the desirability of leverage in a fund's portfolio and expectations of incurring UBTI. If a fund undergoes changes that modify the tax ramifications of investment beyond what was agreed to at the inception of the investment, the investor should receive immediate notice and have the ability to exit the fund without penalty. In addition, investors subject to UBTI should evaluate the use of structures to mitigate the impact of potential UBTI.

- Regardless of the investor's situation, they should seek the advice of competent tax advisors.

---

## 2.     U.S. and Foreign Tax Withholding

Tax-exempt organizations investing in offshore funds may be subject to withholding on U.S. dividends. These amounts can often be reclaimed if the hedge fund is classified as a partnership for U.S. tax purposes and it complies with certain procedures. Status as a partnership may, however, conflict with UBTI planning, as discussed above. In the case of investments in foreign jurisdictions, dividends and other income may be subject to foreign tax withholding. The ability of a U.S. investor to rely on U.S. tax treaties with such jurisdictions may be impacted by choice of the jurisdiction under which the hedge fund is formed, and by the hedge fund's classification (corporation or partnership) for U.S. tax purposes. Some hedge funds claim the inability to monitor withholdings or comply with tax documentation obligations on an investor-by-investor basis, sometimes subjecting tax-exempt and governmental investors to U.S. withholding taxes as well. These hedge funds leave it to the investor to claim any treaty benefits or other rights related to withheld taxes.

---

**Best Practice**

- Tax-exempt investors should be familiar with the hedge fund's procedures for foreign and U.S. tax withholding. Investors in offshore funds should understand the fund manager's processes and procedures for monitoring, recording, and reclaiming withheld taxes. Tax-exempt investors who may be subject to withholding taxes should monitor their investments and reclaim withheld taxes or pursue avenues to avoid withholding entirely.

- Investors should seek the advice of competent tax advisors.

---

## 3.     Changes to Capital Gain Allocations

When an investor withdraws from a hedge fund, partnership agreements may allow the hedge fund manager to reallocate short-term or long-term gains to the withdrawing investor regardless of the investor's proportional share of those gains. If the hedge fund allocates short-term capital

gains to the investor instead of long-term capital gains, taxable investors will have to pay the higher short-term capital gains tax rate for more than their proportional share of those gains.  As a result, a withdrawing investor may be subject to a higher than expected tax burden and lower than expected net returns.

---

**Best Practice**

- Taxable investors should obtain adequate information regarding a fund's allocation of capital gains to redeeming investors, including a fund's policies and procedures for allocations if they are not made on a pro rata basis. Taxable investors should understand the potential effects of capital gain allocations on after-tax returns prior to investing in a fund.

---

## H.    CONCLUSION

Hedge funds are a legal construct.  They are not an asset class.  More than other investment vehicles, hedge funds require in depth and continuous oversight by their investors.  The job of the investor is to understand the essential risk and reward prospects of each hedge fund investment and how these investments combine to meet the objectives of the hedge fund program in the context of the investor's overall portfolio.  Investors should assess whether their managers' investment strategies are effective and are being executed consistently.  Ultimately, investors must determine whether a manager's results are due to luck or skill, and therefore whether results are repeatable over time.  This imperative requires that investors utilize quantitative as well as qualitative information and analysis.  Effective reporting by managers will allow thoughtful investors to evaluate the manager's performance, strategy, organization and decision-making so that the investor may judge the suitability of each manager under consideration for inclusion in the investor's portfolio.

# V.    APPENDIX

**Sources and Acknowledgements**

"Agreement Among PWG and U.S.  Agency Principals on Principles and Guidelines Regarding Private Pools of Capital."  *President's Working Group on Financial Markets*. Washington, February 22, 2007.

"Alternative Investments – Audit Considerations, A Practice Aid for Auditors." *American Institute of Certified Public Accountants, Inc.* New York, 2006.

"Asset Manager Code of Professional Conduct."  *CFA Institute*. Charlottesville, VA,

"Best Practices in Hedge Fund Investing:  Due Diligence for Fixed-Income and Credit Strategies."  *The Education Committee of the Greenwich Roundtable*. Greenwich, CT, Spring 2007.

"Best Practices in Hedge Fund Investing:  Due Diligence for Global Macro and Managed Futures Strategies."  *The Education Committee of The Greenwich Roundtable*.  Greenwich, CT, Winter 2007.

"Consultation Report:  Call for Views on Issues that could be addressed by IOSCO on Funds of Hedge Funds."  *Technical Committee of the International Organization of Securities Commissions*.  Madrid, April 2007.

"Consultation Report:  Principles for the Valuation of Hedge Fund Portfolios."  *Technical Committee of the International Organization of Securities Commissions*.  Madrid, March 2007.

"Guide to Sound Practices for European Hedge Fund Managers."  *Alternative Investment Management Association (AIMA)*.  London, 2002, revised May 2007.

"Guide to Sound Practices for European Hedge Fund Valuation."  *Alternative Investment Management Association (AIMA)*.  London, 2007.

"Hedge Fund Standards, Consultation Paper, Part 1:  Approach to best practice in context." *Hedge Fund Working Group*.  London, October 2007.

"Hedge Fund Standards, Consultation Paper, Part 2:  The best practice standards."  *Hedge Fund Working Group*.  London, October 2007.

Khandani, Amir E.  and Andrew W. Lo, "What happened to the Quants in August 2007?" http://web.mit.edu/alo/www/Papers/august07.pdf , September 20, 2007.

"Perspectives on Asset Management – Hedge Funds, growth sector or maturing industry?" *Oliver Wyman*.  New York, June 2005.

"Policy Statements on Financial Market Developments."  *President's working Group on Financial Markets.*  Washington, March 13, 2008.

"Sound Practices for Hedge Fund Managers."  *Managed Funds Association (MFA)*.  Washington, 2007.

"Toward Greater Financial Stability:  A Private Sector Perspective."  *The Report of the Counterparty Risk Management Policy Group II*.  New York, July 27, 2005.

Walker, Sir David.  "Disclosure and Transparency in Private Equity."  *Walker Working Group*.  London, July 27, 2007.

The Committee gratefully acknowledges the invaluable support of Dulcie Brand and David Stanton of Pillsbury Winthrop Shaw Pittman LLP for countless edits and counsel on the document.  Lecia Kaslofsky of the James Mintz Group and Jaeson Dubrovay of NEPC also provided outstanding critical feedback throughout the review process.  Furthermore, Committee members were supported by key members of their own staff.  Special note should be given to the following:  CalPERS (Kurt Silberstein, Craig Dandurand, Ken Huettl, and John Kowalik), Cambridge Associates (Charles Cassidy), BP America Inc.  (Bruce Nemeck), Diversified Global Asset Management (Ryan Barry), and Princeton University Investment Company (Gene Kim).

Key insights and guidance were provided by the PWG staff as well as leading professional associations including the Alternative Investment Management Association/AIMA (Emma Mugridge), the CFA Institute (Jeff Diermeier and Kurt Schacht), the Greenwich Roundtable (Steve McMenamin, Spencer Boggess, Aleks Weiler, Ben Alimansky, Nancy Solnik and David McCarthy), Chartered Alternative Investment Analyst/CAIA Association (Craig Asche), and the Managed Funds Association/MFA (Lisa S. McGreevy).  Also, Sir Andrew Large, chair of the UK-based Hedge Fund Working Group provided critical perspective.

## MEMBERS OF THE INVESTORS' PRACTICES COMMITTEE

**Russell Read, Chair**          Chief Investment Officer
California Public Employees' Retirement System (CalPERS)

**Sandra Urie, Vice-Chair**      Chief Executive Officer
Cambridge Associates, LLC

**Gary Bruebaker**               Chief Investment Officer
Washington State Investment Board

**Myra Drucker**                 Chair of the Board of Trustees
Commonfund

**Tom Dunn**                     Managing Principal
New Holland Capital

**Peter Gilbert**                Chief Investment Officer
Lehigh University Endowment Fund

**Andrew Golden**                President
Princeton University Investment Company

**George Main**                  Chief Executive Officer
Diversified Global Asset Management Corporation

**Salim Shariff**                Chief Investment Officer
Weyerhaeuser Pension Fund

**Ellen Shuman**                 Vice President and Chief Investment Officer
Carnegie Corporation of New York

**Damon Silvers**                Associate General Counsel
AFL-CIO

**Greg Williamson**              Chief Investment Officer
BP Pension Fund

# EXHIBIT 13



**United States Government Accountability Office**

# GAO

## Report to Congressional Requesters

August 2008

# DEFINED BENEFIT PENSION PLANS

# Guidance Needed to Better Inform Plans of the Challenges and Risks of Investing in Hedge Funds and Private Equity



**G A O**
Accountability * Integrity * Reliability

GAO-08-692

Exhibit 13                                     Page 1 of 71



Highlights of GAO-08-692, a report to congressional requesters

**August 2008**

# DEFINED BENEFIT PENSION PLANS

## Guidance Needed to Better Inform Plans of the Challenges and Risks of Investing in Hedge Funds and Private Equity

## Why GAO Did This Study

Millions of retired Americans rely on defined benefit pension plans for their financial well-being. Recent reports have noted that some plans are investing in 'alternative' investments such as hedge funds and private equity funds. This has raised concerns, given that these two types of investments have qualified for exemptions from federal regulations, and could present more risk to retirement assets than traditional investments.

To better understand this trend and its implications, GAO was asked to examine (1) the extent to which plans invest in hedge funds and private equity; (2) the potential benefits and challenges of hedge fund investments; (3) the potential benefits and challenges of private equity investments; and (4) what mechanisms regulate and monitor pension plan investments in hedge funds and private equity.

To answer these questions GAO interviewed relevant federal agencies, public and private pension plans, industry groups and investment professionals, and analyzed available survey data.

### What GAO Recommends

GAO recommends that the Secretary of Labor provide guidance on investing in hedge funds and private equity that describes steps plans should take to address the challenges and risks of these investments. Labor generally agreed with our findings and recommendation.

To view the full product, including the scope and methodology, click on GAO-08-692. For more information, contact Barbara Bovbjerg at (202) 512-7215 or bovbjergb@gao.gov, or Orice Williams at (202) 512-8678 or williamso@gao.gov.

## What GAO Found

According to several recent surveys of private and public sector plans, investments in hedge funds and private equity generally comprise a small share of total plan assets, but a considerable and growing number of plans have such investments. Available survey data of mid to large-size plans indicate that between 21 and 27 percent invest in hedge funds while over 40 percent invest in private equity; such investments are more prevalent among larger plans, as shown below. The extent of investment in hedge funds and private equity by plans with less than $200 million in total assets is unknown.

Pension plans invest in hedge funds to obtain a number of potential benefits, such as returns greater than the stock market and stable returns on investment. However, hedge funds also pose challenges and risks beyond those posed by traditional investments. For example, some investors may have little information on funds' underlying assets and their values, which limits the opportunity for oversight. Plan representatives said they take steps to mitigate these and other challenges, but doing so requires resources beyond the means of some plans.

Pension plans primarily invest in private equity funds to attain returns superior to the stock market. Pension plan officials GAO spoke with generally had a long history of investing in private equity and said such investments have met expectations for returns. However, these investments present several challenges, such as wide variation in performance among funds, and the resources required to mitigate these challenges may be too substantial for some plans.

The federal government does not specifically limit or monitor private sector plan investment in hedge funds or private equity, and state approaches to public plans vary. Under federal law, fiduciaries must comply with a standard of prudence, but no explicit restrictions on hedge funds or private equity exist. Although a federal advisory council recommended that the Department of Labor (Labor) develop guidance for plans to use in investing in hedge funds, Labor has not yet done so. While most states also rely on a standard of investor prudence, some also have legislation that restricts or prohibits plan investment in hedge funds or private equity. For example, one state prohibits plans below a certain size from investing directly in hedge funds.



**Share of Large Plans Investing in Hedge Funds and Private Equity**

Source: *Pensions & Investments'* 2007 annual survey.

# Contents

| **Letter** | | **1** |
|---|---|---|
| | Results in Brief | 3 |
| | Background | 6 |
| | A Growing Number of Pension Plans Are Investing in Hedge Funds or Private Equity, but Such Investments Are Generally a Small Portion of Plan Assets | 13 |
| | Pension Plans Seek Various Investment Objectives through Hedge Funds, and Such Investments Pose Challenges That Require Considerable Effort and Expertise to Address | 20 |
| | Private Equity Investments May Provide Important Benefits, but Pension Plans Face Limited Access to Top-Performing Funds and Other Challenges | 31 |
| | The Federal Government Does Not Specifically Limit or Monitor Private Sector Plans' Investments in Hedge Funds and Private Equity, but Some States Do So for Public Sector Plans through Various Approaches | 40 |
| | Conclusions | 48 |
| | Recommendation for Executive Action | 49 |
| | Agency Comments and Our Evaluation | 49 |
| **Appendix I** | **Objectives, Scope, and Methodology** | **53** |
| **Appendix II** | **Government Agencies, Industry Organizations, Investment Consulting Firms, and Other Organizations Interviewed** | **59** |
| **Appendix III** | **Comments from the Department of Labor** | **61** |
| **Appendix IV** | **Comments from the Pension Benefit Guaranty Corporation** | **63** |
| **Appendix V** | **GAO Contacts and Staff Acknowledgments** | **65** |

## Tables

Table 1: Extent of DB Plan Investments in Hedge Funds and
Private Equity 16

Table 2: Restrictions on Pension Investments in Hedge Funds and
Private Equity Identified by Plan Officials in 11 Selected
States 44

Table 3: Massachusetts Policies on Public Plan Investments in
Hedge Funds 46

Table 4: Number and Size of DB Plans Observed in Recent Surveys 54

Table 5: List of DB Plans for In-Depth Interviews 55

Table 6: Criteria Used in Selection of Plans for In-Depth Interviews 56

Table 7: Ten States with the Largest Total Public DB Pension Plan
Assets 57

## Figures

Figure 1: Structure of Private Equity Investing 12

Figure 2: The Number of Plans with Investments in Hedge Funds or
Private Equity by Size of Investment as a Share of Total
Plan Assets 14

Figure 3: Share of Large DB Plans Investing in Hedge Funds and
Private Equity 17

Figure 4: Pension Plans with Investments in Hedge Funds and
Private Equity by Size of Total Plan Assets 19

Figure 5: Effect of Hedge Fund Fee Structure on the Returns of an
Investment of $50 Million 25

Figure 6: Returns from a Private Equity Fund Generally Follow a J-
Curve Trend over the 10-Year Fund Cycle 36

## Abbreviations

| | |
|---|---|
| DB | defined benefit |
| DC | defined contribution |
| EBSA | Employee Benefits Security Administration |
| ERISA | Employee Retirement Income Security Act of 1974 |
| NASRA | National Association of State Retirement Administrators |
| PBGC | Pension Benefit Guaranty Corporation |
| PERAC | Public Employee Retirement Administration Commission |
| SEC | U.S. Securities and Exchange Commission |
| SFAS | Statement of Financial Accounting Standards |
| S&P | Standard and Poor's |
| TRS | Teacher Retirement System of Texas |

This is a work of the U.S. government and is not subject to copyright protection in the United States. The published product may be reproduced and distributed in its entirety without further permission from GAO. However, because this work may contain copyrighted images or other material, permission from the copyright holder may be necessary if you wish to reproduce this material separately.



**United States Government Accountability Office**
**Washington, DC 20548**

August 14, 2008

Congressional Requesters

Millions of Americans rely on defined benefit pension plans for their financial well-being after their working years.[1] In order to pay promised retirement benefits when due at an acceptable cost, employers must make adequate contributions to these funds and plan fiduciaries must invest the fund balance in assets that yield an adequate rate of return over time. Historically, public and private sector pension plans have primarily invested in traditional investments such as stocks and bonds; however, recent press reports indicate that plans are increasingly investing in "alternative" investments such as hedge funds and private equity funds.

While there is no statutory definition of hedge funds, the phrase "hedge fund" is commonly used to refer to a pooled investment vehicle that is privately organized and administered by professional managers, and that often engages in active trading of various types of securities and commodity futures and options contracts.[2] Similarly, private equity funds are not statutorily defined, but are generally considered privately managed investment pools administered by professional managers, who typically make long-term investments in private companies, taking a controlling interest with the aim of increasing the value of these companies through such strategies as improved operations or developing new products. Both hedge funds and private equity funds may be managed so as to be exempt from certain aspects of federal securities law and regulation that apply to other investment pools such as mutual funds.

Pension plan investments in hedge funds and private equity have been controversial for a number of reasons. While hedge funds investments are made mainly by relatively wealthy individuals and institutional investors, the recent increase in pension plan investments in hedge funds indirectly

---

[1]A defined benefit (DB) pension plan generally provides benefits in the form of a guaranteed retirement benefit, the value of which is typically determined by a formula based on salary and years of service.

[2]A futures contract is an agreement to buy or sell a specific amount of a commodity or financial instrument at a particular price on a stipulated future date. An option is a securities transaction agreement tied to stocks, commodities, or stock indexes.

Exhibit 13                                    Page 6 of 71

exposes people of modest incomes to the risks of hedge fund investing. This has been cited as a concern because a pension plan that experiences substantial losses as a result of a hedge fund investment may be unable to meet its obligations to pensioners. The perceived riskiness of hedge funds and the collapse of some of these funds in recent years have led some industry experts and union officials to express concern about plan investments in such vehicles, including the appropriate steps plan officials should take in conducting proper due diligence. A further cause for their concern is the ability of hedge funds and private equity funds to qualify for exemptions from certain aspects of federal securities law and regulations that apply to other investment pools.

In order to better understand the extent to which defined benefit pension plans invest in hedge funds and private equity and the implications of such investments for the security of pension plan assets, you asked us to examine the extent and nature of defined benefit pension plans' investments in these alternative investments. Specifically, you asked us to address the following questions:

1.  To what extent do public and private sector pension plans invest in hedge funds and private equity funds?

2.  What are the potential benefits, risks, and challenges pension plans face in making hedge fund investments, and how do plans address the risks and challenges?

3.  What are the potential benefits, risks, and challenges pension plans face in making private equity fund investments, and how do plans address the risks and challenges?

4.  What mechanisms regulate and monitor pension plan investments in hedge funds and private equity funds?

To answer these questions, we reviewed relevant literature and survey data and conducted in-depth interviews with pension plan representatives and industry experts. We obtained and analyzed data on the extent of pension plan investments in hedge funds and private equity from private organizations such as Greenwich Associates, *Pensions & Investments*, and Pyramis Global Advisors. Although these surveys had several limitations— for example, the survey data generally represent the holdings of larger pension plans—we determined they were sufficiently reliable for purposes of our study. To answer the second and third questions, we conducted in-depth interviews with representatives of 26 public and

private sector DB pension plans and, where possible, obtained and reviewed supporting documentation. These plans were selected based on several criteria, including the range of investment in hedge funds and private equity and the amount of total plan assets. We also interviewed officials of regulatory agencies, relevant industry organizations, investment consulting firms, and other national experts. To identify state and federal regulatory and monitoring policies, we interviewed officials at the Department of Labor (Labor) and representatives of relevant agencies in selected states, and reviewed relevant policy documents. We contacted regulators in 11 states, including the 10 states with the largest amount of public pension assets according to the National Association of State Retirement Administrators (NASRA) Public Funds Survey data.[3]

We conducted this performance audit from June 2007 to July 2008, in accordance with generally accepted government auditing standards. Those standards require that we plan and perform the audit to obtain sufficient, appropriate evidence to provide a reasonable basis for our findings and conclusions based on our audit objectives. We believe that the evidence obtained provides a reasonable basis for our findings and conclusions based on our audit objectives.

## Results in Brief

While hedge fund and private equity fund investments generally comprise a limited share of total plan assets, a considerable and growing number of private and public DB plans make such investments. According to available survey data, which generally reflect the holdings of larger DB plans, average allocations to hedge funds and private equity in 2007 were around 4 percent and 5 percent of total plan assets, respectively. However, according to one survey, a few pension plans had relatively large allocations of about 30 percent to hedge funds, while one public plan had an allocation of about 20 percent to private equity. Available survey data indicate that from about 21 to 27 percent of mid- to large-size pension plans invested in hedge funds in 2006, while just over 40 percent invested in private equity. Although investments in private equity remain more prevalent than hedge fund investments among both private and public pension plans surveyed, the number of plans investing in hedge funds has increased in recent years more than for private equity funds. Investments in hedge funds and private equity are more common among large pension

---

[3]We contacted the following states: California, Florida, Illinois, Massachusetts, New Jersey, New York, North Carolina, Pennsylvania, Ohio, Texas, and Wisconsin.

Exhibit 13                                    Page 8 of 71

plans, measured by assets under management, compared to mid-size plans. For example, about 16 percent of plans with $250 to $500 million were invested in hedge funds, while 29 percent of plans with $1 billion or more had such investments, according to a 2006 survey. Similarly, for private equity, 16 percent of plans with $250 - $500 million had such investments compared to 77 percent of plans with $1 billion or more in 2006. Survey data on plans with less than $200 million in assets are unavailable and, in their absence, the extent to which these plans invest in hedge funds or private equity is unknown.

Pension plans invest in hedge funds to obtain various benefits, but some characteristics of hedge funds also pose challenges that demand greater expertise and effort than more traditional investments, which some plans may not be able to fully address. Pension plans told us that they invest in hedge funds in order to achieve one or more of several goals, including steadier, less volatile returns, obtaining returns greater than those expected in the stock market, or diversification of portfolio investments. Pension plan officials we spoke with about hedge fund investments all said these investments had generally met or exceeded expectations. However, at the time of our contact in 2007, several plan officials noted that their hedge fund investments had not yet been tested under stressful economic conditions, such as a significant stock market decline. Further, some indicated mixed experiences with hedge fund investments. At the time of our discussions, however, officials of each plan interviewed indicated that they expected to maintain or increase the share of assets invested in hedge funds. Nonetheless, hedge fund investments pose investment challenges beyond those posed by traditional investments in stocks and bonds. These additional challenges include: (1) the inherent risks of relying on the skill and techniques of the hedge fund manager; (2) limited information on a hedge fund's underlying assets and valuation (limited transparency); (3) contract provisions which limit an investor's ability to redeem an investment in a hedge fund for a defined period of time (limited liquidity); and 4) the possibility that a hedge fund's active or risky trading activity will result in losses due to operational failure such as trading errors or outright fraud (operational risk). Although there are challenges of hedge fund investing, plan officials and others described steps to address these and other challenges. For example, plan officials and others told us that it is important to negotiate key investment terms and conduct a thorough "due diligence" review of prospective hedge funds, including review of a hedge fund's operational structure. Further, pension plans can invest in funds of hedge funds, which charge additional fees but provide diversification and the additional skill of the fund of funds manager. According to plan officials and others, some of these steps require

considerably greater effort and expertise from fiduciaries than is required for more traditional investments, and such steps may be beyond the capabilities of some pension plans, particularly smaller ones.

Pension plans invest in private equity primarily in expectation of higher rates of return than traditional investments, but these investments too pose challenges that require substantial effort and expertise to address. The major benefits pension plans seek from private equity investments are long-term returns in excess of stocks and, to a lesser degree, to further diversify the plan's portfolio. Pension plan officials we spoke with generally had longer experience investing in private equity than in hedge funds—in some cases over 20 years—and each plan's representatives indicated these investments have met expectations and most expressed plans to maintain or increase their allocations. Nevertheless, investments in private equity present distinct challenges and risks beyond those faced with traditional investments. These include: (1) the variation of performance among private equity funds, which is greater than for other asset classes, and the difficulty of gaining access to recognized top-performing funds; (2) longer-term commitments of 10 years or more, during which the pension plan may not be able to redeem its investment; and (3) valuation of the investment, which is difficult to assess prior to the sale of underlying holdings. As with hedge funds, taking steps to mitigate the challenges of investing in private equity funds requires greater expertise and effort than making traditional investments. Plans told us that, as a part of their due diligence and ongoing monitoring efforts, they regularly reviewed reports on the performance of the underlying investments of the private equity fund and held periodic meetings with fund managers. As with hedge funds, the extensive amount of monitoring required for private equity investments may be impractical for pension plans that have more limited resources, such as smaller plans.

The federal government does not specifically limit or monitor private sector pension investment in hedge funds or private equity and, while some states do so for public plans, their approaches vary. Under the Employee Retirement and Income Security Act (ERISA), plan fiduciaries are expected to meet general standards of prudent investing and no specific restrictions on investments in hedge funds or private equity have been established. Labor is tasked with helping to ensure plan sponsors meet their fiduciary duties; however, it does not currently provide any guidance specific to pension plan investments in hedge funds or private equity. Conversely, some states do specifically regulate and monitor public sector pension investment in hedge funds and private equity, but these approaches vary from state to state. While states generally have adopted a

Exhibit 13                                    Page 10 of 71

"prudent man" standard similar to that in ERISA, some states also explicitly restrict or prohibit pension plan investment in hedge funds or private equity. For instance, in Massachusetts, the agency overseeing public plans will not permit plans with less than $250 million in total assets to invest directly in hedge funds. Some states have detailed lists of authorized investments that exclude hedge funds and/or private equity. Other states may limit investment in certain investment vehicles or trading strategies employed by hedge fund or private equity fund managers. While some guidance exists for hedge fund investors, specific guidance aimed at pension plans could serve as an additional tool for plan fiduciaries when assessing whether and to what degree hedge funds would be a prudent investment.

To ensure that all plan fiduciaries can better assess their ability to invest in hedge funds and private equity, and to ensure that those that choose to make such investments are better prepared to meet these challenges, we recommend that the Secretary of Labor provide guidance on investing in hedge funds and private equity specifically designed for qualified plans under ERISA. In responding to a draft of this report, Labor generally agreed with our findings and recommendation.

Labor and other federal agencies also provided technical comments on the draft report, which we have incorporated where appropriate.

## Background

Millions of current and future retirees rely on private or public DB pension plans, which promise to pay retirement benefits that are generally based on an employee's salary and years of service. The financial condition of these plans—and hence their ability to pay promised retirement benefits when such benefits are due—depends on adequate contributions from employers and, in some cases, employees, as well as prudent investments that preserve principal and yield an adequate rate of return over time. The plan sponsor must make required contributions to the plan that are intended to ensure it is adequately funded to pay promised benefits. To maintain and increase plan assets, fiduciaries of public and private sector pension plans invest in assets that are expected to grow in value or yield income. In making investments, DB plan managers consider a plan's benefit payment requirements and balance the desire to maximize return on investment and the desire to limit the overall risk to the investment portfolio to an acceptable level. In doing so, plan fiduciaries invest in various categories of assets classes, which traditionally have consisted mainly of stocks and bonds. Stocks offer relatively high expected long-term returns at the risk of considerable volatility, that is, the likelihood of

significant short-term losses or gains. On the other hand, bonds and other fixed income investments offer a steady income stream and relatively low volatility, but lower expected long-term returns. Different proportions of these two asset classes will, therefore, provide different degrees of risk and expected return on investment. Pension fiduciaries may also invest in other asset classes or trading strategies, such as hedge funds and private equity, which are generally considered to be riskier investments, so long as such investments are prudent.

Private sector pension plan investment decisions must comply with the provisions of ERISA, which stipulates fiduciary standards based on the principle of a prudent man standard. Under ERISA, plan sponsors and other fiduciaries must (1) act solely in the interest of the plan participants and beneficiaries and in accordance with plan documents; (2) invest with the care, skill, and diligence of a prudent person with knowledge of such matters; and (3) diversify plan investments to minimize the risk of large losses. Under ERISA, the prudence of any individual investment is considered in the context of the total plan portfolio, rather than in isolation.[4] Hence, a relatively risky investment may be considered prudent, if it is part of a broader strategy to balance the risk and expected return to the portfolio. In addition to plan sponsors, under the ERISA definition of a fiduciary, any other person that has discretionary authority or control over a plan asset is subject to ERISA's fiduciary standards.[5] The Employee Benefit Security Administration (EBSA) at Labor is responsible for enforcing these provisions of ERISA, as well as educating and assisting retired workers and plan sponsors. Another federal agency, the Pension Benefit Guaranty Corporation (PBGC), collects premiums from federally insured plans in order to insure the benefits of retirees if a plan terminates without sufficient assets to pay promised benefits.

---

[4]ERISA's prudent man standard is satisfied if the fiduciary has given appropriate consideration to the following factors (1) the composition of the plan portfolio with regard to diversification of risk; (2) the volatility of the plan investment portfolio with regard to general movements of investment prices; (3) the liquidity of the plan investment portfolio relative to the funding objectives of the plan; (4) the projected return of the plan investment portfolio relative to the funding objectives of the plan; and (5) the prevailing and projected economic conditions of the entities in which the plan has invested and proposes to invest. 29 C.F.R. § 2550.404a-1(b) (2007).

[5]Under ERISA, a fiduciary is a person who (1) exercises discretionary authority or control over plan management or any authority or control over plan assets; (2) renders investment advice regarding plan moneys or property for direct or indirect compensation; or (3) has discretionary authority or responsibility for plan administration. 29 U.S.C. §1002(21).

Exhibit 13                                    Page 12 of 71

In the public sector, governments have established pension plans at state, county, and municipal levels, as well as for particular categories of employees, such as police officers, fire fighters, and teachers. The structure of public pension plan systems can differ considerably from state to state. In some states, most or all public employees are covered by a single consolidated DB retirement plan, while in other states many retirement plans exist for various units of government and employee groups. Public sector DB plans are not subject to funding, vesting and most other requirements applicable to private sector DB plans under ERISA, but must follow requirements established for them under applicable state law. While states generally have adopted standards essentially identical to the ERISA prudent man standard, specific provisions of law and regulation vary from state to state. Public plans are also not insured by the PBGC, but could call upon state or local taxpayers in the event of a funding shortfall.

## Hedge Funds Use Broad Range of Investment Strategies to Achieve Desired Return

Although there is no statutory or universally accepted definition of hedge funds, the term is commonly used to describe pooled investment vehicles that are privately organized and administered by professional managers and that often engage in active trading of various types of securities, commodity futures, options contracts, and other investment vehicles. In recent years, hedge funds have grown rapidly. As we reported in January 2008, according to industry estimates, from 1998 to early 2007, the number of funds grew from more than 3,000 to more than 9,000 and assets under management from more than $200 billion to more than $2 trillion globally.[6]

Hedge funds also have received considerable media attention as a result of the high-profile collapse of several hedge funds, and consequent losses suffered by investors in these funds. Although hedge funds have the reputation of being risky investment vehicles that seek exceptional returns on investment, this was not their original purpose, and is not true of all hedge funds today. Founded in the 1940s, one of the first hedge funds invested in equities and used leverage and short selling to protect or "hedge" the portfolio from its exposure to movements in the stock

---

[6]For additional information about hedge funds, see GAO, *Hedge Funds: Regulators and Market Participants Are Taking Steps to Strengthen Market Discipline, but Continued Attention Is Needed*, GAO-08-200 (Washington, D.C.: Jan. 24, 2008).

market.[7] Over time, hedge funds diversified their investment portfolios and engaged in a wider variety of investment strategies. Because hedge funds are typically exempt from registration under the Investment Company Act of 1940, they are generally not subject to the same federal securities regulations as mutual funds. They may invest in a wide variety of financial instruments, including stocks and bonds, currencies, futures contracts, and other assets. Hedge funds tend to be opportunistic in seeking positive returns while avoiding loss of principal, and retaining considerable strategic flexibility. Unlike a mutual fund, which must strictly abide by the detailed investment policy and other limitations specified in its prospectus, most hedge funds specify broad objectives and authorize multiple strategies. As a result, most hedge fund trading strategies are dynamic, often changing rapidly to adjust to market conditions.

Hedge funds are typically structured and operated as limited partnerships or limited liability companies exempt from certain registration, disclosure and other requirements under the Securities Act of 1933,[8] Securities Exchange Act of 1934,[9] Investment Company Act of 1940,[10] and Investment Advisers Act of 1940[11] that apply in connection to other investment pools, such as mutual funds. For example, to allow them to qualify for various exemptions under such laws, hedge funds usually limit the number of investors, refrain from advertising to the general public, and solicit fund participation only from large institutions and wealthy individuals. The presumption is that investors in hedge funds have the sophistication to understand the risks involved in investing in them and the resources to absorb any losses they may suffer. Although many workers may be impacted by any losses resulting from pension fund investment in hedge funds, a pension plan counts as a single investor that does not prevent a hedge fund from qualifying for the various statutory exemptions.

---

[7]Leverage involves the use of borrowed money or other techniques to potentially increase an investment's value or return without increasing the amount invested. A short sale is the sale of a security that the seller does not own or a sale that is consummated by the delivery of a security borrowed by, or for, the account of the seller. Short selling is used to profit by a decline in the price of the security.

[8]Ch. 38, tit. I, 48 Stat. 74 (codified at 15 U.S.C. § 77a et seq.).

[9]Ch. 404, 48 Stat. 881 (codified at 15 U.S.C. § 78a et seq.).

[10]Ch. 686, tit. I, 54 Stat. 797 (codified as amended at 15 U.S.C. § 80a-1 et seq.).

[11]Ch. 686, tit. II, 54 Stat. 847 (codified as amended at 15 U.S.C. § 80b-1 et seq.).

Individuals and institutions may also invest in hedge funds through funds of hedge funds, which are investment funds that buy shares of multiple underlying hedge funds. Fund of funds managers invest in other hedge funds rather than trade directly in the financial markets, and thus offer investors broader exposure to different hedge fund managers and strategies. Like hedge funds, funds of funds may be exempt from various aspects of federal securities and investment law and regulation.

| Private Equity Funds Obtain Returns from Manager Skill and Investing Capital in a Limited Number of Private Firms | Like hedge funds, there is no legal or commonly accepted definition of private equity funds, but the term generally includes privately managed pools of capital that invest in companies, many of which are not listed on a stock exchange. Although there are some similarities in the structure of hedge funds and private equity funds, the investment strategies employed are different. Unlike many hedge funds, private equity funds typically make longer-term investments in private companies and seek to obtain financial returns not through particular trading strategies and techniques, but through long-term appreciation based on corporate stewardship, improved operating processes and financial restructuring of those companies, which may involve a merger or acquisition of companies. Private equity is generally considered to involve a substantially higher degree of risk than traditional investments, such as stocks and bonds, for a higher return.[12] |

While strategies of private equity funds vary, most funds target either venture capital or buy-out opportunities. Venture capital funds invest in young companies often developing a new product or technology. Private equity fund managers may provide expertise to a fledgling company to help it advance toward a position suitable for an initial public offering. Buyout funds generally invest in larger established companies in order to add value, in part, by increasing efficiencies and, in some cases, consolidating resources by merging complementary businesses or technologies. For both venture capital and buy-out strategies, investors hope to profit when the company is eventually sold, either when offered to the public or when sold to another investor or company. Each private equity fund generally focuses on only one type of investment opportunity, usually specializing in either venture capital or buyout and often

---

[12]GAO is issuing a forthcoming report on leveraged buyouts by private equity funds.

specializing further in terms of industry or geographical area.[13] Investment in private equity has grown considerably over recent decades. According to a venture capital industry organization, the amount of capital raised by private equity funds grew from just over $2 billion in 1980 to about $207 billion in 2007; while the number of private equity funds grew from 56 to 432 funds over the same time period.

As with hedge funds, private equity funds operate as privately managed investment pools and have generally not been subject to Securities and Exchange Commission (SEC) examinations. Pension plans typically invest in private equity through limited partnerships in which the general partner develops an investment strategy and limited partners provide the large majority of the capital. After creating a new fund and raising capital from the limited partners, the general partner begins to invest in companies that will make up the fund portfolio (see fig. 1). Limited partners have both limited control over the underlying investments and also limited liability for potential debts incurred by the general partners through the fund.

---

[13]Other less common types of private equity include mezzanine financing, in which investors provide a final round of financing to help carry the company through its initial public offering, and distressed debt investments, in which firms buy companies that have filed for bankruptcy or may do so then typically liquidate the company.

**Figure 1: Structure of Private Equity Investing**



Source: New York State Common Retirement Fund Division of Pension Investment and Case Management.

Similar to hedge funds, private equity funds may be structured to qualify for exemptions from certain registration and disclosure requirements of federal securities laws; for example, by refraining from advertising to the general public. The majority of investments in private equity funds come from wealthy individuals and institutional investors, such as endowments, banks, corporations, and pension plans.

## A Growing Number of Pension Plans Are Investing in Hedge Funds or Private Equity, but Such Investments Are Generally a Small Portion of Plan Assets

According to several recent surveys, investments in hedge funds and private equity are typically a small portion of total plan assets—about 4 to 5 percent on average—but a considerable and growing number of plans invest in them. While investment in hedge funds is less common than private equity, the number of plans with investments in hedge funds has experienced greater growth in recent years. Furthermore, survey data show that larger plans, measured by total plan assets, are more likely to invest in hedge funds and private equity compared to mid-size plans. Survey data on plans with less than $200 million in assets are unavailable and, thus, the extent to which small plans invest in hedge funds and private equity is unknown.

### Investments in Hedge Funds and Private Equity Typically Comprise a Small Share of Total Plan Assets

Individual plans' hedge fund or private equity investments typically comprise a small share of total plan assets. According to a *Pensions & Investments* survey of large plans (as measured by total plan assets), the average allocation to hedge funds among plans with such investments was about 4 percent in 2007.[14] Similarly, among plans with investments in private equity, the average allocation was about 5 percent. An earlier survey by Pyramis Global Advisors, which included mid- to large-size plans, found an average allocation of 7 percent for hedge funds and 5 percent for private equity in 2006.

Although the majority of plans with investments in hedge funds or private equity have small allocations to these assets, a few plans have relatively large allocations, according to the *Pensions & Investments* survey (see fig. 2).[15] Of the 62 plans that reported investments in hedge funds in 2007, 12 plans had allocations of 10 percent or more and, of those, 3 plans had

---

[14]We reviewed data from surveys of DB pension plans conducted by three organizations— Greenwich Associates (covering mid- to large-size pension plans, with $250 million or more in total assets), Pyramis Global Advisors (covering mid- to large-size pension plans, with $200 million or more in total assets), and *Pensions & Investments* (limited to large plans, which generally had $1 billion or more in total assets). Greenwich Associates is an institutional financial services consulting and research firm; Pyramis Global Advisors, a division of Fidelity Investments, is an institutional asset management firm; and *Pensions & Investments* is a money management industry publication. These data cannot be generalized to all plans. See appendix I for more information on these surveys.

[15]*Pensions & Investments* was the only survey we reviewed that reported the allocations of individual plans to hedge funds and private equity. Among the top 200 pension plans, ranked by combined assets in DB and defined contribution plans, 133 were DB plans that completed the survey and provided asset allocation information in 2007.

**Page 13**                                    **GAO-08-692  Defined Benefit Pension Plans**

Exhibit 13                                    Page 18 of 71

allocations of 20 percent or more. The highest reported hedge fund allocation was 30 percent of total assets. Large allocations to private equity were even less common. A total of 106 surveyed plans reported investments in private equity in 2007, of which 11 plans had allocations of 10 percent or more and, of those, 1 plan had an allocation of about 20 percent.

**Figure 2: The Number of Plans with Investments in Hedge Funds or Private Equity by Size of Investment as a Share of Total Plan Assets**



Source: GAO analysis of Pensions & Investments 2007 annual survey data.

Exhibit 13                          Page 19 of 71

## While More Pension Plans Invest in Private Equity, the Number of Plans with Investments in Hedge Funds Has Experienced Greater Growth in Recent Years

Two recent surveys of pension plans indicate that a considerable number of plans invest in hedge funds or private equity. As seen in table 1, from about 21 to 27 percent of all plans surveyed, which included mid- to large-size plans, held investments in hedge funds as of 2006, according to data from Greenwich Associates and Pyramis.[16] Both surveys reveal that a greater share of private sector plans invested in hedge funds compared to public sector plans. The Greenwich survey also found that hedge fund investment was most common among collectively bargained plans, although the number of these plans surveyed was substantially smaller as there are relatively few of these plans in operation.[17] Nearly half—8 out of 17—of collectively bargained plans surveyed invested in hedge funds.

[16]The figures reported by these surveys differ somewhat because, as described in table 1, they are based on different samples. Comprehensive data on plan investments in hedge funds and private equity are not available. The federal government collects information on investment allocations but does not require plan sponsors to report information on hedge funds or private equity as separate asset classes. Existing data may not include plans that engage in hedge fund-like activities outside of a formal hedge fund partnership structure.

[17]Collectively bargained plans are arrangements between a labor union and an employer. These plans may cover workers at a single employer or multiple employers and are jointly governed by management and labor representatives.

**Table 1: Extent of DB Plan Investments in Hedge Funds and Private Equity**

| | Greenwich Associates (2006) | Pyramis Global Advisors (2006) |
|---|---|---|
| Sample | 164 public sector plans; | 90 public sector plans; |
| | 420 private sector plans, including 17 collectively bargained plans | 124 private sector plans |
| | | (all plans had greater than $200 million in total assets) |
| | (all plans had $250 million or more in total assets) | |
| **Share of plans that invest in hedge funds:** | | |
| All plans | 27% | 21% |
| Public sector | 24% | 17% |
| Private sector | 28% | 25% |
| Private sector: collectively bargained | 47% | n/a |
| **Share of plans that invest in private equity:** | | |
| All plans | 43% | 41% |
| Public sector | 51% | 44% |
| Private sector | 40% | 38% |
| Private sector: collectively bargained | 71% | n/a |

Source: Greenwich Associates and Pyramis Global Advisors, 2006.

Note: The total assets of plans surveyed by Greenwich Associates was $3.6 trillion.

Investment in private equity is much more prevalent than investment in hedge funds, among plans surveyed. The Greenwich survey found that about 43 percent of plans held investments in private equity in 2006, while the Pyramis survey found that 41 percent of plans had such investments. Both surveys also show that a larger percentage of public sector plans are invested in private equity compared to private sector plans. As with hedge funds, the Greenwich survey found that investment in private equity was most common among collectively bargained plans. More than two-thirds—12 out of 17—of collectively bargained plans surveyed invested in private equity.

While pension plan investment in hedge funds is less prevalent than investment in private equity, hedge fund investment has increased much more in recent years. According to Greenwich Associates, from 2004 to 2006, the percent of plans with investments in hedge funds grew from just under 20 percent to almost 27 percent. Meanwhile, the percent of plans with investments in private equity increased at a lesser rate, from about 39

percent in 2004 to 43 percent in 2006. A survey by *Pensions & Investments* found that this comparison was more pronounced over a 6-year period (see fig. 3). Among larger plans surveyed by *Pensions & Investments*, the percent of plans with investments in hedge funds grew from about 11 percent in 2001 to nearly 47 percent in 2007. Over the same time period, investments in private equity remained more prevalent, but grew much more slowly.

**Figure 3: Share of Large DB Plans Investing in Hedge Funds and Private Equity**



Source: *Pensions & Investments'* 2007 annual survey.

While pension plan investment in hedge funds has experienced greater growth in recent years, pension plan investment in private equity increased markedly following a 1979 Labor clarification that plans may make some investments in riskier assets, such as venture capital and buyout funds.[18] Prior to 1979, such investments were generally viewed as a potential violation of ERISA. Labor clarified that ERISA's prudent man standard applies to investment decisions in the context of the entire

_____

[18] 44 Fed. Reg. 37, 221.

portfolio rather than in isolation. Following the Labor guidance, pension plan investments in venture capital and buy-out funds experienced rapid growth. One study reported that pension plans' share of venture capital investments grew from 15 percent in 1978 to 50 percent in 1986, during which time overall investment in venture capital increased more than 10-fold from $427 million to $4.4 billion.[19] More recently, the National Venture Capital Association estimates that pension plans held 42 percent of the approximately $20 billion invested in domestic venture capital funds in 2004.

## Investments in Hedge Funds and Private Equity Are More Commonplace among Larger Pension Plans

Survey data show that larger plans, measured by total plan assets, are more likely to invest in hedge funds and private equity compared to mid-size plans. Greenwich found that only 16 percent of mid-size plans—those with $250 to $500 million in total assets—were invested in hedge funds, compared to about 31 percent of the largest plans—those with $5 billion or more in assets (see fig. 4). Similarly, only about 16 percent of mid-size plans held investments in private equity, whereas slightly over 71 percent of the largest plans held such investments. *Pensions & Investments* survey of large plans corroborates this pattern—about 47 percent of plans held investments in hedge funds and nearly 80 percent held investments in private equity in 2007 (see fig. 3).

---

[19]Paul Gompers, J. Lerner. M. M. Blair, and T. Hellmann, "What Drives Venture Capital Fundraising," *Brookings Papers: Microeconomics*, pp. 149–204 (1998).

Exhibit 13                              Page 23 of 71

**Figure 4: Pension Plans with Investments in Hedge Funds and Private Equity by Size of Total Plan Assets**



Source: Greenwich Associates, 2006.

Note: The figures above include public and private sector plans (excluding collectively bargained plans). Information on the investments of collectively bargained plans by size of total assets was not available. Data reported in figures 3 and 4 differ because these data are based on different surveys.

Survey data on plans with less than $200 million in assets are unavailable and, in the absence of this information, it is unclear to what extent these plans invest in hedge funds and private equity.[20] Representatives of investment consulting firms and industry experts told us that they suspect few small plans have such investments, but they could not provide data to confirm this. A representative of a large investment consulting firm explained that smaller plans face inherent restrictions on investing in hedge funds and private equity funds because the required minimum investments for these funds are often too high to allow small plans to make such investments while remaining sufficiently diversified.

[20]According to the PBGC, individual DB plans with less than $200 million in total assets comprised about 15 percent of the total assets of all DB plans in 2005.

## Pension Plans Seek Various Investment Objectives through Hedge Funds, and Such Investments Pose Challenges That Require Considerable Effort and Expertise to Address

While pension plans seek important benefits through investments in hedge funds, hedge funds also pose challenges that demand greater expertise and effort than investments in more traditional assets. Pension plans told us that they invest in hedge funds to achieve one or more of several goals, including lessening the volatility of returns, obtaining returns greater than those expected in the stock market, and/or diversifying the portfolio by investing in a vehicle that will not be correlated with other asset classes in the portfolio. While all the pension plans we contacted that had invested in hedge funds expressed general satisfaction with these investments, hedge fund investments nonetheless pose significant challenges to pension plan fiduciaries, beyond the inherent challenges of investing in more familiar asset classes such as stocks and bonds. Plan officials and others outlined steps to limit these and other challenges, such as conducting in-depth due diligence reviews or investing through funds of funds, which can mitigate some of the main difficulties of hedge funds. Such steps entail greater expense, effort, or expertise than is required for more traditional investments, and some pension plans may not be equipped to meet these demands.

### Broad Market Events and a Desire for Specific Benefits Have Driven Pension Plans' Allocations to Hedge Funds

Pension plans' investments in hedge funds resulted in part from stock market declines and disenchantment with traditional investment management in recent years. Most pension plan officials we contacted cited the steep declines in the public equity market early in this decade as a reason for initiating or expanding hedge fund investments. From August 2000 to February 2003, the stock market, as measured by the Standard and Poor's 500 index, declined in value by about 45 percent, and according to plan sponsors and others, this massive market decline severely affected pension plans that were deeply invested in the U.S. stock market. For example, representatives of one public pension plan told us that this market decline led to largest annual loss in its history and resulted in the plan's first hedge fund investments 2003. A representative of another large public pension plan told us that the main motive for initially investing in hedge funds was the weak equity markets early in this decade, and the perceived need for greater exposure to alternative assets that relied less on the stock market for returns. At the same time, some plan officials also cited disenchantment with traditional "long-only" investment managers,

GAO-08-692  Defined Benefit Pension Plans

Exhibit 13                                    Page 25 of 71

and questioned whether such managers delivered returns that justified the fees the managers' charge.[21]

Officials with most of the plans we contacted indicated that they invested in hedge funds, at least in part, to reduce the volatility of returns.[22] According to a representative of an investment consulting firm, this is a common objective of pension plans that invest in hedge funds. One plan official explained the importance of reducing volatility by noting that even in periods of relatively good stock returns, volatility can eat away at the compounding effect of returns over time, and substantially reduce long-term growth. Another plan official said that in trying to reduce volatility through hedge funds, the plan expected that certain hedge fund returns may lag behind stock market indices during bull (rising) markets, but also expected that it would not suffer nearly the same declines during bear (falling) markets.

Officials of several pension plans told us that they sought to obtain returns greater than the returns of the overall stock market through at least some of their hedge fund investments. For example, officials of one pension plan explained that one of the overall goals of its hedge fund portfolio strategy was to obtain an annual return of 2.5 percentage points greater than returns in the stock market, as measured by the S&P 500 stock index.

Officials of pension plans that we contacted also stated that hedge funds are used to help diversify their overall portfolio and provide a vehicle that will, to some degree, be uncorrelated with the other investments in their portfolio. This reduced correlation has a number of benefits, including reduction in overall portfolio volatility and risk. For example, officials of one pension plan told us that hedge funds are attractive because they are not solely dependent on equity and fixed income markets for their returns, thus reduce the overall risk of the investment portfolio.

At the time of our contacts with pension plans in 2007, the 15 pension plans with hedge fund investments indicated mixed but generally positive

---

[21]"Long only" investment managers can generally be defined as those whose strategies are limited to buying assets whose value is expected to increase. That is, they cannot "short" or sell borrowed securities.

[22]Volatility refers to the propensity of a security to move up or down over time; if a security moves up or down rapidly over a short period of time, it is considered to have high volatility.

Exhibit 13                                    Page 26 of 71

results.[23] Among officials of these plans, all said that their hedge fund investments had generally met or exceeded expectations, although some noted mixed experiences. For example, one plan explained that it had dropped some hedge fund investments because they had not performed at or above the S&P 500 benchmark. Also, this plan redeemed its investment from other funds because they began to deviate from their initial trading strategy. Further, officials of several plans noted that their venture into hedge funds was only a few years old, and, at the time of our contact, their investment had not yet been tested by trying economic conditions or financial events, such as a significant stock market decline. Nonetheless, representatives of all of the plans with hedge fund investments indicated that they planned to maintain or increase their portfolio allocation to hedge funds in the foreseeable future.

## Hedge Funds Pose Significant Challenges and Risks, Beyond Those Posed by Traditional Investments

Pension plans face a number of challenges in hedge fund investing beyond those of more traditional investing, including specific investment risks, limited transparency and liquidity, and risks related to the operations of the hedge fund.

### Investment Risks

While any plan investment may fail to deliver expected returns over time, hedge fund investments pose investment challenges beyond those posed by traditional investments. These include (1) reliance on the skill of hedge fund managers, who often have broad latitude to engage in complex investment techniques that can involve various financial instruments in various financial markets; (2) use of leverage, which amplifies both potential gains and losses; and (3) higher fees, which require a plan to earn a higher gross return to achieve a higher net return.

Hedge funds are among the most actively managed investments, and thus returns are often dependent not on broad market movements, but on smaller moves in the markets they invest in and the skills and abilities of the hedge fund manager.[24] For example, hedge fund managers may seek to

---

[23]Our discussions with pension plan officials about their hedge fund investments occurred in 2007. Consequently, we have no information about how their investments might have been affected by the financial market turbulence that occurred since that time.

[24]In contrast, mutual fund managers must comply with various aspects of federal securities law, and operate in a much more constrained manner.

Exhibit 13                                                    Page 27 of 71

profit through complex and simultaneous positions in stocks, bonds, options contracts, futures contracts, currencies, and other vehicles, and can abruptly change their positions and trading tactics in order to achieve desired return as changing market conditions warrant. Representatives of some pension plans that had not invested in hedge funds, cited concerns about the ability of hedge fund managers to accomplish this over the long-term. One plan official said the plan had avoided hedge funds in part because of doubt that the managers' skills could generate an acceptable return over time. Instead, this plan seeks to capture the increase in the overall stock market. Regulatory officials and plan sponsors also said that, given the growth of the hedge fund industry in recent years, the market inefficiencies from which hedge funds profit may diminish. For example, SEC noted in a 2004 regulatory proposal that the capacity of hedge fund advisers to generate large returns is limited because the use of similar financial strategies by other hedge funds narrows spreads and decreases profitability.[25]

Hedge fund managers may use leverage—that is, use borrowed money or other techniques—to potentially increase an investments value or return without increasing the amount invested.[26] While registered investment companies are subject to leverage limits, hedge funds can make relatively unrestricted use of leverage to magnify the expected returns of an investment.[27] At the same time that leverage can magnify profits, it can also magnify losses to the hedge fund if the market goes against the fund's expectations.[28] Concerns about leverage were cited by several pension

---

[25]69 Fed. Reg. 45,172, 45,178.

[26]Historically, leverage is the use of various financial instruments or borrowed capital to increase the potential return of an investment. As we reported in January 2008 (GAO-08-200), since the near collapse of the Long Term Capital Management fund in 1998, investors, creditors, and counterparties have increased efforts to impose market discipline on hedge funds, including tightening credit standards for hedge funds. However, we also noted that no one entity may have all the necessary data to assess the total leverage used by a hedge fund.

[27]According to the SEC, a hedge fund's use of leverage is limited by margin or collateral requirements imposed by lenders and others. In contrast, registered investment companies are subject to specific statutory limitations.

[28]For example, a 15 percent decline in an investment of $50 with no leverage is exactly a 15 percent loss—a loss of $7.50—and the investor still has $42.50 and can hope for a rebound. On the other hand, an investment of $50 leveraged 10 times exposes the investor to an investment of $500, and a 15 percent decline in value will result in a loss of $75. The added risk of leverage can be seen in the fact that this 15 percent decline in such a leveraged position leads to not only a total loss of the original $50 investment, but a remaining debt of $25—half of the initial investment.

plans either as an important consideration in selecting a hedge fund, or as a reason for avoiding them altogether. For example, one public pension plan told us that it has avoided hedge funds because when hedge funds hit "potholes," the potholes are deep because of high amounts of leverage used.

The challenge of relying on manager skill for a desired rate of return is compounded by the costly fee structure that is typical of the hedge fund industry. Whereas mutual fund managers reportedly charge a fee of about 1 percent of assets under management, hedge fund managers often charge a flat fee of 2 percent of total assets under management, plus a performance fee, of about 20 percent of the fund's annual profits.[29]

The impact of such fees can be considerable. As figure 5 illustrates, an annual return of 12 percent falls to about 7.6 percent after fees are deducted. Several pension plans cited the costly fee structure fees as a major drawback to hedge fund investing. For example, representatives of one plan that had not invested in hedge funds said that they are focused on minimizing transaction costs of their investment program, and the hedge fund fee structure would likely not be worth the expense. On the other hand, an official of another plan noted that, as long as hedge funds add value net of fees, they found the higher fees acceptable.

---

[29]Fees can vary somewhat among hedge funds.

Exhibit 13                                    Page 29 of 71

**Figure 5: Effect of Hedge Fund Fee Structure on the Returns of an Investment of $50 Million**



Gross return = 12%
Net return = 7.6%

Source: GAO analysis.

Note: This example assumes a fee structure of 2 percent of assets under management and 20 percent of profits.

## Lack of Transparency

Because many hedge funds may own thinly traded securities and derivatives whose valuation can be complex, and in some cases subjective, a plan may not be able to obtain timely information on the value of assets owned by a hedge fund.[30] Further, hedge fund managers may decline to disclose information on asset holdings and the net value of individual assets largely because release of such information could compromise their trading advantage. In addition, even if hedge fund managers were to provide detailed positions, plan sponsors might be unable to fully analyze and assess the prospective return and risk of a hedge fund. As a consequence, a plan may not be able to independently ascertain the value of its hedge fund investment or fully assess the degree of investment risk posed by its hedge fund investment. Although we noted in January 2008 that hedge funds have improved disclosure and transparency about their operations due to the demands of institutional investors, several pension plans cited limited transparency as a prime reason they had chosen not to

---

[30]A security is described as thinly traded when traded infrequently and/or in low volumes.

Exhibit 13                                  Page 30 of 71

invest in hedge funds.[31] For example, representatives of one plan told us that they had considered investing in hedge funds several years ago, but that most of the hedge funds it contacted would not provide position-level information, and that they were reluctant to make such an investment without this information.

Liquidity Limitations

Hedge funds offer investors relatively limited liquidity, that is, investors may not be able to redeem a hedge fund investment on demand because of a hedge fund's redemption policy. Hedge funds often require an initial "lockup" of a year or more, during which an investor cannot cash out of the hedge fund. After the initial lockup period, hedge funds offer only occasional liquidity, sometimes with a pre-notification requirement.[32]

While some pension plans told us that liquidity limitations are not a significant concern because the plan has other liquid assets to pay benefits, they nonetheless can pose certain disadvantages. For example, liquidity limitations can inhibit a plan's ability to minimize a hedge fund investment loss. As one state official noted after a state fund had suffered losses in the wake of the 2006 collapse of Amaranth, even when a plan learns that a hedge fund is losing value, various lockup provisions often make it difficult to promptly withdraw from the investment.[33] Further, an investor's rights with regard to cashing out may not be entirely clear from the written contract. According to an investigative study by a Grand Jury of one pension plan's experience with a failed hedge fund, the contracts can be dense with legal language, which may make understanding of basic terms and conditions difficult, especially with regard to withdrawal provisions.[34] Further, the study noted that contracts can delegate immense discretionary authority to the hedge fund manager to change conditions and rules.

---

[31]See GAO-08-200.

[32]Lock-ups can be important to hedge funds because sudden liquidations could disrupt a carefully calibrated investment strategy and because some of the hedge fund's underlying assets may themselves be illiquid.

[33]The $9 billion fund operated by Amaranth Advisors, LLC, collapsed in the fall of 2006 as a result of natural gas derivatives trading.

[34]"San Diego County Employees Retirement Association - The Quest for 'Alpha,'" San Diego County Grand Jury 2006-2007, Online: *http://www.co.san-diego.ca.us/grandjury/report06_07.html*, accessed June 18, 2008.

| | |
|---|---|
| **Operational Risk** | Pension plans investing in hedge funds are also exposed to operational risk—that is, the risk of investment loss due not to a faulty investment strategy, but from inadequate or failed internal processes, people, and systems, or problems with external service providers. Operational problems can arise from a number of sources, including inexperienced operations personnel, inadequate internal controls, lack of compliance standards and enforcement, errors in analyzing, trading, or recording positions, or outright fraud. According to a report by an investment consulting firm, because many hedge funds engage in active, complex, and sometimes heavily leveraged trading, a failure of operational functions such as processing or clearing one or more trades may have grave consequences for the overall position of the hedge fund. Concerns about some operational issues were noted by SEC in a 2003 report on the implications of the growth of hedge funds. For example, the 2003 report noted that SEC had instituted a significant and growing number of enforcement actions involving hedge fund fraud in the preceding 5 years.[35] Further, SEC noted that while some hedge funds had adopted sound internal controls and compliance practices, in many other cases, controls may be very informal, and may not be adequate for the amount of assets under management. Similarly, a recent Bank of New York paper noted that the type and quality of operational environments can vary widely among hedge funds, and investors cannot simply assume that a hedge fund has an operational infrastructure sufficient to protect shareholder assets.[36] |

Several pension plans we contacted also expressed concerns about operational risk. For example, one plan official noted that the consequences of operational failure are larger in hedge fund investing than in conventional investing. For example, the official said a failed long trade in conventional investing has relatively limited consequences, but a failed trade that is leveraged five times is much more consequential. Representatives of another plan noted that back office and operational issues became deal breakers in some cases. For example, they said one fund of funds looked like a very good investment, but concerns were raised during the due diligence process. These officials noted, for example,

---

[35]*Implication of the Growth of Hedge Funds*, Staff Report to the United States Securities and Exchange Commission, September 2003. Although hedge funds are substantially unregulated, they are nonetheless subject to anti-fraud, and some other provisions of federal securities law.

[36]*Hedge Fund Operational Risk: Meeting the Demand for Higher Transparency and Best Practice*, Bank of New York/Amber Partners White Paper, June 2006.

Exhibit 13                                    Page 32 of 71

the importance of a clear separation of the investment functions and the operations and compliance functions of the fund. One official added that some hedge funds and funds of funds are focused on investment ideas at the expense of important operations components of the fund.

## Addressing the Challenges and Risks of Hedge Fund Investing Requires Considerable Effort and Expertise

Pension plans that invest in hedge funds take various steps to mitigate the risks and challenges posed by hedge fund investing, including developing a specific investment purpose and strategy, negotiating important investment terms, conducting due diligence, and investing through funds of funds. Such steps require greater effort, expertise and expense than required for more traditional investments. As a result, some plans, especially smaller plans, may not have the resources to take the steps necessary to address these challenges.

### Clear Investment Purpose and Strategy

Discussions with pension plan officials revealed the importance of defining a clear purpose and strategy for their hedge fund investments. As one pension fiduciary noted, plan managers should define exactly why they want to invest in hedge funds. He added that there are many different possible hedge fund strategies, and wanting to invest in hedge funds to obtain the large returns that other investors have reportedly obtained is not a sufficient reason. Most of the 15 pension plans with hedge fund investments that we contacted described one or more strategies for their hedge funds investments. For example, an official of one state plan told us that the plan invested only in long-short hedge fund strategies while other plans use multiple strategies.[37]

Our contacts with plan officials and others also highlighted the importance of diversification. All of the plans having hedge fund investments that we contacted invested in either multiple individual hedge funds, or through funds of funds, which are designed to provide diversification across many underlying funds. Some plans described specific diversification requirements, and spread their hedge fund investment across many funds to limit exposure to one or a small number of hedge funds. For example, one plan determined that no more than 15 percent of its hedge fund portfolio would be with a single hedge fund manager and that no more than 40 percent in a particular hedge fund investment strategy.

---

[37]A long-short strategy exploits perceived anomalies in the price of securities. For example, a hedge fund may buy bonds that it believes to be under-priced, and sell short bonds that it believes to be overpriced.

Exhibit 13                                    Page 33 of 71

| | |
|---|---|
| **Identification and Negotiation of Important Investment Terms** | Our contacts with plan officials and others also highlighted the importance of identifying specific investment terms to guide hedge fund investing and ensuring that the hedge fund investment contract complies with these criteria. These can include fee structure and conditions, degree of transparency, valuation procedures, redemption provisions, and degree of leverage employed. For example, pension plans may want to ensure that they will not pay a performance fee unless the value of the investment passes a previous peak value of the fund shares—known as a high water mark. Some plans we contacted also specified leverage limits for their hedge funds. For example, one public plan that we contacted has established specific leverage limits for each of 10 hedge fund strategies employed by its funds of funds—ranging from an upper limit of 2 times invested capital for one strategy, to 20 times invested capital for another. Once decided upon, these and other terms of the investment can be used as criteria in the hedge fund search, and if necessary, negotiated with the hedge fund or fund of funds manager. |
| **Due Diligence and Monitoring** | Pension plans take steps to mitigate the challenges of hedge fund investing through an in-depth due diligence and ongoing monitoring process. While plans conduct due diligence reviews of other investments as well, such reviews are especially important when making hedge fund investments, because of hedge funds' complex investment strategies, the often small size of hedge funds, and their more lightly regulated nature, among other reasons. Due diligence can be a wide-ranging process that includes a review and study of the hedge fund's investment process, valuation, and risk management. The due diligence process can also include a review of back office operations, including a review of key staff roles and responsibilities, the background of operations staff, the adequacy of computer and telecommunications systems, and a review of compliance policies and procedures. |
| **Investing Via Funds of Hedge Funds** | Representatives of several plans told us they mitigate several of the major hedge fund challenges by investing through funds of funds, which are investment funds that buy shares of multiple underlying hedge funds. Funds of hedge funds provide plan investors diversification across multiple hedge funds, thereby having the potential to mitigate investment risk. For example, one plan fiduciary told us the plan reduces investment risk by investing in a fund of funds that diversifies their hedge fund investments into at least 40 underlying hedge funds. Further, by investing in a fund of funds, a pension plan relies on the fund of funds' manager to conduct negotiations, due diligence, and monitoring of the underlying hedge funds. According to pension plan officials, funds of funds can be appropriate if a plan does not have the necessary skills to manage its own |

portfolio of hedge funds. According to a hedge fund industry organization, investing through a fund of funds may provide a plan better access to hedge funds than a plan would be able to obtain directly.[38] Nonetheless, investing through funds of funds has some drawbacks. Funds of funds' managers also charge fees—for example, they may charge a 1 percent flat fee and a performance fee of between 5 and 10 percent of profits—on top of the substantial fees that the fund of funds manager pays to the underlying hedge funds. Funds of funds also pose some of the same challenges as hedge funds, such as limited transparency and liquidity, and the need for a due diligence review of the fund of funds firm.

## Some Pension Plans May Not Be Able to Meet the Demands of Hedge Fund Investing

According to plan officials, state and federal regulators, and others, some pension plans, especially smaller plans, may not be equipped to address the various demands of hedge fund investing. For example, an official of a national organization representing state securities regulators told us that medium- and small-size plans are probably not equipped with the expertise to oversee the trading and investment practices of hedge funds. This official said that smaller plans may have only one or two person staff, or may lack the resources to hire outside consulting expertise. A labor union official made similar comments, noting that smaller pension plans lack the internal capacity to assess hedge fund investments, and noted that such plans may be locked out of top-performing hedge funds.

Some plans may also lack the ability to conduct the necessary due diligence and monitoring of hedge fund investments. One hedge fund consultant told us that certain types of plans, such as plans that are not actively overseen by an investment committee and plans that do not have a sufficient in-house dedicated staff, should not invest in hedge funds. Similarly, a representative of a firm specializing in fiduciary education and support noted the special relationship of trust and legal responsibility that plan fiduciaries carry and concluded that the challenges of hedge fund investing are too high for most pension plans. While such plans might often be smaller plans, larger plans may also lack sufficient expertise. A representative of one pension plan with more than $32 billion in total assets noted that before investing in hedge funds, the plan would have to build up its staff in order to conduct the necessary due diligence during the fund selection process.

---

[38]"Funds of Hedge Funds FAQs: MFA's Concise Guide to Hedge Funds," Managed Funds Association.

Exhibit 13                                    Page 35 of 71

## Private Equity Investments May Provide Important Benefits, but Pension Plans Face Limited Access to Top-Performing Funds and Other Challenges

According to plan representatives, investment consultants, and other experts we interviewed, pension plans invest in private equity primarily to attain returns superior to those attained in the stock market in exchange for greater risk, but such investments pose several distinct challenges. Generally, these plan representatives based their comments on significant experience investing in private equity—in some cases over 20 years—and said they had experienced returns in excess of the stock market. Nonetheless, private equity funds can require longer-term commitments of 10 years or more, and during that time, a plan may not be able to redeem its investments. In addition, plan representatives described extensive and ongoing management of private equity investments beyond that required for traditional investments and that, like hedge fund investments, may be difficult for plans with relatively limited resources.

### Plans Have Long Investment History in Private Equity and Primarily Seek Returns Superior to Those Attained in the Stock Market

Unlike hedge funds, pension plan investment in private equity is not a recent phenomenon. The majority of plans included in our review began investing in private equity more than 5 years before the economic downturn of 2000 to 2001, and some of these plans have been investing in private equity for 20 years or more.[39] According to a pension investment consultant we interviewed, due to the longer history of pensions' investment in private equity, it is generally regarded as a more well-established and proven asset class compared to other alternative investments, such as hedge funds.

Pension plans invest in private equity primarily to attain returns in excess of returns from the stock market over time in exchange for the greater risk associated with these investments. Officials of each plan we interviewed said these investments had provided the expected returns. Plan representatives and investment consultants said that attaining returns superior to stocks was a primary reason for investing in private equity.[40]

---

[39]As described in the first section, pension investment in private equity increased markedly following publication of guidance by Labor in 1979 clarifying that private sector plans may make some investments in riskier assets, such as venture capital and buy-out funds.

[40]Several plans cited research which shows that the average performance of top-quartile private equity funds exceeds the stock market. See, for example: Steven Kaplan and Antoinette Schoar, "PE Performance: Returns, Persistence, and Capital Flows," *Journal of Finance*, VOL. LX, No.4, (August 2005); Alexander Ljungquist and Matthew Richardson, "The Cash Flow, Return and Risk Characteristics of Private Equity." *National Bureau Economic Research, Working Paper*, #9454, (January 2003); and David Swensen, *Pioneering Portfolio Management: An Unconventional Approach to Institutional Investment*. The Free Press: New York (2000).

Among the plan representatives we interviewed the most commonly reported benchmark for private equity funds ranged from 3 to 5 percentage points above the S&P 500 stock index, net of fees. At the time of our interviews with plans about private equity investments, between October 2007 and January 2008, plan representatives indicated their private equity investments had met their expectations for relatively high returns and many said they planned to maintain or increase their allocation in the future.[41] Further, representatives of some plans told us that private equity has been their best performing asset class over time despite some individual investments that resulted in considerable losses. For example, according to documentation provided by one private sector plan, the plan had earned a net return of slightly more than 16 percent on its private equity investments over the 10-year period ending September 30, 2007, which was their highest return for any asset class over that time period.[42]

To a lesser degree, pension plans also invest in private equity to further diversify their portfolios. To the extent that private equity is not closely correlated with the stock market, these investments can reduce the volatility of the overall portfolio. However, some plan representatives cautioned that the diversification benefits are limited because the performance of private equity funds is still strongly, although not perfectly, linked to the stock market.[43]

---

[41]We conducted our interviews on plans' private equity investments from October 2007 to January 2008; therefore, their comments may not reflect more recent changes to market conditions.

[42]Some public plans also invest in private equity, in part, to promote local economic development in accordance with state policy. According to plan representatives and an industry organization, venture capital investments have, in some cases, been viewed as a way to promote local economic growth, while at the same time, providing returns that bolster retirement income for plan beneficiaries. Most public plan officials we interviewed, however, did not cite promoting local economic development as an explicit goal for their private equity investments.

[43]Several studies show a range of correlation between private equity and the stock market. Correlations cited range from the low, 30 percent, to the very high, 95 percent.

## Pension Plans Face Several Challenges and Risks When Investing in Private Equity

Pension plans investing in private equity face several challenges and risks, which include the concentration of underlying holdings, use of leverage, and wide variation in performance among funds. In addition, the value of the underlying holdings is difficult to estimate prior to their sale and private equity investments entail long-term commitments, often of 10 years or more.

### Investment Risk

Pension plans that invest in private equity funds face a number of investment risks, beyond the risks of traditional investments. Unlike a traditional fund manager who diversifies by investing in many stocks or bonds, a private equity fund manager's strategy typically involves holding a limited number of underlying companies in their portfolio. A single private equity fund generally invests in only about 10 to 15 companies, often in the same sector.[44] The risks associated with such concentrated, undiversified funds may be compounded by particular aspects of the buyout and venture capital sectors. Fund managers in the buyout sector generally invest using leverage to seek greater returns but such investments also increase investment risks. In the venture capital sector, fund managers typically make smaller investments in companies that may have a limited track record and rely on technological development and growing the company's commercial capacity for success. In light of this, some plan officials noted that some of these companies will fail, but the success of one or more of the portfolio firms is often large enough to more than compensate for the losses of other investments.

Like other investments, the returns to private equity funds are susceptible to market conditions when investments are bought or sold. When competition among private equity fund managers is intense, research has shown that a fund manager may pay more for an investment opportunity that leads to lower net returns.[45] In addition, the returns of a private equity fund are also affected by the condition of the market when the underlying

---

[44]One study shows that, on average, funds in the study invested close to 40 percent of capital in a single industry. Alexander Ljungquist and Matthew Richardson, "The Cash Flow, Return and Risk Characteristics of Private Equity," *National Bureau Economic Research*, *Working Paper*, No. 9454 (January 2003).

[45]See, for example: Paul Gompers and Josh Lerner, "Money chasing deals? The impact of fund inflows on private equity valuations," *Journal of Financial Economics*, vol 55. (2000); and Alexander Ljungquist and Matthew Richardson, "The Cash Flow, Return and Risk Characteristics of Private Equity." *National Bureau Economic Research, Working Paper*, #9454, Jan. 2003; and David Swensen, *Pioneering Portfolio Management: An Unconventional Approach to Institutional Investment*, The Free Press: New York (2000).

investments are sold. For example, a private equity fund may have lower returns if its underlying holdings are sold through an initial public offering made during a period of low stock values. An official from one plan told us that private equity funds that sold investments around 2000 had lower returns because of the overall decline in the stock market. However, a representative of another plan noted that, while market conditions have some effect on the performance of a private equity fund, the effect may be mitigated by the ability of the fund managers to enact sound business plans and thereby add value to the underlying companies.

Further, the challenge of meeting the high performance goals for private equity investments is compounded by the relatively high fees that private equity funds charge. Similar to hedge funds, private equity funds typically charge an annual fee of 2 percent of invested capital and 20 percent of returns, whereas mutual fund managers typically charge a fee of about 1 percent or less of assets under management. If the gross returns from a private equity fund are not sufficiently high, net returns to investors will not meet the commonly cited goal of exceeding the return of the stock market.

**Variation of Performance among Private Equity Funds**

Another risk from investing in private equity is the variation of performance among private equity funds. Officials of an investment consulting firm, a state regulatory agency, and several pension plans noted that, compared to other asset classes, private equity has greater variation in performance among funds and cited research to support this view. For example, one study found that the difference in returns between the median and top quartile funds is much greater for private equity, particularly among venture capital investments, than it is for domestic stocks.[46] Another study found that returns of private equity funds at the 75th percentile were more than seven times greater than the returns of funds at the 25th percentile.[47]

**Long-Term Commitment of Private Equity Funds**

A further challenge of investing with private equity funds—regardless of how they perform—is that they often require commitments of 10 years or more during which a plan may not be able to redeem its investment. The longer-term commitment of private equity funds contrasts with stock and

---

[46]David Swensen, *Pioneering Portfolio Management: An Unconventional Approach to Institutional Investment*, The Free Press: New York (2000).

[47]Steven Kaplan and Antoinette Schoar, "Private Equity Performance: Returns, Persistence, and Capital Flows." *Journal of Finance*, vol. LX, No. 4 (August 2005).

Exhibit 13                                        Page 39 of 71

bond investments, which can be bought and sold daily, and hedge fund investments, which can be redeemed episodically. Plans must provide committed capital when called upon by the fund manager, and may not redeem invested capital or typically see any return on the investment, for at least several years.[48] However, several plan representatives and other experts we interviewed stated that the nature of private equity funds necessitates long commitments as returns are generated through longer-term growth strategies, rather than short-term gains. A private equity fund cycle typically follows a pattern known as the "J-curve," which reflects an initial period of negative returns during which investors provide the fund with capital and then obtain returns over time as investments mature (see fig. 6). Representatives of several plans noted that they expect higher returns from private equity in exchange for the long-term commitment.

---

[48]Officials with some plans explained that an investor might sell its stake in a private equity fund on a secondary market; however, interests in a private equity fund are typically sold at a discount. One plan also noted that selling a stake on the secondary market would also jeopardize their reputation as an investor with private equity funds since the fund managers look unfavorably on such transactions.

Exhibit 13                                    Page 40 of 71

**Figure 6: Returns from a Private Equity Fund Generally Follow a J-Curve Trend over the 10-Year Fund Cycle**



Source: CalPERS.

**Valuation of Private Equity Fund Investments**

An additional challenge of private equity investments is the uncertain valuation during the fund cycle. Unlike stocks and bonds, which are traded and priced in public markets, plans have limited information on the value of private equity investments until the underlying holdings are sold. Some plan representatives we interviewed explained that fund managers often value underlying holdings at their initial cost until they are sold through an initial public offering or other type of sale.[49] In some cases private equity funds estimate the value of the fund by comparing companies in their

---

[49]Plan officials we interviewed also noted that they expect private equity valuation to become more frequent and market-based following recent changes to accounting standards. In September 2006, the Financial Accounting Standards Board issued Statement of Financial Accounting Standards (SFAS) No.157, "Fair Value Measurements." This standard defines fair value as the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. As discussed in SFAS No. 157, the changes to current practice resulting from the application of this standard relate to the definition of fair value, the methods used to measure fair value, and the expanded disclosures about fair value measurements. The new definition of fair value may change the manner in which some entities, such as private equity funds, determine fair value.

portfolio to the value of comparable publicly-traded assets. However, an investment consultant explained that such periodic valuations have limited utility. Prior to the sale of underlying investments, it is difficult to assess the value a private equity fund manager has generated. While plan officials we interviewed acknowledged the difficulty of valuing private equity investments, they generally accepted it as a trade-off for the potential benefits of the investment.

| | |
|---|---|
| **Taking Steps to Address the Challenges and Risks of Investing in Private Equity May Be Too Costly and Complex for Some Plans** | Plan representatives said that they take several key steps to address the challenges of investing in private equity funds. Plan representatives and industry experts emphasized the importance of investing with top-performing funds to mitigate the wide variation in fund performance; however, they noted that access to these top-performing funds is very limited, particularly for new investors.[50] Furthermore, due diligence and ongoing monitoring of private equity investments requires substantial effort and expertise, which may be too complex or costly for plans with more limited resources. |
| Selection of Private Equity Fund Investments | The majority of plan representatives we interviewed told us that, because of the wide variation in performance among private equity funds, they must invest with top-performing funds in order to achieve long-term returns in excess of the stock market. In addition to identifying the top-performing fund managers, plan officials explained that the selection process involves a thorough assessment of the fund manager's investment strategy. For example, an official from one state plan told us that their assessment includes a review of a fund manager's strategy for improving the operations and efficiency of its proposed investments and they invest with managers that have a persuasive business model. Plan officials stressed the importance of these steps, and some noted that investing in private equity is only worthwhile if they can invest with funds in the top quartile of performance. For example, one plan official said that if a plan does not invest with a top quartile fund, it may not obtain returns in excess of stock market returns and, thus, will not have earned a premium for assuming the risks and fees inherent in private equity fund investments. |

---

[50]Plan officials noted that top-performing private equity fund managers tend to consistently perform well over time and some plans cited research in support of this view. See, for example, Steven Kaplan and Antoinette Schoar, "Private Equity Performance: Returns, Persistence, and Capital Flows." Journal of Finance, vol. LX, No. 4 (August 2005).

While many plans we interviewed noted the importance of investing with top-performing funds, the competition to gain access to these funds may make it difficult or impossible for some plans, especially smaller plans, to do so. Several of the plan representatives we interviewed noted that investment opportunities with top-performing funds are limited, and the demand for such opportunities is high. According to representatives of a venture capital trade association, there is greater demand to invest in venture capital funds than can be absorbed, because the venture capital sector is relatively small in size.[51] Plan officials also noted that access to private equity funds can be limited, because fund managers prefer to deal with larger, more sophisticated investors or investors who have invested in the fund manager's previous private equity funds. For example, one state official told us that the largest public plan in the state has the clout to gain access to top-performing funds, but smaller public funds in the state do not. He added that top-performing funds are very selective, and generally will not respond to solicitation by smaller public funds.

Diversification

Plan representatives told us they further mitigate the challenges of investing in private equity funds by diversifying their investments. Plan representatives we interviewed said they invest with multiple fund managers to mitigate the risk that some managers may have mediocre or poor performance. For example, a representative of one plan said they would be comfortable investing about 5 percent of their private equity allocation with one carefully vetted fund manager, but investing 20 percent with one manager would be overly risky. The director of another plan told us the plan aims to ensure diversification by investing with over 130 different private equity funds, encompassing more than 80 fund managers. Plans also stagger investments over several years to ensure their private equity fund investments are ready to sell their underlying investments at different times. Staggering investments over time helps mitigate the risk of fund managers selling funds' underlying holdings during a time of poor market conditions, which may reduce the funds' returns to investors. For example, one plan official noted they have investments in funds that were established in many different years, dating back to 1994. In addition, some plan officials told us they further diversify their private equity investments among funds concentrated in different industries and regions.

---

[51]According to the National Venture Capital Association, more than half of venture capital funds manage $100 million or less in capital.

Exhibit 13                              Page 43 of 71

| | |
|---|---|
| Planning for Liquidity Needs | Plan representatives said that they mitigate the long-term commitments of private equity investments by limiting the size their allocation. Officials we interviewed at several plans noted that their allocation to private equity is only about 5 percent of the portfolio and benefit obligations can be paid from more liquid assets. They said it is important to estimate a plan's benefit obligations and determine the need for liquid investments to ensure the plan can pay benefits when they are due. They also noted that once liquidity needs are determined, a plan can more safely invest in an illiquid asset that cannot be used to pay benefits in the near term. |
| Negotiation of Key Terms of the Investment Contract | Plans attempt to negotiate key terms of the investment contract to further manage the risks of investing in private equity, but, as one large public plan noted, their ability to negotiate favorable contract provisions is limited when investing with top-performing funds because investing in these funds is highly competitive. Like hedge fund investments, these contract terms may include the fee structure and valuation procedures of the fund. In addition, many plan representatives we interviewed said they can redeem their investments before the end of the originally agreed investment period if staff that are considered key to the success of the fund leave prematurely. |
| Due Diligence and Ongoing Monitoring | Similar to hedge fund investments, plans take additional steps to mitigate challenges of investing in private equity through extensive and ongoing management, beyond those required for traditional investments. Plan representatives we interviewed said these steps include regularly reviewing reports on the performance of the underlying investments of the private equity fund and having periodic meetings with fund managers. In some cases, plans participate on the advisory board of a private equity fund, which provides a greater opportunity for oversight of the fund's operations and new investments; however this involves a significant time commitment and may not be feasible for every private equity fund investment.[52] Plan representatives and investment consultants noted that, as with hedge funds, private equity investments entail considerably greater due diligence and ongoing monitoring than traditional investments and some plan representatives said they needed to hire an external investment consultant because the plan lacked sufficient internal resources. |

---

[52]While the advisory board of a private equity fund may allow investors some degree of oversight, it does not provide investors with an active role in the management of the fund.

Exhibit 13                           Page 44 of 71

| Funds of Private Equity Funds | Funds of private equity funds, like funds of hedge funds, enable plans to address several challenges of investing in private equity, for an additional cost. Benefits of investing in funds of funds can include diversification across fund managers, industry, geographic region, and year of initial investment. Through funds of funds, plans can also gain access to top-performing fund managers that may otherwise be unavailable to them. One plan representative stated that, due to the competition among investors, funds of funds are their best option for accessing top-performing funds. In addition, several plan representatives said that they invest in funds of funds to benefit from the expertise of the fund manager. For example, officials of two large plans said they generally limit their use of funds of funds to private equity investments in emerging markets and small funds because the plan prefers not to devote resources to maintaining expertise in these areas. Nonetheless, fund of funds' managers charge their own fees in addition to the fees the fund of funds pays the underlying private equity fund managers. According to a plan official and an investment consulting firm, a fund of funds manager typically charges a fee of 1 percent of invested capital over the fees it pays to the underlying funds. |
|---|---|

## The Federal Government Does Not Specifically Limit or Monitor Private Sector Plans' Investments in Hedge Funds and Private Equity, but Some States Do So for Public Sector Plans through Various Approaches

The federal government does not specifically limit or monitor private sector pension investments in hedge funds or private equity, and state approaches for public plans vary. ERISA requires that plan fiduciaries meet general standards of prudent investing but does not impose specific limits on investments in hedge funds or private equity. Further, while Labor has conducted enforcement actions that have involved hedge fund or private equity funds, it does not specifically monitor these investments. While states generally impose a prudent man standard, similar to ERISA's, on plan fiduciaries, some states still have policies that restrict or prohibit pension plan investment in hedge funds or private equity.

**The Federal Government Does Not Specifically Limit or Monitor Pension Plans' Investments in Hedge Funds or Private Equity nor Has It Provided Recommended Guidance**

Although ERISA governs the investment practices of private sector pension plans, neither federal law nor regulation specifically limit pension investment in hedge funds or private equity. Instead, ERISA requires that plan fiduciaries apply a prudent man standard, including diversifying assets and minimizing the risk of large losses. The prudent man standard does not explicitly prohibit investment in any specific category of investment.[53] Further, an unsuccessful individual investment is not considered a per se violation of the prudent man standard, as it is the plan fiduciary's overall management of the plan's portfolio that is evaluated under the standard.[54] In addition, the standard focuses on the process for making investment decisions, requiring documentation of the investment decisions, due diligence, and ongoing monitoring of any managers hired to invest plan assets.

Although there are no specific federal limitations on pension plan investments in hedge funds, two federal advisory committees have, in recent years, highlighted the importance of developing best practices in hedge fund investing. In November 2006, the ERISA Advisory Council

---

[53]However, ERISA may indirectly limit a pension plan's ability to invest in specific hedge funds or private equity funds. Under Labor's plan asset regulation, if the aggregate investment by benefit plan investors in the equity interest of a particular entity is "significant," and that equity interest is not (i) a publicly-offered security, (ii) issued by a registered investment company, such as a mutual fund, nor (iii) issued by an operating company, then the assets of that entity are deemed assets of each benefit plan investor (i.e., plan assets). See 29 C.F.R. § 2510.3-101 (2007). As a result, any person who exercises management authority over the entity now deemed to hold plan assets will become subject to ERISA's fiduciary standards. The equity investments by benefit plan investors are considered "significant" if at any time the aggregate investment of the benefit plan investors represents 25 percent or more of the value of any class of equity in the entity. According to one industry expert, in order to avoid being deemed a plan fiduciary (and assuming all of the liabilities that accompany that status), many managers of hedge funds, which generally are not publicly-traded, not registered investment companies, nor operating companies, carefully monitor the level of investments in the hedge fund by benefit plan investors to ensure that their aggregate investment remains below the 25 percent threshold. Prior to the Pension Protection Act of 2006 (PPA), the calculation of the 25 percent threshold pertained to investments by ERISA plans and certain non-ERISA covered plans, such as public sector and foreign retirement plans. However, in accordance with section 611(f) of the PPA, investments by certain plans, including public sector and foreign retirement plans, are now excluded from the calculation. Pub. L. No.109-280, § 611(f), 120 Stat. 780, 972 (codified at 29 U.S.C. § 1002(42)). This modification may facilitate an increase in the level of investments by pension plans in hedge funds and private equity funds.

[54]With some exceptions, ERISA does prohibit plans from investing more than 10 percent of plan assets in the sponsoring company's stock. See 29 U.S.C. § 1107. In addition to requiring plan fiduciaries to adhere to certain standards of conduct, ERISA also prohibits plan fiduciaries from engaging in specified transactions. See 29 U.S.C. § 1106.

recommended that Labor publish guidance describing the unique features of hedge funds, and matters for consideration in their adoption for use by qualified pension plans.[55] To date, Labor has not acted on this recommendation. According to Labor officials, an effort to address these recommendations was postponed while Labor focused on implementing various aspects of the Pension Protection Act of 2006.[56] However, in April 2008, the Investors' Committee established by the President's Working Group on Financial Markets, composed of representatives of public and private pension plans, endowments and foundations, organized labor, non-U.S. institutions, funds of hedge funds, and the consulting community, released draft best practices for investors in hedge funds.[57] These best practices discuss the major challenges of hedge fund investing, and provide an in-depth discussion of specific considerations and practices that investors in hedge funds should take. While this guidance should serve as an additional tool for pension plan fiduciaries and investors to use when assessing whether and to what degree hedge funds would be a wise investment, it may not fully address the investing challenges unique to pension plans leaving some vulnerable to inappropriate investments in hedge funds. Although many private sector plans are insured by the PBGC, which guarantees most benefits when an underfunded plan terminates, public sector plans are not insured and may call upon state or local taxpayers to overcome funding shortfalls.[58]

Labor does not specifically monitor pension investment in hedge funds or private equity. Labor annually collects information on private sector pension plan investments via the Form 5500, on which plan sponsors report information such as the plan's operation, funding, assets, and investments. However, the Form 5500 includes no category for hedge

---

[55]The ERISA Advisory Council was created by ERISA to provide advice to the Secretary of Labor. 29 U.S.C. § 1142.

[56]The PPA is the most recent comprehensive reform of federal pension laws since the enactment of ERISA. It establishes new funding requirements for DB pensions and includes reforms that will affect cash balance pension plans, defined contribution plans, and deferred compensation plans for executives and highly compensated employees.

[57]*Principles and Best Practices for Hedge Fund Investors: Report of the Investors' Committee to the President's Working Group on Financial Markets*, April 15, 2008. The President's Working Group on Financial Markets includes the heads of the U.S. Treasury Department, the Federal Reserve, the SEC, and the Commodity Futures Trading Commission.

[58]Plan underfunding can occur for several reasons, including poor investment performance and insufficient contributions.

Exhibit 13                                          Page 47 of 71

funds or private equity funds, and plan sponsors may record these investments in various categories on the form's Schedule H. In addition, because there is no universal definition of hedge funds or private equity and their strategies vary, their holdings can fall within many asset classes. While EBSA officials analyze Form 5500 data for reporting compliance issues—including looking for assets that are "hard to value"—they have not focused on hedge fund or private equity investments specifically.[59] According to EBSA officials, there have been several investigations and enforcement actions in recent years that involved investments in hedge funds and private equity, but these investments have not raised significant concerns.

## Some Selected States Regulate and Monitor Investments of Public Sector Plans Using Varying Approaches

Our state pension plan contacts indicated that, in recent years, state regulation of public pension plan investments has become generally more flexible. According to a NASRA official, state regulation of public pension plan investments has gradually become less restrictive and more reliant on fiduciary prudence standards.[60] This official noted that, for example, blanket prohibitions on investments such as international stocks or real estate have given way to permission for a wider range of investments. Some of our state contacts described this shift over time from a prescriptive list of authorized investments ("legal lists") and asset allocation limits to a more flexible approach, such as adoption of the prudent man standard.

Of the state pension plan officials we contacted in 11 states, officials in 7 states indicated that applicable state law imposes restrictions on the ability of public pension plans to invest in hedge funds and/or private equity, as seen in table 2.[61] Among these seven states, the restriction may be in the form of (i) a provision applicable to investments in hedge funds

---

[59]"Hard to value" assets are those that are not traded on an exchange. "Hard to value" assets may include hedge funds, private equity funds, and real estate. It is difficult to distinguish the type of investment with the information provided. Federal agency officials use the Form 5500 report data to enforce ERISA pension requirements, monitor plan compliance, develop aggregate pension statistics, and conduct policy and economic research.

[60]NASRA is a non-profit association whose members are the directors of the nation's state and territorial public retirement systems.

[61]We contacted the 10 states with the largest amount of public pension assets under management, as well as Massachusetts, because that state provided valuable information during our initial work. Our methodology is discussed in greater detail in appendix I.

---

or private equity funds specifically, (ii) an exclusive list of permissible of investments that is not likely to capture hedge funds or private equity investments, or (iii) a provision that restricts investments in certain categories of assets that, because of the typical structure or investment strategy of hedge funds or private equity funds, are likely to apply to investments in such funds.[62]

**Table 2: Restrictions on Pension Investments in Hedge Funds and Private Equity Identified by Plan Officials in 11 Selected States**

| State | Hedge funds | Private equity |
|---|---|---|
| California | | |
| Florida | X | X |
| Illinois | X | X |
| Massachusetts[a] | X | X |
| New Jersey | X | X |
| New York | X | X |
| North Carolina | X | X |
| Ohio | | |
| Pennsylvania | | |
| Texas | X | |
| Wisconsin | | |

Source: GAO analysis based on information provided by state officials.

[a]Restrictions identified in Massachusetts are based on administrative policy adopted by its Public Employees Retirement Administration Commission, which is generally responsible for oversight of public pension systems in the state, rather than on statute or regulation.

Some of the selected states have, through statute or regulation, established explicit limitations on the amount that pension plans can invest in hedge funds or private equity. For example, under Texas law, the Teacher Retirement System of Texas (TRS)—the largest public pension plan in Texas—is statutorily limited to investing no more than 5 percent of the

[62]Restrictions applicable across various plans were identified through conversations with relevant officials in each state, except North Carolina. In addition, individual plans may have their own restrictions adopted by plan boards or staff. In some states, state restrictions apply quite broadly, and in others, the restrictions apply to a more narrow range of plans or public plan assets, therefore the existence of a restriction in a state does not necessarily indicate that the restriction exists for every public plan in the state.

Exhibit 13                                    Page 49 of 71

plan's total assets in hedge funds.[63] According to a Texas Pension Review Board official, the statute codified TRS's ability to invest in hedge funds while at the same time limiting the amount TRS can invest in hedge funds. According to a TRS official, this law was a compromise between TRS's desire to invest more broadly in hedge funds and some state legislators who were concerned about the possible risks of hedge funds.[64] Other states we reviewed have comparable limitations for public plans.

The Commonwealth of Massachusetts' Public Employee Retirement Administration Commission (PERAC) has established a detailed set of limitations and guidance, with particular limitations on smaller public plans. In Massachusetts, public plans with less than $250 million in assets may not invest in hedge funds directly, but they may invest through a state-managed hedge fund investment pool (see table 3). According to a PERAC official, this limitation exists because hedge funds are relatively new investments for pension plans and because they require high levels of due diligence and expertise that may be excessive for smaller plans. PERAC also limits and offers guidance to larger public plans, emphasizing diversification, to help limit a plan's exposure to potential losses from hedge fund failures. According to a PERAC official, the group is less strict about private equity investments because private equity is a more familiar asset class among the state's public plans. Public plans with less than $25 million in assets may invest up to three percent of assets in private equity and plans with more than $25 million may invest up to 5 percent of assets in private equity. PERAC requires plans of either size to obtain PERAC permission before investing in private equity above those levels.

---

[63]See Tex. Gov. Code Ann. § 825.3012. For purposes of this Texas state law restriction, "hedge fund" is defined as a private investment vehicle that (i) is not registered under an investment company act, (ii) issues securities only to accredited investors or qualified purchasers under an exemption from registration, and (iii) engages primarily in the strategic trading of securities and other financial instruments.

[64]According to TRS officials, no other public funds in Texas are, by state law, under explicit restrictions regarding hedge fund or private equity investments.

**Table 3: Massachusetts Policies on Public Plan Investments in Hedge Funds**

| Plans with less than $250 million | Plans with greater than $250 million |
|---|---|
| • May invest in hedge funds only through the state's common hedge fund vehicle<br>• May not invest more than 10 percent of assets in hedge funds | • May not invest more than 10 percent of assets in hedge funds<br>• May only invest in hedge funds through funds of funds<br>• May only invest in hedge fund products whose performance is not influenced by market movements<br>• No single fund of funds may account for more than 2 percent of assets<br>• Hedge fund investments should be invested through a minimum of 75 separate underlying hedge funds<br>• The market value of any single underlying hedge fund investment should not exceed 2.5 percent of the total hedge fund investment<br>• A fund of hedge funds' volatility should not be greater than 7.5 percent<br>• Funds of hedge funds must provide reasonable transparency and disclosure<br>• Funds registered with SEC are to be preferred |

Source: Commonwealth of Massachusetts Public Employee Retirement Administration Commission Guidelines for Hedge Fund Investment.

Some of the selected states have instituted "legal lists" of authorized investments for pension plans that do not specifically include investments in hedge funds or private equity funds as authorized assets. According to a NASRA official, this was the dominant regulatory approach of state pension investment 40 years ago, and while some states have moved away from this approach, others have continued to maintain legal lists. Illinois has established a legal list of assets that does not include interests in hedge funds or private equity funds, in which certain smaller plans that cover police officers and fire fighters are authorized to invest.[65] Large statewide plans, such those managed by the Illinois State Board of Investment, are governed by a prudent man standard, which does not explicitly restrict investment of pension assets in any particular investment. In some instances, states allow a certain percentage of plan assets to be invested in assets that do not qualify under one of the authorized categories on the legal list. For example, the New York State Common Retirement Fund is governed by a legal list, but the state allows

---

[65] See Ill. Comp. Stat. Ann. 5/1-113.1.

GAO-08-692  Defined Benefit Pension Plans

Exhibit 13                                                    Page 51 of 71

the plan to invest up to 25 percent of its assets in investments not otherwise permitted by the legal list.[66]

Finally, public pension plan investments in hedge funds are prohibited or limited in some states by laws restricting pension plan investment in certain investment vehicles or trading strategies. For example, the North Carolina Retirement system can not invest more than 10 percent of plan assets in limited partnerships or limited liability corporations. Similarly, before new legislation broadening investment authority went into effect in April 2008, the Wisconsin Retirement System could not invest assets in vehicles that trade options or engage in short selling, two techniques commonly used by hedge funds.[67] However, with the new statutory authority, the Wisconsin Retirement System may use any investment strategy that meets its prudent investor standard.[68]

States we contacted take a variety of approaches to overseeing and monitoring public pension plan investment. In Massachusetts, before conducting a hedge fund manager search, public plans must first obtain PERAC approval and provide the agency with a summary of the plan's objectives, strategies, and goals in hedge fund investing. PERAC requires pension plans to document the major due diligence steps taken in the hedge fund manager selection process. In addition, prospective hedge fund managers must submit detailed information to PERAC regarding their key personnel, assets under management, investment strategy and process, risk controls, past performance, and organizational structure. Finally, hedge fund managers must also submit quarterly performance and strategy review reports directly to PERAC. Officials in other states we contacted may review hedge fund and private equity investments as part of a broader oversight approach. For example, the Ohio Retirement Study Council reviews the five large statewide public retirement funds semiannually to evaluate a plan's investment policies and objectives, asset allocations

---

[66]Assets invested under the basket provision are still subject to the prudent investor standard.

[67]The Wisconsin Retirement System is a consolidated system that covers all state, local, and school district employees, with the exception of the city and county of Milwaukee. Short selling is the selling of a security that the seller does not own, or any sale that is completed by the delivery of a security borrowed by the seller. Short sellers assume that they will be able to buy the stock at a lower amount than the price at which they sold short. Selling short is the opposite of going long. That is, short sellers make money if the stock goes down in price.

[68]2008 Wis. Sess. Laws. 212.

decisions, and risk and return assumptions. In California, individual pension boards have sole and exclusive authority over investment decisions; however, they ensure public information on investment decisions and fund performance, including detailed reports of alternative investments, are publicly available.

# Conclusions

Available data indicate that pension plans have increasingly invested in hedge funds and have continued to invest in private equity to complement their traditional investments in stocks and bonds. Further, these data indicate that individual plans' hedge fund or private equity investments typically comprise a small share of total plan assets. However, data are generally not available on the extent to which smaller pension plans have made such investments. Because such investments require a degree of fiduciary effort well beyond that required by more traditional investments, this can be a difficult challenge for plans, especially smaller plans. Smaller plans may not have the expertise or financial resources to be fully aware of these challenges, or have the ability to address them through negotiations, due diligence, and monitoring. In light of this, such investments may not be appropriate for some pension plans.

Although plans are responsible for making prudent choices when investing in any asset, EBSA also has a role in helping to ensure that pension plan sponsors fulfill their fiduciary duties in managing pension plans that are subject to ERISA. This can include educating employers and service providers about their fiduciary responsibilities under ERISA. Many private sector plans are insured by the PBGC, which guarantees most benefits when an underfunded plan terminates; however, public sector plans are not insured and may call upon state or local taxpayers to overcome funding shortfalls.

The importance of educating investors about the special challenges presented by hedge funds has been recognized by a number of organizations. For example, in 2006, the ERISA Advisory Council recommended that Labor publish guidance about the unique features of hedge funds and matters for consideration in their use by qualified plans. To date, EBSA has not acted on this recommendation. More recently, in April 2008, the Investors' Committee formed by the President's Working Group on Financial Markets published draft best practices for investors in hedge funds. This guidance will be applicable to a broad range of investors, such as public and private pension plans, endowments, foundations, and wealthy individuals. EBSA can further enhance the usefulness of this document by ensuring that the guidance is interpreted in

light of the fiduciary responsibilities that ERISA places on private sector plans. For example, EBSA could outline the implications of a hedge fund's or fund of funds' limited transparency on the fiduciary duty of prudent oversight. EBSA can also reflect on the implications of these best practices for some plans—especially smaller plans—that might not have the resources to take actions consistent with the best practices, and thus would be at risk of making imprudent investments in hedge funds. While EBSA is not tasked with offering guidance to public sector plans, such plans may nonetheless benefit from such guidance.

## Recommendation for Executive Action

To ensure that all plan fiduciaries can better assess their ability to invest in hedge funds and private equity, and to ensure that those that choose to make such investments are better prepared to meet these challenges, we recommend that the Secretary of Labor provide guidance specifically designed for qualified plans under ERISA. This guidance should include such things as (1) an outline of the unique challenges of investing in hedge funds and private equity; (2) a description of steps that plans should take to address these challenges and help meet ERISA requirements; and (3) an explanation of the implications of these challenges and steps for smaller plans. In doing so, the Secretary may be able to draw extensively from existing sources, such as the finalized best practices document that will be published in 2008 by the Investors' Committee formed by the President's Working Group on Financial Markets.[69]

## Agency Comments and Our Evaluation

We provided a draft copy of this report to the Department of Labor, PBGC, the Department of the Treasury, the SEC, and the Federal Reserve Bank for their review and comment. Labor generally agreed with our findings and recommendation. With regard to our recommendation, Labor stated that providing more specific guidance on investments in hedge funds and private equity may present challenges. Specifically, Labor noted that given the lack of uniformity among hedge funds, private equity funds, and their underlying investments, it may prove difficult to develop comprehensive and useful guidance for plan fiduciaries. Nonetheless, Labor agreed to consider the feasibility of developing such guidance. Labor's formal comments are reproduced in appendix III.

---

[69]A draft version of this report, *Principles and Best Practices for Hedge Fund Investors: Report of the Investors' Committee to the President's Working Group on Financial Markets*, was published on April 15, 2008.

We agree that the lack of uniformity among hedge funds or private equity funds may pose challenges to Labor. However, we do not believe it will be an insurmountable obstacle to developing guidance for plan sponsors. Indeed, the lack of uniformity among hedge funds and private equity funds is itself an important issue to convey to fiduciaries, and highlights the need for an extensive due diligence process preceding any investment. Additionally, as we state in the recommendation, Labor's efforts can be facilitated through use of existing best practices documents, such as the best practices for investors in hedge funds document that will be published in the summer of 2008 by the Investors' Committee formed by the President's Working Group on Financial Markets.

The PBGC also provided formal comments, which are reproduced in appendix IV. PBGC generally concurred with our findings. Labor, PBGC, the Department of the Treasury, and the Federal Reserve Bank also provided technical comments and corrections, which we have incorporated where appropriate.

As arranged with your offices, unless you publicly announce its contents earlier, we plan no further distribution of this report until 30 days from the date of this letter. At that time, we will send copies of this report to interested congressional committees and members, federal agencies, and other interested parties. We will also make copies available to others upon request.

If you or your staff has any questions concerning this report, please contact Barbara Bovbjerg on (202) 512-7215 or Orice Williams on (202) 512-8678. Contact points for our Office of Congressional Relations and Office of Public Affairs can be found on the last page of this report. Key contributors are listed in appendix V.

Barbara D. Bovbjerg
Director, Education, Workforce and
  Income Security

Orice M. Williams
Director, Financial Markets and
  Community Investment

Exhibit 13                              Page 56 of 71

*List of Congressional Requesters*

The Honorable Max Baucus
Chairman
The Honorable Charles E. Grassley
Ranking Member
Committee on Finance
United States Senate

The Honorable Charles B. Rangel
Chairman
The Honorable Jim McCrery
Ranking Member
Committee on Ways and Means
House of Representatives

The Honorable Barney Frank
Chairman
Committee on Financial Services
House of Representatives

The Honorable Michael E. Capuano
House of Representatives

The Honorable Paul E. Kanjorski
House of Representatives

Exhibit 13                          Page 57 of 71

# Appendix I: Objectives, Scope, and Methodology

Our objectives were to address the following questions:

1. To what extent do public and private sector pension plans invest in hedge funds and private equity funds?

2. What are the potential benefits, risks, and challenges pension plans face in making hedge fund investments, and how do plans address the risks and challenges?

3. What are the potential benefits, risks, and challenges pension plans face in making private equity fund investments, and how do plans address the risks and challenges?

4. What mechanisms regulate and monitor pension plan investments in hedge funds and private equity funds?

To answer the first question, we obtained and analyzed survey data of private and public sector defined benefit (DB) plans on the extent of plan investments in hedge funds and private equity from three private organizations: Greenwich Associates, *Pensions & Investments*, and Pyramis Global Advisors.[1] We identified the three surveys through our literature review and interviews with plan representatives and industry experts. As seen in table 4, the surveys varied in the number and size of plans surveyed. Using the available survey data, we determined the percentage of plans surveyed that reported investments in hedge funds or private equity. Using data from Greenwich Associates, we also determined the percentage of plans surveyed that invested in hedge funds or private equity by category of plan size, measured by total plan assets. We further examined data from each survey on the size of allocations to hedge funds or private equity as a share of total plan assets. Using the *Pensions & Investments* data, we analyzed allocations to these investments for individual plans and calculated the average allocation for hedge funds and private equity, separately, among all plans surveyed that reported these investments. The Greenwich Associates and Pyramis data reported the size of allocations to hedge funds or private equity as an average for all plans surveyed. Through our research and interviews, we were not able to

---

[1]Greenwich Associates is an institutional financial services consulting and research firm; Pyramis Global Advisors, a division of Fidelity Investments, is an institutional asset management firm; and *Pensions & Investments* is a money management industry publication.

identify any relevant surveys that included plans with less than $200
million in total assets.

While the information collected by each of the surveys is limited in some
ways, we conducted a data reliability assessment of each survey and
determined that the data were sufficiently reliable for purposes of this
study. These surveys did not specifically define the terms hedge fund and
private equity; rather, respondents reported allocations based on their own
classifications. *Pensions & Investments* reported private equity in three
mutually-exclusive categories—buyout, venture capital, and an "other"
private equity category, which includes investments such as mezzanine
financing and private equity investments traded on the secondary market.
Data from all three surveys are reflective only of the plans surveyed and
cannot be generalized to all plans.

**Table 4: Number and Size of DB Plans Observed in Recent Surveys**

|  | Greenwich Associates (2006) | Pensions & Investments (2007) | Pyramis Global Advisors (2006) |
| --- | --- | --- | --- |
| Sample size | 584 DB plans | 133 DB plans | 214 DB plans |
| Total assets of plans in survey | $3.649 trillion | $4.4 trillion | n/a |
| Range of total plan assets | $250 million or more | >$1 billion or more | >$200 million |

Source: GAO analysis.

Note: Pensions & Investments surveyed the largest 200 plans, ranked by combined DB and defined
contribution (DC) plan assets. With one exception, all DB plans ranked in the top 200 plans had more
than $1 billion in total assets. Of the top 200 plans, 133 were DB plans that completed the survey and
provided asset allocation information.

To answer the second and third questions, we conducted in-depth
interviews with representatives of 26 private and public sector DB plans,
listed in table 5, from June 2007 to January 2008 and, where possible,
obtained and reviewed supporting documentation. Interviews related to
hedge fund investments were conducted from June 2007 to December
2007. Interviews related to private equity investments were conducted
from October 2007 to January 2008. The interviews with plan
representatives were conducted using a semi-structured interview format,
which included open-ended questions on the following topics, asked
separately about hedge funds or private equity: the plan's history of
investment in hedge funds or private equity; the plan's experiences with
these investments to date; the plan's expected benefits from these
investments; challenges the plan has faced with these investments; and

Exhibit 13                              Page 59 of 71

**Appendix I: Objectives, Scope, and
Methodology**

steps the plan has taken to mitigate these challenges, including due diligence and ongoing monitoring. We interviewed five plans that did not invest in hedge funds to discuss the reasons the plan decided not have such investments. We also interviewed officials of government agencies, relevant industry organizations, investment consulting firms, and other national experts listed in appendix II. In addition, we interviewed officials from the Arizona State Retirement System and Missouri Local Government Employees' Retirement System to discuss the recent decision of these plans to invest in private equity.

**Table 5: List of DB Plans for In-Depth Interviews**

| | Hedge fund interview | Private equity interview |
|---|---|---|
| **Private sector plans:** | | |
| American Airlines | √ | |
| Boeing | √ | |
| Exxon Mobil | √ | |
| GE Asset Management | √ | |
| International Association of Machinists National Pension Fund | √ | |
| John Deere | | √ |
| Macy's | √ | |
| Northrop Grumman | | √ |
| Prudential | √ | |
| Target | | √ |
| United Mine Workers of America Health and Retirement Funds | √ | √ |
| United Technologies | √ | |
| Walt Disney | √ | √ |
| **Public sector plans:** | | |
| California Public Employees' Retirement System | √ | √ |
| California State Teachers' Retirement System | √ | √ |
| Illinois State Board of Investments | √ | |
| Los Angeles County Employee Retirement Administration | √ | |
| Massachusetts Pension Reserves Investment Management Board | √ | |
| Missouri State Employees' Retirement System | √ | |

GAO-08-692  Defined Benefit Pension Plans

Exhibit 13                              Page 60 of 71

Appendix I: Objectives, Scope, and
Methodology

| | Hedge fund interview | Private equity interview |
|---|---|---|
| National Railroad Retirement Trust Fund | | √ |
| New York State Common Retirement Fund | √ | √ |
| Pennsylvania Public School Employees' Retirement System | √ | √ |
| Pennsylvania State Employees' Retirement System | √ | √ |
| San Diego County Employees' Retirement System | √ | |
| South Dakota Retirement System | | √ |
| Washington State Investment Board | | √ |

Source: GAO.

Note: Five of the plans interviewed about hedge funds did not invest in hedge funds.

The plans we interviewed were selected based on several criteria. We attempted to select plans that varied in the size of allocations to hedge funds and private equity as a share of total plan assets. We also attempted to select plans with a range of total plan assets, as outlined in table 6. We identified these plans using data from the *Pensions & Investments* 2006 survey and through our interviews with industry experts.

**Table 6: Criteria Used in Selection of Plans for In-Depth Interviews**

| | Number of plans interviewed – hedge funds | Number of plans interviewed – private equity |
|---|---|---|
| Size of allocation to hedge funds or private equity: | | |
| None | 5 | |
| 5% or less | 10 | 5 |
| >5 to 10% | 3 | 6 |
| >10% | 2 | 2 |
| Total plan assets: | | |
| $10 billion or less | 8 | 5 |
| >$10 to $100 billion | 9 | 5 |
| >$100 billion | 3 | 3 |

Source: GAO analysis of Pension & Investments 2006 survey.

To identify and analyze the regulation of public DB pension investments by states we consulted officials at the Department of Labor and

**Appendix I: Objectives, Scope, and
Methodology**

representatives of relevant agencies in selected states, and reviewed relevant policy documents. The states we selected included the 10 states with the largest public pension assets according to our review of the National Association of State Retirement Administrators (NASRA) Public Funds Survey data listed in table 7. We also included Massachusetts because our previous contact with that state produced valuable information for this objective.[2] Those states chosen based on the size of plan assets were: California, New York, Texas, Ohio, Florida, Illinois, Pennsylvania, New Jersey, Wisconsin, and North Carolina. In 9 of 10 states we spoke with the offices of the State Auditor, the State Treasurer, and the State Comptroller or equivalent offices. North Carolina's Chief Investment Officer of the State Treasurer's Office affirmed our analysis through e-mail. Finally we informed each of these states of our analysis and gave them the opportunity to comment on our description of regulations in their state.

**Table 7: Ten States with the Largest Total Public DB Pension Plan Assets**
(Dollars in billions)

| Rank | State | Sum of market value for state's public plan assets |
|---|---|---|
| 1 | California | $417.4 |
| 2 | New York | 301.9 |
| 3 | Texas | 156.3 |
| 4 | Ohio | 147.3 |
| 5 | Florida | 116.3 |
| 6 | Illinois | 96.0 |
| 7 | Pennsylvania | 90.1 |
| 8 | New Jersey | 79.3 |
| 9 | Wisconsin | 67.9 |
| 10 | North Carolina | 66.7 |

Source: GAO analysis of NASRA Public Funds Survey 2007 data.

We conducted this performance audit from June 2007 to July 2008, in accordance with generally accepted government auditing standards. Those standards require that we plan and perform the audit to obtain sufficient, appropriate evidence to provide a reasonable basis for our findings and conclusions based on our audit objectives. We believe that the evidence

---

[2]Massachusetts ranks 20th with $32.4 billion in public pension plan assets, according to the 2007 Public Funds Survey.

Exhibit 13                                    Page 62 of 71

**Appendix I: Objectives, Scope, and Methodology**

obtained provides a reasonable basis for our findings and conclusions based on our audit objectives.

Exhibit 13                                    Page 63 of 71

# Appendix II: Government Agencies, Industry Organizations, Investment Consulting Firms, and Other Organizations Interviewed

**Government agencies**

Department of Treasury
Department of Labor, Employee Benefit Security Administration
Board of Governors of the Federal Reserve System
Pension Benefit Guaranty Corporation
Securities and Exchange Commission

**Hedge fund and private equity industry organizations**

Managed Funds Association
National Venture Capital Association (NVCA)
Private Equity Council (PEC)

**Investment consulting firms**

Cambridge Associates
Cliffwater, LLC
Fiduciary Counselors
McCarter & English, LLP
Mercer Associates
Offices of Wilkie, Farr, and Gallagher, LLP
Pension Governance, LLC

**Other industry organizations**

American Benefits Council (ABC)
American Federation of Labor and Congress of Industrial Organizations (AFL-CIO)
American Federation of State, County, and Municipal Employees (AFSCME)
Committee on the Investment of Employee Benefit Assets (CIEBA)
Financial Policy Forum
National Association of State Retirement Administrators (NASRA)
North American Securities Administrators Association (NASAA)
National Conference of State Legislatures (NCSL) roundtable:
    National Association of Police Organizations (NAPO)
    National Conference on Public Employee Retirement Systems (NCPERS)
    National Association of State Treasurers
    National Association of Counties (NACo)
    Grand Lodge Fraternal Order of Police

**Appendix II: Government Agencies, Industry
Organizations, Investment Consulting Firms,
and Other Organizations Interviewed**

National Association of State Auditors, Comptrollers, and Treasurers (NASACT)

National Education Association (NEA)

National Council on Teacher Retirement (NCTR) and California Public Employees' Retirement System

National Conference of State Legislatures (NCSL)

National Association of State Retirement Administrators (NASRA)

Exhibit 13                        Page 65 of 71

# Appendix III: Comments from the Department of Labor

**U.S. Department of Labor**

Assistant Secretary for
Employee Benefits Security Administration
Washington, D.C. 20210



July 16, 2008

Ms. Barbara D. Bovbjerg
Director, Education, Workforce, and
 Income Security Issues
United States Government Accountability Office
Washington, DC 20548

Dear Ms. Bovbjerg:

We have reviewed the Government Accountability Office's (GAO) draft report entitled "DEFINED BENEFIT PENSION PLANS: Guidance Needed to Better Inform Plans of the Challenges and Risks of Investing in Hedge Funds and Private Equity" (GAO-08-692). Based upon our review of the report, below are the comments and observations.

As recognized in the draft report, ERISA requires, among other things, that in making plan investment decisions, an ERISA fiduciary must act prudently, solely in the interest of the plan and its participants and beneficiaries, and to diversify plan investments so as to minimize the risk of large losses. Under the framework set out in the Department of Labor's regulations,[1] a fiduciary's investment decision is considered prudent, if the fiduciary gives appropriate consideration to all those facts and circumstances that the fiduciary knows or should know are relevant to the particular investment decision involved, including the role the investment plays in the plan's investment portfolio and acts accordingly. With respect to any plan investment, including an investment in a hedge fund or private equity fund, a plan fiduciary must gather sufficient information to understand the nature of the investment, make a determination as to its prudence, and periodically monitor the investment to evaluate whether it remains a prudent plan investment.

We appreciate GAO's interest in helping plan fiduciaries understand the challenges of investing in hedge funds and private equity and their attendant obligations under ERISA. The Department shares this interest and carries out an extensive outreach program to assist plan fiduciaries, service providers, and others in understanding their responsibilities under ERISA. The program addresses investment decisions and the importance of selecting and monitoring plan service providers. However, providing more specific guidance on investments in hedge funds and private equity funds, as recommended by the draft report, may present challenges. In this regard, we note that

---

[1] 29 CFR § 2550.404a-1.

**Appendix III: Comments from the Department of Labor**

the draft report indicates there is no statutory definition of hedge fund or private equity fund, and investment objectives and strategies may vary greatly among these funds. Given this apparent lack of uniformity in describing hedge funds, private equity funds, and their investments and operations, it may prove difficult to develop comprehensive and useful guidance for plan fiduciaries. Nonetheless, we will consider the feasibility of developing the type of specific guidance regarding investments in hedge funds and private equity funds as recommended in the draft report.

EBSA is committed to protecting the employer-sponsored benefits of American workers, retirees, and their families. We appreciate having had the opportunity to review and comment on the draft report. Please do not hesitate to contact us if you have questions concerning this response or if we can be of further assistance.

Sincerely,

Bradford P. Campbell
Assistant Secretary

# Appendix IV: Comments from the Pension Benefit Guaranty Corporation



**Pension Benefit Guaranty Corporation**
1200 K Street, N.W., Washington, D.C. 20005-4026

Office of the Director

July 11, 2008

Ms. Barbara Bovbjerg, Director
  Education, Workforce, and Income Security Issues
Mr. Orice M. Williams, Director,
  Financial Markets and Community Investment
Government Accountability Office
441 G Street, N.W.
Washington, D.C.  20548

Dear Ms. Bovbjerg and Mr. Williams:

Thank you for the opportunity to comment on the draft report entitled, "DEFINED BENEFIT PENSION PLANS: Guidance Needed to Better Inform Plans of the Challenges and Risks of Investing in Hedge Funds and Private Equity" (GAO-08-692).

In our role as an insurer, PBGC has an interest in the transparency of the investments made by plans it insures.  Existing disclosure requirements provide only a limited window on hedge funds and private equity investments.  However, to date, defined benefit pension plans that have been terminated and trusteed by PBGC have not had significant amounts invested in either hedge funds or private equity investments.

The draft report notably acknowledges that, within the wide and growing array of hedge funds, despite having a reputation of being "risky" investment vehicles, "this was not their original purpose, and is not true of all hedge funds today."  In addition, the draft report underscores ERISA's notion of the prudence of an individual investment being considered within the context of the total plan portfolio.

As there are risks involved with all investments, we certainly agree with the principle enunciated in ERISA, that plan trustees should exercise due diligence in making prudent investment decisions solely for the benefit of the plan and its participants and beneficiaries, and closely monitor investment performance on an on-going basis.  In seeking to fully meet the obligations of the plan under ERISA, plan trustees must fully understand the potential benefits and risks and the relative performance of all of its investments, including hedge funds and private equity investments.

**Appendix IV: Comments from the Pension
Benefit Guaranty Corporation**

With nearly 44 million workers and retirees relying on PBGC's insurance programs, we appreciate GAO's work in highlighting issues that relate to pensions, including those raised in this report and look forward to continuing to work with GAO.  Again, thank you for the opportunity to comment.

Sincerely,

Charles E.F. Millard

2

Exhibit 13                              Page 69 of 71

# Appendix V: GAO Contacts and Staff Acknowledgments

## GAO Contacts

Barbara D. Bovbjerg (202) 512-7215 or bovbjergb@gao.gov
Orice M. Williams (202) 512-8678 or williamso@gao.gov

## Staff Acknowledgments

David Lehrer, Assistant Director, and Michael Hartnett managed this report. Sharon Hermes, Angela Jacobs, and Ryan Siegel made important contributions throughout this assignment.

Joseph A. Applebaum, Joe Hunter, Ashley McCall, Jay Smale Jr., Jena Sinkfield, Frank S. Synowiec, Karen Tremba, Rich Tsuhara, Charlie Willson, and Craig Winslow also provided key support.

| GAO's Mission | The Government Accountability Office, the audit, evaluation, and investigative arm of Congress, exists to support Congress in meeting its constitutional responsibilities and to help improve the performance and accountability of the federal government for the American people. GAO examines the use of public funds; evaluates federal programs and policies; and provides analyses, recommendations, and other assistance to help Congress make informed oversight, policy, and funding decisions. GAO's commitment to good government is reflected in its core values of accountability, integrity, and reliability. |
|---|---|
| Obtaining Copies of GAO Reports and Testimony | The fastest and easiest way to obtain copies of GAO documents at no cost is through GAO's Web site (www.gao.gov). Each weekday, GAO posts newly released reports, testimony, and correspondence on its Web site. To have GAO e-mail you a list of newly posted products every afternoon, go to www.gao.gov and select "E-mail Updates." |
| Order by Mail or Phone | The first copy of each printed report is free. Additional copies are $2 each. A check or money order should be made out to the Superintendent of Documents. GAO also accepts VISA and Mastercard. Orders for 100 or more copies mailed to a single address are discounted 25 percent. Orders should be sent to: U.S. Government Accountability Office 441 G Street NW, Room LM Washington, DC 20548 To order by Phone: Voice: (202) 512-6000 TDD: (202) 512-2537 Fax: (202) 512-6061 |
| To Report Fraud, Waste, and Abuse in Federal Programs | Contact: Web site: www.gao.gov/fraudnet/fraudnet.htm E-mail: fraudnet@gao.gov Automated answering system: (800) 424-5454 or (202) 512-7470 |
| Congressional Relations | Ralph Dawn, Managing Director, dawnr@gao.gov, (202) 512-4400 U.S. Government Accountability Office, 441 G Street NW, Room 7125 Washington, DC 20548 |
| Public Affairs | Chuck Young, Managing Director, youngc1@gao.gov, (202) 512-4800 U.S. Government Accountability Office, 441 G Street NW, Room 7149 Washington, DC 20548 |

PRINTED ON RECYCLED PAPER

Exhibit 13                    Page 71 of 71

EXHIBIT 14

# GAO

**United States Government Accountability Office**

## Testimony

### Before the Subcommittee on Health, Employment, Labor, and Pensions, Committee on Education and Labor, House of Representatives

For Release on Delivery
Expected at 10:00 a.m. EDT
Tuesday, July 20, 2010

# DEFINED BENEFIT PENSION PLANS

# Plans Face Valuation and Other Challenges When Investing in Hedge Funds and Private Equity

Statement of Barbara Bovbjerg, Managing Director, Education, Workforce, and Income Security



**GAO**
Accountability * Integrity * Reliability

Exhibit 14                                    Page 1 of 20

July 20, 2010

**G A O**
Accountability·Integrity·Reliability
# Highlights

Highlights of GAO-10-915T, a testimony before the  Subcommittee on Health, Employment, Labor and Pensions, Committee on Education and Labor, House of Representatives

## DEFINED BENEFIT PENSION PLANS

## Plans Face Valuation and Other Challenges When Investing in Hedge Funds and Private Equity

### Why GAO Did This Study

Millions of Americans rely on private or public defined benefit pension plans, which promise to pay retirement benefits that are generally based on an employee's salary and years of service. Plan sponsors are increasingly investing in "alternative" assets such as hedge funds and private equity. This has raised concerns, given that these two types of investments have qualified for exemptions from some federal regulations and could present more risk to retirement assets than traditional investments.

This testimony discusses (1) the extent to which defined benefit plans have invested in hedge funds and private equity, (2) challenges that such plans face in investing in hedge funds and private equity, (3) steps that plan sponsors can take to address these challenges, and (4) the implications of these challenges for the federal government.

To prepare this statement, GAO relied primarily on its published reports on hedge funds and private equity (GAO-08-692 and GAO-08-200), and obtained new data on the extent of plan investments in hedge funds and private equity.

GAO has previously recommended that the Secretary of Labor provide guidance designed to help ERISA fiduciaries better assess their ability to invest in hedge funds and private equity. Labor generally agreed with our recommendation, but has yet to take action.

View GAO-10-915T or key components. For more information, contact Barbara Bovbjerg at (202) 512-7215 or bovbjergb@gao.gov.

### What GAO Found

A growing number of private and public sector plans have invested in hedge funds and private equity, but such investments generally comprise a small share of total plan assets. According to a survey of large plans, the share of plans with investments in hedge funds grew from 11 percent in 2001 to 51 percent in 2009. Over the same time period, investments in private equity were more prevalent but grew more slowly—an increase from 71 percent in 2001 to 90 percent in 2009. Still, the average allocation of plan assets to hedge funds was less than 5 percent, and the average allocation to private equity was less than 8 percent. Available data also show that investments in hedge funds and private equity are more common among large pension plans, measured by assets under management, compared to mid-size plans. Survey information on smaller plans is unavailable, so the extent to which these plans invest in hedge funds or private equity is unknown.

Hedge funds and private equity investments pose a number of risks and challenges beyond those posed by traditional investments.  For example, investors in hedge funds and private equity face uncertainty about the precise valuation of their investment. Hedge funds may, for example, own thinly traded assets whose valuation can be complex and subjective, making valuation difficult.  Further, hedge funds and private equity funds may use considerable leverage—the use of borrowed money or other techniques—which can magnify profits, but can also magnify losses if the market goes against the fund's expectations. Also, both are illiquid investments—that is they cannot generally be redeemed on demand. Finally, investing in hedge funds can pose operational risk—that is, the risk of investment loss from inadequate or failed internal processes, people, and systems, or problems with external service providers rather than an unsuccessful investment strategy.

Plan sponsors we spoke with address these challenges in a number of ways, such as through careful and deliberate fund selection, and negotiating key contract terms. For example, investors in both hedge funds and private equity funds may be able to negotiate fee structure and valuation procedures, and the degree of leverage employed. Also, plans address various concerns through due diligence and monitoring, such as careful review of investment, valuation, and risk management processes.

The Department of Labor (Labor) has a role in helping to ensure that plans fulfill their Employee Retirement and Income Security Act of 1974 (ERISA) fiduciary duties, which includes educating employers and service providers about their fiduciary responsibilities under ERISA. According to plan officials, state and federal regulators, and others, some pension plans, such as smaller plans, may have particular difficulties in addressing the various demands of hedge fund and private equity investing. In light of this, in 2008, we recommended that Labor provide guidance on the challenges of investing in hedge funds and private equity and the steps plans should take to address these challenges.

_____
**United States Government Accountability Office**

Exhibit 14                                                    Page 2 of 20

Mr. Chairman and Members of the Subcommittee,

I am pleased to be here to participate in today's hearing on creating greater accounting transparency for pensioners. As you know, millions of Americans rely on defined benefit (DB) plans for their financial well-being after their working years. Historically, public and private sector pension plans have primarily invested in traditional investments such as stocks and bonds; but more recently, plans are increasingly investing in "alternative" investments such as hedge funds and private equity.

While there is no statutory definition of hedge funds, the phrase "hedge fund" is commonly used to refer to a pooled investment vehicle that is privately organized and administered by professional managers, and that often engages in active trading of various types of securities, as well as futures and options contracts. Similarly, private equity is not statutorily defined, but is generally considered to be privately managed investment pools administered by professional managers who typically make long-term investments in private companies, taking a controlling interest with the aim of increasing the value of these companies through such strategies as improving operations or developing new products. Both hedge funds and private equity may be managed so as to be exempt from certain aspects of federal securities law and regulation that apply to other investment pools such as mutual funds. There are a number of investments that are considered to be alternative investments, but my statement today will focus on our prior work on pension plan investment in hedge funds and private equity.

Much has happened in the financial markets since we issued three reports—one which addressed pension plan investments in hedge funds and private equity, another which addressed federal oversight and other issues regarding hedge funds exclusively, and a final report addressed private equity funds—in 2008.[1] Hedge funds have been deeply affected in the financial turmoil. According to an industry survey, most hedge fund strategies produced double-digit losses in 2008, and hedge funds saw

---

[1]GAO, *Hedge Funds: Regulators and Market Participants Are Taking Steps to Strengthen Market Discipline, but Continued Attention Is Needed*, GAO-08-200 (Washington D.C.: Jan. 24, 2008); *Defined Benefit Pension Plans: Guidance Needed to Better Inform Plans of the Challenges and Risks of Investing in Hedge Funds and Private Equity*, GAO-08-692 (Washington D.C.: Aug. 14, 2008); and *Private Equity: Recent Growth in Leveraged Buyouts Exposed Risks That Warrant Continued Attention*, GAO-08-885 (Washington D.C.: Sept. 9, 2008).

Exhibit 14                                              Page 3 of 20

approximately $70 billion in redemptions between June and November 2008.[2] Some observers blamed hedge funds for dramatic volatility in the stock and commodity markets in 2008 and some funds of hedge funds[3] were heavily invested in the Madoff fraud. Nevertheless, an industry survey of institutional investors suggests that these investors are still committed to investing in hedge funds in the long term.

My statement today is based primarily on our 2008 report on pension plan investments in hedge funds and private equity. My comments will focus on 1) the extent to which DB plans have invested in hedge funds and private equity, 2) challenges that such plans face in investing in hedge funds and private equity, 3) steps that plan sponsors can take to address these challenges, and 4) the implications these challenges for plan sponsors and the federal government.

In conducting our prior work, we reviewed relevant literature and survey data and conducted in-depth interviews with pension plan representatives and industry experts. We obtained and analyzed data on the extent of pension plan investments in hedge funds and private equity from private organizations such as Greenwich Associates, Pensions & Investments, and Pyramis Global Advisors. We updated these data for purposes of my testimony today. We also conducted in-depth interviews with representatives of 26 public and private sector DB pension plans and, where possible, obtained and reviewed supporting documentation. These plans were selected based on several criteria, including the range of investment in hedge funds and private equity and the amount of total plan assets. We also interviewed officials of regulatory agencies, relevant industry organizations, investment consulting firms, and other national experts. We conducted our prior work from June 2007 to July 2008 in accordance with generally accepted government auditing standards. Those standards require that we plan and perform the audit to obtain sufficient, appropriate evidence to provide a reasonable basis for our findings and conclusions based on our audit objectives.

---

[2]Greenwich Associates and SEI Knowledge Partnership, *Hedge Funds under the Microscope: Examining Institutional Commitment in Challenging Times* (January 2009*)*.

[3]Funds of funds are investment funds that buy stakes in multiple underlying hedge funds. Fund of funds managers invest in other hedge funds rather than trade directly in the financial markets, and thus offer investors broader exposure to different hedge fund managers and strategies.

Exhibit 14                                                    Page 4 of 20

# Background

Millions of current and future retirees rely on private or public DB plans, which promise to pay retirement benefits that are generally based on an employee's salary and years of service. The financial condition of these plans—and hence their ability to pay promised retirement benefits when such benefits are due—depends on adequate contributions from employers and, in some cases, employees, as well as prudent investments that preserve principal and yield an adequate rate of return over time. The plan sponsor must make contributions to the plan that are intended to ensure it is adequately funded to pay promised benefits. To maintain and increase plan assets, fiduciaries of public and private sector pension plans choose investments that are expected to grow in value or yield income. Plan fiduciaries invest in various categories of asset classes, which traditionally have consisted mainly of stocks and bonds. Pension fiduciaries may also invest in other asset classes or trading strategies, such as hedge funds and private equity, which can generally be riskier investments, so long as such investments are prudent.

To obtain favorable tax treatment private sector pension plan investment decisions must comply with the provisions of the Employee Retirement and Income Security Act of 1974 (ERISA), under which plan sponsors and other fiduciaries must act solely in the interest of the plan participants and beneficiaries, (1) for the exclusive purpose of providing benefits to participants and their beneficiaries, as well as defraying reasonable expenses of administering the plan; (2) with the care, skill, prudence, and diligence then prevailing that a prudent man acting in a similar situation would use; (3) by diversifying plan investments so as to minimize the risk of large losses; and (4) in accordance with plan documents consistent with ERISA.[4] Under ERISA, the prudence of any individual investment is considered in the context of the total plan portfolio, rather than in isolation. Hence, a relatively risky investment may be considered prudent if it is part of a broader strategy to balance the risk and expected return to the portfolio. The Employee Benefit Security Administration (EBSA) at the Department of Labor (Labor) is responsible for enforcing these standards, as well as educating and assisting plan participants and plan sponsors.

In the public sector, governments have established pension plans at state, county, and municipal levels, as well as for particular categories of employees, such as police officers, fire fighters, and teachers. The structure of public pension plan systems can differ considerably from state

---

[4]29 U.S.C. § 1104(a).

Exhibit 14                    Page 5 of 20

to state. Public sector DB plans are not subject to funding, vesting, and most other requirements applicable to private sector DB plans under ERISA,[5] but must follow requirements established for them under applicable state law and have generally adopted fiduciary standards similar to those of ERISA.

Generally privately managed and engaged in active trading of various types of securities, hedge funds are typically structured and operated as limited partnerships or limited liability companies exempt from certain registration, disclosure, and other requirements under the Securities Act of 1933,[6] Securities Exchange Act of 1934,[7] Investment Company Act of 1940,[8] and Investment Advisers Act of 1940[9] that apply to other investment pools, such as mutual funds.[10] Unlike a mutual fund, which must strictly abide by the detailed investment policy and other limitations specified in its prospectus, most hedge funds specify broad objectives and authorize multiple strategies. They may invest in a wide variety of financial instruments, including stocks and bonds, currencies, futures contracts, and other assets.

Like hedge funds, there is no legal or commonly accepted definition of private equity funds, but the term generally includes privately managed pools of capital that invest in companies, many of which are not listed on a stock exchange. Although there are some similarities in the structure of hedge funds and private equity funds, the investment strategies employed are different. Unlike many hedge funds, private equity funds typically make long-term investments in private companies and seek to obtain financial returns not through particular trading strategies and techniques,

---

[5] 29 U.S.C. § 1003(b)(1).

[6] Ch. 38, tit. I, 48 Stat. 74 (codified at 15 U.S.C. § 77a et seq.).

[7] Ch. 404, 48 Stat. 881 (codified at 15 U.S.C. § 78a et seq.).

[8] Ch. 686, tit. I, 54 Stat. 797 (codified as amended at 15 U.S.C. § 80a-1 et seq.).

[9] Ch. 686, tit. II, 54 Stat. 847 (codified as amended at 15 U.S.C. § 80b-1 et seq.).

[10] Although certain advisers may be exempt from registration requirements, they remain subject to anti-fraud, anti-manipulation, and large trading position reporting rules. Under the Dodd-Frank Wall Street Reform and Consumer Protection Act advisers of all private funds, including hedge funds and private equity funds with $150 million or more in assets under management in the U.S. may be required to register with the Securities and Exchange Commission (SEC), obligated to comply with new recordkeeping and reporting requirements, and subject to enhanced SEC scrutiny and audit. H.R. 4173, 111th Cong. tit. IV (as reported out of conference on June 29, 2010).

Exhibit 14                                    Page 6 of 20

but through long-term appreciation based on corporate stewardship, improved operating processes, and financial restructuring of those companies, which may involve a merger or acquisition. Private equity is generally considered to involve a substantially higher degree of risk than traditional investments, such as stocks and bonds, in exchange for a higher return.

## A Growing Number of Pension Plans Are Investing in Hedge Funds or Private Equity, but Such Investments Are Generally a Small Portion of Plan Assets

We reported in 2008 that DB plan investments in hedge funds and private equity have grown, but such investments are generally a small portion of plan assets, and this trend has continued. According to a Pensions & Investments survey, the percentage of large plans (as measured by total plan assets) investing in hedge funds grew from 11 percent in 2001 to 51 percent in 2009 (see fig. 1). Over the same time period, the percentage of large plans that invest in private equity grew at a much lesser rate—71 percent to 90 percent—because a much larger percentage of plans were already invested in private equity in 2001.

Exhibit 14                    Page 7 of 20

**Figure 1: Share of Large DB Plans Investing in Hedge Funds and Private Equity**



Source: *Pensions & Investments'* 2009 annual survey.

Data from the same survey reveal that investments in hedge funds and private equity typically comprise a small share of plan assets. The average allocation to hedge funds among plans with such investments was not quite 5 percent in 2009. Similarly, among plans with investments in private equity, the average allocation was less than 8 percent. Although the majority of plans with investments in hedge funds or private equity have small allocations to these assets, a few plans have relatively large allocations, according to the Pensions & Investments survey. Of the 61 plans that reported hedge fund investments in 2009, 12 had allocations of 10 percent or more (see fig. 2). The highest reported hedge fund allocation was 29 percent of total assets. Similarly, of the 108 plans that reported private equity investments in 2009, 23 had allocations of 10 percent or more and the highest reported private equity allocation was 26 percent.

Exhibit 14                                    Page 8 of 20

**Figure 2: The Number of Plans with Investments in Hedge Funds or Private Equity by Size of Allocation**



Source: GAO analysis of *Pensions & Investments* 2009 annual survey data.

Available survey data show that larger plans, measured by total plan assets, are more likely to invest in hedge funds and private equity compared to mid-size plans. As shown below, a survey by Greenwich Associates found that 30 percent of mid-size plans—those with $250 to $500 million in total assets—were invested in hedge funds, compared to 53 percent of the largest plans—those with more than $5 billion in total assets (see fig. 3). Survey data on plans with less than $200 million in assets are unavailable and, in the absence of this information, it is unclear to what extent these plans invest in hedge funds and private equity.

Exhibit 14                    Page 9 of 20

**Figure 3: Pension Plans with Investments in Hedge Funds and Private Equity by Size of Total Plan Assets**



**Share of plans** (percentage)

Source: Greenwich Associates, 2009.

Note: The figures above include public and corporate plans. Information on the investments of collectively bargained plans by size of total assets was not available.

Exhibit 14                    Page 10 of 20

# Hedge Fund and Private Equity Investments Pose Various Risks and Challenges for Plan Sponsors

## Valuation

One of the major challenges that both hedge fund and private equity investments pose to plan sponsors investing is uncertainty over the current value of their investment. With regard to hedge funds, we noted that plans may lack information on both the nature of the specific underlying holdings of the hedge fund, as well as the aggregate value on a day to day basis. Because many hedge funds may own thinly traded securities and derivatives whose valuation can be complex, and in some cases subjective, a plan may not be able to obtain timely information on the value of assets owned by a hedge fund.[11] Further, hedge fund managers may decline to disclose information on asset holdings and the net value of individual assets largely because release of such information could compromise their trading strategy. In addition, even if hedge fund managers were to provide detailed positions, plan sponsors might be unable to fully analyze and assess the prospective return and risk of a hedge fund. As we noted in our August 2008 report, hedge fund managers may seek to profit through complex and simultaneous positions and can abruptly change their positions and trading tactics in order to achieve desired return as changing market conditions warrant. Consequently, a plan may not be able to independently ascertain the value or fully assess the degree of investment risk posed by its hedge fund investment. Although we noted in January 2008 that some hedge funds have improved disclosure and transparency about their operations due to the demands of institutional investors, several pension plans cited limited transparency as a prime reason they had chosen not to invest in hedge funds.[12] During our research for that report, representatives of one plan told us that they had considered investing in hedge funds several years before, but that most of the hedge funds it contacted would not provide position-level information,

---

[11] A security is described as thinly traded when trading infrequently and/or in low volume.

[12] See GAO-08-200.

Exhibit 14                    Page 11 of 20

and they were reluctant to make such an investment without this information.

Similar to hedge funds, valuations of private equity investments are uncertain during the fund's cycle, which often lasts 10 years or more. Unlike investments which are traded and priced in public markets, plans have limited information on the value of private equity investments until the underlying holdings are sold. Some plan representatives we interviewed explained that fund managers often value underlying holdings at their initial cost until they are sold through an initial public offering or other type of sale.[13] In some cases private equity funds estimate the value of the fund by comparing companies in their portfolio to the value of comparable publicly-traded assets. However, an investment consultant explained that such periodic valuations have limited utility. Prior to the sale of underlying investments, assessing the value of a private equity fund is difficult. In 2008, plan officials we interviewed acknowledged the difficulty of valuing private equity investments and generally accepted it as a trade-off for the potential benefits of the investment.

---

| | |
|---|---|
| **Investment risk** | While any plan investment may fail to deliver expected returns over time, hedge fund and private equity investments pose investment challenges beyond those posed by traditional investments. For example, both hedge fund and private equity managers may use leverage—that is, borrowed money or other techniques—to potentially increase an investment's return without increasing the amount invested. While registered investment companies are subject to strict leverage limits, a hedge fund or private equity fund can make relatively unrestricted use of leverage. This is noteworthy because while leverage can magnify profits, it can also magnify losses to the fund if the market goes against the fund's expectations. In addition, a private equity fund manager's strategy |

---

[13]The definition of fair value has been codified by the Financial Accounting Standards Board (FASB) at Accounting Standards Codification (ASC) 320-10-20 Investments—Debt and Equity Securities, Overall, Glossary. ASC 320-10-20 defines fair value as the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. As discussed in SFAS No. 157, Fair Value Measurements, which is codified at FASB ASC 820, Fair Value Measurements and Disclosures, the changes to current practice resulting from the application of ASC 820 relate to the definition of fair value, the methods used to measure fair value, and the expanded disclosures about fair value measurements. The definition of fair value may change the manner in which some entities, such as private equity funds, determine fair value.

Exhibit 14                    Page 12 of 20

typically involves concentrating its holdings in a limited number of underlying companies—generally about 10 to 15 companies, often in the same sector. Further, hedge funds and private equity funds also feature relatively costly fee structures, which have significant impact on net investment returns.[14] In 2008, we reported that hedge funds and private equity funds often charge an annual fee of 2 percent of invested capital and 20 percent of returns, whereas mutual fund managers reportedly charge a fee of about 1 percent or less of assets under management.[15] For private equity, if the gross returns are not sufficiently high, net returns to investors will not meet the commonly cited goal of exceeding the return of the stock market and, thus, plans will not have earned a premium for assuming the risks inherent in private equity investments.

| | |
|---|---|
| **Lack of liquidity** | Hedge funds and private equity are also relatively illiquid investments—that is, investors generally cannot easily redeem their investments on demand. Hedge funds often require an initial lockup of 1 year or more, during which an investor cannot cash out of the hedge fund. After the initial lockup period, hedge funds offer only occasional liquidity, sometimes with a prenotification requirement. Hedge funds impose such liquidity limits because sudden liquidations could, for example, disrupt a carefully calibrated investment strategy. Nonetheless, they also pose certain disadvantages to plan sponsors, such as inhibiting a plan's ability to limit a hedge fund's investment loss. Private equity funds require an even longer-term commitment than hedge fund investments. Private equity funds can require commitments of 10 years or more, and during that time, a plan may have no ability to redeem its investments. A private equity fund cycle typically includes an initial period in which investors must provide the fund with capital when called upon, which may not be redeemed for several years, to invest in underlying companies and then obtain returns over time as investments mature. Several plan representatives and other experts we interviewed stated that the nature of private equity necessitates long commitments as returns are generated through long-term growth strategies, rather than short-term gains. Representatives of several |

---

[14]For example, we reported that the typical hedge fund fee structure consists of 2 percent of total assets under management and a performance fee of about 20 percent of the funds annual profits. This fee structure would reduce a 12 percent return to only 7.6 percent, after fees are deducted.

[15]Some plans may ensure they will not pay a performance fee unless the value of the investment passes a previous peak value of the fund shares. This provision is known as a high water mark.

Exhibit 14                                    Page 13 of 20

plans noted that they expect higher returns from private equity investments in exchange for the long-term commitment.

| | |
|---|---|
| Operational risk | Finally, we reported that pension plans investing in hedge funds are also exposed to operational risk—that is, the risk of investment loss due not to a faulty investment strategy, but from inadequate or failed internal processes, people, and systems, or problems with external service providers. Operational problems can arise from a number of sources, including inexperienced operations personnel; inadequate internal controls; lack of compliance standards and enforcement; errors in analyzing, trading, or recording positions; or outright fraud. According to a report by an investment consulting firm, because many hedge funds engage in active, complex, and sometimes heavily leveraged trading, a failure of operational functions, such as processing or clearing one or more trades, may have grave consequences for the overall position of the hedge fund. Several pension plans we contacted expressed concerns about operational risk; one noted back office and operational issues become deal breakers in some cases. |
| **Plan Sponsors Take a Number of Steps to Address the Risks of Hedge Fund and Private Equity Investing** | Pension plans we spoke with take a number of steps in an attempt to mitigate the risks and challenges of investing in hedge funds and private equity.<br><br>First, discussions with plan sponsors revealed the importance of making careful and deliberate fund selection when investing in hedge funds and private equity. In the case of hedge funds, plan sponsors emphasized defining a clear purpose and strategy for their hedge fund investments. One plan fiduciary noted that plan sponsors should decide exactly why they want to invest in hedge funds. The official noted that there are many different possible hedge fund strategies, and a simple desire for the reportedly large returns of hedge funds is not sufficient. Most of the plans we contacted described one or more specific strategies for their hedge fund investments, such as a pure long-short strategy.[16] Several sources stated that private equity investments have greater variation in performance among funds, particularly among venture capital |

[16]A long-short strategy exploits perceived anomalies in the price of securities. For example, a hedge fund may buy bonds that it believes are under-priced and sell short bonds that it believes to be over-priced.

Exhibit 14                    Page 14 of 20

investments, compared to other asset classes, such as domestic stocks, and, therefore, they must invest with top performing funds in order to achieve long-term returns in excess of the stock market.

Plan sponsors and others also cited the importance of negotiating key terms of investments in hedge funds and private equity. They said in the case of hedge funds, such terms can include fee structure and conditions, degree of transparency, valuation procedures, redemption provisions, and degree of leverage employed. For example, pension plans may want to ensure that they will not pay a performance fee unless the value of the hedge fund investment passes a previous peak value of the fund shares—known as a high water mark. Key contract terms for private equity may also include fee structure and valuation procedures, though one plan sponsor noted the ability to negotiate favorable contract terms is limited when investing in top performing funds, because investing in such funds is highly competitive. In addition, any "side letters" or contracts that may grant special rights or terms to other investors are also thought to be critical. Side letters document specific arrangements regarding, for example, prohibited transactions, redemption rights, reporting, and disclosure under which investors that are party to them receive advantages that may come at the detriment of other investors.

Due diligence and ongoing monitoring, beyond those required for traditional investments, are also important. For hedge funds, due diligence can be a wide ranging process including study of a hedge fund's investment process, valuation, risk management processes, and compliance procedures, as well as a review of back office operations. As with hedge fund investments, plans take additional steps to mitigate the challenges of investing in private equity through extensive and ongoing monitoring, beyond that required for traditional investments. Plan representatives we interviewed said these steps include regularly reviewing reports on the performance of the underlying investments of the private equity fund and having periodic meetings with fund managers. In some cases, plans participate on the advisory board of a private equity fund, which provides a greater opportunity for oversight of the fund's operations and new investments; however this involves a significant time commitment and may not be feasible for every private equity investment.

Finally, several plan sponsors address some of the risks and challenges of investing in hedge funds and private equity by investing via funds of funds. Investing in a fund of funds provides investors with diversification across multiple funds, which can mitigate the effect of one manager's poor performance. In particular, funds of private equity funds can allow plans to

Exhibit 14                                          Page 15 of 20

invest in a variety of managers, industries, geographies, and year of initial capital investment. In addition, a plan sponsor may be able to rely on a fund of funds manager to conduct negotiations, due diligence, and monitoring of the underlying hedge funds. As we reported, funds of funds can be appropriate if plan sponsors do not have the skills necessary to manage a portfolio of hedge funds. In addition, investing through a fund of funds may provide a plan better access to hedge funds or private equity funds than a plan would be able to obtain directly. Nonetheless, investing in a fund of funds has some drawbacks and limitations, including an additional layer of fees—such as a 1 percent flat fee and a performance fee of between 5 and 10 percent of returns—on top of the substantial fees that a fund of funds manager pays to the underlying hedge funds. Furthermore, funds of funds also pose the same challenges as hedge funds, such as limited transparency and liquidity, and the need for the plan to conduct a due diligence review of the fund of funds firm. Investing through a fund of funds does not relieve plan sponsors of their own fiduciary duties; accordingly, the plan sponsors must act prudently in selecting and monitoring fund of funds.

## The Federal Government Can Help Educate Plans on the Challenges of Investing in Hedge Funds

According to plan officials, state and federal regulators, and others, some pension plans, especially smaller plans, may find it particularly difficult to address the various demands of hedge fund investing. For example, an official of a national organization representing state securities regulators told us that medium- and small-size plans may not have the expertise to oversee the trading and investment practices of hedge funds. Some plans may also lack the ability to conduct the necessary due diligence and monitoring of hedge fund investments. This official said that smaller plans may have only one or two person staffs, or may lack the resources to hire outside consulting expertise. A labor union official made similar comments, noting that smaller pension plans lack the internal capacity to assess hedge fund investments, and that such plans may be locked out of top performing hedge funds. While such plans might often be smaller plans, larger plans may also lack sufficient expertise. A representative of one pension plan with more than $32 billion in total assets noted that before investing in hedge funds, the plan would have to build up its staff in order to conduct the due diligence necessary during the fund selection process.

In light of these challenges, Labor can play a role in helping to ensure that plans fulfill their ERISA fiduciary duties when investing in hedge funds and private equity. For example, in 2006, the ERISA Advisory Council recommended that Labor publish guidance about the unique features of

Exhibit 14                                                    Page 16 of 20

hedge funds and matters for consideration in their use by qualified plans.[17] In 2008, the ERISA Advisory Council recommended that Labor publish guidance to clarify the role of ERISA fiduciaries in selecting, valuing, and accounting for hard to value assets, of which many hedge funds and private equity funds are comprised.[18] In addition, the Investor's Committee formed by the President's Working Group on Financial Markets published a report in January 2009 on the best practices for hedge fund investors.[19] The report acknowledges that hedge fund investments are not necessarily suitable for some investors and provides many recommendations for investors selecting and monitoring their hedge fund investments—including best practices for valuation—such as obtaining a written statement of the fund's valuation policies and procedures and assuring the fund's portfolio is being valued in accordance with Generally Accepted Accounting Principles (GAAP).

In 2008, we recommended that Labor provide guidance for qualified plans under ERISA on the unique challenges of investing in hedge funds and private equity and the steps plans should take to address these challenges. For example, we stated that EBSA could outline the implications of a hedge fund's or fund of funds' limited transparency on the fiduciary duty of prudent oversight. EBSA can also reflect on the implications of these best practices for some plans—especially smaller plans—that might not have the resources to take actions consistent with the best practices, and thus would be at risk of making imprudent investments in hedge funds. Finally, we noted that while EBSA is not tasked with offering guidance to public sector plans, such plans may nonetheless benefit from such guidance. To date, Labor has not acted on this recommendation.

---

[17]The Advisory Council on Employee Welfare and Pension Benefit Plan, which was created under ERISA to provide advice to the Secretary of Labor, published the report on Prudent Investment Process in 2006.

[18]The Advisory Council on Employee Welfare and Pension Benefit Plan, which was created by ERISA to provide advice to the Secretary of Labor, published the report on Hard to Value Assets and Target Date Funds in 2008.

[19]*Principles and Best Practices for Hedge Fund Investors: Report of the Investors' Committee to the President's Working Group on Financial Markets* (Jan. 15, 2009). The President's Working Group on Financial Markets includes the heads of the U.S. Department of the Treasury, the Board of Governors of the Federal Reserve, the Securities and Exchange Commission, the Commodity Futures Trading Commission, and the Investors' Committee consists of a broad array of investor and investor advocates.

Exhibit 14                                    Page 17 of 20

## Concluding Observations

As plan sponsors seek to better ensure adequate return on assets under management, recent trends suggest that investments in alternative assets such as hedge funds and private equity are becoming more commonplace. It is reasonable to expect that the number of plan sponsors making such investments will increase in the future. Our past work indicates that such assets may serve useful purposes in a well thought out investment program, offering plan sponsors advantages that may not be as readily available from more traditional assets. Nonetheless, it is equally clear that investments in such assets place demands on plan sponsors that are significantly beyond the demands of more traditional asset classes.

In light of these challenges, which can be daunting even for large plan sponsors, we believe that, as we recommended in 2008, the Secretary of Labor should provide guidance regarding investing in hedge funds and private equity specifically designed for qualified plans under ERISA. In particular, we believe that a discussion of the challenges that such investments pose to small plan sponsors would be particularly beneficial.

This concludes my prepared statement. I would be happy to answer any questions that the subcommittee may have.

## GAO Contact and Staff Acknowledgments

For further questions on this testimony, please contact me at (202) 512-7215. Individuals making key contributions to this testimony include Joseph Applebaum, Michael Hartnett, Sharon Hermes, Angela Jacobs, David Lehrer, Ryan Siegel, and Craig Winslow.

(131024)

Exhibit 14                    Page 18 of 20



This is a work of the U.S. government and is not subject to copyright protection in the United States. The published product may be reproduced and distributed in its entirety without further permission from GAO. However, because this work may contain copyrighted images or other material, permission from the copyright holder may be necessary if you wish to reproduce this material separately.

Exhibit 14                                    Page 19 of 20

| | |
|---|---|
| **GAO's Mission** | The Government Accountability Office, the audit, evaluation, and investigative arm of Congress, exists to support Congress in meeting its constitutional responsibilities and to help improve the performance and accountability of the federal government for the American people. GAO examines the use of public funds; evaluates federal programs and policies; and provides analyses, recommendations, and other assistance to help Congress make informed oversight, policy, and funding decisions. GAO's commitment to good government is reflected in its core values of accountability, integrity, and reliability. |
| **Obtaining Copies of GAO Reports and Testimony** | The fastest and easiest way to obtain copies of GAO documents at no cost is through GAO's Web site (www.gao.gov). Each weekday afternoon, GAO posts on its Web site newly released reports, testimony, and correspondence. To have GAO e-mail you a list of newly posted products, go to www.gao.gov and select "E-mail Updates." |
| Order by Phone | The price of each GAO publication reflects GAO's actual cost of production and distribution and depends on the number of pages in the publication and whether the publication is printed in color or black and white. Pricing and ordering information is posted on GAO's Web site, http://www.gao.gov/ordering.htm. <br><br> Place orders by calling (202) 512-6000, toll free (866) 801-7077, or TDD (202) 512-2537. <br><br> Orders may be paid for using American Express, Discover Card, MasterCard, Visa, check, or money order. Call for additional information. |
| **To Report Fraud, Waste, and Abuse in Federal Programs** | Contact: <br><br> Web site: www.gao.gov/fraudnet/fraudnet.htm <br> E-mail: fraudnet@gao.gov <br> Automated answering system: (800) 424-5454 or (202) 512-7470 |
| **Congressional Relations** | Ralph Dawn, Managing Director, dawnr@gao.gov, (202) 512-4400 <br> U.S. Government Accountability Office, 441 G Street NW, Room 7125 <br> Washington, DC 20548 |
| **Public Affairs** | Chuck Young, Managing Director, youngc1@gao.gov, (202) 512-4800 <br> U.S. Government Accountability Office, 441 G Street NW, Room 7149 <br> Washington, DC 20548 |

Please Print on Recycled Paper

Exhibit 14

Page 20 of 20

# EXHIBIT 15

United States Government Accountability Office

# GAO

## Statement

Before the U.S. Department of Labor's
Advisory Council on Employee Welfare
and Pension Benefit Plans

For Release on Delivery
Expected at 8:30 a.m. EDT
Wednesday, August 31, 2011

# DEFINED BENEFIT PENSION PLANS

## Plans Face Challenges When Investing in Hedge Funds and Private Equity

Statement of Barbara Bovbjerg, Managing Director
Education, Workforce, and Income Security



U.S. Government Accountability Office

GAO 90 YEARS 1921-2011
ACCOUNTABILITY ★ INTEGRITY ★ RELIABILITY

Exhibit 15                    Page 1 of 17



**August 31, 2011**

### DEFINED BENEFIT PENSION PLANS

## Plans Face Challenges When Investing in Hedge Funds and Private Equity

Highlights of GAO-11-901SP, statement before the U.S. Department of Labor's Advisory Council on Employment Welfare and Pension Benefit Plans

## Why GAO Did This Study

Millions of Americans rely on retirement savings plans for their financial well-being in retirement. Plan sponsors are increasingly investing in assets such as hedge funds (privately administered pooled investment vehicles that typically engage in active trading strategies) and private equity funds (privately managed investment pools that typically make long-term investments in private companies). Given ongoing market challenges, it is important that plan fiduciaries apply best practices, and choose wisely when investing plans assets to ensure that plans are adequately funded to meet future promised benefits.

This statement addresses (1) what is known about the extent to which defined benefit plans have invested in hedge funds and private equity, (2) challenges that such plans face in investing in hedge funds and private equity, (3) steps that plan sponsors can take to address these challenges, and (4) the implications of these challenges for plan sponsors and the federal government.

To prepare this statement, GAO relied primarily on its prior products on hedge funds and private equity (GAO-08-692 and GAO-10-915T), and obtained new data on the extent of plan investments in hedge funds and private equity.

View GAO-11-901SP. For more information, contact Barbara Bovbjerg at (202) 512-7215 or bovbjergb@gao.gov.

## What GAO Found

A growing number of private and public sector pension plans have invested in hedge funds and private equity, but such investments generally constitute a small share of total plan assets. According to a survey of large plans, the share of plans with investments in hedge funds grew from 11 percent in 2001 to 60 percent in 2010. Over the same time period, investments in private equity were more prevalent but grew more slowly—an increase from 71 percent of large plans in 2001 to 92 percent in 2010. Still, the average allocation of plan assets to hedge funds was a little over 5 percent, and the average allocation to private equity was a little over 9 percent. Available data also show that investments in hedge funds and private equity are more common among large pension plans, measured by assets under management, compared with midsize plans. Survey information on smaller plans is unavailable, so the extent to which these plans invest in hedge funds or private equity is unknown.

Hedge funds and private equity investments pose a number of risks and challenges beyond those posed by traditional investments. For example, investors in hedge funds and private equity face uncertainty about the precise valuation of their investment. Hedge funds may, for example, own thinly traded assets whose valuation can be complex and subjective, making valuation difficult. Further, hedge funds and private equity funds may use considerable leverage—the use of borrowed money or other techniques—which can magnify profits, but can also magnify losses if the market goes against the fund's expectations. Also, both are illiquid investments—that is they cannot generally be redeemed on demand. Finally, investing in hedge funds can pose operational risks—that is, the risk of investment loss from inadequate or failed internal processes, people, and systems, or problems with external service providers rather than an unsuccessful investment strategy.

Plan sponsors GAO spoke with address these challenges in a number of ways, such as through careful and deliberate fund selection, and negotiating key contract terms. For example, investors in both hedge funds and private equity funds may be able to negotiate fee structure and valuation procedures, and the degree of leverage employed. Also, plans address various concerns through due diligence and monitoring, such as careful review of investment, valuation, and risk management processes.

The Department of Labor (Labor) has a role in helping to ensure that private plans fulfill their fiduciary duties, which includes educating employers and service providers about their fiduciary responsibilities under Employee Retirement Income Security Act of 1974 (ERISA). According to plan officials, state and federal regulators, and others, some pension plans, such as smaller plans, may have particular difficulties in addressing the various demands of hedge fund and private equity investing. In light of this, in 2008, GAO recommended that Labor provide guidance on the challenges of investing in hedge funds and private equity and the steps plans should take to address these challenges. Labor generally agreed with our recommendation, but has yet to take action. The agency explained that the lack of uniformity among these investments could complicate the development of comprehensive guidance for plan fiduciaries.

_____ **United States Government Accountability Office**

Exhibit 15                    Page 2 of 17

Mr. Chairman and Members of the Council,

I am pleased to be here today to discuss plan fiduciaries' investments in hedge funds and private equity.[1] As you know, millions of Americans rely on retirement savings plans for their financial well-being in retirement. Much has happened in the financial markets since we issued three reports in 2008—one that addressed defined benefit (DB) pension plan investments in hedge funds and private equity, another that addressed federal oversight and other issues regarding hedge funds exclusively, and a third that addressed private equity funds.[2] Hedge funds were deeply affected by the financial market events of 2008. According to a 2009 industry survey, most hedge fund strategies produced double-digit losses in 2008, and hedge funds saw approximately $70 billion in redemptions between June and November 2008.[3] Nevertheless, many of these investments have rebounded, and a 2010 industry survey of institutional investors suggests that these investors continue to be committed to investing in hedge funds, but with a shifting set of objectives and criteria.[4]

My statement today is based primarily on findings from our 2008 report on private and public sector DB pension plan investments in hedge funds

---

[1] While there is no statutory definition of hedge funds, the phrase "hedge fund" is commonly used to refer to a pooled investment vehicle that is privately organized and administered by professional managers, and that often engages in active trading of various types of securities, as well as futures and options contracts. Similarly, private equity is not statutorily defined, but is generally considered to be privately managed investment pools administered by professional managers who typically make long-term investments in private companies, taking a controlling interest with the aim of increasing the value of these companies through such strategies as improving operations or developing new products. Both hedge funds and private equity may be managed so as to be exempt from certain aspects of federal securities law and regulation that apply to other investment pools such as mutual funds.

[2] GAO, *Hedge Funds: Regulators and Market Participants Are Taking Steps to Strengthen Market Discipline, but Continued Attention Is Needed*, GAO-08-200 (Washington D.C.: Jan. 24, 2008); *Defined Benefit Pension Plans: Guidance Needed to Better Inform Plans of the Challenges and Risks of Investing in Hedge Funds and Private Equity*, GAO-08-692 (Washington D.C.: Aug. 14, 2008); and *Private Equity: Recent Growth in Leveraged Buyouts Exposed Risks That Warrant Continued Attention*, GAO-08-885 (Washington D.C.: Sept. 9, 2008).

[3] Greenwich Associates and SEI Knowledge Partnership, *Hedge Funds under the Microscope: Examining Institutional Commitment in Challenging Times* (January 2009).

[4] Greenwich Associates and SEI Knowledge Partnership, *Institutional Hedge Fund Investing Comes of Age: A New Perspective on the Road Ahead* (June 2011).

and private equity, and a subsequent 2010 testimony that we have updated to reflect more recent data.[5] Specifically, my comments will focus on (1) the extent to which DB plans have invested in hedge funds and private equity, (2) challenges that such plans face in investing in hedge funds and private equity, (3) steps that plan sponsors can take to address these challenges, and (4) the implications of these challenges for plan sponsors and the federal government. In addition, we currently have work under way examining DB plans' recent experiences investing in these vehicles. Specifically, this project—being conducted for the ranking member of the Subcommittee on Health, Employment, Labor and Pensions of the House Committee on Education and the Workforce—seeks to assess the extent to which DB plans have realized desired benefits from investing in hedge funds and private equity, and what actions they may have taken in response to lessons learned over the last 5 years. We expect to issue a report on this work early next year.

In conducting our prior work, we reviewed relevant literature and survey data and conducted in-depth interviews with pension plan representatives and industry experts. We obtained and analyzed data on the extent of pension plan investments in hedge funds and private equity from private organizations such as Greenwich Associates and Pensions & Investments. We updated these data for purposes of my statement today. We also conducted in-depth interviews with representatives of 26 public and private sector DB pension plans and obtained and reviewed available supporting documentation. These plans were selected based on several criteria, including the range of investment in hedge funds and private equity and the amount of total plan assets. We also interviewed officials of regulatory agencies, relevant industry organizations, investment consulting firms, and other national experts. We conducted our work in accordance with generally accepted government auditing standards. Additional information on our scope and methodology is available in the published reports.

---

[5]GAO, *Defined Benefit Pension Plans: Plans Face Valuation and Other Challenges When Investing in Hedge Funds and Private Equity*, GAO-10-915T (Washington D.C.: July 20, 2010).

# A Growing Number of Pension Plans Are Investing in Hedge Funds or Private Equity, but Such Investments Are Generally a Small Portion of Plan Assets

We reported in 2008 that DB plan investments in hedge funds and private equity have grown, but such investments are generally a small portion of plan assets. This remains the case today. According to a Pensions & Investments survey, the percentage of large plans (as measured by total plan assets) investing in hedge funds grew from 11 percent in 2001 to 60 percent in 2010 (see fig. 1). Over the same time period, the percentage of large plans that invest in private equity grew at a much slower rate—71 percent to 92 percent—likely because of the fact that a much larger percentage of plans were already invested in private equity in 2001.

**Figure 1: Share of Large DB Plans Investing in Hedge Funds and Private Equity from 2001 to 2010**



Source: GAO analysis of *Pensions & Investment* 2001-2010 annual survey data.

Data from the same survey reveal that investments in hedge funds and private equity typically constitute a small share of plan assets. The average allocation to hedge funds among plans with such investments was a little over 5 percent in 2010. Similarly, among plans with investments in private equity, the average allocation was a little over 9

Exhibit 15                                                    Page 5 of 17

percent. Although the majority of plans with investments in hedge funds or private equity have small allocations to these assets, a few plans have relatively large allocations, according to the Pensions & Investments survey. Of the 78 large plans that reported hedge fund investments in 2010, 20 had allocations of 10 percent or more (see fig. 2). The highest reported hedge fund allocation was 33 percent of total assets. Similarly, of the 121 plans that reported private equity investments in 2010, 34 had allocations of 10 percent or more, and the highest reported private equity allocation was 30 percent.

**Figure 2: The Number of Large DB Plans with Investments in Hedge Funds or Private Equity by Size of Allocation, 2010**



Source: GAO analysis of *Pensions & Investment* 2010 annual survey data.

Note: A total of 121 large DB plans reported investing in private equity, and a total of 78 large plans reported investing in hedge funds.

Available survey data show that larger plans, measured by total plan assets, are more likely to invest in hedge funds and private equity compared with midsize plans. As shown below, a 2010 survey by Greenwich Associates found that 22 percent of midsize plans—those with $250 million to $500 million in total assets—were invested in hedge funds

Exhibit 15

Page 6 of 17

compared with 40 percent of the largest plans—those with over $5 billion in total assets (see fig. 3). Survey data on plans with less than $200 million in assets are unavailable and, in the absence of this information, the extent to which these smaller plans invest in hedge funds and private equity is unclear.[6]

**Figure 3: Pension Plans with Investments in Hedge Funds and Private Equity by Size of Total Plan Assets, 2010**



Source: Greenwich Associates, 2010.

Note: The figure above includes public and corporate plans and does not include investments of collectively bargained plans.

---

[6]According to the Pension Benefit Guaranty Corporation (PBGC), individual DB plans with less than $200 million in total assets composed about 15 percent of the total assets of all DB plans in 2005.

Exhibit 15                                          Page 7 of 17

# Hedge Fund and Private Equity Investments Pose Various Risks and Challenges for Plan Sponsors

## Valuation Risk

One of the major challenges that both hedge fund and private equity investments pose to plan sponsors is uncertainty over the current value of the sponsors' investment. With regard to hedge funds, we noted that plan officials may lack information on both the nature of the specific underlying holdings of the hedge fund, as well as the aggregate value on a day-to-day basis. Because many hedge funds may own thinly traded securities and derivatives whose valuation can be complex and subjective, a plan official may not be able to obtain timely information on the value of assets owned by a hedge fund.[7] Further, hedge fund managers may decline to disclose information on asset holdings and the net value of individual assets largely because the release of such information could compromise their trading strategy.[8] In addition, even if hedge fund managers were to provide detailed positions, these managers may seek to profit through complex and simultaneous positions and can abruptly change their positions and trading tactics in order to achieve a desired return as changing market conditions warrant, making it difficult for plans to independently ascertain the value or fully assess the degree of investment risk. Although we noted in January 2008 that some hedge funds have improved disclosure and transparency about their operations because of the demands of institutional investors, several pension plans cited limited transparency as a prime reason they had chosen not to invest in hedge funds.[9]

---

[7] A security is described as thinly traded when trading infrequently or in low volume.

[8] For example, disclosure of asset holdings could enable a competitor to either duplicate or sabotage a manager's ability to profit from the opportunity he has identified.

[9] See GAO-08-200.

Exhibit 15                                    Page 8 of 17

As with hedge funds, valuations of private equity investments are uncertain during the investment's long duration, which often lasts 10 years or more. Unlike investments that are traded and priced in public markets, plan officials have limited information on the value of private equity investments until the underlying holdings are sold.[10] In some cases, private equity funds estimate the value of the fund by comparing the value of companies in their portfolio with the value of comparable publicly traded assets. However, prior to the sale of underlying investments, assessing the value of a private equity fund is difficult.

## Investment Risk

While any plan investment may fail to deliver expected returns over time, hedge fund and private equity investments pose investment challenges beyond those posed by traditional investments. For example, both hedge fund and private equity managers may use leverage—that is, borrowed money or other techniques—to potentially increase an investment's return without increasing the amount of capital invested. Although registered investment companies are subject to strict leverage limits, a hedge fund or private equity fund can make relatively unrestricted use of leverage. Leverage can magnify profits, but can also magnify losses to the fund if the market goes against the fund's expectations. In addition, a private equity fund manager's strategy typically involves concentrating its holdings in a limited number of underlying companies—generally about 10 to 15 companies, often in the same sector. The returns for such concentrated, undiversified funds are highly susceptible to the success or failure of each underlying company and related market sector conditions. Further, hedge funds and private equity funds can also feature relatively costly fee structures compared with those of mutual funds. These fee

---

[10]The definition of "fair value" has been codified by the Financial Accounting Standards Board (FASB) at Accounting Standards Codification (ASC) 320-10-20 Investments-Debt and Equity Securities, Overall, Glossary. ASC 320-10-20 defines "fair value" as the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. As discussed in SFAS No. 157, Fair Value Measurements, which is codified at FASB ASC 820, Fair Value Measurements and Disclosures, the changes to current practice resulting from the application of ASC 820 relate to the definition of "fair value", the methods used to measure fair value, and the expanded disclosures about fair value measurements. The definition of fair value may change the manner in which some entities, such as private equity funds, determine fair value.

structures can have a significant impact on net investment returns.[11] Despite these fee structures, pension plan officials we contacted cited attaining returns superior to those attained in the stock market as a reason for investing in hedge funds and private equity. One plan official noted that as long as hedge funds add value net of fees, they found the higher fees acceptable.

## Lack of Liquidity

Hedge funds and private equity are also relatively illiquid investments— that is, investors generally cannot easily redeem their investments on demand. Hedge funds often require an initial lockup of a plan's investment for a year or more, during which an investor cannot cash out of the hedge fund. After the initial lockup period, hedge funds offer only periodic liquidity, such as quarterly. Hedge funds impose such liquidity limits because sudden liquidations could disrupt a carefully calibrated investment strategy. Nonetheless, these constraints also pose certain disadvantages to plan sponsors, such as inhibiting a plan's ability to limit a hedge fund's investment loss. Private equity funds require an even longer-term commitment than hedge fund investments, and during that period, a plan may have no ability to redeem its investments—and can often require additional capital over the life of the investment. A private equity fund cycle typically follows a pattern known as the J-curve, which reflects an initial period of negative returns during which investors provide the fund with capital to invest in underlying companies and then obtain returns over time as investments mature.

## Operational Risk

We reported that pension plans investing in hedge funds are also exposed to operational risk—that is, the risk of investment loss because of inadequate or failed internal processes, people, and systems, or problems with external service providers. Operational problems can arise from a number of sources, including inexperienced operations personnel; inadequate internal controls; lack of compliance standards and enforcement; errors in analyzing, trading, or recording positions; or outright fraud. While most investments can pose some type of operational risk, according to a report by an investment consulting firm, many hedge

---

[11]For example, we reported that the typical hedge fund fee structure consists of 2 percent of total assets under management and a performance fee of about 20 percent of the funds annual profits. This fee structure would reduce a 12 percent return to only 7.6 percent, after fees are deducted.

Exhibit 15                                              Page 10 of 17

funds engage in active, complex, and sometimes heavily leveraged trading, and a failure of operational functions, such as processing or clearing one or more trades, and may have particularly grave consequences for the overall position of the hedge fund.

## Plan Sponsors Take a Number of Steps to Address the Risks of Hedge Fund and Private Equity Investing

Pension plan officials we spoke with take a number of steps in an attempt to mitigate the risks and challenges of investing in hedge funds and private equity.

First, plan sponsors noted the importance of making careful and deliberate fund selection when investing in hedge funds and private equity. In the case of hedge funds, plan sponsors emphasized defining a clear purpose and strategy for their hedge fund investments. Most of the plans we contacted described one or more specific strategies for their hedge fund investments. Several sources stated that private equity investments have greater variation in performance among funds, particularly among venture capital investments compared with other asset classes such as domestic stocks, and therefore they must invest with top-performing funds in order to achieve long-term returns in excess of those of the stock market.

Plan sponsors and others also cited the importance of negotiating key terms of investments in hedge funds and private equity. They said in the case of hedge funds, such terms can include fee structure and conditions, degree of transparency, valuation procedures, redemption provisions, and degree of leverage employed. For example, pension plans may want to ensure that they will not pay a performance fee[12] unless the value of the hedge fund investment passes a previous peak value of the fund shares—known as a high-water mark. Key contract terms for private equity may also include fee structure and valuation procedures, though one plan sponsor noted the ability to negotiate favorable contract terms is limited when investing in top-performing funds, because investing in such funds is highly competitive.

Due diligence and ongoing monitoring, beyond those required for traditional investments, are also important. For hedge funds, due

---

[12]Hedge fund and private equity managers typically charge a performance fee, in addition to a fee based on the amount of assets under management.

Exhibit 15                                                      Page 11 of 17

diligence can be a wide-ranging process including study of a hedge fund's investment, valuation, risk management processes, and compliance procedures, as well as a review of back office operations. As with hedge fund investments, plans take additional steps to mitigate the challenges of investing in private equity through extensive and ongoing monitoring, beyond that required for traditional investments. Plan representatives we interviewed said these steps include regularly reviewing reports on the performance of the underlying investments of the private equity fund and having periodic meetings with fund managers. In some cases, plans participate on the advisory board of a private equity fund, which provides a greater opportunity for oversight of the fund's operations and new investments; however, this involves a significant time commitment and may not be feasible for every private equity investment.

Also, several plan sponsors address some of the risks and challenges of investing in hedge funds and private equity by investing via a fund of funds.[13] Investing in a fund of funds provides investors with diversification across multiple funds, which can mitigate the effect of one manager's poor performance. In particular, a fund of private equity funds can allow plans to invest in a variety of managers, industries, geographies, and year of initial capital investment. In addition, a plan sponsor may be able to rely on a fund of funds manager to conduct negotiations, due diligence, and monitoring of the underlying hedge funds. As we reported, funds of funds can be appropriate if plan sponsors do not have the skills necessary to manage a portfolio of hedge funds. In addition, investing through a fund of funds may provide a plan better access to hedge funds or private equity funds than a plan would be able to obtain through direct investment. Nonetheless, investing in a fund of funds has some drawbacks and limitations, including an additional layer of fees—such as a 1 percent flat fee and a performance fee of 5 to 10 percent of returns—on top of the substantial fees that a fund of funds manager pays to the underlying hedge funds. Furthermore, funds of funds also pose the same challenges as hedge funds, such as limited transparency and liquidity, and the need for the plan to conduct a due diligence review of the fund of funds firm. However, investing through a fund of funds does not relieve plan sponsors of their fiduciary duties; accordingly, the plan sponsors must act prudently in selecting and monitoring funds of funds.

---

[13]A fund of funds is an investment fund that buys shares of multiple underlying funds. For example, by investing in multiple hedge funds, fund of funds managers offer investors broad exposure to different hedge fund managers and strategies.

## The Federal Government Can Help Educate Plans on the Challenges of Investing in Hedge Funds

According to plan officials, regulators, and others, some pension plans—especially smaller plans—may find it particularly difficult to address the various demands of hedge fund investing. For example, medium-size and small plans may not have the expertise to oversee the trading and investment practices of hedge funds. Some plans may also lack the ability to conduct the necessary due diligence and monitoring of hedge fund investments. Smaller plans may have only one-or two-person staffs, or may lack the resources to hire outside consulting expertise and may be locked out of top-performing funds. To a lesser extent, some larger plans may also lack sufficient expertise. A representative of one pension plan with more than $32 billion in total assets noted that before investing in hedge funds, the plan would have to build up its staff in order to conduct the due diligence necessary during the fund selection process.

In light of these challenges, and as predecessors to this 2011 ERISA Advisory Council have concluded, the Department of Labor (Labor) can play a role in helping to ensure that plans fulfill their Employee Retirement Income Security Act of 1974 (ERISA) fiduciary duties when investing in hedge funds and private equity.[14] For example, in 2006, the ERISA Advisory Council recommended that Labor publish guidance about the unique features of hedge funds and matters for consideration in their use by qualified plans.[15] In 2008, the ERISA Advisory Council recommended that Labor publish guidance to clarify the role of ERISA fiduciaries in selecting, valuing, and accounting for hard-to-value assets, of which many hedge funds and private equity funds are composed.[16] In addition, the Investor's Committee formed by the President's Working Group on Financial Markets published a report in January 2009 on the best practices for hedge fund investors.[17] The report acknowledged that hedge

---

[14]The Advisory Council on Employee Welfare and Pension Benefit Plans was created under ERISA to provide advice to the Secretary of Labor.

[15]Advisory Council on Employee Welfare and Pension Benefit Plans, *Report of the Working Group on Prudent Investment Process*, 2006.

[16]Advisory Council on Employee Welfare and Pension Benefit Plans, *Report on Hard to Value Assets and Target Date Funds*, 2008.

[17]Investor's Committee, *Principles and Best Practices for Hedge Fund Investors: Report to the President's Working Group on Financial Markets*, January 15, 2009. The President's Working Group on Financial Markets includes the heads of the U.S. Department of the Treasury, the Board of Governors of the Federal Reserve, the Securities and Exchange Commission, and the Commodity Futures Trading Commission, and the Investors' Committee consists of a broad array of investors and investor advocates.

Exhibit 15                                          Page 13 of 17

fund investments are not necessarily suitable for some investors and provided many recommendations for investors selecting and monitoring their hedge fund investments—including best practices for valuation—such as obtaining a written statement of the fund's valuation policies and procedures and ensuring the fund's portfolio is being valued in accordance with Generally Accepted Accounting Principles (GAAP).

In 2008, we recommended that Labor provide guidance for qualified plans under ERISA on the unique challenges of investing in hedge funds and private equity and the steps plans should take to address these challenges.[18] For example, we stated that Labor's Employee Benefits Security Administration (EBSA) could outline the implications of a hedge fund's or fund of funds' limited transparency on the fiduciary duty of prudent oversight. EBSA can also reflect on the implications of these best practices for some plans—especially smaller plans—that might not have the resources to take actions consistent with the best practices, and thus would be at risk of making imprudent investments in hedge funds. Finally, we noted that while EBSA is not tasked with offering guidance to public sector plans, such plans may nonetheless benefit from such guidance. Although Labor generally agreed with our recommendation, the agency explained that the lack of uniformity among these investments could complicate the development of comprehensive guidance for plan fiduciaries. To date, Labor has not acted on this recommendation.

# Concluding Observations

As plan sponsors seek to better ensure adequate return on assets under management, recent trends suggest that investments in alternative assets such as hedge funds and private equity are becoming more commonplace. In light of these trends and ongoing public equity market volatility, it is reasonable to expect that the number of plan sponsors making such investments will increase in the future. Our past work indicates that such assets may serve useful purposes in a well-thought-out investment program, offering plan sponsors advantages that may not be as readily available from more traditional investment options. Nonetheless, it is equally clear that investments in such assets place demands on plan sponsors that are significantly beyond the demands of more traditional asset classes.

---

[18]GAO-08-692.

Exhibit 15                                    Page 14 of 17

These challenges can be daunting even for large plan sponsors. Accordingly, we believe that, as we recommended in 2008, the Secretary of Labor should provide guidance regarding investing in hedge funds and private equity specifically designed for qualified plans under ERISA. In particular, we believe that a discussion of the challenges that such investments pose to small plan sponsors would be beneficial.

This concludes my prepared statement. I would be happy to answer any questions that the council may have.

## GAO Contacts and Staff Acknowledgments

For further questions on this statement, please contact me at (202) 512-7215. Individuals making key contributions to this statement include Michael Hartnett, Sharon Hermes, David Lehrer, and Amber Yancey Carroll.

Exhibit 15                                        Page 15 of 17



This is a work of the U.S. government and is not subject to copyright protection in the United States. The published product may be reproduced and distributed in its entirety without further permission from GAO. However, because this work may contain copyrighted images or other material, permission from the copyright holder may be necessary if you wish to reproduce this material separately.

Exhibit 15                                        Page 16 of 17

| | |
|---|---|
| GAO's Mission | The Government Accountability Office, the audit, evaluation, and investigative arm of Congress, exists to support Congress in meeting its constitutional responsibilities and to help improve the performance and accountability of the federal government for the American people. GAO examines the use of public funds; evaluates federal programs and policies; and provides analyses, recommendations, and other assistance to help Congress make informed oversight, policy, and funding decisions. GAO's commitment to good government is reflected in its core values of accountability, integrity, and reliability. |
| Obtaining Copies of GAO Reports and Testimony | The fastest and easiest way to obtain copies of GAO documents at no cost is through GAO's Web site (www.gao.gov). Each weekday afternoon, GAO posts on its Web site newly released reports, testimony, and correspondence. To have GAO e-mail you a list of newly posted products, go to www.gao.gov and select "E-mail Updates." |
| Order by Phone | The price of each GAO publication reflects GAO's actual cost of production and distribution and depends on the number of pages in the publication and whether the publication is printed in color or black and white. Pricing and ordering information is posted on GAO's Web site, http://www.gao.gov/ordering.htm.<br><br>Place orders by calling (202) 512-6000, toll free (866) 801-7077, or TDD (202) 512-2537.<br><br>Orders may be paid for using American Express, Discover Card, MasterCard, Visa, check, or money order. Call for additional information. |
| To Report Fraud, Waste, and Abuse in Federal Programs | Contact:<br><br>Web site: www.gao.gov/fraudnet/fraudnet.htm<br>E-mail: fraudnet@gao.gov<br>Automated answering system: (800) 424-5454 or (202) 512-7470 |
| Congressional Relations | Ralph Dawn, Managing Director, dawnr@gao.gov, (202) 512-4400<br>U.S. Government Accountability Office, 441 G Street NW, Room 7125<br>Washington, DC 20548 |
| Public Affairs | Chuck Young, Managing Director, youngc1@gao.gov, (202) 512-4800<br>U.S. Government Accountability Office, 441 G Street NW, Room 7149<br>Washington, DC 20548 |

Please Print on Recycled Paper

Exhibit 15                                    Page 17 of 17

# EXHIBIT 16

**U.S. Department of Labor**    Employee Benefits Security Administration
Washington, D.C.  20210



June 3, 2020

Jon W. Breyfogle, Esq.
Groom Law Group, Chartered
1701 Pennsylvania Ave., N.W.
Washington, D.C.  20006

Dear Mr. Breyfogle:

You asked on behalf of Pantheon Ventures (US) L.P. (Pantheon) and Partners Group (USA), Inc.
(Partners Group), for the views of the Department of Labor (Department) on the use of private equity
investments in designated investment alternatives made available to participants and beneficiaries in
individual account plans, such as 401(k) plans, subject to the Employee Retirement Income Security Act
of 1974 (ERISA).[1]

Your inquiry involves the use of private equity investments within professionally managed asset
allocation funds that are designated investment alternatives for participant-directed individual account
plans.  Both Pantheon and Partners Group have developed private equity investments designed to be
used as a component of a managed asset allocation fund in an individual account plan.  Both investments
are offered as collective investment trusts that invest in private equity and have a liquidity component to
manage the participant directed deposits and withdrawals from the fund.

You represent that these investment alternatives offer plan participants who have longer investment
horizons an equities-based investment choice that may enhance retirement outcomes when compared to
investment choices containing only publicly traded securities.[2]  You note that asset allocation funds with
a private equity component could give individual participants access to the type of asset allocation used
by many actively managed defined benefit plans for various purposes, including diversifying investment
risk and enhancing investment returns.[3]  You state that certain private equity investments may present

---

[1] The Department has also been coordinating its consideration of your request with the Chairman of the Securities and
Exchange Commission who urged the Department to address uncertainties regarding ERISA that may be impeding plan
fiduciaries from considering private equity investment opportunities as a way to enhance retirement savings and investment
security for American workers.  The Committee on Investment of Employee Benefit Assets Inc. (CIEBA) also submitted a
letter to the Department in support of guidance being issued in this area.  According to CIEBA's website, it is the largest
organization of corporate pension investment officers, represents more than 110 of the country's largest pension funds, and
its members manage more than $2 trillion of defined benefit and defined contribution plan assets on behalf of more than 17
million plan participants and beneficiaries.
[2] You cited a study modeling investment returns over time in the target date fund context.  See The Evolution of Target Date
Funds: Using Alternatives to Improve Retirement Outcomes, Georgetown University Center for Retirement Initiatives,
Policy Report 18-01 (June 2018).
[3] You cited a study showing that defined benefit plans frequently invest a portion of their assets in private market assets, such
as private equity investments, private company debt, and real estate to diversify investment risk and to enhance investment
returns.  You noted that the study indicates that defined benefit plans that invest in private equity investments hold, on
average, 19% of their assets in private market investments.  See Center for Retirement Research at Boston College, Public
Plans Database (2018) (represents average weighted by plan size) (at https://publicplansdata.org/quick-facts/national/).  You
also pointed to developments in other countries where pension regulators are revising their guidance related to defined
contribution plan investment in private equity.  The Pensions Regulator (a component of the United Kingdom's Department

Exhibit 16                                          Page 1 of 6

the opportunity for enhanced diversification of investment risk and for greater returns on participant investments than could be achieved solely in the public market.  You indicate that there has been a reduction in the number of public companies over the past 20 years, and that many companies now access private capital in lieu of public markets for longer periods of time.[4]  As a result, you represent that some private equity investments may offer the potential for enhanced returns over time by giving investors a stake in privately held companies during their early growth stages.  You also state that private equity investments may also contribute to diversification and provide a hedge against market downturns by offering investment opportunities that do not move in tight lockstep with the broader public market.

You indicate that private equity investments would be offered as part of a multi-asset class vehicle structured as a custom target date, target risk, or balanced fund.  Each asset allocation fund with a private equity component would have a sufficient pool of assets to diversify the exposure of plan participants to the private equity investments with other investments in a range of asset classes with different risk and return characteristics and investment horizons.  The asset allocation fund's overall exposure to private equity investments would have a target allocation that does not exceed a specified portion of the fund's assets,  with the remainder of the fund's portfolio invested in publicly traded securities or other liquid investments with readily ascertainable market values.  In this manner the fund would be designed to provide sufficient liquidity to participants to take benefit distributions and direct exchanges among the plan's investment line-up in accordance with plan terms and to meet periodic capital calls on private equity investments.  You represent that one typical structure of the asset allocation fund would be a custom target date fund structured by a plan investment committee as a separately managed account with the committee retaining responsibility for management of the account with the assistance of an independent ERISA section 3(21) fiduciary investment adviser, or alternatively, the plan investment committee could delegate those investment responsibilities to an ERISA section 3(38) investment manager.  In some other cases, the asset allocation fund with a private equity component would be in the form of a prepackaged investment option offered by a financial institution to individual account plans as a "fund of funds" (structured as, e.g., a collective trust fund or other pooled vehicle) that invests in other funds, with one of the underlying funds being a fund that invests primarily in private equity.  In no case would the private equity component of the asset allocation fund be available as a vehicle for direct investment by plan participants and beneficiaries on a stand-alone basis.[5]

Finally, you represent that plan sponsors who offer their workers both defined benefit and defined contribution plans may invest in private equity for their defined benefit plans but they do not do so for

<hr />

for Work and Pensions), revised its guidance on defined contribution plan investment governance responsibilities to include private equity under the headings "unregulated investments" and "patient capital."  A Guide to Investment Governance, *The Pensions Regulator*, pp. 29, 47-50 (June 2019) (at www.thepensionsregulator.gov.uk/-/media/thepensionsregulator/files/import/pdf/dc-investment-guide.ashx).

[4] You provided citations to the following in support of this representation: Financial Times, The incredible shrinking stock market (June 26, 2019) (at www.ft.com/content/0c9c0b64-9760-11e9-9573-ee5cbb98ed36); U.S. Department of Treasury, Capital Markets, A Financial System that Creates Opportunities (Oct. 2017), p. 21 (at www.treasury.gov/press-center/press-releases/Documents/A-Financial-System-Capital-Markets-FINAL-FINAL.pdf); Jay Clayton, Chairman, Securities and Exchange Commission, Testimony on "Oversight of the U.S. Securities and Exchange Commission" before the Committee on Banking, Housing, and Urban Affairs, United States Senate (Sept. 26, 2017) (stating that "fewer companies are choosing to go public in their growth phase or at all and, consequently and significantly, there are fewer investment opportunities for Main Street investors.") (at www.banking.senate.gov/imo/media/doc/Clayton%20Testimony%209-26-17.pdf).

[5] This letter does not address any fiduciary or other ERISA issues that would be involved in a defined contribution plan allowing individual participants to invest their accounts directly in private equity investments.  Such direct investments in private equity investments present distinct legal and operational issues for fiduciaries of ERISA-covered individual account plans.

Exhibit 16                                                                    Page 2 of 6

their participant directed individual account plans.  You indicate that without ERISA Title I guidance, plan sponsors are concerned that they may have fiduciary liability even where they believe that providing prudently selected and monitored exposure to private equity investments is in the best interest of their individual account plan participants.

Whether a particular fund or investment alternative satisfies the requirements set forth in sections 403 and 404 of ERISA is an inherently factual question upon which the Department will not issue opinions. We have determined that it is appropriate to respond to your inquiry in the form of an information letter, the effect of which is described in section 11 of ERISA Procedure 76-1.

ERISA, under section 403 and 404, establishes comprehensive standards to govern fiduciary conduct. Among other things, fiduciaries with respect to an employee benefit plan must discharge their duties with respect to a plan solely in the interest of the plan's participants and beneficiaries, and with the care, skill, prudence and diligence under the circumstances then prevailing that a prudent person acting in a like capacity and familiar with such matters would use in the conduct of an enterprise of a like character and with like aims.[6]

Of particular relevance to your request, under Title I of ERISA, plan fiduciaries have duties to prudently select and monitor any designated investment alternative under the plan, and liability for losses resulting from a failure to satisfy those duties.  *See, e.g.,* 29 CFR 2550.404c-1(d)(2)(iv) and 29 CFR 2550.404c-5(b).  In evaluating a particular investment alternative for consideration as a designated investment alternative, the fiduciary must engage in an objective, thorough, and analytical process that considers all relevant facts and circumstances and then act accordingly.[7]

The Department believes that a plan fiduciary of an individual account plan may offer an asset allocation fund with a private equity component of the type you describe in a manner consistent with the requirements of Title I of ERISA.  However, there are important differences between a fiduciary's decision to include private equity investments in the portfolio of a professionally managed defined benefit plan, and the decision to include an asset allocation fund with a private equity component as part of the investment lineup for a participant-directed individual account plan.  As compared to typical public market investments available in individual account plans, private equity investments tend to involve more complex organizational structures and investment strategies, longer time horizons, and more complex, and typically, higher fees.  A typical private equity investment is structured to reflect the longer-term nature of the commitments required to achieve the investment's objectives.  The typical structures also allow the vehicle's investment professionals to guide the management and operations of the portfolio companies in which the vehicle invests to maximize the returns for investors over a multi-year period during which investors' ability to redeem or sell to obtain a return of capital may be limited. As compared to public market investments, private equity investments are subject to different regulatory disclosure requirements, oversight, and controls.  In addition, valuation of private equity investments is more complex because private equity investments often have no easily observed market value, and there is often an element of judgment involved in valuing each of the portfolio companies prior to their sale by the investment fund or other liquidity event (e.g., initial public offering).

---

[6] Under ERISA, a fiduciary includes anyone who (i) has any discretionary authority or discretionary responsibility in the administration of an employee benefit plan; (ii) exercises any discretionary authority or discretionary control respecting management of such plan or exercises any authority or control respecting management or disposition of the plan's assets; or (iii) renders investment advice for a fee with respect to any plan assets.

[7] *See* 29 CFR 2550.404a-1 (fiduciary investment duties).  The Department has previously observed in the case of other complex investments that plan fiduciaries are responsible for securing sufficient information to understand the investment, and its attendant risks, prior to making the investment.  Information Letter from Olena Berg to Eugene A. Ludwig (Mar. 21, 1996) (at www.dol.gov/agencies/ebsa/employers-and-advisers/guidance/information-letters/03-21-1996).

Exhibit 16                                    Page 3 of 6

In evaluating whether to include a particular investment vehicle with an allocation of private equity as a designated investment alternative, the responsible plan fiduciary must evaluate the risks and benefits associated with the investment alternative.  In making this determination, the fiduciary should consider (i) whether adding the particular asset allocation fund with a private equity component would offer plan participants the opportunity to invest their accounts among more diversified investment options within an appropriate range of expected returns net of fees (including management fees, performance compensation, or other fees or costs that would impact the returns received) and diversification of risks over a multi-year period; (ii) whether the asset allocation fund is overseen by plan fiduciaries (using third-party investment experts as necessary) or managed by investment professionals that have the capabilities, experience, and stability to manage an asset allocation fund that includes private equity investments effectively given the nature, size, and complexity of the private equity activity; and (iii) whether the asset allocation fund has limited the allocation of investments to private equity in a way that is designed to address the unique characteristics associated with such an investment, including cost, complexity, disclosures, and liquidity, and has adopted features related to liquidity and valuation designed to permit the asset allocation fund to provide liquidity for participants to take benefits and direct exchanges among the plan's investment line-up consistent with the plan's terms.

With respect to valuation and liquidity in particular, a plan fiduciary, for example, could require that the private equity investments in the investment alternative not be higher than a specific percentage,[8] ensure that the private equity investments be independently valued according to agreed-upon valuation procedures that satisfy the Financial Accounting Standards Board Standards Codification (ASC) 820, "Fair Value Measurements and Disclosures,"[9] and require additional disclosures needed to meet the plan's ERISA obligations to report information about the current value of the plan's investments.

It would also be important for the responsible fiduciary to consider the asset allocation fund with a private equity component in light of the plan's features and participant profile (including, e.g.,

---

[8] For example, a fiduciary could consider whether to follow the U.S. Securities and Exchange Commission (SEC) rule that includes a 15% limitation on illiquid investments applicable to registered open-end investment companies (i.e., mutual funds and exchange traded funds).  See Investment Company Liquidity Risk Management Programs, Release No. 33-10233; IC-32315 (Oct. 13. 2016) (at www.sec.gov/rules/final/2016/33-10233.pdf).  The rule formalized a similar longstanding SEC guideline that generally limited registered open-end funds' aggregate holdings of "illiquid assets" to no more than 15% of the fund's net assets.  See id., notes 38-40 and accompanying text.  We also understand that some mutual funds, including target date funds, currently invest in private equity, although only in very low allocations.  See generally Concept Release on Harmonization of Securities Offering Exemptions, Release 33-10649, section IV (June 18, 2019) (at www.sec.gov/rules/concept/2019/33-10649.pdf).  See also Comment Letter of Fidelity Investments (Sept. 24, 2019) (at www.sec.gov/comments/s7-08-19/s70819-6190605-192467.pdf) (stating that target date funds have the sufficient flexibility under this rule to invest directly or indirectly in growth stage issuers, including unregistered funds or securities).

[9] In the United States, private equity managers generally are required to register as investment advisers under the Investment Advisers Act of 1940, as amended (Advisers Act).  There is an exemption from registration available for advisers with less than $150 million in private fund assets under management in the United States, however, most private equity funds and private equity fund assets are managed by registered investment advisers.  To comply with Rule 206(4)-2 under the Advisers Act, private equity managers can obtain an annual audit of their funds' financial statements prepared in accordance with United States generally accepted accounting principles (GAAP).  GAAP requires that investments of investment companies (including private equity funds' investments in underlying portfolio companies) be reported at "fair value."  Fair value for GAAP purposes is defined primarily in ASC 820.  Private equity managers outside of the United States may obtain an annual audit of their funds' financial statements prepared in accordance with International Financial Reporting Standards (IFRS) instead of GAAP, so long as financial statements information is substantially similar to statements prepared in accordance with GAAP, and any material differences with GAAP are reconciled.  See Staff Responses to Questions About the Custody Rule, FAQ VI.5 (at www.sec.gov/divisions/investment/custody_faq_030510.htm).  IFRS 13, Fair Value Measurement, uses the same definition of fair value as ASC 820.  Regardless of whether private equity managers prepare their funds' financial statements under GAAP or IFRS, their annual audits must meet the requirements of auditing standards generally accepted in the United States.

Exhibit 16                                    Page 4 of 6

participant ages, normal retirement age, anticipated employee turnover, and contribution and withdrawal patterns) and make a considered decision about whether the characteristics of the investment alternative align with the plan's characteristics and needs of plan participants, taking into account, among other things, the investment alternative's investment allocation and strategy, fees and other expenses, and the nature and duration of any liquidity restrictions, the participants' ability to access funds in their accounts (e.g., loans and distributions when employees separate from service with the sponsoring employer), and their ability to change investment selections on a potentially frequent basis.[10]

Additionally, as with any designated investment alternative, the plan fiduciary must consider whether it has the skills, knowledge, and experience to make the required determinations or whether the plan fiduciary needs to seek assistance from a qualified investment adviser or other investment professional.[11]  The fiduciary also must periodically review whether the investment vehicle continues to be prudent and in the best interests of plan participants, taking into account the considerations outlined above and any other factors that the plan fiduciary deems appropriate in light of its fiduciary duties under ERISA.

The fiduciary must also determine whether plan participants will be furnished adequate information regarding the character and risks of the investment alternative to enable them to make an informed assessment regarding making or continuing an investment in the fund.  This factor would be especially important in the case of a plan or responsible plan fiduciary claiming limited fiduciary liability under ERISA section 404(c) for participants exercising control over their accounts (see 29 CFR 2550.404c-1) and/or deciding that a particular investment alternative would be prudent to use as a qualified default investment alternative (QDIA) for the plan under 29 CFR 2550.404c-5.  Moreover, as noted above, the fiduciary responsible for including the fund on the plan's investment menu always retains responsibility for ensuring that the decision to retain the fund is consistent with the fiduciary responsibility provisions of Section 404 of ERISA.

In conclusion, a plan fiduciary would not, in the view of the Department, violate the fiduciary's duties under section 403 and 404 of ERISA solely because the fiduciary offers a professionally managed asset allocation fund with a private equity component as a designated investment alternative for an ERISA covered individual account plan in the manner described in this letter.  There may be many reasons why a fiduciary may properly select an asset allocation fund with a private equity component as a designated investment alternative for a participant directed individual account plan.  Private equity investments, however, present additional considerations to participant-directed individual account plans that are different than those involved in defined benefit plans.  In making such a selection for an individual account plan, the fiduciary must engage in an objective, thorough, and analytical process that compares the asset allocation fund with appropriate alternative funds that do not include a private equity

---

[10] EBSA Fact Sheet entitled "Target Date Retirement Funds - Tips for ERISA Plan Fiduciaries" (Feb. 2013) (at www.dol.gov/sites/dolgov/files/EBSA/about-ebsa/our-activities/resource-center/fact-sheets/target-date-retirement-funds.pdf) ("TDFs may have different investment strategies, glide paths, and investment-related fees.  Because these differences can significantly affect the way a TDF performs, it is important that fiduciaries understand these differences when selecting a TDF as an investment option for their plan[,] . . . consider how well the TDF's characteristics align with eligible employees' ages and likely retirement dates[, and] . . . the possible significance of other characteristics of the participant population, such as participation in a traditional defined benefit pension plan offered by the employer, salary levels, turnover rates, contribution rates and withdrawal patterns.").

[11] For example, the responsible fiduciary should be able to determine, either alone or with the assistance of a qualified adviser, whether the particular investment arrangement complies with applicable requirements under securities, banking, or other relevant laws and regulations.

Exhibit 16                                    Page 5 of 6

component, anticipated opportunities for investment diversification and enhanced investment returns, as well as the complexities associated with the private equity component.[12]

We hope you find this information to be helpful.

Sincerely,


Louis J. Campagna
Chief, Division of Fiduciary Interpretations
Office of Regulations and Interpretations

---

[12] This letter does not address any potential prohibited transaction issues under section 406 of ERISA or the application of any statutory or administrative prohibited transaction exemptions that may need to be considered in connection with the structure, investments, or fees of any individual designated investment alternative or private equity investments.  This letter also does not address any issue with respect to the structure or operations of any particular investment arrangement that may arise under the federal securities or banking laws, the Internal Revenue Code, or any other applicable federal or state law.

Exhibit 16                                    Page 6 of 6

EXHIBIT 17

# Target Date Retirement Funds -
## Tips for ERISA Plan Fiduciaries



U.S. Department of Labor
Employee Benefits Security Administration
February 2013

*Target date retirement funds (also called target date funds or TDFs) have become an increasingly popular investment option in 401(k) plans and similar employee-directed retirement plans.  The U.S. Department of Labor's Employee Benefits Security Administration (EBSA) prepared the following general guidance to assist plan fiduciaries in selecting and monitoring TDFs and other investment options in 401(k) and similar participant-directed individual account plans.  Employers and other plan fiduciaries can learn more about their fiduciary responsibilities under the Employee Retirement Income Security Act of 1974 (ERISA) by visiting EBSA's website at www.dol.gov/ebsa/compliance_assistance.html.*

## Target Date Fund Basics

With the growth of 401(k) and other individual account retirement plans, many more participants are responsible for investing their retirement savings.  Target date retirement funds, or TDFs, can be attractive investment options for employees who do not want to actively manage their retirement savings.  TDFs automatically rebalance to become more conservative as an employee gets closer to retirement.  The "target date" refers to a target retirement date, and often is part of the name of the fund.  For example, you might see TDFs with names like "Portfolio 2030," "Retirement Fund 2030," or "Target 2030" that are designed for individuals who intend to retire during or near the year 2030.  Because of these features, many plan sponsors decide to use TDFs as their plan's qualified default investment alternative (QDIA) under Department of Labor regulations.  A QDIA is a default investment option chosen by a plan fiduciary for participants who fail to make an election regarding investment of their account balances.[1]

TDFs offer a long-term investment strategy based on holding a mix of stocks, bonds and other investments (this mix is called an asset allocation) that automatically changes over time as the participant ages.  A TDF's initial asset allocation, when the target date is a number of years away, usually consists mostly of stocks or equity investments, which often have greater potential for higher returns but also can be more volatile and carry greater investment risk.  As the target retirement date approaches (and often continuing after the target date), the fund's asset allocation shifts to include a higher proportion of more conservative investments, like bonds and cash instruments, which generally are less volatile and carry less investment risk than stocks.  The shift in the asset allocation over time is called the TDF's "glide path."  It is important to know whether a target date fund's glide path uses a "to retirement" or a "through retirement" approach.  A "to" approach reduces the TDF's equity exposure over time to its most conservative point at the target date.  A "through" approach reduces equity exposure through the target date so it does not reach its most conservative point until years later.

Within this general framework, however, there are considerable differences among TDFs offered by different providers, even among TDFs with the same target date.  For example, TDFs may have different investment strategies, glide paths, and investment-related fees.  Because these differences can significantly affect the way a TDF performs, it is important that fiduciaries understand these differences when selecting a TDF as an investment option for their plan.

---

[1]  More information on QDIAs is available in the Department's publication "Automatic Enrollment 401(k) Plans for Small Businesses" (available at http://www.dol.gov/ebsa/pdf/automaticenrollment401kplans.pdf).

Exhibit 17                                                                  Page 1 of 3

## What to Remember When Choosing Target Date Funds

- ***Establish a process for comparing and selecting TDFs.***  In general, plan fiduciaries should engage in an objective process to obtain information that will enable them to evaluate the prudence of any investment option made available under the plan.  For example, in selecting a TDF you should consider prospectus information, such as information about performance (investment returns) and investment fees and expenses.   You should consider how well the TDF's characteristics align with eligible employees' ages and likely retirement dates.  It also may be helpful for plan fiduciaries to discuss with their prospective TDF providers the possible significance of other characteristics of the participant population, such as participation in a traditional defined benefit pension plan offered by the employer, salary levels, turnover rates, contribution rates and withdrawal patterns.

- ***Establish a process for the periodic review of selected TDFs.***  Plan fiduciaries are required to periodically review the plan's investment options to ensure that they should continue to be offered.  At a minimum, the review process should include examining whether there have been any significant changes in the information fiduciaries considered when the option was selected or last reviewed.  For instance, if a TDF's investment strategy or management team changes significantly, or if the fund's manager is not effectively carrying out the fund's stated investment strategy, then it may be necessary to consider replacing the fund.  Similarly, if your plan's objectives in offering a TDF change, you should consider replacing the fund.

- ***Understand the fund's investments – the allocation in different asset classes (stocks, bonds, cash), individual investments, and how these will change over time.***  Have you looked at the fund's prospectus or offering materials?  Do you understand the principal strategies and risks of the fund, or of any underlying asset classes or investments that may be held by the TDF?  Make sure you understand the fund's glide path, including when the fund will reach its most conservative asset allocation and whether that will occur at or after the target date.  Some funds keep a sizeable investment in more volatile assets, like stocks, even as they pass their "target" retirement dates.  Since these funds continue to invest in stock, your employees' retirement savings may continue to have some investment risk after they retire.  These funds are generally for employees who don't expect to withdraw all of their 401(k) account savings immediately upon retirement, but would rather make periodic withdrawals over the span of their retirement years.  Other TDFs are concentrated in more conservative and less volatile investments at the target date, assuming that employees will want to cash out of the plan on the day they retire.  If the employees don't understand the fund's glide path assumptions when they invest, they may be surprised later if it turns out not to be a good fit for them.

- ***Review the fund's fees and investment expenses.***  TDF costs can vary significantly, both in the amount and types of fees.  Small differences in investment fees and costs can have a serious impact on reducing long term retirement savings. [2]  Do you understand the fees and expenses, including any sales loads, for the TDF?  If the TDF invests in other funds, did you consider the fees and expenses for both the TDF and the underlying funds?  If the expense ratios of the individual component funds are substantially less than the overall TDF, you should ask what services and expenses make up the difference.  Added expenses may be for asset allocation, rebalancing and access to special investments that can smooth returns in uncertain markets, and may be worth it, but it is important to ask.

---

[2] A difference of just one percentage point in fees (1.5% as compared with 0.5%) over 35 years dramatically affects overall returns.  If a worker with a 401(k) account balance of $25,000 averages a seven percent return, the worker will have $227,000 at retirement with the lower fee and $163,000 with the higher fee, assuming no further contributions.  U.S. Department of Labor, Employee Benefits Security Administration, A Look At 401(k) Plan Fees, at http://www.dol.gov/ebsa/publications/401k_employee.html.

Exhibit 17                    Page 2 of 3

- ***Inquire about whether a custom or non-proprietary target date fund would be a better fit for your plan.*** Some TDF vendors may offer a pre-packaged product which uses only the vendor's proprietary funds as the TDF component investments.  Alternatively, a "custom" TDF may offer advantages to your plan participants by giving you the ability to incorporate the plan's existing core funds in the TDF.  Non-proprietary TDFs could also offer advantages by including component funds that are managed by fund managers other than the TDF provider itself, thus diversifying participants' exposure to one investment provider.  There are some costs and administrative tasks involved in creating a custom or non-proprietary TDF, and they may not be right for every plan, but you should ask your investment provider whether it offers them.

- ***Develop effective employee communications.***  Have you planned for the employees to receive appropriate information about TDFs in general, as a retirement investment option, and about individual TDFs available in the plan? Just as it is important for the plan fiduciary to understand TDF basics when choosing a TDF investment option for the plan, employees who are responsible for investing their individual accounts need information too.  Disclosures required by law also must be considered.  The Department published a final rule that, starting for most plans in August 2012, requires that participants in 401(k)-type individual account retirement plans receive greater information about the fees and expenses associated with their plans, including specific fee and expense information about TDFs and other investment options available under their plans.  The Department of Labor is also working on regulations to improve the disclosures that must be made to participants specifically about TDFs.  For example, in addition to general information about TDFs, the proposed regulations call for disclosures to include an explanation that an investment in a TDF is not guaranteed and that participants can lose money in the fund, including at and after the target date.  Check EBSA's website for updates on regulatory disclosure requirements.

- ***Take advantage of available sources of information to evaluate the TDF and recommendations you received regarding the TDF selection.***  While TDFs are relatively new investment options, there are an increasing number of commercially available sources for information and services to assist plan fiduciaries in their decision-making and review process.

- ***Document the process.***  Plan fiduciaries should document the selection and review process, including how they reached decisions about individual investment options.

## Related Information

### From the Department of Labor:
- Investor Bulletin: Target Date Retirement Funds
- A Look at 401(k) Plan Fees
- Meeting Your Fiduciary Responsibilities
- Understanding Retirement Plan Fees and Expenses
- Understanding Your Retirement Plan Fees
- Selecting and Monitoring Pension Consultants – Tips for Plan Fiduciaries

### From the SEC:
- Beginners' Guide to Asset Allocation, Diversification, and Rebalancing
- Invest Wisely: An Introduction to Mutual Funds
- Mutual Fund Fees and Expenses

### From the Financial Industry Regulatory Authority (FINRA):
- Fund Analyzer

EXHIBIT 18

# PIMCO

Your Global Investment Authority

## Defined Contribution Plans



# DC Dialogue

Volume 9 | Issue 3

*March/April 2014*



This issue features an interview with
**Stuart Odell,** Assistant Treasurer of
Retirement Investments at Intel Corporation



Moderated by
**Stacy L. Schaus, CFP®**
PIMCO Executive Vice President and
Defined Contribution Practice Leader

# Intel Custom Target-Date Evolution

**In this PIMCO *DC Dialogue*, we speak with Stuart Odell at Intel about how Intel has modified its defined contribution plan since we last interviewed Stuart in 2007.** Stuart tells us how Intel has increased its participation and contribution rates, streamlined the investment lineup, and increased asset diversification within its custom target-date strategies. He discusses the 401(k) plan's importance in helping participants meet their retirement income needs. Stuart shares that alternative investments, including hedge funds and real assets, have been added to provide additional diversification across different market environments, to reduce volatility, and to help participants improve their chances of achieving their retirement income objectives. He also discusses the important role of stable value both in Intel's plan and in the custom strategies.

**DC Dialogue:** Stuart, thank you for joining us for a second discussion with *DC Dialogue*. In 2007, you shared details about your plans as well as how you had decided to build custom target-date funds rather than buy off-the-shelf target-date funds. Can you update us on your DC plans and how they continue to evolve?

**Stuart Odell:** For people in the U.S. who joined us before 2011, we offer two retirement plans: a defined contribution profit sharing plan combined with a defined benefit floor offset plan, which represents Intel's contribution to employees' retirement, and a 401(k) plan to which employees can defer and invest their own retirement contributions. Employees joining after 2011 have only the 401(k) plan to which Intel contributes a discretionary amount annually and to which employees can also defer and invest salary and bonuses. The U.S. plans have about 50,000 participants and about $14 billion in total assets, with an average participant balance approaching $250,000. In 2011, we made several changes to our 401(k) plan to improve participation, streamline the investment structure and enhance the custom target-date funds.

A company of **Allianz** ⓘ

Exhibit 18                    Page 1 of 11

We automatically enroll new hires into the 401(k), defaulting their contributions into our custom target-date strategies. We set the initial default level at 6% and then automatically escalate the savings rate by 2% a year up to 15% of pay.

**DCD:** What changes were made to improve participation? Can you also address contribution rates?

**Odell:** Our participation rate in the 401(k) historically exceeded 80% which is not bad considering we don't utilize a matching contribution, but we still were able to improve participation to over 90% by using automatic enrollment programs.

Philosophically, Intel chose not to make its contribution in the form of a "match," as many employers do, because Intel understood that some employees who might not be able to afford to take advantage of a match would be disadvantaged. A discretionary contribution ensures Intel is doing its part in ensuring everyone is investing for retirement regardless of their ability to invest on their own. And by adding the auto-enrollment and escalation programs, we're helping our employees overcome participation inertia while also allowing them to easily opt out should they decide to.

We automatically enroll new hires into the 401(k), defaulting their contributions into our custom target-date strategies. We set the initial default level at 6% and then automatically escalate the savings rate by 2% a year up to 15% of pay. To my knowledge, we have not had any complaints or concerns with either the auto-enrollment or the escalation rate. That may change as the rate continues to climb toward 15%, but participants can stop the escalation at any time. We would rather set participants on a path to save sufficiently and let them take action to reduce the rate if they prefer.

In addition to auto-enrolling new hires, in 2011 we also swept in any nonparticipating employees. It would be a good idea to go through this process every year or two so that we're continually sweeping in nonparticipants (but also allowing them to opt out). Given the power of inertia, eventually you would have most people contributing and staying in the plan. I think that would be the right thing to do, but it's not something we've done yet.

**DCD:** Besides automatically enrolling new hires and sweeping in nonparticipants, did you also fully re enroll or, perhaps better termed, "reallocate" existing participant assets?

**Odell:** Yes, that's right. In 2011, we streamlined the core investment lineup, and we reallocated existing participants into the custom target-date strategies, unless they opted out.

Reallocating all participant assets was a big step for Intel. One of the conditions of our reallocation was to make it as straightforward as possible for participants to keep their asset allocation and most of the investment choices they had previously been invested in if they wanted to. Many of those investment choices would no longer be offered within the core investment lineup but instead our participants could access the investment options that were being removed from the core lineup through a new brokerage account option. To allow participants to retain their existing allocation, we simplified the process to a single click of a button, although, in some cases, opening a brokerage account was also required, which involved the manual process of having to sign a form.

Before the reallocation, we offered 72 funds in the core lineup, and upon completion of the re-enrollment, we reduced our core investment lineup to 20 options, counting all the target date funds as one investment option. Participants who chose to keep investment options that were removed from the core lineup can still access them, as well as many other mutual funds and ETFs, through the brokerage window. About a third of participants kept their original asset allocation, while about two-thirds were mapped into the target date funds.

**DCD:** What does the investment lineup look like today?

**Odell:** Today we have a three-tier structure. Tier I is a set of diversified premixed portfolios, including the set of 11 custom target-date funds and our global diversified fund. The global diversified fund is a mirror of our   sharing plan asset allocation, including alternative investments. Tier II is the core lineup, which includes the primary sleeves of the custom target funds, mainly as multi-manager structures, plus several core asset class mutual funds. The primary core strategies include capital preservation (money market and stable value), fixed income (core and global), large cap U.S. equities (value, core blend and growth), small/mid cap U.S. equities, and non-U.S. developed with some emerging market equity. Tier III provides specialty options, such as a brokerage window, company stock, and dedicated emerging market equities. In terms of assets, about 50% of the assets are in the target-date tier, 35% is in the core tier, and 15% is in the specialty tier.

> Before the reallocation, we offered 72 funds in the core lineup, and upon completion of the re-enrollment, we reduced our core investment lineup to 20 options.



*Building custom has allowed us to evolve the glide path structure and add to the investment lineup, including folding in alternatives.*

### Intel 401(K) Lineup – Funds and Utilization

| Tier 1: Asset Allocation | Tier 2: Core Funds | Tier 3: Specialty Options |
|---|---|---|
| 11 Target Date funds<br>401(k) Global Diversified fund | **Capital Preservation fund**<br>Money Market fund<br>Stable Value fund | **Brokerage Account**<br>Self-Directed Brokerage |
| | **Fixed Income fund**<br>Core Bond fund<br>Global Bond fund<br>Aggregate Debt Index fund | **Emerging Market fund**<br>Emerging Market Stock fund<br>Emerging Market Index fund |
| | **Large Value fund**<br>Large Cap U.S. Value fund | **Company Stock**<br>Company Stock fund |
| | **Large Core fund**<br>S&P 500 Index fund<br>Large Cap U.S. Stock fund | |
| | **Large Growth fund**<br>Large Cap U.S. Growth fund | |
| | **International fund**<br>International Growth fund<br>International Stock fund<br>ACWI ex-U.S. Index fund | |
| | **Small/Midcap fund**<br>Mid Cap U.S. Stock fund<br>Small Cap U.S. Stock fund<br>Russell 2500 Index fund | |

Source: Intel
As of April 2014

**DCD:** In 2004, you were a pioneer in offering custom target-date strategies. Can you tell us whether you are still pleased with this direction?

**Odell:** Yes, we're pleased with our direction. Custom strategies – which we renamed from "Lifestage Funds" to "Target Date Funds" – made sense when we launched them and continue to offer advantages to our participants today. In 2003, we studied custom versus packaged. At the time, we were concerned with the quality and cost of packaged solutions in the market. We saw the advantage of building our own glide path and selecting investment managers both for our core lineup and as components in the custom target-date strategies. In addition, we realized cost savings in building our own. Building custom has allowed us to evolve the glide path structure and add to the investment lineup, including folding in alternatives.

On the cost side, our strategies tap into institutionally priced vehicles, including collective investment trusts and separately managed accounts. While we have evolved our custom strategies to include more asset classes, such as alternatives, we believe the cost is reasonable for the value offered to participants.

**DCD:** Are all of the custom target-date underlying investments also offered in the core lineup?

**Odell:** No. We offer most of the asset classes within our target-date funds as stand-alone core options, but certain strategies, such as hedge funds and commodities, are available only as part of the target-date funds, not as stand-alone investment options.

**DCD:** You've certainly invested a lot of time and effort setting up and managing your program. Can you tell us more about your 401(k) plan philosophy and how alternatives fit in?

**Odell:** Like the vast majority of employers, our 401(k) is a primary retirement vehicle. At Intel, we're dedicated to managing this plan to help our employees succeed in reaching their retirement goals. When we considered the investment structure, we wanted to bring to the table our best thinking from the profit sharing plan, which, coupled with a floor offset plan, is really a hybrid defined benefit structure. In the 1980s, in lieu of a traditional pension benefit, Intel started this hybrid plan to provide participants the better of a pension benefit or the outcome of a defined contribution plan. Like many plan sponsors that oversee defined benefit plans, Intel incorporated alternatives and other diversifying assets into our hybrid plan. We also knew that our 401(k) participants needed broader diversification to help reduce risk and improve the likelihood of reaching their goals.

To understand why we added real assets and alternatives, just reflect back on what happened to many packaged target-date funds during the 2008 financial crisis. Target-date funds labeled "retirement year 2010" lost 24% of their value, and some lost as much as 41%, according to Morningstar. At the time, most of these products were invested in traditional long-only stock and bond portfolios. While stocks and bonds are important, we believe they are insufficient to provide the diversification and risk management that retirement investors need. If you consider a 60/40 stock-to-bond portfolio, over 90% of the risk comes from the equity markets. Today there is greater interest by target-date managers in providing better diversification to help protect assets in all kinds of market environments.

> While stocks and bonds are important, we believe they are insufficient to provide the diversification and risk management that retirement investors need. If you consider a 60/40 stock-to-bond portfolio, over 90% of the risk comes from the equity markets.

Adding alternatives is designed to help reduce the volatility in our target-date strategies and improve diversification, potentially allowing the portfolios to perform well in different market environments.

**DCD:** Was risk reduction your primary driver in adding alternatives to your custom strategies?

**Odell:** Yes. Given low correlations to equity, adding alternatives is designed to help reduce the volatility in our target-date strategies and improve diversification, potentially allowing the portfolios to perform well in different market environments. We also believe these assets will contribute to investment returns over time. What's important is that alternatives remove the reliance on equities as the sole growth driver for participant assets.

**DCD:** What is the investment structure and glide path of your target-date funds today?

**Odell:** Intel's target-date fund glide path includes five primary sleeves: stable value, global fixed income, U.S. equities, non-U.S. developed and emerging market equities, and alternatives.



**Intel Target Date Glide Path**

Source: Intel
Data as of 27 September 2013

**DCD:** It appears that participants can gain access to alternatives both through the custom target-date strategies and through the global diversified fund that you offer as a Tier I core option.

**Odell:** That's correct. They have access to alternatives only through these blended asset allocation vehicles. We don't offer the ability to invest directly in the alternatives as stand-alone investment options. At the same time, we don't need to place caps on the amount that participants can invest in the target-date or global diversified fund. The only fund in the plan that we place limits on is the Intel stock fund, which we do limit to 20% of participants' exchanges or contributions.

Exhibit 18                    Page 6 of 11

**DCD:** What types of alternatives are offered in the custom strategies and separately in the global diversified fund?

**Odell:** In the target-date funds, we have a target allocation to hedge funds, commodities and global REITs. In the global diversified fund, in addition to a target allocation to hedge funds, commodities and REITs, there is a target allocation to private equity, private real estate, private energy and distressed debt. We allocate about 25% of our custom target strategies and about 40% of our global diversified fund to alternatives.

**DCD:** How has your investment oversight changed to manage the alternatives?

**Odell:** We have an investment policy committee that is responsible for asset allocation and investment oversight. Treasury reports to the committee and is responsible for implementation as well as investment monitoring. We have a seven-member investment staff focused on manager selection, oversight and risk management. To supplement our dedicated resources, we also utilize outside consultants with expertise in both traditional and alternative investments.

**DCD:** Can you share with us how you have worked with pricing and liquidity of the alternatives?

**Odell:** Well, pricing and liquidity are two different areas. While the majority of the underlying funds within the portfolios are priced daily, only about 30% provide daily liquidity. Many of our investment managers are not set up to manage daily asset flows. To manage the daily flows of the overall funds, we have liquidity sleeves – typically a passively managed strategy within each underlying asset class that can handle daily flows and portfolio rebalancing. The liquidity sleeves then allow us to fund managers based on when they are able to take the funds. For example, hedge funds would typically require at least a 30-day notice to receive or redeem capital.

**DCD:** What is your view on daily valuation within DC plans?

**Odell:** Daily valuation and daily liquidity simply do not make as much sense within the context of long-term retirement plans, particularly if it prevents participants from accessing certain types of investments that may be well suited for their investment horizon. DC plans did not start out daily valued. In the 1980s and early 1990s, these plans often were quarterly valued and offered participants the ability to change their asset allocation only once a quarter. Somehow the industry convinced plan sponsors that daily valuation and daily transaction capabilities were a good thing. At this point, the ship has probably sailed on that one, but a question worth asking is, "If you have 25 years until retirement, do you really need to be able to day trade your 401(k)?"

> In the target-date funds, we have a target allocation to hedge funds, commodities and global REITs. We allocate about 25% of our custom target strategies and about 40% of our global diversified fund to alternatives.



Today we know that the daily valuation and other requirements – including liquidity and leverage rules – severely limit the types of investment strategies and structures that we can provide within DC plans. Unfortunately, what may initially have appeared to be a benefit to participants is now recognized as a potential detriment. The illiquidity premium can be significant, particularly when estimated future returns for traditional stocks and bonds are much lower than they have been in the past. By adding alternatives into our custom strategies, we're able to garner some of the illiquidity premium of these assets.

**DCD:** How has the allocation to alternatives changed the overall cost of your plan? Are performance fees applied to any of the alternatives?

**Odell:** Alternatives have driven our custom target-date fees up, and we do have performance fees on many of the strategies. While the fees are higher, we believe the costs are reasonable given the diversification benefits and risk-adjusted return potential. Further, with performance based fees, the manager is only paid when they deliver on their objectives.

**DCD:** Let's discuss some of the other asset classes that are offered within your custom strategies and your core lineup. Can you tell us about your stable value fund?

> We like stable value as both a core option and an asset class in our custom target funds. Adding stable value to the target-date funds may reduce volatility, which is critical as participants approach and enter retirement.

**Odell:** We like stable value as both a core option and an asset class in our custom target funds. Relative to the Lipper Money Markets Fund Average, the Hueler Stable Value Pooled Index has provided a return of over 2% higher on average per year. That's been a huge advantage as we try to help participants understand what stable value offers. We allocate to stable value particularly in the target-date funds, which are designed for older participants. Stable value provides an alternative to cash, potentially providing principal preservation plus some of the core bond exposure. Adding stable value to the target-date funds may reduce volatility, which is critical as participants approach and enter retirement.

To manage the flows into and out of the stable value fund, we have added a liquidity tier. By managing the liquidity, we have successfully worked with the stable value wrap providers and have not had issues with offering this vehicle within the custom strategies.

**DCD:** How are the core bond and equity strategies structured?

**Odell:** These are commingled trust vehicles that may include up to five underlying managers. We typically include both active and passive components within each asset class. The index component is used for liquidity as well as for certain asset classes where we see less opportunity for active management to generate alpha. Our global fixed income strategy is primarily actively managed,

whereas our large cap U.S. equity fund has a larger passive component.

**DCD:** In the recent U.S. equity bull run, many assets other than equity have generally lagged. Has this been an issue? Do your participants understand the returns?

**Odell:** Over the last several years, investment returns of alternatives generally have not performed as strongly relative to the equity markets. However, despite the relative recent underperformance, absolute performance of alternatives remains on track with our objectives, and we believe these diversifying assets are critical in the long run – for both risk management and return. Plans that have heavy allocations to equity risk may be thinking, "Hey, the markets came back," and may find it easy to forget the losses experienced in 2008. While participants may not see the immediate benefit of the diversification in our program, we believe they will in the long run.

**DCD:** Now that it's been a few years since your full re-enrollment or reallocation, how are participants using the target-date funds? Have they remained invested in them? Do you receive positive feedback?

**Odell:** We see about 40% of participants investing 100% of their DC balance in a single target-date vintage. Another 20% of participants hold two investments, including one target-date vintage and a second target-date vintage or other core investment offering. To have about 60% of your participants holding one or two investment options, including at least one target-date fund, suggests our population has embraced that structure.

When we receive feedback, overall it has been thanks for the work that we have done to offer this program. We have had to explain why our target-date funds do not have the returns of the stock market. That can take some time, but they generally get it. We also have had to explain the increase in fees due to the addition of active management, as well as inclusion of performance fees in the expense ratio calculation.

**DCD:** What would you tell other plan sponsors as they consider custom and alternatives?

**Odell:** Rolling out custom strategies and integrating more complex investment solutions will not be for all plan sponsors. Sponsors who oversee DB assets may be best equipped and most comfortable moving in this direction. Setting up custom and continuing to manage the asset allocation requires time and effort. Consultants and managers can help and even fully take on nearly all facets of this work, including the implementation, communication, glide path management and ongoing oversight. You could be a plan sponsor without any asset management expertise and hire a consultant to build custom and to select investments for you. With the right

> With the right consultant, there is no reason you cannot develop custom strategies.

Exhibit 18

Page 9 of 11

> Plan sponsors that are focused on helping their participants reach their goals are likely to consider custom strategies.

consultant, there is no reason you cannot develop custom strategies.

With that said, there is work to do to get custom strategies going. We believe the additional work is worth it, as participants are likely to achieve better retirement outcomes with more sophisticated custom strategies. Plan sponsors that are focused on helping their participants reach their goals are likely to consider custom strategies.

**DCD:** Stuart, thank you for your time and for sharing all of the updates on your plan.

**Odell:** My pleasure.

Exhibit 18                                    Page 11 of 11

# EXHIBIT 19

**Morningstar Manager Research**
7 May 2018

**Contents**

2   Assets, Flows, Competitive Landscape
15   Price
21   Performance
34   Parent
39   People
47   Process
58   Appendix

Jeff Holt, CFA
Director
+1 312 696-6050
jeff.holt@morningstar.com

Heather Larsen
Analyst
+1 312 696-6490
heather.larsen@morningstar.com

## Executive Summary

All-time high flows, paired with positive returns, lifted assets in target-date mutual funds above $1 trillion in 2017, a sizable increase from just $158 billion at year-end 2008. The unimpeded growth means target-date funds play an increasingly important role in retirement success for more and more investors. Meanwhile, many target-date providers have adapted to meet the burgeoning demand for low-cost options. This year's report covers recent developments in the competitive landscape, and then it highlights noteworthy considerations for target-date investors in five areas: Price, Performance, Parent, People, and Process.

## Key Takeaways

► Assets in target-date mutual funds eclipsed $1 trillion in 2017 after seeing an all-time high of $70 billion in estimated net flows during the year. The funds have experienced more than $40 billion in net flows each year since 2008.

► In 2017, passive target-date series—ones that invest predominantly in index funds—attracted nearly 95% of the $70 billion in estimated net flows to target-date funds. This preference appears to be driven by retirement plan sponsors' demand for low costs.

► Fees for target-date funds continued their multiyear downward trend in 2017. The average asset-weighted expense ratio fell to 0.66% at the end of 2017, a notable decrease from 0.91% just five years earlier. The injection of more passive exposure within historically active target-date series and the launch of series that blend active and passive funds has contributed to that trend.

► When target-date providers have launched additional lower-cost series to meet demand, those series generally have been the most popular, but not all have produced better performance results than older, more-costly ones.

► Target-date managers who run multiple series personally invest more frequently, and in higher amounts, in their older, pricier series.

► Portfolios for different passive target-date series may diverge significantly, even more so than active series from a sub-asset-class glide path viewpoint. While active and passive series generally have similar average equity glide paths, the average sub-asset-class exposures reveal more diversified bond exposures in active series than passive ones.

Exhibit 19                                                                    Page 1 of 61

# Assets, Flows, and the Competitive Landscape

Target-date funds continue to play an increasing role in retirement success for many Americans by serving as a common default investment in defined-contribution retirement plans. This section covers how assets and flows to target-date funds have changed over time, as well as how target-date firms attempt to participate in the funds' generally strong growth trend.

**$1 Trillion and Growing**

Target-date funds hit a momentous mark in 2017 by eclipsing $1 trillion in assets. Assets in target-date mutual funds totaled roughly $1.11 trillion at the end of 2017, up from $880 billion at year-end 2016. The asset growth is remarkable: Industry assets amounted to only $158 billion at the end of 2008. (Exhibit 1 shows the year-over-year asset growth of target-date mutual funds.) The asset growth in 2017 came from the combination of positive returns—the average return for target-date fund Morningstar Categories ranged from 8.8% to 21.3%—and positive flows from investors.

Target-date funds also saw an all-time high in estimated net flows in 2017. The estimated $70 billion of net flows that went to target-date mutual funds in 2017 edged the previous high of $69 billion set in 2015 and represented a notable increase from $59 billion in 2016. The net flows have been consistently strong, exceeding more than $40 billion each year since 2008.

**Exhibit 1**  Net Assets, Estimated Net Flow, and Organic Growth Rates of U.S. Target-Date Mutual Funds, 2008-17



Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19                                  Page 2 of 61

The strong flows to target-date funds have come from investors across all stages of their careers. Exhibit 2 shows that net flows for the target-date 2025 through 2050 Morningstar Categories topped more than $8 billion in 2017. Based on the assumed retirement age of 65, these categories cover investors from age 33 to 57. The 2025 category's $13 billion in net flows in 2017 was the largest. Investors in that category are often at or near their peak earnings level and may be more conscientious of their upcoming retirement. Conversely, the relatively modest $2 billion net flows in 2017 for the target-date 2060+ category comes from investors in early in their careers who typically earn and contribute less. Meanwhile, the categories that have passed their target retirement date can expect net outflows. It's unclear whether these target-date fund investors gradually withdraw assets for retirement income or move assets in a lump sum to another strategy once they reach retirement.

**Exhibit 2**  2017 Estimated Flows and Organic Growth Rate by Morningstar Target-Date Category



Source: Morningstar, Inc. Data as of 12/31/17.

**The Flight to Passive**

Quite possibly the most remarkable trend for target-date funds in 2017 was investors' dramatically increasing preference for series that own passively managed funds. Nearly 95% of the $70 billion estimated net flows to target-date funds in 2017 went to target-date series that invest predominantly—at least 80% of assets—in index funds. (While these are commonly referred to as passive target-date series, no series is truly passively managed, as every target-date manager makes active decisions in building a glide path and selecting asset classes.) As seen in Exhibit 3, this trend started in 2015 when passive target-date series' net flows exceeded those for active ones.

Exhibit 19                    Page 3 of 61

**Exhibit 3**  Estimated Net Yearly Flows by Active versus Passive Target-Date Series, 2008-17



Source: Morningstar, Inc. Data as of 12/31/17.

Investors' increased preference for passive target-date series over active ones in recent years — as reflected in the flows — has narrowed the gap in assets between the two types of series. While active series still have more assets, passive series accounted for 42% of target-date mutual fund assets at the end of 2017, up from 35% in 2014 and 24% in 2008.

**Exhibit 4**  Percentage of Target-Date Mutual Funds Assets by Active versus Passive, 2008-17



Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19                    Page 4 of 61

**A Healthy Appetite for Cheap Funds**

Investors' flight to passive target-date series appears to be driven by a demand for low costs. Exhibit 5 illustrates the preference for low-cost target-date funds, illustrating estimated flows according to Morningstar Fee Level—Distribution ranks, which accounts for the distribution channel of each share class. Share classes of target-date funds that earn a Low or Below Average rank were the only ones with positive net flows in 2017, and those in Low received nearly $80 billion in estimated net flows.

**Exhibit 5**  2017 Estimated Net Flows to Target-Date Funds by Morningstar Fee Level—Distribution



Source: Morningstar, Inc. Data as of 12/31/17.

True, the cheapest target-date series invest only in index funds, but not all passive target-date series come at an appealing price, and some active target-date series have competitive fees. For example, the 1290 Retirement, ClearTrack, and Great-West SecureFoundation Lifetime series hold index funds but are relatively more expensive, and none of those series saw significant estimated positive net flows in 2017. Meanwhile, the American Funds Target Date Retirement and JPMorgan SmartRetirement Blend series come with competitive fees despite holding more than 25% of their assets in actively managed funds at the end of 2017; those series experienced positive net flows of approximately $24 billion and $2 billion, respectively, in 2017.

Exhibit 19                                    Page 5 of 61

### Winners and Losers in the Cost War

As target-date funds continue to see strong growth each year, only a handful of firms have benefited. Vanguard has been the big winner of new investments in recent years. As shown in Exhibit 6, it saw a whopping $50.6 billion in estimated net inflows in 2017, bringing its total target-date mutual fund assets to an industry-leading $381 billion. To put Vanguard's success into context, its 2017 net flows exceeded the sixth-largest provider's total assets in target-date mutual funds. American Funds' $24.1 billion in 2017 estimated net flows came in a distant second, but still represented a strong year. While American Funds' $88 billion in target-date mutual fund assets makes it the fourth-largest provider, it still has significant ground to make up to catch the next-largest provider, as its 2007 arrival to the space was relatively late compared with the other major players.

Only three other firms saw more than $1 billion in estimated net flows to their target-date mutual funds in 2017: TIAA Investments ($6.1 billion), BlackRock ($4.6 billion), and State Street Global Advisors ($2.7 billion). Target-date funds have become increasingly important to TIAA Investments, as they account for approximately one third of the firm's mutual fund assets. They also represent more than 40% of State Street Global Advisors' mutual fund assets.

Despite the strong growth in target-date funds in general, not all target-date providers saw positive net flows in 2017. Seventeen of 41 firms experienced negative net flows from their target-date mutual funds in 2017, with T. Rowe Price's roughly $9.5 billion representing the largest outflow. (T. Rowe Price has stated that clients' transition from its mutual fund version to the collective investment trust version has contributed to the outflow.) Wells Fargo's roughly negative $4.7 billion in estimated flows in 2017 marked its third consecutive year of outflows. Amid that trend, Wells Fargo jettisoned longtime subadvisor Global Index Advisors from its legacy target-date offering in July 2017, handing over the management of that series to an in-house team. Principal (negative $3.5 billion) and John Hancock (negative $1.5 billion) were the other firms that also saw more than $1 billion in estimated outflows from their target-date mutual funds in 2017.

Fidelity serves as an example of a firm that has been able to quell outflows from its target-date funds. Fidelity remains the second-largest target-date provider with nearly $228 billion in target-date mutual fund assets, and it has been able to bring the net outflows from its target-date funds down to a trickle. Fidelity made a series of changes to its flagship Freedom series, inserting strategies of its most proven equity managers into the underlying mix in 2012, revamping the series' glide path in 2013, and then adding the ability to tactically position the funds in 2014. The firm's net outflows started in 2014 and peaked at $7.9 billion that year, but the net outflows have come down each year since and Fidelity saw less than $0.5 billion in net outflows in 2017. The Freedom series' improved results since implementing changes have likely helped assuage concerns.

Exhibit 19                                    Page 6 of 61

**Exhibit 6** 2017 Target-Date and Firm Assets and Net Flows

| Fund Company | 2017 Total Assets | | | 2017 Net Flows | | |
|---|---|---|---|---|---|---|
| | Target-Date US$ Million | Firm US$ Million | Firm Assets From TD Assets % | Target-Date US$ Million | Firm US$ Million | Firm Flows From TD Flows % |
| Vanguard | 381,489.8 | 3,466,811.6 | 11.0 | 50,617.2 | 207,039.2 | 24 |
| Fidelity Investments | 227,532.3 | 1,461,367.3 | 15.6 | −461.8 | 10,506.4 | (L) |
| T. Rowe Price | 165,573.8 | 592,267.3 | 28.0 | −9,546.0 | −10,859.0 | 88 |
| American Funds | 88,662.1 | 1,524,349.1 | 5.8 | 24,114.7 | 16,628.8 | 145 |
| JPMorgan | 53,498.5 | 301,024.0 | 17.8 | 672.7 | −478.0 | (G) |
| TIAA Investments | 43,578.5 | 130,919.6 | 33.3 | 6,075.0 | 8,141.0 | 75 |
| Principal Funds | 26,371.5 | 135,570.3 | 19.5 | −3,503.7 | −3,097.0 | 113 |
| American Century Investments | 19,014.5 | 114,982.6 | 16.5 | −362.7 | −6,586.7 | 6 |
| BlackRock | 18,474.3 | 260,747.4 | 7.1 | 4,561.7 | 6,362.7 | 72 |
| John Hancock | 17,163.2 | 150,834.4 | 11.4 | −1,466.9 | −1,828.5 | 80 |
| State Farm | 8,278.1 | 21,392.6 | 38.7 | −215.0 | −680.4 | 32 |
| Great-West Funds | 7,467.8 | 19,273.5 | 38.7 | −191.2 | −378.2 | 51 |
| Voya | 6,987.5 | 85,883.4 | 8.1 | 748.7 | −8,502.3 | (G) |
| KP Funds | 6,884.0 | 7,276.6 | 94.6 | 676.2 | 1,417.6 | 48 |
| Wells Fargo Funds | 5,522.9 | 92,521.7 | 6.0 | −4,652.2 | −9,607.7 | 48 |
| USAA | 4,558.5 | 69,663.8 | 6.5 | 35.9 | 251.5 | 14 |
| Schwab Funds | 4,464.9 | 77,582.8 | 5.8 | 402.6 | 4,694.4 | 9 |
| State Street Global Advisors | 4,417.2 | 10,845.9 | 40.7 | 2,736.2 | 1,103.0 | 248 |
| GuideStone Funds | 2,986.6 | 11,919.4 | 25.1 | 307.3 | 189.4 | 162 |
| MFS | 2,787.7 | 225,390.2 | 1.2 | −155.0 | 2,251.7 | (L) |
| MassMutual | 2,467.6 | 25,938.0 | 9.5 | −237.0 | −948.5 | 25 |
| Nationwide | 1,885.2 | 19,100.1 | 9.9 | −137.6 | −1,352.3 | 10 |
| Putnam | 1,048.9 | 69,830.2 | 1.5 | 106.2 | −1,744.8 | (G) |
| MainStay | 763.4 | 53,625.1 | 1.4 | −71.2 | −7,218.2 | 1 |
| AllianceBernstein | 724.1 | 81,564.9 | 0.9 | 63.6 | 5,758.5 | 1 |
| Dimensional Fund Advisors | 615.0 | 403,409.1 | 0.2 | 223.5 | 31,151.6 | 1 |
| Manning & Napier | 609.1 | 7,324.6 | 8.3 | −13.4 | −2,852.3 | 0 |
| Transamerica | 590.6 | 39,532.7 | 1.5 | 32.6 | 277.2 | 12 |
| Franklin Templeton Investments | 547.3 | 382,839.8 | 0.1 | −29.0 | −28,143.1 | 0 |
| Pimco | 480.5 | 337,143.9 | 0.1 | 22.8 | 30,935.2 | 0 |
| AXA Equitable | 479.3 | 109,468.2 | 0.4 | 31.7 | −6,238.6 | (G) |
| Allianz Funds | 457.9 | 18,320.0 | 2.5 | 14.4 | −5,627.0 | (G) |
| BMO Funds | 351.9 | 7,007.2 | 5.0 | −110.2 | −275.0 | 40 |
| Invesco | 255.9 | 168,965.1 | 0.2 | −28.4 | −3,779.0 | 1 |
| Goldman Sachs | 254.0 | 82,300.5 | 0.3 | −16.5 | −2,675.2 | 1 |
| Harbor | 177.0 | 69,389.9 | 0.3 | 7.9 | −13,450.9 | (G) |
| Prudential Funds (PGIM Investments) | 118.4 | 98,731.6 | 0.1 | 111.8 | 5,968.4 | 2 |
| Natixis Funds | 30.8 | 56,366.9 | 0.1 | 26.9 | −473.8 | (G) |
| 1290 Funds | 24.7 | 281.6 | 8.8 | 22.2 | 43.9 | 51 |
| Columbia | 18.5 | 154,490.1 | 0.0 | 18.1 | −9,292.4 | (G) |
| Virtus | 16.2 | 43,404.2 | 0.0 | 1.6 | −573.5 | (G) |
| | **1,107,629.7** | **10,989,657.7** | **10.1** | **70,433.6** | **206,058.2** | **34.2** |

Source: Morningstar, Inc. Data as of 12/31/17. Morningstar data strips out firms' funds-of-funds assets to avoid double-counting. This also results in firm total asset levels and net flow figures that omit assets invested in nonproprietary funds. Exhibit 6 adds back the estimated effect from those nonproprietary funds to firms' total assets and total new flows to show a more complete and intuitive picture. Otherwise, KP Funds, for example, which only offers target-date mutual funds and has significant investments in nonproprietary funds, would show that its target-date assets make up more than 100% of the firm's total assets under management. Assets include mutual fund and exchange-traded fund assets, where applicable. Series marked (G) under "Firm Flows from TD Flows %" saw positive growth in flows on top of negative overall firm-level flows—the sign change makes percentage representations less meaningful. Series marked (L) had target-date outflows on top of inflows for the overall firm.

Exhibit 19                    Page 7 of 61

**The Fight for Market Share**

The "Big Three" — Vanguard, Fidelity, and T. Rowe Price — have long been the dominant players in the target-date fund space, but their collective market share has edged down to 70% from 75% five years ago, and the relative position of the three firms has changed. Since taking the top spot from Fidelity in 2014, Vanguard has lengthened its lead. Vanguard's 34% market share at year-end 2017 nearly matched Fidelity and T. Rowe Price's combined market share of 35%. Fidelity has lost market share since the end of 2012 when it had nearly 33% of assets. Meanwhile, T. Rowe Price's market share stayed between 15% and 17% over the past five years. Notably, American Funds has gained significant market share since 2012, up from 3% in 2012 to 8% at the end of 2017. J.P. Morgan's market share also increased over that time but has hovered around 5% over the past three years. The five largest providers held nearly 83% of the market share at year-end 2017. Exhibit 7 shows the market shares in 2017 and compares them with 2012.

**Exhibit 7**  Firm Market Share of Target-Date Mutual Funds: 2017 versus 2012



| Fund Family | 2012 | 2017 |
|---|---|---|
| Vanguard | 25.8 | 34.4 |
| Fidelity Investments | 32.7 | 20.5 |
| T. Rowe Price | 16.1 | 14.9 |
| American Funds | 2.8 | 8.0 |
| JPMorgan | 1.9 | 4.8 |
| TIAA Investments | 2.6 | 3.9 |
| Principal Funds | 4.4 | 2.4 |
| Other | 13.8 | 10.9 |

Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 8 expands beyond the largest providers, showing the year-over-year change in market share and organic growth rate from 2016 to 2017 for all providers of target-date mutual funds. Of the 10 largest providers, five had negative organic growth rates in 2017, meaning that any asset growth came from market appreciation rather than contributions from investors. Only four of the 10 largest providers — Vanguard, American Funds, TIAA Investments, and BlackRock — grew market share in 2017.

Exhibit 19                                                                 Page 8 of 61

**Exhibit 8** 2017 Target-Date Net Assets, Market Share, and Organic Growth, by Firm

| Fund Company | Total Net Assets US$ Million | | Market Share % | | Organic Growth Rate % | |
|---|---|---|---|---|---|---|
| | 2017 | 2016 | 2017 | 2016 | 2017 | 2016 |
| Vanguard | 381,489.8 | 280,332.4 | 34.4 | 31.8 | 18.1 | 16.5 |
| Fidelity Investments | 227,532.3 | 193,052.3 | 20.5 | 21.9 | −0.2 | −1.5 |
| T. Rowe Price | 165,573.8 | 148,007.7 | 14.9 | 16.8 | −6.5 | 4.1 |
| American Funds | 88,662.1 | 53,637.4 | 8.0 | 6.1 | 45.0 | 45.5 |
| JPMorgan | 53,498.5 | 44,770.9 | 4.8 | 5.1 | 1.5 | 12.3 |
| TIAA Investments | 43,578.5 | 31,339.4 | 3.9 | 3.6 | 19.4 | 16.2 |
| Principal Funds | 26,371.5 | 26,114.2 | 2.4 | 3.0 | −13.4 | −1.9 |
| American Century Investments | 19,014.5 | 17,025.2 | 1.7 | 1.9 | −2.1 | 9.5 |
| BlackRock | 18,474.3 | 11,679.3 | 1.7 | 1.3 | 39.1 | 39.8 |
| John Hancock | 17,163.2 | 16,331.1 | 1.5 | 1.9 | −9.0 | −1.6 |
| State Farm | 8,278.1 | 7,410.9 | 0.7 | 0.8 | −2.9 | −1.6 |
| Great-West Funds | 7,467.8 | 6,642.3 | 0.7 | 0.8 | −2.9 | −8.3 |
| Voya | 6,987.5 | 5,317.6 | 0.6 | 0.6 | 14.1 | 0.8 |
| KP Funds | 6,884.0 | 5,310.3 | 0.6 | 0.6 | 12.7 | 11.7 |
| Wells Fargo Funds | 5,522.9 | 9,451.4 | 0.5 | 1.1 | −49.2 | −40.1 |
| USAA | 4,558.5 | 3,895.0 | 0.4 | 0.4 | 0.9 | −4.2 |
| Schwab Funds | 4,464.9 | 3,452.6 | 0.4 | 0.4 | 11.7 | 1.9 |
| State Street Global Advisors | 4,417.2 | 1,259.0 | 0.4 | 0.1 | 217.3 | 425.4 |
| GuideStone Funds | 2,986.6 | 2,394.8 | 0.3 | 0.3 | 12.8 | 11.8 |
| MFS | 2,787.7 | 2,567.1 | 0.3 | 0.3 | −6.0 | 17.0 |
| MassMutual | 2,467.6 | 2,343.4 | 0.2 | 0.3 | −10.1 | −1.7 |
| Nationwide | 1,885.2 | 1,767.0 | 0.2 | 0.2 | −7.8 | 0.1 |
| Putnam | 1,048.9 | 828.0 | 0.1 | 0.1 | 12.8 | 37.6 |
| MainStay | 763.4 | 713.4 | 0.1 | 0.1 | −10.0 | −6.0 |
| AllianceBernstein | 724.1 | 564.2 | 0.1 | 0.1 | 11.3 | 6.9 |
| Dimensional Fund Advisors | 615.0 | 323.5 | 0.1 | 0.0 | 69.1 | 1,523.5 |
| Manning & Napier | 609.1 | 543.0 | 0.1 | 0.1 | −2.5 | −15.0 |
| Transamerica | 590.6 | 488.5 | 0.1 | 0.1 | 6.7 | 161.4 |
| Franklin Templeton Investments | 547.3 | 503.9 | 0.0 | 0.1 | −5.8 | 1.4 |
| Pimco | 480.5 | 393.6 | 0.0 | 0.0 | 5.8 | −31.0 |
| AXA Equitable | 479.3 | 382.1 | 0.0 | 0.0 | 8.3 | −5.1 |
| Allianz Funds | 457.9 | 378.8 | 0.0 | 0.0 | 3.8 | −2.1 |
| BMO Funds | 351.9 | 406.0 | 0.0 | 0.0 | −27.2 | −3.8 |
| Invesco | 255.9 | 261.6 | 0.0 | 0.0 | −10.9 | −31.5 |
| Goldman Sachs | 254.0 | 243.8 | 0.0 | 0.0 | −6.8 | 18.4 |
| Harbor | 177.0 | 146.4 | 0.0 | 0.0 | 5.4 | 0.5 |
| Prudential Funds (PGIM Investments) | 118.4 | 0.7 | 0.0 | 0.0 | 15,667.0 | — |
| Natixis Funds | 30.8 | — | 0.0 | — | — | — |
| 1290 Funds | 24.7 | — | 0.0 | — | — | — |
| Columbia | 18.5 | — | 0.0 | — | — | — |
| Virtus | 16.2 | 12.4 | 0.0 | 0.0 | 12.8 | — |
| PNC Funds | — | 27.4 | — | 0.0 | −107.0 | 61.0 |
| Russell | — | 267.1 | — | 0.0 | −109.6 | −21.5 |
| **Total** | **1,107,629.7** | **880,585.4** | **100.0** | **100.0** | **8.0** | **7.8** |

Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19                    Page 9 of 61

**"You want it, we got it."**

Firms that manage target-date funds increasingly have launched additional target-date series in attempt to meet investors' preferences. Initially, firms came to market with just a single approach to target-date investing, but since 2008, when Voya—then under the ING name—launched a version of its original strategy that invested only in index funds, several firms have also launched a second or even third target-date series. Exhibit 9 shows the 12 firms with multiple target-date series, when each series became available, each series' assets as of year-end 2017, and estimated net flows in 2017. (Invesco launched a second target-date series—Peak Retirement—in 2017, but it was excluded from Exhibit 9 since the launch occurred at the end of the year.)

A firm's least-expensive series generally has been the most popular with investors. Firms with multiple target-date series often offer a version that invests predominantly in index funds as an alternative to one that holds actively managed underlying funds. These versions typically follow the same general asset-allocation approach as the legacy series, but for a lower fee and subsequently attract more flows than the older sibling series. BlackRock, Fidelity, John Hancock, Schwab, TIAA-CREF, and Voya each saw the highest estimated net flows in their passive series in 2017. In the cases of BlackRock, John Hancock, and Voya, which each offer three series, one of their passive series was the only one with positive estimated net flows in 2017.

Other firms have created series with more exposure to index funds while keeping some actively managed funds in the mix. These "blend" or "hybrid" strategies also have found favor with investors: The blend series from J.P. Morgan, PIMCO, and Principal each saw positive estimated net flows in 2017 while their active versions experienced negative estimated net flows.

A few providers offered multiple glide paths to address different levels of risk-tolerance, but investors haven't displayed a strong preference for the new glide paths. While John Hancock's Multi-Index Preservation series has slightly more assets than its older Multimanager Lifetime series, T. Rowe Price's Target Retirement series, which launched in in 2013, represented less than 1% of the firm's target-date mutual fund assets at year-end 2017. Great-West and Wells Fargo also offer multiple glide paths, but both saw negative estimated net flows from all their series in 2017.

Exhibit 19                                                                 Page 10 of 61

**Exhibit 9**  Fund Firms With Multiple Target-Date Fund Series

| Firm and Target-Date Series Name | Inception Date | Assets US$ Million | % of Firm's TDF Assets | 2017 Estimated Flows US$ Million |
|---|---|---|---|---|
| **BlackRock** | | **18,471.0** | | |
| BlackRock LifePath Dynamic | 3/1/94 | 1,426.5 | 7.7 | −510.6 |
| BlackRock LifePath Smart Beta | 4/20/07 | 168.1 | 0.9 | −5.1 |
| BlackRock LifePath Index | 5/31/11 | 16,876.4 | 91.4 | 5,075.4 |
| **Fidelity** | | **227,377.5** | | |
| Fidelity Freedom | 10/17/96 | 185,224.9 | 81.5 | 1,191.3 |
| Fidelity Advisor Freedom | 7/24/03 | 18,294.8 | 8.0 | −1,634.4 |
| Fidelity Freedom Index | 10/2/09 | 23,856.4 | 10.5 | 3,613.1 |
| Fidelity Flex Freedom | 6/8/17 | 1.4 | 0.0 | 1.3 |
| **Great-West** | | **7,467.8** | | |
| Great-West Lifetime Conservative | 5/1/09 | 676.1 | 9.1 | −81.0 |
| Great-West Lifetime | 5/1/09 | 6,191.7 | 82.9 | −82.8 |
| Great-West SecureFoundation Lifetime | 11/13/09 | 600.0 | 8.0 | −27.4 |
| **John Hancock** | | **17,163.2** | | |
| John Hancock Multimanager Lifetime | 10/30/06 | 7,687.0 | 44.8 | −847.9 |
| John Hancock Multi-Index Preservation | 4/29/10 | 8,162.6 | 47.6 | −787.7 |
| John Hancock Multi-Index Lifetime | 11/7/13 | 1,313.7 | 7.7 | 168.7 |
| **JPMorgan** | | **53,498.5** | | |
| JPMorgan SmartRetirement | 5/15/06 | 45,580.5 | 85.2 | −1,189.0 |
| JPMorgan SmartRetirement Blend | 7/2/12 | 7,918.0 | 14.8 | 1,861.7 |
| **PIMCO** | | **480.5** | | |
| PIMCO RealPathTM | 3/31/08 | 177.0 | 36.8 | −216.7 |
| PIMCO RealPath Blend | 12/31/14 | 303.5 | 63.2 | 239.5 |
| **Principal** | | **26,371.5** | | |
| Principal LifeTime | 3/1/01 | 25,154.1 | 95.4 | −3,728.0 |
| Principal Lifetime Hybrid | 9/30/14 | 1,217.4 | 4.6 | 224.3 |
| **Schwab** | | **4,464.9** | | |
| Schwab Target | 7/1/05 | 4,085.2 | 91.5 | 96.1 |
| Schwab Target Index | 8/25/16 | 379.7 | 8.5 | 306.5 |
| **T. Rowe Price** | | **165,573.8** | | |
| T. Rowe Price Retirement | 9/30/02 | 164,047.7 | 99.1 | −9,749.5 |
| T. Rowe Price Target Retire | 8/20/13 | 1,526.1 | 0.9 | 203.5 |
| **TIAA-CREF** | | **43,578.5** | | |
| TIAA-CREF Lifecycle | 10/15/04 | 30,636.2 | 70.3 | 2,015.6 |
| TIAA-CREF Lifecycle Index | 9/30/09 | 12,942.3 | 29.7 | 4,059.4 |
| **Voya** | | **6,987.5** | | |
| Voya Solution | 4/29/05 | 3,278.4 | 46.9 | −2,999.4 |
| Voya Index Solution | 3/10/08 | 3,673.5 | 52.6 | 1,037.1 |
| Voya Target Retirement | 12/20/12 | 35.6 | 0.5 | 11.5 |
| **Wells Fargo** | | **5,522.9** | | |
| Wells Fargo Target | 3/1/94 | 5,455.7 | 98.8 | −4,650.3 |
| Wells Fargo Dynamic Target | 11/30/15 | 67.2 | 1.2 | −1.8 |

Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19                               Page 11 of 61

**A Fairly Steady Universe of Competitors**

Leading up to and shortly after the Pension Protection Act of 2006, the number of target-date series available to investors grew significantly, but growth has been moderate since. Exhibit 10 shows that 60 series of target-date mutual funds existed at year-end 2017, an all-time high, but the number hasn't increased by more than three per year since 2008. Exhibit 10 also shows that no more than five series have come to market in a calendar year since 2009. Meanwhile, two to four series have liquidated in most years since 2009.

In 2017, five target-date series launched, the most in a year since 2014. The launches included first-time entrants (1290 Retirement and Natixis Sustainable Future); another attempt from former and existing providers (Columbia Adaptive Retirement and Invesco Peak Retirement, respectively); and a version of an existing series (Fidelity Flex Freedom). New entrants often feature uncommon attributes to draw attention. For instance, unlike most target-date peers, the Natixis Sustainable Future series focuses on environmental, social, and governance investments.

The year also saw the liquidations of three series: Fidelity Multi-Manager, PNC Target, and Russell LifePoints. Each of these series struggled to gain traction, as none of them reached more than $1 billion in assets despite having at least a four-year track record. The Russell LifePoints series dated back to the end of 2004.

**Exhibit 10**  Number of Target-Date Series, Launches and Terminations 2002-17



Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19                    Page 12 of 61

**Available as a Collective Investment Trust**

Not only do target-date providers offer variations of their strategies, they also commonly make their strategies available in a different vehicle, via a collective investment trust, or CIT. Collective investment trusts, which are designed for qualified institutional investors, typically cost less than mutual funds.

Because CITs aren't subject to the same regulations or public disclosure requirements as mutual funds, investment firms voluntarily report CIT information to firms such as Morningstar. As a result, Morningstar's CIT database does not capture all target-date CIT offerings. Nonetheless, Morningstar's CIT data provides investors with a broader view of the target-date fund landscape. Exhibit 11 shows the total assets in target-date CITs for the 10 largest providers of target-date mutual funds as reported to Morningstar, as well as CIT series with more than $1 billion in assets.

**Exhibit 11**  Target-Date Mutual Fund Assets and CIT Assets

| Firm | Target-Date Mutual Fund | Estimated Target-Date CIT | Estimated Target-Date Total |
|---|---|---|---|
| Vanguard | 381,489.8 | 241,318.6 | 622,808.4 |
| Fidelity Investments | 227,532.3 | 29,273.4 | 256,805.7 |
| T. Rowe Price | 165,573.8 | 59,373.7 | 224,947.5 |
| BlackRock | 18,474.3 | 121,278.5 | 139,752.9 |
| American Funds | 88,662.1 | — | 88,662.1 |
| JPMorgan | 53,498.5 | 31,366.3 | 84,864.8 |
| Principal Funds | 26,371.5 | 33,819.8 | 60,191.3 |
| State Street | 4,417.2 | 40,908.0 | 45,325.2 |
| TIAA Investments | 43,578.5 | — | 43,578.5 |
| American Century Investments | 19,014.5 | 4,664.6 | 23,679.1 |
| Schwab Funds | 4,464.9 | 14,357.5 | 18,822.3 |
| John Hancock | 17,163.2 | — | 17,163.2 |
| Wells Fargo Funds | 5,522.9 | 11,445.9 | 16,968.8 |
| Voya | 6,987.5 | 1,997.8 | 8,985.4 |
| Great-West | 7,467.8 | 1,340.5 | 8,808.3 |
| Northern Trust | — | 7,635.3 | 7,635.3 |
| VantagePoint | — | 5,107.3 | 5,107.3 |
| flexPATH | — | 4,676.9 | 4,676.9 |
| Putnam | 1,048.9 | 3,261.8 | 4,310.6 |
| Aon Hewitt | — | 4,053.8 | 4,053.8 |
| UBS/Morningstar | — | 3,932.4 | 3,932.4 |
| BNY Mellon | — | 1,956.1 | 1,956.1 |

Source: Morningstar, Inc. Data as of 12/31/17.

By summing up firms' mutual fund and CIT assets, the competitive landscape of target-date providers shifts. Vanguard's sizable assets in CITs add significantly to its lead over peers, while BlackRock's more than $100 billion in target-date CITs raises it to one of the largest industry players. State Street Global Advisors, which launched its target-date mutual funds in 2014, also has much more in target-date CITs than mutual funds. Meanwhile, American Funds, TIAA Investments, and John Hancock lack a CIT offering, thereby reducing their overall market share.

Exhibit 19                                        Page 13 of 61

Certain firms offer target-date CITs but no mutual funds. VantagePoint transitioned its target-date mutual funds to CITs in 2016 and held roughly $5 billion in the CITs at year-end 2017. Northern Trust ($7.6 billion) is the other CIT-only provider with more than $5 billion in target-date assets.

Exhibit 19                    Page 14 of 61

# Price

Asset-flow trends indicate that costs drive buying decisions for target-date funds. As a result, target-date fund providers remain under constant pressure to keep their fees competitive. This section discusses the current state of pricing for target-date funds.

### Target-Date Fund Fees Continue to Decline

The multiyear downward trend in fees continued for target-date funds in 2017. Exhibit 12 shows that the average asset-weighted expense ratio for target-date funds fell to 0.66% at the end of 2017, a 5-basis-point decline from 0.71% the previous year. The average asset-weighted expense ratio has come down by more than 35% since hitting 1.03% at the end of 2009.

**Exhibit 12**  Target-Date Funds' Average Asset-Weighted Expense Ratio, 2009-17



Source: Morningstar, Inc. Data as of 12/31/17.

The declining asset-weighted expense ratio comes from a variety of sources: existing target-date providers lowering their fees, investors selecting lower-cost share classes, the liquidation of pricey target-date series, and the arrival of competitively priced series. A review of how each series' asset-weighted expense ratio changed over the past year helps identify the source of the decline. Exhibit 13 shows each series' year-over-year change, listing them from the biggest declines to the largest increases.

Exhibit 19                    Page 15 of 61

**Exhibit 13** Target-Date Series' Expense and Market Share

| Target-Date Series | Weighted Average Expense Ratio % | | | | Market Share % | |
|---|---|---|---|---|---|---|
| | 2017 | 2016 | 2017 to 2016 Change (bps) | | 2017 | 2016 |
| Voya Index Solution | 0.45 | 0.73 | −0.28 | | 0.33 | 0.25 |
| Prudential Day One | 0.47 | 0.73 | −0.26 | | 0.01 | 0.00 |
| AB Multi-Manager Select | 0.84 | 1.08 | −0.24 | | 0.07 | 0.06 |
| Wells Fargo Target | 0.38 | 0.54 | −0.16 | | 0.02 | 1.07 |
| Schwab Target | 0.57 | 0.69 | −0.12 | | 0.37 | 0.39 |
| Putnam RetirementReady | 0.99 | 1.08 | −0.09 | | 0.09 | 0.09 |
| BlackRock LifePath Smart Beta | 0.60 | 0.68 | −0.08 | | 0.02 | 0.02 |
| American Funds Trgt Date Rtrmt | 0.67 | 0.75 | −0.08 | | 8.00 | 6.09 |
| State Farm Lifepath | 0.87 | 0.95 | −0.08 | | 0.77 | 0.84 |
| Franklin LifeSmart | 1.05 | 1.12 | −0.07 | | 0.05 | 0.06 |
| American Century One Choice | 0.80 | 0.87 | −0.07 | | 1.72 | 1.93 |
| Manning & Napier Target | 0.96 | 1.02 | −0.06 | | 0.05 | 0.06 |
| Goldman Sachs Target Date Portfolio | 0.48 | 0.54 | −0.06 | | 0.02 | 0.03 |
| USAA Target Retirement Funds | 0.76 | 0.82 | −0.06 | | 0.36 | 0.44 |
| JPMorgan SmartRetirement | 0.68 | 0.74 | −0.06 | | 4.12 | 4.96 |
| Schwab Target Index | 0.08 | 0.13 | −0.05 | | 0.03 | 0.01 |
| Voya Solution | 1.06 | 1.10 | −0.04 | | 0.30 | 0.35 |
| Fidelity Advisor Freedom | 0.91 | 0.95 | −0.04 | | 1.65 | 1.93 |
| Principal Lifetime Hybrid | 0.47 | 0.50 | −0.03 | | 0.06 | 0.03 |
| T. Rowe Price Retirement | 0.73 | 0.76 | −0.03 | | 14.66 | 16.68 |
| Guidestone Funds MyDestination | 0.99 | 1.02 | −0.03 | | 0.27 | 0.27 |
| PIMCO RealPathTM | 0.74 | 0.77 | −0.03 | | 0.03 | 0.04 |
| JPMorgan SmartRetirement Blend | 0.32 | 0.35 | −0.03 | | 0.71 | 0.13 |
| BlackRock LifePath Index | 0.14 | 0.17 | −0.03 | | 1.52 | 1.12 |
| AXA Target Allocation | 1.02 | 1.04 | −0.02 | | 0.04 | 0.04 |
| AllianzGI Retirement | 0.68 | 0.70 | −0.02 | | 0.04 | 0.04 |
| Nationwide Target Destination | 0.74 | 0.76 | −0.02 | | 0.17 | 0.20 |
| Great-West Lifetime Conservative | 0.97 | 0.99 | −0.02 | | 0.06 | 0.08 |
| Great-West Lifetime | 1.01 | 1.02 | −0.01 | | 0.56 | 0.62 |
| KP Retirement Path | 0.44 | 0.45 | −0.01 | | 0.62 | 0.60 |
| TIAA-CREF Lifecycle Index | 0.17 | 0.18 | −0.01 | | 1.14 | 0.79 |
| MassMutual RetireSMART | 0.98 | 0.99 | −0.01 | | 0.22 | 0.27 |
| Great-West SecureFoundation Lifetime | 0.70 | 0.71 | −0.01 | | 0.05 | 0.06 |
| TIAA-CREF Lifecycle | 0.51 | 0.52 | −0.01 | | 2.68 | 2.77 |
| BMO Target Date Retirement Funds | 0.76 | 0.77 | −0.01 | | 0.03 | 0.05 |
| Invesco Balanced-Risk Retirement | 1.15 | 1.16 | −0.01 | | 0.02 | 0.03 |
| Harbor Target Retirement | 0.70 | 0.71 | −0.01 | | 0.02 | 0.02 |
| John Hancock Multi-Index Lifetime | 0.42 | 0.42 | 0.00 | | 0.12 | 0.11 |
| Vanguard Target Retirement | 0.13 | 0.13 | 0.00 | | 34.44 | 31.84 |
| John Hancock Multi-Index Preservation | 0.41 | 0.41 | 0.00 | | 0.74 | 0.91 |
| T. Rowe Price Target Retire | 0.69 | 0.69 | 0.00 | | 0.25 | 0.13 |
| Dimensional Target Date Retirement Income | 0.26 | 0.26 | 0.00 | | 0.06 | 0.04 |
| Wells Fargo Dynamic Target | 0.65 | 0.65 | 0.00 | | 0.48 | 0.01 |
| MainStay Retirement | 0.86 | 0.86 | 0.00 | | 0.07 | 0.08 |
| 1290 Retirement | 0.65 | — | — | | 0.00 | |

Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19                    Page 16 of 61

**Exhibit 13**  Target-Date Series' Expense and Market Share  (Continued)

| Target-Date Series | Weighted Average Expense Ratio % | | | | Market Share % | |
|---|---|---|---|---|---|---|
| | 2017 | 2016 | 2017 to 2016 Change (bps) | | 2017 | 2016 |
| Natixis Sustainable Future | 0.65 | — | — | | 0.00 | — |
| Columbia Adaptive Retirement | 0.59 | — | — | | 0.00 | — |
| MFS Lifetime | 0.87 | 0.87 | 0.00 | | 0.25 | 0.29 |
| State Street Target Retirement | 0.13 | 0.13 | 0.00 | | 0.38 | 0.14 |
| Fidelity Freedom Index | 0.12 | 0.12 | 0.00 | | 2.15 | 1.94 |
| ClearTrack | 1.19 | 1.19 | 0.00 | | 0.05 | 0.06 |
| Fidelity Freedom | 0.66 | 0.66 | 0.00 | | 16.72 | 18.03 |
| BlackRock LifePath Dynamic | 0.81 | 0.81 | 0.00 | | 0.13 | 0.19 |
| Principal LifeTime | 0.82 | 0.81 | 0.01 | | 2.32 | 2.94 |
| John Hancock Multimanager Lifetime | 0.68 | 0.67 | 0.01 | | 0.69 | 0.83 |
| Voya Target Retirement | 0.75 | 0.73 | 0.02 | | 0.00 | 0.00 |
| Virtus DFA Trgt Date Retire Inc | 0.74 | 0.70 | 0.04 | | 0.00 | 0.00 |
| PIMCO RealPath Blend | 0.38 | 0.28 | 0.10 | | 0.00 | 0.00 |

Source: Morningstar, Inc. Data as of 12/31/17.

Most target-date series' asset-weighted expense ratios declined in 2017. The Voya Index Solution saw the biggest drop of 28 basis points. Voya reduced the underlying fund fee and increased net flows to its lowest cost share class, the Z shares. The Prudential Day One series, which launched in December 2016, saw its asset-weighted expense ratio come down significantly in 2017, as the majority of flows went to its lowest-cost R6 share class. Meanwhile, the notable declines for the Wells Fargo Target and Schwab Target series both came from cutting costs in 2017. Wells Fargo's fees declined after it revamped the series in mid-2017, while Schwab injected more passively managed strategies into the underlying mix, which lowered fees. Conversely, PIMCO RealPath Blend, with its 10-basis-point increase, was the only series to see fees go up by more than 5 basis points over the year. That came from increased flows to the higher-cost Administrative share class in 2017 and does not reflect an increase in fees for the series.

**Most Target-Date Investors Pay Less Than Average**

While target-date funds' average asset-weighted expense ratio has declined to a historical low, most investors in the funds actually pay less than the average. Exhibit 14 shows how the market-share-weighted expense ratio has changed over time. Unlike the average asset-weighted expense ratio, which weighs each series equally in calculating the average, the market-share-weighted expense ratio considers each series' market share. The 0.47% market-share-weighted expense ratio at the end of 2017 came in well below the 0.66% asset-weighted average expense ratio, reflecting that lower-cost offerings are winning investor assets.

Exhibit 19                     Page 17 of 61

**Exhibit 14**  Target-Date Funds' Market-Share-Weighted Expense Ratio, 2009-17



Source: Morningstar, Inc. Data as of 12/31/17.

**Buyer Beware**

Low costs allow investors to reap more of their investment gains, but investors in target-date funds need to look beyond price tags to investment strategy to determine the appropriateness of the fees. A target-date provider's decision to use actively or passively managed strategies to gain exposure to desired asset classes directly affects a target-date series' cost. Investors in series that hold passive strategies should generally expect to pay less, whereas active management often comes with a higher cost.

The distinction between "active" and "passive" target-date series has become more muddled in recent years. Several target-date series that have historically held actively managed strategies have inserted or relied more heavily on passive funds. Meanwhile, other series explicitly aim to blend active and passive funds. Exhibit 15 plots the average expense ratio of each series' lowest-cost share class while considering the percentage of series assets held in actively managed funds as of year-end 2017 to illustrate the murkiness of the active/passive distinction.

Exhibit 19                    Page 18 of 61

**Exhibit 15**  Target-Date Series' Average Expense Ratio of the Cheapest Share Class versus Percentage in Actively Managed Underlying Funds



Source: Morningstar, Inc. Data as of 12/31/17.

Some target-date series may appear competitively priced on the surface, but less so when considering their passive exposure. Exhibit 16 lists the coordinates for each series included in Exhibit 15, providing clarity on the competitiveness of a series' fees versus similarly constructed peers. The Great-West Lifetime and Lifetime Conservative series both have expense ratios that would be close to the norm for a 100% active strategy, but those series hold less than 60% in active strategies. Similarly, the Schwab Target series' 0.58% expense ratio looks less appealing given it held only 68% in active strategies at the end of 2017. Meanwhile, the Principal LifeTime Hybrid series launched in 2014 as a low-cost alternative to the firm's legacy series, but its 0.43% expense ratio looks ordinary rather than a bargain considering roughly two thirds of the assets were in passive strategies at year-end 2017.

Not all passive series come with low costs. The cluster of passive series with low expense ratios includes the Schwab Target Index (0.08%), Vanguard Target Retirement (0.09%), Fidelity Freedom Index (0.10%), TIAA Lifecycle Index (0.10%), BlackRock LifePath Index (0.12%), and State Street Target Retirement (0.13%). Still, four passive series have expense ratios above 0.50%: ClearTrack (0.55%), 1290 Retirement (0.65%), Great-West Secure Foundation Lifetime (0.68%), and State Farm Lifepath (0.72%).

Exhibit 16 also identifies target-date series that may not be among the cheapest available, but are attractively priced considering their investment in actively managed funds. While the Wells Fargo Target series stands out with its 0.20% expense ratio while being 100% active, its exposure includes passive: The series holds individual securities that together replicate indexes in certain asset classes. Elsewhere, the Dimensional Target Date Retirement Income series is classified as holding more than 80% of assets in active strategies with an expense ratio of just 0.24%, but the firm keeps costs low through an

Exhibit 19                                    Page 19 of 61

overarching systematic, rules-based approach that's distinct from traditional active management. American Funds Target Date Retirement (0.39%) and TIAA-CREF Lifecycle (0.42%) come in next, and then a few prominent series land in the 0.45% to 0.50% range: Fidelity Freedom (0.45%), JPMorgan SmartRetirement (0.48%), MFS Lifetime (0.49%), and American Century One Choice (0.50%). These all come in notably lower than the 0.55% average for a series with 100% in active strategies.

**Exhibit 16** Target-Date Series' Average Expense Ratio of the Cheapest Share Class versus Percentage in Actively Managed Underlying Funds

| Name | Active % | Average Expense Ratio (Cheapest Share Class) | Name | Active % | Average Expense Ratio (Cheapest Share Class) |
|---|---|---|---|---|---|
| 1290 Retirement | 0 | 0.65 | KP Retirement Path | 93 | 0.44 |
| AB Multi-Manager Select | 80 | 0.58 | MainStay Retirement | 64 | 0.78 |
| AllianzGI Retirement | 89 | 0.55 | Manning & Napier Target | 100 | 0.59 |
| American Century One Choice | 100 | 0.50 | MassMutual RetireSMART | 100 | 0.54 |
| American Funds Trgt Date Rtrmt | 100 | 0.39 | MFS Lifetime | 100 | 0.49 |
| AXA Target Allocation | 34 | 0.85 | Nationwide Destination | 6 | 0.39 |
| BlackRock LifePath Dynamic | 87 | 0.45 | Natixis Sustainable Future | 100 | 0.65 |
| BlackRock LifePath Index | 0 | 0.12 | PIMCO RealPath Blend | 25 | 0.26 |
| BlackRock LifePath Smart Beta | 1 | 0.25 | PIMCO RealPathTM | 100 | 0.63 |
| BMO Target Date Retirement Funds | 83 | 0.65 | Principal Lifetime Hybrid | 35 | 0.43 |
| ClearTrack | 0 | 0.55 | Principal LifeTime | 85 | 0.70 |
| Columbia Adaptive Retirement | 88 | 0.50 | Prudential Day One | 75 | 0.40 |
| Dimensional Target Date Retire Income | 82 | 0.24 | Putnam RetirementReady | 100 | 0.67 |
| Fidelity Advisor Freedom | 93 | 0.45 | Schwab Target Index | 1 | 0.08 |
| Fidelity Freedom Index | 5 | 0.10 | Schwab Target | 68 | 0.58 |
| Fidelity Freedom | 94 | 0.45 | State Farm Lifepath | 0 | 0.72 |
| Franklin LifeSmart | 73 | 0.67 | State Street Target Retirement | 0 | 0.13 |
| Goldman Sachs Target Date | 6 | 0.47 | T. Rowe Price Retirement | 87 | 0.54 |
| Great-West Lifetime Conservative | 59 | 0.57 | T. Rowe Price Target Retire | 89 | 0.57 |
| Great-West Lifetime | 56 | 0.58 | TIAA-CREF Lifecycle Index | 2 | 0.10 |
| Great-West SecureFoundation Lifetime | 0 | 0.68 | TIAA-CREF Lifecycle | 100 | 0.42 |
| Guidestone Funds MyDestination | 84 | 0.83 | USAA Target Retirement Funds | 95 | 0.76 |
| Harbor Target Retirement | 100 | 0.71 | Vanguard Target Retirement | 0 | 0.09 |
| Invesco Balanced-Risk Retirement | 100 | 0.77 | Virtus DFA Trgt Date Retire Inc | 79 | 0.61 |
| John Hancock Multi-Index Lifetime | 48 | 0.37 | Voya Index Solution | 1 | 0.18 |
| John Hancock Multi-Index Preservation | 46 | 0.36 | Voya Solution | 81 | 0.81 |
| John Hancock Multimanager Lifetime | 100 | 0.57 | Voya Target Retirement | 65 | 0.65 |
| JPMorgan SmartRetirement Blend | 26 | 0.29 | Wells Fargo Dynamic Target | 67 | 0.59 |
| JPMorgan SmartRetirement | 99 | 0.48 | Wells Fargo Target | 100 | 0.20 |

Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19                                    Page 20 of 61

# Performance

Serving as all-in-one option for an investor's retirement savings, target-date funds rightfully face scrutiny when it comes to performance results. This section looks at how target-date funds have performed versus the broad U.S. equity market, and then compares how different series of target-date funds have fared versus each other.

**The Potential for Disappointing by Diversifying**

Target-date funds don't guarantee a return that ensures investors have sufficient savings at retirement; instead they provide a diversified portfolio that considers an investor's age in setting asset allocation and balancing risks. This simple, yet crucial, perspective helps keep target-date fund performance in proper context. As U.S. large-cap stocks have generally been the top-performing investment over the past several years, target-date investors' portfolios are typically more diverse, which may lead investors to question the merit of diversifying beyond U.S. stocks.

U.S. large-cap stocks outpaced target-date funds handily over the past five years through December 2017. Using the S&P 500 as a proxy for U.S. large-cap stocks, Exhibit 17 shows that an investor with $10,000 (assuming no additional contributions) would have ended up with nearly $21,000 by investing only in U.S. large-cap stocks, compared with just under $16,000 with the average return for a 2040 fund and less than $14,000 for a 2020 fund.

**Exhibit 17**  Five-Year Growth of $10,000: S&P 500 versus Average Target-Date Fund Returns



Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19                    Page 21 of 61

As seen in Exhibit 18, the return advantage of investing in U.S. large-cap stocks holds true over the past 15 years through December 2017 as well, but the advantage came later in the period. The S&P 500 did not surge ahead of the average return of a 2020 or 2040 target-date fund until late 2011.

**Exhibit 18**  Fifteen-Year Growth of $10,000: S&P 500 versus Average Target-Date Fund Returns



Source: Morningstar, Inc. Data as of 12/31/17.

The inability of target-date funds to keep pace with the S&P 500 doesn't come as a surprise considering their asset-class exposure. Exhibit 19 plots the return and standard deviations of the S&P 500 (the crosshairs) as well as other indexes that serve as proxies of asset classes commonly seen in target-date funds. Notably, none of the asset classes had both a higher return and less volatility than the S&P 500 over the period, and non-U.S. developed stocks (as represented by the MSCI EAFE Index) had a lower return and more volatility.

Exhibit 19                                                   Page 22 of 61

**Exhibit 19**  Fifteen-Year Risk/Reward: S&P 500 versus Common Asset Classes in Target-Date Funds



Source: Morningstar, Inc. Data as of 12/31/17.

## May Lose Money, but Usually Less

Being that many investors arrive in a target-date fund as a default investment in a retirement plan rather than by proactively selecting one, the funds often come under increased scrutiny when market turbulence hits and questions about investors' tolerance to losses arise. Memories of the target-date funds' participation in the market losses experienced during the financial crisis also resurface. (The average returns of the 2020 and 2040 target-date funds were negative 29.5% and negative 37.9% in 2008, respectively.)

Importantly, target-date funds' primary objective is not to preserve capital, though the funds have held up relatively well when the market declines. Exhibit 20 shows the quarterly success rate and average excess return of the average 2020 and 2040 funds versus the S&P 500 over the past 15 years, and then divides the results into particular market environments. While they generally lagged, both target-date funds' average returns held up better in down markets, with the 2020 fund faring better than the S&P 500 in 87% of down quarters and outperforming by more than 2.0%, on average, those quarters. Exhibit 20 also shows that the average target-date fund returns struggle to keep pace when the S&P 500 is rising and when U.S. stocks are generally in favor compared with foreign stocks.

Exhibit 19                         Page 23 of 61

**Exhibit 20**  Quarterly Return Success Ratios versus S&P 500 for 15 Years

| | Target-Date Fund Average | | | | | | | | | |
| | Entire Period | | Up Markets | | Down Markets | | U.S. > Non-U.S. Equity | | Non-U.S. > U.S. Equity | |
| | 2040 | 2020 | 2040 | 2020 | 2040 | 2020 | 2040 | 2020 | 2040 | 2020 |
| % of Quarters Beat the S&P 500 | 43 | 33 | 38 | 16 | 60 | 87 | 11 | 29 | 72 | 38 |
| Average Quarterly Excess Return vs. S&P 500 | −0.53 | −0.96 | −0.73 | −2.00 | 0.07 | 2.15 | −1.75 | −1.67 | 0.54 | −0.34 |

Source: Morningstar, Inc. Data as of 12/31/17.

### Looking Back to Set Expectations

Past returns certainly don't predict future returns, but a glance back may give investors at least a general sense of what they could experience when investing in a target-date fund. Exhibit 21 shows the frequency of rolling three-year returns landing within certain absolute-return ranges over the past 15 years for the average 2020 and 2040 target-date funds as well as the S&P 500. Roughly 60% of the time, the average 2020 return landed between 0% and 10%, the average 2040 return between 5% and 15%, and the S&P 500 exceeded 10%, in a roughly linear fashion. All three experienced the same number of losses over the period (slightly less than 20% of observations), though the S&P 500's were usually more severe.

While absolute returns may vary depending on the market environment, target-date investors may reasonably assume the relative outcomes of the past will hold true going forward. Target-date funds may not be the best performers when equity markets rise, but they should generate positive absolute returns. Meanwhile, they can be expected to lose value when equity markets decline, and they should hold up better than 100%-equity portfolios, particularly funds that are closer to their target date and hold significant positions in bonds.

**Exhibit 21**  Distribution of Rolling Three-Year Returns Over 15 Years



Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19                          Page 24 of 61

**The Leaders and Laggards**

Different investment philosophies, approaches, and exposures cause performance for target-date funds to vary. One way to gauge the success of target-date funds is by evaluating how returns rank within peer groups, as the peer groups represent the available opportunity set. Exhibit 22 displays each target-date series' average Morningstar Category rank—considering all funds and share classes within a series—for the trailing periods through year-end 2017.

Only four series stood out with average ranks that topped at least 60% of peers over all trailing periods shown: American Funds Target Date Retirement, T. Rowe Price Retirement, TIAA-CREF Lifecycle, and Vanguard Target Retirement. (Each of the series had at least $30 billion in assets as of December 2017.) All of them benefited from above-average equity exposure across most of the glide path as well as generally strong showings from underlying holdings.

Some target-date series posted lackluster average ranks over all trailing periods. The Franklin LifeSmart, Invesco Balanced-Risk Retirement, State Farm LifePath, and Wells Fargo Target series each lagged at least 60% of peers across all trailing periods shown. These series' generally below-average equity exposures across the glide path proved to be a headwind over the 10-year period. A number of other series also struggled but haven't reached 10 years of performance history yet. Series with lagging peer ranks generally have been challenged in attracting and retaining assets.

Some series appear to be reversing their long-term standing. Following a string of changes beginning in 2012, the Fidelity Freedom series' recent performance has improved to top-quartile ranks for trailing periods five years and shorter, pulling its 10-year average rank to the middle of the pack. Meanwhile, the American Century One Choice's recent woes have dented its long-term record. The series still boasts a 10-year average rank that beats 64% of peers, but it has lagged at least two thirds of peers over the one-, three-, and five-year periods, as some of its largest underlying equity funds have posted lackluster results.

**Exhibit 22**  Trailing Average Category Ranks by Target-Date Series (All Share Classes)

| Name | Average Category Rank | | | | 80-100  60-80  40-60  20-40  0-20 |
|------|---------|--------|--------|---------|--|
| | 1 Year | 3 Year | 5 Year | 10 year | |
| 1290 Retirement | — | — | — | — | |
| AllianceBernstein Multi-Manager Select | 27 | 31 | — | — | |
| AllianzGI Retirement | 28 | 36 | 92 | — | |
| American Century One Choice | 87 | 84 | 66 | 36 | |
| American Funds Trgt Date Rtrmt | 36 | 29 | 10 | 30 | |
| AXA Target Allocation | 49 | 60 | 44 | 99 | |
| BlackRock LifePath Dynamic | 27 | 55 | 71 | 57 | |
| BlackRock LifePath Index | 52 | 37 | 45 | — | |
| BlackRock LifePath Smart Beta | 49 | 60 | 61 | 59 | |
| BMO Target Date Retirement Funds | 32 | 56 | — | — | |

Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19                                   Page 25 of 61

**Exhibit 22** Trailing Average Category Ranks by Target-Date Series (All Share Classes)  (Continued)

| Name | Average Category Rank | | | |
| --- | --- | --- | --- | --- |
| | 1 Year | 3 Year | 5 Year | 10 year |
| ClearTrack | 77 | — | — | — |
| Columbia Adaptive Retirement | — | — | — | — |
| Dimensional Target Date Retirement Income | 54 | — | — | — |
| Fidelity Advisor Freedom | 32 | 39 | 55 | 72 |
| Fidelity Flex Freedom | — | — | — | — |
| Fidelity Freedom Index | 47 | 39 | 57 | — |
| Fidelity Freedom | 15 | 11 | 24 | 49 |
| Franklin LifeSmart | 78 | 95 | 74 | 74 |
| Goldman Sachs Target Date Portfolio | 97 | 79 | 55 | 92 |
| Great-West Lifetime Conservative | 93 | 83 | 85 | |
| Great-West Lifetime | 61 | 46 | 33 | — |
| Great-West SecureFoundation Lifetime | 72 | 44 | 41 | — |
| Guidestone Funds MyDestination | 45 | 74 | 81 | 71 |
| Harbor Target Retirement | 61 | 62 | 81 | — |
| Invesco Balanced-Risk Retirement | 98 | 93 | 98 | 94 |
| Invesco Peak Retirement | — | — | — | — |
| John Hancock Multi-Index Lifetime | 59 | 26 | — | — |
| John Hancock Multi-Index Preservation | 93 | 79 | 81 | — |
| John Hancock Multimanager Lifetime | 33 | 30 | 29 | 47 |
| JPMorgan SmartRetirement Blend | 54 | 41 | 44 | — |
| JPMorgan SmartRetirement | 23 | 56 | 38 | 14 |
| KP Retirement Path | 49 | 38 | — | — |
| MainStay Retirement | 34 | 66 | 32 | 28 |
| Manning & Napier Target | 40 | 96 | 79 | — |
| MassMutual RetireSMART | 54 | 77 | 64 | 59 |
| MFS Lifetime | 63 | 43 | 49 | 42 |
| Nationwide Destination | 84 | 63 | 57 | 64 |
| Natixis Sustainable Future | — | — | — | — |
| PIMCO RealPath Blend | 59 | 61 | — | — |
| PIMCO RealPathTM | 70 | 83 | 94 | — |
| Principal Lifetime Hybrid | 56 | 22 | — | — |
| Principal LifeTime | 31 | 72 | 57 | 67 |
| Prudential Day One Target Date | 70 | — | — | — |
| Putnam RetirementReady | 87 | 86 | 54 | 76 |
| Schwab Target Index | 69 | — | — | — |

Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19                                    Page 26 of 61

**Exhibit 22**  Trailing Average Category Ranks by Target-Date Series (All Share Classes)  (Continued)

| Name | Average Category Rank | 80-100 | 60-80 | 40-60 | 20-40 | 0-20 |
| --- | --- | --- | --- | --- |
| | 1 Year | 3 Year | 5 Year | 10 year |
| Schwab Target | 34 | 46 | 32 | 26 |
| State Farm Lifepath | 65 | 73 | 75 | 75 |
| State Street Target Retirement | 37 | 43 | — | — |
| T. Rowe Price Retirement | 14 | 16 | 13 | 14 |
| T. Rowe Price Target Retire | 54 | 44 | — | — |
| TIAA-CREF Lifecycle Index | 36 | 20 | 14 | — |
| TIAA-CREF Lifecycle | 4 | 4 | 7 | 24 |
| USAA Target Retirement Funds | 72 | 70 | 79 | — |
| Vanguard Target Retirement | 35 | 32 | 16 | 18 |
| Virtus DFA Trgt Date Retire Inc | 58 | — | — | — |
| Voya Index Solution | 59 | 57 | 41 | — |
| Voya Solution | 39 | 46 | 39 | 70 |
| Voya Target Retirement | 49 | 45 | 36 | — |
| Wells Fargo Dynamic Target | 32 | — | — | — |
| Wells Fargo Target | 91 | 86 | 81 | 69 |

Source: Morningstar, Inc. Data as of 12/31/17.

A look at the calendar-year returns provides clarity on how target-date series arrived at their trailing results. Notably, nearly all series' annual results are uneven. As seen in Exhibit 23, top long-term performers such as American Funds Target Date Retirement lagged 85% of peers, on average, in 2010, but then followed with five consecutive years of strong rankings. The T. Rowe Price Retirement and Vanguard Target Retirement series have ranked in the top half each year since 2008 and 2009, respectively.

Even target-date series with subpar long-term results have their day in the sun. Invesco Balanced-Risk Retirement had returns that beat 95% of peers in 2016 between two calendar years of bottom-decile ranks. Similarly, PIMCO's two series bounced back from a rough 2015 with strong relative returns in 2016.

Exhibit 19                                    Page 27 of 61

**Exhibit 23** Calendar Year Average Category Ranks by Target-Date Series (All Share Classes)

Average Category Rank — Legend: ■ 80-100  ■ 60-80  ■ 40-60  ■ 20-40  ■ 0-20

| Name | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | 2011 | 2010 | 2009 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1290 Retirement | — | — | — | — | — | — | — | — | — | — |
| AllianceBernstein Multi-Manager Select | 27 | 34 | 46 | | | | | | | |
| AllianzGI Retirement | 28 | 30 | 65 | 98 | 90 | 82 | 46 | 36 | 31 | |
| American Century One Choice | 87 | 69 | 53 | 8 | 66 | 66 | 8 | 49 | 89 | 14 |
| American Funds Trgt Date Rtrmt | 36 | 49 | 17 | 19 | 5 | 27 | 24 | 85 | 47 | 42 |
| AXA Target Allocation | 49 | 34 | 67 | 75 | 16 | 51 | 86 | 82 | 86 | 68 |
| BlackRock LifePath Dynamic | 27 | 57 | 75 | 52 | 80 | 61 | 23 | 71 | 67 | 15 |
| BlackRock LifePath Index | 52 | 48 | 20 | 17 | 69 | 49 | | | | |
| BlackRock LifePath Smart Beta | 49 | 45 | 74 | 74 | 56 | 56 | 31 | 53 | 66 | 26 |
| BMO Target Date Retirement Funds | 32 | 57 | 73 | 21 | | — | — | — | — | — |
| ClearTrack | 77 | 65 | | | | | | | | |
| Columbia Adaptive Retirement | — | — | | | | | | | | |
| Dimensional Target Date Retirement Income | 54 | 21 | | | | | | | | |
| Fidelity Advisor Freedom | 32 | 51 | 38 | 58 | 61 | 71 | 70 | 29 | 34 | 70 |
| Fidelity Flex Freedom | — | | | | | | | | | |
| Fidelity Freedom Index | 47 | 33 | 34 | 25 | 73 | 86 | 27 | 59 | | |
| Fidelity Freedom | 15 | 31 | 11 | 38 | 52 | 58 | 66 | 47 | 41 | 53 |
| Franklin LifeSmart | 78 | 96 | 68 | 58 | 33 | 94 | 52 | 31 | 17 | 35 |
| Goldman Sachs Target Date Portfolio | 97 | 41 | 25 | 3 | 64 | 89 | 6 | 99 | 33 | 84 |
| Great-West Lifetime Conservative | 93 | 25 | 55 | 38 | 86 | 48 | 20 | 69 | | |
| Great-West Lifetime | 61 | 12 | 54 | 28 | 33 | 12 | 57 | 34 | | |
| Great-West SecureFoundation Lifetime | 72 | 13 | 42 | 49 | 35 | 51 | 39 | 97 | | |
| Guidestone Funds MyDestination | 45 | 26 | 92 | 87 | 50 | 36 | 24 | 6 | 45 | 63 |
| Harbor Target Retirement | 61 | 73 | 31 | 92 | 70 | 20 | 48 | 53 | | |
| Invesco Balanced-Risk Retirement | 98 | 5 | 93 | 37 | 95 | 92 | 3 | 66 | 80 | 34 |
| Invesco Peak Retirement | — | | | | | | | | | |
| John Hancock Multi-Index Lifetime | 58 | 3 | 63 | 13 | | — | — | — | | |
| John Hancock Multi-Index Preservation | 93 | 38 | 55 | 45 | 83 | 78 | 4 | | | |
| John Hancock Multimanager Lifetime | 33 | 25 | 48 | 52 | 23 | 23 | 83 | 18 | 5 | 83 |
| JPMorgan SmartRetirement Blend | 54 | 39 | 35 | 21 | 63 | | | | | |
| JPMorgan SmartRetirement | 23 | 80 | 49 | 12 | 47 | 7 | 72 | 8 | 26 | 21 |
| KP Retirement Path | 49 | 52 | 18 | | | | | | | |
| MainStay Retirement | 34 | 86 | 31 | 29 | 9 | 38 | 41 | 57 | 69 | 24 |
| Manning & Napier Target | 40 | 95 | 94 | 58 | 26 | 35 | 65 | 52 | 45 | |
| MassMutual RetireSMART | 54 | 66 | 83 | 84 | 23 | 27 | 60 | 29 | 23 | 59 |
| MFS Lifetime | 63 | 42 | 23 | 84 | 37 | 29 | 46 | 14 | 25 | 54 |
| Nationwide Destination | 84 | 17 | 59 | 72 | 31 | 50 | 68 | 41 | 79 | 29 |
| Natixis Sustainable Future | — | — | | | | | | | | |
| PIMCO RealPath Blend | 59 | 5 | 91 | | | | | | | |
| PIMCO RealPathTM | 70 | 11 | 97 | 69 | 94 | 80 | 12 | 74 | 39 | |

Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19          Page 28 of 61

**Exhibit 23**  Calendar Year Average Category Ranks by Target-Date Series (All Share Classes)  (Continued)

Average Category Rank — ■ 80-100  ■ 60-80  ■ 40-60  ■ 20-40  ■ 0-20

| Name | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | 2011 | 2010 | 2009 | 2008 |
|------|------|------|------|------|------|------|------|------|------|------|
| Principal Lifetime Hybrid | 56 | 29 | 11 | — | — | — | — | — | — | — |
| Principal LifeTime | 31 | 89 | 46 | 44 | 44 | 21 | 50 | 21 | 60 | 68 |
| Prudential Day One Target Date | 70 | — | — | — | — | — | — | — | — | — |
| Putnam RetirementReady | 87 | 89 | 26 | 13 | 42 | 58 | 62 | 84 | 31 | 60 |
| Schwab Target Index | 69 | — | — | — | — | — | — | — | — | — |
| Schwab Target | 34 | 85 | 7 | 23 | 18 | 32 | 15 | 48 | 74 | 18 |
| State Farm Lifepath | 65 | 65 | 70 | 56 | 75 | 70 | 25 | 82 | 76 | 20 |
| State Street Target Retirement | 37 | 26 | 64 | — | — | — | — | — | — | — |
| T. Rowe Price Retirement | 14 | 45 | 17 | 34 | 11 | 7 | 48 | 13 | 7 | 62 |
| T. Rowe Price Target Retire | 54 | 57 | 13 | 44 | — | — | — | — | — | — |
| TIAA-CREF Lifecycle Index | 36 | 32 | 18 | 15 | 21 | 42 | 10 | 62 | — | — |
| TIAA-CREF Lifecycle | 4 | 47 | 5 | 60 | 11 | 7 | 39 | 30 | 74 | 49 |
| USAA Target Retirment Funds | 72 | 18 | 81 | 90 | 75 | 59 | 43 | 14 | 29 | — |
| Vanguard Target Retirement | 35 | 30 | 35 | 9 | 25 | 42 | 17 | 35 | 76 | 12 |
| Virtus DFA Trgt Date Retire Inc | 58 | — | — | — | — | — | — | — | — | — |
| Voya Index Solution | 59 | 50 | 42 | 32 | 36 | 45 | 42 | 78 | 90 | — |
| Voya Solution | 39 | 84 | 14 | 28 | 47 | 49 | 76 | 46 | 66 | 54 |
| Voya Target Retirement | 49 | 68 | 21 | 28 | 40 | — | — | — | — | — |
| Wells Fargo Dynamic Target Ser | 32 | 65 | — | — | — | — | — | — | — | — |
| Wells Fargo Target | 91 | 57 | 70 | 66 | 74 | 85 | 27 | 47 | 71 | 12 |

Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19                    Page 29 of 61

**A Relatively Tight Pack of Returns**

Before drawing conclusions about the performance ranks of various target-date funds, investors should
be mindful of the relatively tight dispersion of returns within target-date fund categories. Exhibit 24
shows the one-year return dispersion of target-date series' oldest share class within selected target-date
fund Morningstar Categories versus other selected categories.

Despite target-date funds' significant exposure to equities, their return dispersion is more like the
intermediate-term bond category than the U.S. large-blend category. Excluding major outliers, the 2050
target-date fund category saw returns range from 17.4% to 24.0% in 2017, and that 6.6 percentage point
dispersion in returns was much tighter than the U.S. large-blend's 20.5 percentage points and even
tighter than the intermediate-term bond's 8.8 percentage points.

**Exhibit 24**  Dispersion of Returns Within Target-Date Categories (Oldest Share Class), 1 Year



Source: Morningstar, Inc. Data as of 12/31/17.

The same finding holds true over the three-year period through 2017: Target-date funds' returns tend to
have tighter dispersion than other major categories. Exhibit 25 follows the same approach as Exhibit 24
but looks at three-year returns rather than one-year returns. Both exhibits show that the dispersion
doesn't shrink within target-date fund categories that hold more in bonds, even though bond categories
have tighter return dispersions than equity categories. The increasing variance in asset allocation among
target-date series as they approach the target date, which is covered in this report's Process section, can
be expected to contribute to higher return dispersion, potentially offsetting the increased bond exposure.

Exhibit 19                    Page 30 of 61



**Exhibit 25**  Dispersion of Returns Within Target-Date Categories (Oldest Share Class), 3 Years

Source: Morningstar, Inc. Data as of 12/31/17.

Given their tight dispersion of returns, target-date funds' performance ranks may shift meaningfully in short order. Exhibit 26 shows the instability of target-date series' average performance ranks over the one-year and three-year periods. A clustering of points along a line from the bottom left-hand corner to the upper right-hand corner would suggest stability in performance ranks, but Exhibit 26 doesn't illustrate that pattern.

True, the three-year return ranks show more consistency than the one-year ranks, but there are still sizable shifts. For instance, the Manning & Napier Target series saw its average three-year performance rank go from beating 65% of peers through 2014 to trailing more than 95% of peers through 2017. Conversely, the Fidelity Freedom series went from ranking in the middle of pack, on average, over the three-year period through 2014 to topping nearly 90% of peers through 2017.

Exhibit 19                    Page 31 of 61

**Exhibit 26**  Change in Target-Date Series' Average One-Year and Three-Year Peer Ranks



Source: Morningstar, Inc. Data as of 12/31/17.

### The Benchmarking Conundrum

In addition to studying peer ranks, investors can judge success by comparing a fund's results versus a benchmark. It can be difficult, however, to identify a suitable benchmark for target-date funds because their asset allocations vary. Exhibit 27 displays the indexes that firms have designated as their primary benchmark in the prospectuses of target-date funds.

While still not a majority, the S&P Target-Date Indexes have emerged as the most-popular benchmark among target-date providers, with 24 of 60 series listing them as the primary benchmark. Single asset-class benchmarks, such as the S&P 500, tied for second. Custom indexes shared second place, and while they may be effective in some instances, they are difficult for the end investor to use as a yardstick. Plus, custom indexes vary by target-date series depending on the asset-allocation approach and they rely on the target-date provider to build the benchmark judiciously.

**Exhibit 27**  Count of Target-Date Series' Primary Prospectus Benchmarks



| Benchmark | # of Series |
| --- | --- |
| S&P Target-Date | 24 |
| Single Asset Class | 12 |
| Custom Index | 12 |
| N/A | 6 |
| Morningstar Lifetime | 4 |
| Dow Jones Target | 2 |

Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19                    Page 32 of 61

**Newer, Cheaper Not Always Better**

As described in this report's Assets, Flows, and Competitive Landscape section, target-date providers have been increasingly willing to offer multiple series to meet investor demand, and while target-date investors may flock to those newer, typically lower-cost offerings, they haven't always come out ahead from a performance standpoint. Exhibit 28 compares the performance of a common share class of a firm's newest series with its older offerings since the inception of the newest series. This comparison provides a sense of whether an investor was better off moving to the newest series. It shows that 80% of the time the newest series comes with a lower expense ratio—30 basis points cheaper, on average, in those cases—but performance was mixed.

Some of the newer, lower-cost target-date series have delivered better results, on average. Focusing on newest series with at least three years of history, PIMCO RealPath Blend, Principal LifeTime Hybrid, and BlackRock LifePath Index came out notably ahead of their firms' older series on both an absolute and risk-adjusted basis over their respective histories. The older series' underlying active strategies struggled to keep pace with the passive strategies, causing the older series to lag.

In other cases, target-date investors would have received higher returns by staying with a firm's legacy series. Despite higher fees, the Fidelity Freedom series outperformed the Fidelity Freedom Index series by roughly 63 basis points, on average, since the latter's inception while posting a similar Sharpe ratio. Freedom beat Freedom Index with help from solid results from underlying active strategies and the inclusion of distinct asset classes, such as high-yield bond. The legacy JPMorgan SmartRetirement also outpaced the firm's newer blend version on both an absolute and risk-adjusted basis thanks to strong showings from its underlying active strategies, whereas TIAA-CREF Lifecycle bested TIAA-CREF Lifecycle Index by 30 basis points, on average, but came in with slightly lower Sharpe ratios.

**Exhibit 28**  Performance Comparison of a Firm's Newest Target-Date Series versus Older Series

| Newest Series | Inception Date | Vs. Older Series | Average Excess Since Newest Series' Inception Through 2017 (Newest − Oldest) | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Annualized Return | Sharpe Ratio | Maximum Drawdown | Current Expense Ratio |
| BlackRock LifePath Index | 5/31/11 | BlackRock LifePath Dynamic | 0.37 | 0.05 | 0.06 | −0.33 |
| BlackRock LifePath Index | 5/31/11 | BlackRock LifePath Smart Beta | 0.35 | 0.10 | 1.54 | −0.13 |
| Fidelity Freedom Index | 10/2/09 | Fidelity Freedom | −0.63 | 0.01 | 2.09 | −0.49 |
| Great-West SecureFoundation Lifetime | 11/13/09 | Great-West Lifetime | −0.79 | 0.00 | 1.55 | −0.25 |
| Great-West SecureFoundation Lifetime | 11/13/09 | Great-West Lifetime Conservative | 0.48 | −0.06 | −2.01 | −0.24 |
| John Hancock Multi-Index Lifetime | 11/7/13 | John Hancock Multimanager Lifetime | 0.15 | 0.01 | 0.97 | −0.20 |
| John Hancock Multi-Index Lifetime | 11/7/13 | John Hancock Multi-Index Preservation | 1.57 | −0.05 | −2.14 | 0.01 |
| JPMorgan SmartRetirement Blend | 7/2/12 | JPMorgan SmartRetirement | −0.60 | −0.04 | 1.99 | −0.15 |
| PIMCO RealPath Blend | 12/31/14 | PIMCO RealPathTM | 1.10 | 0.22 | 3.01 | −0.38 |
| Principal Lifetime Hybrid | 9/30/14 | Principal LifeTime | 0.87 | 0.12 | 1.35 | −0.24 |
| Schwab Target Index | 8/25/16 | Schwab Target | −0.85 | 0.06 | 0.28 | −0.53 |
| T. Rowe Price Target Retire | 8/20/13 | T. Rowe Price Retirement | −0.96 | 0.01 | 1.04 | 0.00 |
| TIAA-CREF Lifecycle Index | 9/30/09 | TIAA-CREF Lifecycle | −0.30 | 0.04 | 1.68 | −0.32 |
| Voya Index Solution | 3/10/08 | Voya Solution | 0.16 | 0.07 | 4.34 | −0.40 |
| Wells Fargo Dynamic Target | 11/30/15 | Wells Fargo Target | 1.11 | 0.08 | −1.43 | 0.40 |

Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19                    Page 33 of 61

# Parent

By design, target-date funds have the potential to be a multidecade holding for investors. As such, investors stand to benefit from partnering with firms that have a long-term commitment to their target-date funds. This section provides an overview of the firms that offer target-date funds, highlighting instances where target-date funds could reasonably be expected to be a high priority. It also examines firms' broad areas of emphasis, including active versus passive management, and how that could affect the design of their target-date funds.

**The Significance of Target-Date Funds**

The importance of target-date funds to a firm depends on the firm's background, capabilities, and outlook. Target-date funds can be expected to have a firm's attention when they represent a sizable amount of assets or recent fund flows. Of the 41 firms that offer a series of target-date mutual funds, Exhibit 29 identifies the 15 firms that had at least 5% of their mutual fund assets in target-date funds at year-end 2017. The list includes firms with hundreds of billions of dollars in assets, such as T. Rowe Price, J.P. Morgan, and Fidelity, as well as smaller firms like GuideStone.

In some instances, target-date funds serve as a firm's primary source of new fund flows. Exhibit 29 shows that American Funds would have experienced net negative flows in 2017 if not for the roughly $24 billion in positive net flows to its target-date funds. In the cases of J.P. Morgan and Voya, their target-date funds' positive flows served as a bright spot in 2017 when their firms saw net negative flows.

**Exhibit 29**  Firms With More Than 5% of Assets in Target-Date Funds

| Firm | 2017 Total Assets | | | 2017 Net Flows | | |
|---|---|---|---|---|---|---|
| | Target-Date | Firm | Firm Assets from TD Assets % | Target-Date | Firm | Firm Flows from TD Assets % |
| KP Funds | 6,884.0 | 7,276.6 | 94.6 | 676.2 | 1,417.6 | 47.7 |
| State Street Global Advisors | 4,417.2 | 10,845.9 | 40.7 | 2,736.2 | 1,103.0 | 248.1 |
| Great-West Funds | 7,467.8 | 19,273.5 | 38.7 | −191.2 | −378.2 | 50.6 |
| State Farm | 8,278.1 | 21,392.6 | 38.7 | −215.0 | −680.4 | 31.6 |
| TIAA Investments | 43,578.5 | 130,919.6 | 33.3 | 6,075.0 | 8,141.0 | 74.6 |
| T. Rowe Price | 165,573.8 | 592,267.3 | 28.0 | −9,546.0 | −10,859.0 | 87.9 |
| GuideStone Funds | 2,986.6 | 11,919.4 | 25.1 | 307.3 | 189.4 | 162.2 |
| Principal Funds | 26,371.5 | 135,570.3 | 19.5 | −3,503.7 | −3,097.0 | 113.1 |
| JPMorgan | 53,498.5 | 301,024.0 | 17.8 | 672.7 | −478.0 | (G) |
| American Century Investments | 19,014.5 | 114,982.6 | 16.5 | −362.7 | −6,586.7 | 5.5 |
| Fidelity Investments | 227,532.3 | 1,461,367.3 | 15.6 | −461.8 | 10,506.4 | (L) |
| John Hancock | 17,163.2 | 150,834.4 | 11.4 | −1,466.9 | −1,828.5 | 80.2 |
| Vanguard | 381,489.8 | 3,466,811.6 | 11.0 | 50,617.2 | 207,039.2 | 24.4 |
| Voya | 6,987.5 | 85,883.4 | 8.1 | 748.7 | −8,502.3 | (G) |
| American Funds | 88,662.1 | 1,524,349.1 | 5.8 | 24,114.7 | 16,628.8 | 145.0 |

Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19                                                   Page 34 of 61

**Looking at a Firm's Broad Capabilities**

While some tap external strategies, most target-date funds invest in an array of the provider's proprietary funds, so it's critical to consider a firm's available investments. Exhibit 30 displays the breakdown of target-date firms' assets into broad categories, highlighting instances where a category exceeds 30% of the firm's assets. (Most target-date fund assets are excluded from Exhibit 30, as it excludes funds of funds.) The asset breakdown may suggest areas where a firm has developed capabilities and where it may be focused for the long run.

Not surprisingly, U.S. equity is the area with most assets for many firms, but Exhibit 30 reveals the balance of assets within a firm. Only three firms—J.P. Morgan, Mainstay, and Transamerica—have more than 30% of assets in both an equity and bond category. Meanwhile, five firms have less than 10% of their assets in bond categories, including Allianz, American Funds, Harbor, Schwab, and State Street. 1290, Franklin Templeton, and Manning & Napier stand out with more than 30% of firm assets in allocation funds.

**Exhibit 30**  Percentage Breakdown of Firm Assets by U.S. Morningstar Category

| Firm | U.S. Equity | Int'l Equity | Sector Equity | Taxable Bond | Municipal Bond | Allocation | Alternative | Commodities |
|------|------------|-------------|---------------|--------------|----------------|------------|-------------|-------------|
| 1290 Funds | 11.6 | 16.4 | — | 40.4 | — | 31.6 | — | — |
| AB | 22.5 | 18.4 | 0.6 | 28.7 | 24.8 | 3.6 | 1.5 | — |
| Allianz Global Investors | 43.9 | 10.6 | 12.8 | 9.4 | — | 23.2 | 0.1 | — |
| American Century | 62.7 | 6.5 | 2.2 | 18.4 | 6.1 | 3.2 | 0.9 | — |
| American Funds | 39.2 | 28.1 | — | 7.2 | 1.8 | 23.7 | — | — |
| AXA | 60.4 | 12.6 | 1.0 | 20.7 | — | 5.1 | 0.2 | — |
| BlackRock | 19.8 | 7.6 | 3.4 | 30.8 | 7.4 | 29.0 | 1.9 | 0.1 |
| BMO | 23.4 | 15.1 | — | 24.9 | 35.1 | — | 1.4 | — |
| Columbia Threadneedle Investments | 51.6 | 7.1 | 5.8 | 18.1 | 7.9 | 8.1 | 1.2 | 0.3 |
| Dimensional | 42.3 | 35.5 | 5.4 | 14.7 | 1.7 | — | — | 0.4 |
| Fidelity | 57.1 | 11.5 | 6.1 | 16.0 | 2.2 | 6.7 | 0.0 | 0.3 |
| Franklin Templeton | 14.3 | 16.7 | 2.8 | 18.8 | 17.0 | 30.1 | 0.3 | 0.0 |
| Goldman Sachs | 33.8 | 11.3 | 4.5 | 29.1 | 14.4 | 2.6 | 3.9 | 0.5 |
| Great-West | 58.6 | 15.4 | 1.9 | 24.1 | — | — | — | — |
| GuideStone | 40.8 | 19.7 | 2.0 | 26.3 | — | 8.2 | 3.1 | — |
| Harbor | 48.3 | 46.2 | — | 5.3 | — | 0.2 | — | — |
| Invesco | 52.3 | 11.5 | 4.4 | 8.0 | 10.2 | 13.0 | 0.2 | 0.5 |
| John Hancock | 40.2 | 15.3 | 3.3 | 27.0 | 0.7 | 8.2 | 5.3 | — |
| JPMorgan | 47.8 | 10.3 | 0.9 | 30.6 | 3.7 | 5.8 | 0.9 | 0.1 |
| KP Funds | 52.2 | 23.0 | — | 24.8 | — | — | — | — |
| Mainstay Management | 35.4 | 11.6 | 2.8 | 30.1 | 12.9 | 7.0 | 0.2 | — |
| Manning & Napier Advisors Inc. | 3.9 | 29.2 | 4.3 | 18.3 | 6.5 | 37.8 | — | — |
| MassMutual | 67.5 | 12.3 | 0.0 | 17.4 | — | 2.8 | — | — |
| MFS | 44.8 | 29.0 | 2.4 | 11.7 | 5.3 | 6.4 | 0.1 | 0.3 |
| Nationwide | 56.8 | 16.9 | 0.8 | 24.1 | 1.3 | — | 0.2 | — |

Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19                                    Page 35 of 61

**Exhibit 30**  Percentage Breakdown of Firm Assets by U.S. Morningstar Category  (Continued)

🟩 > 30

| Firm | U.S. Equity | Int'l Equity | Sector Equity | Taxable Bond | Municipal Bond | Allocation | Alternative | Commodities |
|---|---|---|---|---|---|---|---|---|
| Natixis | 20.0 | 2.2 | 0.3 | 49.2 | 0.1 | 3.8 | 24.5 | — |
| PIMCO | 2.0 | 4.0 | 0.6 | 86.5 | 0.8 | 0.6 | 2.7 | 2.8 |
| Principal | 43.8 | 15.8 | 4.5 | 20.5 | 0.7 | 12.3 | 2.3 | — |
| Prudential | 26.0 | 1.4 | 10.7 | 58.7 | 1.9 | 0.8 | 0.5 | 0.0 |
| Putnam | 38.5 | 4.5 | 3.1 | 25.7 | 8.0 | 17.2 | 3.1 | — |
| Schwab | 81.4 | 10.9 | 1.6 | 4.4 | 1.4 | — | 0.3 | — |
| State Farm | 62.7 | 3.6 | — | 9.1 | 9.3 | 15.3 | — | — |
| State Street | 44.7 | 51.7 | — | 3.6 | — | — | — | — |
| T. Rowe Price | 54.3 | 13.1 | 7.2 | 14.7 | 3.9 | 6.8 | — | — |
| TIAA | 56.4 | 19.5 | 1.6 | 22.3 | 0.2 | — | — | — |
| Transamerica | 30.7 | 25.4 | 0.9 | 34.4 | 4.0 | 3.4 | 1.1 | — |
| USAA | 32.1 | 12.9 | 2.8 | 27.0 | 15.1 | 9.9 | — | — |
| Vanguard | 52.3 | 13.6 | 2.9 | 20.8 | 4.3 | 5.9 | 0.1 | — |
| Virtus | 25.1 | 25.6 | 2.8 | 42.5 | 2.2 | 1.6 | 0.2 | — |
| Voya | 49.9 | 11.8 | 4.4 | 23.2 | — | 10.5 | 0.3 | — |
| Wells Fargo | 39.2 | 7.5 | 1.2 | 13.9 | 22.6 | 15.4 | 0.2 | — |

Source: Morningstar, Inc. Data as of 12/31/17.

A firm's asset breakdown may help explain the design of its target-date funds, as firms may logically lean to their strengths and forgo areas with limited capabilities. Exhibit 31 shows the aggregate asset breakdown by broad categories for the 51 target-date series that invested more than 90% of their assets in mutual funds or ETFs as of year-end 2017. It reveals that the PIMCO RealPath series had the highest percentage of assets in taxable bonds and second-highest in commodities as of year-end 2017. These allocations align with PIMCO's capabilities—roughly 87% of the firm's assets were in taxable-bond funds and it had the highest percentage of firm assets in commodities of target-date providers.

Considering the breakdowns in Exhibits 30 and 31, American Century One Choice's home-country equity bias, more pronounced than most, agrees with the firm's asset breakdown—nearly 63% of firm assets were in U.S. equity funds versus less than 7% in international equity ones. Conversely, Dimensional Target Date Retirement Income was closer to an even U.S./international equity split, and the firm has more than 35% of fund assets in both of those areas.

Using this framework, investors may also identify areas emphasized in target-date funds that do not fall within a firm's more established capabilities. The inclusion of alternatives within the John Hancock Multimanager Lifetime series doesn't come as a surprise, as the firm had the second-highest percentage of assets in alternatives. However, seven other target-date series also include alternatives, but not all have a meaningful percentage of firm assets in those funds. The MFS Lifetime series lost its alternatives exposure in 2017 when the firm announced plans to liquidate MFS Absolute Return because of lack of demand.

Exhibit 19                          Page 36 of 61

**Exhibit 31**  Target-Date Series' Asset Breakdown by U.S. Morningstar Category

| Target-Date Series | % of Assets in Mutual Funds or ETFs | U.S. Equity | Int'l Equity | Sector Equity | Taxable Bond | Allocation | Alternative | Commodities |
|---|---|---|---|---|---|---|---|---|
| 1290 Retirement | 100 | 57.6 | 25.3 | — | 17.1 | — | — | — |
| AB Multi-Manager Select | 100 | 39.4 | 23.9 | 3.9 | 20.3 | 1.4 | 7.3 | 3.1 |
| AllianzGI Retirement | 93 | 12.1 | 22.7 | 0.4 | 13.3 | 43.9 | — | 0.6 |
| American Century One Choice | 94 | 44.4 | 12.4 | 1.6 | 35.3 | — | — | — |
| American Funds Target Retirement | 100 | 37.3 | 21.9 | — | 21.2 | 19.7 | — | — |
| AXA Target Allocation | 100 | 49.6 | 24.6 | — | 25.3 | — | — | — |
| BlackRock LifePath Index | 100 | 40.7 | 23.2 | 8.9 | 26.3 | — | — | — |
| BlackRock LifePath Smart Beta | 99 | 36.0 | 31.7 | 8.2 | 23.5 | — | — | — |
| BMO Target Date Retirement | 99 | 48.3 | 25.1 | — | 20.1 | — | 5.1 | — |
| ClearTrack | 100 | 31.9 | 26.1 | 4.8 | 37.3 | — | — | — |
| Dimensional Target Date Retirement Income | 100 | 35.4 | 22.7 | — | 41.3 | — | — | — |
| Fidelity Advisor Freedom | 96 | 46.6 | 24.8 | 1.1 | 21.3 | — | — | 2.0 |
| Fidelity Flex Freedom | 94 | 45.0 | 24.0 | 1.0 | 22.0 | — | — | 2.0 |
| Fidelity Freedom Index | 96 | 51.0 | 21.9 | — | 21.3 | — | — | 1.3 |
| Fidelity Freedom | 94 | 41.0 | 22.4 | 1.0 | 28.0 | — | — | 2.0 |
| Franklin LifeSmart | 100 | 31.7 | 22.1 | 7.7 | 30.2 | 4.0 | 2.5 | 1.8 |
| Great-West LifeTime Conservative | 100 | 34.1 | 19.0 | 2.6 | 44.3 | — | — | — |
| Great-West LifeTime | 100 | 44.4 | 24.7 | 3.6 | 27.2 | — | — | — |
| Guidestone Funds My Destination | 98 | 34.7 | 21.9 | 1.2 | 27.2 | 11.3 | 1.5 | — |
| Harbor Target Retirement | 98 | 30.4 | 22.6 | — | 45.2 | — | — | — |
| John Hancock Multi-Index Lifetime | 100 | 14.5 | 5.6 | 5.2 | 26.3 | 48.5 | — | — |
| John Hancock Multi-Index Preservation | 100 | 3.3 | 1.8 | 2.9 | 47.0 | 45.0 | — | — |
| John Hancock Multimanager Lifetime | 100 | 18.3 | 15.5 | 4.9 | 26.1 | 31.9 | 3.3 | — |
| JPMorgan SmartRetirement Blend | 98 | 40.2 | 23.5 | 4.2 | 29.3 | — | — | 0.2 |
| JPMorgan SmartRetirement | 97 | 36.8 | 21.3 | 3.7 | 34.3 | — | — | 0.5 |
| KP Retirement Path | 100 | 42.6 | 21.4 | 4.1 | 31.1 | — | — | 0.8 |
| MainStay Retirement | 100 | 51.4 | 23.0 | 1.2 | 22.7 | 1.8 | — | — |
| Manning & Napier Target | 100 | — | — | — | — | 100.0 | — | — |
| MassMutual RetireSMART | 100 | 22.9 | 44.9 | 0.4 | 30.3 | — | — | 1.4 |
| MFS LifeTime | 100 | 36.5 | 13.4 | 2.2 | 45.3 | — | — | 2.6 |
| Nationwide Destination | 100 | 50.9 | 25.6 | — | 23.5 | — | — | — |
| PIMCO RealPath Blend | 100 | 45.1 | 29.9 | — | 25.0 | — | — | — |
| PIMCO RealPath | 100 | 44.2 | — | 5.0 | 48.1 | — | — | 2.8 |
| Principal LifeTime Hybrid | 100 | 43.7 | 23.2 | 0.9 | 26.9 | 5.2 | — | — |
| Principal LifeTime | 100 | 41.8 | 26.2 | 0.8 | 22.9 | 5.6 | 2.7 | — |
| Putnam RetirementReady | 96 | 3.9 | — | — | 13.2 | 56.9 | 21.9 | — |
| Schwab Target Index | 99 | 47.7 | 22.1 | 2.4 | 26.4 | — | — | — |
| Schwab Target | 99 | 48.9 | 19.6 | 3.3 | 26.8 | — | — | — |
| State Farm LifePath | 100 | 37.2 | 21.0 | 6.3 | 35.4 | — | — | — |
| State Street Target Retirement | 100 | 44.0 | 26.1 | 1.3 | 28.6 | — | — | — |
| T. Rowe Price Retirement | 99 | 46.5 | 22.3 | 1.6 | 28.7 | — | — | — |
| T. Rowe Price Target Retire | 99 | 37.3 | 18.0 | 1.3 | 42.6 | — | — | — |
| TIAA-CREF Lifecycle Index | 100 | 49.8 | 21.5 | — | 28.7 | — | — | — |
| TIAA-CREF Lifecycle | 100 | 47.9 | 21.2 | — | 30.8 | — | — | — |
| USAA Target Retirement | 100 | 27.9 | 34.1 | — | 25.1 | 12.9 | — | — |
| Vanguard Target Retirment | 100 | 38.5 | 25.9 | — | 35.6 | — | — | — |
| Virtus DFA Target Date Retire | 100 | 41.8 | 27.2 | — | 31.0 | — | — | — |
| Voya Index Solution | 100 | 45.1 | 22.3 | 2.4 | 28.7 | — | — | 1.4 |
| Voya Solution | 100 | 42.3 | 23.2 | 2.5 | 23.9 | 6.5 | — | 1.5 |
| Voya Target Retirement | 100 | 45.2 | 24.0 | 2.6 | 26.9 | — | — | 1.4 |
| Wells Fargo Dynamic Target | 100 | 52.5 | 22.1 | 1.4 | 19.0 | — | 4.9 | — |

Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19                    Page 37 of 61

**Going the Active or Passive Route**

As investors have increasingly migrated to target-date funds that invest predominantly in passively managed index funds, a firm's capabilities may dictate its target-date approach, possibly even more so than a philosophical preference. Exhibit 32 shows the 22 providers of target-date funds that offer passive index funds, along with the percentage of firm assets in passive index funds. Eleven of those 22 firms—bolded in Exhibit 32—offer a passive target-date series, and all six firms with more than one third of their assets in passive index funds offered a passive target-date series.

Despite having proprietary index funds available, some target-date providers have still opted to go the active route. Schwab's passive funds represent 88% of firm assets, topping the list, but it didn't launch Schwab Target Index until 2016, more than a decade after creating Schwab Target. Similarly, TIAA-CREF Lifecycle Index's 2009 launch came five years after TIAA-CREF Lifecycle's inception. Meanwhile, of the target-date providers with the highest percentages in passive funds, Vanguard, State Street, and Nationwide offer only passive target-date series.

**Exhibit 32**  Target-Date Providers With Passive Assets, Percentage in Passive Funds



| Firm | Passive % |
|------|-----------|
| **Schwab** | 88 |
| **Vanguard** | 72 |
| **State Street** | 60 |
| **Great-West** | 46 |
| **Nationwide** | 46 |
| **TIAA** | 46 |
| AXA | 32 |
| **Fidelity** | 24 |
| **Voya** | 22 |
| **State Farm** | 19 |
| **BlackRock** | 18 |
| MassMutual | 17 |
| USAA | 14 |
| GuideStone | 10 |
| Wells Fargo | 9 |
| Columbia Threadneedle | 9 |
| Principal | 9 |
| Invesco | 5 |
| T. Rowe Price | 5 |
| Mainstay | 3 |
| Dimensional | 2 |
| **Transamerica** | 2 |

Source: Morningstar, Inc. Data as of 12/31/17.  Bolded firms offer a target-date series that invests predominantly in passive funds.

Exhibit 19                    Page 38 of 61

# People

While target-date fund investors may seek to partner with a reputable firm, key decision-makers lie beneath every series of target-date funds, and those decision-makers also often rely upon other individuals to run underlying strategies. This section sets out to compare the portfolio manager rosters of the various target-date series, including a summary of target-date managers' willingness and preference to invest in the funds alongside investors. In addition, the section provides both a backward- and forward-looking view of series' lineups of underlying funds.

**Strength in Numbers**

A series of target-date funds rarely relies heavily upon a single individual. As displayed in Exhibit 33, of the 59 target-date series shown, only three had one portfolio manager listed—one from MFS and two from Schwab. On average, a target-date series had three portfolio managers at the end of 2017. Notably, target-date managers on the same roster may play very different roles, varying from designing the glide path to researching underlying strategies to simply implementing the approach. While a reasonable starting point, a simple count of managers fails to provide the full picture of a series' dedicated resources; a series-specific evaluation of the managers remains necessary.

A comparison of target-date series' manager tenure may provide investors with insight on the continuity of a prevailing approach, as manager turnover can be expected to result in different philosophies and ideas coming to a series. As seen in Exhibit 33, on average, the longest manager tenure for a target-date series was just over six years. Fifteen series had longest-manager tenures greater than 10 years, but 17 had fewer than three years.

To further the tenure analysis, Exhibit 33 lists target-date series by the figure of a series' longest manager tenure divided by the series' history. This calculation provides investors with a metric of manager continuity over a series' history. (True, a 100% figure is less meaningful for series with short histories.) Of series that have been around for at least five years, 21 series have had the same manager for at least five years. Jerome Clark from T. Rowe Price is the longest-tenured target-date manager, followed by Robert Kea and Robert Schoen from Putnam, and then Joseph Flaherty from MFS. Notably, the two oldest series that date back to 1994—BlackRock LifePath Dynamic and Wells Fargo Target— had new managers take the helm within the past year or so.

Exhibit 19                    Page 39 of 61

**Exhibit 33** Number of Portfolio Managers and Longest Manager Tenure by Target-Date Series

| Series Name | Series Inception Date | # of Portfolio Managers | Series' Longest Manager Tenure (Years) | Longest Manager Tenure/ Series History % |
|---|---|---|---|---|
| T. Rowe Price Retirement | 9/30/02 | 2 | 15.3 | 100 |
| Putnam RetirementReady | 11/1/04 | 4 | 13.2 | 100 |
| MFS Lifetime | 9/29/05 | 1 | 12.3 | 100 |
| JPMorgan SmartRetirement | 5/15/06 | 5 | 11.6 | 100 |
| Franklin LifeSmart | 8/1/06 | 2 | 11.4 | 100 |
| AXA Target Allocation | 8/31/06 | 4 | 11.3 | 100 |
| Guidestone Funds MyDestination | 12/29/06 | 3 | 11.0 | 100 |
| American Funds Trgt Date Rtrmt | 2/1/07 | 7 | 10.9 | 100 |
| MainStay Retirement | 6/29/07 | 4 | 10.5 | 100 |
| Goldman Sachs Target Date Portfolio | 10/1/07 | 2 | 10.3 | 100 |
| Voya Index Solution | 3/10/08 | 3 | 9.8 | 100 |
| Manning & Napier Target | 3/28/08 | 3 | 9.8 | 100 |
| USAA Target Retirement Funds | 7/31/08 | 2 | 9.4 | 100 |
| AllianzGI Retirement | 12/29/08 | 3 | 9.0 | 100 |
| Harbor Target Retirement | 1/2/09 | 3 | 9.0 | 100 |
| TIAA-CREF Lifecycle Index | 9/30/09 | 2 | 8.3 | 100 |
| Fidelity Freedom Index | 10/2/09 | 2 | 8.3 | 100 |
| John Hancock Multi-Index Preservation | 4/30/10 | 3 | 7.7 | 100 |
| BlackRock LifePath Index | 5/31/11 | 3 | 6.6 | 100 |
| JPMorgan SmartRetirement Blend | 7/2/12 | 5 | 5.5 | 100 |
| Voya Target Retirement | 12/20/12 | 3 | 5.0 | 100 |
| T. Rowe Price Target Retire | 8/20/13 | 2 | 4.4 | 100 |
| John Hancock Multi-Index Lifetime | 11/7/13 | 3 | 4.2 | 100 |
| KP Retirement Path | 1/10/14 | 2 | 4.0 | 100 |
| Principal Lifetime Hybrid | 9/30/14 | 3 | 3.3 | 100 |
| State Street Target Retirement | 9/30/14 | 2 | 3.3 | 100 |
| AB Multi-Manager Select | 12/15/14 | 4 | 3.0 | 100 |
| ClearTrack | 3/2/15 | 3 | 2.8 | 100 |
| Dimensional Target Date Retirement Income | 11/2/15 | 6 | 2.2 | 100 |
| Wells Fargo Dynamic Target | 11/30/15 | 3 | 2.1 | 100 |
| Virtus DFA Trgt Date Retire Inc | 1/11/16 | 5 | 2.0 | 100 |
| Schwab Target Index | 8/25/16 | 1 | 1.4 | 100 |
| Prudential Day One Target Date | 12/13/16 | 4 | 1.0 | 100 |
| 1290 Retirement | 2/27/17 | 4 | 0.8 | 100 |
| Natixis Sustainable Future | 2/28/17 | 10 | 0.8 | 100 |
| Fidelity Flex Freedom | 6/8/17 | 2 | 0.6 | 100 |
| Columbia Adaptive Retirement | 10/24/17 | 3 | 0.2 | 100 |
| TIAA-CREF Lifecycle | 10/15/04 | 2 | 11.8 | 89 |
| MassMutual RetireSMART | 12/31/03 | 2 | 11.8 | 84 |
| American Century One Choice | 8/31/04 | 5 | 11.0 | 83 |
| Voya Solution | 4/29/05 | 3 | 10.0 | 79 |
| Invesco Balanced-Risk Retirement | 1/31/07 | 5 | 8.3 | 76 |
| John Hancock Multimanager Lifetime | 10/30/06 | 3 | 8.0 | 72 |
| PIMCO RealPath Blend | 12/31/14 | 3 | 2.0 | 68 |
| Principal LifeTime | 3/1/01 | 4 | 10.6 | 63 |
| State Farm Lifepath | 5/9/03 | 2 | 8.3 | 56 |
| BMO Target Date Retirement Funds | 8/30/13 | 3 | 2.4 | 54 |
| Schwab Target | 7/1/05 | 1 | 5.8 | 47 |
| Great-West SecureFoundation Lifetime | 11/13/09 | 3 | 3.7 | 45 |
| Fidelity Advisor Freedom | 7/24/03 | 2 | 6.5 | 45 |

Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19          Page 40 of 61

**Exhibit 33**  Number of Portfolio Managers and Longest Manager Tenure by Target-Date Series  (Continued)

| Series Name | Series Inception Date | # of Portfolio Managers | Series' Longest Manager Tenure (Years) | Longest Manager Tenure/ Series History % |
|---|---|---|---|---|
| Great-West Lifetime Conservative | 5/1/09 | 3 | 3.7 | 42 |
| Great-West Lifetime | 5/1/09 | 3 | 3.7 | 42 |
| Vanguard Target Retirement | 10/27/03 | 2 | 4.9 | 34 |
| Fidelity Freedom | 10/17/96 | 2 | 6.5 | 31 |
| PIMCO RealPath | 3/31/08 | 3 | 2.0 | 21 |
| Nationwide Destination | 8/29/07 | 3 | 1.1 | 11 |
| BlackRock LifePath Smart Beta | 4/20/07 | 3 | 1.1 | 10 |
| BlackRock LifePath Dynamic | 3/1/94 | 2 | 1.1 | 5 |
| Wells Fargo Target | 3/1/94 | 3 | 0.5 | 2 |
| **Average** | | **3.1** | **6.2** | **81** |

Source: Morningstar, Inc. Data as of 12/31/17.

## Managers With Active Conviction

Target-date funds' role as an all-in-one, diversified solution for saving for retirement make them suitable for most, if not all, investors, even target-date managers themselves. However, most target-date managers have not opted to invest significantly alongside investors. Of the roughly 140 distinct target-date managers, only 13 personally invested more than $1 million in one of the series they manage. Exhibit 34 lists those 13 managers and the series in which they invest more than $1 million — the highest threshold included in mutual fund filings. Remarkably, all the series invest predominantly in actively managed strategies rather than passive ones.

**Exhibit 34**  Portfolio Managers With Over $1 Million Personally Invested in Their Target-Date Series

| Manager Name | Target-Date Series |
|---|---|
| Alan N. Berro | American Funds Target Date Retirement |
| Andrew B. Suzman | American Funds Target Date Retirement |
| Bradley J. Vogt | American Funds Target Date Retirement |
| James B. Lovelace | American Funds Target Date Retirement |
| Jody F. Jonsson | American Funds Target Date Retirement |
| John H. Smet | American Funds Target Date Retirement |
| Wesley K. Phoa | American Funds Target Date Retirement |
| Robert "Bob" Boyda | John Hancock Multimanager Lifetime |
| Anne Lester | JPMorgan SmartRetirement |
| Jonathan B. Swaney | Mainstay Retirement |
| Joseph C. Flaherty | MFS LifeTime |
| Hans L. Erickson | TIAA-CREF Lifecycle |
| John Cunniff | TIAA-CREF Lifecycle |

Source: Morningstar, Inc. Data as of 12/31/17.

Target-date managers who run multiple series appear more willing to invest in their older, pricier series than the newer, cheaper one despite the increased demand for the latter. Exhibit 35 shows the manager ownership level for all managers that invest in at least one of their multiple target-date series. Of the 17

Exhibit 19                    Page 41 of 61

target-date managers, only one doesn't own more in the legacy series. (James Fennessey from Principal invests in the same threshold for his two series.) In most instances, the managers have chosen an active target-date series over a passive one. This counters investors' massive flight to passive series in recent years, suggesting that target-date investors may be moving to target-date managers' lower-conviction offering, though managers may feel compelled to invest in their active series.

**Exhibit 35**  Portfolio Manager Ownership Levels of Firms With Multiple Target-Date Series

| Manager and Target-Date Series Name | Inception Date | Active/ Passive | None | $1- $10,000 | $10,001- $50,000 | $50,001- $100,000 | $100,001- $500,000 | $500,001- $1,000,000 | Over $1,000,000 |
|---|---|---|---|---|---|---|---|---|---|
| **Andrew Dierdorf** | | | | | | | | | |
| Fidelity Freedom | 10/17/96 | Active | — | — | — | — | ▮ | ▮ | — |
| Fidelity Advisor Freedom | 7/24/03 | Active | ▮ | — | — | — | — | — | — |
| Fidelity Freedom Index | 10/2/09 | Passive | — | — | — | ▮ | — | — | — |
| Fidelity Flex Freedom | 6/8/17 | Active | ▮ | — | — | — | — | — | — |
| **Brett F. Sumsion** | | | | | | | | | |
| Fidelity Freedom | 10/17/96 | Active | — | — | — | — | — | ▮ | — |
| Fidelity Advisor Freedom | 7/24/03 | Active | ▮ | — | — | — | — | — | — |
| Fidelity Freedom Index | 10/2/09 | Passive | ▮ | — | — | — | — | — | — |
| Fidelity Flex Freedom | 6/8/17 | Active | ▮ | — | — | — | — | — | — |
| **Robert "Bob" Boyda** | | | | | | | | | |
| John Hancock Multimanager Lifetime | 10/30/06 | Active | — | — | — | — | — | — | ▮ |
| John Hancock Multi-Index Preservation | 4/29/10 | Passive | ▮ | — | — | — | — | — | — |
| John Hancock Multi-Index Lifetime | 11/7/13 | Passive | ▮ | — | — | — | — | — | — |
| **Marcelle Daher** | | | | | | | | | |
| John Hancock Multimanager Lifetime | 10/30/06 | Active | — | — | — | — | — | ▮ | — |
| John Hancock Multi-Index Preservation | 4/29/10 | Passive | ▮ | — | — | — | — | — | — |
| John Hancock Multi-Index Lifetime | 11/7/13 | Passive | ▮ | — | — | — | — | — | — |
| **Nathan Thooft** | | | | | | | | | |
| John Hancock Multimanager Lifetime | 10/30/06 | Active | — | — | — | — | ▮ | — | — |
| John Hancock Multi-Index Preservation | 4/29/10 | Passive | ▮ | — | — | — | — | — | — |
| John Hancock Multi-Index Lifetime | 11/7/13 | Passive | ▮ | — | — | — | — | — | — |
| **Anne Lester** | | | | | | | | | |
| JPMorgan SmartRetirement | 5/15/06 | Active | — | — | — | — | — | — | ▮ |
| JPMorgan SmartRetirement Blend | 7/2/12 | Active | — | — | — | ▮ | — | — | — |
| **Daniel Oldroyd** | | | | | | | | | |
| JPMorgan SmartRetirement | 5/15/06 | Active | — | — | — | — | ▮ | — | — |
| JPMorgan SmartRetirement Blend | 7/2/12 | Active | — | — | — | ▮ | — | — | — |
| **Eric J. Bernbaum** | | | | | | | | | |
| JPMorgan SmartRetirement | 5/15/06 | Active | — | ▮ | — | — | — | — | — |
| JPMorgan SmartRetirement Blend | 7/2/12 | Active | ▮ | — | — | — | — | — | — |
| **Mihir P. Worah** | | | | | | | | | |
| PIMCO RealPathTM | 3/31/08 | Active | — | — | — | — | ▮ | — | — |
| PIMCO RealPath Blend | 12/31/14 | Active | ▮ | — | — | — | — | — | — |
| **Randy Welch** | | | | | | | | | |
| Principal LifeTime | 3/1/01 | Active | — | — | — | — | ▮ | — | — |
| Principal Lifetime Hybrid | 9/30/14 | Active | ▮ | — | — | — | — | — | — |
| **James W. Fennessey** | | | | | | | | | |
| Principal LifeTime | 3/1/01 | Active | — | — | ▮ | — | — | — | — |
| Principal Lifetime Hybrid | 9/30/14 | Active | — | — | ▮ | — | — | — | — |

Source: Morningstar, Inc. Data as of 12/31/17. Only includes portfolio managers that personally invest in at least one of their target-date funds.

Exhibit 19                    Page 42 of 61

**Exhibit 35**  Portfolio Manager Ownership Levels of Firms With Multiple Target-Date Series  (Continued)

| Manager and Target-Date Series Name | Inception Date | Active/ Passive | Ownership Level | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | None | $1-$10,000 | $10,001-$50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1,000,000 | Over $1,000,000 |
| **Zifan Tang** | | | | | | | | | |
| Schwab Target | 7/1/05 | Active | — | — | ▨ | — | — | — | — |
| Schwab Target Index | 8/25/16 | Passive | ▨ | — | — | — | — | — | — |
| **Wyatt A. Lee** | | | | | | | | | |
| T. Rowe Price Retirement | 9/30/02 | Active | — | — | ▨ | — | ▨ | — | — |
| T. Rowe Price Target Retire | 8/20/13 | Active | ▨ | — | — | — | — | — | — |
| **Hans L. Erickson** | | | | | | | | | |
| TIAA-CREF Lifecycle | 10/15/04 | Active | — | — | — | — | — | — | ▨ |
| TIAA-CREF Lifecycle Index | 9/30/09 | Passive | — | — | — | — | ▨ | — | — |
| **John Cunniff** | | | | | | | | | |
| TIAA-CREF Lifecycle | 10/15/04 | Active | — | — | — | — | — | — | ▨ |
| TIAA-CREF Lifecycle Index | 9/30/09 | Passive | — | — | — | — | ▨ | — | — |
| **Paul Zemsky** | | | | | | | | | |
| Voya Solution | 4/29/05 | Active | — | — | ▨ | — | ▨ | — | — |
| Voya Index Solution | 3/10/08 | Passive | ▨ | — | — | — | — | — | — |
| Voya Target Retirement | 12/20/12 | Active | ▨ | — | — | — | — | — | — |
| **Halvard Kvaale** | | | | | | | | | |
| Voya Solution | 4/29/05 | Active | — | — | — | ▨ | — | — | — |
| Voya Index Solution | 3/10/08 | Passive | ▨ | — | — | — | — | — | — |
| Voya Target Retirement | 12/20/12 | Active | ▨ | — | — | — | — | — | — |

Source: Morningstar, Inc. Data as of 12/31/17.  Only includes portfolio managers that personally invest in at least one of their target-date funds.

## Underlying Funds: Looking Back and Forward

In addition to target-date managers' decisions, the results of target-date funds often depend upon the effectiveness of underlying portfolio managers because many target-date series employ a fund-of-funds structure. This warrants an examination of underlying funds. The Morningstar Rating provides a backward-looking view of a fund's risk-adjusted results relative to category peers. Ratings range from a 5-star rating, which indicates superior risk-adjusted results, to the subpar results of a 1-star rating. On the other hand, the Morningstar Analyst Rating gives investors a fund's forward-looking opinion of a fund's prospects based on the assessment of Morningstar manager research analysts. This takes into consideration several aspects that a backward-looking metric fails to capture, such as manager turnover, changes to an approach, and performance expectations, among others.

Looking back, most target-date series generally have lineups of underlying funds with respectable, though not stellar, performance records. Exhibit 36 lists the weighted-average Morningstar Rating for target-date series with at least 50% of their assets with a Morningstar Rating as of year-end 2017. The average Morningstar Rating of 3.54 suggests that the funds generally had better-than-average performance records.

Plus, 47 of the 52 target-date series shown landed between 3- and 4-star ratings, on average. Only the Putnam RetirementReady and the PIMCO RealPath series posted an average Morningstar Rating greater

Exhibit 19                                                    Page 43 of 61

than 4 stars. Meanwhile, only three series — BlackRock LifePath Index, AXA Target Allocation, and Invesco Balanced-Risk Retirement — had a weighted-average Morningstar Rating of less than 3 stars.

**Exhibit 36**  Underlying Funds: Weighted-Average Morningstar Rating

| Target-Date Series | Weighted Average Morningstar Rating | Coverage Percentage |
|---|---|---|
| Putnam RetirementReady | 4.06 | 96 |
| PIMCO RealPathTM | 4.02 | 71 |
| PIMCO RealPath Blend | 3.99 | 94 |
| American Funds Trgt Date Rtrmt | 3.93 | 100 |
| AllianceBernstein Multi-Manager Select | 3.90 | 100 |
| 1290 Retirement | 3.86 | 100 |
| JPMorgan SmartRetirement | 3.82 | 92 |
| MassMutual RetireSMART | 3.82 | 58 |
| John Hancock Multimanager Lifetime | 3.78 | 96 |
| Schwab Target | 3.75 | 84 |
| TIAA-CREF Lifecycle | 3.73 | 91 |
| AllianzGI Retirement | 3.73 | 81 |
| Guidestone Funds MyDestination | 3.72 | 89 |
| KP Retirement Path | 3.70 | 100 |
| BMO Target Date Retirement Funds | 3.68 | 96 |
| Great-West Lifetime | 3.67 | 97 |
| Principal Lifetime Hybrid | 3.67 | 99 |
| Fidelity Flex Freedom | 3.67 | 90 |
| Fidelity Freedom | 3.67 | 92 |
| ClearTrack | 3.66 | 99 |
| JPMorgan SmartRetirement Blend | 3.64 | 98 |
| T. Rowe Price Retirement | 3.62 | 99 |
| Virtus DFA Trgt Date Retire Inc | 3.62 | 100 |
| John Hancock Multi-Index Lifetime | 3.61 | 100 |
| Franklin LifeSmart | 3.60 | 86 |
| Principal LifeTime | 3.60 | 99 |
| Harbor Target Retirement | 3.59 | 91 |
| Goldman Sachs Target Date Portfolio | 3.59 | 96 |
| Great-West Lifetime Conservative | 3.58 | 95 |
| Voya Solution | 3.58 | 96 |
| State Farm Lifepath | 3.56 | 98 |
| John Hancock Multi-Index Preservation | 3.54 | 100 |
| Great-West SecureFoundation Lifetime | 3.53 | 96 |
| T. Rowe Price Target Retire | 3.53 | 99 |
| Wells Fargo Dynamic Target | 3.52 | 100 |
| TIAA-CREF Lifecycle Index | 3.51 | 98 |
| Vanguard Target Retirement | 3.50 | 100 |
| Nationwide Destination | 3.50 | 95 |
| Schwab Target Index | 3.49 | 97 |
| USAA Target Retirement Funds | 3.48 | 86 |
| Fidelity Advisor Freedom | 3.45 | 92 |
| State Street Target Retirement | 3.45 | 89 |
| Dimensional Target Date Retirement Income | 3.45 | 100 |
| MFS Lifetime | 3.41 | 78 |
| Voya Target Retirement | 3.36 | 99 |

Source: Morningstar, Inc. Data as of 12/31/17. Excludes target-date series with less than 50% coverage.

Exhibit 19                                                   Page 44 of 61

**Exhibit 36**  Underlying Funds: Weighted-Average Morningstar Rating  (Continued)

| Target-Date Series | Weighted Average Morningstar Rating | Coverage Percentage |
|---|---|---|
| Fidelity Freedom Index | 3.31 | 95 |
| American Century One Choice | 3.15 | 80 |
| Voya Index Solution | 3.13 | 99 |
| MainStay Retirement | 3.08 | 82 |
| BlackRock LifePath Index | 2.88 | 91 |
| AXA Target Allocation | 2.37 | 100 |
| Invesco Balanced-Risk Retirement | 2.00 | 67 |

Source: Morningstar, Inc. Data as of 12/31/17. Excludes target-date series with less than 50% coverage.

Looking forward, Morningstar manager analysts generally have favorable views of rated funds within target-date series, but many series mostly hold funds not covered by Morningstar analysts. Exhibit 37 shows the 23 target-date series where at least 50% of assets received a Morningstar Analyst Rating at year-end 2017. On average, those series posted a Morningstar Analyst Rating of 3.82, which lands closer to a Silver rating than a Bronze. Only one series — Invesco Balanced-Risk Retirement — had a weighted-average Morningstar Analyst Rating lower than Bronze, but Morningstar analysts upgraded the main driver of that outcome to Bronze from Neutral in January 2018. Still, most target-date series did not meet the 50% coverage threshold, leaving the prospects of those target-date series' underlying funds relatively unknown.

Of the three target-date series that landed in the Gold-rating territory, only the BMO Target Date Retirement series invests mostly in active funds, and that series barely reached the 50% coverage threshold to be considered. That series holds topnotch, externally managed strategies like Dodge & Cox International Stock and Metropolitan West Total Return Bond, but also includes several BMO funds that did not have Morningstar Analyst Ratings. While being classified as active, the BMO series also holds some highly rated index funds.

Exhibit 19                    Page 45 of 61

**Exhibit 37**  Underlying Funds: Weighted-Average Morningstar Analyst Rating

| Target-Date Series | Active/Passive | Weighted Average | Morningstar Analyst Rating | Coverage Percentage |
|---|---|---|---|---|
| Manning & Napier Target | Active | 3.00 | 🛡 Bronze | 100 |
| American Funds Trgt Date Rtrmt | Active | 4.13 | 🛡 Silver | 94 |
| Schwab Target Index | Passive | 4.44 | 🛡 Silver | 92 |
| ClearTrack | Passive | 4.08 | 🛡 Silver | 92 |
| T. Rowe Price Retirement | Active | 3.19 | 🛡 Bronze | 92 |
| State Farm Lifepath | Passive | 3.91 | 🛡 Silver | 92 |
| PIMCO RealPath Blend | Active | 4.35 | 🛡 Silver | 89 |
| JPMorgan SmartRetirement Blend | Active | 4.18 | 🛡 Silver | 88 |
| 1290 Retirement | Passive | 4.16 | 🛡 Silver | 86 |
| T. Rowe Price Target Retire | Active | 3.01 | 🛡 Bronze | 84 |
| Goldman Sachs Target Date Portfolio | Passive | 4.18 | 🛡 Silver | 75 |
| Vanguard Target Retirement | Passive | 4.96 | 🛡 Gold | 75 |
| AllianceBernstein Multi-Manager Select | Active | 3.52 | 🛡 Silver | 73 |
| Invesco Balanced-Risk Retirement | Active | 2.00 | Neutral | 67 |
| PIMCO RealPath | Active | 3.40 | 🛡 Bronze | 61 |
| Harbor Target Retirement | Active | 3.87 | 🛡 Silver | 60 |
| Virtus DFA Trgt Date Retire Inc | Active | 4.11 | 🛡 Silver | 59 |
| JPMorgan SmartRetirement | Active | 3.27 | 🛡 Bronze | 58 |
| BlackRock LifePath Smart Beta | Passive | 3.54 | 🛡 Silver | 57 |
| Franklin LifeSmart | Active | 3.04 | 🛡 Bronze | 57 |
| Dimensional Target Date Retirement Income | Active | 4.05 | 🛡 Silver | 52 |
| Fidelity Freedom Index | Passive | 5.00 | 🛡 Gold | 51 |
| BMO Target Date Retirement Funds | Active | 4.51 | 🛡 Gold | 51 |

🛡 Gold >4.50;  🛡 Silver 3.5–4.5;  🛡 Bronze 2.5–3.5;  Neutral 1.5–2.5;  Negative <1.5

Source: Morningstar, Inc. Data as of 12/31/17. Excludes target-date series with less than 50% coverage.

Exhibit 19          Page 46 of 61

# Process

Portfolio managers of any target-date series — active or passive — make several asset-allocation decisions as they build portfolios across the different stages of an investor's career. This section examines the output of those decisions by looking at both target-date series' strategic equity glide path and sub-asset-class glide path to identify general shifts, the range of approaches, and the difference between active and passive series.

**Two Glide Paths to Consider**

Target-date funds' distinguishing feature is their shifting asset allocation as an investor approaches retirement. Looking at a target-date series strategic equity glide path, which indicates the anticipated equity stake at different points before and after the target retirement date, is the simplest way to follow the shifts. While serving as a practicable starting point, the strategic equity glide path does not provide insight into the equity or bond portfolios.

In addition to the stock/bond split, target-date managers must decide on the mix of subasset classes. Morningstar introduced the industry average sub-asset-class glide path for target-date funds in its 2015 Target-Date Fund Landscape report. The industry average sub-asset-class glide path incorporates 11 observations for each series, ranging from the 2060 to the 2010 vintages. If a series did not offer a 2060 vintage, the 2055 allocation extended to the 2060 vintage. If a series did not have a 2015 or 2010 fund, the series' retirement fund stretched to those vintages. For series that only offer vintages in 10-year increments, midpoints between the existing funds were used as extrapolated observations. The result is a collection of more than 5,000 data points to calculate the industry average sub-asset-class glide path.

This year's average glide path, shown in Exhibit 38, was constructed using the observations of 49 target-date series. Series that tend to make heavy use of derivatives were excluded, as their sub-asset-class allocations don't accurately reflect their exposures. Other series were omitted because of incomplete or inaccurate holdings. (Exhibit 39 shows the target-date series that were included and excluded from the industry average sub-asset-class glide path.)

Exhibit 19                                    Page 47 of 61

**Exhibit 38** Industry Average Sub-Asset-Class Glide Path



| 2060 | 2055 | 2050 | 2045 | 2040 | 2035 | 2030 | 2025 | 2020 | 2015 | 2010 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | **Equity** |
| 35.3 | 35.0 | 34.6 | 34.0 | 32.8 | 30.5 | 27.4 | 23.5 | 19.8 | 16.2 | 14.7 | U.S. Large-Cap |
| 17.6 | 17.5 | 17.3 | 16.8 | 16.0 | 14.6 | 12.8 | 10.9 | 9.1 | 7.5 | 6.7 | U.S. Mid-/Small-Cap |
| 25.8 | 25.3 | 25.0 | 24.3 | 23.2 | 21.4 | 19.1 | 16.4 | 13.7 | 11.0 | 9.9 | Non-U.S. Developed |
| 6.2 | 6.2 | 6.1 | 5.9 | 5.5 | 5.1 | 4.4 | 3.7 | 3.0 | 2.4 | 2.1 | Emerging-Markets |
| 5.9 | 5.9 | 5.8 | 5.8 | 5.6 | 5.4 | 5.0 | 4.9 | 4.4 | 4.3 | 4.2 | Other |
| | | | | | | | | | | | **Bond** |
| 0.3 | 0.5 | 0.7 | 1.0 | 1.3 | 1.9 | 3.6 | 5.6 | 7.9 | 9.7 | 10.1 | TIPS |
| 4.7 | 5.0 | 5.7 | 6.9 | 9.4 | 13.3 | 18.4 | 24.0 | 29.3 | 34.0 | 36.4 | Core/Other Bond |
| 0.7 | 0.7 | 0.8 | 1.0 | 1.3 | 1.6 | 2.0 | 2.3 | 2.7 | 3.4 | 3.6 | US High Yield |
| 1.1 | 1.1 | 1.2 | 1.4 | 2.0 | 2.8 | 3.6 | 4.4 | 5.2 | 5.8 | 6.2 | Foreign Bond |
| 2.6 | 2.6 | 2.8 | 2.9 | 3.0 | 3.3 | 3.7 | 4.4 | 4.9 | 5.6 | 6.1 | **Cash** |

Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19                    Page 48 of 61

**Exhibit 39** Sub-Asset-Class Glide-Path Constituents and Exclusions

| Constituents | | Exclusions |
|---|---|---|
| 1290 Retirement | Manning & Napier Target | Columbia Adaptive Retirement |
| AB Multi-Manager Select | MassMutual RetireSMART | Invesco Balanced-Risk Retirement |
| AllianzGI Retirement | MFS Lifetime | Invesco Peak Retirement |
| American Century One Choice | Nationwide Destination | Natixis Sustainable Future |
| American Funds Trgt Date Rtrmt | PIMCO RealPath Blend | PIMCO RealPath |
| AXA Target Allocation | Principal Lifetime Hybrid | Putnam RetirementReady |
| BlackRock LifePath Dynamic | Principal LifeTime | |
| BlackRock LifePath Index | Prudential Day One Target Date | |
| BlackRock LifePath Smart Beta | Schwab Target Index | |
| BMO Target Date Retirement Funds | Schwab Target | |
| ClearTrack | State Farm Lifepath | |
| Dimensional Target Date Retirement Income | State Street Target Retirement | |
| Fidelity Advisor Freedom | T. Rowe Price Retirement | |
| Fidelity Flex Freedom | T. Rowe Price Target Retire | |
| Fidelity Freedom Index | TIAA-CREF Lifecycle Index | |
| Fidelity Freedom | TIAA-CREF Lifecycle | |
| Franklin LifeSmart | USAA Target Retirement Funds | |
| Goldman Sachs Target Date Portfolio | Vanguard Target Retirement | |
| Great-West Lifetime Conservative | Virtus DFA Trgt Date Retire Inc | |
| Great-West Lifetime | Voya Index Solution | |
| Great-West SecureFoundation Lifetime | Voya Solution | |
| Guidestone Funds MyDestination | Voya Target Retirement | |
| Harbor Target Retirement | Wells Fargo Dynamic Target | |
| John Hancock Multi-Index Lifetime | Wells Fargo Target | |
| John Hancock Multi-Index Preservation | | |
| John Hancock Multimanager Lifetime | | |
| JPMorgan SmartRetirement Blend | | |
| JPMorgan SmartRetirement | | |
| KP Retirement Path | | |
| MainStay Retirement | | |

Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19                    Page 49 of 61

**Change in Average**

On average, target-date series' strategic equity glide paths haven't changed significantly in recent years, but when they did, it was usually an increase in equity exposure. Exhibit 40 illustrates how the average strategic equity glide path—based on strategic targets, not actual holdings—changed from 2012 to 2017. It includes new entrants to the space and excludes those that have been shuttered. The biggest change—3.1 percentage points—occurred 20 years before an investor reached the target date. The average equity glide path remained relatively unchanged—less than 1 percentage point—for those in the retirement phase.

**Exhibit 40**  Average Strategic Equity Glide Path, 2017 versus 2012



Source: Morningstar, Inc. Data as of 12/31/17.

While the average strategic equity glide path hasn't changed much over the past five years, a look further back reveals that more meaningful changes have been made. Exhibit 41 displays the 2017 strategic equity glide path of the three largest target-date providers' flagship series—Vanguard Target Retirement, Fidelity Freedom, and T. Rowe Price Retirement—as well those series' strategic equity glide path as of 2004/2005. It shows that Vanguard and Fidelity both significantly increased their equity exposure, by more than 20 percentage points at some point along the glide path. Meanwhile, T. Rowe Price trimmed equity exposure by as much as 8 percentage points for the T. Rowe Price Retirement series, which initially stood out for its equity-heavy approach compared with peers. As a result, the three strategic equity glide paths now vary less, staying within 11 percentage points of each other across the glide path.

Exhibit 19                    Page 50 of 61

**Exhibit 41**  Change in Strategic Equity Glide Path for the "Big Three", 2017 versus 2004/2005



Source: Morningstar, Inc. Data as of 12/31/17.

A comparison of the 2017 and 2012 industry average sub-asset-class glide paths also shows only modest changes over the past five years. (The 2012 and 2017 industry average asset allocation was compared by shifting the portfolios five years to align investment horizons.) Exhibit 42 shows the 2017 average glide path compared with the 2012 one. Lines above zero indicate increased exposure in 2017 from 2012, whereas lines below zero indicate a decline over that time.

The biggest change over the past five years was an increased allocation to Treasury Inflation-Protected Securities, which appears to come at the expense of cash and core/other bond. The launch of the TIPS-heavy Dimensional Target Date Retirement Income series contributed to the increase. The next-biggest change was higher exposure to non-U.S. developed equity, particularly for investors early in their careers. Consistent with the comparison of strategic equity glide paths, the average sub-asset-class glide paths showed higher equity exposure in 2017 than in 2012.

Exhibit 19                    Page 51 of 61



**Exhibit 42**  Changes in Industry Average Sub-Asset-Class Glide Path, 2017 versus 2012

Source: Morningstar, Inc. Data as of 12/31/17.

**Still a Variety of Glide Paths**

Target-date investors should be aware that a wide range of approaches still exists when it comes to constructing portfolios for target-date funds. Exhibits 43 shows that strategic equity glide paths still vary significantly even when excluding the significant outliers. (Thirteen series with an average strategic equity allocation more than 1 standard deviation from the industry average were excluded.) Across the 70-year horizon, the average difference between the maximum and minimum equity stakes was nearly 24 percentage points. The target date, when investors' retirement savings can be expected to be at or near their peak, had the widest range of 30 percentage points.

Exhibit 19                                    Page 52 of 61

**Exhibit 43**  Range of Strategic Equity Glide Paths Excluding Outliers



Source: Morningstar, Inc. Data as of 12/31/17.

Similarly, a look at sub-asset-class paths shows that target-date series tended to deviate further from the norm near the target date. Exhibit 44 illustrates the sums of the absolute value of differences relative to the industry average for each vintage to capture this trend. (For example, if a series' 2050 fund's exposure to Foreign Bond was 2 percentage points higher than the norm and its exposure to Emerging Markets Equity was 4 percentage points below the norm, those deviations would combine to contribute 6 points to the difference score.) The difference scores increase as funds near retirement, indicating that target-date funds aimed at the youngest investors were the most similar with one another, but the differences became more pronounced in the portfolios of investors near retirement.

Exhibit 19                    Page 53 of 61

**Exhibit 44**  Average Aggregate Differences From Industry Average Sub-Asset-Class Glide Path, by Target Year



Source: Morningstar, Inc. Data as of 12/31/17.

### The Active/Passive Difference

At a high level, the asset allocation of passive target-date series generally doesn't appear much different than active ones. Exhibit 45 compares the average strategic equity glide path for active and passive target-date series as of year-end 2017. On average, the two average glide paths stayed within 1.5 percentage points of each other, with the biggest difference being that passives series generally held more in equities for investors early in their career.

Exhibit 19                    Page 54 of 61

**Exhibit 45**  Average Strategic Equity Glide Path, Active versus Passive



Source: Morningstar, Inc. Data as of 12/31/17.

The comparison of sub-asset-class exposures of active and passive target-date series reveals bigger differences between the two. Exhibit 46 shows that passive target-date series, on average, placed more assets in core/other bond than their active peers, particularly near or into the retirement phase. This relative overweighting came at the expense of high-yield bonds, foreign bonds, and TIPS. The limited availability of index funds in those asset classes may deter passive target-date series from gaining exposure.

Active target-date series had a higher cash stake than passive ones across the glide path. While underlying index funds can be expected to stay fully invested, active funds commonly maintain a small cash position for transactions.

Exhibit 19                    Page 55 of 61

**Exhibit 46**  Differences in Average Sub-Asset-Class Glide Path, Active versus Passive



Source: Morningstar, Inc. Data as of 12/31/17.

The portfolios of passive target-date series are far from identical to each other. Exhibit 47 displays the ranges of strategic equity glide paths, excluding outliers, for both active and passive series. Passive series typically stayed within 14 percentage points of each other and never got closer than 7 percentage points, reflecting the significant portfolio differences that exist even between passive series. Active series displayed an even wider range of strategic equity glide paths, averaging a range of 24 percentage points and differing by as much as 30 percentage points at the target year.

**Exhibit 47**  Range of Strategic Equity Glide Paths Excluding Outliers, Active versus Passive

Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19          Page 56 of 61

Conversely, from a sub-asset-class viewpoint, passive target-date series tended to be more different from one another than active ones. Exhibit 48 shows the average aggregate difference of active and passive target-date series compared with their respective industry average sub-asset-class glide paths. **Ⅲ**

**Exhibit 48**  Average Aggregate Difference From Industry Average Sub-Asset-Class Glide Path, Active versus Passive



Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19                Page 57 of 61

# Appendix

**Appendix 1**  Morningstar Analyst Ratings for Target-Date Fund Series

| Target-Date Series | Morningstar Analyst Rating | Pillars ( ⊕ Positive  ⊙ Neutral  ⊖ Negative ) | | | | |
|---|---|---|---|---|---|---|
| | | Process | People | Performance | Price | Parent |
| American Century One Choice | Neutral | ⊕ | ⊙ | ⊙ | ⊙ | ⊙ |
| American Funds Trgt Date Rtrmt | Silver | ⊕ | ⊕ | ⊕ | ⊙ | ⊕ |
| BlackRock LifePath Dynamic | Neutral | ⊕ | ⊙ | ⊙ | ⊙ | ⊕ |
| BlackRock LifePath Index | Gold | ⊕ | ⊕ | ⊙ | ⊕ | ⊕ |
| Fidelity Advisor Freedom | Bronze | ⊕ | ⊕ | ⊙ | ⊙ | ⊕ |
| Fidelity Freedom | Silver | ⊕ | ⊕ | ⊙ | ⊙ | ⊕ |
| Fidelity Freedom Index | Bronze | ⊕ | ⊕ | ⊙ | ⊕ | ⊙ |
| John Hancock Multi-Index Preservation | Neutral | ⊕ | ⊙ | ⊙ | ⊙ | ⊙ |
| John Hancock Multimanager Lifetime | Bronze | ⊕ | ⊕ | ⊙ | ⊙ | ⊙ |
| JPMorgan SmartRetirement | Gold | ⊕ | ⊕ | ⊙ | ⊙ | ⊕ |
| MFS Lifetime | Bronze | ⊕ | ⊕ | ⊙ | ⊕ | ⊕ |
| Principal LifeTime | Neutral | ⊕ | ⊙ | ⊙ | ⊖ | ⊙ |
| Schwab Target | Neutral | ⊕ | ⊙ | ⊙ | ⊙ | ⊕ |
| State Farm Lifepath | Negative | ⊙ | ⊙ | ⊖ | ⊖ | ⊙ |
| T. Rowe Price Retirement | Silver | ⊕ | ⊙ | ⊕ | ⊙ | ⊕ |
| TIAA-CREF Lifecycle | Bronze | ⊕ | ⊕ | ⊙ | ⊕ | ⊙ |
| TIAA-CREF Lifecycle Index | Bronze | ⊕ | ⊕ | ⊙ | ⊕ | ⊙ |
| Vanguard Target Retirement | Gold | ⊕ | ⊕ | ⊙ | ⊕ | ⊕ |
| Voya Solution | Neutral | ⊙ | ⊙ | ⊙ | ⊖ | ⊙ |
| Wells Fargo Target | Neutral | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |

Source: Morningstar, Inc. Data as of 5/7/18.

Exhibit 19                    Page 58 of 61

**Appendix 2**  Strategic Equity Glide Path by Target-Date Fund Series

| Target-Date Series | Landing Point (Yrs to Target) | 40 | 35 | 30 | 25 | 20 | 15 | 10 | 5 | 0 | −5 | −10 | −15 | −20 | −25 | −30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1290 Retirement | −10 YTT | 100 | 95 | 90 | 85 | 80 | 75 | 70 | 60 | 50 | 40 | 20 | 20 | 20 | 20 | 20 |
| AllianceBernstein Multi-Mgr Select | −15 YTT | 91 | 91 | 90 | 90 | 83 | 73 | 63 | 54 | 45 | 38 | 34 | 27 | 27 | 27 | 27 |
| AllianzGI Retirement | −5 YTT | 93 | 93 | 93 | 90 | 85 | 75 | 65 | 53 | 40 | 30 | 30 | 30 | 30 | 30 | 30 |
| American Century One Choice | 0 YTT | 84 | 81 | 77 | 71 | 65 | 59 | 53 | 48 | 45 | 45 | 45 | 45 | 45 | 45 | 45 |
| American Funds Trgt Date Rtrmt | −30 YTT | 88 | 88 | 88 | 87 | 86 | 81 | 66 | 57 | 47 | 45 | 41 | 39 | 35 | 30 | 29 |
| AXA Target Allocation | −10 YTT | 100 | 95 | 91 | 85 | 81 | 75 | 70 | 60 | 50 | 40 | 20 | 20 | 20 | 20 | 20 |
| BlackRock LifePath Dynamic | 0 YTT | 99 | 99 | 97 | 91 | 82 | 72 | 61 | 49 | 40 | 40 | 40 | 40 | 40 | 40 | 40 |
| BlackRock LifePath Smart Beta | 0 YTT | 99 | 99 | 97 | 91 | 82 | 72 | 61 | 49 | 40 | 40 | 40 | 40 | 40 | 40 | 40 |
| BlackRock LifePath Index | 0 YTT | 99 | 99 | 97 | 91 | 82 | 72 | 61 | 49 | 40 | 40 | 40 | 40 | 40 | 40 | 40 |
| BMO Target Date Retirement Funds | −5 YTT | 90 | 90 | 90 | 90 | 88 | 85 | 74 | 64 | 48 | 36 | 36 | 36 | 36 | 36 | 36 |
| ClearTrack | −10 YTT | 94 | 94 | 94 | 87 | 77 | 67 | 63 | 56 | 53 | 45 | 33 | 33 | 33 | 33 | 33 |
| Dimensional Target Date Ret Income | −15 YTT | 95 | 95 | 95 | 90 | 78 | 64 | 51 | 38 | 25 | 25 | 25 | 20 | 20 | 20 | 20 |
| Fidelity Advisor Freedom | −15 YTT | 90 | 90 | 90 | 90 | 89 | 78 | 65 | 58 | 53 | 43 | 35 | 24 | 24 | 24 | 24 |
| Fidelity Flex Freedom | −15 YTT | 90 | 90 | 90 | 90 | 90 | 80 | 65 | 59 | 52 | 43 | 34 | 24 | 24 | 24 | 24 |
| Fidelity Freedom | −15 YTT | 90 | 90 | 90 | 90 | 89 | 78 | 65 | 58 | 53 | 43 | 35 | 24 | 24 | 24 | 24 |
| Fidelity Freedom Index | −15 YTT | 90 | 90 | 90 | 90 | 90 | 80 | 65 | 59 | 52 | 43 | 34 | 24 | 24 | 24 | 24 |
| Franklin LifeSmart | 0 YTT | 85 | 84 | 83 | 82 | 80 | 74 | 70 | 50 | 35 | 35 | 35 | 35 | 35 | 35 | 35 |
| Goldman Sachs Target Date Portfolio | −30 YTT | 85 | 80 | 75 | 70 | 65 | 60 | 55 | 37 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| Great-West Lifetime | −30 YTT | 93 | 93 | 92 | 90 | 85 | 76 | 65 | 55 | 48 | 42 | 38 | 35 | 34 | 34 | 34 |
| Great-West Lifetime Conservative | −30 YTT | 84 | 83 | 81 | 75 | 65 | 54 | 45 | 38 | 32 | 28 | 25 | 23 | 23 | 23 | 23 |
| Great-West SecureFoundation Lifetime | −30 YTT | 91 | 90 | 89 | 87 | 78 | 68 | 58 | 58 | 58 | 58 | 58 | 58 | 58 | 58 | 58 |
| Guidestone Funds MyDestination | −15 YTT | 95 | 95 | 94 | 89 | 85 | 78 | 70 | 61 | 54 | 48 | 43 | 38 | 38 | 38 | 38 |
| Harbor Target Retirement | −5 YTT | 93 | 93 | 84 | 74 | 65 | 55 | 44 | 38 | 32 | 20 | 20 | 20 | 20 | 20 | 20 |
| Invesco Balanced-Risk Retirement | 0 YTT | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 44 | 34 | 34 | 34 | 34 | 34 | 34 | 34 |
| Invesco Peak Retirement | −5 YTT | 95 | 90 | 85 | 80 | 73 | 65 | 52 | 41 | 38 | 38 | 38 | 38 | 38 | 38 | 38 |
| John Hancock Multi-Index Lifetime | −20 YTT | 94 | 94 | 94 | 94 | 91 | 82 | 72 | 61 | 52 | 47 | 38 | 32 | 25 | 25 | 25 |
| John Hancock Multi-Index Preservation | 0 YTT | 82 | 82 | 82 | 80 | 75 | 66 | 49 | 31 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| John Hancock Multimanager Lifetime | −20 YTT | 93 | 93 | 93 | 93 | 90 | 82 | 70 | 61 | 52 | 43 | 39 | 30 | 25 | 25 | 25 |
| JPMorgan SmartRetirement | 0 YTT | 86 | 86 | 86 | 86 | 79 | 72 | 62 | 53 | 38 | 38 | 38 | 38 | 38 | 38 | 38 |
| JPMorgan SmartRetirement Blend | 0 YTT | 86 | 86 | 86 | 86 | 79 | 72 | 62 | 53 | 38 | 38 | 38 | 38 | 38 | 38 | 38 |
| KP Retirement Path | −5 YTT | 84 | 84 | 82 | 79 | 74 | 67 | 59 | 50 | 41 | 36 | 36 | 36 | 36 | 36 | 36 |
| MainStay Retirement | −10 YTT | 90 | 89 | 85 | 83 | 78 | 72 | 63 | 54 | 50 | 35 | 30 | 30 | 30 | 30 | 30 |
| Manning & Napier Target | −5 YTT | 92 | 82 | 82 | 76 | 70 | 60 | 50 | 45 | 40 | 30 | 30 | 30 | 30 | 30 | 30 |
| MassMutual RetireSMART | −15 YTT | 95 | 95 | 90 | 88 | 85 | 80 | 73 | 62 | 50 | 44 | 40 | 35 | 35 | 35 | 35 |
| MFS Lifetime | 0 YTT | 95 | 95 | 95 | 95 | 88 | 81 | 61 | 41 | 29 | 29 | 29 | 29 | 29 | 29 | 29 |
| Nationwide Destination | −20 YTT | 94 | 93 | 91 | 87 | 81 | 76 | 67 | 59 | 50 | 40 | 40 | 40 | 40 | 40 | 40 |
| Natixis Sustainable Future | −10 YTT | 92 | 92 | 90 | 86 | 80 | 72 | 63 | 56 | 49 | 40 | 32 | 32 | 32 | 32 | 32 |
| PIMCO RealPath Blend | 0 YTT | 85 | 85 | 85 | 81 | 77 | 72 | 62 | 53 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| PIMCO RealPathTM | 0 YTT | 84 | 84 | 83 | 81 | 75 | 70 | 56 | 53 | 40 | 40 | 40 | 40 | 40 | 40 | 40 |
| Principal LifeTime | −15 YTT | 93 | 91 | 89 | 85 | 80 | 73 | 66 | 57 | 47 | 38 | 29 | 20 | 20 | 20 | 20 |
| Principal Lifetime Hybrid | −15 YTT | 93 | 91 | 89 | 85 | 80 | 73 | 66 | 57 | 47 | 39 | 30 | 20 | 20 | 20 | 20 |
| Prudential Day One Target Date | −10 YTT | 94 | 93 | 91 | 85 | 79 | 68 | 52 | 46 | 42 | 38 | 35 | 35 | 35 | 35 | 35 |
| Putnam RetirementReady | 0 YTT | 95 | 91 | 87 | 81 | 72 | 64 | 50 | 40 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| Schwab Target | −20 YTT | 95 | 92 | 90 | 86 | 80 | 72 | 64 | 54 | 40 | 38 | 35 | 31 | 25 | 25 | 25 |
| Schwab Target Index | −20 YTT | 95 | 92 | 89 | 85 | 79 | 72 | 63 | 52 | 40 | 38 | 35 | 30 | 25 | 25 | 25 |

Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19     Page 59 of 61

**Appendix 2**  Strategic Equity Glide Path by Target-Date Fund Series  (Continued)

| Target-Date Series | Landing Point (Yrs to Target) | Years to Target | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 40 | 35 | 30 | 25 | 20 | 15 | 10 | 5 | 0 | −5 | −10 | −15 | −20 | −25 | −30 |
| State Farm Lifepath | 0 YTT | 99 | 99 | 95 | 91 | 81 | 72 | 66 | 50 | 40 | 40 | 40 | 40 | 40 | 40 | 40 |
| State Street Target Retirement | −5 YTT | 90 | 90 | 90 | 86 | 83 | 77 | 69 | 58 | 46 | 35 | 35 | 35 | 35 | 35 | 35 |
| T. Rowe Price Retirement | −30 YTT | 90 | 90 | 90 | 90 | 85 | 80 | 70 | 65 | 55 | 45 | 40 | 35 | 30 | 25 | 20 |
| T. Rowe Price Target Retire | −30 YTT | 90 | 87 | 83 | 78 | 72 | 65 | 58 | 50 | 43 | 37 | 36 | 34 | 31 | 26 | 20 |
| TIAA-CREF Lifecycle | −30 YTT | 99 | 98 | 97 | 96 | 86 | 77 | 68 | 60 | 50 | 45 | 40 | 40 | 40 | 40 | 40 |
| TIAA-CREF Lifecycle Index | −30 YTT | 94 | 93 | 93 | 92 | 83 | 75 | 68 | 59 | 52 | 46 | 40 | 40 | 40 | 40 | 40 |
| USAA Target Retirement Funds | 0 YTT | 88 | 87 | 86 | 82 | 76 | 68 | 57 | 47 | 35 | 35 | 35 | 35 | 35 | 35 | 35 |
| Vanguard Target Retirement | −10 YTT | 90 | 90 | 90 | 90 | 81 | 74 | 66 | 59 | 50 | 34 | 30 | 30 | 30 | 30 | 30 |
| Virtus DFA Trgt Date Retire Inc | −15 YTT | 95 | 95 | 95 | 92 | 80 | 65 | 53 | 40 | 25 | 25 | 25 | 20 | 20 | 20 | 20 |
| Voya Index Solution | 0 YTT | 95 | 95 | 95 | 88 | 80 | 72 | 62 | 50 | 35 | 35 | 35 | 35 | 35 | 35 | 35 |
| Voya Solution | 0 YTT | 95 | 95 | 95 | 88 | 80 | 72 | 63 | 50 | 35 | 35 | 35 | 35 | 35 | 35 | 35 |
| Voya Target Retirement | 0 YTT | 95 | 95 | 95 | 88 | 80 | 72 | 62 | 50 | 35 | 35 | 35 | 35 | 35 | 35 | 35 |
| Wells Fargo Dynamic Target | −10 YTT | 96 | 96 | 96 | 95 | 91 | 87 | 79 | 72 | 64 | 58 | 51 | 51 | 51 | 51 | 51 |
| Wells Fargo Target | −10 YTT | 90 | 90 | 87 | 82 | 75 | 66 | 56 | 47 | 39 | 34 | 30 | 30 | 30 | 30 | 30 |

Source: Morningstar, Inc. Data as of 12/31/17.

Exhibit 19                    Page 60 of 61

**About Morningstar Manager Research**

Morningstar Manager Research provides independent, fundamental analysis on managed investment strategies. Analyst views are expressed in the form of Analyst Ratings, which are derived through research of five key pillars — Process, Performance, Parent, People, and Price. A global research team issues detailed analyst reports on strategies that span vehicle, asset class, and geography.

**About Morningstar Manager Research Services**

Morningstar Manager Research Services combines the firm's fund research reports, ratings, software, tools, and proprietary data with access to Morningstar's manager research analysts. It complements internal due-diligence functions for institutions such as banks, wealth managers, insurers, sovereign wealth funds, pensions, endowments, and foundations.

**For More Information**

Michael Breen

Director, Operations and Training, Global Manager Research

+1 312 696-6553



22 West Washington Street

Chicago, IL 60602 USA

©2018 Morningstar. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Exhibit 19                                    Page 61 of 61

# EXHIBIT 20





**FACT SHEET**

# Retirement 2015 Fund

*As of March 31, 2020*

| Portfolio Manager: | Managed Fund Since: | Joined Firm: |
|---|---|---|
| Wyatt Lee | 2015 | 1999 |
| Jerome Clark | 2002 | 1992 |
| Kim DeDominicis | 2019 | 2000 |
| Andrew Jacobs van Merlen | 2020 | 2000 |

## FUND INFORMATION

| | |
|---|---|
| Symbol | TRRGX |
| CUSIP | 74149P796 |
| Inception Date of Fund | February 27, 2004 |
| Benchmark | S&P Target Date 2015 Index |
| Expense Information (as of the most recent Prospectus) | 0.56% |
| Fiscal Year End | May 31 |
| Total Annual Operating Expenses per $1,000 | $5.60 |
| 12B-1 Fee | – |
| Portfolio Holdings Turnover† | 13.3% |
| Total Assets (all share classes) | $5,003,395,481 |

†Portfolio Turnover represents 1 year period ending 12/31/19.

## INVESTMENT OBJECTIVE AND STRATEGY

The fund seeks the highest total return over time consistent with an emphasis on both capital growth and income.

- The fund invests in a diversified portfolio of other T. Rowe Price stock and bond funds that represent various asset classes and sectors.
- The fund's allocation between T. Rowe Price stock and bond funds will change over time in relation to its target retirement date.

## BENEFITS AND RISKS

- The fund provides a simplified option for retirement investing, including professional management, broad-based diversification, and low-cost management fees.
- The asset allocations are based on what T. Rowe Price considers broadly appropriate to investors at specific stages of their retirement planning.

## GLIDE PATH



IMPORTANT CHANGES TO THE TARGET DATE FUND: T. Rowe Price is making changes to the glide path of our target date Fund. The glide path will be transitioning to the allocations shown above. Specifically, beginning in the second quarter of 2020, the glide path will gradually change to increase its overall equity allocation at certain points and accordingly decrease its bond allocation. Note that there will be no change to the allocation at the target retirement date. For example, the equity allocation at the beginning of the enhanced glide path will be increasing from the original 90% allocation and will be increasing from the original 20% allocation at the end of the glide path. Adjustments to equity and bond allocations will be made incrementally, and we expect the transition to the enhanced glide path to be completed in the second quarter of 2022, depending on market conditions. Please see the prospectus for additional details.

## PERFORMANCE

(NAV, total return)

| | Three Months | One Year | Annualized | | | |
|---|---|---|---|---|---|---|
| | | | Three Years | Five Years | Ten Years | Fifteen Years |
| Retirement 2015 Fund | -12.48% | -4.73% | 2.30% | 3.13% | 5.99% | 5.57% |
| Combined Index Portfolio* | -9.49 | -1.26 | 3.63 | 3.80 | 6.26 | 5.48 |
| S&P Target Date 2015 Index | -9.16 | -1.93 | 2.90 | 3.21 | 5.54 | 4.97 |

**Performance data quoted represents past performance and is not a reliable indicator of future performance. Investment return and principal value will fluctuate so that an investor's shares, when redeemed, may be worth more or less than their original cost. Current performance may be lower or higher than the performance data quoted. To obtain the most recent month-end performance, visit troweprice.com. Consider the investment objectives, risks, and charges and expenses carefully before investing. For a prospectus or, if available, a summary prospectus containing this and other information, call 1-855-405-6488 or visit troweprice.com. Read it carefully.** The average annual total return figures reflect the reinvestment of dividends and capital gains, if any. The fund(s) may have other share classes available that offer different investment minimums and fees. See the prospectus for details.
*The Combined Index Portfolio is composed of 33.60% Russell 3000 Index, 14.40% MSCI All Country World Index ex USA Net, 38% Bloomberg Barclays U.S. Aggregate Bond Index, and 14% Bloomberg Barclays U.S. 1-5 Year TIPS Index. Each index is weighted at the appropriate strategic neutral allocation of its respective asset class, which is predetermined and changes over time. Historical benchmark representations were not restated to reflect the component benchmark changes.

Exhibit 20                Page 1 of 2

INVEST WITH CONFIDENCE®

## HOLDINGS

| Equity Holdings | % of Fund |
|---|---|
| TRP Equity Index 500 | 22.4% |
| TRP International Value Equity | 4.1 |
| TRP Overseas Stock | 4.0 |
| TRP International Stock | 3.6 |
| TRP Growth Stock | 3.0 |
| TRP Value | 2.8 |
| TRP Emerging Markets Stock | 2.4 |
| TRP Mid-Cap Growth | 1.9 |
| TRP Mid-Cap Value | 1.7 |
| TRP New Horizons | 1.4 |
| TRP Small-Cap Stock | 1.2 |
| TRP Real Assets | 1.1 |

| Fixed Income Holdings | % of Fund |
|---|---|
| TRP New Income | 16.4% |
| TRP Limited Duration Infl Focused Bd Fd | 12.8 |
| TRP International Bond (USD Hgd) | 5.6 |
| TRP Emerging Markets Bond | 4.0 |
| TRP Dynamic Global Bond | 3.7 |
| TRP High Yield | 3.3 |
| TRP US Treasury Long-Term | 1.7 |
| TRP Floating Rate | 1.3 |

## MORNINGSTAR™

| | |
|---|---|
| Overall Morningstar Rating™ | ★★★ |
| Morningstar Category™ | Target-Date 2015 |

Rated against 99 Target-Date 2015 funds, as of 3/31/2020, based on risk-adjusted total return. Ratings are determined monthly and subject to change. The Overall Morningstar Rating for a fund is derived from a weighted average of the performance figures associated with its 3-, 5- and 10-year (if applicable) Morningstar Rating metrics.

## ASSET DIVERSIFICATION



| Fund | |
|---|---|
| ■ Stocks | 50.6% |
| ■ Bonds | 48.7% |
| ■ Cash | 0.7% |



| Fund | |
|---|---|
| Stocks | 50.6% |
| ■ U.S. Equities | 35.4% |
| ■ International Equities | 14.1% |
| ■ Real Assets Equities | 1.1% |
| Bonds | 48.7% |
| ■ Core | 26.0% |
| ■ Limited Duration Inflation Focused | 12.8% |
| ■ High Yield | 4.5% |
| ■ Emerging Markets | 3.7% |
| ■ Long Treasuries | 1.7% |
| ■ Cash | 0.7% |

## MANAGEMENT

The Retirement Funds are managed by Wyatt Lee, Jerome Clark, Kim DeDominicis and Andrew Jacobs van Merlen. The portfolio managers are responsible for the strategic design and day-to-day management of the Fund. This includes portfolio design, positioning, performance, and risk-management oversight. The Fund's tactical asset allocation decisions are made by the firm's Asset Allocation Committee. The Committee is co-chaired by Rob Sharps and Charles Shriver, and includes some of the firm's most senior investment management professionals across major asset classes. Wyatt and Jerome are members of the firm's Asset Allocation Committee. Individual security selection is made by portfolio managers of the Fund's component strategies drawing on the fundamental insights of T. Rowe Price's team of around 200 global research analysts.

## Additional Disclosures

The principal value of the Retirement Funds is not guaranteed at any time, including at or after the target date, which is the approximate year an investor plans to retire (assumed to be age 65) and likely stop making new investments in the fund. If an investor plans to retire significantly earlier or later than age 65, the funds may not be an appropriate investment even if the investor is retiring on or near the target date. The funds' allocations among a broad range of underlying T. Rowe Price stock and bond funds will change over time. The funds emphasize potential capital appreciation during the early phases of retirement asset accumulation, balance the need for appreciation with the need for income as retirement approaches, and focus on supporting an income stream over a long-term postretirement withdrawal horizon. The funds are not designed for a lump-sum redemption at the target date and do not guarantee a particular level of income. The funds maintain a substantial allocation to equities both prior to and after the target date, which can result in greater volatility over shorter time horizons.
Morningstar rated the fund 2, 3, and 4 stars among 99, 74 and 47 Target-Date 2015 funds for the 3-, 5-, and 10-year periods (as applicable) ending 3/31/2020, respectively. The Morningstar Rating™ for funds, or "star rating", is calculated for funds with at least a three-year history. Exchange-traded funds and open-ended mutual funds are considered a single population for comparative purposes. It is calculated based on a Morningstar Risk-Adjusted Return measure that accounts for variation in a managed product's monthly excess performance, placing more emphasis on downward variations and rewarding consistent performance. The top 10% of products in each product category receive 5 stars, the next 22.5% receive 4 stars, the next 35% receive 3 stars, the next 22.5% receive 2 stars, and the bottom 10% receive 1 star. Source for Morningstar data: © 2020 Morningstar, Inc. All Rights Reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. **Past performance is no guarantee of future results.**
Source for Bloomberg Barclays index data: Bloomberg Index Services Limited.
Source for MSCI data: MSCI. MSCI makes no express or implied warranties or representations and shall have no liability whatsoever with respect to any MSCI data contained herein. The MSCI data may not be further redistributed or used as a basis for other indices or any securities or financial products. This report is not approved, reviewed or produced by MSCI.
Russell Investment Group is the source and owner of the trademarks, service marks and copyrights related to the Russell Indexes. Russell® is a trademark of Russell Investment Group.
Source for S&P data: S&P. "Standard & Poor's®", "S&P®", "S&P 500®", "Standard & Poor's 500", and "500" are trademarks of Standard & Poor's, and have been licensed for use by T. Rowe Price. The fund is not sponsored, endorsed, sold or promoted by Standard & Poor's and Standard & Poor's makes no representation regarding the advisability of investing in the fund.
For any equity benchmarks shown, returns are shown with gross dividends reinvested, unless otherwise noted.
The information shown does not reflect any ETFs that may be held in the portfolio.
T. Rowe Price uses a custom structure for diversification reporting on this product.
Diversification exhibits may not add to 100% due to exclusion or inclusion of cash.
© 2020 T. Rowe Price. All rights reserved. T. ROWE PRICE, INVEST WITH CONFIDENCE, and the bighorn sheep design are, collectively and/or apart, trademarks or registered trademarks of T. Rowe Price Group, Inc.
T. Rowe Price Investment Services, Inc., Distributor.
202003-1121456

Not FDIC-Insured. May lose value. No bank guarantee.

Exhibit 20      Page 2 of 2

INVEST WITH CONFIDENCE

# EXHIBIT 21

Fidelity Freedom® Funds
**Fidelity Freedom® 2035 Fund**

**<u>Class</u>**/<u>Ticker</u>
**Fidelity Freedom® 2035 Fund**/FFTHX

In this summary prospectus, the term "shares" (as it relates to the fund) means the class of shares offered through this summary prospectus.

# Summary Prospectus
**May 30, 2020**

Before you invest, you may want to review the fund's prospectus, which contains more information about the fund and its risks. You can find the fund's prospectus, reports to shareholders, and other information about the fund (including the fund's SAI) online at www.fidelity.com/funddocuments. You can also get this information at no cost by calling 1-800-FIDELITY or by sending an e-mail request to fidfunddocuments@fidelity.com. The fund's prospectus and SAI dated May 30, 2020 are incorporated herein by reference.

See the inside front cover for important information about access to your fund's shareholder reports.



245 Summer Street, Boston, MA 02210

Beginning on January 1, 2021, as permitted by regulations adopted by the Securities and Exchange Commission, paper copies of a fund's shareholder reports will no longer be sent by mail, unless you specifically request paper copies of the reports from the fund or from your financial intermediary, such as a financial advisor, broker-dealer or bank. Instead, the reports will be made available on a website, and you will be notified by mail each time a report is posted and provided with a website link to access the report.

If you already elected to receive shareholder reports electronically, you will not be affected by this change and you need not take any action. You may elect to receive shareholder reports and other communications from a fund electronically, by contacting your financial intermediary. For Fidelity customers, visit Fidelity's web site or call Fidelity using the contact information listed below.

You may elect to receive all future reports in paper free of charge. If you wish to continue receiving paper copies of your shareholder reports, you may contact your financial intermediary or, if you are a Fidelity customer, visit Fidelity's website, or call Fidelity at the applicable toll-free number listed below. Your election to receive reports in paper will apply to all funds held with the fund complex/your financial intermediary.

| Account Type | Website | Phone Number |
|---|---|---|
| Brokerage, Mutual Fund, or Annuity Contracts: | fidelity.com/mailpreferences | 1-800-343-3548 |
| Employer Provided Retirement Accounts: | netbenefits.fidelity.com/preferences (choose 'no' under Required Disclosures to continue to print) | 1-800-343-0860 |
| Advisor Sold Accounts Serviced Through Your Financial Intermediary: | Contact Your Financial Intermediary | Your Financial Intermediary's phone number |
| Advisor Sold Accounts Serviced by Fidelity: | institutional.fidelity.com | 1-877-208-0098 |

Exhibit 21                    Page 1 of 8

# Fund Summary

**Fund/Class**:
Fidelity Freedom® 2035 Fund/**Fidelity Freedom® 2035 Fund**

## Investment Objective

The fund seeks high total return until its target retirement date. Thereafter the fund's objective will be to seek high current income and, as a secondary objective, capital appreciation.

## Fee Table

The following table describes the fees and expenses that may be incurred when you buy and hold shares of the fund.

**Shareholder fees**

**(fees paid directly from your investment)**     None

**Annual Operating Expenses**
**(expenses that you pay each year as a % of the value of your investment)**

| | |
|---|---:|
| Management fee[a] | 0.72% |
| Distribution and/or Service (12b-1) fees | None |
| Other expenses | 0.00% |
| **Total annual operating expenses**[a] | 0.72% |

(a) *Adjusted to reflect current fees.*

This **example** helps compare the cost of investing in the fund with the cost of investing in other funds.

Let's say, hypothetically, that the annual return for shares of the fund is 5% and that your shareholder fees and the annual operating expenses for shares of the fund are exactly as described in the fee table. This example illustrates the effect of fees and expenses, but is not meant to suggest actual or expected fees and expenses or returns, all of which may vary. For every $10,000 you invested, here's how much you would pay in total expenses if you sell all of your shares at the end of each time period indicated:

| | |
|---|---:|
| 1 year | $74 |
| 3 years | $229 |
| 5 years | $393 |
| 10 years | $850 |

**Portfolio Turnover**

The fund will not incur transaction costs, such as commissions, when it buys and sells shares of underlying Fidelity® funds (or "turns over" its portfolio), but it could incur transaction costs if it were to buy and sell other types of securities directly. If the fund were to buy and sell other types of securities directly, a higher portfolio turnover rate could indicate higher transaction costs and could result in higher taxes when fund shares are held in a taxable account. Such costs, if incurred, would not be reflected in annual operating expenses or in the example and would affect the fund's performance. During the most recent fiscal year, the fund's portfolio turnover rate was 31% of the average value of its portfolio.

## Principal Investment Strategies

- Investing primarily in a combination of Fidelity® domestic equity funds, international equity funds, bond funds, and short-term funds (underlying Fidelity® funds).

Exhibit 21      Page 2 of 8

- Allocating assets according to a neutral asset allocation strategy in the glide path below that adjusts over time until it reaches an allocation similar to that of the Fidelity Freedom® Income Fund, approximately 10 to 19 years after the year 2035. Fidelity Management & Research Company LLC (the Adviser) may modify the fund's neutral asset allocations from time to time when in the interests of shareholders.



- Buying and selling futures contracts (both long and short positions) in an effort to manage cash flows efficiently, remain fully invested, or facilitate asset allocation.

- The neutral asset allocation shown in the glide path depicts the allocation to domestic equity funds, international equity funds, bond funds (including investment grade debt, inflation-protected debt, and long-term treasury debt), and short-term funds.

- The Adviser, under normal market conditions, will make investments that are consistent with seeking high total return for several years beyond the fund's target retirement date in an effort to achieve the fund's overall investment objective.

- As of April 1, 2020, the fund's neutral asset allocation to underlying Fidelity® funds and futures was approximately:

| | | |
|---|---|---|
| | Domestic Equity Funds | 49% |
| | International Equity Funds | 33% |
| | Investment Grade Bond Funds | 15% |
| | Long-Term Treasury Bond Funds | 3% |
| | Inflation-Protected Bond Funds | 0% |
| | Short-Term Funds | 0% |

Exhibit 21                    Page 3 of 8



\* The Adviser may change these percentages over time. As a result of the active asset allocation strategy (discussed below), actual allocations may differ from the neutral allocations above. The allocation percentages may not add to 100% due to rounding.

- The Adviser, under normal market conditions, will use an active asset allocation strategy to increase or decrease asset class exposures relative to the neutral asset allocations reflected above by up to 10% for equity funds, bond funds and short-term funds to reflect the Adviser's market outlook, which is primarily focused on the intermediate term. The asset allocations in the glide path and pie chart above are referred to as neutral because they do not reflect any decisions made by the Adviser to overweight or underweight an asset class.

- The Adviser may also make active asset allocations within other asset classes (such as commodities, high yield debt (also referred to as junk bonds), floating rate debt, real estate debt, international debt, and emerging markets debt) from 0% to 10% of the fund's total assets individually, but no more than 25% in aggregate within those other asset classes. Such asset classes are not reflected in the neutral asset allocations reflected in the glide path and pie chart above.

- Designed for investors who anticipate retiring in or within a few years of 2035 (target retirement date) at or around age 65.

## Principal Investment Risks

*Shareholders should consider that no target date fund is intended as a complete retirement program and there is no guarantee that any single fund will provide sufficient retirement income at or through your retirement. The fund's share price fluctuates, which means you could lose money by investing in the fund, including losses near, at or after the target retirement date.*

- ***Asset Allocation Risk.***  The fund is subject to risks resulting from the Adviser's asset allocation decisions. The selection of underlying funds and the allocation of the fund's assets among various asset classes could cause the fund to lose value or its results to lag relevant benchmarks or other funds with similar objectives. In addition, the fund's active asset allocation strategy may cause the fund to have a risk profile different than that portrayed above from time to time and may increase losses.

- ***Investing in Other Funds.***  The fund bears all risks of investment strategies employed by the underlying funds, including the risk that the underlying funds will not meet their investment objectives.

- ***Stock Market Volatility.***  The Adviser will continue to invest the fund's assets in equity funds in the years following the fund's target retirement date in an effort to achieve the fund's overall investment objective. Stock markets are volatile and can decline significantly in response to adverse issuer, political, regulatory, market, or economic developments. Different parts of the market, including different market sectors, and different types of securities can react differently to these developments.

- ***Interest Rate Changes.***  Interest rate increases can cause the price of a debt or money market security to decrease.

Exhibit 21                                    Page 4 of 8

- **Foreign Exposure.**  Foreign markets, particularly emerging markets, can be more volatile than the U.S. market due to increased risks of adverse issuer, political, regulatory, market, or economic developments and can perform differently from the U.S. market. Emerging markets can be subject to greater social, economic, regulatory, and political uncertainties and can be extremely volatile. Foreign exchange rates also can be extremely volatile.

- **Geographic Concentration in China.**  Because an underlying fund concentrates its investments in China, the underlying fund's performance is expected to be closely tied to social, political, and economic conditions in China and to be more volatile than the performance of more geographically diversified funds. In addition, because the underlying fund may invest a significant percentage of assets in certain industries, the underlying fund's performance could be affected to the extent that the particular industry or industries in which the underlying fund invests are sensitive to adverse social, political, economic, currency, or regulatory developments.

- **Industry Exposure.**  Market conditions, interest rates, and economic, regulatory, or financial developments could significantly affect a single industry or group of related industries.

- **Prepayment.**  The ability of an issuer of a debt security to repay principal prior to a security's maturity can cause greater price volatility if interest rates change.

- **Issuer-Specific Changes.**  The value of an individual security or particular type of security can be more volatile than, and can perform differently from, the market as a whole. A decline in the credit quality of an issuer or a provider of credit support or a maturity-shortening structure for a security can cause the price of a security to decrease. Lower-quality debt securities (those of less than investment-grade quality, also referred to as high yield debt securities or junk bonds) and certain types of other securities involve greater risk of default or price changes due to changes in the credit quality of the issuer. The value of lower-quality debt securities and certain types of other securities can be more volatile due to increased sensitivity to adverse issuer, political, regulatory, market, or economic developments.

- **Leverage Risk.**  Leverage can increase market exposure, magnify investment risks, and cause losses to be realized more quickly.

- **"Growth" Investing.**  "Growth" stocks can perform differently from the market as a whole and other types of stocks and can be more volatile than other types of stocks.

- **"Value" Investing.**  "Value" stocks can perform differently from the market as a whole and other types of stocks and can continue to be undervalued by the market for long periods of time.

- **Commodity-Linked Investing.**  The value of commodities and commodity-linked investments may be affected by the performance of the overall commodities markets as well as weather, political, tax, and other regulatory and market developments. Commodity-linked investments may be more volatile and less liquid than the underlying commodity, instruments, or measures.

An investment in the fund is not a deposit of a bank and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. You could lose money by investing in the fund.

## Performance

The following information is intended to help you understand the risks of investing in the fund. The information illustrates the changes in the performance of the fund's shares from year to year and compares the performance of the fund's shares to the performance of a securities market index and a hypothetical composite of market indexes over various periods of time. The indexes have characteristics relevant to the fund's investment strategies. Index descriptions appear in the "Additional Index Information" section of the prospectus. Prior to June 1, 2017, the fund operated under a different pricing structure. The fund's historical performance prior to June 1, 2017 does not reflect the fund's current pricing structure. Past performance (before and after taxes) is not an indication of future performance.

Visit www.fidelity.com for more recent performance information.

**Year-by-Year Returns**

Exhibit 21                    Page 5 of 8



| Calendar Years | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 14.46% | −4.59% | 14.45% | 20.68% | 5.75% | −0.21% | 8.63% | 22.00% | −8.42% | 24.49% |

| During the periods shown in the chart: | Returns | Quarter ended |
|---|---|---|
| Highest Quarter Return | 11.27% | September 30, 2010 |
| Lowest Quarter Return | (14.77)% | September 30, 2011 |
| Year-to-Date Return | (19.14)% | March 31, 2020 |

**Average Annual Returns**

After-tax returns are calculated using the historical highest individual federal marginal income tax rates, but do not reflect the impact of state or local taxes. Actual after-tax returns may differ depending on your individual circumstances. The after-tax returns shown are not relevant if you hold your shares in a retirement account or in another tax-deferred arrangement, such as an employee benefit plan (profit sharing, 401(k), or 403(b) plan). Return After Taxes on Distributions and Sale of Fund Shares may be higher than other returns for the same period due to a tax benefit of realizing a capital loss upon the sale of fund shares.

| For the periods ended December 31, 2019 | Past 1 year | Past 5 years | Past 10 years |
|---|---|---|---|
| **Fidelity Freedom® 2035 Fund** | | | |
| Return Before Taxes | 24.49% | 8.56% | 9.17% |
| Return After Taxes on Distributions | 22.40% | 7.05% | 7.76% |
| Return After Taxes on Distributions and Sale of Fund Shares | 15.70% | 6.45% | 7.07% |
| S&P 500® Index | 31.49% | 11.70% | 13.56% |
| (reflects no deduction for fees, expenses, or taxes) | | | |
| Fidelity Freedom 2035 Composite Index℠ | 25.21% | 8.88% | 10.23% |
| (reflects no deduction for fees or expenses) | | | |

# Investment Adviser

Fidelity Management & Research Company LLC (FMR) (the Adviser) is the fund's manager.

# Portfolio Manager(s)

Andrew Dierdorf (co-manager) has managed the fund since June 2011.

Brett Sumsion (co-manager) has managed the fund since January 2014.

# Purchase and Sale of Shares

You may buy or sell shares through a Fidelity® brokerage or mutual fund account, through a retirement account, or through an investment professional. You may buy or sell shares in various ways:

**Internet**

Exhibit 21                    Page 6 of 8

www.fidelity.com

**Phone**

**Fidelity Automated Service Telephone (FAST**®**) 1-800-544-5555**

**To reach a Fidelity representative 1-800-544-6666**

**Mail**

| **Additional purchases:** | **Redemptions:** |
|---|---|
| **Fidelity Investments**<br>**P.O. Box 770001**<br>**Cincinnati, OH 45277-0003** | **Fidelity Investments**<br>**P.O. Box 770001**<br>**Cincinnati, OH 45277-0035** |

**TDD- Service for the Deaf and Hearing Impaired**

**1-800-544-0118**

The price to buy one share is its net asset value per share (NAV). Shares will be bought at the NAV next calculated after an order is received in proper form.

The price to sell one share is its NAV. Shares will be sold at the NAV next calculated after an order is received in proper form.

The fund is open for business each day the New York Stock Exchange (NYSE) is open.

There is no purchase minimum for fund shares.

# Tax Information

Distributions you receive from the fund are subject to federal income tax and generally will be taxed as ordinary income or capital gains, and may also be subject to state or local taxes, unless you are investing through a tax-advantaged retirement account (in which case you may be taxed later, upon withdrawal of your investment from such account).

# Payments to Broker-Dealers and Other Financial Intermediaries

The fund, the Adviser, Fidelity Distributors Company LLC (FDC), and/or their affiliates may pay intermediaries, which may include banks, broker-dealers, retirement plan sponsors, administrators, or service-providers (who may be affiliated with the Adviser or FDC), for the sale of fund shares and related services. These payments may create a conflict of interest by influencing your intermediary and your investment professional to recommend the fund over another investment. Ask your investment professional or visit your intermediary's web site for more information.

Current regulations allow Fidelity to send a single copy of shareholder documents for Fidelity® funds, such as prospectuses, annual and semi-annual reports, and proxy materials, to certain mutual fund customers whom we believe are members of the same family who share the same address. For certain types of accounts, we will not send multiple copies of these documents to you and members of your family who share the same address. Instead, we will send only a single copy of these documents. This will continue for as long as you are a shareholder, unless you notify us otherwise. If at any time you choose to receive individual copies of any documents, please call 1-800-544-8544. We will begin sending individual copies to you within 30 days of receiving your call.

Fidelity Distributors Company LLC (FDC) is a member of the Securities Investor Protection Corporation (SIPC). You may obtain information about SIPC, including the SIPC brochure, by visiting www.sipc.org or calling SIPC at 202-371-8300.

Fidelity Freedom, Fidelity Investments & Pyramid Design, Fidelity, and FAST are registered service marks of FMR LLC. © 2020 FMR LLC. All rights reserved.

Fidelity Freedom 2035 Composite Index is a service mark of FMR LLC.

Exhibit 21                    Page 7 of 8

Any third-party marks that may appear above are the marks of their respective owners.

1.926780.120                                                    F35-SUM-0520

Exhibit 21                                    Page 8 of 8