1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| WINSTON R. ANDERSON, CHRISTOPHER M. SULYMA and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION INVESTMENT POLICY COMMITTEE, et al.,<br><br>Defendants. | Case No. 5:19-cv-04618-LHK (Consolidated with Case Nos. 5:16-cv-00522-LHK, 5:15-cv-04977-LHK)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS** |

On May 5, 2021, Defendants filed a request that, in adjudicating Defendants' Motion to Dismiss Counts I through VI of Plaintiffs' Amended Consolidated Complaint, the Court take judicial notice of, or consider under the incorporation-by-reference doctrine, Exhibits 1 through 21 attached to the Declaration of Vidya Mirmira.  The Court, having considered Defendants' Request for Judicial Notice, the Memorandum of Points and Authorities in support thereof, all other papers submitted in opposition and reply, and the applicable law, and finding good cause therefore, hereby **GRANTS** Defendants' Request for Judicial Notice in its entirety.  Accordingly, the Court considers Exhibits 1 through 21 attached to the Mirmira Declaration in adjudicating Defendants' Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
Hon. Lucy H. Koh
United States District Judge