UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINSTON R. ANDERSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTEL CORPORATION INVESTMENT POLICY COMMITTEE, et al., <br><br> Defendants. | Case No. 19-cv-04618-LHK (SVK) <br><br> **ORDER RE DECEMBER 17, 2021 JOINT DISCOVERY LETTER BRIEF** <br><br> Re: Dkt. No. 144 |

The Court is in receipt of the Parties' Joint Statement Regarding Discovery Dispute, filed December 17, 2021, as well as the Order Granting Defendants' Motion to Dismiss Counts I-VI, with prejudice, filed January 8, 2022. Dkt. 144, 147. The order of dismissal leaves just one cause of action, Count VII. Dkt. 147 at 39. In light of the scope of the order of dismissal, it appears that the discovery dispute, directed to documents in support of Counts I-IV, is moot. Accordingly, by **January 14, 2022**, the Parties are to meet and confer and file a joint statement regarding the status of the discovery dispute at Dkt. 144, not to exceed two pages.

**SO ORDERED.**

Dated: January 11, 2022

SUSAN VAN KEULEN
United States Magistrate Judge