Joseph A. Creitz (Cal. Bar No. 169552)
CREITZ & SEREBIN LLP
100 Pine Street, Suite 1250
San Francisco, CA 94104
Telephone: (415) 466-3090
Facsimile: (415) 513-4475
joe@creitzserebin.com

*Attorneys for Plaintiff*

Scott P. Cooper (Cal. Bar No. 96905)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
scooper@proskauer.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WINSTON R. ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>INTEL RETIREMENT PLANS ADMINISTRATIVE COMMITTEE, et al.,<br><br>    Defendants. | Case No. 5:19-cv-04618-VC<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT OF COUNT VII** |

Pursuant to the Court's July 1, 2022 Order (ECF No. 177), the Parties submit this Joint Status Report regarding the status of settlement of Count VII as follows:

A. On January 8, 2022, the Court entered its Order Granting Defendants' Motion to Dismiss Counts I–VI of Plaintiffs' First Amended Consolidated Class Action Complaint (ECF No. 175), leaving Count VII as the only remaining claim in the case.

B. Count VII is brought individually by Plaintiff Winston Anderson ("Plaintiff") against the Intel Retirement Plans Administrative Committee ("Administrative Committee") and nine individuals who are alleged to have served as members of the Administrative Committee: Terra Castaldi, Ronald D. Dickel, Ravi Jacob, Tiffany Doon Silva, Tami Graham, Cary Klafter, Stuart Odell, David Pottruck, and Richard Taylor (collectively "the Individual Defendants") (collectively, "Defendants").

C. Defendants dispute that the Individual Defendants are properly named as Defendants in Count VII.

D. On February 7, 2022, the Court issued its Order Regarding Case Schedule setting, among others, June 9, 2022 as the deadline for filing dispositive motions, July 14, 2022 as the hearing date for dispositive motions, and September 6, 2022 as the trial date. ECF No. 162.

E. Defendants filed a motion for summary judgment on Count VII ("the Motion") on June 9, 2022. ECF No. 173.

F. Pursuant to L.R. 7.2, Plaintiff's opposition to the Motion was due June 23, 2022 and Defendants' reply was due June 30, 2022.

G. On June 16, 2022, Plaintiffs and Defendants (collectively "the Parties") reached an agreement in principle to settle Count VII, provided that the briefing and hearing deadlines above are extended so that the Parties do not have to expend additional time litigating the claim and subject to reaching agreement on the terms of a written settlement agreement.

H. Pursuant to the Parties' stipulations filed on June 17, 2022 and July 1, 2022 (ECF

Nos. 174 & 176), the Court extended the due date for Plaintiff's opposition to the Motion to July 21, 2022, the due date for Defendants' reply to July 28, 2022, and the hearing date to August 11, 2022. ECF No. 177. The Court ordered the Parties to file by July 15, 2022 a joint status report as to the status of settlement of Count VII and, if applicable, file a stipulation and [proposed] order to dismiss Count VII or propose a date for such filing. *Id*.

I. The Parties have executed a written settlement agreement regarding Count VII and expect to file a stipulation of dismissal within the next few days.

Dated: July 15, 2022

By: s/ Vincent Cheng
Vincent Cheng (Cal. Bar No. 230827)
BLOCK & LEVITON LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
vincent@blockesq.com
Telephone: (415) 968-8999
Facsimile: (617) 507-6020

R. Joseph Barton (Cal. Bar No. 212340)
BLOCK & LEVITON LLP
1633 Connecticut Ave. NW
Suite 200
Washington DC 20009
joe@blockesq.com
Telephone: (202) 734-7046
Facsimile: (617) 507-6020

Joseph Creitz (Cal Bar. No. 169552)
Lisa Serebin (Cal Bar No. 146312)
CREITZ & SEREBIN LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
joe@creitzserebin.com
lisa@creitzserebin.com
Telephone: (415) 466-3090
Facsimile: (415) 513-4475

Gregory Y. Porter (admitted *pro hac vice*)
Ryan Thomas Jenny (pro hac vice)
Michael Murphy (pro hac vice)

By: s/ Jennifer Roche
Scott P. Cooper (Cal. Bar No. 96905)
Jennifer L. Roche (Cal. Bar No. 254538)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
scooper@proskauer.com
jroche@proskauer.com
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

Myron D. Rumeld (*pro hac vice* application forthcoming)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
mrumeld@proskauer.com
Telephone: 212.969.3000
Facsimile: 212.969.2900

Dane H. Butswinkas (*pro hac vice*)
Daniel F. Katz (*pro hac vice*)
Vidya Atre Mirmira (*pro hac vice*)
David S. Kurtzer-Ellenbogen (*pro hac vice*)
Juli Ann Lund (*pro hac vice pending*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC 20024
dbutswinkas@wc.com
dkatz@wc.com
vmirmira@wc.com
dkurtzer@wc.com

3
STATUS REPORT REGARDING SETTLEMENT OF COUNT VII
CASE NO. 5:19-CV-04618-VC

BAILEY & GLASSER LLP
1054 31st Street, NW, Suite 230
Washington, D.C. 20007
gporter@baileyglasser.com
rjenny@baileyglasser.com
Telephone: (202) 463-2101
Facsimile: (202) 463-2103

Mark George Boyko (pro hac vice)
mboyko@baileyglasser.com
BAILEY & GLASSER LLP
8012 Bonhomme Avenue, Suite 300
Clayton, MO 63105
Telephone: (304) 345-6555

Major Khan (to be admitted *pro hac vice*)
MAJOR KHAN LLC
1120 Avenue of the Americas Suite 4100
New York, NY 10036
mk@mk-llc.com
Telephone: (646) 546-5664
Facsimile: (646) 546-5755

jlund@wc.com
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendants*

*Attorneys for Plaintiff*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

s/ Vincent Cheng