Joseph A. Creitz (Cal. Bar No. 169552)
CREITZ & SEREBIN LLP
100 Pine Street, Suite 1250
San Francisco, CA 94104
Telephone: (415) 466-3090
Facsimile: (415) 513-4475
joe@creitzserebin.com

*Attorneys for Plaintiff*

Scott P. Cooper (Cal. Bar No. 96905)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
scooper@proskauer.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WINSTON R. ANDERSON,<br><br>     Plaintiff,<br><br>     v.<br><br>INTEL RETIREMENT PLANS ADMINISTRATIVE COMMITTEE, et al.,<br><br>     Defendants. | Case No. 5:19-cv-04618-VC<br><br>**STIPULATION OF DISMISSAL OF COUNT VII WITH PREJUDICE** |

Pursuant to Civil Local Rules 7-12 and Rule 41(a)(1)(A)(ii), it is hereby stipulated and jointly requested by Plaintiff Winston R. Anderson and Defendant Intel Retirement Plans Administrative Committee, Terra Castaldi, Ronald D. Dickel, Ravi Jacob, Tiffany Doon Silva, Tami Graham, Cary Klafter, Stuart Odell, David Pottruck, and Richard Taylor (collectively the "Administrative Committee Defendants"), through their respective counsel, that because Plaintiff and the Administrative Committee Defendants, who constitute all of the remaining parties, have reached a settlement with respect to the only remaining count, Count VII (and only Count VII), Count VII of the above-captioned matter shall be dismissed with prejudice, with each party to bear its or his own costs and expenses.

**IT IS SO STIPULATED.**

Dated: July 20, 2022

By: s/ Vincent Cheng
Vincent Cheng (Cal. Bar No. 230827)
BLOCK & LEVITON LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
vincent@blockesq.com
Telephone: (415) 968-8999
Facsimile: (617) 507-6020

R. Joseph Barton (Cal. Bar No. 212340)
BLOCK & LEVITON LLP
1633 Connecticut Ave. NW
Suite 200
Washington DC 20009
joe@blockesq.com
Telephone: (202) 734-7046
Facsimile: (617) 507-6020

Joseph Creitz (Cal Bar. No. 169552)
Lisa Serebin (Cal Bar No. 146312)
CREITZ & SEREBIN LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
joe@creitzserebin.com
lisa@creitzserebin.com
Telephone: (415) 466-3090
Facsimile: (415) 513-4475

By: s/ Scott P. Cooper
Scott P. Cooper (Cal. Bar No. 96905)
Jennifer L. Roche (Cal. Bar No. 254538)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
scooper@proskauer.com
jroche@proskauer.com
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

Myron D. Rumeld (*pro hac vice* application forthcoming)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
mrumeld@proskauer.com
Telephone: 212.969.3000
Facsimile: 212.969.2900

Dane H. Butswinkas (*pro hac vice*)
Daniel F. Katz (*pro hac vice*)
Vidya Atre Mirmira (*pro hac vice*)
David S. Kurtzer-Ellenbogen (*pro hac vice*)
Juli Ann Lund (*pro hac vice pending*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.

Gregory Y. Porter (admitted *pro hac vice*)
Ryan Thomas Jenny (pro hac vice)
Michael Murphy (pro hac vice)
BAILEY & GLASSER LLP
1054 31st Street, NW, Suite 230
Washington, D.C. 20007
gporter@baileyglasser.com
rjenny@baileyglasser.com
Telephone: (202) 463-2101
Facsimile: (202) 463-2103

Mark George Boyko (pro hac vice)
mboyko@baileyglasser.com
BAILEY & GLASSER LLP
8012 Bonhomme Avenue, Suite 300
Clayton, MO 63105
Telephone: (304) 345-6555

Major Khan (to be admitted *pro hac vice*)
MAJOR KHAN LLC
1120 Avenue of the Americas Suite 4100
New York, NY 10036
mk@mk-llc.com
Telephone: (646) 546-5664
Facsimile: (646) 546-5755

*Attorneys for Plaintiff*

Washington, DC 20024
dbutswinkas@wc.com
dkatz@wc.com
vmirmira@wc.com
dkurtzer@wc.com
jlund@wc.com
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendants*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

s/ Vincent Cheng