# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| WINSTON R. ANDERSON,<br><br>　　Plaintiff,<br><br>　　v.<br><br>INTEL RETIREMENT PLANS ADMINISTRATIVE COMMITTEE, et al.,<br><br>　　Defendants. | Case No. 5:19-cv-04618-VC<br><br>**[PROPOSED] ORDER OF DISMISSAL OF COUNT VII WITH PREJUDICE** |

PURSUANT TO THE STIPULATION OF DISMISSAL OF COUNT VII WITH PREJUDICE, IT IS SO ORDERED that Count VII of the above-captioned action (as set forth in the Amended Consolidated Complaint (ECF No. 113)) is dismissed with prejudice.

Dated: _____                              _____
                                                                               HON. VINCE CHHABRIA
                                                                               UNITED STATES DISTRICT JUDGE