1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

11
12
13
14
15
16
17
18

WINSTON R. ANDERSON,

    Plaintiff,

       v.

INTEL RETIREMENT PLANS
ADMINISTRATIVE COMMITTEE, et
al.,

    Defendants.

Case No. 5:19-cv-04618-VC

**[PROPOSED] ORDER OF**
**DISMISSAL OF COUNT VII WITH**
**PREJUDICE**

19
20
21
22
23
24
25
26
27
28

1    PURSUANT TO THE STIPULATION OF DISMISSAL OF COUNT VII WITH

2    PREJUDICE, IT IS SO ORDERED that Count VII of the above-captioned action (as set forth in

3    the Amended Consolidated Complaint (ECF No. 113)) is dismissed with prejudice.

Dated: _July 25, 2022_            _____

HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE