R. Joseph Barton (Cal. Bar No. 212340)
BLOCK & LEVITON LLP
1633 Connecticut Ave. NW Suite 200
Washington DC 20009
jbarton@blockesq.com
Telephone: (202) 734-7046
Facsimile: (617) 507-6020

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| WINSTON R. ANDERSON, CHRISTOPHER M. SULYMA, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> INTEL CORPORATION INVESTMENT POLICY COMMITTEE, INTEL RETIREMENT PLANS ADMINISTRATIVE COMMITTEE, FINANCE COMMITTEE OF THE INTEL CORPORATION BOARD OF DIRECTORS, CHRISTOPHER C. GECZY, RAVI JACOB, DAVID S. POTTRUCK, ARVIND SODHANI, RICHARD TAYLOR, TERRA CASTALDI, RONALD D. DICKEL, TIFFANY DOON SILVA, TAMI GRAHAM, CARY KLAFTER, STUART ODELL, CHARLENE BARSHEFSKY, SUSAN L. DECKER, JOHN J. DONAHOE, REED E. HUNDT, JAMES D. PLUMMER, FRANK D. YEARY, STACY SMITH, ROBERT H. SWAN, TODD UNDERWOOD, AND GEORGE S. DAVIS <br><br> Defendants, <br><br> and <br><br> INTEL 401(K) SAVINGS PLAN and INTEL RETIREMENT CONTRIBUTION PLAN, <br><br> Nominal Defendants. | Case No: 5:19-cv-04618-VC <br> (Consolidated with No. 15-cv-04977-NC & No. 16-cv-00522) <br><br> **PLAINTIFFS' NOTICE OF APPEAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Notice is hereby that Plaintiffs Winston R. Anderson and Christopher M. Sulyma hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting with Leave to Amend Defendants' Motion to Dismiss Counts I-VI of Plaintiffs' Consolidated Complaint entered January 21, 2021 (ECF No. 109) and the Order Granting Defendants' Motion to Dismiss Counts I-VI of Plaintiffs' First Amended Consolidated Class Action Complaint entered January 8, 2022 (ECF No. 147).

These orders became appealable upon (but not before) the entry of the district court's July 25, 2022 Order (ECF No. 180), which effected the complete dismissal of the entire action.

Pursuant to Rule 12(b) of Federal Rules of Appellate Procedure and Circuit Rule 3-2(b) of the United States Court of Appeals for the Ninth Circuit, Plaintiffs have attached a Representation Statement identifying all parties to the action along with the names, addresses, and telephone numbers of their counsel as Exhibit A.

Dated: August 17, 2021                    Respectfully submitted,



                                                                 Vincent Cheng (Cal. Bar No. 230827)
                                                                 vincent@blockesq.com
                                                                 BLOCK & LEVITON LLP
                                                                 100 Pine St., Suite 1250
                                                                 San Francisco, CA 94111
                                                                 Telephone: (415) 968-8999
                                                                 Facsimile: (617) 507-6020

                                                                 R. Joseph Barton (Cal. Bar No. 212340)
                                                                 jbarton@blockesq.com
                                                                 BLOCK & LEVITON LLP
                                                                 1633 Connecticut Ave. NW Suite 200
                                                                 Washington DC 20009
                                                                 Telephone: (202) 734-7046
                                                                 Facsimile: (617) 507-6020

                                                                 Joseph Creitz (Cal Bar. No. 169552)
                                                                 Lisa Serebin (Cal Bar No. 146312)
                                                                 joe@creitzserebin.com
                                                                 lisa@creitzserebin.com

| | |
|---|---|
| 1 | CREITZ & SEREBIN LLP |
| 2 | 100 Pine Street, Suite 1250 |
|   | San Francisco, CA 94111 |
| 3 | Telephone: (415) 466-3090 |
|   | Facsimile: (415) 513-4475 |

Gregory Y. Porter (*pro hac vice*)
Ryan Thomas Jenny (*pro hac vice*)
gporter@baileyglasser.com
rjenny@baileyglasser.com
BAILEY & GLASSER LLP
1055 Thomas Jefferson Street, NW, Suite 540
Washington, D.C. 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103

Mark George Boyko (*pro hac vice*)
mboyko@baileyglasser.com
BAILEY & GLASSER LLP
8012 Bonhomme Avenue, Suite 300
Clayton, MO 63105
Telephone: (304) 345-6555

Major Khan (*to be admitted pro hac vice*)
mk@mk-llc.com
MAJOR KHAN LLC
1120 Avenue of the Americas
Suite 4100
New York, NY 10036
Telephone: (646) 546-5664
Facsimile: (646) 546-5755

*Attorneys for Plaintiffs*

---

*Anderson v. Intel*  Plaintiffs' Notice of Appeal  Case No. 5:19-cv-04618-VC
2