UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

<div style="border:1px solid black">

**FILED**

JUN 13 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

</div>

WINSTON R. ANDERSON and
CHRISTOPHER M. SULYMA, and all
others similarly situated,

  Plaintiffs - Appellants,

 v.

INTEL CORPORATION
INVESTMENT POLICY
COMMITTEE; et al.,

  Defendants - Appellees.

No. 22-16268

D.C. Nos. 3:19-cv-04618-VC,
3:15-cv-04977-VC,
5:16-cv-00522-LHK
U.S. District Court for Northern
California, San Francisco

**MANDATE**

The judgment of this Court, entered May 22, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

       FOR THE COURT:

       MOLLY C. DWYER
       CLERK OF COURT